**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
_____ District of  Delaware
                         (State)

Case number (*If known*): _____    Chapter  11

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Open Road Films, LLC, a Delaware limited liability company |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | f/k/a REGAMC Releasing, LLC |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 2 7 – 4 7 2 4 4 3 5 |

| 4. | **Debtor's address** | **Principal place of business**<br><br>2049 Century Park East<br>Number      Street<br><br>4th Floor<br><br>Los Angeles          CA     90067<br>City                      State    ZIP Code<br><br>Los Angeles<br>County | **Mailing address, if different from principal place of business**<br><br>_____<br>Number      Street<br><br>_____<br>P.O. Box<br><br>_____<br>City           State    ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>_____<br>Number      Street<br><br>_____<br><br>_____<br>City           State    ZIP Code |
|---|---|---|---|

| 5. | **Debtor's website** (URL) | www.globalroadentertainment.com |
|---|---|---|
| 6. | **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 1

Debtor   Open Road Films, LLC, a Delaware limited liability company            Case number (*if known*)_____
         Name

| 7. | Describe debtor's business | A. *Check one:* |
|---|---|---|

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .

 5  1  2  1

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
☑ Chapter 11. *Check all that apply*:

　　☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

　　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　　☐ A plan is being filed with this petition.

　　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

　　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No
☐ Yes.  District _____  When _____  Case number _____
　　　　　　　　　　　　　　　　　　　MM / DD / YYYY
　　　　District _____  When _____  Case number _____
　　　　　　　　　　　　　　　　　　　MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No
☑ Yes.  Debtor  See Attachment 1 _____  Relationship _____
　　　　District _____  When _____
　　　　　　　　　　　　　　　　　　　　　　　　　　　MM / DD / YYYY
　　　　Case number, if known _____

Official Form 201                Voluntary Petition for Non-Individuals Filing for Bankruptcy                page **2**

| Debtor | Open Road Films, LLC, a Delaware limited liability company | Case number (*if known*) _____ |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number        Street

_____

_____   _____   _____
City                                      State    ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____
          Contact name    _____
          Phone           _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49            ☑ 1,000-5,000       ☐ 25,001-50,000
☐ 50-99           ☐ 5,001-10,000      ☐ 50,001-100,000
☐ 100-199         ☐ 10,001-25,000     ☐ More than 100,000
☐ 200-999

**15. Estimated assets**

☐ $0-$50,000              ☐ $1,000,001-$10 million       ☐ $500,000,001-$1 billion
☐ $50,001-$100,000        ☐ $10,000,001-$50 million      ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000       ☐ $50,000,001-$100 million     ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million     ☑ $100,000,001-$500 million    ☐ More than $50 billion

Debtor  Open Road Films, LLC, a Delaware limited liability company          Case number (if known)_____
          Name

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☑ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ☒ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- ☒ I have been authorized to file this petition on behalf of the debtor.
- ☒ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  09/06/2018
            MM / DD / YYYY

X _____     Amir Agam
Signature of authorized representative of debtor     Printed name

Title  Chief Restructuring Officer

---

**18. Signature of attorney**

X /s/ Michael R. Nestor                         Date  09/06/2018
Signature of attorney for debtor                        MM / DD / YYYY

Michael R. Nestor, Esq.
Printed name

Young Conaway Stargatt & Taylor, LLP
Firm name

Rodney Square, 1000 North King Street
Number       Street

Wilmington                              DE           19801
City                                    State        ZIP Code

(302) 571-6600                          mnestor@ycst.com
Contact phone                           Email address

3526                                    DE
Bar number                              State

---

Official Form 201           Voluntary Petition for Non-Individuals Filing for Bankruptcy           page 4

# ATTACHMENT 1 TO VOLUNTARY PETITION

On the date hereof, each of the affiliated entities listed below (including the debtor in this chapter 11 case) filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the District of Delaware (the "Court").  A motion will be filed with the Court requesting that the chapter 11 cases of these entities be consolidated for procedural purposes only and jointly administered.

| Debtor | Federal Employer Identification Number |
|---|---|
| Open Road Films, LLC, a Delaware limited liability company | 27-4724435 |
| Open Road Releasing, LLC, a Delaware limited liability company | 27-4344736 |
| OR Productions LLC, a Delaware limited liability company | 61-1755873 |
| Briarcliff LLC, a Delaware limited liability company | 35-2527304 |
| Open Road International LLC, a Delaware limited liability company | 36-4804109 |
| Empire Productions LLC, a Delaware limited liability company | 32-0459375 |

171633.1

**ACTION BY WRITTEN CONSENT
OF THE
SOLE MEMBER OF
OPEN ROAD FILMS, LLC**

September 5, 2018

The undersigned, being the sole member (the "**Member**") of Open Road Films, LLC (f/k/a REGAMC Releasing, LLC), a Delaware limited liability company (the "**Company**"), hereby consents, in accordance with the Company's limited liability company agreement, dated as of January 31, 2011, and the Delaware Limited Liability Company Act, to the adoption of the following resolutions:

**Chapter 11 Filings**

NOW THEREFORE, BE IT RESOLVED, that, in the judgment of the Member, it is desirable and in the best interests of the Company, its creditors, employees and other interested parties that petitions be filed by the Company and certain of its affiliates in the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**") seeking relief under the provisions of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**" and, the cases commenced thereby, the "**Chapter 11 Cases**"), and the filing of such a petition by the Company is authorized hereby.

RESOLVED FURTHER, that the Company's Chief Restructuring Officer, Chief Executive Officer, Chief Financial Officer, Secretary or General Counsel, and such officers, employees or agents as the Chief Restructuring Officer, Chief Executive Officer, Chief Financial Officer, Secretary or General Counsel shall from time to time designate (each being an "**Authorized Person**" and all being the "**Authorized Persons**") are hereby, and each hereby is, authorized, empowered and directed, in the name and on behalf of the Company, to execute, deliver and verify any and all petitions and other documents in connection with the Chapter 11 Cases and to cause the same to be filed in the United States Bankruptcy Court for the District of Delaware at such time or in such other jurisdiction as such Authorized Person executing the same shall determine.

RESOLVED FURTHER, that (a) the law firms of (i) Klee, Tuchin, Bogdanoff & Stern LLP and (ii) Young Conaway Stargatt & Taylor, LLP are hereby engaged as the attorneys for the Company under general retainer in the Chapter 11 Cases, (b) the firm of FTI Consulting, Inc. is hereby engaged to provide Amir Agam as Chief Restructuring Officer and certain additional personnel in the Chapter 11 Cases and (c) the firm of Donlin, Recano & Company, Inc. is hereby engaged as the claims and noticing agent for the Company in the Chapter 11 Cases, in each case, subject to any requisite Bankruptcy Court approval.

RESOLVED FURTHER, that the Authorized Persons be, and each of them hereby is, authorized and empowered, in the name and on behalf of the Company, to retain or continue to

employ such other professionals as they deem necessary, proper or desirable during the course of the Chapter 11 Cases.

RESOLVED FURTHER, that the Authorized Persons be, and each hereby is, authorized, empowered and directed, in the name and on behalf of the Company, to execute, deliver, certify, record and/or file and perform all petitions, documents, affidavits, schedules, motions, lists, applications, pleadings and other papers, in such form and with such additions and changes to any or all as such Authorized Person deems necessary, proper or desirable, and to take and perform any and all further acts and deeds as such Authorized Person deems necessary, proper or desirable in connection with the Chapter 11 Cases, such determination to be conclusively evidenced by the taking of such action or the execution and delivery thereof.

RESOLVED FURTHER, that the Authorized Persons be, and each hereby is, authorized, empowered and directed, in the name and on behalf of the Company, to engage, employ and retain all assistance by legal counsel, special counsel, auctioneers, accountants, financial advisors or other professionals that such Authorized Person deems necessary, proper or desirable in connection with the Chapter 11 Cases, subject to any requisite Bankruptcy Court approval, with a view to the successful prosecution of such cases or to effect the purposes and intent of the foregoing resolutions.

**Cash Collateral Stipulation**

RESOLVED FURTHER, that in connection with the commencement of the Chapter 11 Cases, the Member hereby (i) approves a cash collateral stipulation in the form of that certain *Interim Order Pursuant to Sections 105(a), 361, 362, 363(c), 503(b), and 507(b) of the Bankruptcy Code, (I) Authorizing Debtors to Use Cash Collateral, (II) Granting Adequate Protection, (III) Setting Final Hearing, and (IV) Granting Related Relief*, in substantially the version furnished to the Member, and (ii) authorizes, empowers and directs the Authorized Persons to take such acts as such Authorized Person deems necessary, proper or desirable in connection with the Chapter 11 Cases, subject to any requisite Bankruptcy Court approval, to obtain the approval of such stipulation.

**Bid and Sale Procedures Order**

RESOLVED FURTHER, that in connection with the commencement of the Chapter 11 Cases, the Member hereby (i) approves a bid and sale procedures order in the form of that certain *Order: (1) Approving Bid and Sale Procedures, (2) Approving Assumption, Assignment and Cure Procedures and Related Notices, (3) Establishing Date for Auction and Approving Related Procedures, (4) Scheduling the Sale Hearing and Related Deadlines, and (5) Granting Related Relief*, in substantially the version furnished to the Member, and (ii) authorizes, empowers and directs the Authorized Persons to take such acts as such Authorized Person deems necessary, proper or desirable in connection with the Chapter 11 Cases, subject to any requisite Bankruptcy Court approval, to obtain the approval of entry of such order.

**Appointment of Chief Restructuring Officer**

RESOLVED FURTHER, the engagement of Amir Agam as the Company's Chief Restructuring Officer (the "**CRO**") pursuant to that certain Engagement Letter, dated as of August 3, 2018, by and between FTI Consulting, Inc. and the Company (the "**Engagement Letter**") is hereby ratified and approved. The CRO shall serve as an officer of the Company with such powers and duties as generally are incident to the position of Chief Restructuring Officer or as may be assigned to the CRO by the Member, including, but not limited to, such powers and duties set forth in the Engagement Letter.

**General**

RESOLVED FURTHER, that the Authorized Persons be, and each of them hereby is, authorized, empowered and directed to, in the name and on behalf of the Company, to amend, extend, supplement or otherwise modify from time to time the terms of any documents, certificates, instruments, agreements or other writings referred to in the foregoing resolutions.

RESOLVED FURTHER, that the Authorized Persons be, and each of them hereby is, in all respects, authorized, empowered and directed, for and on behalf of the Company and in its name, to take or cause to be taken all such further action and to sign, execute, acknowledge, certify, deliver, accept, record and file, or to cause to be signed, executed, acknowledged, certified, delivered, accepted, recorded and filed, any and all further documents, certificates, instruments and notices, and any amendments thereto, in such form and with such additions and changes to any or all of such terms and conditions as such Authorized Person deems necessary, proper or desirable to carry out the intent or accomplish the purpose of the foregoing resolutions, such determination to be conclusively evidenced by the taking of such action or the execution and delivery thereof.

RESOLVED FURTHER, that any and all actions previously or hereafter taken and any and all documents, certificates or instruments (however characterized or described) previously or hereafter executed and delivered or filed and recorded on behalf of the Company, by the Authorized Persons, and others acting on authority granted to them by the Member or by the Authorized Persons, in order to carry into effect the purposes and intent of the foregoing resolutions are hereby ratified, confirmed, adopted and approved in all respects.

RESOLVED FURTHER, that all acts lawfully done or actions lawfully taken by any Authorized Person to seek relief on behalf of the Company under chapter 11 of the Bankruptcy Code, or in connection with the Chapter 11 Cases, or any matter related thereto, be, and they hereby are, adopted, ratified, confirmed and approved in all respects as the acts and deeds of the Company.

*[The remainder of this page is intentionally left blank.]*

**IN WITNESS WHEREOF**, these resolutions have been adopted as of the date first written above.

**OPEN ROAD RELEASING, LLC**

By: _____
Name: Donald Tang
Title: Manager

| Fill in this information to identify the case: |
|---|
| **Debtor name:** OPEN ROAD FILMS, LLC |
| **United States Bankruptcy Court for the:** District of Delaware |
| **Case number (if known):** 18-_____ |

☐ Check if this is an amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 40 Largest Unsecured Claims and Are Not Insiders, on a Consolidated Basis    12/15

A list of creditors holding the 40 Largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 40 Largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent unliqui-dated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Bank Leumi<br>c/o Quinn Emanuel Urquhart & Sullivan, LLP<br>865 S. Figueroa St<br>10th Floor<br>Los Angeles CA 90017 | Gary Gans<br>garygans@quinnemanuel.com<br>Tel: 213-443-3000<br>Fax: 213-443-3100 | Litigation Party | ☑ C<br>☐ U<br>☑ D | | | $10,809,609.00 |
| 2 | Viacom, Inc.<br>1575 N. Gower Street<br>Hollywood CA 90028 | Steven Montana, VP Partner Solutions<br>steven.montana@viacom.com<br>Tel: 212-846-5889<br>Fax: 212-258-6219 | Trade Vendor | ☐ C<br>☐ U<br>☐ D | | | $7,068,378.65 |
| 3 | The Walt Disney Company<br>1180 Celebration Blvd.<br>Suite 201<br>Celebration FL 34747 | Scott Jenkins, Americas Collection Director<br>scott.j.jenkins@disney.com<br>Tel: 860-766-3798<br>Fax: 215-553-5402 | Trade Vendor | ☐ C<br>☐ U<br>☐ D | | | $5,114,793.40 |
| 4 | NBCUniversal<br>30 Rockefeller Center,<br>1221 Sixth Avenue<br>27th Floor, Room 27B59<br>New York NY 10112 | Mary McKenna, VP Customer Financial Services<br>mary.mckenna@nbcuni.com<br>Tel: 212-664-4713<br>Fax: 212-664-4085 | Trade Vendor | ☐ C<br>☐ U<br>☐ D | | | $4,442,006.32 |
| 5 | Turner Broadcasting System<br>1 Columbus Circle<br>New York NY 10019 | Shelly Mullis, Senior Manager Collections<br>shelly.mullis@turner.com<br>Tel: 404-885-4074<br>Fax: 404-827-2437 | Trade Vendor | ☐ C<br>☐ U<br>☐ D | | | $3,508,959.09 |
| 6 | Kasima, LLC<br>One International Blvd.<br>4th Floor<br>Mahwah NJ 07495 | Travis Reid<br>Tel: 201-252-4154 | Trade Vendor | ☐ C<br>☐ U<br>☐ D | | | $2,441,199.00 |
| 7 | Google, LLC<br>1600 Amphitheatre Parkway<br>Mountain View CA 94043 | Erick Menil, Collections<br>emenil@google.com<br>Tel: 650-253-0000<br>Fax: 650-253-0001 | Trade Vendor | ☐ C<br>☐ U<br>☐ D | | | $2,011,540.74 |

Debtor  **OPEN ROAD FILMS, LLC**                                                                 Case number *(if known)* 18-_____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent unliqui- dated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 8 | Discovery, Inc. 9721 Sherrill Blvd. Knoxville TN 37932 | Edward Mockus, Credit and Collections edward_mockus@discovery.com Tel: 865-694-2700 | Trade Vendor | ☐ C ☐ U ☐ D | | | $1,851,400.30 |
| 9 | Promise Acquisitions LLC 9378 Wilshire Blvd. Suite 210 Beverly Hills CA 90212 | Marc Schaberg Fax: 424-653-1977 | Trade Vendor | ☐ C ☐ U ☐ D | | | $1,705,864.00 |
| 10 | BBG Home Again LLC c/o Black Bicycle Entertainment 9255 Sunset Blvd Suite 310 Los Angeles CA 90069 | Erika Olde ejo@blackbicycleentertainment.com Tel: 310-786-9235 | Trade Vendor | ☐ C ☐ U ☐ D | | | $1,625,429.00 |
| 11 | IPG Mediabrands 40 Broad St. Boston MA 02109 | Will Waddington, CFO will.waddington@mullenlowegroup.com | Trade Vendor | ☐ C ☐ U ☐ D | | | $1,371,014.31 |
| 12 | 21st Century Fox 1211 Avenue of the Americas 28th Floor New York NY 10036 | Scott Thomson, Director of Credits & Collections Scott.Thomson@fox.com Tel: 212-822-8675 | Trade Vendor | ☐ C ☐ U ☐ D | | | $1,320,251.10 |
| 13 | Facebook, Inc. 12777 W. Jefferson Blvd. Los Angeles CA 90066 | Ross Coelet, Client Solutions Manager rosscoelet@fb.com Tel: 213-507-9846 Fax: 650-543-4801 | Trade Vendor | ☐ C ☐ U ☐ D | | | $1,120,065.96 |
| 14 | AMC Networks Inc. 2425 Olympic Blvd. Santa Monica CA 90404 | Tony Song, VP Tony.song@amcnetworks.com Tel: 646-273-7101 | Trade Vendor | ☐ C ☐ U ☐ D | | | $1,039,747.47 |
| 15 | Snap Inc. 63 Market Street Venice CA 90291 | Javier Bustamante, Senior Manager A/R javier.bustamante@snap.com Tel: 310-399-3339 | Trade Vendor | ☐ C ☐ U ☐ D | | | $876,682.45 |
| 16 | Universal Pictures 100 Universal City Plaza Universal City CA 91608 | Donald Sohn, Executive Director - Financial Contract Reporting don.sohn@nbcuni.com. Tel: 818-777-1000 | Trade Vendor | ☐ C ☐ U ☐ D | | | $836,125.00 |
| 17 | Loft International NV c/o Manatt, Phelps & Phillips, LLP 11355 W. Olympic Blvd. Los Angeles CA 90064 | Lindsay Conner, Esq. lconner@manatt.com Tel: 310-312-4229 | Trade Vendor | ☐ C ☐ U ☐ D | | | $824,718.00 |
| 18 | Allied Integrated Marketing 6908 Hollywood Blvd. Hollywood CA 90028 | partners@mediatemple.net Tel: 323-954-7644 Fax: 310-564-2007 | Trade Vendor | ☐ C ☐ U ☐ D | | | $708,189.64 |
| 19 | Univision 5999 Center Drive Los Angeles CA 90045 | Brynne Sarsfield, VP Ad Sales bsarsfield@univision.net Tel: 212-455-5419 | Trade Vendor | ☐ C ☐ U ☐ D | | | $637,500.00 |

Debtor **OPEN ROAD FILMS, LLC**                                                                                             Case number *(if known)* **18-_____**

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent unliqui- dated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 20 | Twitter, Inc.  1355 Market Street  #900  San Francisco CA 94103 | Molika Rin, Finance  mrin@twitter.com  Tel: 415-426-4298 | Trade Vendor | ☐ C  ☐ U  ☐ D | | | $625,799.53 |
| 21 | International Alliance of Theatrical Stage Employees  10045 Riverside Drive  Toluca Lake CA 91602 | Michael Barnes, VP  Tel: 818-980-3499  Fax: 818- 980-3496 | Guild | ☐ C  ☐ U  ☐ D | | | $561,926.09 |
| 22 | Amazon.com, Inc.  1620 26th Street  North Building  Santa Monica CA 90404 | Ashley Musselman  musashle@amazon.com  Tel: 310-458-6360 | Trade Vendor | ☐ C  ☐ U  ☐ D | | | $549,000.00 |
| 23 | Dolphin Max Steel Holdings, LLC  2151 S. LeJeune Rd  Suite 150  Coral Gables FL 33134 | William O'Dowd | Trade Vendor | ☐ C  ☐ U  ☐ D | | | $543,566.00 |
| 24 | AMC Theatres  11500 Ash Street  Leawood KS 66211 | John Merriwether, VP  InvestorRelations@amctheatres.com  Tel: 913-213-2000 | Trade Vendor | ☐ C  ☐ U  ☐ D | | | $469,457.42 |
| 25 | The CW Television Network  1325 Avenue of the Americas  32nd Floor  New York NY 10019 | David Ryan, Account Executive  david.ryan@cwtv.com  Tel: 212-636-5355 | Trade Vendor | ☐ C  ☐ U  ☐ D | | | $459,409.16 |
| 26 | Latham & Watkins LLP  355 South Grand  Suite 100  Los Angeles CA 90071 | Jeffrey B. Greenberg, Esq.  jeffrey.greenberg@lw.com  Tel: 213-485-1234  Fax: 213-891-8763 | Professional | ☐ C  ☐ U  ☐ D | | | $456,388.39 |
| 27 | Cinedigm Digital Cinema Corp.  15301 Ventura Boulevard  Bldg. B, Suite 420  Sherman Oaks CA 91403 | Christopher J. McGurk, CEO  Tel: 212-206-8600  Fax: 212-598-4898 | Trade Vendor | ☐ C  ☐ U  ☐ D | | | $388,842.50 |
| 28 | Swisher Productions LLC  1438 N. Gower Street  Box 3  Hollywood CA 90028 | Maggie Swisher, Officer  Tel: 213-292-9230 | Trade Vendor | ☐ C  ☐ U  ☐ D | | | $371,468.94 |
| 29 | Giaronomo Productions Inc  1501 Broadway  Suite #705  New York NY 10036 | Phillip Daccord, VP  pdaccord@giaronomo.com  Tel: 212-995-5200  Fax: 212-995-5900 | Trade Vendor | ☐ C  ☐ U  ☐ D | | | $358,712.50 |
| 30 | Roku, Inc.  2450 Colorado Ave.  Suite 260E  Los Angeles CA 90404 | Melissa Love, Account Executive  Tel: 818-414-2171  Fax: 408-364-1260 | Trade Vendor | ☐ C  ☐ U  ☐ D | | | $350,000.00 |
| 31 | Spotify Technology  9200 W. Sunset Blvd.  West Hollywood CA 90069 | Michael W McCurdy, Account Director  michaelmccurdy@spotify.com  Tel: 917-565-3894 | Trade Vendor | ☐ C  ☐ U  ☐ D | | | $349,673.43 |

Debtor  **OPEN ROAD FILMS, LLC**                                                                                   Case number *(if known)* **18-_____**

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent unliqui- dated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 32 | A&E Networks<br>2049 Century Park East<br>#1000<br>Los Angeles CA 90067 | Lauren Baum Stone<br>Lauren.Baum@aenetworks.com<br>Tel: 662-554-2300 | Trade Vendor | ☐ C<br>☐ U<br>☐ D | | | $340,000.00 |
| 33 | Sony Electronics, Inc.<br>16530 Via Esprillo<br>San Diego CA 92127 | Carly Kinberg, Account Executive<br>carly_kinberg@spe.sony.com<br>Tel: 212-833-8435 | Trade Vendor | ☐ C<br>☐ U<br>☐ D | | | $323,070.00 |
| 34 | Pandora Media Inc<br>3000 Ocean Park Blvd.<br>Santa Monica CA 90405 | Mariana Estephanian, Sales Executive<br>mestephanian@pandora.com<br>Tel: 424-252-4618 | Trade Vendor | ☐ C<br>☐ U<br>☐ D | | | $313,869.37 |
| 35 | National Research Group, Inc.<br>5780 W Jefferson Blvd<br>Los Angeles CA 90016 | Jon Penn, CEO<br>jon.penn@nrgmr.com<br>Tel: 323-406-6073 | Trade Vendor | ☐ C<br>☐ U<br>☐ D | | | $313,450.00 |
| 36 | Rhino Entertainment Company<br>3400 W Olive Avenue<br>Burbank CA 91505 | Patti Coleman, SVP<br>Tel: 818-238-6100<br>Fax: 818-562-9242 | Trade Vendor | ☐ C<br>☐ U<br>☐ D | | | $300,000.00 |
| 37 | Loren Schwartz<br>c/o Procopio Cory Hargreaves & Savitch LLP<br>525 B Street<br>Ste 2200<br>San Diego CA 92101 | Phillip Kossy<br>phillip.kossy@procopio.com<br>Tel: 619-525-3870<br>Fax: 619-398-0171 | Litigation Party | ☑ C<br>☐ U<br>☑ D | | | $300,000.00 |
| 38 | Joshua Deutsch<br>c/o Bent Caryl & Kroll, LLP<br>6300 Wilshire Blvd<br>Ste 1415<br>Los Angeles CA 90048 | Steven Kroll<br>skroll@bcklegal.com<br>Tel: 323-315-0510<br>Fax: 323-774-6021 | Litigation Party | ☑ C<br>☐ U<br>☑ D | | | $300,000.00 |
| 39 | Erwin Penland LLC<br>110 E. Court Street<br>#400<br>Greenville SC 29601 | Allen Bosworth, COO<br>Tel: 864-271-0500<br>Fax: 864-235-5941 | Trade Vendor | ☐ C<br>☐ U<br>☐ D | | | $280,640.94 |
| 40 | Hulu<br>2500 Broadway<br>Santa Monica CA 90404 | Brian Anderson, Account Executive<br>brian.anderson@hulu.com<br>Tel: 310-571-4700<br>Fax: 310-571-4701 | Trade Vendor | ☐ C<br>☐ U<br>☐ D | | | $267,856.91 |

**Fill in this information to identify the case and this filing:**

Debtor name: OPEN ROAD FILMS, LLC

United States Bankruptcy Court for the: District of Delaware

Case number (if known): 18-_____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* ____

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 40 Largest Unsecured Claims and Are Not Insiders, on a Consolidated Basis* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   09/ 06 /2018
             MM/DD/YYYY

X _____
Signature of individual signing on behalf of debtor

Amir Agam
Printed name

Chief Restructuring Officer
Position or relationship to debtor

Official Form 202    Declaration Under Penalty of Perjury for Non-Individual Debtors    Page 1 of 1

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>OPEN ROAD FILMS, LLC, a Delaware limited liability company,[1]<br><br>                Debtor. | Chapter 11<br><br>Case No.:  18-_____ (___)<br><br>(Joint Administration Requested) |

**CORPORATE OWNERSHIP STATEMENT PURSUANT TO**
**FEDERAL RULES OF BANKRUPTCY PROCEDURE 1007 AND 7007.1**

      I, Amir Agam, declare under penalty of perjury under the laws of the United States of America, to the best of my knowledge, information, and belief, as follows:

      I am the Chief Restructuring Officer of Open Road Films, LLC, a Delaware limited liability company (the "Debtor").

      The following entity directly owns more than 10% of the equity interests of the Debtor:

           Open Road Releasing, LLC, a Delaware limited liability company (100%)
           2049 Century Park East, 4th Floor
           Los Angeles, CA 90067

---

[1] The Debtor's address and last four digits of its federal taxpayer identification number are: 2049 Century Park East, 4th Floor, Los Angeles, CA 90067 (4435-Del.).

**Fill in this information to identify the case and this filing:**

Debtor Name __OPEN ROAD FILMS, LLC__

United States Bankruptcy Court for the: _____ District of __Delaware__
(State)

Case number (*If known*): _____

## Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors      12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 40 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ■ Other document that requires a declaration  __Corporate Ownership Statement Pursuant to F.R.B.P. 1007 and 7007.1__

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __09/06/2018__          
MM / DD / YYYY                      Signature of individual signing on behalf of debtor

                                    Amir Agam
                                    Printed name

                                    Chief Restructuring Officer
                                    Position or relationship to debtor

Official Form 202          Declaration Under Penalty of Perjury for Non-Individual Debtors

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>OPEN ROAD FILMS, LLC, a Delaware limited liability company,[1]<br><br>                 Debtor. | Chapter 11<br><br>Case No.: 18-_____ (\_\_\_)<br><br>(Joint Administration Requested) |

**VERIFIED LIST OF EQUITY SECURITY HOLDERS OF**
**OPEN ROAD FILMS, LLC, A DELAWARE LIMITED LIABILITY**
**COMPANY, SUBMITTED IN ACCORDANCE WITH FEDERAL RULE OF**
**BANKRUPTCY PROCEDURE 1007(a)(3)**

    I, Amir Agam, am the Chief Restructuring Officer of Open Road Films, LLC, a Delaware limited liability company (the "Debtor"). I hereby certify under penalty of perjury under the laws of the United States that, to the best of my knowledge, information, and belief, the following constitutes a complete and correct list of the equity security holders of the Debtor:

    Open Road Releasing, LLC, a Delaware limited liability company (100%)
    2049 Century Park East, 4th Floor
    Los Angeles, CA 90067

---

[1] The Debtor's address and last four digits of its federal taxpayer identification number are: 2049 Century Park East, 4th Floor, Los Angeles, CA 90067 (4435-Del.).

| Fill in this information to identify the case and this filing: |
|---|
| Debtor Name  OPEN ROAD FILMS, LLC |
| United States Bankruptcy Court for the: _____ District of Delaware |
| (State) |
| Case number (If known): _____ |

# Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors       12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

   **Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 40 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ■ Other document that requires a declaration  Verified List of Equity Security Holders Submitted in Accordance with F.R.B.P. 1007(a)(3)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  09/06/2018         X  _/s/ signature_____
MM / DD / YYYY                   Signature of individual signing on behalf of debtor

Amir Agam
Printed name

Chief Restructuring Officer
Position or relationship to debtor

Official Form 202              Declaration Under Penalty of Perjury for Non-Individual Debtors