**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>OPEN ROAD FILMS, LLC, a Delaware limited liability company, *et al.*,<br><br>　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No.: 18-12012 (KJC)<br><br>(Joint Administration Requested) |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the below certification, counsel moves the admission *pro hac vice* of Jonathan M. Weiss of Klee, Tuchin, Bogdanoff & Stern LLP to represent the above-captioned debtors and debtors in possession in these cases.

　　　　　　　　　　　　　　　　　　　*/s/ Robert F. Poppiti, Jr.*
　　　　　　　　　　　　　　　　　　　Robert F. Poppiti, Jr. (Bar No. 5052)
　　　　　　　　　　　　　　　　　　　Young Conaway Stargatt & Taylor, LLP
　　　　　　　　　　　　　　　　　　　Rodney Square, 1000 North King Street
　　　　　　　　　　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　　　　　　　　　　Telephone: (302) 571-6600
　　　　　　　　　　　　　　　　　　　Email: rpoppiti@ycst.com

### CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the State of California, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Revised Standing Order for District Court Fund effective September 1, 2016. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for the District Court.

　　　　　　　　　　　　　　　　　　　*/s/ Jonathan M. Weiss*
　　　　　　　　　　　　　　　　　　　Jonathan M. Weiss
　　　　　　　　　　　　　　　　　　　Klee, Tuchin, Bogdanoff & Stern LLP
　　　　　　　　　　　　　　　　　　　1999 Avenue of the Stars, Thirty-Ninth Floor
　　　　　　　　　　　　　　　　　　　Los Angeles, CA 90067
　　　　　　　　　　　　　　　　　　　Telephone: (310) 407-4000
　　　　　　　　　　　　　　　　　　　Email: jweiss@ktbslaw.com

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's Motion for Admission *pro hac vice* is granted.