**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| OPEN ROAD FILMS, LLC, *et al.* | ) | |
| | ) | Case No. 18-12012 (LSS) |
| Debtors. | ) | Joint Administration Requested |

**ENTRY OF APPEARANCE, REQUEST FOR A MATRIX ENTRY AND**
**REQUEST FOR SERVICE OF NOTICES AND DOCUMENTS**

PLEASE TAKE NOTICE that the undersigned hereby enter their appearances on behalf of the Directors Guild of America, Inc., Screen Actors Guild – American Federation of Television and Radio Artists, Writers Guild of America, West, Inc., (collectively, the "Guilds"), Directors Guild of America, Inc.-Producer Pension and Health Plans, Screen Actors Guild-Producers Pension & Health Plans, Writers Guild Pension Plan and Industry Health Fund, and the Motion Picture Industry Pension and Health Plans, (together with the Guilds, the "Union Entities") creditors of the Debtors, and parties in interest in these cases.

Pursuant to Bankruptcy Rules 2002 and 9007, the undersigned request that they be added to the matrix maintained by the Clerk and that all notices, given or required to be given, and all documents, served or required to be served, in this case be given to or served upon the following:

| | |
|---|---|
| Joseph A. Kohanski, Esquire<br>David E. Ahdoot, Esquire<br>Kirk Prestegard, Esquire<br>Kiel Ireland ,Esquire<br>BUSH GOTTLIEB, a Law Corporation<br>801 North Brand Boulevard, Suite 950<br>Glendale, CA 91203<br>(818) 973-3200 (telephone)<br>(818) 973-3201 (facsimile)<br>jkohanski@bushgottlieb.com<br>dahdoot@bushgottlieb.com<br>kprestegard@bushgottlieb.com<br>kireland@bushgottlieb.com | Susan E. Kaufman, Esquire<br>Law Office of Susan E. Kaufman, LLC<br>919 N. Market Street, Suite 460<br>Wilmington, DE 19801<br>(302) 472-7420 Phone<br>(302) 792-7420 Fax<br>skaufman@skaufmanlaw.com |

PLEASE TAKE FURTHER NOTICE that, pursuant to 11 U.S.C. § 1109(b), the foregoing request includes not only notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, disclosure document of any kind, conference, hearing or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, telephone, facsimile, or otherwise, which affects or seek to affect in any way the rights or interests of the Union Entities.

PLEASE TAKE FURTHER NOTICE that, pursuant to Federal Rule of Bankruptcy Procedure 3017(a), the Union Entities request that their attorneys be provided with copies of any disclosure statements and plans of reorganization.

This Notice of Appearance and Request for Service shall not be deemed or construed to be a waiver of the rights of the Union Entities to (i) have final orders in non-core matters entered only after *de novo* review by a District Judge (ii) trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to this case, (iii) have the District Court withdraw the reference in any matters subject to such withdrawal, or (iv) any other rights, claims, setoffs, or recoupments to which it may be entitled, which it expressly reserves.

```
```

LAW OFFICE OF SUSAN E. KAUFMAN, LLC

*/s/ Susan E. Kaufman*
Susan E. Kaufman, (DSB# 3381)
919 North Market Street, Suite 460
Wilmington, DE 19801
(302) 472-7420
(302) 792-7420 Fax
skaufman@skaufmanlaw.com

Counsel for Directors Guild of America, Inc., Screen Actors Guild – American Federation of Television and Radio Artists, Writers Guild of America, West, Inc., Directors Guild of America, Inc.-Producer Pension and Health Plans, Screen Actors Guild-Producers Pension & Health Plans, Writers Guild Pension Plan and Industry Health Fund, and the Motion Picture Industry Pension and Health Plans

Date:  September 6, 2018