# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>OPEN ROAD FILMS, LLC, a Delaware limited liability company, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 18-12012 (LSS)<br><br>(Joint Administration Requested)<br><br>Hearing Date: September 7, 2018 at 9:00 a.m. (ET)<br>Re: Docket No. 6 |

**RESERVATION OF RIGHTS OF EAST WEST BANK TO DEBTORS' MOTION FOR ENTRY OF INTERIM AND FINAL ORDERS PURSUANT TO SECTIONS 105(a), 361, 362, 363(c), 503(b), AND 507(b) OF THE BANKRUPTCY CODE (I) AUTHORIZING DEBTORS TO USE CASH COLLATERAL, (II) GRANTING ADEQUATE PROTECTION, (III) SETTING FINAL HEARING AND (IV) GRANTING RELATED RELIEF**

East West Bank ("***EWB***"), by and through its undersigned counsel, hereby files this reservation of rights (the "***Reservation of Rights***") to the Debtors' *Motion for Entry of Interim and Final Orders Pursuant to Sections 105(a), 361, 362, 363(c), 503(b), and 507(b) of the Bankruptcy Code (I) Authorizing Debtors to Use Cash Collateral (II) Granting Adequate Protection, (III) Setting Final Hearing, and (IV) Granting Related Relief* [Docket No. 6] (the "***Cash Collateral Motion***").[2] In support of its Reservation of Rights, EWB respectfully states the following:

## I. PRELIMINARY STATEMENT

1. EWB is a party to that certain Open Road Payment and Non-Disturbance Agreement dated as of December 16, 2017 (the "***Payment Agreement***") among IM Global Film

---

[1] The Debtors and the last four digits of their respective federal taxpayer identification numbers are as follows: Open Road Films, LLC (4435-Del.); Open Road Releasing, LLC (4736-Del.); OR Productions LLC (5873-Del.); Briarcliff LLC (7304-Del.); Open Road International LLC (4109-Del.); and Empire Productions LLC (9375-Del.). The Debtors' address is 2049 Century Park East, 4th Floor, Los Angeles, CA 90067.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Cash Collateral Motion and the Interim Cash Collateral Order (as defined below).

10004201v1

Fund, LLC ("*Licensor*"), Open Road Films, LLC ("*Open Road*") and EWB as lender. The Payment Agreement provided that Open Road agreed to pay into a Collection Account (the "*Collection Account*") under the control of EWB the Licensor's share of Gross Receipt (the "*Licensor Proceeds*") under that certain Distribution Rights Acquisition Agreement dated as of December 16, 2016 (the "*Distribution Agreement*") related to the film "Collide" (the "*Film*"). (Payment Agreement, ¶ 3.1(a)). The payment of the Licensor Proceeds secures a loan from EWB to MFP Collide, LLC (the "*Original Borrower*"). On information and belief, Open Road failed to deliver the Licensor Proceeds to the Collection Account prior to the Petition Date. Additional Gross Receipts under the Distribution Agreement will be collected by Open Road after the Petition Date.

2. As a secured party, EWB is entitled to adequate protection against diminution in value of its interest in property of the Debtors. Accordingly, EWB objects to entry of a Final Order that does not require proceeds of the EWB Collateral to be paid to EWB in satisfaction of its secured claims prior to the DIP Agent or any other person.

## II. BACKGROUND

### A. The Bankruptcy Filing and DIP Motion

3. On September 6, 2018 (the "*Petition Date*"), the above-captioned debtors (the "*Debtors*") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "*Bankruptcy Code*").

4. On the Petition Date, the Debtors filed the Cash Collateral Motion, seeking authority to use cash collateral in the operation of its business.

### B. EWB's Relationship with the Debtors[3]

5. The obligations of Open Road to pay the Gross Receipts to Licensor under the Distribution Agreement is secured by the Licensor's lien as set forth in the Distribution Agreement. Licensor subsequently assigned its rights under the Distribution Agreement to Original Borrower who, in turn, granted EWB a valid perfected security interest to EWB in the rights under the Distribution Agreement in the Film (the "*EWB Collateral*"). As a result under the Payment Agreement, EWB has the right to receive the Licensor Proceeds. On or about June 30, 2017, Licensor and Original Borrower assigned certain of the rights to the Film to IMG MFP Collide Distribution, LLC (the "*IMG Borrower*") subject to the loans owed to EWB.

6. Pursuant to the proposed Interim Cash Collateral Order, the replacement liens of the secured lenders are subject to "Specific Permitted Encumbrances." (See, Interim Cash Collateral Order ¶ D(iii), D(iv)(b), 4(i)). The Licensor's Lien falls within the definition of Specific Permitted Encumbrances. As a result, the Licensor's Lien as part of the EWB Collateral should be separately accounted for and segregated.

### III. RESERVATION OF RIGHTS

7. EWB reserves its rights to the EWB Collateral including the Licensor's Lien. Further, as of the time of filing this Reservation of Rights, the Debtors have not yet filed a draft of the proposed form of Final Order. Accordingly, EWB reserves its rights to further supplement this Reservation of Rights (whether before or at the hearing) to address additional issues raised by the proposed Final Order that is ultimately filed. EWB further reserves its rights, claims, defenses, and remedies, including, without limitation, the right to amend, modify, or supplement this

---

[3] This Reservation of Rights merely summarizes the relevant documents and contractual arrangements between EWB and Open Road and Initial Borrower. These summaries are qualified in their entirety by the actual terms of the relevant documents and applicable filings related thereto.

Reservation of Rights, to seek discovery, and to raise additional objections during the final hearing on the Cash Collateral.

## IV. CONCLUSION

WHEREFORE, EWB reserves its rights with respect to the Cash Collateral Motion and respectfully requests (A) that the Court approve the Final Order only if it grants the relief requested in this Reservation of Rights and (B) that the Court grant such other relief as the Court deems just and proper.

Dated: September 6, 2018
      Wilmington, Delaware

**WHITEFORD, TAYLOR & PRESTON LLC**

*/s/ L. Katherine Good*
Christopher M. Samis (No. 4909)
L. Katherine Good (No. 5101)
Aaron H. Stulman (No. 5807)
The Renaissance Centre, Suite 500
405 North King Street
Wilmington, Delaware 19801
Telephone: (302) 353-4144
Facsimile: (302) 661-9750
Email: csamis@wtplaw.com
       kgood@wtplaw.com
       astulman@wtplaw.com

-and-

**AKIN GUMP STRAUSS HAUER & FELD LLP**

David F. Staber, Esq.
1700 Pacific Avenue, Suite 4100
Dallas, Texas 75201
Telephone: (214) 969-4664
Facsimile: (214) 969-4343
Email: dstaber@akingump.com

*Counsel to East West Bank*