# EXHIBIT A

**Nestor Declaration**

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>OPEN ROAD FILMS, LLC, a Delaware limited liability company, *et al*.,[1]<br><br>                Debtors. | Chapter 11<br><br>Case No.: 18-12012 (LSS)<br><br>(Jointly Administered) |

**DECLARATION OF MICHAEL R. NESTOR IN SUPPORT OF THE DEBTORS'
APPLICATION FOR AN ORDER AUTHORIZING THE RETENTION AND
EMPLOYMENT OF YOUNG CONAWAY STARGATT & TAYLOR, LLP AS
COUNSEL FOR THE DEBTORS, *NUNC PRO TUNC* TO THE PETITION DATE**

I, Michael R. Nestor, declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury that:

1. I am a partner in the firm of Young Conaway Stargatt & Taylor, LLP ("Young Conaway" or the "Firm"), with offices at Rodney Square, 1000 North King Street, Wilmington, Delaware 19801, and am duly admitted to practice in the State of Delaware and the United States District Court for the District of Delaware. I submit this declaration in support of the *Debtors' Application for an Order Authorizing the Retention and Employment of Young Conaway Stargatt & Taylor, LLP as Counsel for the Debtors,* Nunc Pro Tunc *to the Petition Date* (the "Application").[2]

2. Young Conaway has conducted a series of searches in the Firm's conflicts databases to identify relationships with the Debtors, their lenders, and various other parties-in-interest in these Cases, including those identified on **Schedule 1** attached hereto (collectively, the "Interested Parties").

---

[1] The Debtors and the last four digits of their respective federal taxpayer identification numbers are as follows: Open Road Films, LLC (4435-Del.); Open Road Releasing, LLC (4736-Del.); OR Productions LLC (5873-Del.); Briarcliff LLC (7304-Del.); Open Road International LLC (4109-Del.); and Empire Productions LLC (9375-Del.). The Debtors' address is 2049 Century Park East, 4th Floor, Los Angeles, CA 90067.

[2] Capitalized terms used but not otherwise defined herein have the meanings given to them in the Application.

3. Based on the conflicts and connections search conducted and described herein, to the best of my knowledge, neither I, Young Conaway, nor any partner, counsel, or associate thereof, insofar as I have been able to ascertain, has any connection with the Debtors or any other parties-in-interest herein, except as stated below:

    a. Prior to the Petition Date, Young Conaway and certain of its attorneys and paralegals rendered legal services to the Debtors relating to their plans to seek relief under chapter 11 of the Bankruptcy Code and the preparation of the petitions and other papers initiating and prosecuting these Cases.

    b. The Debtors have sought or will seek to retain: (a) Klee, Tuchin, Bogdanoff & Stern LLP as bankruptcy co-counsel; (b) FTI Consulting, Inc. to provide the Debtors with a chief restructuring officer (the "CRO") and certain additional personnel to assist the CRO; and (c) Donlin, Recano & Company, Inc., as administrative agent in these Cases. Young Conaway has in the past and/or currently does work with and/or against these professionals in connection with matters wholly unrelated to these proceedings.

    c. Young Conaway has previously represented the following parties, or affiliates (or potential affiliates) of the following parties, who may be Interested Parties, in matters wholly unrelated to the Debtors and these Cases: (i) Bank of America, N.A.; (ii) Allied World Specialty Insurance Company; (iii) Chubb National Insurance Company; (iv) Federal Insurance Company; and (v) Hartford Fire Insurance Company.

    d. Young Conaway currently represents (and may in the past have represented) the following parties, or affiliates (or potential affiliates) of the following parties, who may be Interested Parties, in matters wholly unrelated to the Debtors and these Cases: (i) Snap Inc.; (ii) CIT Bank, N.A.; (iii) MUFG Union Bank, N.A.; and (iv) AIG Europe Limited.

4. In addition, to the best of my knowledge, information, and belief and in accordance with Bankruptcy Rule 5002, neither I, nor any attorney at Young Conaway is a relative of the United States Bankruptcy Judge assigned to these Cases, and Young Conaway does not have a connection with the United States Bankruptcy Judge that would render its retention in these Cases improper. Further, in accordance with Bankruptcy Rule 2014, Young

Conaway does not have any connection with the Office of the United States Trustee (the "U.S. Trustee") or any persons employed by the U.S. Trustee.

5. Young Conaway is continuing to review the Debtors' complete lists of creditors. Based upon its review as of this date, Young Conaway has determined that it does not represent any party in these proceedings with a material adverse interest with respect to the Debtors. Young Conaway will supplement this declaration, as necessary, with additional information or disclosures in the event that additional information is developed.

6. Young Conaway is a "disinterested person" as that term is defined in section 101(14) of the Bankruptcy Code in that Young Conaway, its partners, counsel, and associates:

  a. are not creditors, equity security holders, or insiders of the Debtors;

  b. are not and were not, within two (2) years before the Petition Date, a director, officer, or employee of the Debtors; and

  c. do not have an interest materially adverse to the interest of the Debtors' estates or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtors, or for any other reason.

7. As set forth above, and subject to any explanations and/or exceptions contained herein, Young Conaway (a) does not hold or represent any interest adverse to the Debtors in connection with the matters upon which Young Conaway is to be engaged, and (b) is disinterested. If the results of further investigation reveal any additional connections, Young Conaway will make any further disclosures as may be appropriate at that time.

8. Young Conaway was retained by the Debtors pursuant to an engagement agreement dated August 16, 2018 (the "Engagement Agreement"). In accordance with the Engagement Agreement, Young Conaway received retainers totaling $150,000.00 (collectively, the "Retainer") in connection with the planning and preparation of initial documents and its

proposed postpetition representation of the Debtors. Specifically, Young Conaway received an initial retainer payment in the amount of $100,000 on August 31, 2018, and an additional retainer payment of $50,000 on September 4, 2018. Young Conaway applied the Retainer to its outstanding balance as of the Petition Date, including fees and expenses associated with the filing of these Cases. After doing so, Young Conaway continues to hold a Retainer in the amount of $77,206.50, which will constitute an evergreen retainer as security for postpetition services and expenses.

9. Young Conaway intends to apply for compensation for professional services rendered in connection with these Cases subject to approval of the Court and in compliance with applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and any administrative order entered by the Court, on an hourly basis, plus reimbursement of actual, necessary expenses and other charges incurred by Young Conaway. The Firm operates in a national and regional marketplace for legal services in which rates are driven by multiple factors relating to the individual lawyer, his or her area of specialty, the firm's expertise, performance and reputation, the nature of the work involved, and other factors. The principal attorneys and paralegal designated to represent the Debtors and their current standard hourly rates for work of this nature are:

    a. Michael R. Nestor — $845.00 per hour
    b. Robert F. Poppiti, Jr. — $565.00 per hour
    c. Ian J. Bambrick — $470.00 per hour
    d. Shane M. Reil — $395.00 per hour
    e. Michelle Smith (paralegal) — $255.00 per hour

10. The hourly rates set forth above are subject to periodic adjustments to reflect economic and other conditions. Other attorneys and paralegals may from time to time serve the Debtors in connection with the matters herein described.

11.     The Debtors have been advised that the hourly rates set forth above are Young Conaway's standard hourly rates for work of this nature, and that these rates are set at a level designed to fairly compensate Young Conaway for the work of its attorneys and paralegals and to cover fixed and routine overhead expenses.  It is the Firm's policy to charge its clients in all areas of practice for all other expenses incurred in connection with the client's case.  The expenses charged to clients include, among other things, mail and express mail charges, special or hand delivery charges, document processing, photocopying charges, charges for mailing supplies (including, without limitation, envelopes and labels) provided by the Firm to outside copying services for use in mass mailings, travel expenses, expenses for "working meals," computerized research, transcription costs, as well as non-ordinary overhead expenses approved by the client such as secretarial and other overtime.  The Firm will charge the Debtors for these expenses in a manner and at rates consistent with charges made generally to the Firm's other clients.  The Firm believes that it is fairer to charge these expenses to the clients incurring them than to increase the hourly rates and spread the expenses among all clients.

12.     No promises have been received by Young Conaway, nor by any partner, counsel, or associate thereof, as to compensation in connection with these Cases other than in accordance with the provisions of the Bankruptcy Code.  Young Conaway has no agreement with any other entity to share with such entity any compensation received by Young Conaway in connection with these Cases.

13.     Consistent with the U.S. Trustee's *Appendix B—Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 by*

*Attorneys in Larger Chapter 11 Cases* (the "U.S. Trustee Guidelines"), which became effective on November 1, 2013,[3] I state as follows:

- Young Conaway has not agreed to a variation of its standard or customary billing arrangements for this engagement;

- None of the Firm's professionals included in this engagement have varied their rate based on the geographic location of these Cases;

- Young Conaway was retained by the Debtors pursuant to an engagement agreement dated August 16, 2018. The billing rates and material terms of the prepetition engagement are the same as the rates and terms described in the Application; and

- The Debtors have approved a prospective budget and staffing plan for Young Conaway's engagement for the postpetition period as appropriate. In accordance with the U.S. Trustee Guidelines, the budget may be amended as necessary to reflect changed or unanticipated developments.

14. The facts set forth in the Application are true and correct to the best of my knowledge, information, and belief.

Dated: September 11, 2018
       Wilmington, Delaware

                                            */s/ Michael R. Nestor*
                                            Michael R. Nestor

---

[3] The U.S. Trustee Guidelines themselves acknowledge that "the Guidelines do not supersede local rules, court orders, or other controlling authority." While the Debtors and Young Conaway intend to work cooperatively with the U.S. Trustee to address requests for information and any concerns that may have led to the adoption of the U.S. Trustee Guidelines, neither the filing of this declaration, nor anything contained herein, is intended to or shall be deemed to be an admission by Young Conaway that the Firm is required to comply with the U.S. Trustee Guidelines. Young Conaway reserves any and all rights with respect to the application of the U.S. Trustee Guidelines in respect of any application for employment or compensation filed in these Cases.

## Schedule 1

**Interested Parties**

Open Road Films, LLC, et al.
List of Parties in Interest

| Name | Description |
|---|---|
| 21st Century Fox | 40 Largest Unsecured Creditor |
| A&E Networks | 40 Largest Unsecured Creditor |
| Allied Integrated Marketing | 40 Largest Unsecured Creditor |
| Amazon.com, Inc. | 40 Largest Unsecured Creditor |
| AMC Networks, Inc. | 40 Largest Unsecured Creditor |
| AMC Theatres | 40 Largest Unsecured Creditor |
| BBG Home Again LLC | 40 Largest Unsecured Creditor |
| Cinedigm Digital Cinema Corp. | 40 Largest Unsecured Creditor |
| Discovery, Inc. | 40 Largest Unsecured Creditor |
| Dolphin Max Steel Holdings LLC | 40 Largest Unsecured Creditor |
| Erwin Penland LLC | 40 Largest Unsecured Creditor |
| Facebook, Inc. | 40 Largest Unsecured Creditor |
| Giaronomo Productions Inc | 40 Largest Unsecured Creditor |
| Google, LLC | 40 Largest Unsecured Creditor |
| HULU | 40 Largest Unsecured Creditor |
| International Alliance of Theatrical Stage Employees | 40 Largest Unsecured Creditor |
| IPG Mediabrands | 40 Largest Unsecured Creditor |
| Kasima, LLC | 40 Largest Unsecured Creditor |
| Loft International NV | 40 Largest Unsecured Creditor |
| National Research Group, Inc. | 40 Largest Unsecured Creditor |
| NBCUniversal | 40 Largest Unsecured Creditor |
| Pandora Media Inc | 40 Largest Unsecured Creditor |
| Promise Acquisitions, LLC | 40 Largest Unsecured Creditor |
| Rhino Entertainment Company | 40 Largest Unsecured Creditor |
| Roku, Inc. | 40 Largest Unsecured Creditor |
| Snap Inc | 40 Largest Unsecured Creditor |
| Sony Electronics, Inc. | 40 Largest Unsecured Creditor |
| Spotify Technology | 40 Largest Unsecured Creditor |
| Swisher Productions LLC | 40 Largest Unsecured Creditor |
| The CW Television Network, LLC | 40 Largest Unsecured Creditor |
| The Walt Disney Company | 40 Largest Unsecured Creditor |
| Turner Broadcasting System | 40 Largest Unsecured Creditor |
| Twitter Inc. | 40 Largest Unsecured Creditor |
| Universal Pictures | 40 Largest Unsecured Creditor |
| Univision | 40 Largest Unsecured Creditor |
| Viacom, Inc. | 40 Largest Unsecured Creditor |
| Bank Leumi, USA | 40 Largest Unsecured Creditor, Litigation Party - Plaintiff |
| Joshua Deutsch | 40 Largest Unsecured Creditor, Litigation Party - Plaintiff |
| Loren Schwartz | 40 Largest Unsecured Creditor, Litigation Party - Plaintiff |
| Latham & Watkins LLP | 40 Largest Unsecured Creditor, Ordinary Course Professional |
| 2.9 Film Distribution Limited | Contract Counterparty |
| All I See Partners 2015, L.P. | Contract Counterparty |
| Amazon Digital Services LLC | Contract Counterparty |
| CinemaScore | Contract Counterparty |
| ComScore, Inc. | Contract Counterparty |
| Constantin Film Verleih GmbH | Contract Counterparty |
| Fullscreen, Inc. | Contract Counterparty |
| Good Films Enterprises LLC | Contract Counterparty |
| Haivision | Contract Counterparty |
| Hotel Artemis Limited | Contract Counterparty |
| IM Global Film Fund, LLC | Contract Counterparty |
| iSpot.tv, Inc. | Contract Counterparty |
| Kintop Pictures, Inc | Contract Counterparty |
| Lakeshore Entertainment Group LLC | Contract Counterparty |
| Lakeshore Entertainment Productions LLC | Contract Counterparty |
| ListenFirst Media, LLC | Contract Counterparty |
| Marshall Film, LLC, | Contract Counterparty |
| Midnight Sun, LLC | Contract Counterparty |
| Miramax Distribution Services, LLC | Contract Counterparty |
| MullenLowe U.S., Inc. d/b/a Mediahub | Contract Counterparty |
| Neilsen NRG, Inc. | Contract Counterparty |
| Paramount Pictures Corporation | Contract Counterparty |
| Promise Distribution, LLC | Contract Counterparty |

| Name | Description |
|---|---|
| PXL Bros, LLC | Contract Counterparty |
| Redrover Co., LTD | Contract Counterparty |
| Rentrak Corporation | Contract Counterparty |
| Riverstone Pictures (Show Dogs) Limited | Contract Counterparty |
| Romin, Inc. | Contract Counterparty |
| Showtime Networks Inc. | Contract Counterparty |
| Toon Box Entertainment Ltd. | Contract Counterparty |
| Universals Studios Home Entertainment LLC | Contract Counterparty |
| Adrienne Gary | Current / Former Executives of Debtors or Affiliates |
| Brad Kembel | Current / Former Executives of Debtors or Affiliates |
| Charlotte Von Weede | Current / Former Executives of Debtors or Affiliates |
| David Rubin | Current / Former Executives of Debtors or Affiliates |
| Eli Shibley | Current / Former Executives of Debtors or Affiliates |
| Frank Prugo | Current / Former Executives of Debtors or Affiliates |
| Jack Pan | Current / Former Executives of Debtors or Affiliates |
| James Ellis | Current / Former Executives of Debtors or Affiliates |
| Josh Gutfreund | Current / Former Executives of Debtors or Affiliates |
| Jun Oh | Current / Former Executives of Debtors or Affiliates |
| Lynn Harris | Current / Former Executives of Debtors or Affiliates |
| Lynn Stepanian | Current / Former Executives of Debtors or Affiliates |
| Mark Stern | Current / Former Executives of Debtors or Affiliates |
| Melissa Martinez | Current / Former Executives of Debtors or Affiliates |
| Michael Dwyer | Current / Former Executives of Debtors or Affiliates |
| Mimi Tseng | Current / Former Executives of Debtors or Affiliates |
| Phil Gurin | Current / Former Executives of Debtors or Affiliates |
| Richie Fay | Current / Former Executives of Debtors or Affiliates |
| Rodolphe Buet | Current / Former Executives of Debtors or Affiliates |
| Sandy Friedman | Current / Former Executives of Debtors or Affiliates |
| Scott Kennedy | Current / Former Executives of Debtors or Affiliates |
| Steve Nickerson | Current / Former Executives of Debtors or Affiliates |
| Tatyana Joffe | Current / Former Executives of Debtors or Affiliates |
| Tim Sommerfeld | Current / Former Executives of Debtors or Affiliates |
| TJ Moffett | Current / Former Executives of Debtors or Affiliates |
| Donald Tang | Current / Former Executives of Debtors or Affiliates |
| Jie "Kevin" Kang | Current / Former Executives of Debtors or Affiliates |
| Robert Friedman | Current / Former Executives of Debtors or Affiliates |
| Briarcliff LLC | Debtor |
| Empire Productions LLC | Debtor |
| Open Road Films, LLC | Debtor |
| Open Road International LLC | Debtor |
| Open Road Releasing, LLC | Debtor |
| OR Productions LLC | Debtor |
| Donlin, Recano & Company, Inc. | Debtors' Claims and Noticing Agent |
| Klee, Tuchin, Bogdanoff & Stern LLP | Debtors' Counsel |
| FTI Consulting, Inc. | Debtors' Interim Management Company |
| Young Conaway Stargatt & Taylor, LLP | Debtors' Local Counsel |
| Judge Brendan L. Shannon | Delaware Bankruptcy Judge |
| Judge Christopher S. Sontchi | Delaware Bankruptcy Judge |
| Judge Kevin Gross | Delaware Bankruptcy Judge |
| Judge Kevin J. Carey | Delaware Bankruptcy Judge |
| Judge Laurie Selber Silverstein | Delaware Bankruptcy Judge |
| Judge Mary F. Walrath | Delaware Bankruptcy Judge |
| Cacia Batts | Delaware Judge's Staff |
| Catherine Farrell | Delaware Judge's Staff |
| Cheryl Szymanski | Delaware Judge's Staff |
| Danielle Gadson | Delaware Judge's Staff |
| Donna Grottini | Delaware Judge's Staff |
| Janet Moore | Delaware Judge's Staff |
| Jill Walker | Delaware Judge's Staff |
| Laura Haney | Delaware Judge's Staff |
| Laurie Capp | Delaware Judge's Staff |
| Lora Johnson | Delaware Judge's Staff |
| Nancy Hunt | Delaware Judge's Staff |

| Name | Description |
|---|---|
| Rachel Bello | Delaware Judge's Staff |
| Rachel Werkheiser | Delaware Judge's Staff |
| Sherry Scaruzzi | Delaware Judge's Staff |
| Benjamin Hackman | Delaware UST's Office |
| Brya Keilson | Delaware UST's Office |
| Christine Green | Delaware UST's Office |
| David Buchbinder | Delaware UST's Office |
| Diane Giordano | Delaware UST's Office |
| Dion Wynn | Delaware UST's Office |
| Edith A. Serrano | Delaware UST's Office |
| Hannah M. McCollum | Delaware UST's Office |
| Holly Dice | Delaware UST's Office |
| Jaclyn Weissgerber | Delaware UST's Office |
| James R. O'Malley | Delaware UST's Office |
| Jane Leamy | Delaware UST's Office |
| Jeffrey Heck | Delaware UST's Office |
| Juliet Sarkessian | Delaware UST's Office |
| Karen Starr | Delaware UST's Office |
| Lauren Attix | Delaware UST's Office |
| Linda Casey | Delaware UST's Office |
| Linda Richenderfer | Delaware UST's Office |
| Mark Kenney | Delaware UST's Office |
| Michael Panacio | Delaware UST's Office |
| Michael West | Delaware UST's Office |
| Ramona Vinson | Delaware UST's Office |
| Richard Schepacarter | Delaware UST's Office |
| Shakima L. Dortch | Delaware UST's Office |
| T. Patrick Tinker | Delaware UST's Office |
| Timothy J. Fox, Jr. | Delaware UST's Office |
| China Everbright Limited | Equity Holder of Non-Debtor Parent Company |
| China Harvest Partners, L.P. | Equity Holder of Non-Debtor Parent Company |
| Donald Tang and Partners | Equity Holder of Non-Debtor Parent Company |
| Gopher Hargest | Equity Holder of Non-Debtor Parent Company |
| Neil Shen | Equity Holder of Non-Debtor Parent Company |
| Reliance Industries Limited | Equity Holder of Non-Debtor Parent Company |
| Tencent Holdings Limited | Equity Holder of Non-Debtor Parent Company |
| Tom Ortenberg | Former Director |
| Alliance of Canadian Cinema, Television and Radio Artists | Industry Guilds |
| American Federation of Musicians | Industry Guilds |
| Directors Guild of America | Industry Guilds |
| International Alliance of Theatrical Stage Employees | Industry Guilds |
| Media, Entertainment and Arts Alliance | Industry Guilds |
| Producers Guild of America | Industry Guilds |
| Union of British Columbia Performers | Industry Guilds |
| Dewitt Stern of California Insurance Services, a divison of Risk Strategies Company | Insurance Broker |
| AIG Europe Limited | Insurer |
| Allied World Specialty Insurance Company | Insurer |
| Arch Insurance Group | Insurer |
| AXIS Insurance Company | Insurer |
| Chubb National Insurance Company | Insurer |
| Federal Insurance Company | Insurer |
| Hallmark Specialty Insurance Company | Insurer |
| Hartford Fire Insurance Company | Insurer |
| Hiscox Insurancy Company, Inc. | Insurer |
| Starr Companies | Insurer |
| U.S. Specialty Insurance Company | Insurer |
| Vigilant Insurance Company | Insurer |
| One Hundred Towers L.L.C. | Lease Counterparty (Landlord) |
| Shoreline Law - Andrew Pauly and Damon Thayer | Litigation Party - Debtors' Attorney |
| Robert Thornton | Litigation Party - Plaintiff |
| Sous Chef, LLC | Litigation Party - Plaintiff |
| Bent Caryl & Kroll, LLP | Litigation Party - Plaintiff's Attorney |
| Leto Bassuk | Litigation Party - Plaintiff's Attorney |

| Name | Description |
|---|---|
| Procopio Cory Hargreaves & Savitch LLP | Litigation Party - Plaintiff's Attorney |
| Quinn Emanuel Urquhart & Sullivan - Gary Gans, Diane Cafferata, and William Odom | Litigation Party - Plaintiff's Attorney |
| Daley & Tang Securities LLC | Non-filing Debtor Affiliate |
| Global Road Entertainment LLC | Non-filing Debtor Affiliate |
| Global Road Entertainment Television LLC | Non-filing Debtor Affiliate |
| Global Road International Limited | Non-filing Debtor Affiliate |
| GRE Puerto Rico LLC | Non-filing Debtor Affiliate |
| IM Global LLC | Non-filing Debtor Affiliate |
| Sixjoy LLC | Non-filing Debtor Affiliate |
| Sleepless Nights Productions LLC | Non-filing Debtor Affiliate |
| Tang and Partners Limited | Non-filing Debtor Affiliate |
| Tang Media Partners Holdings LLC | Non-filing Debtor Affiliate |
| Tang Media Partners Limited | Non-filing Debtor Affiliate |
| Tang Media Partners LLC | Non-filing Debtor Affiliate |
| Tang Media Partners Securities LLC | Non-filing Debtor Affiliate |
| TMP Films Shanghai | Non-filing Debtor Affiliate |
| TMP Global LLC | Non-filing Debtor Affiliate |
| TMP Investment Shanghai | Non-filing Debtor Affiliate |
| TMPTV LLC | Non-filing Debtor Affiliate |
| Loeb & Loeb, LLP | Ordinary Course Professional |
| Shoreline, A Law Corporation | Ordinary Course Professional |
| Paul Hastings LLP | Professional, Counsel to Secured Lender (Bank of America) |
| Berkeley Research Group | Professional, Financial Advisor to Bank of America, N.A. |
| Glaser Weil - Patricia Glaser and Garland Kelly | Professional, Litigation Party - Debtors' Attorney |
| Amazon Content Services LLC | Secured - UCC Party |
| Awesomeness Distribution, LLC | Secured - UCC Party |
| Believe Film Partners, LLC | Secured - UCC Party |
| City National Bank, N.A. | Secured - UCC Party |
| Endgame Releasing Company, LLC | Secured - UCC Party |
| Film Finances, Inc. | Secured - UCC Party |
| Neddy Dean Productions Limited | Secured - UCC Party |
| Redrover Co., Ltd | Secured - UCC Party |
| Riverstone Pictures (Show Dogs) Limited | Secured - UCC Party |
| Riverstone Pictures (Sleepless Night) Limited | Secured - UCC Party |
| Riverstone Solutions 2 Limited | Secured - UCC Party |
| RPSD2 Limited | Secured - UCC Party |
| Sony Pictures Worldwide Acquisitions Inc. | Secured - UCC Party |
| Spotlight Films, LLC | Secured - UCC Party |
| IMG Global Film Fund LLC | Secured - UCC Party, Contract Counterparty |
| Writers Guild of America, East, Inc. | Secured - UCC Party, Industry Guild |
| Writers Guild of America, West, Inc. | Secured - UCC Party, Industry Guild |
| Screen Actors Guild - American Federation of Television and Radio Artists | Secured - UCC, Industry Guilds |
| Bank Hapoalim B.M. | Secured Lender |
| East West Bank | Secured Lender |
| MUFG Union Bank, N.A. | Secured Lender |
| CIT Bank, N.A. | Secured Lender, Depository Institution |
| Bank of America, N.A. | Secured Lender, UCC, Administrative Agent |
| California Franchise Tax Board | Taxing Authority |
| City of Chicago Department of Finance | Taxing Authority |
| Delaware Division of Revenue | Taxing Authority |
| Georgia Department of Revenue | Taxing Authority |
| Illinois Department of Revenue | Taxing Authority |
| Internal Revenue Service | Taxing Authority |
| Los Angeles County Tax Collector | Taxing Authority |
| New York City Department of Finance | Taxing Authority |
| Office of Finance, City of Los Angeles | Taxing Authority |
| Ohio Department of Taxation | Taxing Authority |
| State of New York, Department of Taxation and Finance | Taxing Authority |
| Tennessee Department of Revenue | Taxing Authority |
| Texas Comptroller of Public Accounts | Taxing Authority |
| Washington Department of Revenue | Taxing Authority |