# EXHIBIT B

**Declaration of Amir Agam**

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>OPEN ROAD FILMS, LLC, a Delaware limited liability Debtors, *et al.*,[1]<br><br>                Debtors. | Chapter 11<br><br>Case No.: 18-12012 (LSS)<br><br>(Jointly Administered) |

**DECLARATION OF AMIR AGAM IN SUPPORT OF THE DEBTORS' APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING THE DEBTORS TO (I) EMPLOY AND RETAIN FTI CONSULTING, INC. TO PROVIDE THE DEBTORS A CHIEF RESTRUCTURING OFFICER AND CERTAIN ADDITIONAL PERSONNEL AND (II) DESIGNATE AMIR AGAM AS CHIEF RESTRUCTURING OFFICER FOR THE DEBTORS *NUNC PRO TUNC* TO THE PETITION DATE**

I, Amir Agam, declare under penalty of perjury as follows:

1. I am a Senior Managing Director with FTI Consulting, Inc. (together with its wholly owned subsidiaries, agents, independent contractors and employees "FTI"), a financial advisory services firm with numerous offices throughout the country, and am duly authorized to make this declaration (the "Declaration") on behalf of FTI in support of the *Debtors' Application for Entry of an Order Authorizing the Debtors to (I) Employ and Retain FTI Consulting, Inc. to Provide the Debtors a Chief Restructuring Officer and Certain Additional Personnel and (II) Designate Amir Agam as Chief Restructuring Officer for the Debtors Nunc Pro Tunc to the Petition Date* (the "Application")[2] on the terms and conditions set forth in the Application and

---

[1] The Debtors and the last four digits of their respective federal taxpayer identification numbers are as follows: Open Road Films, LLC (4435-Del.); Open Road Releasing, LLC (4736-Del.); OR Productions LLC (5873-Del.); Briarcliff LLC (7304-Del.); Open Road International LLC (4109-Del.); and Empire Productions LLC (9375-Del.). The Debtors' address is 2049 Century Park East, 4th Floor, Los Angeles, CA 90067.

[2] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to such terms in the Application.

the Engagement Letter. Except as otherwise noted, I have personal knowledge of the matters set forth herein.[3]

## I. QUALIFICATIONS OF FTI

2. On August 3, 2018, FTI was engaged, effective as of August 1, 2018, to provide interim management services in connection with a potential restructuring. The FTI Professionals are intimately familiar with the Debtors' business and are well qualified to act on the Debtors' behalf given their extensive knowledge and expertise with respect to chapter 11 proceedings. The FTI Professionals specialize in interim management, turnaround and restructuring services, asset sales, and business transformation. FTI's debtor advisory services have included a wide range of activities targeted toward maximizing the value of a debtors' assets and recoveries to creditors, including developing or validating forecasts; working with management on operational issues; monitoring and managing cash flow and creditor relationships; negotiating with a debtor's secured lenders on the use of cash collateral; assessing and recommending cost reduction strategies; providing transactional support to market a debtor's assets, including forecasting, creating marketing materials, contacting potential buyers, and negotiating offers for debtor owned assets; preparing a debtor for a chapter 11 filing; and designing and negotiating financial restructuring packages.

45. Further, FTI has provided similar services and personnel in recent cases in this District. *See, e.g.*, *In re Zohar III, Corp.*, Case No. 18-10512 (Bankr. D. Del. June 11, 2018); *In re SFX Entertainment, Inc.*, Case No. 16-10238 (Bankr. D. Del. Mar. 3, 2016); *In re Fresh & Easy, LLC*, Case No. 15-12220 (Bankr. D. Del. Nov. 20, 2015); *In re Corinthian Colleges, Inc.*, Case No. 15-10952 (Bankr. D. Del. May 27, 2015); *In re Mineral Park, Inc.*, Case No. 14-11996

---

[3] Certain of the disclosures herein relate to matters within the personal knowledge of other professionals at FTI and are based on information provided by such professionals.

(Bankr. D. Del. Sept. 23, 2014); *In re FCC Holdings, Inc.*, Case No. 14-11987 (Bankr. D. Del. Sept. 22, 2014); *In re Digital Domain Media Grp., Inc.*, Case No. 12-12568 (Bankr. D. Del. Oct. 31, 2012); *In re Cadence Innovation LLC*, Case No. 08-11973 (Bankr. D. Del. Sept. 18, 2008).

3. I have the requisite experience to serve as the Debtors' Chief Restructuring Officer ("CRO"). I have approximately twenty years of experience in the restructuring and turnaround industry (including related non-distressed consulting), all of which are either at FTI, or, prior to its acquisition by FTI, at the Business Recovery Services practice that existed prior to 2002 at PricewaterhouseCoopers, LLC. Since August 3, 2018, I have served as the Debtors' CRO. My expertise includes serving in interim management positions as interim chief financial officer and chief restructuring officer. I served previously as chief restructuring officer to Fresh & Easy LLC, a 100 store grocery chain that filed chapter 11 cases in this District, and was the interim chief financial officer to two companies. In addition, I have previously advised (among others) Corinthian Colleges, Inc., a public for-profit education debtor; THQ Inc., a public video game production and distribution debtor; and Fleetwood Enterprises, a billion dollar public manufacturer of manufactured housing and recreational vehicles. My experience includes advising on complex restructuring and turnaround situations in out-of-court restructurings and in formal bankruptcy proceedings. Specific areas of my experience include business plan development and review, cash flow forecasting, cash management, identification and implementation of significant cost reductions, negotiating restructuring plans, bankruptcy planning, obtaining financing, negotiating business and asset sales, and providing related court testimony.

## II. SCOPE OF SERVICES

4. Subject to approval by the Court, FTI will be retained by the Debtors to provide the FTI Professionals on the terms and conditions set forth in the engagement letter, dated

August 3, 2018, attached to the Application as **Exhibit C** (the "Engagement Letter"),[4] except as otherwise explicitly set forth in the Application or in any order granting the Application.

5.      Generally, the FTI Professionals will support the Debtors with respect to the matters described in the Application and the Engagement Letter.  As of the Petition Date, 12 FTI Professionals were working full- or part-time on the engagement.

### III.  DISINTERESTEDNESS AND ELIGIBILITY

6.      In connection with the employment proposed in the Application, FTI undertook to determine whether it had any conflicts or other relationships that might cause it not to be disinterested or to hold or represent an interest adverse to the Debtors.  Specifically, FTI obtained from the Debtors and/or their representatives the names of individuals and entities that may be parties-in-interest in these Cases (the "Potential Parties-in-Interest") and such parties are listed on Exhibit 1 annexed hereto.  FTI has researched its electronic client files and records to determine its connections with the Potential Parties-in-Interest.

7.      As far as I have been able to ascertain through these efforts, to the extent that FTI has been retained on or after January 1, 2012 to represent any of the other Potential Parties-in-Interest (or their apparent affiliates, as the case may be), such parties are listed on Exhibit 2 annexed hereto.  FTI's concluded or current representation of each entity listed on Exhibit 2 (or its apparent affiliate, as the case may be), however, was or is only on matters that are unrelated to the Debtors and these Cases, except as discussed herein.  Other than as listed on Exhibit 2 or discussed herein, I am unaware of any engagements of FTI by the Potential Parties-in-Interest on or after January 1, 2012.  Given the size of FTI and the breadth of its client base, it is possible

---

[4]   The summaries of the Engagement Letter contained in this Application are provided for purposes of convenience only.  In the event of any inconsistency between the summaries contained herein and the terms and provisions of the Engagement Letter, the terms of the Engagement Letter shall control unless otherwise set forth herein.  Capitalized terms used in such summaries but not otherwise defined herein shall have the meanings set forth in the Engagement Letter.

that FTI may now or in the future be retained by one or more of the Potential Parties-in-Interest in unrelated matters. FTI will continue to analyze any additional Potential Parties-in-Interest that become involved in these proceedings and it will promptly supplement this disclosure to the Court for any representations for additional Potential Parties-in-Interest.

8. As a result of the efforts described herein, I have thus far ascertained that, except as may be set forth herein, upon information and belief, if retained, the Firm:

    a. is not a creditor of the Debtors (including by reason of unpaid fees for prepetition services) or an equity security holder of the Debtors;

    b. except with respect to the prepetition officer role described herein and/or in the Application, is not and has not been, within 2 years before the date of the filing of the petition, a director, officer (other than by virtue of FTI employees serving in the roles as FTI Professionals (prepetition and postpetition as described in the Application), or an employee of the Debtors; and

    c. does not have any interest materially adverse to the interests of the Debtors' estates, or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtors, or for any other reason.

9. As the Debtors may be aware, the administrative agent and/or members of the lending group (or law firms of the administrative agent or the lending group members) regularly retain FTI. However, such representations are in matters unrelated to this engagement.

10. From the results of such review, FTI is not aware of any conflicts of interest or additional relationships that FTI believes would preclude FTI from performing the services proposed in the Engagement Letter. However, as the Debtors know, FTI is a large consulting firm with numerous offices throughout the United States. FTI is regularly engaged by new clients, which may include one or more of the Potentially Interested Parties. FTI will not accept an engagement that directly conflicts with the Cases without the Debtors' prior written consent.

11. Additionally, FTI has represented, and may currently represent, entities contacted

in connection with the sale and marketing process for the Debtors' assets, including, without limitation, entities that have submitted indications of interest or bids to the Debtors or their advisors in connection with a sale of the Debtors' assets. Because of the confidential nature of such indications of interests and bids, the applicable entities are not identified on the schedules attached hereto. FTI does not, however, currently represent any such entities in any matters related to the Debtors, their affiliates, these chapter 11 Cases, or a sale of any of the Debtors' assets. Upon request of the Court, the U.S. Trustee, or counsel for any statutory committee appointed in these Cases, FTI will provide to the Court and/or such parties the names of such entities and disclose the nature of FTI's connection therewith.

12. As the Debtors are aware, FTI has previously performed work for the Debtors, predecessor entities, or related companies. FTI's past services to the Debtors and their non-debtor affiliates consisted of (i) development of forecasts and/or valuation indications for film libraries and individual films for their internal financial planning and collateral administration and (ii) preparation of a purchase price allocation in connection with Tang Media Partners' acquisition of Open Road Films, LLC. In some cases, FTI consented to the provision of a copy of or excerpts from FTI's reports to unaffiliated parties, such as lenders and prospective investors, who acknowledged that FTI had not provided advice to the recipient and assumed no obligations thereby.

13. Further, as part of its diverse practice, FTI appears in numerous cases and proceedings, and participates in transactions that involve many different professionals, including attorneys, accountants, and financial consultants, who represent claimants and parties-in-interest in the Cases. Further, FTI has performed in the past, and may perform in the future, advisory consulting services for various attorneys and law firms, and has been represented by several attorneys and law firms, some of which may be involved in these proceedings. Based on our

current knowledge of the professionals involved, and to the best of my knowledge, none of these relationships create interests materially adverse to the Debtors or their estates in matters upon which FTI is to be employed, and none of these relationships are in connection with or related to these Cases. If any new material relevant facts or relationships are discovered or arise, FTI will promptly file a supplemental declaration.

## IV. COMPENSATION

14. Subject to Court approval of the Application and in accordance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, applicable U.S. Trustee guidelines, and the Local Rules for the United States Bankruptcy Court for the District of Delaware, FTI will seek from the Debtors payment for compensation for my services rendered as CRO in connection with the Cases during the first two (2) months after execution of the Engagement Letter, a monthly, non-refundable advisory fee of $125,000. For my services rendered as CRO in connection with the Cases after the first two (2) months after execution of the Engagement Letter, the Debtors agree to pay FTI on an hourly fee basis at the rate of $935 per hour.

15. Aside from the CRO, all other FTI employees providing services to the Debtors will be Hourly Temporary Staff. The current hourly billing rates for Hourly Temporary Staff, based on the position held by such Hourly Temporary Staff at FTI, are subject to the below ranges. These hourly rates are generally revised periodically.

|  | Per Hour (USD) |
| --- | --- |
| Senior Managing Directors and Senior Advisors | $840-1,075 |
| Directors / Senior Directors / Managing Directors | $630-835 |
| Consultants/Senior Consultants | $335-605 |
| Administrative / Paraprofessionals | $135-265 |

16. In addition to the foregoing fees, and as additional consideration for all of the Services, upon the closing and funding (whether partially or in full) of a Transaction, the Debtors

agree to pay FTI an additional fee equal to $750,000 ("Additional Fee").  However, so long as no more than 50% of the Debtors' secured debt is transferred from its current holders to new holders, in the event that the secured lenders to the Debtors acquire by way of a credit bid all or substantially all of the assets, then there will be no Additional Fee.  The Additional Fee, if any, shall be paid by instructing the financier, lender, investor, or other purchaser to withhold the Additional Fee from the proceeds of the Transaction and to wire transfer said fee directly to FTI upon the closing of the Transaction.  In the event a transaction or series of transactions takes place that does not involve a change in control (*e.g.,* a sale of a sub-set of the Film Library), the Debtors and FTI agree to negotiate in good faith with respect to the additional fees to be paid to FTI in connection therewith, the terms of which will be documented in a separate agreement between the parties.

17. In addition to the fees outlined above, FTI will bill for reasonable direct expenses which are incurred on the Debtors' behalf during the Cases.  Expenses include reasonable and customary out-of-pocket expenses which are billed directly to the Cases such as certain telephone, overnight mail, messenger, travel, meals, accommodations, and other expenses specifically related to the engagement.  Further, if FTI and/or any of its employees are required to testify or provide evidence at or in connection with any judicial or administrative proceeding relating to this matter, FTI will be compensated by the Debtors at its regular hourly rates and reimbursed for reasonable direct expenses (including reasonable, documented fees of counsel) with respect thereto.

18. The Engagement Letter provides that FTI will receive a fee if Open Road Films, LLC or one of its subsidiaries or controlled affiliates hires an FTI employee who worked on this engagement during the engagement and for a period of one year thereafter.  The fee amount is 150% of the employee's annual compensation.  However, FTI has agreed not to charge this fee

during the chapter 11 Cases if its retention is approved.

19. FTI received $250,000 as an initial retainer in connection with the Engagement Letter. Prior to the Petition Date, FTI received retainers and payments totaling $1,247,118.26 in the aggregate for services performed for the Debtors. FTI has applied these funds to amounts due for services rendered and expenses incurred prior to the Petition Date as follows:

| Date | Advance Payments Received | FTI Retainer Applied | CRO Fees Paid | Form of Payment | Retainer Balance |
|---|---|---|---|---|---|
| 08/06/2018 | $250,000.00 | – | – | Initial Retainer Deposit | $250,000.00 |
| 08/14/2018 | – | ($129,400.96) | – | Apply FTI Retainer | $120,599.04 |
| 08/15/2018 | $128,750.00 | – | ($128,750.00) | August CRO Fees | $120,599.04 |
| 08/15/2018 | $129,400.96 | – | – | Replenishment of Retainer | $250,000.00 |
| 08/22/2018 | – | ($146,777.30) | – | Apply FTI Retainer | $103,222.70 |
| 08/24/2018 | $146,777.30 | – | – | Replenishment of Retainer | $250,000.00 |
| 08/29/2018 | – | ($217,190.00) | – | Apply FTI Retainer | $32,810.00 |
| 08/30/2018 | $217,190.00 | – | – | Replenishment of Retainer | $250,000.00 |
| 9/4/2018 | $250,000.00 | – | – | Replenishment of Retainer | $500,000.00 |
| 9/4/2018 | $125,000.00 | – | ($125,000.00) | September CRO Fees | $500,000.00 |

20. As of the Petition Date, the unapplied portion of the retainer was $500,000. Also as of the Petition Date, FTI believes it had approximately $374,000 in unbilled fees and approximately $28,000 in unbilled expenses. Upon entry of the Court's order approving FTI's employment, FTI will apply a portion of the retainer to these unbilled fees and expenses, leaving an estimated residual retainer balance of approximately $98,000. The unapplied residual balance

of the retainer will not be segregated by FTI in a separate account and will be held by FTI until the end of the Cases and applied to FTI's final fees in these Cases (to the extent not subject to an objection), unless an alternative arrangement is agreed to by the Debtors. All fees and expenses due to FTI will be billed on a weekly basis following entry of the Proposed Order.

21. To the best of my knowledge, (i) no commitments have been made or received by FTI with respect to compensation or payment in connection with the Cases other than in accordance with the Engagement Letter, the Application, and the applicable provisions of the Bankruptcy Code and the Bankruptcy Rules, and (ii) FTI has no agreement with any other entity to share with such entity any compensation received by FTI in connection with the Cases.

22. By reason of the foregoing, I believe FTI is eligible for retention by the Debtors pursuant to sections 105(a) and 363(b) of the Bankruptcy Code and the applicable Bankruptcy Rules and Local Rules.

Dated this 11th day of September, 2018.

*/s/ Amir Agam*
Amir Agam, Senior Managing Director
FTI Consulting, Inc.

# EXHIBIT 1

**Potentially Interested Parties**

**Open Road Films, LLC, et al.**
**List of Parties in Interest**

| Name | Description |
|---|---|
| 21st Century Fox | 40 Largest Unsecured Creditor |
| A&E Networks | 40 Largest Unsecured Creditor |
| Allied Integrated Marketing | 40 Largest Unsecured Creditor |
| Amazon.com, Inc. | 40 Largest Unsecured Creditor |
| AMC Networks, Inc. | 40 Largest Unsecured Creditor |
| AMC Theatres | 40 Largest Unsecured Creditor |
| BBG Home Again LLC | 40 Largest Unsecured Creditor |
| Cinedigm Digital Cinema Corp. | 40 Largest Unsecured Creditor |
| Discovery, Inc. | 40 Largest Unsecured Creditor |
| Dolphin Max Steel Holdings LLC | 40 Largest Unsecured Creditor |
| Erwin Penland LLC | 40 Largest Unsecured Creditor |
| Facebook, Inc. | 40 Largest Unsecured Creditor |
| Giaronomo Productions Inc | 40 Largest Unsecured Creditor |
| Google, LLC | 40 Largest Unsecured Creditor |
| HULU | 40 Largest Unsecured Creditor |
| International Alliance of Theatrical Stage Employees | 40 Largest Unsecured Creditor |
| IPG Mediabrands | 40 Largest Unsecured Creditor |
| Kasima, LLC | 40 Largest Unsecured Creditor |
| Loft International NV | 40 Largest Unsecured Creditor |
| National Research Group, Inc. | 40 Largest Unsecured Creditor |
| NBCUniversal | 40 Largest Unsecured Creditor |
| Pandora Media Inc | 40 Largest Unsecured Creditor |
| Promise Acquisitions, LLC | 40 Largest Unsecured Creditor |
| Rhino Entertainment Company | 40 Largest Unsecured Creditor |
| Roku, Inc. | 40 Largest Unsecured Creditor |
| Snap Inc | 40 Largest Unsecured Creditor |
| Sony Electronics, Inc. | 40 Largest Unsecured Creditor |
| Spotify Technology | 40 Largest Unsecured Creditor |
| Swisher Productions LLC | 40 Largest Unsecured Creditor |
| The CW Television Network, LLC | 40 Largest Unsecured Creditor |
| The Walt Disney Company | 40 Largest Unsecured Creditor |
| Turner Broadcasting System | 40 Largest Unsecured Creditor |
| Twitter Inc. | 40 Largest Unsecured Creditor |
| Universal Pictures | 40 Largest Unsecured Creditor |
| Univision | 40 Largest Unsecured Creditor |
| Viacom, Inc. | 40 Largest Unsecured Creditor |
| Bank Leumi, USA | 40 Largest Unsecured Creditor, Litigation Party - Plaintiff |
| Joshua Deutsch | 40 Largest Unsecured Creditor, Litigation Party - Plaintiff |
| Loren Schwartz | 40 Largest Unsecured Creditor, Litigation Party - Plaintiff |
| Latham & Watkins LLP | 40 Largest Unsecured Creditor, Ordinary Course Professional |
| 2.9 Film Distribution Limited | Contract Counterparty |
| All I See Partners 2015, L.P. | Contract Counterparty |
| Amazon Digital Services LLC | Contract Counterparty |
| CinemaScore | Contract Counterparty |
| ComScore, Inc. | Contract Counterparty |
| Constantin Film Verleih GmbH | Contract Counterparty |
| Fullscreen, Inc. | Contract Counterparty |
| Good Films Enterprises LLC | Contract Counterparty |
| Haivision | Contract Counterparty |
| Hotel Artemis Limited | Contract Counterparty |
| IM Global Film Fund, LLC | Contract Counterparty |
| iSpot.tv, Inc. | Contract Counterparty |
| Kintop Pictures, Inc | Contract Counterparty |
| Lakeshore Entertainment Group LLC | Contract Counterparty |
| Lakeshore Entertainment Productions LLC | Contract Counterparty |
| ListenFirst Media, LLC | Contract Counterparty |
| Marshall Film, LLC, | Contract Counterparty |
| Midnight Sun, LLC | Contract Counterparty |
| Miramax Distribution Services, LLC | Contract Counterparty |
| MullenLowe U.S., Inc. d/b/a Mediahub | Contract Counterparty |
| Neilsen NRG, Inc. | Contract Counterparty |
| Paramount Pictures Corporation | Contract Counterparty |
| Promise Distribution, LLC | Contract Counterparty |

| Name | Description |
|---|---|
| PXL Bros, LLC | Contract Counterparty |
| Redrover Co., LTD | Contract Counterparty |
| Rentrak Corporation | Contract Counterparty |
| Riverstone Pictures (Show Dogs) Limited | Contract Counterparty |
| Romin, Inc. | Contract Counterparty |
| Showtime Networks Inc. | Contract Counterparty |
| Toon Box Entertainment Ltd. | Contract Counterparty |
| Universals Studios Home Entertainment LLC | Contract Counterparty |
| Adrienne Gary | Current / Former Executives of Debtors or Affiliates |
| Brad Kembel | Current / Former Executives of Debtors or Affiliates |
| Charlotte Von Weede | Current / Former Executives of Debtors or Affiliates |
| David Rubin | Current / Former Executives of Debtors or Affiliates |
| Eli Shibley | Current / Former Executives of Debtors or Affiliates |
| Frank Prugo | Current / Former Executives of Debtors or Affiliates |
| Jack Pan | Current / Former Executives of Debtors or Affiliates |
| James Ellis | Current / Former Executives of Debtors or Affiliates |
| Josh Gutfreund | Current / Former Executives of Debtors or Affiliates |
| Jun Oh | Current / Former Executives of Debtors or Affiliates |
| Lynn Harris | Current / Former Executives of Debtors or Affiliates |
| Lynn Stepanian | Current / Former Executives of Debtors or Affiliates |
| Mark Stern | Current / Former Executives of Debtors or Affiliates |
| Melissa Martinez | Current / Former Executives of Debtors or Affiliates |
| Michael Dwyer | Current / Former Executives of Debtors or Affiliates |
| Mimi Tseng | Current / Former Executives of Debtors or Affiliates |
| Phil Gurin | Current / Former Executives of Debtors or Affiliates |
| Richie Fay | Current / Former Executives of Debtors or Affiliates |
| Rodolphe Buet | Current / Former Executives of Debtors or Affiliates |
| Sandy Friedman | Current / Former Executives of Debtors or Affiliates |
| Scott Kennedy | Current / Former Executives of Debtors or Affiliates |
| Steve Nickerson | Current / Former Executives of Debtors or Affiliates |
| Tatyana Joffe | Current / Former Executives of Debtors or Affiliates |
| Tim Sommerfeld | Current / Former Executives of Debtors or Affiliates |
| TJ Moffett | Current / Former Executives of Debtors or Affiliates |
| Donald Tang | Current / Former Executives of Debtors or Affiliates |
| Jie "Kevin" Kang | Current / Former Executives of Debtors or Affiliates |
| Robert Friedman | Current / Former Executives of Debtors or Affiliates |
| Briarcliff LLC | Debtor |
| Empire Productions LLC | Debtor |
| Open Road Films, LLC | Debtor |
| Open Road International LLC | Debtor |
| Open Road Releasing, LLC | Debtor |
| OR Productions LLC | Debtor |
| Donlin, Recano & Company, Inc. | Debtors' Claims and Noticing Agent |
| Klee, Tuchin, Bogdanoff & Stern LLP | Debtors' Counsel |
| FTI Consulting, Inc. | Debtors' Interim Management Company |
| Young Conaway Stargatt & Taylor, LLP | Debtors' Local Counsel |
| Judge Brendan L. Shannon | Delaware Bankruptcy Judge |
| Judge Christopher S. Sontchi | Delaware Bankruptcy Judge |
| Judge Kevin Gross | Delaware Bankruptcy Judge |
| Judge Kevin J. Carey | Delaware Bankruptcy Judge |
| Judge Laurie Selber Silverstein | Delaware Bankruptcy Judge |
| Judge Mary F. Walrath | Delaware Bankruptcy Judge |
| Cacia Batts | Delaware Judge's Staff |
| Catherine Farrell | Delaware Judge's Staff |
| Cheryl Szymanski | Delaware Judge's Staff |
| Danielle Gadson | Delaware Judge's Staff |
| Donna Grottini | Delaware Judge's Staff |
| Janet Moore | Delaware Judge's Staff |
| Jill Walker | Delaware Judge's Staff |
| Laura Haney | Delaware Judge's Staff |
| Laurie Capp | Delaware Judge's Staff |
| Lora Johnson | Delaware Judge's Staff |
| Nancy Hunt | Delaware Judge's Staff |

| Name | Description |
|---|---|
| Rachel Bello | Delaware Judge's Staff |
| Rachel Werkheiser | Delaware Judge's Staff |
| Sherry Scaruzzi | Delaware Judge's Staff |
| Benjamin Hackman | Delaware UST's Office |
| Brya Keilson | Delaware UST's Office |
| Christine Green | Delaware UST's Office |
| David Buchbinder | Delaware UST's Office |
| Diane Giordano | Delaware UST's Office |
| Dion Wynn | Delaware UST's Office |
| Edith A. Serrano | Delaware UST's Office |
| Hannah M. McCollum | Delaware UST's Office |
| Holly Dice | Delaware UST's Office |
| Jaclyn Weissgerber | Delaware UST's Office |
| James R. O'Malley | Delaware UST's Office |
| Jane Leamy | Delaware UST's Office |
| Jeffrey Heck | Delaware UST's Office |
| Juliet Sarkessian | Delaware UST's Office |
| Karen Starr | Delaware UST's Office |
| Lauren Attix | Delaware UST's Office |
| Linda Casey | Delaware UST's Office |
| Linda Richenderfer | Delaware UST's Office |
| Mark Kenney | Delaware UST's Office |
| Michael Panacio | Delaware UST's Office |
| Michael West | Delaware UST's Office |
| Ramona Vinson | Delaware UST's Office |
| Richard Schepacarter | Delaware UST's Office |
| Shakima L. Dortch | Delaware UST's Office |
| T. Patrick Tinker | Delaware UST's Office |
| Timothy J. Fox, Jr. | Delaware UST's Office |
| China Everbright Limited | Equity Holder of Non-Debtor Parent Company |
| China Harvest Partners, L.P. | Equity Holder of Non-Debtor Parent Company |
| Donald Tang and Partners | Equity Holder of Non-Debtor Parent Company |
| Gopher Hargest | Equity Holder of Non-Debtor Parent Company |
| Neil Shen | Equity Holder of Non-Debtor Parent Company |
| Reliance Industries Limited | Equity Holder of Non-Debtor Parent Company |
| Tencent Holdings Limited | Equity Holder of Non-Debtor Parent Company |
| Tom Ortenberg | Former Director |
| Alliance of Canadian Cinema, Television and Radio Artists | Industry Guilds |
| American Federation of Musicians | Industry Guilds |
| Directors Guild of America | Industry Guilds |
| International Alliance of Theatrical Stage Employees | Industry Guilds |
| Media, Entertainment and Arts Alliance | Industry Guilds |
| Producers Guild of America | Industry Guilds |
| Union of British Columbia Performers | Industry Guilds |
| Dewitt Stern of California Insurance Services, a divison of Risk Strategies Company | Insurance Broker |
| AIG Europe Limited | Insurer |
| Allied World Specialty Insurance Company | Insurer |
| Arch Insurance Group | Insurer |
| AXIS Insurance Company | Insurer |
| Chubb National Insurance Company | Insurer |
| Federal Insurance Company | Insurer |
| Hallmark Specialty Insurance Company | Insurer |
| Hartford Fire Insurance Company | Insurer |
| Hiscox Insurancy Company, Inc. | Insurer |
| Starr Companies | Insurer |
| U.S. Specialty Insurance Company | Insurer |
| Vigilant Insurance Company | Insurer |
| One Hundred Towers L.L.C. | Lease Counterparty (Landlord) |
| Shoreline Law - Andrew Pauly and Damon Thayer | Litigation Party - Debtors' Attorney |
| Robert Thornton | Litigation Party - Plaintiff |
| Sous Chef, LLC | Litigation Party - Plaintiff |
| Bent Caryl & Kroll, LLP | Litigation Party - Plaintiff's Attorney |
| Leto Bassuk | Litigation Party - Plaintiff's Attorney |

| Name | Description |
|---|---|
| Procopio Cory Hargreaves & Savitch LLP | Litigation Party - Plaintiff's Attorney |
| Quinn Emanuel Urquhart & Sullivan - Gary Gans, Diane Cafferata, and William Odom | Litigation Party - Plaintiff's Attorney |
| Daley & Tang Securities LLC | Non-filing Debtor Affiliate |
| Global Road Entertainment LLC | Non-filing Debtor Affiliate |
| Global Road Entertainment Television LLC | Non-filing Debtor Affiliate |
| Global Road International Limited | Non-filing Debtor Affiliate |
| GRE Puerto Rico LLC | Non-filing Debtor Affiliate |
| IM Global LLC | Non-filing Debtor Affiliate |
| Sixjoy LLC | Non-filing Debtor Affiliate |
| Sleepless Nights Productions LLC | Non-filing Debtor Affiliate |
| Tang and Partners Limited | Non-filing Debtor Affiliate |
| Tang Media Partners Holdings LLC | Non-filing Debtor Affiliate |
| Tang Media Partners Limited | Non-filing Debtor Affiliate |
| Tang Media Partners LLC | Non-filing Debtor Affiliate |
| Tang Media Partners Securities LLC | Non-filing Debtor Affiliate |
| TMP Films Shanghai | Non-filing Debtor Affiliate |
| TMP Global LLC | Non-filing Debtor Affiliate |
| TMP Investment Shanghai | Non-filing Debtor Affiliate |
| TMPTV LLC | Non-filing Debtor Affiliate |
| Loeb & Loeb, LLP | Ordinary Course Professional |
| Shoreline, A Law Corporation | Ordinary Course Professional |
| Paul Hastings LLP | Professional, Counsel to Secured Lender (Bank of America) |
| Berkeley Research Group | Professional, Financial Advisor to Bank of America, N.A. |
| Glaser Weil - Patricia Glaser and Garland Kelly | Professional, Litigation Party - Debtors' Attorney |
| Amazon Content Services LLC | Secured - UCC Party |
| Awesomeness Distribution, LLC | Secured - UCC Party |
| Believe Film Partners, LLC | Secured - UCC Party |
| City National Bank, N.A. | Secured - UCC Party |
| Endgame Releasing Company, LLC | Secured - UCC Party |
| Film Finances, Inc. | Secured - UCC Party |
| Neddy Dean Productions Limited | Secured - UCC Party |
| Redrover Co., Ltd | Secured - UCC Party |
| Riverstone Pictures (Show Dogs) Limited | Secured - UCC Party |
| Riverstone Pictures (Sleepless Night) Limited | Secured - UCC Party |
| Riverstone Solutions 2 Limited | Secured - UCC Party |
| RPSD2 Limited | Secured - UCC Party |
| Sony Pictures Worldwide Acquisitions Inc. | Secured - UCC Party |
| Spotlight Films, LLC | Secured - UCC Party |
| IMG Global Film Fund LLC | Secured - UCC Party, Contract Counterparty |
| Writers Guild of America, East, Inc. | Secured - UCC Party, Industry Guild |
| Writers Guild of America, West, Inc. | Secured - UCC Party, Industry Guild |
| Screen Actors Guild - American Federation of Television and Radio Artists | Secured - UCC, Industry Guilds |
| Bank Hapoalim B.M. | Secured Lender |
| East West Bank | Secured Lender |
| MUFG Union Bank, N.A. | Secured Lender |
| CIT Bank, N.A. | Secured Lender, Depository Institution |
| Bank of America, N.A. | Secured Lender, UCC, Administrative Agent |
| California Franchise Tax Board | Taxing Authority |
| City of Chicago Department of Finance | Taxing Authority |
| Delaware Division of Revenue | Taxing Authority |
| Georgia Department of Revenue | Taxing Authority |
| Illinois Department of Revenue | Taxing Authority |
| Internal Revenue Service | Taxing Authority |
| Los Angeles County Tax Collector | Taxing Authority |
| New York City Department of Finance | Taxing Authority |
| Office of Finance, City of Los Angeles | Taxing Authority |
| Ohio Department of Taxation | Taxing Authority |
| State of New York, Department of Taxation and Finance | Taxing Authority |
| Tennessee Department of Revenue | Taxing Authority |
| Texas Comptroller of Public Accounts | Taxing Authority |
| Washington Department of Revenue | Taxing Authority |

# **EXHIBIT 2**

**Relationship Disclosures**

**Exhibit 2**

**Potential Connections of Related Parties
Open Road Films, LLC and Debtor Affiliates**

**List of Current and Past FTI Clients Since January 1, 2012 Who Are Interested Parties**

Engagements since January 1, 2012 Relating to the Debtors or Affiliates

| Debtors | Non-Debtors |
|---|---|
| Open Road Films, LLC | IM Global, LLC/ IM Global Film Fund, LLC |
| | Tang Media Partners LLC |

Other Clients, Parents and Affiliates of Clients and Relationships since January 1, 2012 Not Relating to the Debtors or Affiliates

- 21st Century Fox, Inc.
- Amazon.com, Inc. and affiliates
- AMC Networks, Inc.
- AMC Theatres
- American International Group, Inc. (AIG) and affiliates
- Arch Insurance Group
- Bank Hapoalim, B.M.
- Bank Leumi, USA
- Bank of America, N.A.
- Berkeley Research Group, LLC
- China Everbright Limited
- Chubb Insurance Group
- Cinedigm Digital Cinema Corp.
- CIT Bank, N.A. / OneWest Bank
- City National Bank
- comScore, Inc.
- Discovery Communications
- East West Bank
- ESPN, Inc.
- Facebook, Inc.
- Federal Insurance Company
- Glaser Weil, LLP
- Google, LLC and affiliates
- Hartford Fire Insurance Company
- Hiscox Insurance Company, Inc.
- Hulu LLC
- Internal Revenue Service
- Klee, Tuchin, Bogdanoff & Stern, LLP
- Lakeshore Entertainment Group, LLC
- Latham & Watkins, LLP
- Loeb & Loeb
- MUFG Union Bank, N.A. and Union Bank
- NBC Universal Media, LLC
- Pandora Media Inc.
- Paramount Pictures Corporation
- Paul Hastings LLP
- Procopio Cory Hargreaves & Savitch, LLP
- Quinn Emanuel Urquhart & Sullivan, LLP
- Reliance Industries
- Roku, Inc.
- Scripps Networks
- Snap, Inc.
- Sony Corporation and affiliates
- The Walt Disney Company
- Twitter, Inc.
- U.S. Specialty Insurance Company
- Universal Pictures
- Universal Studios Home Entertainment, LLC
- Univision Communications
- Viacom, Inc. and affiliates
- Young Conaway Stargatt & Taylor, LLP

Exhibit 2 – Page 2