# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>OPEN ROAD FILMS, LLC, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 18-12012 (LSS)<br><br>(Jointly Administered)<br><br>**Hearing Date: October 2, 2018 at 2:00 p.m.**<br>**Objection Deadline: September 27, 2018 at**<br>**1:00 PM (by consent)**<br>**Ref. D.I. 6, 51, 55** |

**RESERVATION OF RIGHTS OF DIRECTORS GUILD OF AMERICA, INC.; SCREEN ACTORS GUILD-AMERICAN FEDERATION OF TELEVISION AND RADIO ARTISTS; WRITERS GUILD OF AMERICA, WEST, INC.; DIRECTORS GUILD OF AMERICA, INC.-PRODUCER PENSION AND HEALTH PLANS; SAG-AFTRA HEALTH PLAN AND SCREEN ACTORS GUILD-PRODUCERS PENSION PLAN; AND PRODUCER-WRITERS GUILD OF AMERICA PENSION PLAN AND WRITERS' GUILD-INDUSTRY HEALTH FUND TO DEBTORS' MOTION FOR ENTRY OF INTERIM AND FINAL ORDERS, PURSUANT TO SECTIONS 105(a), 361, 362, 363(c), 503(b), AND 507(b) OF THE BANKRUPTCY CODE, (I) AUTHORIZING DEBTORS TO USE CASH COLLATERAL, (II) GRANTING ADEQUATE PROTECTION, (III) SETTING FINAL HEARING, AND (IV) GRANTING RELATED RELIEF**

The Directors Guild of America, Inc.; the Screen Actors Guild-American Federation of Television and Radio Artist;, the Writers Guild of America, West, Inc. (collectively, the "**Guilds**"); and their respective pension and health plans (collectively, with the Guilds, the "**Union Entities**"), by and through their undersigned counsel, hereby file this Reservation of Rights to Debtors' Motion for Entry of Interim and Final Orders, Pursuant to Sections 105(a), 361, 362, 363(c), 503(b), and 507(b) of the Bankruptcy Code, (I) Authorizing Debtors to Use Cash Collateral, (II) Granting Adequate Protection, (III) Setting Final Hearing, and (IV) Granting Related Relief [D.I. 6].

## BACKGROUND

1. Each Guild is the collective bargaining representative for directors, performers or writers, respectively, in the television and motion picture industry. A substantial portion of the

compensation payable to Guild-represented employees comes in the form of "**Residuals**" – fees payable to such employees as product produced subject to Guild collective bargaining agreements is exploited in markets beyond the market of initial release. Each Guild pension and health plan is a multiemployer ERISA fund, supported by contributions based on initial compensation and fringe payments calculated in the same fashion as Residuals. For most theatrical motion pictures ("**Motion Pictures**") produced under Guild collective bargaining agreements ("**Covered Motion Pictures**"),[1] one or more Guilds hold valid and perfected security interests, intended to secure performance of collective bargaining obligations, including payment of Residuals.

2. On September 6, 2018 (the "**Petition Date**"), the above-captioned "**Debtors**" filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code.

3. On September 7, 2018, this Court entered an interim order that, among other things, authorized Debtors to use cash collateral. This Court has not entered a final order regarding the use of cash collateral.

## RESERVATION OF RIGHTS

4. Since the Petition Date, the Union Entities have been in negotiations with counsel for the the Debtors, Bank of America, and the Official Committee of Unsecured Creditors (the "OCUC") regarding cash collateral and other important issues in these bankruptcies.

5. The Union Entities believe that a deal in principle has been attained among counsel with respect to the use of cash collateral and the granting of adequate protection, subject to approval by each side's respective clients.

---

[1] The phrases "Motion Pictures" and "Covered Motion Pictures" generally refer to entertainment content produced for exploitation in any exhibition market, including, *inter alia*, theatrical, television, SVOD, etc.

6. While good-faith negotiations and drafting continue, until those are fully completed, the Union Entities file this reservation of rights with respect to any and all aspects of the proposed Debtors' Motion for Entry of Interim and Final Orders, Pursuant to Sections 105(a), 361, 362, 363(c), 503(b), and 507(b) of the Bankruptcy Code, (I) Authorizing Debtors to Use Cash Collateral, (II) Granting Adequate Protection, (III) Setting Final Hearing, and (IV) Granting Related Relief.

LAW OFFICE OF SUSAN E. KAUFMAN, LLC

*/s/ Susan E. Kaufman*
Susan E. Kaufman, (DSB# 3381)
919 North Market Street, Suite 460
Wilmington, DE 19801
(302) 472-7420
(302) 792-7420 Fax
skaufman@skaufmanlaw.com

and

Joseph A. Kohanski
David E. Ahdoot
Kirk Prestegard
BUSH GOTTLIEB
A Law Corporation
500 North Central Avenue, Suite 800
Glendale, California 90103
(818) 973-3200 (telephone)
(818) 973-3201 (facsimile)
jkohanski@bushgottlieb.com

Counsel for Directors Guild of America, Inc.; Screen Actors Guild-American Federation of Television and Radio Artists; Writers Guild of America, West, Inc.; Directors Guild of America, Inc.-Producer Pension and Health Plans; SAG-AFTRA Health Plan and Screen Actors Guild-Producers Pension Plan; Producer-Writers Guild of America Pension Plan and Writers' Guild-Industry Health Fund

Date: September 27, 2018