# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>OPEN ROADS FILMS, LLC, a Delaware Limited Liability Company, et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 18-12012 (LSS)<br>(Jointly Administered) |

**RESERVATION OF RIGHTS OF ENDGAME RELEASING CO., LLC AND ENDGAME RELEASING FUNDING, LLC TO DEBTORS' MOTION FOR ENTRY OF INTERIM AND FINAL ORDERS, PURSUANT TO SECTIONS 105(a), 361, 362, 363(c), AND 507(b) OF THE BANKRUPTCY CODE, (I) AUTHORIZING DEBTORS TO USE CASH COLLATERAL, (II) GRANTING ADEQUATE PROTECTION, (III) SETTING FINAL HEARING, AND (IV) GRANTING RELATED RELIEF**

Endgame Releasing Co., LLC and Endgame Releasing Funding, LLC (together, "Endgame"), by and through their undersigned counsel, hereby file this reservation of rights (the "Reservation of Rights") to *Debtors' Motion for Entry of Interim and Final Orders, Pursuant to Sections 105(a), 361, 362, 363(c), 503(b), and 507(b) of the Bankruptcy Code, (I) Authorizing Debtors to Use Cash Collateral, (II) Granting Adequate Protection, (III) Setting Final Hearing, and (IV) Granting Related Relief* [Doc. 6] (the "Cash Collateral Motion")[1] filed by the above-captioned debtors (the "Debtors") and respectfully states as follows:

1. Endgame has reached an agreement in principle with the Debtors and the Prepetition Secured Parties (together with Endgame and the Debtors, the "Parties") to resolve Endgame's objections to the Cash Collateral Motion. The Parties are negotiating the final language of their proposed resolution to be included in the Debtors' proposed final order approving the Cash Collateral Motion (the "Cash Collateral Order") as of the filing of this Reservation of Rights. In

---

[1] All capitalized terms not defined herein shall have the definitions set forth in the Cash Collateral Motion.

light of the ongoing negotiations, the Parties have agreed to further extend the deadline for Endgame to file an objection to the Cash Collateral Motion to September 28, 2018 at 1:00 p.m. (prevailing Eastern Time) (the "Stipulated Deadline").

2. Endgame reserves the right to file an objection to the Cash Collateral Motion by the Stipulated Deadline, and to be heard at the hearing on the Cash Collateral Motion, in the event the Parties' negotiations do not result in the lodging of an agreed-upon, Final Cash Collateral that resolves Endgame's objections. Endgame further reserves all of its rights, remedies, and claims under applicable law.

Dated: September 27, 2018
Wilmington, Delaware

VENABLE LLP

/s/ Daniel A. O'Brien
Jamie L. Edmonson (DE Bar No. 4247)
Daniel A. O'Brien (DE Bar No. 4897)
1201 North Market Street, Suite 1400
Wilmington, DE 19801
Tel: 302.298.3535
Fax: 302.298.3550
jledmonson@venable.com
daobrien@venable.com

and

Keith C. Owens (admitted *pro hac vice*)
2049 Century Park East, 23rd Floor
Los Angeles, CA 90067
Tel: 310.229.9900
Fax: 310.229.9901
kowens@venable.com

*Attorneys for Endgame Releasing Co., LLC*
and *Endgame Releasing Funding, LLC*