UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>OPEN ROAD FILMS, LLC, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case Nos. 18-12012 (LSS), *et seq.*<br>(Jointly Administered)<br><br>Re. Docket Nos.: 6, 51 |

**REDROVER CO. LTD.'S RESERVATION OF RIGHTS
REGARDING DEBTORS' MOTION FOR ENTRY OF FINAL
ORDER, PURSUANT TO SECTIONS 105(a), 361, 362, 363(c), 503(b),
AND 507(b) OF THE BANKRUPTCY CODE, (I) AUTHORIZING
DEBTORS TO USE CASH COLLATERAL, (II) GRANTING
ADEQUATE PROTECTION, AND (III) GRANTING RELATED RELIEF**

Redrover Co. Ltd. ("Respondent"), by its undersigned attorney, hereby files this reservation of rights with respect to the Motion for Entry of Interim and Final Orders, Pursuant to Sections 105(a), 361, 362, 363(c), 503(b), and 507(b) of the Bankruptcy Code, (I) Authorizing Debtors to Use Cash Collateral, (II) Granting Adequate Protection, (III) Setting Final Hearing, and (IV) Granting Related Relief [Doc. 6] (the "Cash Collateral Motion") filed by Open Road Films, LLC and its debtor affiliates (the "Debtors"). Respondent has reached an agreement in principle with the Debtors to resolve most or all of Respondent's informal objections to the Cash Collateral Motion and the Parties are negotiating final language to be included in a revised proposed final order approving the Cash Collateral Motion (the "Cash Collateral Order") to be presented at the hearing.

Respondent reserves all of its rights and arguments to be presented at the hearing on the Cash Collateral Motion (and, as appropriate, to file a supplemental response to the Cash Collateral Motion before the hearing), including but not limited to issues relating to adequate protection of Respondent's interest in the cash collateral that the Debtors intend to use and satisfaction of the Debtors' obligations under contracts with Respondent from which the Debtors may be receiving cash collateral. To the extent that any other party responds, formally or informally, to the Cash Collateral Motion, Respondent reserves the right to join in that response. Respondent further reserves all of its rights, remedies, and claims under applicable law.

Dated: September 28, 2018
      Wilmington, Delaware

Respectfully submitted,

HILLER LAW, LLC

 /s/ **Adam Hiller**
Adam Hiller (DE No. 4105)
1500 North French Street, 2nd Floor
Wilmington, Delaware 19801
(302) 442-7677 telephone
ahiller@adamhillerlaw.com

*Attorney for Redrover Co. Ltd., Respondent*