**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>OPEN ROAD FILMS, LLC, a Delaware limited liability company, *et al.*,[1]<br><br>            Debtors. | Chapter 11<br><br>Case No.: 18-12012 (LSS)<br><br>(Jointly Administered)<br><br>**Ref. Docket Nos. 6, 51, and 55** |

## NOTICE OF FILING OF DRAFT PROPOSED FINAL CASH COLLATERAL ORDER

**PLEASE TAKE NOTICE** that on September 6, 2018, the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") filed the *Debtors' Motion for Entry of Interim and Final Orders, Pursuant to Sections 105(a), 361, 362, 363(c), 503(b), and 507(b) of the Bankruptcy Code, (I) Authorizing Debtors to Use Cash Collateral, (II) Granting Adequate Protection, (III) Setting Final Hearing, and (IV) Granting Related Relief* [Docket No. 6] (the "Motion").[2]

**PLEASE TAKE FURTHER NOTICE** that on September 7, 2018, the Court entered an order [Docket No. 51] (the "Interim Order") that, among other things, approved the Motion and the use of cash collateral on an interim basis, and scheduled a final hearing (the "Final Hearing") on the relief requested in the Motion for October 2, 2018 at 2:00 p.m. (ET).

**PLEASE TAKE FURTHER NOTICE** that in connection with the Final Hearing, attached hereto as Exhibit A is a draft form of order approving the Motion and the use

---

[1] The Debtors and the last four digits of their respective federal taxpayer identification numbers are as follows: Open Road Films, LLC (4435-Del.); Open Road Releasing, LLC (4736-Del.); OR Productions LLC (5873-Del.); Briarcliff LLC (7304-Del.); Open Road International LLC (4109-Del.); and Empire Productions LLC (9375-Del.). The Debtors' address is 2049 Century Park East, 4th Floor, Los Angeles, CA 90067.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings given to them in the Motion.

01:23618253.2

of cash collateral on a final basis (the "Draft Proposed Final Order"). A copy of the Draft Proposed Final Order marked against the Interim Order is attached hereto as Exhibit B. The Draft Proposed Final Order remains subject to continuing review and negotiation by and among the Debtors, the Agent, the official committee of unsecured creditors appointed in these chapter 11 cases (the "Committee"), and various other interested parties, and therefore the Debtors reserve all rights to revise the Draft Proposed Final Order at or prior to the Final Hearing, and all rights of such parties with respect to the Motion and the Draft Proposed Final Order are reserved.

Dated: September 28, 2018

/s/ Robert F. Poppiti, Jr.
Michael R. Nestor, Esq. (Bar No. 3526)
Robert F. Poppiti, Jr., Esq. (Bar No. 5052)
Ian J. Bambrick, Esq. (Bar No. 5455)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square, 1000 North King Street
Wilmington, Delaware 19801
Tel:   (302) 571-6600
Fax:   (302) 571-1253

and

Michael L. Tuchin, Esq.
Jonathan M. Weiss, Esq.
Sasha M. Gurvitz, Esq.
KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 Avenue of the Stars, 39th Floor
Los Angeles, CA 90067
Tel:   (310) 407-4000
Fax:   (310) 407-9090

*Counsel to Debtors and Debtors in Possession*