## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>OPEN ROAD FILMS, LLC, a Delaware limited liability company, *et al.*,[1]<br><br>      Debtors. | Chapter 11<br><br>Case No.: 18-12012 (LSS)<br><br>(Jointly Administered)<br><br>**Ref. Docket Nos. 9 and 50** |

## NOTICE OF FILING OF (I) PROPOSED SALE ORDER AND (II) PROPOSED FORM APA

**PLEASE TAKE NOTICE** that on September 6, 2018, the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") filed the *Debtors' Motion for Orders: (A)(I) Establishing Bid and Sale Procedures Relating to the Sale of Substantially All of the Debtors' Assets, (II) Authorizing the Debtors to Enter Into an Asset Purchase Agreement with Stalking Horse Bidder, (III) Establishing and Approving Procedures Relating to the Assumption, Assignment and Sale of Certain Executory Contracts and Unexpired Leases, Including Notice of Proposed Cure Amounts and (IV) Scheduling a Hearing to Consider the Proposed Sale and (B)(I) Approving the Sale of Substantially All of the Debtors' Assets, (II) Authorizing the Assumption, Assignment and Sale of Certain Executory Contracts and Unexpired Leases, and (III) Granting Certain Related Relief* [Docket No. 9] (the "Motion").[2]

**PLEASE TAKE FURTHER NOTICE** that a copy of the proposed Sale Order, which is Exhibit II to the Motion, is attached hereto as **Exhibit 1**.

**PLEASE TAKE FURTHER NOTICE** that a copy of the proposed Form APA, which is Exhibit III to the Motion, is attached hereto as **Exhibit 2**.

**PLEASE TAKE FURTHER NOTICE** that the proposed Sale Order and the proposed Form APA remain subject to continuing review and negotiation by and among the Debtors, the Agent, and the official committee of unsecured creditors appointed in these chapter 11 cases, and therefore the Debtors reserve all rights to revise the proposed Sale Order and the proposed Form APA, and all rights of such parties with respect to the same are reserved.

---

[1] The Debtors and the last four digits of their respective federal taxpayer identification numbers are as follows: Open Road Films, LLC (4435-Del.); Open Road Releasing, LLC (4736-Del.); OR Productions LLC (5873-Del.); Briarcliff LLC (7304-Del.); Open Road International LLC (4109-Del.); and Empire Productions LLC (9375-Del.). The Debtors' address is 2049 Century Park East, 4th Floor, Los Angeles, CA 90067.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings given to them in the Motion.

| Dated: October 1, 2018 | */s/ Robert F. Poppiti, Jr.* |
|---|---|
| | Michael R. Nestor, Esq. (Bar No. 3526) |
| | Robert F. Poppiti, Jr., Esq. (Bar No. 5052) |
| | Ian J. Bambrick, Esq. (Bar No. 5455) |
| | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| | Rodney Square, 1000 North King Street |
| | Wilmington, Delaware 19801 |
| | Tel:   (302) 571-6600 |
| | Fax:   (302) 571-1253 |
| | |
| | and |
| | |
| | Michael L. Tuchin, Esq. |
| | Jonathan M. Weiss, Esq. |
| | Sasha M. Gurvitz, Esq. |
| | KLEE, TUCHIN, BOGDANOFF & STERN LLP |
| | 1999 Avenue of the Stars, 39th Floor |
| | Los Angeles, CA 90067 |
| | Tel:   (310) 407-4000 |
| | Fax:   (310) 407-9090 |
| | |
| | *Counsel to Debtors and Debtors in Possession* |