# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>OPEN ROAD FILMS, LLC, a Delaware limited liability company, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 18-12012 (LSS)<br><br>(Jointly Administered)<br><br>**Hearing Date:  November 9, 2018 at 10:00 a.m. (ET)**<br><br>**Ref. Docket No. 84** |

### NOTICE OF HEARING REGARDING DEBTORS' MOTION FOR ENTRY OF AN ORDER, PURSUANT TO BANKRUPTCY CODE SECTION 365, AUTHORIZING REJECTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES

**PLEASE TAKE NOTICE** that, on September 21, 2018, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Debtors' Motion for Entry of an Order, Pursuant to Bankruptcy Code Section 365, Authorizing Rejection of Executory Contracts and Unexpired Leases* [Docket No. 84] (the "Rejection Motion").  You were previously served with a copy of, and notice of the objection deadline for, the Rejection Motion.

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING TO CONSIDER THE REJECTION MOTION HAS NOW BEEN SCHEDULED FOR **NOVEMBER 9, 2018 AT 10:00 A.M. (ET)** BEFORE THE HONORABLE LAURIE SELBER SILVERSTEIN, IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 N. MARKET STREET, 6th FLOOR, COURTROOM NO. 2, WILMINGTON, DELAWARE 19801.

---

[1]   The Debtors and the last four digits of their respective federal taxpayer identification numbers are as follows: Open Road Films, LLC (4435-Del.); Open Road Releasing, LLC (4736-Del.); OR Productions LLC (5873-Del.); Briarcliff LLC (7304-Del.); Open Road International LLC (4109-Del.); and Empire Productions LLC (9375-Del.).  The Debtors' address is 2049 Century Park East, 4th Floor, Los Angeles, CA 90067.

| | |
|---|---|
| Dated: October 11, 2018 | */s/ Robert F. Poppiti, Jr.* |
| | Michael R. Nestor, Esq. (Bar No. 3526) |
| | Robert F. Poppiti, Jr., Esq. (Bar No. 5052) |
| | Ian J. Bambrick, Esq. (Bar No. 5455) |
| | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| | Rodney Square, 1000 North King Street |
| | Wilmington, Delaware 19801 |
| | Tel:   (302) 571-6600 |
| | Fax:   (302) 571-1253 |
| | |
| | and |
| | |
| | Michael L. Tuchin, Esq. |
| | Jonathan M. Weiss, Esq. |
| | Sasha M. Gurvitz, Esq. |
| | KLEE, TUCHIN, BOGDANOFF & STERN LLP |
| | 1999 Avenue of the Stars, 39th Floor |
| | Los Angeles, CA 90067 |
| | Tel:   (310) 407-4000 |
| | Fax:   (310) 407-9090 |
| | |
| | *Counsel to Debtors and Debtors in Possession* |