# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>OPEN ROAD FILMS, LLC, a Delaware limited liability company, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 18-12012 (LSS)<br><br>(Jointly Administered) |

## SUBMISSION OF AFFIDAVITS OF PUBLICATION REGARDING NOTICE OF AUCTION AND SALE HEARING

Attached hereto as <u>Exhibit 1</u> is the affidavit of publication regarding the *Notice of Auction and Sale Hearing* (the "<u>Notice</u>") that was published in the national edition of *USA Today* on October 15, 2018.

Attached hereto as <u>Exhibit 2</u> is the certificate of publication of the Notice that was published in *Variety* on October 16, 2018.

Dated: October 18, 2018
Wilmington, Delaware

/s/ *Shane M. Reil*

| | |
|---|---|
| Michael R. Nestor, Esq. (Bar No. 3526) | Michael L. Tuchin, Esq. |
| Robert F. Poppiti, Jr., Esq. (Bar No. 5052) | Jonathan M. Weiss, Esq. |
| Ian J. Bambrick, Esq. (Bar No. 5455) | Sasha M. Gurvitz, Esq. |
| Shane M. Reil, Esq. (Bar No. 6195) | KLEE, TUCHIN, BOGDANOFF & STERN LLP |
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | 1999 Avenue of the Stars, 39th Floor |
| Rodney Square | Los Angeles, CA 90067 |
| 1000 North King Street | Tel: (310) 407-4000 |
| Wilmington, Delaware 19801 | Fax: (310) 407-9090 |
| Tel: (302) 571-6600 | |
| Fax: (302) 571-1253 | |

*Counsel to the Debtors and Debtors in Possession*

---

[1] The Debtors and the last four digits of their respective federal taxpayer identification numbers are as follows: Open Road Films, LLC (4435-Del.); Open Road Releasing, LLC (4736-Del.); OR Productions LLC (5873-Del.); Briarcliff LLC (7304-Del.); Open Road International LLC (4109-Del.); and Empire Productions LLC (9375-Del.). The Debtors' address is 2049 Century Park East, 4th Floor, Los Angeles, CA 90067.

# EXHIBIT 1



## VERIFICATION OF PUBLICATION

**COMMONWEALTH OF VIRGINIA**
**COUNTY OF FAIRFAX**

Being duly sworn, Toussaint Hutchinson says that he is the principal clerk of USA TODAY, and is duly authorized by USA TODAY to make this affidavit, and is fully acquainted with the facts stated herein: on **Monday, October 15, 2018** the following legal advertisement – **In re OPEN ROAD FILMS, LLC** – was published in the national edition of **USA TODAY.**

_/s/ Toussaint Hutchinson_
Principal Clerk of USA TODAY
October 15, 2018

This _15th_ day of _October_ month _2018_ year.

_Robin Sue Purcell_
Notary Public
Commission expires
31 october 2019

[Notary Seal: ROBIN SUE PURCELL, NOTARY PUBLIC, MY COMMISSION NUMBER 7630258, COMMONWEALTH OF VIRGINIA]

# MONEY
## STATE-BY-STATE

*News from across the USA*

**ALABAMA Birmingham:** The U.S. Senate has confirmed Liles Burke of Arab to serve as a federal judge for the state's northern district.

**ALASKA Anchorage:** An Air Force F-22 Raptor made an emergency landing. The pilot was not injured.

**ARIZONA Phoenix:** A shelter for unaccompanied migrant children was closed because of physical abuse by staff, federal officials say.

**ARKANSAS Little Rock:** The state Supreme Court has upheld a voter ID law nearly identical to a restriction it struck down four years ago.

**CALIFORNIA Los Angeles:** Antiques dealer Anthony James Buccola has received three years of probation and a $20,000 fine for selling ivory tusks.

**COLORADO Denver:** Kaiser Permanente Colorado says rising health costs are to blame for the insurer's $65 million loss over three years.

**CONNECTICUT Hartford:** The number of high school students who were vaping went from 7.2 percent in 2015 to 15 percent in 2017.

**DELAWARE Dover:** Mike Matthews, president of Delaware's teachers union, has resigned over blog posts offensive to women and Muslims.

**DISTRICT OF COLUMBIA:** Mayor Muriel Bowser is looking to hire a "night mayor" to manage the district's after-hours economy, issues and trends.

**FLORIDA Orlando:** Orlando Rolon has become the city's first Hispanic police chief.

**GEORGIA South Fulton:** The city has offered residents a $50 discount from citations for registering to vote or confirming their voter status.

**HAWAII Honolulu:** Mayor Kirk Caldwell signed laws banning the homeless from sleeping or living on sidewalks, but it won't take effect until the city can shows how it's going to deal with the homeless crisis.

**IDAHO Lewiston:** Environmental groups that want the state to close steelhead fishing have filed a 60-day notice of intent to sue.

**ILLINOIS Marion:** Former Ecclesia College President Oren Paris, sentenced to three years for a kickback scheme, has reported to a medium-security federal prison.

**INDIANA Albion:** Police apprehended Charles Lee Wiedman, who who was mistakenly released two weeks early from the Noble County Jail.

**IOWA Iowa City:** Nine University of Iowa fraternities have been suspended for violating a moratorium on alcohol at parties.

**KANSAS Wichita:** A middle school's officials are raising concerns about trains stalling, leading students to crawl under boxcars to get home.

**KENTUCKY Elizabethtown:** Car parts manufacturer Metalsa is expanding its plant, creating roughly 250 jobs.

**LOUISIANA Baton Rouge:** The state is voiding a multimillion-dollar contract award to replace voting machines after flaws were found in the vendor selection.

**MAINE Augusta:** Traffic ticket violations will soon be available online as part of a new $15 million electronic court filing system.

**MARYLAND Baltimore:** Lyft partnered over the weekend with breweries, wineries and distilleries across the state to offer free and discounted rides.

**MASSACHUSETTS Amherst:** The ACLU says it is representing a black University of Massachusetts employee who was reported to police while walking into work "very agitated" and with a "large duffel bag." He'd just come from the gym.

**MICHIGAN Ann Arbor:** Union nurses ratified a three-year contract with the University of Michigan.

**MINNESOTA Minneapolis:** Police squad cars will soon display signs that advise immigrants of their rights if arrested.

**MISSISSIPPI Hattiesburg:** Davis Timber Co., targeted for cleanup nearly two decades ago, has been taken off the EPA's Superfund list.

**MISSOURI Sedalia:** State Fair officials say 340,957 people attended this year's event.

**MONTANA Billings:** Six more counties are requiring ranchers to vaccinate cattle against brucellosis.

**NEBRASKA Lincoln:** The State Troopers Association of Nebraska is endorsing Democratic gubernatorial candidate Bob Krist.

**NEVADA Las Vegas:** Billboards seeking tips about human trafficking are being replaced with signs seeking information about distribution of opioid painkillers.

**NEW HAMPSHIRE Hanover:** Amid a spike in reports of hazing at Dartmouth College, the school hired an investigator to look at groups including fraternities and sororities.

**NEW JERSEY Jersey City:** Nimbus Dance Works says its new arts center will feature a 150-seat black box theater, studio and rehearsal space.

**NEW MEXICO Albuquerque:** State officials say tourism accounted for a $6.6 billion boost to New Mexico's economy last year.

**NEW YORK Albany:** Personnel and equipment from the New York National Guard were dispatched to Florida and Mississippi to help with the response to Hurricane Michael.

**NORTH CAROLINA Raleigh:** The University of North Carolina at Chapel Hill's chancellor apologized for the school's history of slavery.

**NORTH DAKOTA Mandan:** Police say a naked man who was high on drugs climbed into the holy water font and then walked down the aisle performing a lewd act during Mass.

**OHIO Columbus:** The Ohio Air National Guard has its first female brigadier general after the promotion of Col. Rebecca O'Connor.

**OKLAHOMA Ardmore:** The state Department of Veterans Affairs plans to build a new veterans center to replace the existing one.

**OREGON Portland:** Portland has been named the "Best Foodie City" in the United States by WalletHub.

**PENNSYLVANIA Pittsburgh:** Whole Foods Market home delivery is now available in the city.

**RHODE ISLAND Providence:** Rhode Island Public Radio has changed its name to The Public's Radio.

**SOUTH CAROLINA Walterboro:** Authorities say a 19-year-old intentionally shot his cousin for eating his potato chips but lied and called it an accidental shooting. The shooter was charged with attempted murder.

**SOUTH DAKOTA Sioux Falls:** South Dakota will receive $573,488 from a national settlement against Uber even though the ride-hailing service isn't available in the state.

**TENNESSEE Nashville:** FedEx Ground plans to hire 4,300 positions for the holiday season.

**TEXAS Houston:** Two men have been banned from a gun range for life after one pointed an unloaded gun at the other while taking a picture.

**UTAH Logan:** A U.S. Army Reserve unit – the 890th Inland Cargo Transfer Co. – is deploying to Kuwait.

**VERMONT Burlington:** The Catholic Diocese of Burlington will release a list of priests accused of sexually abusing children, Bishop Christopher Coyne says.

**VIRGINIA Fairfax:** The state issued more than 16,000 REAL ID licenses in the first 10 days of offering them.

**WASHINGTON Yakima:** U.S. Senate has backed a plan to build a tribal village along the Columbia River for families not compensated for the loss of their homes when dams were built.

**WEST VIRGINIA Morgantown:** Operation Walk USA will provide free joint replacements at West Virginia University Medicine on Dec. 6.

**WISCONSIN Franklin:** More than 300 hardwood trees at the Wehr Nature Center died after a weedkiller was sprayed in the woods, officials say.

**WYOMING Cheyenne:** The Wyoming Lottery has shared another $1.4 million of its earnings with local counties, cities and towns.

*From staff and wire reports*

---

# More tails wag as breweries serve special 'beer' for dogs

**Ryan W. Miller**
USA TODAY

When Megan and Steve Long's Rottweiler mix, Rocky, started having digestion problems, the couple needed a way to help him keep his food down.

Megan scoured the internet looking for remedies, but none seemed to do the trick.

"I'm not a crazy dog lady. I just really wanted to prolong my boy's life," she said.

Then she stumbled upon a solution she could brew: "beer" for dogs – a nonalcoholic beverage packed with healthful ingredients for pooches. Fast-forward nearly a year, and Good Boy Dog Beer company sells three different beers throughout Houston in more than 20 dog-friendly restaurants and bars.

And they're not alone. Across the U.S., dog "breweries" have sprouted up in the past 10 years crafting beverages for dogs that allow owners to share a cold one with their pet while also giving them a nutritious treat.

Long and her husband were already in the bar and restaurant business in Houston before they first brewed a batch for Rocky. After a few friends asked for some, they saw a business opportunity.

They call it beer "because we use a lot of the same equipment a brewery does. We just skip the fermentation process," Long said.

Since starting Good Boy Dog Beer in August, the couple has shipped batches to other states and plans to introduce a fourth beer to the lineup: "Crotch Sniffin' Ale," made with unsalted peanuts and almonds, whole grain oats, cinnamon and water. The brews can be served on their own or poured over food to soften it – that's how Rocky uses it for digestion help, Long said. The drinks, which sell for $5 a can, are not meant to replace a full meal, she added. Long said dogs have loved it, but for humans, it tastes bland because there's no salt.

"IPA lot in the yard," "Session ... Squirrel!" and "Mailman Malt Licker" contain various vegetables, meats and spices, but all three also have turmeric – an ingredient Long said is "amazing" for dog digestion. All the brews Good Boy Dog Beer serves feature all-natural ingredients, she said.

"We only use spices that are 100 percent friendly to dogs and have a health benefit," Long said.

Among the other companies selling dog beer in the United States: Happy Dog Beer Co. in Montana, Pet Winery in Florida and Apollo Peak in Colorado.

Jenny Brown, CEO of Bowser Beer based in Seattle, said the brews aren't just a fad.

"It's not just a seasonal or gifty thing," she said. "A lot of people use it as an everyday food topping."

Brown, who founded her company in 2007 and soon began making one of the only dog beers that she knew of in the United States, now sells her brew in more than 600 pet stores, restaurants and bars around the country. She's looking to expand, too, after she said Bowser Beer doubled its sales last year.

Given how people invest in their dogs, Brown thinks growth will continue. In 2017, Americans spent almost $70 billion on their pets and $29 billion of that on food, according to the not-for-profit American Pet Products Association. In 2007, overall expenditures were at just $41 billion, according to the trade association.

"The truth is people love doing things with their dogs," Brown said.



**Good Boy Dog Beer sells three different beers throughout Houston, with plans for a fourth.** GOOD BOY DOG BEER

---

## LEGAL MONDAY

For advertising information: 1.800.872.3433  www.marketplace.usatoday.com

**UNITED STATES BANKRUPTCY COURT, DISTRICT OF DELAWARE**

In re: OPEN ROAD FILMS, LLC, a Delaware limited liability company, *et al.*,[1] Debtors.

Chapter 11
Case No.: 18-12012 (LSS)
(Jointly Administered)
Ref. Docket Nos. 9 and 160

**NOTICE OF AUCTION AND SALE HEARING**

PLEASE TAKE NOTICE OF THE FOLLOWING: [legal notice text continues with numbered paragraphs 1–9 regarding sale procedures, bid deadline November 2, 2018 at 4:00 p.m. (ET), sale hearing November 8, 2018 at 10:00 a.m. (ET), and contact information for counsel.]

Dated: October 10, 2018, Wilmington, Delaware, YOUNG CONAWAY STARGATT & TAYLOR, LLP, /s/ Ian J. Bambrick, Michael R. Nestor, Esq. (Bar No. 3526), Robert F. Poppiti, Jr., Esq. (Bar No. 5052), Ian J. Bambrick, Esq. (Bar No. 5455), Rodney Square, 1000 North King Street, Wilmington, Delaware 19801, Tel: (302) 571-6600, Fax: (302) 571-1253 -and- KLEE, TUCHIN, BOGDANOFF & STERN LLP, Michael L. Tuchin, Esq., Jonathan M. Weiss, Esq., Sasha M. Gurvitz, Esq., 1999 Avenue of the Stars, 39th Floor, Los Angeles, CA 90067, Tel: (310) 407-4000, Fax: (310) 407-9090, *COUNSEL TO THE DEBTORS AND DEBTORS-IN-POSSESSION*

[1] The Debtors and the last four digits of their respective federal taxpayer identification numbers are as follows: Open Road Films, LLC (4435 Del.); Open Road Releasing, LLC (4736 Del.); OR Productions LLC (5873 Del.); Briarcliff LLC (7304 Del.); Open Road International LLC (4109 Del.); and Empire Productions LLC (9375 Del.). The Debtors' address is 2049 Century Park East, 4th Floor, Los Angeles, CA 90067.

[2] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to such terms in the Bid Procedures Order.

---

**Proposed Federal Protection for the Eastern Black Rail**

On 10/9/2018, the U.S. Fish and Wildlife Service published a rule in the Federal Register proposing to list the eastern black rail (*Laterallus jamaicensis jamaicensis*) as a threatened species under the Endangered Species Act. The rail, a small cryptic marsh bird that occurs in salt, brackish, and freshwater wetlands in the eastern U.S., is historically known from: AL, AR, CO, CT, DE, FL, GA, IA, IL, IN, KS, LA, MA, MD, MI, MN, MO, MS, NC, NE, NH, NJ, NM, NY, OH, OK, PA, RI, SC, TN, TX, VA, VT, WI, and WV; plus multiple territories and countries in the Caribbean and Central and South America. A comment period is open until 12/10/2018.

The proposed rule, instructions on how to comment, and how to submit a request for a public hearing can be found at: www.regulations.gov. In the search box, enter docket number FWS-R4-ES-2018-0057. Requests for a public hearing must be made in writing by 11/23/2018. TDD users can call 1-800-877-8339.

More information is available at: https://www.fws.gov/southeast/wildlife/birds/eastern-black-rail/

---

**For more information on how to place your advertisement in Legal Monday, contact a sales representative at:**

**1-800-872-3433**
Toll-free in the U.S. only

# EXHIBIT 2

## CERTIFICATE OF PUBLICATION

I, Dawn Allen, being duly sworn, hereby certify that (a) I am Vice President, Film & Talent, at Variety, and (b) that the 3/8 page advertisement of which the annexed is a copy was published in:

*Variety* for full circulation in the **October 16, 2018** issue

I certify under penalty of perjury that the foregoing is true and correct to the best of information, knowledge and belief.

Executed on __10/16/2018__ at __Los Angeles, CA__
                (date)                     (city, state)

X __Dawn Allen__
(Signature)

---

**UNITED STATES BANKRUPTCY COURT, DISTRICT OF DELAWARE**

In re: OPEN ROAD FILMS, LLC, a Delaware limited liability company, et al., Debtors.

Chapter 11
Case No.: 18-12012 (LSS)
(Jointly Administered)
Ref. Docket Nos. 9 and 160

**NOTICE OF AUCTION AND SALE HEARING**

PLEASE TAKE NOTICE OF THE FOLLOWING:

1. On September 6, 2018, Open Road Films, LLC and its debtor affiliates, as debtors and debtors in possession (collectively, the "Debtors"), each filed voluntary petitions for relief pursuant to Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code").

2. On September 6, 2018, the Debtors filed a motion [Docket No. 9] (the "Bid Procedures Motion"), pursuant to sections 363 and 365 of the Bankruptcy Code and Bankruptcy Rules 2002, 6004, and 6006, seeking entry of an order (the "Bid Procedures Order")² (i) scheduling an auction (the "Auction") for the sale of substantially all of the Debtors' assets (the "Purchased Assets") for November 7, 2018 and a hearing to approve the sale of the Purchased Assets (the "Sale Hearing") for November 9, 2018; (ii) approving procedures (the "Bid Procedures") for submitting competing bids for the Purchased Assets, (c) approving the form and manner of the notice of the Auction and the Sale Hearing; and (d) approving procedures for the assumption, assignment and sale of Contracts to any purchaser(s) of the Purchased Assets, and/or to resolve any objections thereto.

3. On October 9, 2018, the United States Bankruptcy Court for the District of Delaware entered the Bid Procedures Order [Docket No. 160]. Pursuant to the Bid Procedures Order, if the Debtors receive any Qualified Bids for the Purchased Assets, the Auction shall take place on **November 7, 2018 at 10:00 a.m. (Eastern Time)** at a location to be identified in advance of the Auction. Only parties that have submitted a Qualified Bid, as set forth in the Bid Procedures Order, by no later than **November 2, 2018 at 5:00 p.m. (Eastern Time)** (the "Bid Deadline") may bid at the Auction. Any party that wishes to take part in this process and submit a bid for the Purchased Assets must submit their competing bid prior to the Bid Deadline and in accordance with the Bid Procedures.

4. This Notice of Auction and Sale Hearing is subject to the fuller terms and conditions of the Bid Procedures Motion and the Bid Procedures Order, with such Bid Procedures Order controlling in the event of any conflict. More information is provided below on how to obtain copies of such documents.

5. The Sale Hearing to consider approval of the sale of the Purchased Assets to the Winning Bidder at the Auction, free and clear of all liens, claims and encumbrances, will be held before the Honorable Laurie Selber Silverstein, United States Bankruptcy Judge, 824 North Market Street, Wilmington, Delaware 19801, 6th Floor, Courtroom #2, on **November 9, 2018 at 10:00 a.m. (Eastern Time)**, or at such other time thereafter as counsel may be heard. The Sale Hearing may be adjourned from time to time without further notice to creditors or parties in interest other than by announcement of the adjournment in open court on the date scheduled for the Sale Hearing or in the applicable hearing agenda.

6. Objections to the (i) sale, if any (the "Sale Objections") and (ii) results of the Auction, if any (the "Auction Objections") must: (a) be in writing; (b) comply with the Bankruptcy Rules and Local Rules; and (c) be filed with the clerk of the Bankruptcy Court for the District of Delaware, Third Floor, 824 North Market Street, Wilmington, Delaware 19801, *in the case of the Sale Objections*, on or before **November 2, 2018 at 4:00 p.m. (Eastern Time)** (the "Sale Objection Deadline") and, *in the case of the Auction Objections*, on or before **8:30 a.m. (Eastern Time) on the day of the Sale Hearing** (the "Auction Objection Deadline") (provided, that solely in respect of any Sale Objection(s) filed by the Official Committee of Unsecured Creditors, any such Sale Objection(s) may be filed on or before the Auction Objection Deadline), and be served upon (i) Open Road Films, LLC, 2049 Century Park East, 4th Floor, Los Angeles, CA 90067, Attn: James Ellis, Email: jellis@tangmp.com; (ii) co-counsel for the Debtors, Klee, Tuchin, Bogdanoff & Stern LLP, 1999 Avenue of the Stars, 39th Floor, Los Angeles, California 90067, Attn: Michael L. Tuchin, Esq. and Jonathan M. Weiss, Email: mtuchin@ktbslaw.com and jweiss@ktbslaw.com; (iii) co-counsel for the Debtors, Young Conaway Stargatt & Taylor, LLP, Rodney Square, 1000 North King Street, Wilmington, Delaware 19801, Attn: Michael Nestor, Esq. and Robert F. Poppiti, Jr., Esq., Email: mnestor@ycst.com and rpoppiti@ycst.com; (iv) counsel for the Committee, Pachulski Stang Ziehl & Jones LLP, 780 Third Avenue, 34th Floor, New York, NY 10017, Attn: Robert J. Feinstein, Esq., Scott L. Hazan Esq., and Colin R. Robinson, Esq., Email: rfeinstein@pszjlaw.com, shazan@pszjlaw.com, and crobinson@pszjlaw.com; (V) counsel for the Agent, Paul Hastings LLP, 200 Park Avenue, New York, New York 10166, Attn: Andrew Tenzer, Esq., and Susan Williams, Esq., Email: andrewtenzer@paulhastings.com and susanwilliams@paulhastings.com, and Ashby & Geddes, P.A., Attn: Bill Bowden, Esq., Email: wbowden@ashbygeddes.com; (VI) counsel for the Stalking Horse Purchaser (if any); (VII) counsel for certain guilds, Bush Gottlieb, a Law Corporation, 801 North Brand Boulevard, Suite 950, Glendale, California, Attn: Joseph A. Kohanski, Esq., and David E. Ahdoot, Esq., Email: kohanski@bushgottlieb.com and dahdoot@bushgottlieb.com and (VIII) the Office of the United States Trustee for the District of Delaware, 844 King Street, Suite 2207, Wilmington, Delaware 19801 Attn: Linda Richenderfer, Esq., email: linda.richenderfer@usdoj.gov. **UNLESS AN OBJECTION IS TIMELY SERVED AND FILED IN ACCORDANCE WITH THIS NOTICE, IT MAY NOT BE CONSIDERED BY THE BANKRUPTCY COURT, AND THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED WITHOUT FURTHER HEARING AND NOTICE.**

7. Parties interested in receiving more information regarding the sale of the Purchased Assets and/or copies of any related document, including the Form APA, the Bid Procedures Motion, or the Bid Procedures Order, may make a written request to: (i) co-counsel for the Debtors, Klee, Tuchin, Bogdanoff & Stern LLP, 1999 Avenue of the Stars, 39th Floor, Los Angeles, California 90067, Attn: Jonathan M. Weiss, Esq., Email: jweiss@ktbslaw.com; or (ii) co-counsel for the Debtors, Young Conaway Stargatt & Taylor, LLP, Rodney Square, 1000 North King Street, Wilmington, Delaware 19801, Attn: Robert F. Poppiti, Jr., Esq., Email: rpoppiti@ycst.com. In addition, copies of the Bid Procedures Motion, the Bid Procedures Order and this Notice are on file with the Clerk of the Bankruptcy Court, Third Floor, 824 Market Street, Wilmington, Delaware 19801, and available for download on the dedicated website of the claims and noticing agent for the Chapter 11 Cases, Donlin, Recano & Company, Inc., at https://www.donlinrecano.com/Clients/or/Index, by clicking on the tab "Sale Related Documents." To the extent that the Debtors enter into a Stalking Horse Agreement, the Stalking Horse Agreement and the Stalking Horse Agreement Notice will also be available on the "Sale Related Documents" tab.

8. The Bid Procedures Order sets forth in detail the requirements for submitting a Qualified Bid for the Purchased Assets, and any person interested in making an offer to purchase the Purchased Assets must comply with the Bid Procedures Order. Any persons interested in making an offer to acquire the Purchased Assets should contact FTI Consulting, Inc., via Amir Agam, at Amir.Agam@FTIConsulting.com, and Luke Schaeffer, at Luke.Schaeffer@FTIConsulting.com.

9. For ease of reference, the following is a summary of certain dates and deadlines established pursuant to the Bid Procedures Order. The Debtors encourage parties-in-interest to review the Bid Procedures Order in its entirety, as the below summary is not intended to be exhaustive.

| | |
|---|---|
| November 2, 2018 at 4:00 p.m. (ET) | Deadline to object to the Debtors' assumption and assignment of executory contracts and unexpired leases in connection with the sale of the Purchased Assets (other than regarding adequate assurance of future performance) |
| November 2, 2018 at 5:00 p.m. (ET) | Deadline to submit a bid for the Purchased Assets |
| November 2, 2018 at 4:00 p.m. (ET) | Deadline to object to the sale of the Purchased Assets |
| November 7, 2018 at 10:00 a.m. (ET) | Auction for the Purchased Assets |
| November 7, 2018 at 4:00 p.m. (ET) | Deadline to object to adequate assurance of future performance with respect to the Debtors' assumption and assignment of executory contracts and unexpired leases in connection with the sale of the Purchased Assets |
| 8:30 a.m. (ET) on the day of the hearing of the sale of the purchased assets | Deadline to object to the results of the Auction (and deadline for Committee to object to the sale) |
| November 9, 2018 at 10:00 a.m. (ET) | Hearing on the sale of the Purchased Assets |

Dated: October 10, 2018, Wilmington, Delaware, YOUNG CONAWAY STARGATT & TAYLOR, LLP, /s/ Ian J. Bambrick____, Michael R. Nestor, Esq. (Bar No. 3526), Robert F. Poppiti, Jr., Esq. (Bar No. 5052), Ian J. Bambrick, Esq. (Bar No. 5455), Rodney Square, 1000 North King Street, Wilmington, Delaware 19801, Tel: (302) 571-6600, Fax: (302) 571-1253 -and- KLEE, TUCHIN, BOGDANOFF & STERN LLP, Michael L. Tuchin, Esq., Jonathan M. Weiss, Esq., Sasha M. Gurvitz, Esq., 1999 Avenue of the Stars, 39th Floor, Los Angeles, CA 90067, Tel: (310) 407-4000, Fax: (310) 407-9090, *COUNSEL TO THE DEBTORS AND DEBTORS-IN-POSSESSION*

¹ The Debtors and the last four digits of their respective federal taxpayer identification numbers are as follows: Open Road Films, LLC (4435 Del.); Open Road Releasing, LLC (4736 Del.); OR Productions LLC (5873 Del.); Briarcliff LLC (7304 Del.); Open Road International LLC (4109 Del.); and Empire Productions LLC (9375 Del.). The Debtors' address is 2049 Century Park East, 4th Floor, Los Angeles, CA 90067.

² Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to such terms in the Bid Procedures Order.

ginal, to entice viewers.

"My Dinner With Hervé," HBO's film about a late-in-life Villechaize, isn't quite a reclamation project. It doesn't do enough to center his story, focusing instead on how the star changed a journalist's life. But it will begin to make you see Villechaize in a new light, not least because of Peter Dinklage's performance. Dinklage inhabits the late actor's unique diction and the ballistic energy he brought to his performances and, later, to annihilating himself. It's a turn that's sensitively calibrated despite its mania.

That mania builds over time. First, Dinklage's Hervé enters the story through a side door. Journalist Danny Tate (Jamie Dornan) visits Los Angeles to interview Gore Vidal and gets assigned a quick check-in with the fallen actor while there. It's meant as a brief grotesque to pad out a magazine, but Hervé is so hungry for company that he monopolizes Danny for hours, making the Vidal interview an impossibility. Danny can't help being drawn to Hervé out of some combination of sympathy, journalistic curiosity and vicarious thrill. As an alcoholic in recovery, he sees in Hervé a mirror for his appetites.

The story Danny uncovers through an interview that barely requires questions — the freewheeling subject needs little inducement to tell his story — is less "Where is he now?" than "How did he get here?" We see Hervé's youth, his breakout in the Bond film "The Man With the Golden Gun" and his time on Aaron Spelling's soap, in which his lifelong craving to be understood curdles into resentment at not being treated like the star he knows he is. (Andy Garcia, as Ricardo Montalbán, frustrated in his attempts to help, provides a painful glimpse at the support Hervé spurned.) The contrast between star and character couldn't be more marked. Dinklage's casting on "Game of Thrones" seems a landmark in comparison — creating a character in fantasy who was bolstered by his own desires, rather than a neutered assistant. Much of that has to do with Dinklage's Emmy-winning performance, which allows him to act out all the emotions felt by a person who's treated as unworthy, emotions Hervé kept bottled up until they exploded.

Dinklage, even before "Thrones," has enjoyed bound-



**Wing Man**
Peter Dinklage and Jamie Dornan star in "My Dinner With Hervé."

**CREDITS:
Executive producers:** Steven Zaillian, Richard Middleton, Ross Katz, Jessica de Rothschild. **106 MIN.
Cast:** Peter Dinklage, Jamie Dornan, David Strathairn, Andy Garcia, Mireille Enos, Harriet Walter, Oona Chaplin

less career opportunities, thanks in part to an ever-incrementally improving Hollywood that found itself ready to embrace his talent. That he isn't quite able to turn Hervé into a fully rounded character is the fault of the film, written and directed by Sacha Gervasi and based on his own experience with Villechaize.

The protagonist of "Hervé" isn't Hervé but Danny. Using the actor's broken-down charisma, flashing throughout an endless interview, to refract Danny's journey and give him greater confidence misses the real story. Dinklage's rise, as Tyrion Lannister on "Thrones" and elsewhere, proves there is a hunger for three-dimensional depictions of people who look like Villechaize and like Dinklage. The movie ought to have given Villechaize pride of place in his own tale, allowing him not to teach a lesson but to live his extraordinary life. But Hervé, despite his willingness to speak, remains elusive even now. Z

**UNITED STATES BANKRUPTCY COURT, DISTRICT OF DELAWARE**

In re
OPEN ROAD FILMS, LLC, a Delaware limited liability company, et al.,[1]
        Debtors.

Chapter 11
Case No.: 18-12012 (LSS)
(Jointly Administered)
Ref. Docket Nos. 9 and 160

**NOTICE OF AUCTION AND SALE HEARING**

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

1. On September 6, 2018, Open Road Films, LLC and its debtor affiliates, as debtors and debtors in possession (collectively, the "Debtors"), each filed voluntary petitions for relief pursuant to Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code").

2. On September 6, 2018, the Debtors filed a motion [Docket No. 9] (the "Bid Procedures Motion"), pursuant to sections 363 and 365 of the Bankruptcy Code and Bankruptcy Rules 2002, 6004, and 6006, seeking entry of an order (the "Bid Procedures Order")[2] (a) scheduling an auction (the "Auction") for the sale of substantially all of the Debtors' assets (the "Purchased Assets") for November 7, 2018 and a hearing to approve the sale of the Purchased Assets (the "Sale Hearing") for November 9, 2018; (b) approving procedures (the "Bid Procedures") for submitting competing bids for the Purchased Assets, (c) approving the form and manner of the notice of the Auction and the Sale Hearing; and (d) approving procedures for the assumption, assignment and sale of Contracts to any purchaser(s) of the Purchased Assets, and/or to resolve any objections thereto.

3. On October 9, 2018, the United States Bankruptcy Court for the District of Delaware entered the Bid Procedures Order [Docket No. 160]. Pursuant to the Bid Procedures Order, if the Debtors receive any Qualified Bids for the Purchased Assets, the Auction shall take place on **November 7, 2018 at 10:00 a.m. (Eastern Time)** at a location to be identified in advance of the Auction. Only parties that have submitted a Qualified Bid, as set forth in the Bid Procedures Order, by no later than **November 2, 2018 at 5:00 p.m. (Eastern Time)** (the "Bid Deadline") may bid at the Auction. Any party that wishes to take part in this process and submit a bid for the Purchased Assets must submit their competing bid prior to the Bid Deadline and in accordance with the Bid Procedures.

4. This Notice of Auction and Sale Hearing is subject to the fuller terms and conditions of the Bid Procedures Motion and the Bid Procedures Order, with such Bid Procedures Order controlling in the event of any conflict, and the Debtors encourage parties-in-interest to review such documents in their entirety. More information is provided below on how to obtain copies of such documents.

5. The Sale Hearing to consider approval of the sale of the Purchased Assets to the Winning Bidder at the Auction, free and clear of all liens, claims and encumbrances, will be held before the Honorable Laurie Selber Silverstein, United States Bankruptcy Judge, 824 North Market Street, Wilmington, Delaware 19801, 6th Floor, Courtroom #2, on **November 9, 2018 at 10:00 a.m. (Eastern Time)**, or at such other time thereafter as counsel may be heard. The Sale Hearing may be adjourned from time to time without further notice to creditors or parties in interest other than by announcement of the adjournment in open court on the date scheduled for the Sale Hearing or in the applicable hearing agenda.

6. Objections to the (i) sale, if any (the "Sale Objections") and (ii) results of the Auction, if any (the "Auction Objections") must: (a) be in writing; (b) comply with the Bankruptcy Rules and Local Rules; and (c) be filed with the clerk of the Bankruptcy Court for the District of Delaware, Third Floor, 824 North Market Street, Wilmington, Delaware 19801, *in the case of the Sale Objections*, **on or before November 2, 2018 at 4:00 p.m. (Eastern Time)** (the "Sale Objection Deadline") and, *in the case of the Auction Objections*, **on or before 8:30 a.m. (Eastern Time) on the day of the Sale Hearing** (the "Auction Objection Deadline") (provided, that solely in respect of any Sale Objection(s) filed by the Official Committee of Unsecured Creditors, any such Sale Objection(s) may be filed on or before the Auction Objection Deadline), and be served upon (I) Open Road Films, LLC, 2049 Century Park East, 4th Floor, Los Angeles, CA 90067, Attn: James Ellis, Email: jellis@tangmp.com; (II) co-counsel for the Debtors, Klee, Tuchin, Bogdanoff & Stern LLP, 1999 Avenue of the Stars, 39th Floor, Los Angeles, California 90067, Attn: Michael L. Tuchin, Esq. and Jonathan M. Weiss, Esq., Email: mtuchin@ktbslaw.com and jweiss@ktbslaw.com; (III) co-counsel for the Debtors, Young Conaway Stargatt & Taylor, LLP, Rodney Square, 1000 North King Street, Wilmington, Delaware 19801, Attn: Michael Nestor, Esq. and Robert F. Poppiti, Jr., Esq., Email: mnestor@ycst.com and rpoppiti@ycst.com; (IV) counsel for the Committee, Pachulski Stang Ziehl & Jones LLP, 780 Third Avenue, 34th Floor, New York, NY 10017, Attn: Robert J. Feinstein, Esq. and Scott L. Hazan Esq., and Colin R. Robinson, Esq., Email: rfeinstein@pszjlaw.com, shazan@pszjlaw.com, and crobinson@pszjlaw.com; (V) counsel for the Agent, Paul Hastings LLP, 200 Park Avenue, New York, New York 10166, Attn: Andrew Tenzer, Esq., and Susan Williams, Esq., Email: andrewtenzer@paulhastings.com and susanwilliams@paulhastings.com, and Ashby & Geddes, P.A., Attn: Bill Bowden, Esq., Email: wbowden@ashbygeddes.com; (VI) counsel for the Stalking Horse Purchaser (if any); (VII) counsel for certain guilds, Bush Gottlieb, a Law Corporation, 801 North Brand Boulevard, Suite 950, Glendale, California, Attn: Joseph A. Kohanski, Esq., and David E. Ahdoot, Esq., Email: kohanski@bushgottlieb.com and dahdoot@bushgottlieb.com and (VIII) the Office of the United States Trustee for the District of Delaware, 844 King Street, Suite 2207, Wilmington, Delaware, 19801, Attn: Linda Richenderfer, Esq., email: linda.richenderfer@usdoj.gov. **UNLESS AN OBJECTION IS TIMELY SERVED AND FILED IN ACCORDANCE WITH THIS NOTICE, IT MAY NOT BE CONSIDERED BY THE BANKRUPTCY COURT, AND THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED WITHOUT FURTHER HEARING AND NOTICE.**

7. Parties interested in receiving more information regarding the sale of the Purchased Assets and/or copies of any related document, including the Form APA, the Bid Procedures Motion, or the Bid Procedures Order, may make a written request to: (i) co-counsel for the Debtors, Klee, Tuchin, Bogdanoff & Stern LLP, 1999 Avenue of the Stars, 39th Floor, Los Angeles, California 90067, Attn: Jonathan M. Weiss, Esq., Email: jweiss@ktbslaw.com; or (ii) co-counsel for the Debtors, Young Conaway Stargatt & Taylor, LLP, Rodney Square, 1000 North King Street, Wilmington, Delaware 19801, Attn: Robert F. Poppiti, Jr., Esq., Email: rpoppiti@ycst.com. In addition, copies of the Bid Procedures Motion, the Bid Procedures Order and this Notice are on file with the Clerk of the Bankruptcy Court, Third Floor, 824 Market Street, Wilmington, Delaware 19801, and available for download on the dedicated website of the claims and noticing agent for the Chapter 11 Cases, Donlin, Recano & Company, Inc., at https://www.donlinrecano.com/Clients/orf/Index, by clicking on the tab "Sale Related Documents." To the extent that the Debtors enter into a Stalking Horse Agreement, the Stalking Horse Agreement and the Stalking Horse Agreement Notice will also be available on the "Sale Related Documents" tab.

8. The Bid Procedures Order sets forth in detail the requirements for submitting a Qualified Bid for the Purchased Assets, and any person interested in making an offer to purchase the Purchased Assets must comply with the Bid Procedures Order. Any persons interested in making an offer to acquire the Purchased Assets should contact FTI Consulting, Inc., via Amir Agam at Amir.Agam@FTIConsulting.com, and Luke Schaeffer, at Luke.Schaeffer@FTIConsulting.com.

9. For ease of reference, the following is a summary of certain dates and deadlines established pursuant to the Bid Procedures Order. The Debtors encourage parties-in-interest to review the Bid Procedures Order in its entirety, as the below summary is not intended to be exhaustive.

| | |
|---|---|
| November 2, 2018 at 4:00 p.m. (ET) | Deadline to object to the Debtors' assumption and assignment of executory contracts and unexpired leases in connection with the sale of the Purchased Assets (other than regarding adequate assurance of future performance) |
| November 2, 2018 at 5:00 p.m. (ET) | Deadline to submit a bid for the Purchased Assets |
| November 2, 2018 at 4:00 p.m. (ET) | Deadline to object to the sale of the Purchased Assets |
| November 7, 2018 at 10:00 a.m. (ET) | Auction for the Purchased Assets |
| November 7, 2018 at 4:00 p.m. (ET) | Deadline to object to adequate assurance of future performance with respect to the Debtors' assumption and assignment of executory contracts and unexpired leases in connection with the sale of the Purchased Assets |
| 8:30 a.m. (ET) on the day of the hearing of the sale of the purchased assets | Deadline to object to the results of the Auction (and deadline for Committee to object to the sale) |
| November 9, 2018 at 10:00 a.m. (ET) | Hearing on the sale of the Purchased Assets |

Dated: October 10, 2018, Wilmington, Delaware, YOUNG CONAWAY STARGATT & TAYLOR, LLP, /s/ Ian J. Bambrick_____, Michael R. Nestor, Esq. (Bar No. 3526), Robert F. Poppiti, Jr., Esq. (Bar No. 5052), Ian J. Bambrick, Esq. (Bar No. 5455), Rodney Square, 1000 North King Street, Wilmington, Delaware 19801, Tel: (302) 571-6600, Fax: (302) 571-1253 -and- KLEE, TUCHIN, BOGDANOFF & STERN LLP, Michael L. Tuchin, Esq., Jonathan M. Weiss, Esq., Sasha M. Gurvitz, Esq., 1999 Avenue of the Stars, 39th Floor, Los Angeles, CA 90067, Tel: (310) 407-4000, Fax: (310) 407-9090, *COUNSEL TO THE DEBTORS AND DEBTORS-IN-POSSESSION*

[1] The Debtors and the last four digits of their respective federal taxpayer identification numbers are as follows: Open Road Films, LLC (4435 Del.); Open Road Releasing, LLC (4736 Del.); OR Productions LLC (5873 Del.); Briarcliff LLC (7304 Del.); Open Road International LLC (4109 Del.); and Empire Productions LLC (9375 Del.). The Debtors' address is 2049 Century Park East, 4th Floor, Los Angeles, CA 90067.

[2] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to such terms in the Bid Procedures Order.