## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>OPEN ROAD FILMS, LLC, a Delaware limited liability company, *et al.*,<br><br>          Debtors. | Chapter 11<br><br>Case No.:  18-12012 (LSS)<br><br>(Jointly Administered) |

### RICHARD DUTCHER'S NOTICE OF MOTION FOR
### RELIEF FROM THE AUTOMATIC STAY, HEARING DATE,
### AND DEADLINE FOR OBJECTIONS

Richard Dutcher gives notice that his Motion for Relief from the Automatic Stay (dkt # 187) will be heard by Judge Laurie S. Silverstein on November 9, 2018, at 10:00 a.m., in Courtroom 2, United States Bankruptcy Court, 824 North Market Street, 6th Floor, Wilmington, DE 19801.  The deadline for objections is October 31, 2018.

The motion may be granted and an order entered without a hearing unless a timely objection is made.

DATED: October 18, 2018

_____
Stephen E. Silverman
STEPHEN SILVERMAN LAW
6945 E. Sahuaro Drive, Suite 125
Scottsdale, Arizona 85254
Tel. (480) 747-0850
Fax. (480) 400-1065

*Attorney for Richard Dutcher*