UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>OPEN ROAD FILMS, LLC, a Delaware limited liability company, *et al.*,<br><br>                  Debtors. | Chapter 11<br><br>Case No.: 18-12012 (LSS)<br><br>(Jointly Administered) |

**RICHARD DUTCHER'S ERRATA RE: NOTICE OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY, HEARING DATE, AND DEADLINE FOR OBJECTIONS**

Richard Dutcher gives notice that the deadline for objections to his Motion for Relief from the Automatic Stay (dkt # 187) is **November 2, 2018**, and not October 31, 2018, as indicated in the notice. As indicated in the Notice, this matter will be heard by Judge Laurie S. Silverstein on November 9, 2018, at 10:00 a.m., in Courtroom 2, United States Bankruptcy Court, 824 North Market Street, 6th Floor, Wilmington, DE 19801.

DATED: October 18, 2018

                                                                                                                                   Stephen E. Silverman
                                                                                                                                  STEPHEN SILVERMAN LAW
                                                                                                                                  6945 E. Sahuaro Drive, Suite 125
                                                                                                                                 Scottsdale, Arizona 85254
                                                                                                                                 Tel. (480) 747-0850
                                                                                                                                 Fax. (480) 400-1065

                                                                                                                                 *Attorney for Richard Dutcher*