UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>OPEN ROAD FILMS, LLC, a Delaware limited liability company, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 18-12012 (LSS)<br><br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                        )  ss:
COUNTY OF KINGS    )

I, Ted Tokuda, declare:

1. I am over the age of 18 years and not a party to these chapter 11 cases.

2. I am employed by Donlin, Recano & Company, Inc. ("DRC"), 6201 15th Avenue, Brooklyn, NY 11219.

3. On the 19th day of October, 2018, at my direction and under my supervision, employees of DRC caused to serve the *First Monthly Application of Young Conaway Stargatt & Taylor, LLP for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period From September 6, 2018 Through September 30, 2018* (Docket. No. 188) via First Class US Mail upon the parties as set forth on Exhibit 1, attached hereto.

I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge. Executed this 22nd day of October, 2018, Brooklyn, New York.

Ted Tokuda

Sworn before me this
22nd day of October, 2018

Notary Public

SUNG JAE KIM
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01KI6211176
COMM. EXP. September 14, 2021

---

[1] The Debtors and the last four digits of their respective federal taxpayer identification numbers are as follows: Open Road Films, LLC (4435-Del.); Open Road Releasing, LLC (4736-Del.); OR Productions LLC (5873-Del.); Briarcliff LLC (7304-Del.); Open Road International LLC (4109-Del.); and Empire Productions LLC (9375-Del.). The Debtors' address is 2049 Century Park East, 4th Floor, Los Angeles, CA 90067.

# EXHIBIT 1

# Open Road Films, LLC, et al.
## Exhibit Page

Page # : 1 of 1                                                                                              10/19/2018 05:06:23 PM

| | | | |
|---|---|---|---|
| 000105P002-1400S-030<br>ASHBY & GEDDES, P.A.<br>WILLIAM P BOWDEN, ESQ<br>500 DELAWARE AVE<br>8TH FLOOR<br>WILMINGTON DE 19801-1150 | 000001P001-1400S-030<br>KLEE, TUCHIN, BOGDANOFF & STERN LLP<br>JONATHAN M. WEISS<br>1999 AVENUE OF THE STARS<br>39TH FLOOR<br>LOS ANGELES CA 90067-6049 | 000003P002-1400S-030<br>KLEE, TUCHIN, BOGDANOFF & STERN LLP<br>MICHAEL L. TUCHIN<br>1999 AVENUE OF THE STARS<br>39TH FLOOR<br>LOS ANGELES CA 90067-6049 | 000006P002-1400S-030<br>OFFICE OF THE U.S. TRUSTEE<br>LINDA RICHENDERFER<br>844 KING STREET<br>SUITE 2207<br>WILMINGTON DE 19801 |
| 000131P001-1400S-030<br>PACHULSKI STANG ZIEHL & JONES LLP<br>ROBERT J FEINSTEIN;SCOTT L HAZAN<br>780 THIRD AVE, 34TH FLOOR<br>NEW YORK NY 10017 | 000132P001-1400S-030<br>PACHULSKI STANG ZIEHL & JONES LLP<br>COLIN R ROBINSON, ESQ<br>919 N MARKET ST, 17TH FLOOR<br>WILMINGTON DE 19801 | 000015P001-1400S-030<br>PAUL HASTINGS LLP<br>SUSAN WILLIAMS<br>1999 AVENUE OF THE STARS<br>27TH FLOOR<br>LOS ANGELES CA 90067 | 000016P001-1400S-030<br>PAUL HASTINGS LLP<br>ANDREW V. TENZER<br>200 PARK AVENUE<br>NEW YORK NY 10166 |
| 000102P001-1400S-030<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>MICHAEL R. NESTOR<br>RODNEY SQUARE<br>1000 NORTH KING STREET<br>WILMINGTON DE 19801 | 000104P001-1400S-030<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>ROBERT F. POPPITI, JR.<br>RODNEY SQUARE<br>1000 NORTH KING STREET<br>WILMINGTON DE 19801 | | |

Records Printed :    10