**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| Open Road Films, LLC, *et al.*[1] | Case No.:  18-12012 (LSS) |
| Debtors. | (Jointly Administered) |

**GLOBAL NOTES, METHODOLOGY AND SPECIFIC
DISCLOSURES REGARDING THE DEBTORS' SCHEDULES OF
ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS**

## Introduction

Open Road Films, LLC, Open Road Releasing, LLC, OR Productions LLC, Briarcliff LLC, Open Road International LLC, and Empire Productions LLC (collectively, the "Debtors"), with the assistance of their professional advisors, have filed their respective Schedules of Assets and Liabilities (the "Schedules") and Statements of Financial Affairs (the "Statements," and together with the Schedules, the "Schedules and Statements") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), pursuant to section 521 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

These Global Notes, Methodology, and Specific Disclosures Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs (the "Global Notes") pertain to, are incorporated by reference in, and comprise an integral part of each Debtor's Schedules and Statements. The Global Notes should be referred to, considered, and reviewed in connection with any review of the Schedules and Statements.

The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("GAAP"), nor are they intended to be fully reconciled with the financial statements of each Debtor. Additionally, the Schedules and Statements contain unaudited information that is subject to further review and potential adjustment, and reflect the Debtors' reasonable efforts to report the assets and liabilities of each Debtor on an unconsolidated basis.

In preparing the Schedules and Statements, the Debtors relied upon information derived from their books and records that was available at the time of such preparation. Although the

---

[1]  The Debtors and the last four digits of their respective federal taxpayer identification numbers are as follows: Open Road Films, LLC (4435-Del.); Open Road Releasing, LLC (4736-Del.); OR Productions LLC (5873-Del.); Briarcliff LLC (7304-Del.); Open Road International LLC (4109-Del.); and Empire Productions LLC (9375-Del.). The Debtors' address is 2049 Century Park East, 4th Floor, Los Angeles, CA 90067.

Debtors have made reasonable efforts to ensure the accuracy and completeness of such financial information, inadvertent errors or omissions, as well as the discovery of conflicting, revised, or subsequent information, may cause a material change to the Schedules and Statements. Accordingly, the Debtors reserve all of their rights to amend, supplement, or otherwise modify the Schedules and Statements as is necessary and appropriate.

The Debtors and their officers, managers, employees, agents, and professional advisors do not guarantee or warrant the accuracy or completeness of the data that is provided in the Schedules and Statements, and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating or delivering the information contained in the Schedules and Statements. Except as required by the Bankruptcy Code, the Debtors and their officers, managers, employees, agents, and professional advisors do not undertake any obligation to update, modify, revise or re-categorize the information provided in the Schedules and Statements, or, except as required by the Bankruptcy Code, the Bankruptcy Rules, or order of the Bankruptcy Court, to notify any third party should the information be updated, modified, revised or re-categorized. The Debtors, on behalf of themselves, their officers, managers, employees, agents and professional advisors disclaim any liability to any third party arising out of or related to the information contained in the Schedules and Statements and reserve all rights with respect thereto.

The Schedules and Statements have been signed by an authorized representative of each of the Debtors. In reviewing and signing the Schedules and Statements, this representative relied upon the efforts, statements and representations of the Debtors' other personnel and professional advisors. The representative has not (and could not have) personally verified the accuracy of each such statement and representation, including, for example, statements and representations concerning amounts owed to creditors and their addresses.

### Global Notes and Overview of Methodology

1. **Reservation of Rights**. Reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements; however, inadvertent errors or omissions may exist and conflicting, revised, or subsequent information may be discovered. The Debtors reserve all rights to amend or supplement the Schedules and Statements from time to time, in all respects, as may be necessary or appropriate, including, without limitation, the right to amend the Schedules and Statements with respect to claim ("Claim") description or designation, or the Debtor against which the Claim is asserted; dispute or otherwise assert offsets or defenses to any Claim reflected in the Schedules and Statements as to amount, liability, priority, status, classification or any other basis; subsequently designate any Claim as "disputed," "contingent," or "unliquidated;" or object to the extent, validity, enforceability, priority, or avoidability of any Claim. Any failure to designate a Claim in the Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtors that such Claim or amount is not "disputed," "contingent," or "unliquidated." Listing a Claim does not constitute an admission of liability by the Debtor against which the Claim is listed or against any of the Debtors. Furthermore, nothing contained in the Schedules and Statements shall constitute a waiver of rights with respect to the Debtors' chapter 11 cases, including, without limitation, issues involving Claims,

substantive consolidation, defenses, equitable subordination, recharacterization, and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers. Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph.

The listing in the Schedules or Statements (including, without limitation, Schedule A/B, Schedule E/F or Statement 4) by the Debtors of any obligation between a Debtor and another Debtor is a statement of what appears in the Debtors' books and records, and does not reflect any admission or conclusion of the Debtors regarding whether such amount would be allowed as a Claim or otherwise, or how such obligations may be classified and/or characterized in a plan of reorganization or otherwise or by the Bankruptcy Court. The Debtors reserve all rights with respect to such obligations.

2. **Description of Cases and "as of" Information Date**.  On September 6, 2018 (the "Petition Date"), the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code.  The Debtors are operating their businesses and managing their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  On September 7, 2018, the Bankruptcy Court entered an order directing joint administration of the Debtors' chapter 11 cases [Docket No. 42].  On September 14, 2018, the Office of the United States Trustee for the District of Delaware appointed a statutory committee of unsecured creditors pursuant to section 1102(a)(1) of the Bankruptcy Code [Docket No. 72].

**Except as otherwise noted in the Schedules and Statements or herein, the asset and liability information provided in the Schedules and Statements represents the asset and liability data of the Debtors as of September 6, 2018 opening balances**.

3. **Net Book Value of Assets**.  It would be prohibitively expensive, unduly burdensome, and an inefficient use of estate assets for the Debtors to obtain current market valuations for all of their assets.  Accordingly, unless otherwise indicated in the Schedules and Statements or herein, the Debtors' Schedules and Statements reflect net book values as of September 6, 2018 in the Debtors' books and records.  Additionally, because the book values of certain assets such as patents, trademarks, and copyrights may materially differ from their fair market values, they are listed as undetermined amounts as of the Petition Date.  In addition, the Debtors have listed investments in Debtors subsidiaries as having a $0.00 book value, as those equity interests are currently estimated to have no value due to the bankruptcy filings.  Furthermore, as applicable, assets that have fully depreciated or were expensed for accounting purposes do not appear in the Schedules and Statements as they have no net book value.  The Debtors reserve their right to amend or adjust the value of each asset or liability set forth herein.

4. **Recharacterization**.    Notwithstanding the Debtors' reasonable efforts to properly characterize, classify, categorize or designate certain Claims, assets, executory contracts, unexpired leases and other items reported in the Schedules and Statements, the Debtors may, nevertheless, have improperly characterized, classified, categorized, designated, or omitted certain items due to the complexity and size of the Debtors' businesses.  Accordingly, the Debtors reserve all of their rights to recharacterize, reclassify, recategorize, redesignate, add

or delete items reported in the Schedules and Statements at a later time as is necessary or appropriate as additional information becomes available, including, without limitation, whether contracts or leases listed therein were deemed executory or unexpired as of the Petition Date and remain executory and unexpired postpetition.

5. **Real Property and Personal Property**.  In the ordinary course of their businesses, the Debtors lease real property and various articles of personal property from certain third-party lessors.  The Debtors have made reasonable efforts to list all such leases in the Schedules and Statements.  However, nothing in the Schedules or Statements is or shall be construed as an admission or determination as to the legal status of any lease (including whether to assume and assign or reject such lease, or whether it is a true lease or a financing arrangement), and the Debtors reserve all of their rights with respect to all such issues.

Furthermore, the Debtors share office space with non-Debtor affiliates.  In the ordinary course of business, the Debtors may use personal property leased or owned by the non-Debtor affiliates (e.g., a copier), and the non-Debtor affiliates may use personal property leased or owned by the Debtors.  The Debtors' use of any such assets, and the value of any such assets, has not been accounted for in the Schedules and Statements.

6. **Excluded Assets and Liabilities**.  The Debtors have sought to allocate liabilities between the prepetition and post-petition periods based on the information and research conducted in connection with the preparation of the Schedules and Statements.  As additional information becomes available and further research is conducted, the allocation of liabilities between the prepetition and post-petition periods may change.  Accordingly, the Debtors reserve all of their rights to amend, supplement, or otherwise modify the Schedules and Statements as is necessary or appropriate.

The liabilities listed on the Schedules do not reflect any analysis of Claims under section 503(b)(9) of the Bankruptcy Code.  Accordingly, the Debtors reserve all of their rights to dispute or challenge the validity of any asserted Claims under section 503(b)(9) of the Bankruptcy Code or the characterization of the structure of any such transaction or any document or instrument related to any creditor's Claim.

The Debtors have excluded prepetition liabilities on account of expense reimbursements for members of their workforce that were satisfied post-petition pursuant to a first day order entered by the Bankruptcy Court [Docket No. 41 and 108].

Certain producers of theatrical film titles included in the Debtors' library have indicated their intention to pay for certain of the Debtors' prepetition liabilities in the post-petition period relating to these titles.  The Debtors have therefore scheduled the liabilities that they believe have been paid, or are anticipated to be paid, by these producers as contingent.

7. **Insiders**.  For purposes of the Schedules and Statements, the Debtors define "insider" pursuant to section 101(31) of the Bankruptcy Code as (a) directors, (b) officers, (c) relatives of directors or officers of a Debtor, (d) any managing agent or managing member of a Debtor and (e) entities under common ownership with a Debtor.  Persons listed as "insiders" have been included for informational purposes only, and their inclusion shall not constitute an

admission that such persons are insiders for purposes of section 101(31) of the Bankruptcy Code or any other applicable law, including without limitation, the federal securities laws, or with respect to any theories of liability or for any other purpose.

8. **Intellectual Property Rights**.    The exclusion of any intellectual property shall not be construed as an admission that such intellectual property rights have been abandoned, terminated, assigned, expired by their terms, or otherwise transferred pursuant to a sale, acquisition, or other transaction.    Conversely, inclusion of certain intellectual property shall not be construed to be an admission that such intellectual property rights have not been abandoned, terminated, assigned, expired by their terms, or otherwise transferred pursuant to a sale, acquisition, or other transaction.

Unless otherwise noted, the Debtors' trademarks are owned by Debtor Open Road Releasing, LLC and licensed for use to Debtor Open Road Films, LLC, pursuant to a certain Trademark License Agreement.

In addition, although the Debtors have made reasonable efforts to attribute intellectual property to the rightful Debtor entity, in certain instances, intellectual property owned by one Debtor may, in fact, be owned by another Debtor.    Accordingly, the Debtors reserve all of their rights with respect to the legal status of any and all such intellectual property rights.

9. **Executory Contracts and Unexpired Leases**.    Although the Debtors made reasonable efforts to attribute executory contracts and unexpired leases to their appropriate Debtors, in certain instances, the Debtors may have inadvertently failed to do so due to the complexity and size of the Debtors' businesses.    Accordingly, the Debtors reserve all of their rights with respect to the legal status of any and all such contracts and leases.

Moreover, the Debtors have not necessarily set forth executory contracts and unexpired leases as assets in the Schedules and Statements, even though these contracts and leases may have some value to the Debtors' estates.    The Debtors' executory contracts and unexpired leases have been set forth in Schedule G.    The Debtors' rejection of executory contracts and unexpired leases may result in the assertion of rejection damage claims; the Schedules and Statements do not reflect any claims for rejection damages.    The Debtors reserve the right to make any arguments and objections with respect to the assertion of any such claims.

10. **Classifications**.    Listing a Claim or contract on (a) Schedule D as "secured," (b) Schedule E/F as "priority" or "unsecured," or (c) Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtors of the legal rights of the claimant, or a waiver of the Debtors' rights to recharacterize or reclassify such Claims or contracts or leases, the Debtors' setoff or recoupment rights with respect to such Claims, or any other rights of the Debtors related to such Claims.

11. **Claims Description**.    Schedules D and E/F permit each Debtor to designate a Claim as "disputed," "contingent," and/or "unliquidated."    Any failure to designate a Claim on a given Debtor's Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by that Debtor that such amount is not "disputed," "contingent," or "unliquidated," or that such Claim is not subject to objection.    The Debtors reserve all of

their rights to dispute, or assert offsets or defenses to, any Claim reflected on their respective Schedules and Statements on any grounds, including, without limitation, liability or classification.  Additionally, the Debtors reserve all of their rights to subsequently designate such Claims as "disputed," "contingent," or "unliquidated."

12. **Causes of Action**.  Despite their reasonable efforts to identify all known assets, the Debtors may not have listed all of their causes of action or potential causes of action against third-parties as assets in the Schedules and Statements, including, without limitation, causes of actions arising under the provisions of chapter 5 of the Bankruptcy Code and any relevant non-bankruptcy laws to recover assets or avoid transfers.  The Debtors reserve all of their rights with respect to any cause of action (including avoidance actions), controversy, right of setoff, cross-Claim, counter-Claim, credits, or recoupment and any Claim on contracts or leases or for breaches of duties imposed by law or in equity, demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power, privilege, license, and franchise of any kind or character whatsoever, known, unknown, fixed or contingent, matured or unmatured, suspected or unsuspected, liquidated or unliquidated, disputed or undisputed, secured or unsecured, assertable directly or derivatively, whether arising before, on, or after the Petition Date, in contract or in tort, in law, or in equity, or pursuant to any other theory of law (collectively, "Causes of Action") they may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any Claims or Causes of Action or in any way prejudice or impair the assertion of such Claims or Causes of Action by the Debtors and their estates.

13. **Summary of Significant Reporting Policies**.  The following is a summary of significant reporting policies:

  a.  Undetermined Amounts.  The description of an amount as "unknown," "TBD" or "undetermined" is not intended to reflect upon the materiality of such amount.

  b.  Totals.  All totals that are included in the Schedules and Statements represent totals of all known amounts.  To the extent there are unknown or undetermined amounts, the actual total may be different than the listed total.

  c.  Paid Claims.  As set forth above, the Debtors were authorized (but not directed) to pay certain outstanding prepetition Claims for expense reimbursement owed to members of their workforce pursuant to orders entered by the Bankruptcy Court.  Accordingly, certain outstanding liabilities may have been reduced by post-petition payments made on account of these prepetition liabilities. To the extent the Debtors pay any of the Claims listed in the Schedules and Statements pursuant to any orders entered by the Bankruptcy Court, the Debtors reserve all of their rights to amend or supplement the Schedules and

Statements or take other action as is necessary or appropriate to avoid over-payment for any such liabilities.

d.   <u>Liens</u>.  Property and equipment listed in the Schedules and Statements are presented without consideration of any liens that may attach (or have attached) to such property and equipment.

14. **Estimates and Assumptions**.  Because of the timing of the filing of the Schedules and Statements, the Debtors were required to make certain estimates and assumptions that affected the reported amounts of the assets and liabilities reported therein.  Actual amounts could differ from those estimates, perhaps materially.  The Debtors reserve all rights to amend the reported amounts of assets and liabilities to reflect changes in those estimates or assumptions.

15. **Currency**.  All amounts are reflected in U.S. dollars.

16. **Intercompany and Affiliate Transactions.**  The net balance of intercompany transactions between the Debtors, if any, as well as of affiliate transactions between the Debtors and their non-Debtor affiliates, if any, is set forth on Schedule E/F and Schedule A/B Item 11, as applicable, and is as of the Petition Date.  Any intercompany cash transfers between the Debtors, or between the Debtors and their non-Debtor affiliates, are captured on Statement Item 4.  The listing in the Schedules or Statements (including, without limitation, Schedule A/B Item 11 or Schedule E/F) by the Debtors of any obligation between a Debtor and another Debtor, or between a Debtor and a non-Debtor affiliate, is a statement of what appears in the Debtors' books and records as of the Petition Date, and does not reflect any admission or conclusion of the Debtors regarding whether such amount would be allowed as a Claim or how such obligations may be classified and/or characterized in a plan of reorganization or otherwise or by the Bankruptcy Court.  The Debtors reserve all rights with respect to such obligations.  The Debtors continue to analyze intercompany and affiliate balances and these balances may continue to be revised beyond the amounts indicated in the Schedules and Statements.

The intercompany accounts receivable and accounts payable balances presented reflect adjustments to $1.5 million of payments that were made from Debtor Open Road Films, LLC to its non-debtor affiliate, IM Global LLC.  These payments were originally booked to the intercompany balance between Open Road Films, LLC and IM Global LLC.  However, during the Debtors' management's analysis of these payments in connection with the preparation of the Schedules and Statements, management determined that they believe these payments were made on behalf of non-debtor affiliate Tang Media Partners Holdings LLC, and therefore the payments should have been booked to the intercompany balances between Open Road Films, LLC and Tang Media Partners Holdings LLC, and between IM Global LLC and Tang Media Partners Holdings LLC (and not between Open Road Films, LLC and IM Global LLC, as originally booked).  The presented balances reflect this adjustment.

In addition, the Debtors are still analyzing whether certain payments to the Debtors from non-debtor affiliates, which were intended to be intercompany transactions, were improperly categorized as equity.

17. **Setoffs**.  The Debtors incur certain offsets and the like in the ordinary course of business. Offsets in the ordinary course can result from various items, including, without limitation, disputes between the Debtors and their vendors and/or customers.  These offsets are consistent with the ordinary course of business in the Debtors' industry and are not necessarily tracked separately.  Therefore, although such offsets may have been accounted for when certain amounts were included in the Schedules, unless otherwise set forth herein or in the Schedules and Statements, offsets are not independently accounted for, and as such, are or may be excluded from the Debtors' Schedules and Statements.

18. **Global Notes Control**.  All of the Schedules and Statements are subject to and qualified by the Global Notes.  In the event that the Schedules and Statements differ from the Global Notes, *the Global Notes shall control*.

**Specific Disclosures with Respect to the Debtors' Schedules**

**Schedule A/B – Real and Personal Property**.  All values set forth in Schedule A/B reflect the book value of the Debtors' assets as of September 6, 2018 opening balances unless otherwise noted below. The Debtors have nearly completed a "soft-close" of their asset accounts to calculate all asset accruals through the close of business on September 5, 2018.

> **Schedules A/B Item 3**.  Cash values held in financial accounts are listed on Schedule A/B Item 3 as of September 6, 2018, including accounts that contain restricted cash held for the benefit of certain third parties.  Details with respect to the Debtors' cash management system and bank accounts are provided in the *Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Continued Use of Cash Management System, (II) Authorizing the Continuation of Intercompany and Affiliate Transactions, (III) Granting Administrative Priority Status to Postpetition Intercompany and Affiliate Claims, (IV) Authorizing Use of Prepetition Bank Accounts, Account Control Agreements, and Payment Methods, (V) Extending Time to Comply With Requirements of 11 U.S.C. § 345(b), and (VI) Scheduling Final Hearing* [Docket No. 5] (the "Cash Management Motion").

> **Schedule A/B Item 7.**  The amount listed herein relates to the security deposit for the former office building of the Debtors.  The Debtors moved out of this building on or about April 20, 2018.  The landlord of the former office building is still reconciling the amounts owed by the Debtors.  It is anticipated that this cash (net of any adjustments) will be returned to the Debtors following completion of the reconciliation.

> **Schedule A/B Items 7 & 8.**  The Debtors' characterization of an asset on one of these Items is not a legal characterization of either a deposit or a prepayment. The Debtors reserve all of their rights to re-categorize and/or recharacterize such asset holdings at a later time as appropriate.

> **Schedules A/B Item 11a.**  Accounts receivable includes intercompany and affiliate receivables between both Debtor and non-Debtor entities, which are accounting allocations performed as part of the Debtors' centralized cash management system.

> **Schedule A/B Item 20 and A/B Item 21.**  The inventory of the Debtors relates to physical copies of film titles (e.g., DVD and Blu-Ray) for in-home viewing. The Debtors contract with Universal Pictures Home Entertainment to manage the physical production, which in turn, has a relationship with Technicolor, which produces and stores the inventory.  At the end of each calendar quarter, Universal Pictures Home Entertainment sends the Debtors a statement detailing the quantity of DVD and Blu-Ray stock per film title in work-in-process and finished goods inventory.  The Debtors then use a predetermined rate by platform to calculate finished goods inventory.  The Debtors do not calculate amounts for work-in-process inventory.  Inventory values are listed on Schedule A/B Item 21 as of the statement received by the Debtors for the June 30, 2018 inventory.

> **Schedule A/B Item 25.**  The Debtors are unable to calculate the amount of inventory that was purchased and received by the Debtors within the 20 days prior to the Petition Date.

Thus, the Debtors have listed the value of this inventory for purposes of Schedule A/B Item 25 as "Unknown".

**Schedule A/B Items 39 & 40**. The Debtors do not track office fixtures (to the extent they exist) separate from office furniture. It is possible that office fixtures are included in Schedule A/B 39 – Office Furniture.

**Schedule A/B Item 55.** The Debtors' leased real property appears on Schedule A/B 55. The Debtors' books and records do not show a value for any leasehold improvements. Therefore, the Debtors have listed the value of this property as an undetermined amount. The Debtors do not own any real property.

**Schedule A/B Item 60**. Patents, Trademarks, and other Intellectual Property listed in Schedule A/B Item 60 are listed as an undetermined amount. The fair market value of such assets is dependent on numerous variables and factors and may differ significantly from their net book value.

**Schedule A/B Item 61**. The Debtors maintain various websites and social media accounts related to the distribution of various film titles in the Debtors' library. The Debtors do not list these websites and social media accounts on their balance sheet. Therefore, the Debtors have listed the value of this property as an undetermined amount.

**Schedules A/B Item 74 and A/B Item 75.** In the ordinary course of their businesses, the Debtors may have accrued, or may subsequently accrue, certain rights to counter-Claims, setoffs, credits, refunds, or potential warranty claims against their vendors and suppliers. Additionally, certain of the Debtors may be a party to pending litigation in which the Debtors may assert counter-claims as a defendant. Because such Claims are unknown to the Debtors and not quantifiable as of the Petition Date, they are not listed in the Schedules. The Debtors' failure to list any cause of action, claim, or right of any nature is not an admission that such cause of action, claim, or right does not exist, and should not be construed as a waiver of such cause of action, claim, or right.

**Schedule D**. With respect to the Claims listed on Schedule D, reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent, and priority of liens. Nothing in the Global Notes or the Schedules and Statements shall be deemed a modification or interpretation of the terms of such agreements. Moreover, the Debtors have not included on Schedule D parties that may believe their Claims are secured through setoff rights, deposits posted by, or on behalf of, the Debtors, inchoate statutory lien rights, or real property lessors, and other parties that may hold security deposits. In addition, unless otherwise stated, the Debtors may not have included on Schedule D parties that may hold liens on personal property or in connection with equipment leases. The Debtors reserve all of their rights to amend Schedule D. Nothing herein shall be construed as an admission by the Debtors of the legal rights of the claimant or a waiver of the Debtors' rights to recharacterize or reclassify such Claim or contract.

By listing a party on Schedule D based on a UCC-1 filing, the Debtors are not conceding that such party actually holds a perfected, unavoidable security interest in the asset that is the subject

of such filing, and reserves all rights as set forth in these Global Notes. Except as otherwise agreed pursuant an order of the Bankruptcy Court, the Debtors reserve the right to dispute or challenge the validity, perfection or priority of any lien purported to be granted or perfected in any specific asset to a creditor listed on Schedule D. The descriptions provided on Schedule D are intended only as a summary.

**Schedule E/F**. The Bankruptcy Court has authorized the Debtors, in their discretion, to pay certain prepetition liabilities pursuant to the following orders:

- *Interim Order (I) Authorizing Payment of Limited Prepetition Employee Benefits and Confirming Right to Continue Employee Benefits on Postpetition Basis, (II) Authorizing Payment of Reimbursement for Prepetition Expenses, (III) Authorizing Payment of Withholding and Payroll-Related Taxes, and (IV) Authorizing Banks to Honor Prepetition Checks and Fund Transfers for Authorized Payment* [Docket No. 41]; and

- *Final Order (I) Authorizing Payment of Limited Prepetition Employee Benefits and Confirming Right to Continue Employee Benefits on Postpetition Basis, (II) Authorizing Payment of Reimbursement for Prepetition Expenses, (III) Authorizing Payment of Withholding and Payroll-Related Taxes, and (IV) Authorizing Banks to Honor Prepetition Checks and Fund Transfers for Authorized Payment* [Docket No. 108].

To the extent that applicable Claims have been paid under such orders, such Claims are not included in Schedule E/F.

The Debtors have used reasonable efforts to report all general unsecured Claims against the Debtors on Schedule E/F, based upon the Debtors' books and records as of the Petition Date.

Determining the date upon which each Claim on Schedule E/F was incurred or arose would be unduly burdensome and cost prohibitive and, therefore, the Debtors do not list a date for each Claim listed on Schedule E/F. Furthermore, claims listed on Schedule E/F have been aggregated by unique creditor name and may include several dates of incurrence for the aggregate balance listed.

Schedule E/F contains potential claims on account of pending litigation involving the Debtors. Each potential claim associated with any such pending litigation is marked as contingent, unliquidated, and disputed in the Schedules and Statements. Some of the potential litigation claims listed on Schedule E/F may be subject to subordination pursuant to section 510 of the Bankruptcy Code.

The Debtors incorporate by reference into Schedule E/F all parties to pending litigation listed in Statement Item 7 of the Debtors' Statements as contingent, unliquidated, and disputed claims, to the extent not already listed on Schedule E/F.

Schedule E/F reflects the prepetition amounts owing to counterparties to executory contracts and unexpired leases. Such prepetition amounts, however, may be paid in connection with the assumption, or assumption and assignment, of executory contracts or unexpired leases.

Additionally, Schedule E/F does not include potential rejection damage Claims, if any, of the counterparties to executory contracts and unexpired leases that may be rejected.

The listing of any Claim on Schedule E/F does not constitute an admission by the Debtors that such Claim is entitled to priority treatment under section 507 of the Bankruptcy Code.  The Debtors reserve their right to dispute the priority status of any Claim on any basis.

**<u>Schedule G</u>**.    Although reasonable efforts have been made to ensure the accuracy of each Debtor's Schedule G, inadvertent errors may have occurred.  Certain information, such as the contact information of the counter-party, may not be included where such information could not be obtained using the Debtors' reasonable efforts.  Listing a contract, lease or other agreement on Schedule G does not constitute an admission that such contract, lease or other agreement was an executory contract or unexpired lease as of the Petition Date or is valid or enforceable.  The Debtors hereby reserve all of their rights to dispute the validity, status or enforceability of any contracts, leases or other agreements set forth on Schedule G and to amend or supplement Schedule G as necessary.  Certain of the contracts, leases and other agreements listed on Schedule G may contain certain renewal options, guarantees of payment, indemnifications, options to purchase, rights of first refusal and other miscellaneous rights.  Such rights, powers, duties and obligations are not set forth separately on Schedule G.

Certain confidentiality and non-disclosure agreements are not listed on Schedule G.  The Debtors reserve all of their rights with respect to such agreements.

Certain of the contracts, leases and other agreements listed on Schedule G may consist of several parts, including, amendments, restatements, waivers, letters and other documents that may not be listed on Schedule G or that may be listed as a single entry.  In some cases, the same counterparty appears multiple times on Schedule G.  This multiple listing is intended to reflect distinct contracts, leases or agreements between the applicable Debtor and such counterparty. The Debtors reserve their rights to challenge whether such related materials constitute an executory contract or unexpired lease, a single contract, lease or agreement or multiple, severable or separate contracts, leases or agreements.

The contracts, leases and other agreements listed on Schedule G may have expired or may have been modified, amended or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters, memoranda and other documents, instruments, and agreements that may not be listed therein despite the Debtors' use of reasonable efforts to identify such documents.  Further, unless otherwise specified on Schedule G, each contract or lease listed thereon is intended to include all exhibits, schedules, riders, modifications, declarations, amendments, supplements, attachments, restatements, or other agreements made directly or indirectly by any agreement, instrument, or other document that in any manner affects such contract or lease, without respect to whether such agreement, instrument, or other document is expressly listed thereon.

In addition, the Debtors may have entered into various other types of agreements in the ordinary course of their businesses, such as subordination, nondisturbance, and attornment agreements, supplemental agreements, settlement agreements, amendments/letter agreements, and title agreements.  Such documents may not be set forth on Schedule G.  Further, the Debtors reserve

all of their rights to alter or amend these Schedules to the extent that additional information regarding the Debtor obligor to such executory contracts becomes available.

The Debtors reserve all of their rights, claims and causes of action with respect to the contracts, leases and other agreements on Schedule G, including the right to dispute or challenge the characterization of the structure of any transaction or any document or instrument related to a creditor's Claim.

Omission of a contract, lease or other agreement from Schedule G does not constitute an admission that such omitted contract, lease or other agreement is not an executory contract or unexpired lease.  The Debtors' rights under the Bankruptcy Code with respect to any such omitted contracts, leases or agreements are not impaired by the omission.  Schedule G may be amended at any time to add any omitted contract, lease or other agreement.

**<u>Schedule H</u>**.  For purposes of Schedule H, the Debtors that are either the principal obligors or guarantors under the prepetition debt facility are listed as Co-Debtors on Schedule H.  The Debtors may not have identified certain guarantees associated with the Debtors' executory contracts, unexpired leases, secured financings, debt instruments and other such agreements.  The Debtors reserve all of their rights to amend the Schedules to the extent that additional guarantees are identified or such guarantees are discovered to have expired or be unenforceable.

Any omission of a co-debtor or co-obligor in the Schedules does not constitute an admission that such omitted co-debtor or co-obligor is not obligated or liable under the relevant debt.  The Debtors' rights under the Bankruptcy Code and non-bankruptcy law with respect to any omitted co-debtor or co-obligor are not impaired by the omission.

In the ordinary course of their businesses, the Debtors may be involved in pending or threatened litigation.  These matters may involve multiple plaintiffs and defendants, some or all of whom may assert cross-Claims and counter-Claims against other parties.  Because all such Claims are contingent, disputed, or unliquidated, such Claims have not been set forth individually on Schedule H.  Pending litigation matters can be found on each Debtor's Schedule E/F and Statement 7, as applicable.

**Specific Disclosures with Respect to the Debtors' Statements**

**Statement Item 1**.  Sales are reflected net of allowances, reserves, and service deal amounts.

**Statement Item 2**.   Non-business revenue includes such items as interest income, credit card rebates, and revenue earned from the screening room in the Debtors' former headquarters.

**Statement Item 3**.  Statement 3 includes any disbursement or other transfer made by the Debtors within 90 days before the Petition Date, except for those made to insiders (which payments appear in response to Statement Item 4) and employee payroll.  To the extent a disbursement was made to pay for multiple invoices, only one entry has been listed on Statement Item 3. All disbursements listed on Statement Item 3 are made through the Debtors' cash management system.  Additionally, all disbursement information reported in Statement Item 3 for a specific Debtor pertains to the bank accounts maintained by that Debtor. Payments to FTI Consulting, Inc. are only included to the extent they were made before Amir Agam of FTI Consulting, Inc. became Chief Restructuring Officer of one of the Debtors.

Payments made from certain restricted cash accounts that may have been funded from third parties are included in Statement Item 3. Parties receiving cash payments from these restricted cash accounts have been marked with a footnote.

Statement Item 3 includes payments made to a media agency (MullenLowe US, Inc.). This agency arranged media spending through other third-party media providers, and the Debtor believes in many instances the media agency passed these payments directly to those third parties media providers.

**Statement Item 4**.  The Debtors have attempted to include all payments made on or within 12 months before the applicable Petition Date to any individual or entity deemed an "insider."  The listing of a party as an insider is not intended to be nor should be construed as a legal characterization of such party as an insider and does not act as an admission of any fact, Claim, right or defense, and all such rights, Claims, and defenses are hereby expressly reserved.   These amounts include payments to certain non-Debtor affiliates for the Debtors' allocable portion of payroll for members of their workforce, as described in *Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Payment of Limited Prepetition Employee Benefits and Confirming Right to Continue Employee Benefits on Postpetition Basis, (II) Authorizing Payment of Reimbursement for Prepetition Expenses, (III) Authorizing Payment of Withholding and Payroll-Related Taxes, (IV) Authorizing Banks to Honor Prepetition Checks and Fund Transfers for Authorized Payments, and (V) Scheduling Final Hearing* [Docket No. 4] (the "Wages Motion"). Payments to FTI Consulting, Inc. are only included to the extent they were made after Amir Agam of FTI Consulting, Inc. became Chief Restructuring Officer of one of the Debtors.

As set forth in the Wages Motion, prior to the Petition Date, Debtor Open Road Films, LLC advanced payments for payroll expenses to non-Debtor affiliates on a bi-weekly basis.  These amounts included the Debtors' allocated share of payroll expense for certain individual insiders of the Debtors.  The Debtors have only included the payment to the non-Debtor affiliate insider on this Item 4 (which is the transfer actually made by the Debtor(s)), and have not listed the transfer subsequently made by such non-Debtor affiliate to the individual insider (because such

transfer was made by a non-Debtor affiliate, and not made by a Debtor).  To the extent that the Debtors made payment directly to the individual insider for payroll or otherwise, such amounts are included in Statement 4.

With respect to individuals, the amounts listed reflect certain payments and transfers to such individuals, including, without limitation, compensation, expense reimbursement, and/or termination payments and the like.  Transfers made that may have been partially on behalf of an insider (*i.e.* an allocated portion of payment for insurance coverage or other benefits) are not listed on Item 4.

**Statement Item 6**.  The Debtors, on occasion, incur setoffs during the ordinary course of business.   There may be instances of ordinary course setoffs, including, without limitation, credits due to film exhibitors, where such a setoff has occurred without the Debtors' knowledge.

**Statement Item 11**.  The Debtors use a centralized cash management system whereby all corporate disbursements for professional fees were made by Open Road Films, LLC.  As a result, payments related to bankruptcy are reflected on Statement 11 of Open Road Films, LLC only.

**Statement Item 13.**    During the ordinary course of business, the Debtors occasionally terminated deals relating to the future distribution of unreleased films.  Out of an abundance of caution, the Debtors are including two purported terminations that occurred near the end of August 2018.  The Debtors acknowledge that other such terminations may have occurred within the 2-year period before the Petition Date.  Furthermore, inclusion of certain termination of deals relating to the Debtors rights to distribute certain films should not be construed to be an admission that such distribution rights have been abandoned, terminated, assigned, or otherwise transferred, or that such agreement was or was not made in the ordinary course of the Debtors' business.   The Debtors reserve their rights to contest that these terminations have been effectuated.

**Statement Item 17.**    As set forth in the Wages Motion, prior to the Petition Date, the Debtors consolidated their payroll operations with that of non-Debtor affiliates Global Road Entertainment LLC and IM Global LLC.  Prior to this, the Debtors served as a plan administrator for a 401(k) plan.  Upon consolidation, the plan participants were transferred to the 401(k) plans of the non-Debtor affiliates. The Open Road Films 401(k) Plan was closed after these transfers were completed.

**Statement Item 20**.  The Debtors utilize certain third-party vendors to hold electronic and physical versions of the master assets for certain of the Debtors' film titles.  For any physical assets listed on Statement Item 20, the Debtors have attempted to identify the physical location where the Debtors believe the assets are held.  For electronic assets listed on Statement Item 20 which could be held on servers in one or many locations, the Debtors have listed the noticing information for the vendor as it exists in the Debtors' records.

**Statement Item 21.**    The Cash Management Motion describes the Debtors' bank accounts in detail.  On Statement Item 21, the Debtors have included any cash that exists in a restricted cash account to be used for the activities described in the Cash Management Motion.  The Debtors reserve all rights relating to the nature of the accounts listed in Item 21.

**Statement Item 26d.**  In the ordinary course of business the Debtors may provide certain parties, such as financial institutions, debtholders, auditors, potential investors, vendors and financial advisors financial statements that may not be part of a public filing. The Debtors do not maintain complete lists to track such disclosures. As such, the Debtors have not provided lists of these parties in response to this question.

**Statement Item 27**. As set forth more fully above, the Debtors do not conduct physical inventory counts for the inventory that they record on their books and records, and therefore the Debtor does not have any information about inventories for purposes of Statement 27.

| Fill in this information to identify the case: |
| --- |
| **Debtor name:** Open Road Films, LLC |
| **United States Bankruptcy Court for the:** District of Delaware |
| **Case number (if known):** 18-12012 |

☐ Check if this is an
amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals
12/15

## Part 1:   Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from Schedule A/B ...................................................

   | UNDETERMINED |
   | --- |

   1b. **Total personal property:**
   Copy line 91A from Schedule A/B ...............................................

   | $39,167,373.73 |
   | --- |

   1c. **Total of all property:**
   Copy line 92 from Schedule A/B ..................................................

   | $39,167,373.73 |
   | --- |

## Part 2:   Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D .................

   | $90,750,000.00 |
   | --- |

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of Schedule E/F .........................................................

   | $0.00 |
   | --- |

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F ...........................

   | + $100,720,440.40 |
   | --- |

4. *Total liabilities*
   Lines 2 + 3a + 3b ........................................................................................................................

   | $191,470,440.40 |
   | --- |

**Fill in this information to identify the case:**

**Debtor name:** Open Road Films, LLC

**United States Bankruptcy Court for the:** District of Delaware

**Case number (if known):** 18-12012

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. List the assets in the order in which they appear. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1.    Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes. Fill in the information below

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

**2.    Cash on hand**

2.1.    _____    $_____

**3.    Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.1.[1] | BANK OF AMERICA, N.A.<br>ATTN: ANDRE BATALLER<br>2000 CLAYTON RD<br>CONCORD CA 94520-2425 | CHECKING | 0179 | $143,472.41 |
| 3.2. | BANK OF AMERICA, N.A.<br>ATTN: ANDRE BATALLER<br>2000 CLAYTON RD<br>CONCORD CA 94520-2425 | CHECKING | 0888 | $0.00 |
| 3.3.[1] | BANK OF AMERICA, N.A.<br>ATTN: ANDRE BATALLER<br>2000 CLAYTON RD<br>CONCORD CA 94520-2425 | CHECKING | 3833 | $225,691.29 |
| 3.4. | BANK OF AMERICA, N.A.<br>ATTN: ANDRE BATALLER<br>2000 CLAYTON RD<br>CONCORD CA 94520-2425 | CHECKING | 5975 | $86,779.09 |
| 3.5. | BANK OF AMERICA, N.A.<br>ATTN: ANDRE BATALLER<br>2000 CLAYTON RD<br>CONCORD CA 94520-2425 | CHECKING | 5985 | $0.00 |

Debtor  **Open Road Films, LLC**                                    Case number *(if known)* **18-12012**

**3.**        **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.6.[1] | BANK OF AMERICA, N.A.<br>ATTN: ANDRE BATALLER<br>2000 CLAYTON RD<br>CONCORD CA 94520-2425 | CHECKING | 6056 | $23,562.48 |
| 3.7.[1] | BANK OF AMERICA, N.A.<br>ATTN: ANDRE BATALLER<br>2000 CLAYTON RD<br>CONCORD CA 94520-2425 | CHECKING | 6710 | $105,570.08 |
| 3.8. | BANK OF AMERICA, N.A.<br>ATTN: ANDRE BATALLER<br>2000 CLAYTON RD<br>CONCORD CA 94520-2425 | CHECKING | 7030 | $3,093,791.85 |
| 3.9.[1] | BANK OF AMERICA, N.A.<br>ATTN: ANDRE BATALLER<br>2000 CLAYTON RD<br>CONCORD CA 94520-2425 | CHECKING | 9017 | $390,162.22 |
| 3.10. | BANK OF AMERICA, N.A.<br>ATTN: ANDRE BATALLER<br>2000 CLAYTON RD<br>CONCORD CA 94520-2425 | CHECKING | 9652 | $0.00 |
| 3.11. | BANK OF AMERICA, N.A.<br>ATTN: ANDRE BATALLER<br>2000 CLAYTON RD<br>CONCORD CA 94520-2425 | CHECKING | 9701 | $16,622.78 |
| 3.12. | BANK OF AMERICA, N.A.<br>ATTN: ANDRE BATALLER<br>2000 CLAYTON RD<br>CONCORD CA 94520-2425 | CHECKING | 7035 | $0.00 |
| 3.13. | CIT BANK, N.A.<br>ATTN: MEENOO SAMEER<br>11 WEST 42ND ST<br>NEW YORK NY 10036 | SAVINGS | 0445 | $0.00 |

[1]RESTRICTED CASH; REFER TO SOFA 21

**4.**        **Other cash equivalents** *(Identify all)*

| | Description | Name of institution | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|---|
| 4.1. | _____ | _____ | _____ | _____ | $_____ |

**5.**        **Total of part 1**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$4,085,652.20

| **Part 2:** | **Deposits and prepayments** |
|---|---|

**6.**        **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☑ Yes. Fill in the information below

Debtor  **Open Road Films, LLC**                                    Case number *(if known)* **18-12012**

**7.**    **Deposits, including security deposits and utility deposits**

| | Description, including name of holder of deposit | Current value of debtor's interest |
|---|---|---|
| 7.1. | SECURITY DEPOSIT | $79,995.00 |
| | WILSHIRE PACIFIC HOLDINGS, LLC<br>1875 CENTURY PARK EAST<br>SUITE 1750<br>LOS ANGELES CA 90067 | |

**8.**    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

| | Description, including name of holder of prepayment | Current value of debtor's interest |
|---|---|---|
| 8.1. | PREPAID SOFTWARE COSTS | $253.33 |
| | ARBELA TECHNOLOGIES CORP | |
| 8.2. | PREPAID SOFTWARE COSTS | $1,174.44 |
| | ARBELA TECHNOLOGIES CORP | |
| 8.3. | PREPAID BANK FEES | $102,430.56 |
| | BANK OF AMERICA NA | |
| 8.4. | PREPAID SOFTWARE COSTS | $951.36 |
| | BOX INC | |
| 8.5. | PREPAID SOFTWARE COSTS | $842.59 |
| | BOX OFFICE ANALYST LLC | |
| 8.6. | PREPAID SOFTWARE COSTS | $1,320.72 |
| | CDW | |
| 8.7. | PROFESSIONAL RETAINER | $63,921.50 |
| | DONLIN, RECANO & COMPANY, INC. | |
| 8.8. | PROFESSIONAL RETAINER | $94,867.37 |
| | FTI CONSULTING, INC. | |
| 8.9. | PREPAID STATE USE TAX | $1,249.99 |
| | ILLINOIS DEPT OF REVENUE | |
| 8.10. | PROFESSIONAL RETAINER | $253,047.92 |
| | KLEE, TUCHIN, BOGDANOFF & STERN, LLP | |
| 8.11. | PROFESSIONAL RETAINER | $3,000.00 |
| | MCCONNEL VALDES, LLC | |
| 8.12. | PREPAID SOFTWARE COSTS | $1,170.05 |
| | UNIVERSAL PROTECTION SECURITY SYSTEMS LP DBA ALLIED UNIVERSAL | |
| 8.13. | PREPAID INSURANCE | $157,302.48 |
| | VARIOUS | |
| 8.14. | PREPAID SOFTWARE COSTS | $577.50 |
| | VERITAS TECHNOLOGIES LLC | |
| 8.15. | PROFESSIONAL RETAINER | $77,206.50 |
| | YOUNG CONAWAY STARGATT & TAYLOR, LLP | |

**9.**    **Total of part 2**

Add lines 7 through 8. Copy the total to line 81.                          $839,311.31

Debtor    **Open Road Films, LLC**                                             Case number *(if known)* **18-12012**

| Part 3: | Accounts receivable |
| --- | --- |

**10.    Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☒ Yes. Fill in the information below.

**Current value of debtor's interest**

**11.     Accounts receivable**

| | | Face amount | Doubtful or uncollectible accounts | | | |
| --- | --- | --- | --- | --- | --- | --- |
| 11a. | 90 days old or less: | $33,071,560.67 | - $0.00 | = ........ → | | $33,071,560.67 |
| | | Face amount | Doubtful or uncollectible accounts | | | |
| 11b. | Over 90 days old: | $0.00 | - $0.00 | = ........ → | | $0.00 |

**12.    Total of part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

| |
| --- |
| $33,071,560.67 |

| Part 4: | Investments |
| --- | --- |

**13.    Does the debtor own any investments?**

☐ No. Go to Part 5.

☒ Yes. Fill in the information below.

| | | | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |

**14.    Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock

| | | | |
| --- | --- | --- | --- |
| 14.1. | _____ | _____ | $_____ |

**15.    Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

| | Name of entity | % of ownership | | |
| --- | --- | --- | --- | --- |
| 15.1. | BRIARCLIFF LLC 2049 CENTURY PARK EAST 4TH FLOOR LOS ANGELES CA 90067 | 100% | Undetermined | UNDETERMINED |
| 15.2. | GRE PUERTO RICO, LLC 2049 CENTURY PARK EAST 4TH FLOOR LOS ANGELES CA 90067 | 100% | Undetermined | UNDETERMINED |
| 15.3. | OPEN ROAD INTERNATIONAL LLC 2049 CENTURY PARK EAST 4TH FLOOR LOS ANGELES CA 90067 | 100% | Undetermined | UNDETERMINED |
| 15.4. | OR PRODUCTIONS LLC 2049 CENTURY PARK EAST 4TH FLOOR LOS ANGELES CA 90067 | 100% | Undetermined | UNDETERMINED |

Debtor    **Open Road Films, LLC**                                              Case number *(if known)* **18-12012**

**16.**    **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe

16.1. _____    _____    $_____

**17.**    **Total of part 4**

Add lines 14 through 16. Copy the total to line 83.

| UNDETERMINED |
| --- |

---

| Part 5: | Inventory, excluding agriculture assets |
| --- | --- |

**18.**    **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |

**19.**    **Raw materials**

| | | | | |
| --- | --- | --- | --- | --- |
| 19.1. _____ | _____ | $_____ | _____ | $_____ |

**20.**    **Work in progress**

| General description | Date of the last physical inventory | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| 20.1. DVD / BLU-RAY STOCK | JUNE 30, 2018 | UNKNOWN | UNKNOWN | UNKNOWN |

**21.**    **Finished goods, including goods held for resale**

| General description | Date of the last physical inventory | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| 21.1. DVD / BLU-RAY STOCK | JUNE 30, 2018 | $1,023,834.18 | COST LESS ALLOWANCE FOR OBSOLESCENCE | $1,023,834.18 |

**22.**    **Other inventory or supplies**

| | | | | |
| --- | --- | --- | --- | --- |
| 22.1. _____ | _____ | $_____ | _____ | $_____ |

**23.**    **Total of part 5**

Add lines 19 through 22. Copy the total to line 84.

| $1,023,834.18 |
| --- |

**24.**    **Is any of the property listed in Part 5 perishable?**

☑ No

☐ Yes

**25.**    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☑ Yes Book value: $0.00 Valuation method: UNKNOWN Current value: $0.00

**26.**    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor    **Open Road Films, LLC**                                      Case number *(if known)* **18-12012**

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27.    Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No. Go to Part 7.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28.    Crops—either planted or harvested** | | | |
| 28.1. _____ | $_____ | _____ | $_____ |
| **29.    Farm animals.**  Examples: Livestock, poultry, farm-raised fish | | | |
| 29.1. _____ | $_____ | _____ | $_____ |
| **30.    Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| 30.1. _____ | $_____ | _____ | $_____ |
| **31.    Farm and fishing supplies, chemicals, and feed** | | | |
| 31.1. _____ | $_____ | _____ | $_____ |
| **32.    Other farming and fishing-related property not already listed in Part 6** | | | |
| 32.1. _____ | $_____ | _____ | $_____ |

**33.    Total of part 6**

Add lines 28 through 32. Copy the total to line 85.                                   $0.00

**34.    Is the debtor a member of an agricultural cooperative?**

☐ No
☐ Yes. Is any of the debtor's property stored at the cooperative?
  ☐ No
  ☐ Yes

**35.    Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No
☐ Yes Book value: $_____   Valuation method: _____   Current value: $_____

**36.    Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No
☐ Yes

**37.    Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No
☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38.    Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
☒ Yes. Fill in the information below.

Debtor    **Open Road Films, LLC**                                                    Case number *(if known)* **18-12012**

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.** **Office furniture** | | | |
| 39.1.  OWNED OFFICE FURNITURE | $8,891.32 | Cost net of Accumulated Depreciation | $8,891.32 |
| **40.** **Office fixtures** | | | |
| 40.1. _____ | $_____ | _____ | $_____ |
| **41.** **Office equipment, including all computer equipment and communication systems equipment and software** | **Net book value of debtor's interest** | **Valuation method used for current value** | **Current value of debtor's interest** |
| 41.1.  AUDIO VIDEO EQUIPMENT | $1,991.72 | Cost net of Accumulated Depreciation | $1,991.72 |
| 41.2.  COMPUTER HARDWARE | $114,144.91 | Cost net of Accumulated Depreciation | $114,144.91 |
| 41.3.  COMPUTER SOFTWARE | $1,110.87 | Cost net of Accumulated Depreciation | $1,110.87 |
| 41.4.  NETWORK INFRASTRUCTURE | $16,932.31 | Cost net of Accumulated Depreciation | $16,932.31 |
| 41.5.  TELEPHONE SYSTEM | $199.04 | Cost net of Accumulated Depreciation | $199.04 |
| 41.6.  AX FINANCIAL SYSTEM SOFTWARE | $1,511.76 | Cost net of Accumulated Depreciation | $1,511.76 |
| 41.7.  SCREENING ROOM EQUIPMENT | $2,233.44 | Cost net of Accumulated Depreciation | $2,233.44 |

**42.** **Collectibles.** Examples: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

| | | | |
|---|---|---|---|
| 42.1. _____ | $_____ | _____ | $_____ |

**43.** **Total of part 7**

Add lines 39 through 42. Copy the total to line 86.

$147,015.37

**44.** **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No
☒ Yes

**45.** **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☒ No
☐ Yes

Debtor    **Open Road Films, LLC**                                                                    Case number *(if known)* **18-12012**

| Part 8: | Machinery, equipment, and vehicles |
|---------|-------------------------------------|

**46.** **Does the debtor own or lease any machinery, equipment, or vehicles?**

☒ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description | Net book value of | Valuation method | Current value of |
|---------------------|-------------------|------------------|------------------|
| Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | debtor's interest **(Where available)** *(Where available)* | used for current value | debtor's interest |

**47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

47.1.  _____    $_____    _____    $_____

**48.** **Watercraft, trailers, motors, and related accessories.** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

48.1.  _____    $_____    _____    $_____

**49.** **Aircraft and accessories**

49.1.  _____    $_____    _____    $_____

**50.** **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

50.1.  _____    $_____    _____    $_____

**51.** **Total of part 8**

Add lines 47 through 50. Copy the total to line 87.

$0.00

**52.** **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☐ Yes

**53.** **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 9: | Real property |
|---------|---------------|

**54.** **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☒ Yes. Fill in the information below.

| Description and location of property | Nature and extent of | Net book value of debtor's | Valuation method used for | Current value of debtor's interest |
|--------------------------------------|----------------------|----------------------------|---------------------------|------------------------------------|
| Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | debtor's interest in property | interest *(Where available)* | current value | |

**55.** **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| 55.1. | OFFICE BUILDING | LESSEE | UNDETERMINED | Undetermined | UNDETERMINED |
|-------|-----------------|--------|--------------|--------------|--------------|
| | (LOCATED AT) | | | | |
| | 2049 CENTURY PARK EAST<br>4TH FLOOR<br>LOS ANGELES CA 90067 | | | | |

**56.** **Total of part 9**

Add the current value on lines 55. Copy the total to line 88.

UNDETERMINED

Debtor    **Open Road Films, LLC**                                    Case number *(if known)* **18-12012**

**57.    Is a depreciation schedule available for any of the property listed in Part 9?**

☒ No

☐ Yes

**58.    Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☒ No

☐ Yes

| **Part 10:** | Intangibles and intellectual property |
|---|---|

**59.    Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.**   **Patents, copyrights, trademarks, and trade secrets** | | | |
| 60.1.   SEE GLOBAL NOTES | $_____ | _____ | $_____ |
| **61.**   **Internet domain names and websites** | Net book value of debtor's interest | Valuation method | Current value of debtor's interest |
| 61.1.[1]   VARIOUS DOMAIN NAMES | UNDETERMINED | Undetermined | UNDETERMINED |

[1]SEE ATTACHED EXHIBIT

| | | | |
|---|---|---|---|
| **62.**    **Licenses, franchises, and royalties** | | | |
| 62.1.   _____ | $_____ | _____ | $_____ |
| **63.**   **Customer lists, mailing lists, or other compilations** | | | |
| 63.1.   _____ | $_____ | _____ | $_____ |
| **64.**   **Other intangibles, or intellectual property** | | | |
| 64.1.   FILM COSTS | $26,645,064.77 | Book Value | UNDETERMINED |
| **65.**   **Goodwill** | | | |
| 65.1.   _____ | $_____ | _____ | $_____ |

**66.    Total of part 10**

Add lines 60 through 65. Copy the total to line 89.

> UNDETERMINED

**67.    Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☒ No

☐ Yes

**68.    Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☒ No

☐ Yes

Debtor    **Open Road Films, LLC**                                    Case number *(if known)* **18-12012**

**69.**  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☒ No

☐ Yes

---

**Part 11:** **All other assets**

**70.**  **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☒ No. Go to Part 12.

☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
| --- | --- |

**71.**  **Notes receivable**

| Description (include name of obligor) | Total face amount | Doubtful or uncollectible amount | | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| 71.1. _____ | $_____ - | $_____ | = ........ → | $_____ |
| _____ | | | | |

**72.**  **Tax refunds and unused net operating losses (NOLs)**

| Description (for example, federal, state, local) | Tax refund amount | NOL amount | Tax year | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| 72.1. _____ | $_____ | $_____ | _____ | $_____ |

**73.**  **Interests in insurance policies or annuities**

| Insurance company | Insurance policy No. | Annuity issuer name | Annuity account type | Annuity account No. | Current value of debtor's interest |
| --- | --- | --- | --- | --- | --- |
| 73.1. _____ | _____ | _____ | _____ | _____ | $_____ |

**74.**  **Causes of action against third parties (whether or not a lawsuit has been filed)**

| | Nature of claim | Amount requested | Current value of debtor's interest |
| --- | --- | --- | --- |
| 74.1. _____ | _____ | $_____ | $_____ |

**75.**  **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

| | Nature of claim | Amount requested | Current value of debtor's interest |
| --- | --- | --- | --- |
| 75.1. _____ | _____ | $_____ | $_____ |

**76.**  **Trusts, equitable or future interests in property**

| | Current value of debtor's interest |
| --- | --- |
| 76.1. _____ | $_____ |

**77.**  **Other property of any kind not already listed**

Examples: Season tickets, country club membership

| | Current value of debtor's interest |
| --- | --- |
| 77.1. _____ | $_____ |

**78.**  **Total of part 11**

Add lines 71 through 77. Copy the total to line 90.

| |
| --- |
| $0.00 |

Debtor    **Open Road Films, LLC**                                  Case number *(if known)* **18-12012**

**79.    Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☐ No

☐ Yes

Debtor    **Open Road Films, LLC**                                    Case number *(if known)* **18-12012**

---

| **Part 12:** | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $4,085,652.20 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $839,311.31 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $33,071,560.67 | |
| 83. **Investments.** *Copy line 17, Part 4.* | UNDETERMINED | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $1,023,834.18 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $147,015.37 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |

88. **Real property.** *Copy line 56, Part 9.* .................................................................... →   | UNDETERMINED |

89. **Intangibles and intellectual property.** *Copy line 66, Part 10.*   UNDETERMINED

90. **All other assets.** *Copy line 78, Part 11.*          **+**          $0.00

91. **Total.** Add lines 80 through 90 for each column. ..........91a.   | $39,167,373.73 | + 91b. | UNDETERMINED |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ....................................................................   | $39,167,373.73 |

---

**Fill in this information to identify the case:**

**Debtor name:** Open Road Films, LLC

**United States Bankruptcy Court for the:** District of Delaware

**Case number (if known):** 18-12012

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

1.  **Do any creditors have claims secured by debtor's property?**

    ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

    ☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2.  **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A **Amount of Claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
| --- | --- | --- |

| 2.1. | **Creditor's name and address** | **Describe debtor's property that is subject to a lien** | | |
| --- | --- | --- | --- | --- |
| | AMAZON CONTENT SERVICES LLC 1620 26H ST STE 4000N SANTA MONICA CA 90404 | _____ **Describe the lien** _____ | UNDETERMINED | UNDETERMINED |
| | **Creditor's email address, if known** _____ | **Is the creditor an insider or related party?** ☑ No ☐ Yes | | |
| | **Date debt was incurred:** Various **Last 4 digits of account number:** | **Is anyone else liable on this claim?** ☑ No ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H). | | |
| | **Do multiple creditors have an interest in the same property?** ☐ No ☐ Yes. Have you already specified the relative priority? ☐ No. Specify each creditor, including this creditor, and its relative priority. _____ _____ ☐ Yes. The relative priority of creditors is specified on lines: _____ | **As of the petition filing date, the claim is:** Check all that apply. ☑ Contingent ☑ Unliquidated ☑ Disputed | | |

Debtor   **Open Road Films, LLC**                              Case number *(if known)* **18-12012**

**2.2.** | **Creditor's name and address** | **Describe debtor's property that is subject to a lien**

AWESOMENESS DISTRIBUTION, LLC
11821 MISSISSIPPI AVE
LOS ANGELES CA 90025

UNDETERMINED  UNDETERMINED

**Creditor's email address, if known**

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred:** Various

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

☐ No
☐ Yes. Have you already specified the relative priority?

**As of the petition filing date, the claim is:**
Check all that apply.

☐ No. Specify each creditor, including this creditor, and its relative priority.
_____
_____

☑ Contingent
☑ Unliquidated
☑ Disputed

☐ Yes. The relative priority of creditors is specified on lines: _____

**2.3.** | **Creditor's name and address** | **Describe debtor's property that is subject to a lien**

BANK OF AMERICA, N.A.
ATTN: ANDRE BATALLER
2000 CLAYTON RD
CONCORD CA 94520-2425

$90,750,000.00  UNDETERMINED

**Creditor's email address, if known**

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred:** Various

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

☐ No
☑ Yes. Have you already specified the relative priority?

**As of the petition filing date, the claim is:**
Check all that apply.

☐ No. Specify each creditor, including this creditor, and its relative priority.
_____
_____

☐ Contingent
☐ Unliquidated
☐ Disputed

☐ Yes. The relative priority of creditors is specified on lines: _____

Debtor    **Open Road Films, LLC**                                                Case number *(if known)* **18-12012**

**2.4.**    **Creditor's name and address**

BELIEVE FILM PARTNERS, LLC
345 N MAPLE DR STE 105
BEVERLY HILLS CA 90210

**Creditor's email address, if known**

_____

**Date debt was incurred:** Various

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____

    _____

    ☐ Yes. The relative priority of creditors is specified on lines: _____

**Describe debtor's property that is subject to a lien**

_____    UNDETERMINED  UNDETERMINED

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☒ No

☐ Yes

**Is anyone else liable on this claim?**

☒ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☒ Contingent

☒ Unliquidated

☒ Disputed

**2.5.**    **Creditor's name and address**

DIRECTORS GUILD OF AMERICA
7920 SUNSET BLVD
LOS ANGELES CA 90046

**Creditor's email address, if known**

_____

**Date debt was incurred:** Various

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____

    _____

    ☐ Yes. The relative priority of creditors is specified on lines: _____

**Describe debtor's property that is subject to a lien**

_____    UNDETERMINED  UNDETERMINED

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☒ No

☐ Yes

**Is anyone else liable on this claim?**

☒ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☒ Contingent

☒ Unliquidated

☒ Disputed

Debtor   **Open Road Films, LLC**                                                    Case number *(if known)* **18-12012**

**2.6.** | **Creditor's name and address**

DOLPHIN MAX STEEL HOLDINGS, LLC
2151 ST LEJEUNE RD
STE 150
CORAL GABLES FL 33134

**Creditor's email address, if known**

_____

**Date debt was incurred:** Various

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____
    _____

    ☐ Yes. The relative priority of creditors is specified on lines: _____

**Describe debtor's property that is subject to a lien**

_____   UNDETERMINED  UNDETERMINED

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**2.7.** | **Creditor's name and address**

ENDGAME RELEASING COMPANY, LLC
9100 WILSHIRE BLVD
#100W
BEVERLY HILLS CA 90212

**Creditor's email address, if known**

_____

**Date debt was incurred:** Various

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____
    _____

    ☐ Yes. The relative priority of creditors is specified on lines: _____

**Describe debtor's property that is subject to a lien**

_____   UNDETERMINED  UNDETERMINED

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

Debtor    **Open Road Films, LLC**                                                        Case number *(if known)* **18-12012**

| 2.8. | **Creditor's name and address** | **Describe debtor's property that is subject to a lien** | |
|---|---|---|---|

IM GLOBAL FILM FUND, LLC
8201 BEVERLY BLVD
STE 500
BEVERLY HILLS CA 90048

_____   UNDETERMINED  UNDETERMINED

**Describe the lien**

**Creditor's email address, if known**

_____

_____

**Date debt was incurred:** Various

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☐ Yes. Have you already specified the relative priority?

   ☒ No. Specify each creditor, including this creditor, and its relative priority.

   _____

   _____

   ☐ Yes. The relative priority of creditors is specified on lines: _____

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☐ No

☒ Yes

**Is anyone else liable on this claim?**

☒ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☒ Contingent

☒ Unliquidated

☒ Disputed

| 2.9. | **Creditor's name and address** | **Describe debtor's property that is subject to a lien** | |
|---|---|---|---|

LD ENTERTAINMENT, LLC
14301 CALIBER DR STE 300
OKLAHOMA CITY OK 73134

_____   UNDETERMINED  UNDETERMINED

**Describe the lien**

**Creditor's email address, if known**

_____

_____

**Date debt was incurred:** Various

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____

   _____

   ☐ Yes. The relative priority of creditors is specified on lines: _____

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☒ No

☐ Yes

**Is anyone else liable on this claim?**

☒ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☒ Contingent

☒ Unliquidated

☒ Disputed

Debtor    **Open Road Films, LLC**                                                                    Case number *(if known)* **18-12012**

| | |
|---|---|
| **2.10.**    **Creditor's name and address** | **Describe debtor's property that is subject to a lien** |

REDROVER CO., LTD.
12F13F 20 PANGYOYEOKRO 146BEONGIL
BUNDANG-GU
SEONGNAM-SI, GYEONGGI-DO 13529
SOUTH KOREA

_____   UNDETERMINED   UNDETERMINED

**Describe the lien**

**Creditor's email address, if known**

_____

_____

**Date debt was incurred:** Various

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____

   _____

   ☐ Yes. The relative priority of creditors is specified on lines: _____

**Is the creditor an insider or related party?**

☒ No

☐ Yes

**Is anyone else liable on this claim?**

☒ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☒ Contingent

☒ Unliquidated

☒ Disputed

---

| | |
|---|---|
| **2.11.**    **Creditor's name and address** | **Describe debtor's property that is subject to a lien** |

RIVERSTONE PICTURES (SLEEPLESS NIGHT) LIMITED
72 WELLS ST
LONDON W1T 3QF
UNITED KINGDOM

_____   UNDETERMINED   UNDETERMINED

**Describe the lien**

**Creditor's email address, if known**

_____

_____

**Date debt was incurred:** Various

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____

   _____

   ☐ Yes. The relative priority of creditors is specified on lines: _____

**Is the creditor an insider or related party?**

☒ No

☐ Yes

**Is anyone else liable on this claim?**

☒ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☒ Contingent

☒ Unliquidated

☒ Disputed

---

Debtor    **Open Road Films, LLC**                                                      Case number *(if known)* **18-12012**

**2.12.**    **Creditor's name and address**

SCREEN ACTORS GUILD
5757 WILSHIRE BLVD 7TH FL
LOS ANGELES CA 90036

**Creditor's email address, if known**

_____

**Date debt was incurred:** Various

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____
    _____

    ☐ Yes. The relative priority of creditors is specified on lines: _____

**Describe debtor's property that is subject to a lien**

_____    UNDETERMINED  UNDETERMINED

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent

☑ Unliquidated

☑ Disputed

**2.13.**    **Creditor's name and address**

SPOTLIGHT FILM, LLC
331 FOOTHILL RD 3RD FL
BEVERLY HILLS CA 90210

**Creditor's email address, if known**

_____

**Date debt was incurred:** Various

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____
    _____

    ☐ Yes. The relative priority of creditors is specified on lines: _____

**Describe debtor's property that is subject to a lien**

_____    UNDETERMINED  UNDETERMINED

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent

☑ Unliquidated

☑ Disputed

Debtor **Open Road Films, LLC**                                                Case number *(if known)* **18-12012**

| | |
|---|---|
| **2.14.** **Creditor's name and address** | **Describe debtor's property that is subject to a lien** |

UNIVERSAL STUDIOS HOME
ENTERTAINMENT LLC
10 UNIVERSAL CITY PLAZA
33RD FLOOR
UNIVERSAL CITY CA 91608

_____   UNDETERMINED  UNDETERMINED

**Creditor's email address, if known**

**Describe the lien**

_____

_____

**Date debt was incurred:** Various

**Is the creditor an insider or related party?**

☒ No

**Last 4 digits of account number:**

☐ Yes

**Do multiple creditors have an interest in the same property?**

**Is anyone else liable on this claim?**

☒ No

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

☐ Yes. Have you already specified the relative priority?

**As of the petition filing date, the claim is:** Check all that apply.

☐ No. Specify each creditor, including this creditor, and its relative priority.

☒ Contingent

_____

☒ Unliquidated

_____

☒ Disputed

☐ Yes. The relative priority of creditors is specified on lines: _____

---

| | |
|---|---|
| **2.15.** **Creditor's name and address** | **Describe debtor's property that is subject to a lien** |

WRITERS GUILD OF AMERICA
7000 WEST 3RD ST
LOS ANGELES CA 90048

_____   UNDETERMINED  UNDETERMINED

**Creditor's email address, if known**

**Describe the lien**

_____

_____

**Date debt was incurred:** Various

**Is the creditor an insider or related party?**

☒ No

**Last 4 digits of account number:**

☐ Yes

**Do multiple creditors have an interest in the same property?**

**Is anyone else liable on this claim?**

☒ No

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

☐ Yes. Have you already specified the relative priority?

**As of the petition filing date, the claim is:** Check all that apply.

☐ No. Specify each creditor, including this creditor, and its relative priority.

☒ Contingent

_____

☒ Unliquidated

_____

☒ Disputed

☐ Yes. The relative priority of creditors is specified on lines: _____

---

**3.** **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**          **$90,750,000.00**

---

**Part 2:**  **List Others to Be Notified for a Debt Already Listed in Part 1**

Debtor    **Open Road Films, LLC**                                    Case number *(if known)* **18-12012**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| | Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|---|
| 3.1. | ASHBY & GEDDES, P.A.<br>WILLIAM P BOWDEN, ESQ<br>500 DELAWARE AVE<br>8TH FLOOR<br>WILMINGTON DE 19801-1150 | Line 2.3 | _____ |
| 3.2. | BUSH GOTTLIEB, A LAW CORPORATION<br>JOSEPH KOHANSKI;DAVID AHDOOT;KIRK PRESTEGARD, KIEL IRELAND<br>801 NORTH BRAND BLVD STE 950<br>GLENDALE CA 91203 | Line 2.5 | _____ |
| 3.3. | BUSH GOTTLIEB, A LAW CORPORATION<br>JOSEPH KOHANSKI;DAVID AHDOOT;KIRK PRESTEGARD, KIEL IRELAND<br>801 NORTH BRAND BLVD STE 950<br>GLENDALE CA 91203 | Line 2.12 | _____ |
| 3.4. | BUSH GOTTLIEB, A LAW CORPORATION<br>JOSEPH KOHANSKI;DAVID AHDOOT;KIRK PRESTEGARD, KIEL IRELAND<br>801 NORTH BRAND BLVD STE 950<br>GLENDALE CA 91203 | Line 2.15 | _____ |
| 3.5. | HILLER LAW, LLC<br>ADAM HILLER<br>1500 NORTH FRENCH STREET<br>2ND FLOOR<br>WILMINGTON DE 19801 | Line 2.10 | _____ |
| 3.6. | LAW OFFICE OF SUSAN E KAUFMAN LLC<br>SUSAN E KAUFMAN, ESQ<br>919 N MARKET ST STE 460<br>WILMINGTON DE 19801 | Line 2.5 | _____ |
| 3.7. | LAW OFFICE OF SUSAN E KAUFMAN LLC<br>SUSAN E KAUFMAN, ESQ<br>919 N MARKET ST STE 460<br>WILMINGTON DE 19801 | Line 2.12 | _____ |
| 3.8. | LAW OFFICE OF SUSAN E KAUFMAN LLC<br>SUSAN E KAUFMAN, ESQ<br>919 N MARKET ST STE 460<br>WILMINGTON DE 19801 | Line 2.15 | _____ |
| 3.9. | PAUL HASTINGS LLP<br>SUSAN WILLIAMS<br>1999 AVENUE OF THE STARS<br>27TH FLOOR<br>LOS ANGELES CA 90067 | Line 2.3 | _____ |
| 3.10. | PAUL HASTINGS LLP<br>ANDREW V. TENZER<br>200 PARK AVENUE<br>NEW YORK NY 10166 | Line 2.3 | _____ |
| 3.11. | REED SMITH LLP<br>MARSHA A HOUSTON;CHRISTOPHER O RIVAS<br>355 SOUTH GRAND AVE STE 2900<br>LOS ANGELES CA 90071-1514 | Line 2.14 | _____ |

Debtor   **Open Road Films, LLC**                                        Case number *(if known)* **18-12012**

| | | | |
|---|---|---|---|
| 3.12. | VENABLE LLP<br>KEITH C OWENS<br>2049 CENTURY PARK EAST STE 2300<br>SUITE 2300<br>LOS ANGELES CA 90067 | Line 2.7 | _____ |
| 3.13. | VENABLE LLP<br>JAMIE L EDMONSON;DANIEL A O'BRIEN<br>1201 N MARKET ST STE 1400<br>WILMINGTON DE 19801 | Line 2.7 | _____ |

**Fill in this information to identify the case:**

**Debtor name:** Open Road Films, LLC

**United States Bankruptcy Court for the:** District of Delaware

**Case number (if known):** 18-12012

☐ Check if this is an
amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G) .Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.    **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☑ No. Go to Part 2.

☐ Yes. Go to line 2.

2.    **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

2.1.    **Priority creditor's name and mailing address**

_____
_____
_____
_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:** __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)
(_____)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $_____ | $_____ |

| | Nonpriority amount |
|---|---|
| | $_____ |

Debtor    **Open Road Films, LLC**                                      Case number *(if known)* **18-12012**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**3.**  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

---

**3.1.**  **Nonpriority creditor's name and mailing address**

21ST CENTURY FOX
10201 W. PICO BLVD.
LOS ANGELES CA 90067

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

| **Amount of claim** |
|---|
| $1,251,149.10 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.2.**  **Nonpriority creditor's name and mailing address**

42 WEST LLC
600 THIRD AVE 23RD FLR
NEW YORK NY 10016

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

| **Amount of claim** |
|---|
| $63,501.91 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.3.**  **Nonpriority creditor's name and mailing address**

5 ALARM MUSIC
3500 W OLIVE AVE STE 810
BURBANK CA 91505

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Amount of claim** |
|---|
| $4,500.00 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

Debtor    **Open Road Films, LLC**

Case number *(if known)* **18-12012**

| | | |
|---|---|---|
| 3.4. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

999 HOLDINGS, LLC
9378 WILSHIRE BLVD STE 210
BEVERLY HILLS CA 90212

☑ Contingent
☑ Unliquidated
☐ Disputed

**Amount of claim**

$36,750.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

PARTICIPATIONS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| | | |
|---|---|---|
| 3.5. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

A&E NETWORKS
2049 CENTURY PARK EAST
#1000
LOS ANGELES CA 90067

☐ Contingent
☐ Unliquidated
☑ Disputed

**Amount of claim**

$340,000.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| | | |
|---|---|---|
| 3.6. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

AARON WERTHEIMER
9001 EAST PRAIRIE RD
EVANSTON IL 60203

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$400.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

Debtor   **Open Road Films, LLC**                                                Case number *(if known)* **18-12012**

**3.7.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

ADP SCREENING & SELECTION SERVICES
PO BOX 645177
CINC.INNATI OH 45264-5177

☐ Contingent
☐ Unliquidated
☑ Disputed

$29.16

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                    TRADE CLAIM

**Last 4 digits of account number:**        **Is the claim subject to offset?**

☐ No
☐ Yes

**3.8.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

ADR SERVICES, INC.
1900 AVENUE OF THE STARS STE 200
LOS ANGELES CA 90067

☐ Contingent
☐ Unliquidated
☑ Disputed

$2,250.00

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                    TRADE CLAIM

**Last 4 digits of account number:**        **Is the claim subject to offset?**

☐ No
☐ Yes

**3.9.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

ADSTREAM NORTH AMERICA INC
PO BOX 74008348
CHICAGO IL 60674-8348

☑ Contingent
☐ Unliquidated
☐ Disputed

$74,466.00

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                    TRADE CLAIM

**Last 4 digits of account number:**        **Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    **Open Road Films, LLC**                                                    Case number *(if known)* **18-12012**

| 3.10. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ADWEEK, LLC
825 8TH AVE
29TH FL
NEW YORK NY 10019

☐ Contingent
☐ Unliquidated
☒ Disputed

$23,000.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| 3.11. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ALAMO DRAFTHOUSE CINEMA LITTLETON
612A E 6TH STREET
AUSTIN TX 78701

☐ Contingent
☐ Unliquidated
☒ Disputed

$62,300.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| 3.12. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ALEXA PLATT
682 MUSKINGUM AVE
PACIFIC PALISADES CA 90272

☐ Contingent
☐ Unliquidated
☐ Disputed

$85.35

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor   **Open Road Films, LLC**                                    Case number *(if known)* **18-12012**

| 3.13. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

ALEXIS JAMES THOMAKOS
545 THROOP AVE
APT 4
BROOKLYN NY 11216

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$22,780.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

3.14.   **Nonpriority creditor's name and mailing address**

ALIBI MUSIC LP
731 W BROAD ST
BETHLEHEM PA 18018

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,000.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

3.15.   **Nonpriority creditor's name and mailing address**

ALLIANCE OF CANADIAN CINEMA, TELEVISION
AND RADIO ARTISTS
300 - 380 WEST 2ND AVE
VANCOUVER BC V5Y 1C8
CANADA

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Amount of claim**

$1,390.68

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

GUILD RESIDUALS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

Debtor    **Open Road Films, LLC**                                    Case number *(if known)* **18-12012**

| 3.16. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is:<br>*Check all that apply.* | Amount of claim |
|---|---|---|---|

3.16.  **Nonpriority creditor's name and mailing address**

ALLIED INTEGRATED MARKETING
6908 HOLLYWOOD BLVD.
HOLLYWOOD CA 90028

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$708,189.64

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

3.17.  **Nonpriority creditor's name and mailing address**

ALLYSON SPIEGELMAN MANAGEMENT
6253 HOLLYWOOD BLVD #1203
LOS ANGELES CA 90028

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Amount of claim**

$400.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

3.18.  **Nonpriority creditor's name and mailing address**

AMAZON
1620 26TH STREET
NORTH BUILDING
SANTA MONICA CA 90404

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Amount of claim**

$549,000.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**                Page 7 of 125

Debtor   **Open Road Films, LLC**                                   Case number *(if known)* **18-12012**

| 3.19. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

AMC THEATRES
11500 ASH STREET
LEAWOOD KS 66211

☒ Contingent
☐ Unliquidated
☒ Disputed

$694,843.78

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

| 3.20. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

AMCN
2425 OLYMPIC BLVD.
SANTA MONICA CA 90404

☐ Contingent
☐ Unliquidated
☒ Disputed

$989,750.25

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

| 3.21. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

AMERICAN FEDERATION OF MUSICIANS
817 VINE ST
HOLLYWOOD CA 90038

☒ Contingent
☒ Unliquidated
☐ Disputed

$848.57

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

GUILD RESIDUALS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor   **Open Road Films, LLC**                                          Case number *(if known)* **18-12012**

| 3.22. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.22.   **Nonpriority creditor's name and mailing address**

AMERICAN FEDERATION OF MUSICIANS
817 VINE ST
HOLLYWOOD CA 90038

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Amount of claim**

$848.57

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

GUILD RESIDUALS

**Is the claim subject to offset?**

☐ No
☐ Yes

---

3.23.   **Nonpriority creditor's name and mailing address**

ANDREW THOMAS PR INC
8581 SANTA MONICA BLVD #583
WEST HOLLYWOOD CA 90069

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$15,000.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE CLAIM

**Is the claim subject to offset?**

☐ No
☐ Yes

---

3.24.   **Nonpriority creditor's name and mailing address**

ANDREWS INTERNATIONAL LLC
200 MANSELL CT STE 500
ROSWELL GA 30076

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

**Amount of claim**

$3,985.50

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE CLAIM

**Is the claim subject to offset?**

☐ No
☐ Yes

---

Debtor   **Open Road Films, LLC**                                Case number *(if known)* **18-12012**

| | | | |
|---|---|---|---|
| 3.25. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
| | ANGELIKA SCHUBERT DBA CELESTINE<br>7250 MELROSE AVE STE 6<br>LOS ANGELES CA 90046 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $6,150.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | VARIOUS | TRADE CLAIM | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☐ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 3.26. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
| | ARBELA TECHNOLOGIES CORP<br>7700 IRVINE CTR DR STE 950<br>IRVINE CA 92618 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $5,735.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | VARIOUS | TRADE CLAIM | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☐ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 3.27. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
| | ART DEPARTMENT LA, INC.<br>2900 COLORADO AVE<br>SANTA MONICA CA 90404 | ☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | $1,200.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | VARIOUS | TRADE CLAIM | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☐ No<br>☐ Yes | |

Debtor   **Open Road Films, LLC**                                        Case number *(if known)* **18-12012**

| 3.28. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ATLAS CINEMAS GREAT LAKES
22624 LAKESHORE BLVD
EUCLID OH 44123

$1,700.00

☒ Contingent
☐ Unliquidated
☒ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                      TRADE CLAIM

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☐ No
☐ Yes

| 3.29. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

AUDIO BREWERY LLC
407 11TH ST
HERMOSA BEACH CA 90254

$1,200.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                      TRADE CLAIM

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☐ No
☐ Yes

| 3.30. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

AUDIO MACHINE
15760 VENTURA BLVD
STE 1020
ENCINO CA 91436

$1,500.00

☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                      TRADE CLAIM

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☐ No
☐ Yes

Debtor   **Open Road Films, LLC**                                    Case number *(if known)* **18-12012**

| 3.31. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

AVALON TRANSPORTATION LLC
1000 CORPORATE POINTE 150
CULVER CITY CA 90230

☐ Contingent
☐ Unliquidated
☐ Disputed

$14,468.91

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| 3.32. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

AWESOMENESS DISTRIBUTION, LLC
11821 MISSISSIPPI AVE
LOS ANGELES CA 90025

☑ Contingent
☑ Unliquidated
☐ Disputed

$148,148.13

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

PARTICIPATIONS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| 3.33. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

BANK LEUMI, USA
C/O QUINN EMANUEL URQUHART
865 S. FIGUEROA STREET
10TH FLOOR
LOS ANGELES CA 90017

☑ Contingent
☑ Unliquidated
☑ Disputed

$10,809,609.00

**Date or dates debt was incurred**

UNKNOWN

**Basis for the claim:**

PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **Open Road Films, LLC**                                                    Case number *(if known)* **18-12012**

| 3.34. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.34.   **Nonpriority creditor's name and mailing address**

BANK ROBBER MUSIC, LLC
40 EXCHANGE PL
STE 1900
NEW YORK NY 10005

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Amount of claim**

$55,000.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

3.35.   **Nonpriority creditor's name and mailing address**

BBG HOME AGAIN, LLC
9255 SUNSET BLVD
SUITE 310
LOS ANGELES CA 90069

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Amount of claim**

$1,837,530.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

PARTICIPATIONS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

3.36.   **Nonpriority creditor's name and mailing address**

BDG MEDIA INC.
559 DRIGGS AVENUE
SUITE 2
BROOKLYN NY 11211

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Amount of claim**

$97,411.83

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor   **Open Road Films, LLC**                                                    Case number *(if known)* **18-12012**

| 3.37. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

BELIEVE FILM PARTNERS, LLC
345 N MAPLE DR STE 105
BEVERLY HILLS CA 90210

☑ Contingent
☑ Unliquidated
☐ Disputed

$173,641.12

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

PARTICIPATIONS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| 3.38. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

BELLA THORNE
5044 FULTON AVE
SHERMAN OAKS CA 91423

☐ Contingent
☐ Unliquidated
☑ Disputed

$496.04

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| 3.39. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

BIG PICTURE ENTERTAINMENT
3524 HAYDEN AVE
CULVER CITY CA 90232

☐ Contingent
☐ Unliquidated
☐ Disputed

$71,962.50

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

Debtor   **Open Road Films, LLC**                                    Case number *(if known)* **18-12012**

| | | | |
|---|---|---|---|

**3.40.**   **Nonpriority creditor's name and mailing address**

BIG VISUAL GROUP
5764 CROSSINGS BLVD
NASHVILLE TN 37013

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

TRADE CLAIM

**Is the claim subject to offset?**

☐ No
☐ Yes

**Amount of claim**

$2,914.42

---

**3.41.**   **Nonpriority creditor's name and mailing address**

BLACKED OUT FICTION FSO SHAFER &
VICKNAIR
1875 CENTURY PK EAST
STE 260
LOS ANGELES CA 90067

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

TRADE CLAIM

**Is the claim subject to offset?**

☐ No
☐ Yes

**Amount of claim**

$100,000.00

---

**3.42.**   **Nonpriority creditor's name and mailing address**

BLT COMMUNICATIONS
6430 SUNSET BLVD 8TH FL
LOS ANGELES CA 90028

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

TRADE CLAIM

**Is the claim subject to offset?**

☐ No
☐ Yes

**Amount of claim**

$334,726.38

---

Debtor    **Open Road Films, LLC**                                                    Case number *(if known)* **18-12012**

3.43.   **Nonpriority creditor's name and mailing address**

BMG PRODUCTION MUSIC, INC.
6100 WILSHIRE BLVD STE 1600
LOS ANGELES CA 90048

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☒ Disputed

**Basis for the claim:**

TRADE CLAIM

**Is the claim subject to offset?**

☐ No

☐ Yes

**Amount of claim**

$19,998.00

---

3.44.   **Nonpriority creditor's name and mailing address**

BMG RIGHTS MANAGEMENT LLC
6100 WILSHIRE BLVD STE 1600
LOS ANGELES CA 90048

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE CLAIM

**Is the claim subject to offset?**

☐ No

☐ Yes

**Amount of claim**

$37,500.00

---

3.45.   **Nonpriority creditor's name and mailing address**

BOND CREATIVE LLC
1157 N HIGHLAND AVE
LOS ANGELES CA 90038

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☒ Disputed

**Basis for the claim:**

TRADE CLAIM

**Is the claim subject to offset?**

☐ No

☐ Yes

**Amount of claim**

$109,609.44

Debtor   **Open Road Films, LLC**                                    Case number *(if known)* **18-12012**

| 3.46. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.46.  **Nonpriority creditor's name and mailing address**

BOUTIQUE PUBLICITY INC
16000 VENTURA BLVD STE 1102
ENCINO CA 91436

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Amount of claim**

$15,806.45

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE CLAIM

**Is the claim subject to offset?**

☐ No
☐ Yes

---

3.47.  **Nonpriority creditor's name and mailing address**

BOX OFFICE ANALYST, LLC
801 W 47TH ST STE 400
KANSAS CITY MO 64112

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Amount of claim**

$1,300.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE CLAIM

**Is the claim subject to offset?**

☐ No
☐ Yes

---

3.48.  **Nonpriority creditor's name and mailing address**

BRAINERD ENTERTAINMENT LLC
900 EAST 80TH ST
BLOOMINGTON MN 55420

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☒ Disputed

**Amount of claim**

$500.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE CLAIM

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor   **Open Road Films, LLC**                                   Case number *(if known)* **18-12012**

| 3.49. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

BRANCHED CHAIN INC.
340 MADISON AVE 19TH FL
NEW YORK NY 10173

☐ Contingent
☐ Unliquidated
☐ Disputed

$5,459.50

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| 3.50. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

BRIGADE MARKETING LLC
116 W 23RD ST STE 500
NEW YORK NY 10011

☐ Contingent
☐ Unliquidated
☑ Disputed

$116,625.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| 3.51. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

BRITISH BULLDOG, LLC
630 SOUTH PARISH PL
BURBANK CA 91506

☐ Contingent
☐ Unliquidated
☑ Disputed

$2,000.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    **Open Road Films, LLC**                                                    Case number *(if known)* **18-12012**

| 3.52. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.52.  **Nonpriority creditor's name and mailing address**

BROOKE FORD
2049 CENTURY PARK E 4TH FL
LOS ANGELES CA 90067

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$30.01

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

3.53.  **Nonpriority creditor's name and mailing address**

BUDDHA JONES
1741 IVAR AVE
LOS ANGELES CA 90028

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$93,875.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

3.54.  **Nonpriority creditor's name and mailing address**

CAPTIONS, INC.
640 SOUTH GLENWOOD PL
BURBANK CA 91506

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$227.50

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    **Open Road Films, LLC**                                                    Case number *(if known)* **18-12012**

| 3.55. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.55.    **Nonpriority creditor's name and mailing address**

CARDINAL COMMUNICATIONS USA, INC.
295 MADISON AVE
33RD FL
NEW YORK NY 10017

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Amount of claim**

$3,100.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

3.56.    **Nonpriority creditor's name and mailing address**

CAREER GROUP, INC.
PO BOX 203654
DALLAS TX 75320-3654

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Amount of claim**

$13,788.19

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

3.57.    **Nonpriority creditor's name and mailing address**

CBS
C/O MULLENLOWE
99 WASHINGTON STREET
SOUTH NORWALK CT 06854-3818

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Amount of claim**

$16,179.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    **Open Road Films, LLC**                                  Case number *(if known)* **18-12012**

---

**3.58.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

CDW LLC
PO BOX 75723
CHICAGO IL 60675

☐ Contingent
☐ Unliquidated
☐ Disputed

$6,890.33

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.59.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

CELEBRITY FOOTAGE
320 SOUTH ALMONT DR
BEVERLY HILLS CA 90211

☐ Contingent
☐ Unliquidated
☑ Disputed

$3,950.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.60.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

CENTRE CINEMAS, LLC
3070 LAKECREST CIR 400269
LEXINGTON KY 40513

☐ Contingent
☐ Unliquidated
☑ Disputed

$67.40

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

Debtor   **Open Road Films, LLC**                                          Case number *(if known)* **18-12012**

**3.61.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

CHARLES CHRISTOPHER INC.
16027 VENTURA BLVD
STE 301
ENCINO CA 91436

☐ Contingent
☐ Unliquidated
☒ Disputed

$3,276.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE CLAIM

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.62.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

CHARLES FIORELLO DBA KABUKIMAGIC
466 WASHINGTON AVE EXT
SAUGERTIES NY 12477

☐ Contingent
☐ Unliquidated
☒ Disputed

$1,300.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE CLAIM

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.63.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

CHEETAH MEDIALINK
91 AVENUE LEDRU ROLLIN
PARIS 75011
FRANCE

☐ Contingent
☐ Unliquidated
☒ Disputed

$139,869.38

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE CLAIM

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    **Open Road Films, LLC**                                         Case number *(if known)* **18-12012**

| 3.64. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.64.   **Nonpriority creditor's name and mailing address**

CHINESE THEATRES LLC
6925 HOLLYWOOD BLVD
LOS ANGELES CA 90028

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Amount of claim**

$3,500.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

3.65.   **Nonpriority creditor's name and mailing address**

CHRISTIE DIGITAL SYSTEMS USA, INC.
10550 CAMDEN DR
CYPRESS CA 90630

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$62,460.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

3.66.   **Nonpriority creditor's name and mailing address**

CINEDIGM DIGITAL FUNDING PHASE 1, LLC
PO BOX 100346
PASADENA CA 91189

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$450,575.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor   **Open Road Films, LLC**                                                    Case number *(if known)* **18-12012**

| 3.67. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CINEDIGM PHASE 2 DIGITAL CINEMA CORP.
PO BOX 950003760
PHILADE L.P.HIA PA 19195

☑ Contingent

☐ Unliquidated

☐ Disputed

$859,747.50

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No

☐ Yes

| 3.68. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CINEMARK USA
3900 DALLAS PKWY STE 500
PLANO TX 75093

☑ Contingent

☐ Unliquidated

☑ Disputed

$55,537.50

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No

☐ Yes

| 3.69. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CINEMASCORE
8812 RAINBOW RIDGE DR
LAS VEGAS NV 89117

☐ Contingent

☐ Unliquidated

☑ Disputed

$12,500.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor    **Open Road Films, LLC**                                    Case number *(if known)* **18-12012**

| 3.70. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.70.

**Nonpriority creditor's name and mailing address**

CINEVIZION, LLC
5300 MELROSE AVE STE B210
LOS ANGELES CA 90038

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☒ Disputed

**Amount of claim**

$198,725.25

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

3.71.

**Nonpriority creditor's name and mailing address**

CITIZEN.NET
6300 WILSHIRE BLVD
LOS ANGELES CA 90048

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Amount of claim**

$48,030.64

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

3.72.

**Nonpriority creditor's name and mailing address**

CLOUTIER REMIX
8952 ELLIS AVE
LOS ANGELES CA 90034

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$2,700.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

Debtor   **Open Road Films, LLC**                                          Case number *(if known)* **18-12012**

3.73.   **Nonpriority creditor's name and mailing address**

COCA COLA REFRESHMENTS
PO BOX 740214
LOS ANGELES CA 90074

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE CLAIM

**Is the claim subject to offset?**

☐ No

☐ Yes

| Amount of claim |
| --- |
| $160.04 |

3.74.   **Nonpriority creditor's name and mailing address**

COMPUMARK
PO BOX 71892
CHICAGO IL 60694

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE CLAIM

**Is the claim subject to offset?**

☐ No

☐ Yes

| Amount of claim |
| --- |
| $1,250.00 |

3.75.   **Nonpriority creditor's name and mailing address**

COZY TOURING, INC.
109 WESTPARK DR
STE 400
BRENTWOOD TN 37027

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☑ Disputed

**Basis for the claim:**

TRADE CLAIM

**Is the claim subject to offset?**

☐ No

☐ Yes

| Amount of claim |
| --- |
| $4,320.00 |

Debtor   **Open Road Films, LLC**                                                          Case number *(if known)* **18-12012**

| 3.76. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.76.

**Nonpriority creditor's name and mailing address**

CRASHER TUNES
817 N ALFRED ST
UNIT 205
WEST HOLLYWOOD CA 90069

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE CLAIM

**Is the claim subject to offset?**

☐ No
☐ Yes

**Amount of claim**

$750.00

---

3.77.

**Nonpriority creditor's name and mailing address**

CREATIVE IMPACT AGENCY
16000 VENTURA BLVD STE 750
ENCINO CA 91436

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

TRADE CLAIM

**Is the claim subject to offset?**

☐ No
☐ Yes

**Amount of claim**

$2,400.00

---

3.78.

**Nonpriority creditor's name and mailing address**

CREATIVE SOUNDSCAPES, INC.
1930 N MAIN ST
LOS ANGELES CA 90031

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE CLAIM

**Is the claim subject to offset?**

☐ No
☐ Yes

**Amount of claim**

$800.00

---

Debtor    **Open Road Films, LLC**

Case number *(if known)* **18-12012**

| 3.79. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CREATIVE VISION GRAPHICS, INC.
11519 LA MAIDA ST
VALLEY VILLAGE CA 91601

☐ Contingent
☐ Unliquidated
☑ Disputed

$1,743.88

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE CLAIM

**Is the claim subject to offset?**

☐ No
☐ Yes

| 3.80. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CROSBY CARTER MANAGEMENT LLC
16130 VENTURA BLVD STE 320
ENCINO CA 91436

☑ Contingent
☐ Unliquidated
☐ Disputed

$2,400.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE CLAIM

**Is the claim subject to offset?**

☐ No
☐ Yes

| 3.81. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CT CORPORATION
PO BOX 4349
CAROL STREAM IL 60197-4349

☐ Contingent
☐ Unliquidated
☐ Disputed

$899.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE CLAIM

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    **Open Road Films, LLC**                                                    Case number *(if known)* **18-12012**

| | | |
|---|---|---|
| 3.82. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

CW
1325 AVENUE OF THE AMERICAS
NEW YORK NY 10019

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Amount of claim**

$465,887.96

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

3.83.    **Nonpriority creditor's name and mailing address**

DAN KLUSMAN DBA SHOWTIME
638 FERGUSON RD
STE 3
BOZEMAN MT 59718-6405

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$200.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

3.84.    **Nonpriority creditor's name and mailing address**

DAVID FRIEDMAN
14431 VENTURA BLVD 144
SHERMAN OAKS CA 91423

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

**Amount of claim**

$36,000.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

Debtor    **Open Road Films, LLC**                                                    Case number *(if known)* **18-12012**

| | | |
|---|---|---|
| 3.85. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

DAVID LUONG
1717 EAST BADILLO ST
COVINA CA 91724

*Check all that apply.*

☒ Contingent
☐ Unliquidated
☒ Disputed

**Amount of claim**

$2,400.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

3.86.    **Nonpriority creditor's name and mailing address**

DE LAGE LANDEN
PO BOX 41602
PHILADE L.P.HIA PA 19101-1602

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$9,131.79

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

3.87.    **Nonpriority creditor's name and mailing address**

DEA PRODUCTIONS, LLC
11601 WILSHIRE BLVD STE 1900
LOS ANGELES CA 90025

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Amount of claim**

$14,312.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

PARTICIPATIONS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor   **Open Road Films, LLC**                                                           Case number *(if known)* **18-12012**

---

| 3.88. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | DELANCEY STREET FOUNDATION<br>600 EMBARCADERO<br>SAN FRANCISCO CA 94107 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $542.50 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE CLAIM | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |

| 3.89. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | DELUXE DIGITAL CINEMA, INC.<br>2130 N HOLLYWOOD WAY<br>BURBANK CA 91505 | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | $43,184.50 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE CLAIM | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |

| 3.90. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | DELUXE MEDIA CREATIVE SERVICES INC.<br>2130 N HOLLYWOOD WAY<br>BURBANK CA 91505 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $13,000.00 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE CLAIM | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |

Debtor   **Open Road Films, LLC**                                    Case number *(if known)* **18-12012**

| 3.91. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

DELUXE MEDIAVU
2130 N HOLLYWOOD WAY
BURBANK CA 91505

☑ Contingent
☐ Unliquidated
☐ Disputed

$12,836.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

| 3.92. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

DELUXE TORONTO LTD.
901 KING ST W STE 700
TORONTO ON M5V 3H5
CANADA

☐ Contingent
☐ Unliquidated
☐ Disputed

$99.44

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

| 3.93. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

DEW BEAUTY LLC
4514 VESPER AVE
SHERMAN OAKS CA 91403

☐ Contingent
☐ Unliquidated
☐ Disputed

$3,000.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    **Open Road Films, LLC**                                                                    Case number *(if known)* **18-12012**

| 3.94. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim** |
|---|---|---|---|

3.94.    **Nonpriority creditor's name and mailing address**

DHS ASSOCIATES
5845 WEST 78TH PL
LOS ANGELES CA 90045

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Amount of claim**

$700.60

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE CLAIM

**Is the claim subject to offset?**

☐ No

☐ Yes

---

3.95.    **Nonpriority creditor's name and mailing address**

DIGITAL CINEMA DISTRIBUTION COALITION, LLC
1840 CENTURY PK EAST STE 440
LOS ANGELES CA 90067

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Amount of claim**

$280,402.50

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE CLAIM

**Is the claim subject to offset?**

☐ No

☐ Yes

---

3.96.    **Nonpriority creditor's name and mailing address**

DIGITAL MEDIA MANAGEMENT INC
8444 WILSHIRE BLVD 5TH FLR
BEVERLY HILLS CA 90211

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Amount of claim**

$3,000.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE CLAIM

**Is the claim subject to offset?**

☐ No

☐ Yes

---

Debtor    **Open Road Films, LLC**                                          Case number *(if known)* **18-12012**

| 3.97. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.97.   **Nonpriority creditor's name and mailing address**

DIRECTORS GUILD OF AMERICA
7920 SUNSET BLVD
LOS ANGELES CA 90046

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Amount of claim**

$500.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE CLAIM

**Is the claim subject to offset?**

☐ No

☐ Yes

---

3.98.   **Nonpriority creditor's name and mailing address**

DIRECTORS GUILD OF AMERICA
7920 SUNSET BLVD
LOS ANGELES CA 90046

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

**Amount of claim**

$357,407.03

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

GUILD RESIDUALS

**Is the claim subject to offset?**

☐ No

☐ Yes

---

3.99.   **Nonpriority creditor's name and mailing address**

DISCOVERY.COM LLC
ONE DISCOVERY PLACE
SILVER SPRING MD 20910

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☑ Disputed

**Amount of claim**

$10,000.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE CLAIM

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor    **Open Road Films, LLC**                                                    Case number *(if known)* **18-12012**

| 3.100. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

DISCOVERY/SCRIPPS
9721 SHERRILL BLVD.
KNOXVILLE TN 37932

☐ Contingent
☐ Unliquidated
☑ Disputed

$1,851,400.30

**Date or dates debt was incurred**            **Basis for the claim:**

VARIOUS                                         TRADE CLAIM

**Last 4 digits of account number:**            **Is the claim subject to offset?**

☐ No
☐ Yes

| 3.101. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

DISNEY
1180 CELEBRATION BLVD.
SUITE 201
CELEBRATION FL 34747

☐ Contingent
☐ Unliquidated
☑ Disputed

$5,102,016.53

**Date or dates debt was incurred**            **Basis for the claim:**

VARIOUS                                         TRADE CLAIM

**Last 4 digits of account number:**            **Is the claim subject to offset?**

☐ No
☐ Yes

| 3.102. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

DOLBY LABORATORIES, INC.
16841 COLLECTIONS CTR DR
CHICAGO IL 60693

☐ Contingent
☐ Unliquidated
☐ Disputed

$6,375.00

**Date or dates debt was incurred**            **Basis for the claim:**

VARIOUS                                         TRADE CLAIM

**Last 4 digits of account number:**            **Is the claim subject to offset?**

☐ No
☐ Yes

Debtor   **Open Road Films, LLC**                                          Case number *(if known)* **18-12012**

| 3.103. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

DOLPHIN MAX STEEL HOLDINGS, LLC
2151 ST LEJEUNE RD
STE 150
CORAL GABLES FL 33134

☑ Contingent
☑ Unliquidated
☐ Disputed

$591,496.08

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

PARTICIPATIONS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| 3.104. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

DOMINO PUBLISHING COMPANY OF AMERICA INC
20 JAY ST STE 626
BROOKLYN NY 11201

☐ Contingent
☐ Unliquidated
☐ Disputed

$55,000.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| 3.105. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

DVS INTELESTREAM
2625 W OLIVE AVE
BURBANK CA 91505

☐ Contingent
☐ Unliquidated
☐ Disputed

$6,500.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

Debtor    **Open Road Films, LLC**                                                      Case number *(if known)* **18-12012**

| | | |
|---|---|---|
| **3.106.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

**3.106.** | **Nonpriority creditor's name and mailing address**

ECLIPSE ADVERTISING, INC.
1329 SCOTT RD
BURBANK CA 91504

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$28,000.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.107.** | **Nonpriority creditor's name and mailing address**

EDMODO INC.
1200 PARK PLACE
SUITE 400
SAN MATEO CA 94403

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Amount of claim**

$30,916.11

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.108.** | **Nonpriority creditor's name and mailing address**

EL PASO PRODUCTIONS, INC. C/O STANKEVICH
- GOCHMAN, LLP (O/B/O LIAM NEESON)
9777 WILSHIRE BLVD # 550
BEVERLY HILLS CA 90212

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Amount of claim**

$237,215.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

PARTICIPATIONS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor   **Open Road Films, LLC**                                                     Case number *(if known)* **18-12012**

---

**3.109.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
*Check all that apply.*

EL Z ENTERTAINMENT, LLC
2144 LINDA FLORA DR
LOS ANGELES CA 90077

$40,000.00

☒ Contingent

☐ Unliquidated

☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No

☐ Yes

---

**3.110.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
*Check all that apply.*

ELI THOMAS
10833 WILSHIRE BLVD #310
LOS ANGELES CA 90024

$1,500.00

☐ Contingent

☐ Unliquidated

☒ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No

☐ Yes

---

**3.111.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
*Check all that apply.*

EMAGINE ROYAL OAK & STAR LANES
200 NORTH MAIN ST
ROYAL OAK MI 48067

$383.04

☐ Contingent

☐ Unliquidated

☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No

☐ Yes

---

Debtor    **Open Road Films, LLC**                                                Case number *(if known)* **18-12012**

| | | |
|---|---|---|
| 3.112. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

3.112.  **Nonpriority creditor's name and mailing address**

EMI ENTERTAINMENT WORLD, INC.
PO BOX 415000
NASHVILLE TN 37241

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$54,687.50

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

3.113.  **Nonpriority creditor's name and mailing address**

ENDGAME RELEASING COMPANY, LLC
9100 WILSHIRE BLVD STE 100W
BEVERLY HILLS CA 90212

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Amount of claim**

$1,328,222.06

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

PARTICIPATIONS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

3.114.  **Nonpriority creditor's name and mailing address**

ENDGAME RELEASING FUNDING, LLC
9100 WILSHIRE BLVD 100W
BEVERLY HILLS CA 90212

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Amount of claim**

$37,478.38

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

PARTICIPATIONS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    **Open Road Films, LLC**                                    Case number *(if known)* **18-12012**

**3.115.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
*Check all that apply.*

ENTERTAINMENT DATA ORACLE INC
2110 MAIN ST
STE 303
SANTA MONICA CA 90405

☐ Contingent
☐ Unliquidated
☑ Disputed

$22,629.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.116.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
*Check all that apply.*

ENTERTAINMENT PARTNERS
2835 N NAOMI ST BURBANK
BURBANK CA 91504

☐ Contingent
☐ Unliquidated
☐ Disputed

$50.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.117.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
*Check all that apply.*

ENVISION CINEMAS BAR & GRILLE
4780 CORNELL RD
CINC.INNATI OH 45241

☐ Contingent
☐ Unliquidated
☑ Disputed

$750.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor   **Open Road Films, LLC**                                        Case number *(if known)* **18-12012**

---

3.118. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
|---|---|---|

ERWIN PENLAND LLC
110 E. COURT STREET
#400
GREENVILLE SC 29601

*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

$280,640.94

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

3.119. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

ESPN, INC.
PO BOX 732527
DALLAS TX 75373

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

$265,000.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

3.120. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

EUROFINS DIGITAL MEDIA SERVICES, LLC
2425 NEW HOLLAND PIKE
LANCASTER PA 17601

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

$5,990.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

Debtor   **Open Road Films, LLC**                                  Case number *(if known)* **18-12012**

**3.121.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
---|---|---|---

**3.121.**

**Nonpriority creditor's name and mailing address**

EXACTA SERVICES INC
8909 W OLYMPIC BLVD STE 100
BEVERLY HILLS CA 90211

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$9,328.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.122.**

**Nonpriority creditor's name and mailing address**

EXCLUSIVE ARTISTS MANAGEMENT, INC.
7700 SUNSET BLVD 205
LOS ANGELES CA 90046

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

**Amount of claim**

$5,950.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.123.**

**Nonpriority creditor's name and mailing address**

EXCLUSIVE MEDIA DISTRIBUTION, LLC
52 HAYMARKET
LONDON SW1Y
UNITED KINGDOM

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Amount of claim**

$146,349.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

PARTICIPATIONS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    **Open Road Films, LLC**                                    Case number *(if known)* **18-12012**

| | | |
|---|---|---|
| **3.124.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

**3.124.**

**Nonpriority creditor's name and mailing address**

FACEBOOK
12777 W. JEFFERSON BLVD.
LOS ANGELES CA 90066

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

TRADE CLAIM

**Is the claim subject to offset?**

☐ No
☐ Yes

**Amount of claim**

$1,118,729.54

---

**3.125.**

**Nonpriority creditor's name and mailing address**

FATTS UK LTD
WHIDDON FARM HOUSE MILLTOWN
MUDDIFORD, BARNSTAPLE EX31 4HF
UNITED KINGDOM

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

TRADE CLAIM

**Is the claim subject to offset?**

☐ No
☐ Yes

**Amount of claim**

$325.41

---

**3.126.**

**Nonpriority creditor's name and mailing address**

FILM SOLUTIONS, LLC
1121 S FLOWER ST
BURBANK CA 91502

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE CLAIM

**Is the claim subject to offset?**

☐ No
☐ Yes

**Amount of claim**

$2,303.75

---

Debtor    **Open Road Films, LLC**                                      Case number *(if known)* **18-12012**

| | |
|---|---|
| **3.127.** | **Nonpriority creditor's name and mailing address** |

| | | |
|---|---|---|
| **3.127.** **Nonpriority creditor's name and mailing address**<br><br>FILMNATION INTERNATIONAL LLC<br>150 WEST 22ND ST 9TH FLR<br>NEW YORK NY 10011 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Amount of claim**<br><br>$37,081.72 |
| **Date or dates debt was incurred**<br><br>VARIOUS | **Basis for the claim:**<br><br>TRADE CLAIM | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br><br>☐ No<br>☐ Yes | |

| | | |
|---|---|---|
| **3.128.** **Nonpriority creditor's name and mailing address**<br><br>FILMTRACK, INC.<br>12001 VENTURA PL STE 500<br>STUDIO CITY CA 91604 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Amount of claim**<br><br>$3,545.46 |
| **Date or dates debt was incurred**<br><br>VARIOUS | **Basis for the claim:**<br><br>TRADE CLAIM | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br><br>☐ No<br>☐ Yes | |

| | | |
|---|---|---|
| **3.129.** **Nonpriority creditor's name and mailing address**<br><br>FIRST CHOICE FIRE PROTECTION<br>550 PATRICE PL UNIT E<br>GARDENA CA 90248 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Amount of claim**<br><br>$95.67 |
| **Date or dates debt was incurred**<br><br>VARIOUS | **Basis for the claim:**<br><br>TRADE CLAIM | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br><br>☐ No<br>☐ Yes | |

Debtor   **Open Road Films, LLC**                                      Case number *(if known)* **18-12012**

| | | | |
|---|---|---|---|
| **3.130.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
| | FISHERMEN LABS LLC<br>140 PENN ST<br>EL SEGUNDO CA 90245 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $25,000.00 |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE CLAIM

**Is the claim subject to offset?**

☐ No
☐ Yes

| | | | |
|---|---|---|---|
| **3.131.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
| | FIZZIOLOGY LLC<br>1801 W OLYMPIC BLVD<br>PASADENA CA 91199-1434 | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | $42,000.00 |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE CLAIM

**Is the claim subject to offset?**

☐ No
☐ Yes

| | | | |
|---|---|---|---|
| **3.132.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
| | FLO & EDDIE, INC.<br>1180 SOUTH BEVERLY DR<br>STE 510<br>LOS ANGELES CA 90035 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $22,500.00 |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE CLAIM

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    **Open Road Films, LLC**

Case number *(if known)* **18-12012**

| 3.133. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.133.

**Nonpriority creditor's name and mailing address**

FONS PR, INC.
4408 BURNET RD
STE A
AUSTIN TX 78756

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE CLAIM

**Is the claim subject to offset?**

☐ No

☐ Yes

**Amount of claim**

$422.98

---

3.134.

**Nonpriority creditor's name and mailing address**

FORWARD ARTISTS, LLC
7080 HOLLYWOOD BLVD STE 902
LOS ANGELES CA 90028

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE CLAIM

**Is the claim subject to offset?**

☐ No

☐ Yes

**Amount of claim**

$1,200.00

---

3.135.

**Nonpriority creditor's name and mailing address**

FOTO-KEM, INC.
PO BOX 7755
BURBANK CA 91510

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE CLAIM

**Is the claim subject to offset?**

☐ No

☐ Yes

**Amount of claim**

$244.52

---

Debtor    **Open Road Films, LLC**                                                    Case number *(if known)* **18-12012**

| 3.136. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

FOUR SEASONS HOTEL
300 S DOHENY DR
LOS ANGELES CA 90048

☐ Contingent

☐ Unliquidated

☐ Disputed

$106,085.72

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No

☐ Yes

---

| 3.137. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

FOUR STAR ENTERTAINMENT
8421 E 61ST ST STE V
TULSA OK 74133

☐ Contingent

☐ Unliquidated

☐ Disputed

$600.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No

☐ Yes

---

| 3.138. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

FRAMEWORK STUDIO LLC
3535 HAYDEN AVE #300
CULVER CITY CA 90232

☐ Contingent

☐ Unliquidated

☐ Disputed

$11,800.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No

☐ Yes

---

Debtor  **Open Road Films, LLC**                                    Case number *(if known)* **18-12012**

---

**3.139.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

**3.139.** **Nonpriority creditor's name and mailing address**

FRIDLEY THEATRES
1321 WALNUT ST
DES MOINES IA 50309

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$400.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.140.** **Nonpriority creditor's name and mailing address**

FULLSCREEN INC
12180 MILLENIUM DR
LOS ANGELES CA 90094

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

**Amount of claim**

$60,000.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.141.** **Nonpriority creditor's name and mailing address**

FUSION LOGISTICS
PO BOX 1450
MINNEAPOLIS MN 55485

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Amount of claim**

$183.58

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

Debtor   **Open Road Films, LLC**                                    Case number *(if known)* **18-12012**

| 3.142. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

GASTON NUNES
756 MURTLE AVE APT 4F
BROOKLYN NY 11206

☐ Contingent
☐ Unliquidated
☑ Disputed

$1,500.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

| 3.143. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

GDC DIGITAL CINEMA NETWORK (USA), LLC
1016 W MAGNOLIA BLVD
BURBANK CA 91506

☐ Contingent
☐ Unliquidated
☐ Disputed

$391,628.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

| 3.144. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

GERRIT KINKEL PRODUCTIONS, LLC
21559 IGLESIA DR
WOODLAND HILLS CA 91364

☐ Contingent
☐ Unliquidated
☐ Disputed

$7,650.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    **Open Road Films, LLC**                                         Case number *(if known)* **18-12012**

| | | |
|---|---|---|
| **3.145.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

**3.145.** **Nonpriority creditor's name and mailing address**

GIARONOMO PRODUCTIONS INC
1501 BROADWAY
SUITE #705
NEW YORK NY 10036

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Amount of claim**

$450,337.50

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.146.** **Nonpriority creditor's name and mailing address**

GIMLET MEDIA
92 3RD STREET
BROOKLYN NY 11231

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Amount of claim**

$28,009.97

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.147.** **Nonpriority creditor's name and mailing address**

GLASER WEIL FINK HOWARD AVCHEN &
SHAPIRO LLP
10250 CONSTELLATION BLVD 19TH FL
LOS ANGELES CA 90067

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Amount of claim**

$18,082.50

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

Debtor    **Open Road Films, LLC**                                   Case number *(if known)* **18-12012**

**3.148.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
| | *Check all that apply.* |

GLOBAL ENTERTAINMENT SECURITY, INC.
3625 E THOUSAND OAKS BLVD 202
THOUSAND OAKS CA 91362

☑ Contingent
☐ Unliquidated
☐ Disputed

$38,987.94

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.149.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
| | *Check all that apply.* |

GOLDEN STAR TECHNOLOGY
12881 166TH ST
CERRITOS CA 90703

☐ Contingent
☐ Unliquidated
☐ Disputed

$3,214.53

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.150.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
| | *Check all that apply.* |

GOOGLE
1600 AMPHITHEATRE PARKWAY
MOUNTAIN VIEW CA 94043

☐ Contingent
☐ Unliquidated
☑ Disputed

$1,906,146.33

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    **Open Road Films, LLC**                                                                     Case number *(if known)* **18-12012**

---

**3.151.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
*Check all that apply.*

GRAND SLAM MUSIC, INC.
6174 DEBS AVE
WOODLAND HILLS CA 91367

$20,500.00

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.152.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
*Check all that apply.*

GRANITE PRODUCTIONS
29846 TRIUNFO DR
AGOURA HILLS CA 91301

$750.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.153.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
*Check all that apply.*

GREEN CUBE, INC.
16215 MARQUARDT AVE
CERRITOS CA 90703

$1,250.00

☐ Contingent
☐ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

Debtor   **Open Road Films, LLC**                                      Case number *(if known)* **18-12012**

---

**3.154.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
| | |

GRNLR
525 VENEZIA AVE
VENICE CA 90291

☐ Contingent
☐ Unliquidated
☐ Disputed

$2,000.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.155.** **Nonpriority creditor's name and mailing address**

HAPPY PILL DISTRIBUTION, LLC
9100 WILSHIRE BLVD SUITE 100W
BEVERLY HILLS CA 90212

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Amount of claim**
$25,070.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
PARTICIPATIONS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.156.** **Nonpriority creditor's name and mailing address**

HARKINS REEL DEALS LLC
7511 E MCDONALD DR
SCOTTSDALE AZ 85250

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Amount of claim**
$41,331.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor    **Open Road Films, LLC**                                                    Case number *(if known)* **18-12012**

**3.157.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

HENRIK ANTON KNUDSEN, JR.
410 N ROSSMORE AVE 404
LOS ANGELES CA 90004

☐ Contingent
☐ Unliquidated
☒ Disputed

$8,500.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.158.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

HI-FINESSE MUSIC AND SOUND
1102 GRANT AVE
VENICE CA 90291

☒ Contingent
☐ Unliquidated
☐ Disputed

$1,400.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.159.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

HOMEFRONT PRODUCTIONS, INC.
6423 WILSHIRE BLVD
LOS ANGELES CA 90048

☒ Contingent
☒ Unliquidated
☐ Disputed

$148,645.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

PARTICIPATIONS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

Debtor   **Open Road Films, LLC**                                    Case number *(if known)* **18-12012**

---

3.160.  **Nonpriority creditor's name and mailing address**

HOST, THE FILM HOLDINGS, LLC
1888 CENTURY PK EAST
STE 1540
LOS ANGELES CA 90067

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**

PARTICIPATIONS

**Is the claim subject to offset?**

☐ No
☐ Yes

| Amount of claim |
| --- |
| $31,829.13 |

---

3.161.  **Nonpriority creditor's name and mailing address**

HOWLING ENTERTAINMENT, LLC
1880 CENTURY PK EAST
STE 200
LOS ANGELES CA 90067

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE CLAIM

**Is the claim subject to offset?**

☐ No
☐ Yes

| Amount of claim |
| --- |
| $500.00 |

---

3.162.  **Nonpriority creditor's name and mailing address**

HULU
2500 BROADWAY
SANTA MONICA CA 90404

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**

TRADE CLAIM

**Is the claim subject to offset?**

☐ No
☐ Yes

| Amount of claim |
| --- |
| $267,856.91 |

---

Debtor    **Open Road Films, LLC**                                                                 Case number *(if known)* **18-12012**

---

| 3.163. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

I/D PUBLIC RELATIONS
7060 HOLLYWOOD BLVD 8TH FL
8TH FL
LOS ANGELES CA 90028

☐ Contingent
☐ Unliquidated
☐ Disputed

$15,638.08

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE CLAIM

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| 3.164. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

IHEARTMEDIA INC
3400 W OLIVE AVE #550
BURBANK CA 91505

☐ Contingent
☐ Unliquidated
☑ Disputed

$59,934.68

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE CLAIM

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| 3.165. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

IM GLOBAL FILM FUND, LLC
8201 BEVERLY BLVD
STE 500
BEVERLY HILLS CA 90048

☑ Contingent
☑ Unliquidated
☐ Disputed

$538,284.99

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

PARTICIPATIONS

**Is the claim subject to offset?**

☐ No
☐ Yes

---

Debtor   **Open Road Films, LLC**                                            Case number *(if known)* **18-12012**

| 3.166. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

INTERNATIONAL ALLIANCE OF THEATRICAL
STAGE EMPLOYEES
10045 RIVERSIDE DRIVE
TOLUCA LAKE CA 91602

☑ Contingent
☑ Unliquidated
☐ Disputed

$1,015,045.78

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

GUILD RESIDUALS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| 3.167. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

IPG MEDIABRANDS
C.I.D.C. 90 EU TONG SEN, STREET BLOCK A
#04-01/02
059811
SINGAPORE

☐ Contingent
☐ Unliquidated
☑ Disputed

$1,457,221.19

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| 3.168. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

IPSWITCH, INC.
PO BOX 3726
NEW YORK NY 10008

☐ Contingent
☐ Unliquidated
☑ Disputed

$966.90

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor   **Open Road Films, LLC**                                     Case number *(if known)* **18-12012**

---

**3.169.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

IRON MOUNTAIN
PO BOX 601002
PASADENA CA 91189

☐ Contingent
☐ Unliquidated
☐ Disputed

$9,041.17

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.170.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

ISPOT.TV, INC
15831 NE 8TH ST
#100
BELLEVUE WA 98008

☐ Contingent
☐ Unliquidated
☐ Disputed

$48,750.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.171.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

J BLAIR GROUP
4804 LAUREL CANYON BLVD #141
STUDIO CITY CA 91607

☐ Contingent
☐ Unliquidated
☑ Disputed

$2,275.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

Debtor   **Open Road Films, LLC**                                   Case number *(if known)* **18-12012**

| 3.172. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

JED ROOT INC
333 SEVENTH AVE
9TH FL
NEW YORK NY 10001

☐ Contingent
☐ Unliquidated
☑ Disputed

$1,254.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| 3.173. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

JENSEN'S SOUND GENERATIONS, LLC
31 ALEXANDER BLVD
POUGHKEEPSIE NY 12603

☐ Contingent
☐ Unliquidated
☐ Disputed

$13,625.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| 3.174. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

JIM EVANS STUDIO LLC
2305 LIVE OAK MEADOW RD
MALIBU CA 90265

☑ Contingent
☐ Unliquidated
☐ Disputed

$25,000.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor   **Open Road Films, LLC**                                  Case number *(if known)* **18-12012**

| 3.175. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

JIM FERGUSON
4525 QUARTZ HILL PL
TUCSON AZ 85750

☐ Contingent
☐ Unliquidated
☒ Disputed

$52.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| 3.176. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

JOSHUA DEUTSCH
C/O BENT CARYL & KROLL
6300 WILSHIRE BLVD # 1415
LOS ANGELES CA 90048

☒ Contingent
☒ Unliquidated
☒ Disputed

UNKNOWN

**Date or dates debt was incurred**

UNKNOWN

**Basis for the claim:**

PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.177. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

JUNKET PRODUCTIONS INC
5 OLD FARM LN
HARTSDALE NY 10530

☒ Contingent
☐ Unliquidated
☒ Disputed

$75,566.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor  **Open Road Films, LLC**                                             Case number *(if known)* **18-12012**

| | | | |
|---|---|---|---|
| 3.178. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |

JUSTWATCH
BOXHAGENER STRABE 18
BERLIN GER 10245

$220,000.00

☐ Contingent
☐ Unliquidated
☑ Disputed

**Date or dates debt was incurred**                **Basis for the claim:**

VARIOUS                                             TRADE CLAIM

**Last 4 digits of account number:**               **Is the claim subject to offset?**

☐ No
☐ Yes

| | | | |
|---|---|---|---|
| 3.179. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |

KASBAH, LLC
9350 WILSHIRE BLVD STE 400
BEVERLY HILLS CA 90212

$17,927.00

☑ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**                **Basis for the claim:**

VARIOUS                                             PARTICIPATIONS

**Last 4 digits of account number:**               **Is the claim subject to offset?**

☐ No
☐ Yes

| | | | |
|---|---|---|---|
| 3.180. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |

KASIMA, LLC
100 ENTERPRISE DR STE 505
ROCKAWAY NJ 07866

$2,394,449.00

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**                **Basis for the claim:**

VARIOUS                                             TRADE CLAIM

**Last 4 digits of account number:**               **Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    **Open Road Films, LLC**                                                                    Case number *(if known)* **18-12012**

**3.181.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

KATHLEEN LIDDY DBA FLYLINGUAL
5842 ALCOVE AVE
VALLEY VILLAGE CA 91607

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$8,500.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE CLAIM

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.182.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

KATHY SANTIAGO
300 S SANTA FE AVE #371
LOS ANGELES CA 90013

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

$5,000.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE CLAIM

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.183.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

KEN BARBOZA ASSOCIATES, INC.
383 JEFFERSON AVE
RAHWAY NJ 07065

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$150.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE CLAIM

**Is the claim subject to offset?**

☐ No
☐ Yes

---

Debtor   **Open Road Films, LLC**                                         Case number *(if known)* **18-12012**

---

**3.184.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

KERASOTES SHOWPLACE THEATRES, LLC
641 WEST LAKE ST STE 305
CHICAGO IL 60661

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,000.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.185.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

KPMG, LLP
DEPT 0922
PO BOX 120922
DALLAS TX 75312-0939

☐ Contingent
☐ Unliquidated
☐ Disputed

$3,000.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.186.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

LA6721, LLC
6721 ROMAINE ST
LOS ANGELES CA 90038

☑ Contingent
☐ Unliquidated
☐ Disputed

$27,393.61

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

Debtor   **Open Road Films, LLC**                                   Case number *(if known)* **18-12012**

---

**3.187.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

LATHAM & WATKINS LLP
355 SOUTH GRAND
SUITE 100
LOS ANGELES CA 90071

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Amount of claim**

$457,681.49

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.188.** **Nonpriority creditor's name and mailing address**

LD ENTERTAINMENT, LLC
14301 CALIBER DR STE 300
OKLAHOMA CITY OK 73134

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Amount of claim**

$109,076.41

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

PARTICIPATIONS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.189.** **Nonpriority creditor's name and mailing address**

LE STUDIO PHOTOGRAPHY
26520 ROYAL VISTA CT
CANYON COUNTRY CA 91351

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Amount of claim**

$10,350.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

Debtor   **Open Road Films, LLC**                                    Case number *(if known)* **18-12012**

| | | |
|---|---|---|
| 3.190. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

3.190.   **Nonpriority creditor's name and mailing address**

LEDCOM, INC.
13351 D RIVERSIDE DR # 111
SHERMAN OAKS CA 91423

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

TRADE CLAIM

**Is the claim subject to offset?**

☐ No
☐ Yes

**Amount of claim**

$404.75

---

3.191.   **Nonpriority creditor's name and mailing address**

LEGENDARY DIGITAL NETWORKS
2525 N NAOMI ST
BURBANK CA 91504

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

TRADE CLAIM

**Is the claim subject to offset?**

☐ No
☐ Yes

**Amount of claim**

$80,000.00

---

3.192.   **Nonpriority creditor's name and mailing address**

LEOPOLD, PETRICH & SMITH
2049 CENTURY PARK E # 3110
LOS ANGELES CA 90067

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE CLAIM

**Is the claim subject to offset?**

☐ No
☐ Yes

**Amount of claim**

$500.00

Debtor    **Open Road Films, LLC**                                        Case number *(if known)* **18-12012**

3.193.    **Nonpriority creditor's name and mailing address**

LIGHT IRON DIGITAL, LLC
6381 DE LONGPRE AVE
HOLLYWOOD CA 90028

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE CLAIM

**Is the claim subject to offset?**

☐ No

☐ Yes

| Amount of claim |
| --- |
| $38,387.00 |

3.194.    **Nonpriority creditor's name and mailing address**

LISA TABACK CONSULTING, INC
845 VIA DE LA PAZ STE 1
PACIFIC PALISADES CA 90272

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE CLAIM

**Is the claim subject to offset?**

☐ No

☐ Yes

| Amount of claim |
| --- |
| $163,154.47 |

3.195.    **Nonpriority creditor's name and mailing address**

LISTEN FIRST MEDIA
24 CALHOUN DR
GREENWICH CT 06831

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE CLAIM

**Is the claim subject to offset?**

☐ No

☐ Yes

| Amount of claim |
| --- |
| $57,500.00 |

Debtor    **Open Road Films, LLC**

Case number *(if known)* **18-12012**

---

**3.196.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
| | *Check all that apply.* |

LITHOGRAPHIX INC.
12250 S CRENSHAW BLVD
HAWTHORNE CA 90250

☐ Contingent
☐ Unliquidated
☑ Disputed

$185,493.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.197.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
| | *Check all that apply.* |

LITTLE DRAGON PRODUCTIONS
PINEWOOD STUDIOS
PINEWOOD RD
IVER, BUCKINGHAMSHIRE SL0 0NH
UNITED KINGDOM

☐ Contingent
☐ Unliquidated
☑ Disputed

$2,925.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.198.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
| | *Check all that apply.* |

LIZ BIBER
1719 S CRESCENT HEIGHTS BLVD
LOS ANGELES CA 90035

☐ Contingent
☐ Unliquidated
☐ Disputed

$2,728.22

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

Debtor  **Open Road Films, LLC**                                    Case number *(if known)* **18-12012**

---

**3.199.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

LOEB & LOEB, LLP
10100 SANTA MONICA BLVD STE 2200
LOS ANGELES CA 90067

☐ Contingent
☐ Unliquidated
☑ Disputed

$160,528.94

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.200.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

LOFT INTERNATIONAL NV
11355 W. OLYMPIC BLVD.
LOS ANGELES CA 90064

☑ Contingent
☑ Unliquidated
☐ Disputed

$826,725.75

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

PARTICIPATIONS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.201.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

LOREN SCHWARTZ
C/O PROCOPIO
525 B STREET
STE 2200
SAN DIEGO CA 92101

☑ Contingent
☑ Unliquidated
☑ Disputed

UNKNOWN

**Date or dates debt was incurred**

UNKNOWN

**Basis for the claim:**

PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **Open Road Films, LLC**                                             Case number *(if known)* **18-12012**

| | |
|---|---|
| 3.202. | **Nonpriority creditor's name and mailing address** |

**3.202.**

**Nonpriority creditor's name and mailing address**

LORI BURNS
3634 CALLE JAZMIN
CALABASAS CA 91302

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE CLAIM

**Is the claim subject to offset?**

☐ No

☐ Yes

**Amount of claim**

$68.11

---

**3.203.**

**Nonpriority creditor's name and mailing address**

MACARONI KID INC
7 TRADESMANS PATH
PO BOX 22
BRIDGEHAMPTON NY 11932

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☑ Disputed

**Basis for the claim:**

TRADE CLAIM

**Is the claim subject to offset?**

☐ No

☐ Yes

**Amount of claim**

$10,000.00

---

**3.204.**

**Nonpriority creditor's name and mailing address**

MAKE IT RAIN, LLC DBA NINJA TRACKS
5762 ANDASOL AVE
ENCINO CA 91316

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE CLAIM

**Is the claim subject to offset?**

☐ No

☐ Yes

**Amount of claim**

$7,500.00

---

Debtor    **Open Road Films, LLC**                                              Case number *(if known)* **18-12012**

---

**3.205.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---

MALCO THEATRES INC.
PO BOX 171809
MEMPHIS TN 38187-1809

☐ Contingent
☐ Unliquidated
☐ Disputed

$600.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.206.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

MARCUS THEATRES CORPORATION
100 EAST WISCONSIN AVE STE 2000
MILWAUKEE WI 53202

☐ Contingent
☐ Unliquidated
☑ Disputed

$1,439.20

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.207.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

MARK MONITOR INC.
PO BOX 71398
CHICAGO IL 60694

☐ Contingent
☐ Unliquidated
☐ Disputed

$46,585.16

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

Debtor   **Open Road Films, LLC**                                    Case number *(if known)* **18-12012**

| | | |
|---|---|---|
| **3.208.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

| 3.208. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | MARKET FORCE INFORMATION, INC.<br>PO BOX 671156<br>DALLAS TX 75267 | ☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | $1,278.00 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE CLAIM | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |

| 3.209. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | MARKETCAST LLC<br>FILE 1434 1801 W OLYMPIC BLVD<br>PASADENA CA 91199 | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | $241,355.00 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE CLAIM | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |

| 3.210. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | MARTELL SOUND<br>2001 WILSHIRE BLVD #250<br>SANTA MONICA CA 90403 | ☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | $26,000.00 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE CLAIM | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |

Debtor   **Open Road Films, LLC**                                    Case number *(if known)* **18-12012**

| | | | |
|---|---|---|---|
| **3.211.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
| | MASSIVE NOISE MACHINE 36 BEVERLY RD MADISON NJ 07940 | ☐ Contingent ☐ Unliquidated ☐ Disputed | $1,000.00 |
| | **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** TRADE CLAIM | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☐ No ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.212.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
| | MEDIA CHAIN LTD 127-129 PORTLAND ST MANCHESTER GREATER MANCHE M14PZ UNITED KINGDOM | ☐ Contingent ☐ Unliquidated ☐ Disputed | $12,500.00 |
| | **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** TRADE CLAIM | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☐ No ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.213.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
| | MEDIA ENTERTAINMENT AND ARTS ALLIANCE 245 CHALMERS ST REDFERN, NSW 2016 AUSTRALIA | ☑ Contingent ☑ Unliquidated ☐ Disputed | $3,683.06 |
| | **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** GUILD RESIDUALS | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☐ No ☐ Yes | |

Debtor    **Open Road Films, LLC**                                                    Case number *(if known)* **18-12012**

---

**3.214.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
| | | $124,826.22

MEDIA STORM, LLC
PO BOX 6411
BRATTLEBORO VT 05302

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.215.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
| | | $1,200.00

MEGAPLEX THEATRES
9295 S STATE ST
SANDY UT 84070

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.216.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
| | | $1,650.00

MJR DIGITAL CINEMAS
41000 WOODWARD AVE
STE 135 EAST
BLOOMFIELD HILLS MI 48304

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

Debtor   **Open Road Films, LLC**                                      Case number *(if known)* **18-12012**

---

**3.217.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

MOBCRUSH INC
301 ARIZONA AVE #230
SANTA MONICA CA 90401

☐ Contingent
☐ Unliquidated
☒ Disputed

$35,000.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.218.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

MOCEAN, LLC.
2440 S SEPULVEDA BLVD STE 150
LOS ANGELES CA 90064

☒ Contingent
☐ Unliquidated
☒ Disputed

$426,966.33

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.219.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

MONTAGE MUSIC, LLC
20485 ROCA CHICA DR
MALIBU CA 90265

☒ Contingent
☐ Unliquidated
☐ Disputed

$1,000.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

Debtor   **Open Road Films, LLC**                                                          Case number *(if known)* **18-12012**

| 3.220. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

MOVIE MOGUL, INC.
10106 SUNBROOK DR
BEVERLY HILLS CA 90210

$13,000.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

| 3.221. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

MOVING IMAGE TECHNOLOGIES
17760 NEWHOPE ST # B
FOUNTAIN VALLEY CA 92708

$1,485.00

☐ Contingent
☐ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

| 3.222. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

MTM CHOICE LLC
3411 SILVERSIDE ROAD
104 RODNEY BUILDING
WILMINGTON DE 19810

$140,000.00

☐ Contingent
☐ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor   **Open Road Films, LLC**                                          Case number *(if known)* **18-12012**

---

**3.223.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

MULLENLOWE US INC
40 BROAD ST
BOSTON MA 02109

☐ Contingent
☐ Unliquidated
☒ Disputed

$238,075.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.224.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

NANCY JAY MALOSKY
5337 GATESWORTH LN
DALLAS TX 75287

☐ Contingent
☐ Unliquidated
☐ Disputed

$77.09

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.225.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

NATASHA LYONNE
415 E 6TH ST
NEW YORK NY 10009

☐ Contingent
☐ Unliquidated
☒ Disputed

$66.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

Debtor **Open Road Films, LLC**

Case number *(if known)* **18-12012**

---

**3.226.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---

NATIONAL AMUSEMENTS
846 UNIVERSITY AVE
PO BOX 9108
NORWOOD MA 02062

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,150.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.227.** **Nonpriority creditor's name and mailing address**

NATIONAL RESEARCH GROUP, INC
5780 W JEFFERSON BLVD
LOS ANGELES CA 90016

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$347,130.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.228.** **Nonpriority creditor's name and mailing address**

NAZY MEKNAT
740 N KINGS RD #205
WEST HOLLYWOOD CA 90069

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Amount of claim**

$10,000.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

Debtor    **Open Road Films, LLC**                                                    Case number *(if known)* **18-12012**

**3.229.** **Nonpriority creditor's name and mailing address**

NBC UNIVERSAL
30 ROCKEFELLER CENTER,
1221 SIXTH AVENUE
27TH FLOOR, ROOM 27B59
NEW YORK NY 10112

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☑ Disputed

**Basis for the claim:**

TRADE CLAIM

**Is the claim subject to offset?**

☐ No

☐ Yes

| Amount of claim |
| --- |
| $4,723,417.55 |

**3.230.** **Nonpriority creditor's name and mailing address**

NORTHGATE CINEMA INC
3778 LAKEWOOD DR
GREENFIELD IN 46140

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE CLAIM

**Is the claim subject to offset?**

☐ No

☐ Yes

| Amount of claim |
| --- |
| $700.00 |

**3.231.** **Nonpriority creditor's name and mailing address**

OFFICIA IMAGING INC DBA OFFICE1
3930 W ALI BABA LN
LAS VEGAS NV 89118

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☑ Disputed

**Basis for the claim:**

TRADE CLAIM

**Is the claim subject to offset?**

☐ No

☐ Yes

| Amount of claim |
| --- |
| $1,880.28 |

Debtor   **Open Road Films, LLC**                                          Case number *(if known)* **18-12012**

**3.232.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---

OLSON VISUAL
13000 WEBER WAY
HAWTHORNE CA 90250

☑ Contingent
☐ Unliquidated
☑ Disputed

$55,831.50

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.233.** **Nonpriority creditor's name and mailing address**

OMNILAB MEDIA PTY. LTD.
LEVEL 1 4 16 YURONG STREET
EAST SYDNEY NSW 2010
AUSTRALIA

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Amount of claim**

$612,627.44

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

PARTICIPATIONS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.234.** **Nonpriority creditor's name and mailing address**

OPEN ROAD INTERNATIONAL, LLC
2049 CENTURY PARK EAST
4TH FLOOR
LOS ANGELES CA 90067

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$25,206,904.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

INTERCOMPANY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

Debtor   **Open Road Films, LLC**                                    Case number *(if known)* **18-12012**

---

**3.235.** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim**

OPTIONS FOR LIFE FOUNDATION
23801 CALABASAS RD
STE 1017
CALABASAS CA 91302

☐ Contingent
☐ Unliquidated
☑ Disputed

$4,000.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.236.** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim**

OUTRUN THE MOVIE, LLC
1426 MAIN ST
STE 201
VENICE CA 90291

☑ Contingent
☑ Unliquidated
☐ Disputed

$26,372.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

PARTICIPATIONS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.237.** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim**

PACIFIC CINEMAS CORPORATION/ARCLIGHT
CINEMA
120 NORTH ROBERTSON BLVD
THIRD FLOOR TREASURY
LOS ANGELES CA 90048

☐ Contingent
☐ Unliquidated
☐ Disputed

$3,250.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

Debtor    **Open Road Films, LLC**

Case number *(if known)* **18-12012**

---

**3.238.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
--- | --- | --- | ---

**3.238.**

**Nonpriority creditor's name and mailing address**

PACIFIC DESIGN CENTER 1, LLC
750 NORTH SAN VICENTE BLVD STE 1600
WEST HOLLYWOOD CA 90069

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Amount of claim**

$1,500.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.239.**

**Nonpriority creditor's name and mailing address**

PANDORA MEDIA INC
2100 FRANKLIN STREET
SUITE 700
OAKLAND CA 94612

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Amount of claim**

$313,869.37

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.240.**

**Nonpriority creditor's name and mailing address**

PICTURE HEAD, LLC
1132 VINE ST
LOS ANGELES CA 90038

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

**Amount of claim**

$229,301.25

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

Debtor    **Open Road Films, LLC**

Case number *(if known)* **18-12012**

**3.241.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---

PITNEY BOWES
PO BOX 371896
PITTSBURGH PA 15250

$176.95

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.242.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---

PIXELOGIC MEDIA PARTNERS, LLC.
PO BOX 206794
DALLAS TX 75320

$36,702.00

☒ Contingent
☐ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.243.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---

PLACED
2025 1ST AVENUE
4TH FLOOR
SEATTLE WA 98121

$44,000.00

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor   **Open Road Films, LLC**                                                                        Case number *(if known)* **18-12012**

| | | | |
|---|---|---|---|
| 3.244. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
| | PLACEIQ INC<br>115 EAST 23RD STREET<br>7TH FL<br>NEW YORK NY 10010 | ☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | $52,451.02 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE CLAIM | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 3.245. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
| | PLATT MEDIA ADVISORS<br>12117 LA CASA LN<br>LOS ANGELES CA 90049 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $21,331.02 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE CLAIM | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 3.246. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
| | PMK-BNC<br>PO BOX 74008221<br>CHICAGO IL 60674 | ☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | $250.00 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE CLAIM | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |

Debtor   **Open Road Films, LLC**

Case number *(if known)* **18-12012**

**3.247.** **Nonpriority creditor's name and mailing address**

POSITION MUSIC, INC.
702 N MARIPOSA ST
BURBANK CA 91506

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE CLAIM

**Is the claim subject to offset?**

☐ No

☐ Yes

**Amount of claim**

$10,000.00

**3.248.** **Nonpriority creditor's name and mailing address**

POST HASTE DIGITAL
2700 S LA CIENAGA BLVD
LOS ANGELES CA 90034

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☒ Disputed

**Basis for the claim:**

TRADE CLAIM

**Is the claim subject to offset?**

☐ No

☐ Yes

**Amount of claim**

$2,679.00

**3.249.** **Nonpriority creditor's name and mailing address**

POWSTER LTD
2 NETIL LN
NETIL HOUSE 1 WESTGATE STREET
LONDON E8 3RL
UNITED KINGDOM

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☒ Disputed

**Basis for the claim:**

TRADE CLAIM

**Is the claim subject to offset?**

☐ No

☐ Yes

**Amount of claim**

$3,000.00

Debtor    **Open Road Films, LLC**                                   Case number *(if known)* **18-12012**

**3.250.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---

**3.250.**

**Nonpriority creditor's name and mailing address**

PREFERRED SECURITY & INVESTIGATIONS INC.
585 STEWART AVE STE 322
GARDEN CITY NY 11530

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☑ Disputed

**Amount of claim**

$489.94

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No

☐ Yes

---

**3.251.**

**Nonpriority creditor's name and mailing address**

PROMISE DISTRIBUTION, LLC
6725 VIA AUSTI WAY
STE 370
LAS VEGAS NV 89119

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

**Amount of claim**

$1,852,608.30

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

PARTICIPATIONS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No

☐ Yes

---

**3.252.**

**Nonpriority creditor's name and mailing address**

PROMOSHOP
5420 MCCONNELL AVE
LOS ANGELES CA 90066

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☑ Disputed

**Amount of claim**

$55,990.77

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No

☐ Yes

---

Debtor    **Open Road Films, LLC**                                            Case number *(if known)* **18-12012**

| 3.253. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.253. | **Nonpriority creditor's name and mailing address**

PUSHER LLC
1800 S BRAND BLVD STE 109
GLENDALE CA 91204

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$45,000.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE CLAIM

**Is the claim subject to offset?**

☐ No
☐ Yes

---

3.254. | **Nonpriority creditor's name and mailing address**

PXL BROS, LLC
849 S BROADWAY STE 602
LOS ANGELES CA 90014

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Amount of claim**

$204,250.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE CLAIM

**Is the claim subject to offset?**

☐ No
☐ Yes

---

3.255. | **Nonpriority creditor's name and mailing address**

RACHEL FALIKOFF
2049 CENTURY PK EAST
4TH FL
LOS ANGELES CA 90067

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Amount of claim**

$22.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE CLAIM

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    **Open Road Films, LLC**                                                  Case number *(if known)* **18-12012**

| 3.256. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Amount of claim** |
|---|---|---|---|

REALD, INC.
100 N CRESCENT DR
STE 120
BEVERLY HILLS CA 90210

☐ Contingent
☐ Unliquidated
☐ Disputed

$3,546.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE CLAIM

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| 3.257. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Amount of claim** |
|---|---|---|---|

REBOOT CORPORATION
PO BOX 491059
LOS ANGELES CA 90049

☐ Contingent
☐ Unliquidated
☐ Disputed

$8,770.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE CLAIM

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| 3.258. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Amount of claim** |
|---|---|---|---|

REDDIT
520 THIRD STREET
SUITE 305
SAN FRANCISCO CA 94107

☐ Contingent
☐ Unliquidated
☑ Disputed

$150,000.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE CLAIM

**Is the claim subject to offset?**

☐ No
☐ Yes

---

Debtor    **Open Road Films, LLC**                                   Case number *(if known)* **18-12012**

---

**3.259.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

REDROVER CO., LTD.
12F13F 20 PANGYOYEOKRO 146BEONGIL
BUNDANG-GU
SEONGNAM-SI, GYEONGGI-DO 13529
SOUTH KOREA

☑ Contingent
☑ Unliquidated
☐ Disputed

$492,452.55

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

PARTICIPATIONS

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.260.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

REGAL CINEMAS, INC.
PO BOX 844360
LOS ANGELES CA 90084

☑ Contingent
☐ Unliquidated
☑ Disputed

$296,528.64

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE CLAIM

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.261.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

RENTRAK CORPORATION & SUBSIDIARIES
PO BOX 1450
MINNEAPOLIS MN 55485-6135

☐ Contingent
☐ Unliquidated
☑ Disputed

$97,249.98

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE CLAIM

**Is the claim subject to offset?**

☐ No
☐ Yes

---

Debtor   **Open Road Films, LLC**                                                  Case number *(if known)* **18-12012**

---

**3.262.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

RHINO ENTERTAINMENT
PO BOX 749319
LOS ANGELES CA 90074

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$300,000.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.263.** **Nonpriority creditor's name and mailing address**

RICHARD DUTCHER
6945 E. SAHUARO DR., STE. 125
SCOTTSDALE AZ 85254

**As of the petition filing date, the claim is:** *Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Amount of claim**

UNKNOWN

**Date or dates debt was incurred**

UNKNOWN

**Basis for the claim:**

PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.264.** **Nonpriority creditor's name and mailing address**

RICHIE FAY
2049 CENTURY PK EAST
4TH FL
LOS ANGELES CA 90067

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$347.45

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

Debtor    **Open Road Films, LLC**                                            Case number *(if known)* **18-12012**

**3.265.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---

**3.265.** **Nonpriority creditor's name and mailing address**

RIPTIDE MUSIC, INC.
9469 JEFFERSON BLVD
STE 114
CULVER CITY CA 90232

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$6,000.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE CLAIM

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.266.** **Nonpriority creditor's name and mailing address**

ROB NIKI
85 BLEEKER ST
TORONTO ON M4X1S1
CANADA

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Amount of claim**

$900.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE CLAIM

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.267.** **Nonpriority creditor's name and mailing address**

ROKU
150 WINCHESTER CIRCLE
LOS GATOS CA 95032

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Amount of claim**

$350,000.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE CLAIM

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    **Open Road Films, LLC**                                          Case number *(if known)* **18-12012**

| | | | |
|---|---|---|---|
| 3.268. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

3.268.    **Nonpriority creditor's name and mailing address**

ROUTE 66 MOVIE THEATER
24 S MAIN
WEBB CITY MO 84870

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE CLAIM

**Is the claim subject to offset?**

☐ No
☐ Yes

**Amount of claim**

$626.36

---

3.269.    **Nonpriority creditor's name and mailing address**

RUTH FERNANDEZ
200 MAUHER ST APT 1A
BROOKLYN NY 11206

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE CLAIM

**Is the claim subject to offset?**

☐ No
☐ Yes

**Amount of claim**

$2,250.00

---

3.270.    **Nonpriority creditor's name and mailing address**

SACHA, INC.
12233 W OLYMPIC BLVD STE 350
LOS ANGELES CA 90064

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**

PARTICIPATIONS

**Is the claim subject to offset?**

☐ No
☐ Yes

**Amount of claim**

$186,286.30

Debtor   **Open Road Films, LLC**                                                            Case number *(if known)* **18-12012**

| 3.271. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

**3.271.**

**Nonpriority creditor's name and mailing address**

SAMBA TV
123 TOWNSEND ST
SAN FRANCISCO CA 94107

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

TRADE CLAIM

**Is the claim subject to offset?**

☐ No
☐ Yes

**Amount of claim**

$8,916.65

---

**3.272.**

**Nonpriority creditor's name and mailing address**

SAMUEL MARQUIS
11000 WEYBURN AVENUE #427
WESTWOOD CA 90024

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

TRADE CLAIM

**Is the claim subject to offset?**

☐ No
☐ Yes

**Amount of claim**

$164.61

---

**3.273.**

**Nonpriority creditor's name and mailing address**

SAWYER
C/O MULLEN LOWE
99 WASHINGTON STREET
SOUTH NORWALK CT 06854-3818

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

TRADE CLAIM

**Is the claim subject to offset?**

☐ No
☐ Yes

**Amount of claim**

$139,064.55

---

Debtor    **Open Road Films, LLC**                                                    Case number *(if known)* **18-12012**

---

**3.274.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
*Check all that apply.*

SCION THREE MUSIC LLC
240 WEST 37TH ST
STE 504
NEW YORK NY 10018

$21,875.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.275.** **Nonpriority creditor's name and mailing address**

SCOTT FEINBERG
8811 BURTON WAY APT 305
LOS ANGELES CA 90048

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$500.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.276.** **Nonpriority creditor's name and mailing address**

SCOTT MANTZ
1222 N KINGS RD 9
WEST HOLLYWOOD CA 90069

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Amount of claim**

$1,000.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

Debtor   **Open Road Films, LLC**                                    Case number *(if known)* **18-12012**

| 3.277. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

**3.277.** **Nonpriority creditor's name and mailing address**

SCRABBLE VENTURES LLC
10550 CAMDEN DR
CYPRESS CA 90630

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim

$19,775.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE CLAIM

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.278.** **Nonpriority creditor's name and mailing address**

SCREEN ACTORS GUILD
5757 WILSHIRE BLVD 7TH FL
LOS ANGELES CA 90036

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Amount of claim

$1,175,696.30

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

GUILD RESIDUALS

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.279.** **Nonpriority creditor's name and mailing address**

SCREEN ENGINE LLC
1925 CENTURY PK EAST
STE 950
LOS ANGELES CA 90067

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

Amount of claim

$46,255.76

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE CLAIM

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    **Open Road Films, LLC**

Case number *(if known)* **18-12012**

| | | |
|---|---|---|
| **3.280.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**3.280.**

**Nonpriority creditor's name and mailing address**

SCREENING SERVICES GROUP
8670 WILSHIRE BLVD
STE 112
BEVERLY HILLS CA 90211

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$10,431.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.281.**

**Nonpriority creditor's name and mailing address**

SEE MANAGEMENT, INC.
307 SEVENTH AVE STE 1607
NEW YORK NY 10001

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$2,090.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.282.**

**Nonpriority creditor's name and mailing address**

SENCIT MUSIC, LLC
1205 ALMA ST
GLENDALE CA 91202

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$2,600.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    **Open Road Films, LLC**                                          Case number *(if known)* **18-12012**

| 3.283. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.283.    **Nonpriority creditor's name and mailing address**

SHADIK TECHNOLOGIES
410 NORTH POINSETTIA PL
LOS ANGELES CA 90036

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$18,742.49

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

3.284.    **Nonpriority creditor's name and mailing address**

SHAWN EDWARDS
3030 SUMMIT
KANSAS CITY MO 64108

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Amount of claim**

$250.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

3.285.    **Nonpriority creditor's name and mailing address**

SHERIFF PRODUCTION INC FSO JAY RODAN
21103 MULHOLLAND DR
LOS ANGELES CA 91364

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$55,000.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    **Open Road Films, LLC**                                    Case number *(if known)* **18-12012**

**3.286.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
*Check all that apply.*

SHORELINE, A LAW CORPORATION
1299 OCEAN AVE
STE 400
SANTA MONICA CA 90401

☐ Contingent
☐ Unliquidated
☑ Disputed

$28,207.38

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.287.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
*Check all that apply.*

SILENTCO, INC.
3300 NE LINC.OLN RD
IDABEL OK 74745

☐ Contingent
☐ Unliquidated
☐ Disputed

$3,293.36

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.288.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
*Check all that apply.*

SILVER CINEMAS ACQUISITION CO DBA
LANDMARK THEATRES
PO BOX 101874
PASADENA CA 91189

☑ Contingent
☐ Unliquidated
☑ Disputed

$4,242.50

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor   **Open Road Films, LLC**                                                    Case number *(if known)* **18-12012**

---

**3.289.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

SINDEE LEVIN
149 S BARRINGTON AVE #810
LOS ANGELES CA 90049

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$8,750.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.290.** **Nonpriority creditor's name and mailing address**

SMART ASS PRODUCTIONS, LLC
9665 WILSHIRE BLVD, SUITE 900
BEVERLY HILLS CA 90212

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Amount of claim**

$7,711.90

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

PARTICIPATIONS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.291.** **Nonpriority creditor's name and mailing address**

SNAP INC
63 MARKET STREET
VENICE CA 90291

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Amount of claim**

$810,994.92

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

Debtor    **Open Road Films, LLC**                                  Case number *(if known)* **18-12012**

---

**3.292.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

SOCIAL REWARDS, INC.
21250 HAWTHORNE BLVD
STE 540
TORRANCE CA 90503

☐ Contingent
☐ Unliquidated
☑ Disputed

$11,000.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE CLAIM

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.293.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

SONIC SYMPHONY PRODUCTIONS
324 S BEVERLY DR STE 703
BEVERLY HILLS CA 90212

☐ Contingent
☐ Unliquidated
☑ Disputed

$900.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE CLAIM

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.294.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

SONY
10202 W WASHINGTON BLVD
CULVER CITY CA 90232

☐ Contingent
☐ Unliquidated
☑ Disputed

$125,375.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE CLAIM

**Is the claim subject to offset?**

☐ No
☐ Yes

---

Debtor    **Open Road Films, LLC**                                                      Case number *(if known)* **18-12012**

| 3.295. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.295. **Nonpriority creditor's name and mailing address**

SONY ELECTRONICS, INC.
PO BOX 100172
PASADENA CA 91189

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$327,195.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE CLAIM

**Is the claim subject to offset?**

☐ No
☐ Yes

---

3.296. **Nonpriority creditor's name and mailing address**

SONY PICTURES
BANK OF AMERICA FILE 54715
LOS ANGELES CA 90074-4715

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$2,010.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE CLAIM

**Is the claim subject to offset?**

☐ No
☐ Yes

---

3.297. **Nonpriority creditor's name and mailing address**

SONY/ATV MUSIC PUBLISHING INC DBA
EXTREME GROUP HOLDINGS LLC
PO BOX 11407 DEPT 1520
BIRMINGHAM AL 35246-1520

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$15,000.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE CLAIM

**Is the claim subject to offset?**

☐ No
☐ Yes

---

Debtor   **Open Road Films, LLC**                                          Case number *(if known)* **18-12012**

| 3.298. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

SOUS CHEF, LLC
C/O LETO BASSUK
3835 EAST THOUSAND OAKS BLVD
THOUSAND OAKS CA 91362

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$250,000.00

**Date or dates debt was incurred**

UNKNOWN

**Basis for the claim:**

PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.299.   **Nonpriority creditor's name and mailing address**

SOUS CHEF, LLC
3835 EAST THOUSAND OAKS BLVD
THOUSAND OAKS CA 91362

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Amount of claim**

$102,421.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

PARTICIPATIONS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

3.300.   **Nonpriority creditor's name and mailing address**

SOUTHERN MUSIC PUBLISHING
901 W ALAMEDA AVE
STE 108
BURBANK CA 91506

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Amount of claim**

$7,500.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

Debtor    **Open Road Films, LLC**

Case number *(if known)* **18-12012**

| | | |
|---|---|---|
| 3.301. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

SPEGS, LLC (F/S/O STEPHENIE MEYER)
9336 CIVIC CTR DR
BEVERLY HILLS CA 90210

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Amount of claim**

$11,705.42

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

PARTICIPATIONS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

3.302.    **Nonpriority creditor's name and mailing address**

SPOTIFY TECHNOLOGY
9200 W. SUNSET BLVD.
WEST HOLLYWOOD CA 90069

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Amount of claim**

$349,673.43

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

3.303.    **Nonpriority creditor's name and mailing address**

SPOTLIGHT FILM, LLC
331 FOOTHILL RD 3RD FL
BEVERLY HILLS CA 90210

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Amount of claim**

$42,582.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

PARTICIPATIONS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

Debtor   **Open Road Films, LLC**                                    Case number *(if known)* **18-12012**

| 3.304. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim** |
|---|---|---|---|

**3.304.** **Nonpriority creditor's name and mailing address**

STAMPEDE POST PRODUCTIONS, INC.
816 NORTH HIGHLAND AVE
LOS ANGELES CA 90038

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Amount of claim**

$209,005.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.305.** **Nonpriority creditor's name and mailing address**

STAPLES BUSINESS ADVANTAGE
PO BOX 83689
CHICAGO IL 60696

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$965.40

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.306.** **Nonpriority creditor's name and mailing address**

STARPIX, LTD.
4 BEACON WAY STE 1811
JERSEY CITY NJ 07304

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,500.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    **Open Road Films, LLC**                                    Case number *(if known)* **18-12012**

---

**3.307.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

STARWORKS ARTISTS
440 N LABREA AVE
LOS ANGELES CA 90036

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

$9,775.18

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.308.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

STUDIO MOVIE GRILL HOLDINGS, LLC
8350 NORTH CENTRAL EXPWY STE 400
DALLAS TX 75206

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,281.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.309.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

STUDIOCANAL, S.A.
1 PLACE DE SPECTACLE
92 130 ISSY LES MOULINEAUX
FRANCE

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

$37,943.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

PARTICIPATIONS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

Debtor    **Open Road Films, LLC**                                                           Case number *(if known)* **18-12012**

---

**3.310.**    **Nonpriority creditor's name and mailing address**

SWISHER PRODUCTIONS LLC
1438 N. GOWER STREET
BOX 3
HOLLYWOOD CA 90028

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**

TRADE CLAIM

**Is the claim subject to offset?**

☐ No
☐ Yes

**Amount of claim**

$371,468.94

---

**3.311.**    **Nonpriority creditor's name and mailing address**

SYNCHRONIC LLC
6922 HOLLYWOOD BLVD 12TH FLR
LOS ANGELES CA 90028

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE CLAIM

**Is the claim subject to offset?**

☐ No
☐ Yes

**Amount of claim**

$10,000.00

---

**3.312.**    **Nonpriority creditor's name and mailing address**

TACK ARTIST GROUP, LLC
7119 W SUNSET BL 190
LOS ANGELES CA 90046

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE CLAIM

**Is the claim subject to offset?**

☐ No
☐ Yes

**Amount of claim**

$1,940.00

---

Debtor    **Open Road Films, LLC**

Case number *(if known)* **18-12012**

| 3.313. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

TANG MEDIA PARTNERS LLC
2049 CENTURY PARK EAST
4TH FLOOR
LOS ANGELES CA 90067

☐ Contingent
☐ Unliquidated
☐ Disputed

$467,110.53

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

INTERCOMPANY

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| 3.314. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

TAPAD INC
60 MADISON AVENUE
3RD FLOOR
NEW YORK NY 10010

☐ Contingent
☐ Unliquidated
☑ Disputed

$34,967.35

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE CLAIM

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| 3.315. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

TELEPACIFIC CORP DBA TPX
COMMUNICATIONS
PO BOX 509013
SAN DIEGO CA 92150

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,406.21

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE CLAIM

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    **Open Road Films, LLC**                                                    Case number *(if known)* **18-12012**

| 3.316. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

THE CLAPBACK, INC.
200 PARK AVE SOUTH
8TH FL
NEW YORK NY 10003

☐ Contingent
☐ Unliquidated
☑ Disputed

$11,250.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| 3.317. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

THE DOG AGENCY
135 MADISON AVE
5TH FL
NEW YORK NY 10016

☐ Contingent
☐ Unliquidated
☑ Disputed

$50,000.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| 3.318. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

THE HIT HOUSE LLC
4611 MILNE DR
TORRANCE CA 90505

☐ Contingent
☐ Unliquidated
☐ Disputed

$20,000.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

Debtor  **Open Road Films, LLC**                                            Case number *(if known)* **18-12012**

| 3.319. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | THE HURWITZ ENTERTAINMENT COMPANY<br>5344 VINELAND AVE<br>NORTH HOLLYWOOD CA 91601 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $842.00 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE CLAIM | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |

| 3.320. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | THE INFLUENTIAL NETWORK<br>823 SOUTH LAS VEGAS BOULEVARD<br>SUITE 500<br>LAS VEGAS NV 89101 | ☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | $104,902.03 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE CLAIM | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |

| 3.321. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | THE JOBS FILM, LLC<br>1909 WOODALL RODGERS, SUITE 300<br>DALLAS TX 75201 | ☒ Contingent<br>☒ Unliquidated<br>☐ Disputed | $3,799.00 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>PARTICIPATIONS | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |

Debtor    **Open Road Films, LLC**

Case number *(if known)* **18-12012**

| 3.322. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

THE MOTION PICTURE CLUB FOUNDATION
PO BOX 970
NEW YORK NY 10185

☐ Contingent
☐ Unliquidated
☒ Disputed

$1,475.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| 3.323. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

THE ONLY AGENCY, INC
20 WEST 22ND ST STE 701
NEW YORK NY 10010

☒ Contingent
☐ Unliquidated
☐ Disputed

$2,500.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| 3.324. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

THE REFINERY
14455 VENTURA BLVD
SHERMAN OAKS CA 91423

☐ Contingent
☐ Unliquidated
☐ Disputed

$24,478.58

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor   **Open Road Films, LLC**                              Case number *(if known)* **18-12012**

---

**3.325.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
*Check all that apply.*

THE WALL GROUP LA, LLC
38 WEST 21 ST
11TH FL
NEW YORK NY 10010

☐ Contingent
☐ Unliquidated
☑ Disputed

$40,342.50

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.326.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
*Check all that apply.*

THINK LATINO!
2780 SANTA MARIA RD
TOPANGA CA 90290

☑ Contingent
☐ Unliquidated
☐ Disputed

$36,440.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.327.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
*Check all that apply.*

TICKTBOX ENTERPRISES LLC
7670 OPPORTUNITY RD STE 250
SAN DIEGO CA 92111

☐ Contingent
☐ Unliquidated
☐ Disputed

$19,775.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

Debtor   **Open Road Films, LLC**                                                                    Case number *(if known)* **18-12012**

---

| 3.328. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

**3.328.**

**Nonpriority creditor's name and mailing address**

TIME WARNER
BOX 223085
PITTSBURGH PA 15251-2085

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Amount of claim**

$63,750.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.329.**

**Nonpriority creditor's name and mailing address**

TIVOLI ENTERPRISES INC DBA CLASSIC
CINEMAS
603 ROGERS ST
DOWNERS GROVE IL 60515

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$400.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.330.**

**Nonpriority creditor's name and mailing address**

TOTALLYHER MEDIA LLC
5140 GOLDLEAF CIRCLE
3RD FLOOR
LOS ANGELES CA 90056

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Amount of claim**

$25,000.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

Debtor   **Open Road Films, LLC**                                    Case number *(if known)* **18-12012**

| 3.331. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.331.  **Nonpriority creditor's name and mailing address**

TRACEY MATTINGLY, LLC
717 N HIGHLAND AVE #9
LOS ANGELES CA 90038

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Amount of claim**

$150.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE CLAIM

**Is the claim subject to offset?**

☐ No
☐ Yes

---

3.332.  **Nonpriority creditor's name and mailing address**

TRAILER PARK, INC.
29437 NETWORK PL
CHICAGO IL 60673

**As of the petition filing date, the claim is:** *Check all that apply.*

☒ Contingent
☐ Unliquidated
☒ Disputed

**Amount of claim**

$193,414.79

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE CLAIM

**Is the claim subject to offset?**

☐ No
☐ Yes

---

3.333.  **Nonpriority creditor's name and mailing address**

TRANSAMERICA FINANCIAL LIFE INSURANCE
AGENCY
8488 SHEPHERD FARM DR
WEST CHESTER OH 45069

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Amount of claim**

$2,323.77

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE CLAIM

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    **Open Road Films, LLC**                                    Case number *(if known)* **18-12012**

| | | |
|---|---|---|
| **3.334.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

**3.334.**

**Nonpriority creditor's name and mailing address**

TREMOR VIDEO
1177 6TH AVE
9TH FLOOR
NEW YORK NY 10036

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Amount of claim** |
|---|
| $5,928.30 |

---

**3.335.**

**Nonpriority creditor's name and mailing address**

TRESENSA INC
443 PARK AVENUE SOUTH
SUITE 601
NEW YORK NY 10016

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Amount of claim** |
|---|
| $200,000.00 |

---

**3.336.**

**Nonpriority creditor's name and mailing address**

TURNER
1 COLUMBUS CIRCLE
NEW YORK NY 10019

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Amount of claim** |
|---|
| $3,398,015.05 |

Debtor   **Open Road Films, LLC**                                              Case number *(if known)* **18-12012**

**3.337.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---

**3.337.** **Nonpriority creditor's name and mailing address**

TWENTIETH CENTURY FOX FILM CORPORATION
PO BOX 900
BEVERLY HILLS CA 90213

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Amount of claim**

$458.54

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.338.** **Nonpriority creditor's name and mailing address**

TWITTER
1355 MARKET STREET
#900
SAN FRANCISCO CA 94103

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Amount of claim**

$625,799.53

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.339.** **Nonpriority creditor's name and mailing address**

UFC
C/O MULLEN LOWE
99 WASHINGTON STREET
SOUTH NORWALK CT 06854-3818

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Amount of claim**

$364,583.50

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    **Open Road Films, LLC**                                                    Case number *(if known)* **18-12012**

---

**3.340.** **Nonpriority creditor's name and mailing address**

UNITED STATES TREASURY
PO BOX 249
CINC.INNATI OH 45999-0039

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE CLAIM

**Is the claim subject to offset?**

☐ No

☐ Yes

| Amount of claim |
|---|
| $181.64 |

---

**3.341.** **Nonpriority creditor's name and mailing address**

UNIVERSAL MUSIC CORPORATION
2100 COLORADO AVENUE
SANTA MONICA CA 90404

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE CLAIM

**Is the claim subject to offset?**

☐ No

☐ Yes

| Amount of claim |
|---|
| $30,000.00 |

---

**3.342.** **Nonpriority creditor's name and mailing address**

UNIVERSAL MUSIC ENTERPRISES
2200 COLORADO AVENUE
SANTA MONICA CA 90404

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE CLAIM

**Is the claim subject to offset?**

☐ No

☐ Yes

| Amount of claim |
|---|
| $85,000.00 |

---

Debtor   **Open Road Films, LLC**                                    Case number *(if known)* **18-12012**

---

**3.343.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
|---|---|---|

UNIVISION
5999 CENTER DRIVE
LOS ANGELES CA 90045

☐ Contingent
☐ Unliquidated
☑ Disputed

$637,500.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.344.** **Nonpriority creditor's name and mailing address**

VARIETY BOYS & GIRLS CLUB
2530 CINC.INNATI ST
LOS ANGELES CA 90033

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Amount of claim**

$3,000.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.345.** **Nonpriority creditor's name and mailing address**

VARIETY-THE CHILDREN'S CHARITY OF
SOUTHERN CALIFORNIA
4601 WILSHIRE BLVD STE 260
LOS ANGELES CA 90010

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Amount of claim**

$575.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

Debtor    **Open Road Films, LLC**                                                                  Case number *(if known)* **18-12012**

**3.346.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---

**3.346.** **Nonpriority creditor's name and mailing address**

VEENA CROWNHOLM
2159 FERN DELL PL
LOS ANGELES CA 90068

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$2,000.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE CLAIM

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.347.** **Nonpriority creditor's name and mailing address**

VERITAS TECHNOLOGIES, LLC
500 E MIDDLEFIELLD RD
MOUNTAIN VIEW CA 94043

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$189.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE CLAIM

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.348.** **Nonpriority creditor's name and mailing address**

VERITES
DEPT 5032
LOS ANGELES CA 90084

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$27,990.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE CLAIM

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    **Open Road Films, LLC**                                                     Case number *(if known)* **18-12012**

**3.349.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---

**3.349.**

**Nonpriority creditor's name and mailing address**

VIACOM
1575 N. GOWER STREET
HOLLYWOOD CA 90028

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Amount of claim**

$7,068,378.65

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE CLAIM

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.350.**

**Nonpriority creditor's name and mailing address**

VICTOR ORLY CONSULTING
PO BOX 29
HARBOR CITY CA 90710

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Amount of claim**

$1,757.50

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE CLAIM

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.351.**

**Nonpriority creditor's name and mailing address**

VISION MEDIA MANAGEMENT & FULFILLMENT
29125 AVENUE PAINE
VALENCIA CA 91355

**As of the petition filing date, the claim is:** *Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$197,694.97

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE CLAIM

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor   **Open Road Films, LLC**                                      Case number *(if known)* **18-12012**

| 3.352. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

**3.352.**  **Nonpriority creditor's name and mailing address**

VOLFONI INC
4712 ADMIRALTY WAY #884
MARINA DEL REY CA 90292

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Amount of claim**

$1,312.85

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.353.**  **Nonpriority creditor's name and mailing address**

WARNER/CHAPPELL MUSIC, INC.
10585 SANTA MONICA BLVD
LOS ANGELES CA 90025

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$50,437.50

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.354.**  **Nonpriority creditor's name and mailing address**

WEBEDIA ENTERTAINMENT LLC
63 COPPS HILL RD
RIDGEFIELD CT 06877

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$20,000.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

Debtor   **Open Road Films, LLC**                                                      Case number *(if known)* **18-12012**

| | | |
|---|---|---|
| 3.355. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

**3.355.** | **Nonpriority creditor's name and mailing address**

WEST LA STORAGE, LLC D/B/A SELF STORAGE 1
11820 W OLYMPIC BLVD
LOS ANGELES CA 90064

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE CLAIM

**Is the claim subject to offset?**

☐ No
☐ Yes

**Amount of claim**

$483.00

---

**3.356.** | **Nonpriority creditor's name and mailing address**

WILDTRACKS
4111 W ALAMEDA AVE
STE 102
BURBANK CA 91505

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE CLAIM

**Is the claim subject to offset?**

☐ No
☐ Yes

**Amount of claim**

$5,300.00

---

**3.357.** | **Nonpriority creditor's name and mailing address**

WILL ROGERS MOTION PICTURE PIONEERS
FOUNDATION
10045 RIVERSIDE DR 3RD FLR
TOLUCA LAKE CA 91602

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

TRADE CLAIM

**Is the claim subject to offset?**

☐ No
☐ Yes

**Amount of claim**

$4,250.00

---

Debtor    **Open Road Films, LLC**                                        Case number *(if known)* **18-12012**

---

**3.358.**  | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

WORLDWIDE EXPRESS
2323 VICTORY AVE. SUITE 1600
DALLAS TX 75219

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

$103.49

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.359.**  | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

WP TECHNOLOGY
4950 YONGE STREET
SUITE 208
TORONTO ON M2M 3V5
CANADA

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

$139,869.37

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.360.**  | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

WRITERS GUILD OF AMERICA
7000 WEST 3RD ST
LOS ANGELES CA 90048

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

$359,440.92

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

GUILD RESIDUALS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

Debtor    **Open Road Films, LLC**                                             Case number *(if known)* **18-12012**

| | | |
|---|---|---|
| 3.361. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

3.361.    **Nonpriority creditor's name and mailing address**

ZACHARY BILGORE

UNKNOWN

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent

☐ Unliquidated

☑ Disputed

**Amount of claim**

$37.50

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No

☐ Yes

---

3.362.    **Nonpriority creditor's name and mailing address**

ZD PRODS, INC
10990 WILSHIRE BLVD 8TH FL
LOS ANGELES CA 90024

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent

☐ Unliquidated

☑ Disputed

**Amount of claim**

$400.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor   **Open Road Films, LLC**                                    Case number *(if known)* **18-12012**

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4.  **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.**

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| BARNES & THORNBURG LLP<br>DAVID M POWLEN;KEVIN G COLLINS<br>1000 N WEST ST STE 1500<br>WILMINGTON DE 19801 | Part 2 line 3.35 | _____ |
| BARNES & THORNBURG LLP<br>PAUL LAURIN;JONATHAN WIGHT<br>2029 CENTURY PARK E STE 300<br>LOS ANGELES CA 90067 | Part 2 line 3.35 | _____ |
| BUCHALTER, A PROFESSIONAL CORPORATION<br>PAMELA K WEBSTER<br>1000 WILSHIRE BLVD STE 1500<br>LOS ANGELES CA 90017 | Part 2 line 3.296 | _____ |
| BUCHALTER, A PROFESSIONAL CORPORATION<br>PAMELA K WEBSTER<br>1000 WILSHIRE BLVD STE 1500<br>LOS ANGELES CA 90017 | Part 2 line 3.294 | _____ |
| HILLER LAW, LLC<br>ADAM HILLER<br>1500 NORTH FRENCH STREET<br>2ND FLOOR<br>WILMINGTON DE 19801 | Part 2 line 3.259 | _____ |
| LUSKIN STERN & EISLER LLP<br>RICHARD STERN; STEPHAN E HORNUNG<br>ELEVEN TIMES SQUARE<br>NEW YORK NY 10036 | Part 2 line 3.349 | _____ |
| REED SMITH LLP<br>MICHAEL S SHERMAN<br>1901 AVE OF THE STARS STE 700<br>LOS ANGELES CA 90067 | Part 2 line 3.33 | _____ |
| REED SMITH LLP<br>MARSHA A HOUSTON;CHRISTOPHER O RIVAS<br>355 SOUTH GRAND AVE STE 2900<br>LOS ANGELES CA 90071-1514 | Part 2 line 3.33 | _____ |
| SHEPPARD MULLIN RICHTER & HAMPTON LLP<br>EDWARD H TILLINGHAST, ESQ<br>MICHAEL T DRISCOLL, ESQ<br>30 ROCKEFELLER PLAZA<br>NEW YORK NY 10112 | Part 2 line 3.291 | _____ |
| VENABLE LLP<br>KEITH C OWENS<br>2049 CENTURY PARK EAST STE 2300<br>SUITE 2300<br>LOS ANGELES CA 90067 | Part 2 line 3.113 | _____ |
| VENABLE LLP<br>KEITH C OWENS<br>2049 CENTURY PARK EAST STE 2300<br>SUITE 2300<br>LOS ANGELES CA 90067 | Part 2 line 3.114 | _____ |

Debtor   **Open Road Films, LLC**                                        Case number *(if known)* **18-12012**

| | | |
|---|---|---|
| VENABLE LLP<br>JAMIE L EDMONSON;DANIEL A O'BRIEN<br>1201 N MARKET ST STE 1400<br>WILMINGTON DE 19801 | Part 2 line 3.113 | _____ |
| VENABLE LLP<br>JAMIE L EDMONSON;DANIEL A O'BRIEN<br>1201 N MARKET ST STE 1400<br>WILMINGTON DE 19801 | Part 2 line 3.114 | _____ |
| WYATT TARRANT & COMBS LLP<br>MARY L FULLINGTON<br>250 WEST MAIN ST STE 1600<br>LEXINGTON KY 40507 | Part 2 line 3.99 | _____ |
| WYATT TARRANT & COMBS LLP<br>MARY L FULLINGTON<br>250 WEST MAIN ST STE 1600<br>LEXINGTON KY 40507 | Part 2 line 3.100 | _____ |

Debtor    **Open Road Films, LLC**                                                  Case number *(if known)* **18-12012**

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
| --- | --- |

5.    **Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | **Total of claim amounts** |
| --- | --- | --- | --- |
| **5a.** | **Total claims from Part 1** | 5a. | $0.00 |
| **5b.** | **Total claims from Part 2** | 5b.    **+** | $100,720,440.40 |
| **5c.** | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $100,720,440.40 |

| Fill in this information to identify the case: |
|---|
| **Debtor name:** Open Road Films, LLC |
| **United States Bankruptcy Court for the:** District of Delaware |
| **Case number (if known):** 18-12012 |

☐ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1. | Title of contract | BINDING TERM SHEET DATED APRIL 41, 2016 | 2.9 FILM DISTRIBUTION LTD. FIELDFISHER RIVERBANK HOUSE 2 SWAN LANE LONDON EC4R 3TT UNITED KINGDOM |
| | State what the contract or lease is for | ACQUISITION AGREEMENT | |
| | Nature of debtor's interest | DISTRIBUTOR | |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |
| 2.2. | Title of contract | AMENDMENT TO BINDING TERM SHEET DATED DECEMBER 14, 2016 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| | State what the contract or lease is for | ACQUISITION AGREEMENT | 2.9 FILM DISTRIBUTION LTD. FIELDFISHER RIVERBANK HOUSE 2 SWAN LANE LONDON EC4R 3TT UNITED KINGDOM |
| | Nature of debtor's interest | DISTRIBUTOR | |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |
| 2.3. | Title of contract | AMENDMENT NO.2 TO BINDING TERM SHEET DATED JULY 1, 2017 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| | State what the contract or lease is for | ACQUISITION AGREEMENT | 2.9 FILM DISTRIBUTION LTD. FIELDFISHER RIVERBANK HOUSE 2 SWAN LANE LONDON EC4R 3TT UNITED KINGDOM |
| | Nature of debtor's interest | DISTRIBUTOR | |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

Debtor    **Open Road Films, LLC**                                                          Case number *(if known)* **18-12012**

| 2.4. | Title of contract | AMENDMENT NO.3 TO BINDING TERM SHEET DATED JUNE 4, 2018 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | ACQUISITION AGREEMENT | |
| | Nature of debtor's interest | DISTRIBUTOR | 2.9 FILM DISTRIBUTION LTD. FIELDFISHER RIVERBANK HOUSE 2 SWAN LANE LONDON EC4R 3TT UNITED KINGDOM |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.5. | Title of contract | DISTRIBUTOR INTERPARTY AGREEMENT DATED DECEMBER 22, 2016 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | INTERPARTY AGREEMENT | |
| | Nature of debtor's interest | DISTRIBUTOR | 2.9 FILM DISTRIBUTION LTD. FIELDFISHER RIVERBANK HOUSE 2 SWAN LANE LONDON EC4R 3TT UNITED KINGDOM |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.6. | Title of contract | PLAYMOBILE QUITCLAIM AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | ACQUISITION AGREEMENT | |
| | Nature of debtor's interest | DISTRIBUTOR | 2.9 FILM DISTRIBUTION LTD. FIELDFISHER RIVERBANK HOUSE 2 SWAN LANE LONDON EC4R 3TT UNITED KINGDOM |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.7. | Title of contract | SOW DATED MAY 23,2018 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | VENDOR AGREEMENT | |
| | Nature of debtor's interest | CUSTOMER | 42 WEST, LLC 600 THIRD AVE 23RD FLR NEW YORK NY 10016 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.8. | Title of contract | NON-EXCLUSIVE SYNCHRONIZATION/MASTER USE LICENSE AGREEMENT DATED JULY 26, 2017 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | 5 ALARM MUSIC 3500 W OLIVE AVE STE 810 BURBANK CA 91505 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

Debtor **Open Road Films, LLC**                                        Case number *(if known)* **18-12012**

| 2.9. | Title of contract | SYNCHRONIZATION AND MASTER RECORDING LICENSE DATED AUGUST 19,2013 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | 615 MUSIC LIBRARY, LLC 1030 16TH AVE SOUTH NASHVILLE TN 37212 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.10. | Title of contract | SYNCHRONIZATION AND MASTER RECORDING LICENSE DATED JANUARY 11,2018 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | 615 MUSIC LIBRARY, LLC 1030 16TH AVE SOUTH NASHVILLE TN 37212 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.11. | Title of contract | AMENDMENT #1 TO AGREEMENT DATED MAY 12, 2015 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | ACQUISITION AGREEMENT | |
| | Nature of debtor's interest | DISTRIBUTOR | 999 HOLDINGS, LLC 9378 WILSHIRE BLVD STE 210 BEVERLY HILLS CA 90212 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.12. | Title of contract | SYNCHRONIZED LICENSE AGREEMENT DATED JUNE 8,2015 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | A SIDE MUSIC, LLC D/B/A MODERN WORKS MUSIC PUBLISHING O/B/O RUBBER BAND MUSIC (BMI) PO BOX 120365 NASHVILLE TN 37212 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.13. | Title of contract | SYNCHRONIZATION LICENSE DATED MARCH 31,2017 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | A SIDE MUSIC, LLC D/B/A MODERN WORKS PUBLISHING O/B/O BAD CANDY MUSIC (ASCAP) PO BOX 120365 NASHVILLE TN 37212 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor **Open Road Films, LLC**                                                    Case number *(if known)* **18-12012**

| | | |
|---|---|---|
| 2.14. | **Title of contract** | LICENSE AGREEMENT - "END OF WATCH", "TRIPLE NINE", "SABOTAGE" AND "NIGHTCRAWLER" DATED SEPTEMBER 12,2016 |
| | **State what the contract or lease is for** | EXPLOITATION AGREEMENT |
| | **Nature of debtor's interest** | LICENSOR |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

A&E TELEVISION NETWORKS, LLC
2049 CENTURY PARK EAST
#1000
LOS ANGELES CA 90067

| | | |
|---|---|---|
| 2.15. | **Title of contract** | NOTICE OF CONSENT AND IRREVOCABLE ASSIGNMENT DATED MARCH 23,2017 |
| | **State what the contract or lease is for** | EXPLOITATION AGREEMENT |
| | **Nature of debtor's interest** | LICENSOR |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

A&E TELEVISION NETWORKS, LLC
2049 CENTURY PARK EAST
#1000
LOS ANGELES CA 90067

| | | |
|---|---|---|
| 2.16. | **Title of contract** | LETTER OF ACKNOLWGEDMENT - LICENSE AGREEMENT - "TRIPLE NINE" AND "NIGHTCRAWLER" DATED SEPTEMBER 12,2016 |
| | **State what the contract or lease is for** | EXPLOITATION AGREEMENT |
| | **Nature of debtor's interest** | LICENSOR |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

A&E TELEVISION NETWORKS, LLC
AND ELEVATION PICTURES CORP.
2049 CENTURY PARK EAST
#1000
LOS ANGELES CA 90067

| | | |
|---|---|---|
| 2.17. | **Title of contract** | LETTER OF ACKNOLWGEDMENT - LICENSE AGREEMENT - "TRIPLE NINE" AND "NIGHTCRAWLER" DATED SEPTEMBER 12,2016 |
| | **State what the contract or lease is for** | EXPLOITATION AGREEMENT |
| | **Nature of debtor's interest** | LICENSOR |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

A&E TELEVISION NETWORKS, LLC
AND VVS FILMS
2049 CENTURY PARK EAST
#1000
LOS ANGELES CA 90067

| | | |
|---|---|---|
| 2.18. | **Title of contract** | SILENT HILL: REVELATION 3D - TRAILERS / ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED OCTOBER 17,2012 |
| | **State what the contract or lease is for** | MUSIC LICENSE |
| | **Nature of debtor's interest** | LICENSEE |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

A. MILES MOSLEY / TAMING BEAR PUBLISHING
17 TOPSAIL ST #2
MARINA DEL REY CA 90292

Debtor   **Open Road Films, LLC**                                                    Case number *(if known)* **18-12012**

---

| 2.19. | **Title of contract** | SECOND AMENDMENT TO EMPLOYMENT AGREEMENT DATED JUNE 1, 2015 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | EMPLOYMENT AGREEMENT | |
| | **Nature of debtor's interest** | EMPLOYER | ABIKZER AVI |
| | **State the term remaining** | _____ | 2049 CENTURY PK EAST 4TH FL LOS ANGELES CA 90067 |
| | **List the contract number of any government contract** | _____ | |

| 2.20. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED JUNE 5,2017 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | ADAM F. LASUS |
| | **State the term remaining** | _____ | 4524 ETHEL AVE STUDIO CITY CA 91604 |
| | **List the contract number of any government contract** | _____ | |

| 2.21. | **Title of contract** | AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | VENDOR AGREEMENT | |
| | **Nature of debtor's interest** | CUSTOMER | ADP SCREENING & SELECTION SERVICES |
| | **State the term remaining** | _____ | PO BOX 645177 |
| | **List the contract number of any government contract** | _____ | CINCINNATI OH 45264-5177 |

| 2.22. | **Title of contract** | AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | VENDOR AGREEMENT | |
| | **Nature of debtor's interest** | CUSTOMER | ADR SERVICES, INC. |
| | **State the term remaining** | _____ | 1900 AVENUE OF THE STARS STE 200 |
| | **List the contract number of any government contract** | _____ | LOS ANGELES CA 90067 |

| 2.23. | **Title of contract** | AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | VENDOR AGREEMENT | |
| | **Nature of debtor's interest** | CUSTOMER | ADSTREAM NORTH AMERICA, INC. |
| | **State the term remaining** | _____ | PO BOX 74008348 |
| | **List the contract number of any government contract** | _____ | CHICAGO IL 60674-8348 |

Debtor **Open Road Films, LLC**                                    Case number *(if known)* **18-12012**

| 2.24. | Title of contract | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | VENDOR AGREEMENT | |
| | Nature of debtor's interest | CUSTOMER | ADWEEK, LLC |
| | State the term remaining | | 825 8TH AVE |
| | | | 29TH FL |
| | List the contract number of any government contract | | NEW YORK NY 10019 |

| 2.25. | Title of contract | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | VENDOR AGREEMENT | |
| | Nature of debtor's interest | CUSTOMER | ALAMO DRAFTHOUSE CINEMA LITTLETON |
| | State the term remaining | | 612A E 6TH STREET |
| | List the contract number of any government contract | | AUSTIN TX 78701 |

| 2.26. | Title of contract | THE GREY - TRAILERS / ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED JANUARY 24,2012 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | ALEX PITSCHKA / MONTAGE MUSIC |
| | Nature of debtor's interest | LICENSEE | 20485 ROCA CHICA DR |
| | State the term remaining | | MALIBU CA 90265 |
| | List the contract number of any government contract | | |

| 2.27. | Title of contract | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | VENDOR AGREEMENT | |
| | Nature of debtor's interest | CUSTOMER | ALEXA PLATT |
| | State the term remaining | | 682 MUSKINGUM AVE |
| | | | PACIFIC PALISADES CA 90272 |
| | List the contract number of any government contract | | |

| 2.28. | Title of contract | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED MAY 22, 2018 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | ALEXIS JAMES THOMAKOS |
| | State the term remaining | | 545 THROOP AVE |
| | | | APT 4 |
| | List the contract number of any government contract | | BROOKLYN NY 11216 |

Debtor   **Open Road Films, LLC**                                          Case number *(if known)* **18-12012**

| | | |
|---|---|---|
| 2.29. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED MAY 21, 2018 |
| | **State what the contract or lease is for** | MUSIC LICENSE |
| | **Nature of debtor's interest** | LICENSEE |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

ALEXIS JAMES THOMAKOS
545 THROOP AVE
APT 4
BROOKLYN NY 11216

| | | |
|---|---|---|
| 2.30. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED APRIL 16,2018 |
| | **State what the contract or lease is for** | MUSIC LICENSE |
| | **Nature of debtor's interest** | LICENSEE |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

ALEXIS JAMES THOMAKOS
545 THROOP AVE
APT 4
BROOKLYN NY 11216

| | | |
|---|---|---|
| 2.31. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED MAY 22,2018 |
| | **State what the contract or lease is for** | MUSIC LICENSE |
| | **Nature of debtor's interest** | LICENSEE |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

ALEXIS JAMES THOMAKOS
545 THROOP AVE
APT 4
BROOKLYN NY 11216

| | | |
|---|---|---|
| 2.32. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED MAY 25, 2018 |
| | **State what the contract or lease is for** | MUSIC LICENSE |
| | **Nature of debtor's interest** | LICENSEE |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

ALIBI MUSIC L.P.
731 W BROAD ST
BETHLEHEM PA 18018

| | | |
|---|---|---|
| 2.33. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED MAY 21, 2018 |
| | **State what the contract or lease is for** | MUSIC LICENSE |
| | **Nature of debtor's interest** | LICENSEE |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

ALIBI MUSIC L.P.
731 W BROAD ST
BETHLEHEM PA 18018

Debtor   **Open Road Films, LLC**                                    Case number *(if known)* **18-12012**

| 2.34. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED JULY 9,2018 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | ALIBI MUSIC L.P. 731 W BROAD ST BETHLEHEM PA 18018 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.35. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED NOVEMBER 17,2016 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | ALIBI MUSIC L.P. 731 W BROAD ST BETHLEHEM PA 18018 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.36. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED JUNE 29,2016 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | ALIBI MUSIC L.P. 731 W BROAD ST BETHLEHEM PA 18018 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.37. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED MAY 29,2015 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | ALIBI MUSIC L.P. 731 W BROAD ST BETHLEHEM PA 18018 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.38. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED MAY 15,2015 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | ALIBI MUSIC L.P. 731 W BROAD ST BETHLEHEM PA 18018 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

Debtor    **Open Road Films, LLC**                                    Case number *(if known)* **18-12012**

| | | |
|---|---|---|
| **2.39.** | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED JUNE 15,2012 |
| | **State what the contract or lease is for** | MUSIC LICENSE |
| | **Nature of debtor's interest** | LICENSEE |
| | **State the term remaining** | _____ |
| | **List the contract number of any government contract** | _____ |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

ALIBI MUSIC L.P.
731 W BROAD ST
BETHLEHEM PA 18018

| | | |
|---|---|---|
| **2.40.** | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED AUGUST 15,2012 |
| | **State what the contract or lease is for** | MUSIC LICENSE |
| | **Nature of debtor's interest** | LICENSEE |
| | **State the term remaining** | _____ |
| | **List the contract number of any government contract** | _____ |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

ALIBI MUSIC L.P.
731 W BROAD ST
BETHLEHEM PA 18018

| | | |
|---|---|---|
| **2.41.** | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED AUGUST 10,2012 |
| | **State what the contract or lease is for** | MUSIC LICENSE |
| | **Nature of debtor's interest** | LICENSEE |
| | **State the term remaining** | _____ |
| | **List the contract number of any government contract** | _____ |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

ALIBI MUSIC L.P.
731 W BROAD ST
BETHLEHEM PA 18018

| | | |
|---|---|---|
| **2.42.** | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED APRIL 30,2012 |
| | **State what the contract or lease is for** | MUSIC LICENSE |
| | **Nature of debtor's interest** | LICENSEE |
| | **State the term remaining** | _____ |
| | **List the contract number of any government contract** | _____ |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

ALIBI MUSIC L.P.
731 W BROAD ST
BETHLEHEM PA 18018

| | | |
|---|---|---|
| **2.43.** | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED MAY 25,2018 |
| | **State what the contract or lease is for** | MUSIC LICENSE |
| | **Nature of debtor's interest** | LICENSEE |
| | **State the term remaining** | _____ |
| | **List the contract number of any government contract** | _____ |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

ALIBI MUSIC L.P.
731 W BROAD ST
BETHLEHEM PA 18018

Debtor    **Open Road Films, LLC**                                                                    Case number *(if known)* **18-12012**

| | | | |
|---|---|---|---|
| 2.44. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED JULY 27,2013 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | ALIBI MUSIC L.P. 731 W BROAD ST BETHLEHEM PA 18018 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| | | | |
|---|---|---|---|
| 2.45. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED AUGUST 26,2013 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | ALIBI MUSIC L.P. 731 W BROAD ST BETHLEHEM PA 18018 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| | | | |
|---|---|---|---|
| 2.46. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED SEPTEMBER 26,2013 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | ALIBI MUSIC L.P. 731 W BROAD ST BETHLEHEM PA 18018 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| | | | |
|---|---|---|---|
| 2.47. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED AUGUST 30,2016 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | ALIBI MUSIC L.P. 731 W BROAD ST BETHLEHEM PA 18018 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| | | | |
|---|---|---|---|
| 2.48. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED FEBRUARY 8,2017 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | ALIBI MUSIC L.P. 731 W BROAD ST BETHLEHEM PA 18018 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

Debtor    **Open Road Films, LLC**

Case number *(if known)* **18-12012**

| 2.49. | Title of contract | NIGHTCRAWLER - TRAILERS/ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED SEPTEMBER 26,2014 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | ALIBI MUSIC L.P. 731 W BROAD ST BETHLEHEM PA 18018 |
| | Nature of debtor's interest | LICENSEE | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.50. | Title of contract | NIGHTCRAWLER - TRAILERS/ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED OCTOBER 23,2014 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | ALIBI MUSIC L.P. 731 W BROAD ST BETHLEHEM PA 18018 |
| | Nature of debtor's interest | LICENSEE | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.51. | Title of contract | THE NUT JOB - TRAILERS/ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED JANUARY 10,2014 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | ALIBI MUSIC L.P. 731 W BROAD ST BETHLEHEM PA 18018 |
| | Nature of debtor's interest | LICENSEE | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.52. | Title of contract | THE NUT JOB - TRAILERS/ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED NOVEMBER 18,2013 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | ALIBI MUSIC L.P. 731 W BROAD ST BETHLEHEM PA 18018 |
| | Nature of debtor's interest | LICENSEE | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.53. | Title of contract | THE NUT JOB 2 - TRAILERS/ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED MARCH 28,2017 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | ALIBI MUSIC L.P. 731 W BROAD ST BETHLEHEM PA 18018 |
| | Nature of debtor's interest | LICENSEE | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor   **Open Road Films, LLC**                                          Case number *(if known)* **18-12012**

| 2.54. | Title of contract | SHOW DOGS - TRAILERS / ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED JANUARY 5,2018 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | ALIBI MUSIC L.P. 731 W BROAD ST BETHLEHEM PA 18018 |
| | Nature of debtor's interest | LICENSEE | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.55. | Title of contract | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE DATED OCTOBER 16,2012 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | ALIBI MUSIC L.P. 731 W BROAD ST BETHLEHEM PA 18018 |
| | Nature of debtor's interest | LICENSEE | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.56. | Title of contract | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE DATED JANUARY 14,2013 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | ALIBI MUSIC L.P. 731 W BROAD ST BETHLEHEM PA 18018 |
| | Nature of debtor's interest | LICENSEE | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.57. | Title of contract | SILENT HILL: REVELATION 3D - TRAILERS / ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED OCTOBER 10,2012 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | ALIBI MUSIC L.P. 731 W BROAD ST BETHLEHEM PA 18018 |
| | Nature of debtor's interest | LICENSEE | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.58. | Title of contract | SILENT HILL: REVELATION 3D - TRAILERS / ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED OCTOBER 8,2012 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | ALIBI MUSIC L.P. 731 W BROAD ST BETHLEHEM PA 18018 |
| | Nature of debtor's interest | LICENSEE | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor    **Open Road Films, LLC**                                                          Case number *(if known)* **18-12012**

| | | |
|---|---|---|
| 2.59. | **Title of contract** | SILENT HILL: REVELATION 3D - TRAILERS / ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED JULY 23,2012 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | MUSIC LICENSE | ALIBI MUSIC L.P. |
| | **Nature of debtor's interest** | LICENSEE | 731 W BROAD ST |
| | **State the term remaining** | _____ | BETHLEHEM PA 18018 |
| | **List the contract number of any government contract** | _____ | |

| | | |
|---|---|---|
| 2.60. | **Title of contract** | SILENT HILL: REVELATION 3D - TRAILERS / ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED JULY 23,2012 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | MUSIC LICENSE | ALIBI MUSIC L.P. |
| | **Nature of debtor's interest** | LICENSEE | 731 W BROAD ST |
| | **State the term remaining** | _____ | BETHLEHEM PA 18018 |
| | **List the contract number of any government contract** | _____ | |

| | | |
|---|---|---|
| 2.61. | **Title of contract** | SLEEPLESS - TRAILERS / ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED SEPTEMBER 20,2016 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | MUSIC LICENSE | ALIBI MUSIC L.P. |
| | **Nature of debtor's interest** | LICENSEE | 731 W BROAD ST |
| | **State the term remaining** | _____ | BETHLEHEM PA 18018 |
| | **List the contract number of any government contract** | _____ | |

| | | |
|---|---|---|
| 2.62. | **Title of contract** | SLEEPLESS - TRAILERS / ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED DECEMBER 1,2016 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | MUSIC LICENSE | ALIBI MUSIC L.P. |
| | **Nature of debtor's interest** | LICENSEE | 731 W BROAD ST |
| | **State the term remaining** | _____ | BETHLEHEM PA 18018 |
| | **List the contract number of any government contract** | _____ | |

| | | |
|---|---|---|
| 2.63. | **Title of contract** | SLEEPLESS - TRAILERS / ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED SEPTEMBER 20,2016 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | MUSIC LICENSE | ALIBI MUSIC L.P. |
| | **Nature of debtor's interest** | LICENSEE | 731 W BROAD ST |
| | **State the term remaining** | _____ | BETHLEHEM PA 18018 |
| | **List the contract number of any government contract** | _____ | |

Debtor    **Open Road Films, LLC**

Case number *(if known)* **18-12012**

| 2.64. | Title of contract | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED JULY 15,2016 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | ALIBI MUSIC L.P. 731 W BROAD ST BETHLEHEM PA 18018 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.65. | Title of contract | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED JULY 12,2016 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | ALIBI MUSIC L.P. 731 W BROAD ST BETHLEHEM PA 18018 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.66. | Title of contract | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED FEBRUARY 14,2017 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | ALIBI MUSIC L.P. 731 W BROAD ST BETHLEHEM PA 18018 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.67. | Title of contract | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED FEBRUARY 14,2017 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | ALIBI MUSIC L.P. 731 W BROAD ST BETHLEHEM PA 18018 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.68. | Title of contract | THE FLUFFY MOVIE - TRAILERS / ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED JULY 15,2014 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | ALIBI MUSIC L.P. 731 W BROAD ST BETHLEHEM PA 18018 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor **Open Road Films, LLC**                                                    Case number *(if known)* **18-12012**

| 2.69. | Title of contract | THE GREY - TRAILERS / ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED NOVEMBER 30,2011 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | ALIBI MUSIC L.P. |
| | Nature of debtor's interest | LICENSEE | 731 W BROAD ST BETHLEHEM PA 18018 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.70. | Title of contract | THE GREY - TRAILERS / ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED JANUARY 10,2012 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | ALIBI MUSIC L.P. |
| | Nature of debtor's interest | LICENSEE | 731 W BROAD ST BETHLEHEM PA 18018 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.71. | Title of contract | THE GUNMAN - TRAILERS / ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED FEBRUARY 13,2015 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | ALIBI MUSIC L.P. |
| | Nature of debtor's interest | LICENSEE | 731 W BROAD ST BETHLEHEM PA 18018 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.72. | Title of contract | THE GUNMAN - TRAILERS / ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED MARCH 10,2015 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | ALIBI MUSIC L.P. |
| | Nature of debtor's interest | LICENSEE | 731 W BROAD ST BETHLEHEM PA 18018 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.73. | Title of contract | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED FEBRUARY 7,2013 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | ALIBI MUSIC L.P. |
| | Nature of debtor's interest | LICENSEE | 731 W BROAD ST BETHLEHEM PA 18018 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor    **Open Road Films, LLC**                                                    Case number *(if known)* **18-12012**

| 2.74. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED FEBRUARY 12,2013 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | ALIBI MUSIC L.P. 731 W BROAD ST BETHLEHEM PA 18018 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.75. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED FEBRUARY 12,2013 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | ALIBI MUSIC L.P. 731 W BROAD ST BETHLEHEM PA 18018 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.76. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED OCTOBER 31,2012 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | ALIBI MUSIC L.P. 731 W BROAD ST BETHLEHEM PA 18018 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.77. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED MARCH 5,2012 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | ALIBI MUSIC L.P. 731 W BROAD ST BETHLEHEM PA 18018 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.78. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED NOVEMBER 25,2014 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | ALIBI MUSIC L.P. 731 W BROAD ST BETHLEHEM PA 18018 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

Debtor   **Open Road Films, LLC**                                                                Case number *(if known)* **18-12012**

**2.79.** | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED JANUARY 22,2015 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| **State what the contract or lease is for** | MUSIC LICENSE |
| **Nature of debtor's interest** | LICENSEE | ALIBI MUSIC L.P.
| **State the term remaining** | _____ | 731 W BROAD ST
| **List the contract number of any government contract** | _____ | BETHLEHEM PA 18018

**2.80.** | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED JANUARY 5,2015 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| **State what the contract or lease is for** | MUSIC LICENSE |
| **Nature of debtor's interest** | LICENSEE | ALIBI MUSIC L.P.
| **State the term remaining** | _____ | 731 W BROAD ST
| **List the contract number of any government contract** | _____ | BETHLEHEM PA 18018

**2.81.** | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED OCTOBER 2,2015 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| **State what the contract or lease is for** | MUSIC LICENSE |
| **Nature of debtor's interest** | LICENSEE | ALIBI MUSIC L.P.
| **State the term remaining** | _____ | 731 W BROAD ST
| **List the contract number of any government contract** | _____ | BETHLEHEM PA 18018

**2.82.** | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED OCTOBER 22,2015 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| **State what the contract or lease is for** | MUSIC LICENSE |
| **Nature of debtor's interest** | LICENSEE | ALIBI MUSIC L.P.
| **State the term remaining** | _____ | 731 W BROAD ST
| **List the contract number of any government contract** | _____ | BETHLEHEM PA 18018

**2.83.** | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED FEBRUARY 19,2016 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| **State what the contract or lease is for** | MUSIC LICENSE |
| **Nature of debtor's interest** | LICENSEE | ALIBI MUSIC L.P.
| **State the term remaining** | _____ | 731 W BROAD ST
| **List the contract number of any government contract** | _____ | BETHLEHEM PA 18018

Debtor   **Open Road Films, LLC**                                                    Case number *(if known)* **18-12012**

| | | | |
|---|---|---|---|
| 2.84. | **Title of contract** | DISTRIBUTION RIGHTS ACQUISITION AND FINANCING AGREEMENT DATED OCTOBER 18, 2016 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | ACQUISITION AGREEMENT | |
| | **Nature of debtor's interest** | DISTRIBUTOR | ALL I SEE PARTNERS 2015 L.P. 9200 SUNSET BLVD STE 1200 WEST HOLLYWOOD CA 90069 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| | | | |
|---|---|---|---|
| 2.85. | **Title of contract** | NO ASSUMPTION AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | ASSUMPTION AGREEMENT | |
| | **Nature of debtor's interest** | DISTRIBUTOR | ALLIANCE OF CANADIAN CINEMA, TELEVISION AND RADIO ARTISTS 300 - 380 WEST 2ND AVE VANCOUVER BC V5Y 1C8 CANADA |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| | | | |
|---|---|---|---|
| 2.86. | **Title of contract** | SCOPE OF WORK AGREEEMENT DATED APRIL 23, 2013 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | VENDOR AGREEMENT | |
| | **Nature of debtor's interest** | CUSTOMER | ALLIED INTEGRATED MARKETING 6908 HOLLYWOOD BLVD. HOLLYWOOD CA 90028 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| | | | |
|---|---|---|---|
| 2.87. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED MARCH 5,2012 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | ALLOY TRACKS 5650 CAMELLIA AVE NORTH HOLLYWOOD CA 91601 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| | | | |
|---|---|---|---|
| 2.88. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED FEBRUARY 7,2013 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | ALLOY TRACKS 5650 CAMELLIA AVE NORTH HOLLYWOOD CA 91601 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

Debtor    **Open Road Films, LLC**                                                                       Case number *(if known)* **18-12012**

| 2.89. | Title of contract | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED NOVEMBER 17,2016 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | ALLOY TRACKS, LLC 5650 CAMELLIA AVE NORTH HOLLYWOOD CA 91601 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.90. | Title of contract | FIFTY SHADES OF BLACK - TRAILERS / ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED NOVEMBER 16,2015 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | ALLOY TRACKS, LLC 5650 CAMELLIA AVE NORTH HOLLYWOOD CA 91601 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.91. | Title of contract | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED NOVEMBER 4,2014 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | ALLOY TRACKS, LLC 5650 CAMELLIA AVE NORTH HOLLYWOOD CA 91601 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.92. | Title of contract | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED AUGUST 30,2016 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | ALLOY TRACKS, LLC 5650 CAMELLIA AVE NORTH HOLLYWOOD CA 91601 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.93. | Title of contract | THE NUT JOB - TRAILERS/ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED NOVEMBER 18,2013 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | ALLOY TRACKS, LLC 5650 CAMELLIA AVE NORTH HOLLYWOOD CA 91601 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor    **Open Road Films, LLC**                                                                 Case number *(if known)* **18-12012**

2.94.  **Title of contract**                   THE NUT JOB 2 - TRAILERS/ADVERTISING - COMBINED          **State the name and mailing address**
                                               SYNCHRONIZATION AND MASTER USE LICENSE                    **for all other parties with whom the**
                                               AGREEMENT DATED DECEMBER 21,2016                          **debtor has an executory contract or**
                                                                                                         **unexpired lease**
       **State what the contract or**          MUSIC LICENSE
       **lease is for**                                                                                  ALLOY TRACKS, LLC
                                                                                                         5650 CAMELLIA AVE
       **Nature of debtor's interest**         LICENSEE                                                  NORTH HOLLYWOOD CA 91601

       **State the term remaining**            _____

       **List the contract number of**         _____
       **any government contract**

2.95.  **Title of contract**                   SLEEPLESS - TRAILERS / ADVERTISING - COMBINED            **State the name and mailing address**
                                               SYNCHRONIZATION AND MASTER USE LICENSE                    **for all other parties with whom the**
                                               AGREEMENT DATED DECEMBER 1,2016                           **debtor has an executory contract or**
                                                                                                         **unexpired lease**
       **State what the contract or**          MUSIC LICENSE
       **lease is for**                                                                                  ALLOY TRACKS, LLC
                                                                                                         5650 CAMELLIA AVE
       **Nature of debtor's interest**         LICENSEE                                                  NORTH HOLLYWOOD CA 91601

       **State the term remaining**            _____

       **List the contract number of**         _____
       **any government contract**

2.96.  **Title of contract**                   COMBINED SYNCHRONIZATION AND MASTER USE                  **State the name and mailing address**
                                               LICENSE AGREEMENT DATED APRIL 7,2016                      **for all other parties with whom the**
                                                                                                         **debtor has an executory contract or**
                                                                                                         **unexpired lease**
       **State what the contract or**          MUSIC LICENSE
       **lease is for**                                                                                  ALLOY TRACKS, LLC
                                                                                                         5650 CAMELLIA AVE
       **Nature of debtor's interest**         LICENSEE                                                  NORTH HOLLYWOOD CA 91601

       **State the term remaining**            _____

       **List the contract number of**         _____
       **any government contract**

2.97.  **Title of contract**                   COMBINED SYNCHRONIZATION AND MASTER USE                  **State the name and mailing address**
                                               LICENSE AGREEMENT DATED FEBRUARY 14,2017                  **for all other parties with whom the**
                                                                                                         **debtor has an executory contract or**
                                                                                                         **unexpired lease**
       **State what the contract or**          MUSIC LICENSE
       **lease is for**                                                                                  ALLOY TRACKS, LLC
                                                                                                         5650 CAMELLIA AVE
       **Nature of debtor's interest**         LICENSEE                                                  NORTH HOLLYWOOD CA 91601

       **State the term remaining**            _____

       **List the contract number of**         _____
       **any government contract**

2.98.  **Title of contract**                   COMBINED SYNCHRONIZATION AND MASTER USE                  **State the name and mailing address**
                                               LICENSE AGREEMENT DATED NOVEMBER 4,2015                   **for all other parties with whom the**
                                                                                                         **debtor has an executory contract or**
                                                                                                         **unexpired lease**
       **State what the contract or**          MUSIC LICENSE
       **lease is for**                                                                                  ALLOY TRACKS, LLC
                                                                                                         5650 CAMELLIA AVE
       **Nature of debtor's interest**         LICENSEE                                                  NORTH HOLLYWOOD CA 91601

       **State the term remaining**            _____

       **List the contract number of**         _____
       **any government contract**

Debtor    **Open Road Films, LLC**

Case number *(if known)* **18-12012**

| 2.99. | Title of contract | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| | State what the contract or lease is for | VENDOR AGREEMENT | |
| | Nature of debtor's interest | CUSTOMER | ALLYSON SPIEGELMAN MANAGEMENT |
| | State the term remaining | _____ | 6253 HOLLYWOOD BLVD #1203 LOS ANGELES CA 90028 |
| | List the contract number of any government contract | _____ | |

| 2.100. | Title of contract | MOTION PICTURE TRAILER SYNCHRONIZATION RIGHTS LICENSE DATED JUNE 8,2015 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | ALMO MUSIC CORP. ON BEHALF OF ITSELF AND PRODUCER PIZZA PUBLISHING |
| | State the term remaining | _____ | 2100 COLORADO AVENUE SANTA MONICA CA 90404 |
| | List the contract number of any government contract | _____ | |

| 2.101. | Title of contract | PICTURE DEAL RIDER DATED MAY 3, 2016 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| | State what the contract or lease is for | ACQUISITION AGREEMENT | |
| | Nature of debtor's interest | DISTRIBUTOR | AMAZON CONTENT SERVICES, LLC 1620 26TH ST STE 4000N |
| | State the term remaining | _____ | SANTA MONICA CA 90404 |
| | List the contract number of any government contract | _____ | |

| 2.102. | Title of contract | THEATRICAL MASTER AGREEMENT DATED MAY 3, 2016 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| | State what the contract or lease is for | ACQUISITION AGREEMENT | |
| | Nature of debtor's interest | DISTRIBUTOR | AMAZON CONTENT SERVICES, LLC 1620 26TH ST STE 4000N |
| | State the term remaining | _____ | SANTA MONICA CA 90404 |
| | List the contract number of any government contract | _____ | |

| 2.103. | Title of contract | DIGITAL VIDEO LICENSE AGREEMENT DATED JANUARY 1,2016 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| | State what the contract or lease is for | EXPLOITATION AGREEMENT | |
| | Nature of debtor's interest | LICENSOR | AMAZON DIGITAL SERVICES, LLC 410 TERRY AVE NORTH |
| | State the term remaining | _____ | SEATTLE WA 98109-5210 |
| | List the contract number of any government contract | _____ | |

Debtor   **Open Road Films, LLC**                                                    Case number *(if known)* **18-12012**

**2.104.**  **Title of contract**                  FIRST AMENDMENT DATED JANUARY 1,2016          State the name and mailing address
                                                                                                 for all other parties with whom the
            **State what the contract or**          EXPLOITATION AGREEMENT                        debtor has an executory contract or
            **lease is for**                                                                      unexpired lease

            **Nature of debtor's interest**         LICENSOR                                      AMAZON DIGITAL SERVICES, LLC
                                                                                                 410 TERRY AVE NORTH
            **State the term remaining**            _____      SEATTLE WA 98109-5210

            **List the contract number of**         _____
            **any government contract**

**2.105.**  **Title of contract**                  DIGITAL VIDEO LICENSE AGREEMENT DATED JANUARY  State the name and mailing address
                                                    1,2017                                        for all other parties with whom the
                                                                                                 debtor has an executory contract or
            **State what the contract or**          EXPLOITATION AGREEMENT                        unexpired lease
            **lease is for**
                                                                                                 AMAZON DIGITAL SERVICES, LLC
            **Nature of debtor's interest**         LICENSOR                                      410 TERRY AVE NORTH
                                                                                                 SEATTLE WA 98109-5210
            **State the term remaining**            _____

            **List the contract number of**         _____
            **any government contract**

**2.106.**  **Title of contract**                  NOTICE OF CONSENT AND IRREVOCABLE ASSIGNMENT   State the name and mailing address
                                                    DATED JANUARY 4,2017                          for all other parties with whom the
                                                                                                 debtor has an executory contract or
            **State what the contract or**          EXPLOITATION AGREEMENT                        unexpired lease
            **lease is for**
                                                                                                 AMAZON DIGITAL SERVICES, LLC
            **Nature of debtor's interest**         LICENSOR                                      410 TERRY AVE NORTH
                                                                                                 SEATTLE WA 98109-5210
            **State the term remaining**            _____

            **List the contract number of**         _____
            **any government contract**

**2.107.**  **Title of contract**                  SECOND AMENDMENT DATED APRIL 25,2017           State the name and mailing address
                                                                                                 for all other parties with whom the
            **State what the contract or**          EXPLOITATION AGREEMENT                        debtor has an executory contract or
            **lease is for**                                                                      unexpired lease

            **Nature of debtor's interest**         LICENSOR                                      AMAZON DIGITAL SERVICES, LLC
                                                                                                 410 TERRY AVE NORTH
            **State the term remaining**            _____      SEATTLE WA 98109-5210

            **List the contract number of**         _____
            **any government contract**

**2.108.**  **Title of contract**                  NO ASSUMPTION AGREEMENT                        State the name and mailing address
                                                                                                 for all other parties with whom the
            **State what the contract or**          ASSUMPTION AGREEMENT                          debtor has an executory contract or
            **lease is for**                                                                      unexpired lease

            **Nature of debtor's interest**         DISTRIBUTOR                                   AMERICAN FEDERATION OF
                                                                                                 MUSICIANS
            **State the term remaining**            _____      817 VINE ST
                                                                                                 HOLLYWOOD CA 90038
            **List the contract number of**         _____
            **any government contract**

Debtor  **Open Road Films, LLC**                                                    Case number *(if known)* **18-12012**

| 2.109. | **Title of contract** | NO ASSUMPTION AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ASSUMPTION AGREEMENT | |
| | **Nature of debtor's interest** | DISTRIBUTOR | AMERICAN FEDERATION OF MUSICIANS |
| | **State the term remaining** | | 817 VINE ST |
| | **List the contract number of any government contract** | | HOLLYWOOD CA 90038 |

| 2.110. | **Title of contract** | NO ASSUMPTION AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ASSUMPTION AGREEMENT | |
| | **Nature of debtor's interest** | DISTRIBUTOR | AMERICAN FEDERATION OF MUSICIANS |
| | **State the term remaining** | | 817 VINE ST |
| | **List the contract number of any government contract** | | HOLLYWOOD CA 90038 |

| 2.111. | **Title of contract** | NO ASSUMPTION AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ASSUMPTION AGREEMENT | |
| | **Nature of debtor's interest** | DISTRIBUTOR | AMERICAN FEDERATION OF MUSICIANS |
| | **State the term remaining** | | 817 VINE ST |
| | **List the contract number of any government contract** | | HOLLYWOOD CA 90038 |

| 2.112. | **Title of contract** | NO ASSUMPTION AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ASSUMPTION AGREEMENT | |
| | **Nature of debtor's interest** | DISTRIBUTOR | AMERICAN FEDERATION OF MUSICIANS |
| | **State the term remaining** | | 817 VINE ST |
| | **List the contract number of any government contract** | | HOLLYWOOD CA 90038 |

| 2.113. | **Title of contract** | NO ASSUMPTION AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ASSUMPTION AGREEMENT | |
| | **Nature of debtor's interest** | DISTRIBUTOR | AMERICAN FEDERATION OF MUSICIANS |
| | **State the term remaining** | | 817 VINE ST |
| | **List the contract number of any government contract** | | HOLLYWOOD CA 90038 |

Debtor    **Open Road Films, LLC**                                              Case number *(if known)* **18-12012**

| 2.114. | **Title of contract** | NO ASSUMPTION AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ASSUMPTION AGREEMENT | |
| | **Nature of debtor's interest** | DISTRIBUTOR | AMERICAN FEDERATION OF MUSICIANS |
| | **State the term remaining** | _____ | 817 VINE ST |
| | **List the contract number of any government contract** | _____ | HOLLYWOOD CA 90038 |

| 2.115. | **Title of contract** | NO ASSUMPTION AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ASSUMPTION AGREEMENT | |
| | **Nature of debtor's interest** | DISTRIBUTOR | AMERICAN FEDERATION OF MUSICIANS |
| | **State the term remaining** | _____ | 817 VINE ST |
| | **List the contract number of any government contract** | _____ | HOLLYWOOD CA 90038 |

| 2.116. | **Title of contract** | NO ASSUMPTION AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ASSUMPTION AGREEMENT | |
| | **Nature of debtor's interest** | DISTRIBUTOR | AMERICAN FEDERATION OF MUSICIANS |
| | **State the term remaining** | _____ | 817 VINE ST |
| | **List the contract number of any government contract** | _____ | HOLLYWOOD CA 90038 |

| 2.117. | **Title of contract** | NO ASSUMPTION AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ASSUMPTION AGREEMENT | |
| | **Nature of debtor's interest** | DISTRIBUTOR | AMERICAN FEDERATION OF MUSICIANS |
| | **State the term remaining** | _____ | 817 VINE ST |
| | **List the contract number of any government contract** | _____ | HOLLYWOOD CA 90038 |

| 2.118. | **Title of contract** | NO ASSUMPTION AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ASSUMPTION AGREEMENT | |
| | **Nature of debtor's interest** | DISTRIBUTOR | AMERICAN FEDERATION OF MUSICIANS |
| | **State the term remaining** | _____ | 817 VINE ST |
| | **List the contract number of any government contract** | _____ | HOLLYWOOD CA 90038 |

Debtor  **Open Road Films, LLC**                                                    Case number *(if known)* **18-12012**

2.119. **Title of contract**                NO ASSUMPTION AGREEMENT              State the name and mailing address
                                                                                  for all other parties with whom the
        **State what the contract or**      ASSUMPTION AGREEMENT                  debtor has an executory contract or
        **lease is for**                                                          unexpired lease

        **Nature of debtor's interest**     DISTRIBUTOR                           AMERICAN FEDERATION OF
                                                                                  MUSICIANS
        **State the term remaining**        _____    817 VINE ST
                                                                                  HOLLYWOOD CA 90038
        **List the contract number of**     _____
        **any government contract**

2.120. **Title of contract**                NO ASSUMPTION AGREEMENT              State the name and mailing address
                                                                                  for all other parties with whom the
        **State what the contract or**      ASSUMPTION AGREEMENT                  debtor has an executory contract or
        **lease is for**                                                          unexpired lease

        **Nature of debtor's interest**     DISTRIBUTOR                           AMERICAN FEDERATION OF
                                                                                  MUSICIANS
        **State the term remaining**        _____    817 VINE ST
                                                                                  HOLLYWOOD CA 90038
        **List the contract number of**     _____
        **any government contract**

2.121. **Title of contract**                NO ASSUMPTION AGREEMENT              State the name and mailing address
                                                                                  for all other parties with whom the
        **State what the contract or**      ASSUMPTION AGREEMENT                  debtor has an executory contract or
        **lease is for**                                                          unexpired lease

        **Nature of debtor's interest**     DISTRIBUTOR                           AMERICAN FEDERATION OF
                                                                                  MUSICIANS
        **State the term remaining**        _____    817 VINE ST
                                                                                  HOLLYWOOD CA 90038
        **List the contract number of**     _____
        **any government contract**

2.122. **Title of contract**                NO ASSUMPTION AGREEMENT              State the name and mailing address
                                                                                  for all other parties with whom the
        **State what the contract or**      ASSUMPTION AGREEMENT                  debtor has an executory contract or
        **lease is for**                                                          unexpired lease

        **Nature of debtor's interest**     DISTRIBUTOR                           AMERICAN FEDERATION OF
                                                                                  MUSICIANS
        **State the term remaining**        _____    817 VINE ST
                                                                                  HOLLYWOOD CA 90038
        **List the contract number of**     _____
        **any government contract**

2.123. **Title of contract**                NO ASSUMPTION AGREEMENT              State the name and mailing address
                                                                                  for all other parties with whom the
        **State what the contract or**      ASSUMPTION AGREEMENT                  debtor has an executory contract or
        **lease is for**                                                          unexpired lease

        **Nature of debtor's interest**     DISTRIBUTOR                           AMERICAN FEDERATION OF
                                                                                  MUSICIANS
        **State the term remaining**        _____    817 VINE ST
                                                                                  HOLLYWOOD CA 90038
        **List the contract number of**     _____
        **any government contract**

Debtor    **Open Road Films, LLC**                                                                                    Case number *(if known)* **18-12012**

---

2.124.    **Title of contract**                    NO ASSUMPTION AGREEMENT                    **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

        **State what the contract or lease is for**    ASSUMPTION AGREEMENT

        **Nature of debtor's interest**    DISTRIBUTOR                    AMERICAN FEDERATION OF MUSICIANS
        **State the term remaining**    _____    817 VINE ST
        **List the contract number of any government contract**    _____    HOLLYWOOD CA 90038

2.125.    **Title of contract**                    NO ASSUMPTION AGREEMENT                    **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

        **State what the contract or lease is for**    ASSUMPTION AGREEMENT

        **Nature of debtor's interest**    DISTRIBUTOR                    AMERICAN FEDERATION OF MUSICIANS
        **State the term remaining**    _____    817 VINE ST
        **List the contract number of any government contract**    _____    HOLLYWOOD CA 90038

2.126.    **Title of contract**                    NO ASSUMPTION AGREEMENT                    **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

        **State what the contract or lease is for**    ASSUMPTION AGREEMENT

        **Nature of debtor's interest**    DISTRIBUTOR                    AMERICAN FEDERATION OF MUSICIANS
        **State the term remaining**    _____    817 VINE ST
        **List the contract number of any government contract**    _____    HOLLYWOOD CA 90038

2.127.    **Title of contract**                    NO ASSUMPTION AGREEMENT                    **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

        **State what the contract or lease is for**    ASSUMPTION AGREEMENT

        **Nature of debtor's interest**    DISTRIBUTOR                    AMERICAN FEDERATION OF MUSICIANS
        **State the term remaining**    _____    817 VINE ST
        **List the contract number of any government contract**    _____    HOLLYWOOD CA 90038

2.128.    **Title of contract**                    NO ASSUMPTION AGREEMENT                    **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

        **State what the contract or lease is for**    ASSUMPTION AGREEMENT

        **Nature of debtor's interest**    DISTRIBUTOR                    AMERICAN FEDERATION OF MUSICIANS
        **State the term remaining**    _____    817 VINE ST
        **List the contract number of any government contract**    _____    HOLLYWOOD CA 90038

---

Debtor    **Open Road Films, LLC**                                                    Case number *(if known)* **18-12012**

---

2.129.  **Title of contract**               NO ASSUMPTION AGREEMENT                **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

      **State what the contract or lease is for**    ASSUMPTION AGREEMENT

      **Nature of debtor's interest**    DISTRIBUTOR    AMERICAN FEDERATION OF MUSICIANS
817 VINE ST
HOLLYWOOD CA 90038

      **State the term remaining**    _____

      **List the contract number of any government contract**    _____

---

2.130.  **Title of contract**               NO ASSUMPTION AGREEMENT                **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

      **State what the contract or lease is for**    ASSUMPTION AGREEMENT

      **Nature of debtor's interest**    DISTRIBUTOR    AMERICAN FEDERATION OF MUSICIANS
817 VINE ST
HOLLYWOOD CA 90038

      **State the term remaining**    _____

      **List the contract number of any government contract**    _____

---

2.131.  **Title of contract**               NO ASSUMPTION AGREEMENT                **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

      **State what the contract or lease is for**    ASSUMPTION AGREEMENT

      **Nature of debtor's interest**    DISTRIBUTOR    AMERICAN FEDERATION OF MUSICIANS
817 VINE ST
HOLLYWOOD CA 90038

      **State the term remaining**    _____

      **List the contract number of any government contract**    _____

---

2.132.  **Title of contract**               NO ASSUMPTION AGREEMENT                **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

      **State what the contract or lease is for**    ASSUMPTION AGREEMENT

      **Nature of debtor's interest**    DISTRIBUTOR    AMERICAN FEDERATION OF MUSICIANS
817 VINE ST
HOLLYWOOD CA 90038

      **State the term remaining**    _____

      **List the contract number of any government contract**    _____

---

2.133.  **Title of contract**               NO ASSUMPTION AGREEMENT                **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

      **State what the contract or lease is for**    ASSUMPTION AGREEMENT

      **Nature of debtor's interest**    DISTRIBUTOR    AMERICAN FEDERATION OF MUSICIANS
817 VINE ST
HOLLYWOOD CA 90038

      **State the term remaining**    _____

      **List the contract number of any government contract**    _____

---

Debtor    **Open Road Films, LLC**                                                                 Case number *(if known)* **18-12012**

| 2.134. | **Title of contract** | NO ASSUMPTION AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ASSUMPTION AGREEMENT | |
| | **Nature of debtor's interest** | DISTRIBUTOR | AMERICAN FEDERATION OF MUSICIANS |
| | **State the term remaining** | | 817 VINE ST |
| | **List the contract number of any government contract** | | HOLLYWOOD CA 90038 |

| 2.135. | **Title of contract** | NO ASSUMPTION AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ASSUMPTION AGREEMENT | |
| | **Nature of debtor's interest** | DISTRIBUTOR | AMERICAN FEDERATION OF MUSICIANS |
| | **State the term remaining** | | 817 VINE ST |
| | **List the contract number of any government contract** | | HOLLYWOOD CA 90038 |

| 2.136. | **Title of contract** | NO ASSUMPTION AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ASSUMPTION AGREEMENT | |
| | **Nature of debtor's interest** | DISTRIBUTOR | AMERICAN FEDERATION OF MUSICIANS |
| | **State the term remaining** | | 817 VINE ST |
| | **List the contract number of any government contract** | | HOLLYWOOD CA 90038 |

| 2.137. | **Title of contract** | NO ASSUMPTION AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ASSUMPTION AGREEMENT | |
| | **Nature of debtor's interest** | DISTRIBUTOR | AMERICAN FEDERATION OF MUSICIANS |
| | **State the term remaining** | | 817 VINE ST |
| | **List the contract number of any government contract** | | HOLLYWOOD CA 90038 |

| 2.138. | **Title of contract** | NO ASSUMPTION AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ASSUMPTION AGREEMENT | |
| | **Nature of debtor's interest** | DISTRIBUTOR | AMERICAN FEDERATION OF MUSICIANS |
| | **State the term remaining** | | 817 VINE ST |
| | **List the contract number of any government contract** | | HOLLYWOOD CA 90038 |

Debtor  **Open Road Films, LLC**                                                      Case number *(if known)* **18-12012**

| 2.139. | **Title of contract** | NO ASSUMPTION AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ASSUMPTION AGREEMENT | |
| | **Nature of debtor's interest** | DISTRIBUTOR | AMERICAN FEDERATION OF MUSICIANS |
| | **State the term remaining** | _____ | 817 VINE ST |
| | **List the contract number of any government contract** | _____ | HOLLYWOOD CA 90038 |

| 2.140. | **Title of contract** | NO ASSUMPTION AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ASSUMPTION AGREEMENT | |
| | **Nature of debtor's interest** | DISTRIBUTOR | AMERICAN FEDERATION OF MUSICIANS |
| | **State the term remaining** | _____ | 817 VINE ST |
| | **List the contract number of any government contract** | _____ | HOLLYWOOD CA 90038 |

| 2.141. | **Title of contract** | NO ASSUMPTION AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ASSUMPTION AGREEMENT | |
| | **Nature of debtor's interest** | DISTRIBUTOR | AMERICAN FEDERATION OF MUSICIANS |
| | **State the term remaining** | _____ | 817 VINE ST |
| | **List the contract number of any government contract** | _____ | HOLLYWOOD CA 90038 |

| 2.142. | **Title of contract** | NO ASSUMPTION AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ASSUMPTION AGREEMENT | |
| | **Nature of debtor's interest** | DISTRIBUTOR | AMERICAN FEDERATION OF MUSICIANS |
| | **State the term remaining** | _____ | 817 VINE ST |
| | **List the contract number of any government contract** | _____ | HOLLYWOOD CA 90038 |

| 2.143. | **Title of contract** | NO ASSUMPTION AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ASSUMPTION AGREEMENT | |
| | **Nature of debtor's interest** | DISTRIBUTOR | AMERICAN FEDERATION OF MUSICIANS |
| | **State the term remaining** | _____ | 817 VINE ST |
| | **List the contract number of any government contract** | _____ | HOLLYWOOD CA 90038 |

Debtor    **Open Road Films, LLC**

Case number *(if known)* **18-12012**

---

2.144. | **Title of contract** | NO ASSUMPTION AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| **State what the contract or lease is for** | ASSUMPTION AGREEMENT |
| **Nature of debtor's interest** | DISTRIBUTOR | AMERICAN FEDERATION OF MUSICIANS
| **State the term remaining** | _____ | 817 VINE ST
| **List the contract number of any government contract** | _____ | HOLLYWOOD CA 90038

2.145. | **Title of contract** | NO ASSUMPTION AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| **State what the contract or lease is for** | ASSUMPTION AGREEMENT |
| **Nature of debtor's interest** | DISTRIBUTOR | AMERICAN FEDERATION OF MUSICIANS
| **State the term remaining** | _____ | 817 VINE ST
| **List the contract number of any government contract** | _____ | HOLLYWOOD CA 90038

2.146. | **Title of contract** | NO ASSUMPTION AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| **State what the contract or lease is for** | ASSUMPTION AGREEMENT |
| **Nature of debtor's interest** | DISTRIBUTOR | AMERICAN FEDERATION OF MUSICIANS
| **State the term remaining** | _____ | 817 VINE ST
| **List the contract number of any government contract** | _____ | HOLLYWOOD CA 90038

2.147. | **Title of contract** | NO ASSUMPTION AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| **State what the contract or lease is for** | ASSUMPTION AGREEMENT |
| **Nature of debtor's interest** | DISTRIBUTOR | AMERICAN FEDERATION OF MUSICIANS
| **State the term remaining** | _____ | 817 VINE ST
| **List the contract number of any government contract** | _____ | HOLLYWOOD CA 90038

2.148. | **Title of contract** | NO ASSUMPTION AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| **State what the contract or lease is for** | ASSUMPTION AGREEMENT |
| **Nature of debtor's interest** | DISTRIBUTOR | AMERICAN FEDERATION OF MUSICIANS
| **State the term remaining** | _____ | 817 VINE ST
| **List the contract number of any government contract** | _____ | HOLLYWOOD CA 90038

---

Debtor    **Open Road Films, LLC**                                                    Case number *(if known)* **18-12012**

| 2.149. | **Title of contract** | NO ASSUMPTION AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ASSUMPTION AGREEMENT | |
| | **Nature of debtor's interest** | DISTRIBUTOR | AMERICAN FEDERATION OF MUSICIANS |
| | **State the term remaining** | _____ | 817 VINE ST |
| | **List the contract number of any government contract** | _____ | HOLLYWOOD CA 90038 |

| 2.150. | **Title of contract** | NO ASSUMPTION AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ASSUMPTION AGREEMENT | |
| | **Nature of debtor's interest** | DISTRIBUTOR | AMERICAN FEDERATION OF MUSICIANS |
| | **State the term remaining** | _____ | 817 VINE ST |
| | **List the contract number of any government contract** | _____ | HOLLYWOOD CA 90038 |

| 2.151. | **Title of contract** | NO ASSUMPTION AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ASSUMPTION AGREEMENT | |
| | **Nature of debtor's interest** | DISTRIBUTOR | AMERICAN FEDERATION OF MUSICIANS |
| | **State the term remaining** | _____ | 817 VINE ST |
| | **List the contract number of any government contract** | _____ | HOLLYWOOD CA 90038 |

| 2.152. | **Title of contract** | NO ASSUMPTION AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ASSUMPTION AGREEMENT | |
| | **Nature of debtor's interest** | DISTRIBUTOR | AMERICAN FEDERATION OF MUSICIANS |
| | **State the term remaining** | _____ | 817 VINE ST |
| | **List the contract number of any government contract** | _____ | HOLLYWOOD CA 90038 |

| 2.153. | **Title of contract** | NO ASSUMPTION AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ASSUMPTION AGREEMENT | |
| | **Nature of debtor's interest** | DISTRIBUTOR | AMERICAN FEDERATION OF MUSICIANS |
| | **State the term remaining** | _____ | 817 VINE ST |
| | **List the contract number of any government contract** | _____ | HOLLYWOOD CA 90038 |

Debtor   **Open Road Films, LLC**                                              Case number *(if known)* **18-12012**

| 2.154. | **Title of contract** | NO ASSUMPTION AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ASSUMPTION AGREEMENT | |
| | **Nature of debtor's interest** | DISTRIBUTOR | AMERICAN FEDERATION OF MUSICIANS |
| | **State the term remaining** | _____ | 817 VINE ST |
| | **List the contract number of any government contract** | _____ | HOLLYWOOD CA 90038 |

| 2.155. | **Title of contract** | MASTER USE LICENSE AGREEMENT DATED MAY 11,2017 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | AMERITZ MUSIC, LTD. WILDERSPOOL PARK GREENHALLS AVE |
| | **State the term remaining** | _____ | WARRINGTON, CHESHIRE WA4 6HL UNITED KINGDOM |
| | **List the contract number of any government contract** | _____ | |

| 2.156. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED SEPTEMBER 6,2016 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | AMPHIBIOUS ZOO ENTERTAINMENT GROUP, LLC 12350 S 900 E STE 101 |
| | **State the term remaining** | _____ | DRAPER UT 84020 |
| | **List the contract number of any government contract** | _____ | |

| 2.157. | **Title of contract** | SLEEPLESS - TRAILERS / ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED SEPTEMBER 20,2016 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | AMPHIBIOUS ZOO ENTERTAINMENT GROUP, LLC 12350 S 900 E STE 101 |
| | **State the term remaining** | _____ | DRAPER UT 84020 |
| | **List the contract number of any government contract** | _____ | |

| 2.158. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED JULY 15,2015 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | AMPHIBIOUS ZOO ENTERTAINMENT GROUP, LLC 12350 S 900 E STE 101 |
| | **State the term remaining** | _____ | DRAPER UT 84020 |
| | **List the contract number of any government contract** | _____ | |

Debtor    **Open Road Films, LLC**                                                                                Case number *(if known)* **18-12012**

| 2.159. | **Title of contract** | SYNCHRONIZATION LICENSE AGREEMENT DATED NOVEMBER 18,2013 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | AMPLIFIED ADMINISTRATION, LLC PO BOX 120099 NASHVILLE TN 37212 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.160. | **Title of contract** | AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | VENDOR AGREEMENT | |
| | **Nature of debtor's interest** | CUSTOMER | ANDREW THOMAS PR, INC. 8581 SANTA MONICA BLVD #583 WEST HOLLYWOOD CA 90069 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.161. | **Title of contract** | AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | VENDOR AGREEMENT | |
| | **Nature of debtor's interest** | CUSTOMER | ANDREWS INTERNATIONAL, LLC 200 MANSELL CT STE 500 ROSWELL GA 30076 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.162. | **Title of contract** | AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | VENDOR AGREEMENT | |
| | **Nature of debtor's interest** | CUSTOMER | ANGELIKA SCHUBERT DBA CELESTINE 7250 MELROSE AVE STE 6 LOS ANGELES CA 90046 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.163. | **Title of contract** | SYNCHRONIZATION AND SOUND RECORDING LICENSE DATED JUNE 8,2017 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | ANGRY MOB MUSIC, LLC 11601 WILSHIRE BLVD STE 2490 LOS ANGELES CA 90025 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

Debtor    **Open Road Films, LLC**                                                                     Case number *(if known)* **18-12012**

| | | | |
|---|---|---|---|
| 2.164. | **Title of contract** | SYNCHRONIZATION AND SOUND RECORDING LICENSE TRAILER DATED MARCH 22,2017 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | ANGRY MOB MUSIC, LLC 11601 WILSHIRE BLVD STE 2490 LOS ANGELES CA 90025 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| | | | |
|---|---|---|---|
| 2.165. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED SEPTEMBER 12,2013 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | ANTIC, INC. 842 N FAIRFAX AVE 2ND FL LOS ANGELES CA 90046 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| | | | |
|---|---|---|---|
| 2.166. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED JULY 24,2013 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | ANTIC, INC. D/B/A POSTHASTE MUSIC LIBRARY 842 N FAIRFAX AVE 2ND FL LOS ANGELES CA 90046 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| | | | |
|---|---|---|---|
| 2.167. | **Title of contract** | NIGHTCRAWLER - TRAILERS/ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED AUGUST 19,2014 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | ANTIC, INC. DBA POSTHASTE MUSIC LIBRARY 842 N FAIRFAX AVE 2ND FL LOS ANGELES CA 90046 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| | | | |
|---|---|---|---|
| 2.168. | **Title of contract** | SILENT HILL: REVELATION 3D - TRAILERS / ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED JULY 23,2012 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | ANTIC, INC. DBA POSTHASTE MUSIC LIBRARY 842 N FAIRFAX AVE 2ND FL LOS ANGELES CA 90046 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

Debtor    **Open Road Films, LLC**                                                    Case number *(if known)* **18-12012**

| 2.169. | Title of contract | THE GUNMAN - TRAILERS / ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED MARCH 2,2015 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | ANTIC, INC. DBA POSTHASTE MUSIC LIBRARY |
| | State the term remaining | _____ | 842 N FAIRFAX AVE 2ND FL LOS ANGELES CA 90046 |
| | List the contract number of any government contract | _____ | |

| 2.170. | Title of contract | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT (TRAILERS/ADVERTISING) "DL COMEDY HIT 03" DATED DECEMBER 20,2012 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | ANTIC, INC., D/B/A POSTHASTE MUSIC LIBRARY |
| | State the term remaining | _____ | 842 N FAIRFAX AVE 2ND FL LOS ANGELES CA 90046 |
| | List the contract number of any government contract | _____ | |

| 2.171. | Title of contract | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED SEPTEMBER 6,2012 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | ANTI-HERO |
| | State the term remaining | _____ | 3712 WESTWOOD BLVD 210 LOS ANGELES CA 90034 |
| | List the contract number of any government contract | _____ | |

| 2.172. | Title of contract | DIGITAL VIDEO DISTRIBUTION AGREEMENT DATED JANUARY 0,1900 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | EXPLOITATION AGREEMENT | |
| | Nature of debtor's interest | LICENSOR | APPLE, INC. |
| | State the term remaining | _____ | ONE INFINITE LOOP CUPERTINO CA 95014 |
| | List the contract number of any government contract | _____ | |

| 2.173. | Title of contract | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | VENDOR AGREEMENT - LIBRARY ASSET HOLDER | |
| | Nature of debtor's interest | CUSTOMER/ASSET OWNER | ARBELA TECHNOLOGIES CORP |
| | State the term remaining | _____ | 7700 IRVINE CTR DR STE 950 IRVINE CA 92618 |
| | List the contract number of any government contract | _____ | |

Debtor   **Open Road Films, LLC**                                                    Case number *(if known)* **18-12012**

---

| 2.174. | Title of contract | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | VENDOR AGREEMENT | |
| | Nature of debtor's interest | CUSTOMER | ART DEPARTMENT LA, INC. 2900 COLORADO AVE SANTA MONICA CA 90404 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.175. | Title of contract | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED FEBRUARY 8,2016 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | ARTFX MUSIC DESIGN 6616 MATILIJA AV VAN NUYS CA 91405 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.176. | Title of contract | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED FEBRUARY 8,2016 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | ARTFX MUSIC DESIGN 6616 MATILIJA AV VAN NUYS CA 91405 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.177. | Title of contract | APM SYNCHRONIZATION AND MASTER USE LICENSE DATED MAY 15, 2017 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | ASSOCIATED PRODUCTION MUSIC, LLC 6255 SUNSET BOULEDVARD, SUITE 820 HOLLYWOOD CA 90028 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.178. | Title of contract | FIFTY SHADES OF BLACK - TRAILERS / ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED JANUARY 19,2016 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | ASSOCIATED PRODUCTION MUSIC, LLC 6255 SUNSET BOULEDVARD, SUITE 820 HOLLYWOOD CA 90028 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor    **Open Road Films, LLC**                                                  Case number *(if known)* **18-12012**

| 2.179. | **Title of contract** | INVOICE/SYNCHRONIZATION & MASTER LICENSE DATED DECEMBER 20,2013 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | ASSOCIATED PRODUCTION MUSIC, LLC |
| | **State the term remaining** | _____ | 6255 SUNSET BOULEDVARD, SUITE 820 |
| | **List the contract number of any government contract** | _____ | HOLLYWOOD CA 90028 |

| 2.180. | **Title of contract** | INVOICE/SYNCHRONIZATION & MASTER LICENSE DATED MAY 15,2017 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | ASSOCIATED PRODUCTION MUSIC, LLC |
| | **State the term remaining** | _____ | 6255 SUNSET BOULEDVARD, SUITE 820 |
| | **List the contract number of any government contract** | _____ | HOLLYWOOD CA 90028 |

| 2.181. | **Title of contract** | SYNCHRONIZATION & MASTER LICENSE DATED OCTOBER 26,2015 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | ASSOCIATED PRODUCTION MUSIC, LLC |
| | **State the term remaining** | _____ | 6255 SUNSET BOULEDVARD, SUITE 820 |
| | **List the contract number of any government contract** | _____ | HOLLYWOOD CA 90028 |

| 2.182. | **Title of contract** | APM SYNCHRONIZATION AND MASTER USE LICENSE DATED JUNE 10,2013 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | ASSOCIATED PRODUCTION MUSIC, LLC |
| | **State the term remaining** | _____ | 6255 SUNSET BOULEDVARD, SUITE 820 |
| | **List the contract number of any government contract** | _____ | HOLLYWOOD CA 90028 |

| 2.183. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED FEBRUARY 11,2013 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | ASSOCIATED PRODUCTION MUSIC, LLC |
| | **State the term remaining** | _____ | 6255 SUNSET BOULEDVARD, SUITE 820 |
| | **List the contract number of any government contract** | _____ | HOLLYWOOD CA 90028 |

Debtor   **Open Road Films, LLC**                                        Case number *(if known)* **18-12012**

| 2.184. | Title of contract | APM SYNCHRONIZATION AND MASTER USE LICENSE DATED MARCH 15,2013 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | ASSOCIATED PRODUCTION MUSIC, LLC |
| | State the term remaining | _____ | 6255 SUNSET BOULEDVARD, SUITE 820 |
| | List the contract number of any government contract | _____ | HOLLYWOOD CA 90028 |

| 2.185. | Title of contract | APM SYNCHRONIZATION AND MASTER USE LICENSE DATED FEBRUARY 28,2013 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | ASSOCIATED PRODUCTION MUSIC, LLC |
| | State the term remaining | _____ | 6255 SUNSET BOULEDVARD, SUITE 820 |
| | List the contract number of any government contract | _____ | HOLLYWOOD CA 90028 |

| 2.186. | Title of contract | APM SYNCHRONIZATION AND MASTER USE LICENSE DATED MARCH 31,2013 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | ASSOCIATED PRODUCTION MUSIC, LLC |
| | State the term remaining | _____ | 6255 SUNSET BOULEDVARD, SUITE 820 |
| | List the contract number of any government contract | _____ | HOLLYWOOD CA 90028 |

| 2.187. | Title of contract | APM SYNCHRONIZATION AND MASTER USE LICENSE DATED FEBRUARY 28,2013 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | ASSOCIATED PRODUCTION MUSIC, LLC |
| | State the term remaining | _____ | 6255 SUNSET BOULEDVARD, SUITE 820 |
| | List the contract number of any government contract | _____ | HOLLYWOOD CA 90028 |

| 2.188. | Title of contract | APM SYNCHRONIZATION AND MASTER USE LICENSE DATED JANUARY 31,2013 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | ASSOCIATED PRODUCTION MUSIC, LLC |
| | State the term remaining | _____ | 6255 SUNSET BOULEDVARD, SUITE 820 |
| | List the contract number of any government contract | _____ | HOLLYWOOD CA 90028 |

Debtor   **Open Road Films, LLC**                                                                 Case number *(if known)* **18-12012**

**2.189.** | **Title of contract** | APM SYNCHRONIZATION AND MASTER USE LICENSE DATED MARCH 15,2013 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | ASSOCIATED PRODUCTION MUSIC, LLC |
| | **State the term remaining** | _____ | 6255 SUNSET BOULEDVARD, SUITE 820 |
| | **List the contract number of any government contract** | _____ | HOLLYWOOD CA 90028 |

**2.190.** | **Title of contract** | APM SYNCHRONIZATION AND MASTER USE LICENSE DATED JANUARY 31,2013 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | ASSOCIATED PRODUCTION MUSIC, LLC |
| | **State the term remaining** | _____ | 6255 SUNSET BOULEDVARD, SUITE 820 |
| | **List the contract number of any government contract** | _____ | HOLLYWOOD CA 90028 |

**2.191.** | **Title of contract** | APM SYNCHRONIZATION AND MATER USE LICENSE DATED JANUARY 8,2013 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | ASSOCIATED PRODUCTION MUSIC, LLC |
| | **State the term remaining** | _____ | 6255 SUNSET BOULEDVARD, SUITE 820 |
| | **List the contract number of any government contract** | _____ | HOLLYWOOD CA 90028 |

**2.192.** | **Title of contract** | FIFTY SHADES OF BLACK - TRAILERS / ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED DECEMBER 28,2015 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | ASSOCIATED PRODUCTION MUSIC, LLC |
| | **State the term remaining** | _____ | 6255 SUNSET BOULEDVARD, SUITE 820 |
| | **List the contract number of any government contract** | _____ | HOLLYWOOD CA 90028 |

**2.193.** | **Title of contract** | APM SYNCHRONIZATION AND MASTER USE LICENSE DATED JULY 18,2013 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | ASSOCIATED PRODUCTION MUSIC, LLC |
| | **State the term remaining** | _____ | 6255 SUNSET BOULEDVARD, SUITE 820 |
| | **List the contract number of any government contract** | _____ | HOLLYWOOD CA 90028 |

Debtor   **Open Road Films, LLC**                                                Case number *(if known)* **18-12012**

| 2.194. | Title of contract | NIGHTCRAWLER - TRAILERS/ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED OCTOBER 20,2014 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | ASSOCIATED PRODUCTION MUSIC, LLC |
| | Nature of debtor's interest | LICENSEE | 6255 SUNSET BOULEDVARD, SUITE 820 |
| | State the term remaining | _____ | HOLLYWOOD CA 90028 |
| | List the contract number of any government contract | _____ | |

| 2.195. | Title of contract | INVOICE/SYNCHRONIZATION & MASTER LICENSE DATED DECEMBER 17,2013 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | ASSOCIATED PRODUCTION MUSIC, LLC |
| | Nature of debtor's interest | LICENSEE | 6255 SUNSET BOULEDVARD, SUITE 820 |
| | State the term remaining | _____ | HOLLYWOOD CA 90028 |
| | List the contract number of any government contract | _____ | |

| 2.196. | Title of contract | SYNCHRONIZATION & MASTER LICENSE DATED AUGUST 27,2015 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | ASSOCIATED PRODUCTION MUSIC, LLC |
| | Nature of debtor's interest | LICENSEE | 6255 SUNSET BOULEDVARD, SUITE 820 |
| | State the term remaining | _____ | HOLLYWOOD CA 90028 |
| | List the contract number of any government contract | _____ | |

| 2.197. | Title of contract | APM SYNCHRONIZATION AND MASTER USE LICENSE DATED JUNE 10,2013 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | ASSOCIATED PRODUCTION MUSIC, LLC |
| | Nature of debtor's interest | LICENSEE | 6255 SUNSET BOULEDVARD, SUITE 820 |
| | State the term remaining | _____ | HOLLYWOOD CA 90028 |
| | List the contract number of any government contract | _____ | |

| 2.198. | Title of contract | APM SYNCHRONIZATION AND MASTER USE LICENSE DATED FEBRUARY 12,2013 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | ASSOCIATED PRODUCTION MUSIC, LLC |
| | Nature of debtor's interest | LICENSEE | 6255 SUNSET BOULEDVARD, SUITE 820 |
| | State the term remaining | _____ | HOLLYWOOD CA 90028 |
| | List the contract number of any government contract | _____ | |

Debtor    **Open Road Films, LLC**

Case number *(if known)* **18-12012**

| 2.199. | Title of contract | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED FEBRUARY 11,2013 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | ASSOCIATED PRODUCTION MUSIC, LLC |
| | Nature of debtor's interest | LICENSEE | 6255 SUNSET BOULEDVARD, SUITE 820 |
| | State the term remaining | | HOLLYWOOD CA 90028 |
| | List the contract number of any government contract | | |

| 2.200. | Title of contract | APM SYNCHRONIZATION AND MASTER USE LICENSE DATED MARCH 15,2013 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | ASSOCIATED PRODUCTION MUSIC, LLC |
| | Nature of debtor's interest | LICENSEE | 6255 SUNSET BOULEDVARD, SUITE 820 |
| | State the term remaining | | HOLLYWOOD CA 90028 |
| | List the contract number of any government contract | | |

| 2.201. | Title of contract | APM SYNCHRONIZATION AND MASTER USE LICENSE DATED APRIL 30,2013 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | ASSOCIATED PRODUCTION MUSIC, LLC |
| | Nature of debtor's interest | LICENSEE | 6255 SUNSET BOULEDVARD, SUITE 820 |
| | State the term remaining | | HOLLYWOOD CA 90028 |
| | List the contract number of any government contract | | |

| 2.202. | Title of contract | APM SYNCHRONIZATION AND MASTER USE LICENSE DATED APRIL 24,2013 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | ASSOCIATED PRODUCTION MUSIC, LLC |
| | Nature of debtor's interest | LICENSEE | 6255 SUNSET BOULEDVARD, SUITE 820 |
| | State the term remaining | | HOLLYWOOD CA 90028 |
| | List the contract number of any government contract | | |

| 2.203. | Title of contract | APM SYNCHRONIZATION AND MASTER USE LICENSE DATED JANUARY 31,2013 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | ASSOCIATED PRODUCTION MUSIC, LLC |
| | Nature of debtor's interest | LICENSEE | 6255 SUNSET BOULEDVARD, SUITE 820 |
| | State the term remaining | | HOLLYWOOD CA 90028 |
| | List the contract number of any government contract | | |

Debtor   **Open Road Films, LLC**                                                                     Case number *(if known)* **18-12012**

| 2.204. | Title of contract | APM SYNCHRONIZATION AND MASTER USE LICENSE DATED MARCH 15,2013 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | ASSOCIATED PRODUCTION MUSIC, LLC |
| | State the term remaining | _____ | 6255 SUNSET BOULEDVARD, SUITE 820 |
| | List the contract number of any government contract | _____ | HOLLYWOOD CA 90028 |

| 2.205. | Title of contract | APM SYNCHRONIZATION AND MASTER USE LICENSE DATED FEBRUARY 28,2013 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | ASSOCIATED PRODUCTION MUSIC, LLC |
| | State the term remaining | _____ | 6255 SUNSET BOULEDVARD, SUITE 820 |
| | List the contract number of any government contract | _____ | HOLLYWOOD CA 90028 |

| 2.206. | Title of contract | INVOICE/SYNCHRONIZATION & MASTER LICENSE DATED NOVEMBER 30,2016 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | ASSOCIATED PRODUCTION MUSIC, LLC |
| | State the term remaining | _____ | 6255 SUNSET BOULEDVARD, SUITE 820 |
| | List the contract number of any government contract | _____ | HOLLYWOOD CA 90028 |

| 2.207. | Title of contract | INVOICE/SYNCHRONIZATION & MASTER LICENSE DATED SEPTEMBER 14,2012 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | ASSOCIATED PRODUCTION MUSIC, LLC |
| | State the term remaining | _____ | 6255 SUNSET BOULEDVARD, SUITE 820 |
| | List the contract number of any government contract | _____ | HOLLYWOOD CA 90028 |

| 2.208. | Title of contract | INVOICE/SYNCHRONIZATION & MASTER LICENSE DATED SEPTEMBER 13,2012 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | ASSOCIATED PRODUCTION MUSIC, LLC |
| | State the term remaining | _____ | 6255 SUNSET BOULEDVARD, SUITE 820 |
| | List the contract number of any government contract | _____ | HOLLYWOOD CA 90028 |

Debtor    **Open Road Films, LLC**                                                    Case number *(if known)* **18-12012**

| 2.209. | **Title of contract** | INVOICE/SYNCHRONIZATION & MASTER LICENSE DATED JANUARY 31,2013 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | ASSOCIATED PRODUCTION MUSIC, LLC |
| | **State the term remaining** | _____ | 6255 SUNSET BOULEDVARD, SUITE 820 |
| | **List the contract number of any government contract** | _____ | HOLLYWOOD CA 90028 |

| 2.210. | **Title of contract** | INVOICE/SYNCHRONIZATION & MASTER LICENSE DATED JANUARY 31,2013 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | ASSOCIATED PRODUCTION MUSIC, LLC |
| | **State the term remaining** | _____ | 6255 SUNSET BOULEDVARD, SUITE 820 |
| | **List the contract number of any government contract** | _____ | HOLLYWOOD CA 90028 |

| 2.211. | **Title of contract** | INVOICE/SYNCHRONIZATION & MASTER LICENSE DATED NOVEMBER 10,2016 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | ASSOCIATED PRODUCTION MUSIC, LLC |
| | **State the term remaining** | _____ | 6255 SUNSET BOULEDVARD, SUITE 820 |
| | **List the contract number of any government contract** | _____ | HOLLYWOOD CA 90028 |

| 2.212. | **Title of contract** | INVOICE/SYNCHRONIZATION & MASTER LICENSE DATED SEPTEMBER 6,2012 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | ASSOCIATED PRODUCTION MUSIC, LLC |
| | **State the term remaining** | _____ | 6255 SUNSET BOULEDVARD, SUITE 820 |
| | **List the contract number of any government contract** | _____ | HOLLYWOOD CA 90028 |

| 2.213. | **Title of contract** | INVOICE/SYNCHRONIZATION & MASTER LICENSE DATED SEPTEMBER 12,2012 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | ASSOCIATED PRODUCTION MUSIC, LLC |
| | **State the term remaining** | _____ | 6255 SUNSET BOULEDVARD, SUITE 820 |
| | **List the contract number of any government contract** | _____ | HOLLYWOOD CA 90028 |

Debtor   **Open Road Films, LLC**                                              Case number *(if known)* **18-12012**

| 2.214. | Title of contract | INVOICE/SYNCHRONIZATION & MASTER LICENSE DATED JANUARY 29,2013 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | ASSOCIATED PRODUCTION MUSIC, LLC |
| | State the term remaining | | 6255 SUNSET BOULEDVARD, SUITE 820 |
| | List the contract number of any government contract | | HOLLYWOOD CA 90028 |

| 2.215. | Title of contract | INVOICE/SYNCHRONIZATION & MASTER LICENSE DATED JANUARY 30,2013 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | ASSOCIATED PRODUCTION MUSIC, LLC |
| | State the term remaining | | 6255 SUNSET BOULEDVARD, SUITE 820 |
| | List the contract number of any government contract | | HOLLYWOOD CA 90028 |

| 2.216. | Title of contract | AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | VENDOR AGREEMENT | |
| | Nature of debtor's interest | CUSTOMER | ATLAS CINEMAS GREAT LAKES |
| | State the term remaining | | 22624 LAKESHORE BLVD |
| | List the contract number of any government contract | | EUCLID OH 44123 |

| 2.217. | Title of contract | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED MAY 2, 2018 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | AUDIO BREWERY, LLC |
| | State the term remaining | | 407 11TH ST |
| | List the contract number of any government contract | | HERMOSA BEACH CA 90254 |

| 2.218. | Title of contract | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED JUNE 29,2016 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | AUDIO BREWERY, LLC |
| | State the term remaining | | 407 11TH ST |
| | List the contract number of any government contract | | HERMOSA BEACH CA 90254 |

Debtor   **Open Road Films, LLC**                                                                    Case number *(if known)* **18-12012**

| 2.219. | Title of contract | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED MAY 2,2018 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | AUDIO BREWERY, LLC<br>407 11TH ST<br>HERMOSA BEACH CA 90254 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.220. | Title of contract | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED SEPTEMBER 6,2016 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | AUDIO BREWERY, LLC<br>407 11TH ST<br>HERMOSA BEACH CA 90254 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.221. | Title of contract | THE NUT JOB 2 - TRAILERS/ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED MAY 11,2017 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | AUDIO BREWERY, LLC<br>407 11TH ST<br>HERMOSA BEACH CA 90254 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.222. | Title of contract | SLEEPLESS - TRAILERS / ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED SEPTEMBER 20,2016 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | AUDIO BREWERY, LLC<br>407 11TH ST<br>HERMOSA BEACH CA 90254 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.223. | Title of contract | SLEEPLESS - TRAILERS / ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED SEPTEMBER 20,2016 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | AUDIO BREWERY, LLC<br>407 11TH ST<br>HERMOSA BEACH CA 90254 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

Debtor    **Open Road Films, LLC**                                                    Case number *(if known)* **18-12012**

| 2.224. | Title of contract | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED JULY 15,2016 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | AUDIO BREWERY, LLC 407 11TH ST HERMOSA BEACH CA 90254 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.225. | Title of contract | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED NOVEMBER 4,2015 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | AUDIO BREWERY, LLC 407 11TH ST HERMOSA BEACH CA 90254 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.226. | Title of contract | MASTER/SYNCHRONIZATION USE LICENSE AGREEMENT DATED FEBRUARY 20,2015 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | AUDIO BREWERY, LLC 407 11TH ST HERMOSA BEACH CA 90254 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.227. | Title of contract | THE GUNMAN - TRAILERS / ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED MARCH 10,2015 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | AUDIO BREWERY, LLC 407 11TH ST HERMOSA BEACH CA 90254 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.228. | Title of contract | THE GUNMAN - TRAILERS / ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED FEBRUARY 13,2015 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | AUDIO BREWERY, LLC 407 11TH ST HERMOSA BEACH CA 90254 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor  **Open Road Films, LLC**                                                Case number *(if known)* **18-12012**

| 2.229. | **Title of contract** | AUDIO NETWORK NON-EXCLUSIVE LICENSE AGREEMENT* | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | AUDIO NETWORK US, INC. 48 WEST 25TH ST 10TH FL NEW YORK NY 10010 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.230. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED JULY 9,2018 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | AUDIO PRECISION DESIGN, LLC 14108 TAHITI WAY 631 MARINA DEL REY CA 90292 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.231. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED MAY 8,2018 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | AUDIO PRECISION DESIGN, LLC 14108 TAHITI WAY 631 MARINA DEL REY CA 90292 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.232. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED JULY 12,2016 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | AUDIO PRECISION DESIGN, LLC 14108 TAHITI WAY 631 MARINA DEL REY CA 90292 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.233. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED AUGUST 10,2016 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | AUDIO PRECISION DESIGN, LLC 14108 TAHITI WAY 631 MARINA DEL REY CA 90292 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

Debtor    **Open Road Films, LLC**                                                    Case number *(if known)* **18-12012**

| 2.234. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED APRIL 27, 2018 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | AUDIOMACHINE |
| | **State the term remaining** | _____ | 15760 VENTURA BLVD STE 1020 ENCINO CA 91436 |
| | **List the contract number of any government contract** | _____ | |

| 2.235. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED APRIL 27, 2018 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | AUDIOMACHINE |
| | **State the term remaining** | _____ | 15760 VENTURA BLVD STE 1020 ENCINO CA 91436 |
| | **List the contract number of any government contract** | _____ | |

| 2.236. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT (TRAILERS/ADVERTISING) "JASON'S SLAUGHTERHOUSE, BURNING SHOCKWAVE, REVENGEFUL" DATED OCTOBER 9,2012 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | AUDIOMACHINE |
| | **Nature of debtor's interest** | LICENSEE | 15760 VENTURA BLVD STE 1020 ENCINO CA 91436 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.237. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT (TRAILERS/ADVERTISING) "INTENSIFICATION" DATED DECEMBER 5,2012 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | AUDIOMACHINE |
| | **Nature of debtor's interest** | LICENSEE | 15760 VENTURA BLVD STE 1020 ENCINO CA 91436 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.238. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT (TRAILERS/ADVERTISING) "DEADRINGER" DATED DECEMBER 17,2012 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | AUDIOMACHINE |
| | **Nature of debtor's interest** | LICENSEE | 15760 VENTURA BLVD STE 1020 ENCINO CA 91436 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

Debtor   **Open Road Films, LLC**

Case number *(if known)* **18-12012**

| 2.239. | Title of contract | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED JULY 30,2018 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | AUDIOMACHINE |
| | State the term remaining | _____ | 15760 VENTURA BLVD STE 1020 |
| | List the contract number of any government contract | _____ | ENCINO CA 91436 |

| 2.240. | Title of contract | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED MAY 8,2018 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | AUDIOMACHINE |
| | State the term remaining | _____ | 15760 VENTURA BLVD STE 1020 |
| | List the contract number of any government contract | _____ | ENCINO CA 91436 |

| 2.241. | Title of contract | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED NOVEMBER 17,2016 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | AUDIOMACHINE |
| | State the term remaining | _____ | 15760 VENTURA BLVD STE 1020 |
| | List the contract number of any government contract | _____ | ENCINO CA 91436 |

| 2.242. | Title of contract | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED NOVEMBER 4,2013 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | AUDIOMACHINE |
| | State the term remaining | _____ | 15760 VENTURA BLVD STE 1020 |
| | List the contract number of any government contract | _____ | ENCINO CA 91436 |

| 2.243. | Title of contract | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED MAY 21,2015 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | AUDIOMACHINE |
| | State the term remaining | _____ | 15760 VENTURA BLVD STE 1020 |
| | List the contract number of any government contract | _____ | ENCINO CA 91436 |

Debtor    **Open Road Films, LLC**                                                  Case number *(if known)* **18-12012**

| 2.244. | Title of contract | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED MAY 15,2015 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | AUDIOMACHINE 15760 VENTURA BLVD STE 1020 ENCINO CA 91436 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.245. | Title of contract | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED MAY 20,2015 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | AUDIOMACHINE 15760 VENTURA BLVD STE 1020 ENCINO CA 91436 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.246. | Title of contract | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED APRIL 8,2015 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | AUDIOMACHINE 15760 VENTURA BLVD STE 1020 ENCINO CA 91436 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.247. | Title of contract | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED AUGUST 30,2012 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | AUDIOMACHINE 15760 VENTURA BLVD STE 1020 ENCINO CA 91436 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.248. | Title of contract | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED AUGUST 27,2012 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | AUDIOMACHINE 15760 VENTURA BLVD STE 1020 ENCINO CA 91436 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

Debtor    **Open Road Films, LLC**                                             Case number *(if known)* **18-12012**

| 2.249. | Title of contract | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED AUGUST 31,2012 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | AUDIOMACHINE 15760 VENTURA BLVD STE 1020 ENCINO CA 91436 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.250. | Title of contract | FIFTY SHADES OF BLACK - TRAILERS / ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED JANUARY 14,2016 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | AUDIOMACHINE 15760 VENTURA BLVD STE 1020 ENCINO CA 91436 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.251. | Title of contract | FIFTY SHADES OF BLACK - TRAILERS / ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED NOVEMBER 16,2015 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | AUDIOMACHINE 15760 VENTURA BLVD STE 1020 ENCINO CA 91436 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.252. | Title of contract | FIFTY SHADES OF BLACK - TRAILERS / ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED DECEMBER 23,2015 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | AUDIOMACHINE 15760 VENTURA BLVD STE 1020 ENCINO CA 91436 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.253. | Title of contract | FIFTY SHADES OF BLACK - TRAILERS / ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED DECEMBER 23,2015 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | AUDIOMACHINE 15760 VENTURA BLVD STE 1020 ENCINO CA 91436 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

Debtor   **Open Road Films, LLC**                                                Case number *(if known)* **18-12012**

| 2.254. | **Title of contract** | GLEASON - TRAILERS / ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED JUNE 22,2016 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | AUDIOMACHINE 15760 VENTURA BLVD STE 1020 ENCINO CA 91436 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.255. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED JANUARY 7,2014 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | AUDIOMACHINE 15760 VENTURA BLVD STE 1020 ENCINO CA 91436 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.256. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED MARCH 25,2014 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | AUDIOMACHINE 15760 VENTURA BLVD STE 1020 ENCINO CA 91436 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.257. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED NOVEMBER 18,2013 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | AUDIOMACHINE 15760 VENTURA BLVD STE 1020 ENCINO CA 91436 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.258. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED JUNE 15,2012 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | AUDIOMACHINE 15760 VENTURA BLVD STE 1020 ENCINO CA 91436 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

Debtor    **Open Road Films, LLC**                                                                Case number *(if known)* **18-12012**

| 2.259. | Title of contract | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED APRIL 30,2012 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | AUDIOMACHINE 15760 VENTURA BLVD STE 1020 ENCINO CA 91436 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.260. | Title of contract | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED MAY 11,2017 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | AUDIOMACHINE 15760 VENTURA BLVD STE 1020 ENCINO CA 91436 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.261. | Title of contract | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED MAY 11,2017 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | AUDIOMACHINE 15760 VENTURA BLVD STE 1020 ENCINO CA 91436 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.262. | Title of contract | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED APRIL 27,2018 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | AUDIOMACHINE 15760 VENTURA BLVD STE 1020 ENCINO CA 91436 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.263. | Title of contract | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED JUNE 19,2013 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | AUDIOMACHINE 15760 VENTURA BLVD STE 1020 ENCINO CA 91436 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

Debtor    **Open Road Films, LLC**                                                     Case number *(if known)* **18-12012**

| 2.264. | Title of contract | SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED JULY 28,2011 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | AUDIOMACHINE |
| | State the term remaining | _____ | 15760 VENTURA BLVD STE 1020 ENCINO CA 91436 |
| | List the contract number of any government contract | _____ | |

| 2.265. | Title of contract | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED MARCH 25,2015 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | AUDIOMACHINE |
| | State the term remaining | _____ | 15760 VENTURA BLVD STE 1020 ENCINO CA 91436 |
| | List the contract number of any government contract | _____ | |

| 2.266. | Title of contract | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED AUGUST 26,2013 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | AUDIOMACHINE |
| | State the term remaining | _____ | 15760 VENTURA BLVD STE 1020 ENCINO CA 91436 |
| | List the contract number of any government contract | _____ | |

| 2.267. | Title of contract | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED JULY 24,2013 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | AUDIOMACHINE |
| | State the term remaining | _____ | 15760 VENTURA BLVD STE 1020 ENCINO CA 91436 |
| | List the contract number of any government contract | _____ | |

| 2.268. | Title of contract | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED SEPTEMBER 26,2013 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | AUDIOMACHINE |
| | State the term remaining | _____ | 15760 VENTURA BLVD STE 1020 ENCINO CA 91436 |
| | List the contract number of any government contract | _____ | |

Debtor   **Open Road Films, LLC**                                                    Case number *(if known)* **18-12012**

| | | |
|---|---|---|
| **2.269.** | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED SEPTEMBER 8,2016 |
| | **State what the contract or lease is for** | MUSIC LICENSE |
| | **Nature of debtor's interest** | LICENSEE |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

AUDIOMACHINE
15760 VENTURA BLVD
STE 1020
ENCINO CA 91436

| | | |
|---|---|---|
| **2.270.** | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED SEPTEMBER 19,2016 |
| | **State what the contract or lease is for** | MUSIC LICENSE |
| | **Nature of debtor's interest** | LICENSEE |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

AUDIOMACHINE
15760 VENTURA BLVD
STE 1020
ENCINO CA 91436

| | | |
|---|---|---|
| **2.271.** | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED SEPTEMBER 19,2016 |
| | **State what the contract or lease is for** | MUSIC LICENSE |
| | **Nature of debtor's interest** | LICENSEE |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

AUDIOMACHINE
15760 VENTURA BLVD
STE 1020
ENCINO CA 91436

| | | |
|---|---|---|
| **2.272.** | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED AUGUST 30,2016 |
| | **State what the contract or lease is for** | MUSIC LICENSE |
| | **Nature of debtor's interest** | LICENSEE |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

AUDIOMACHINE
15760 VENTURA BLVD
STE 1020
ENCINO CA 91436

| | | |
|---|---|---|
| **2.273.** | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED SEPTEMBER 6,2016 |
| | **State what the contract or lease is for** | MUSIC LICENSE |
| | **Nature of debtor's interest** | LICENSEE |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

AUDIOMACHINE
15760 VENTURA BLVD
STE 1020
ENCINO CA 91436

Debtor    **Open Road Films, LLC**                                                          Case number *(if known)* **18-12012**

| 2.274. | Title of contract | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED MARCH 15,2016 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | AUDIOMACHINE |
| | State the term remaining | _____ | 15760 VENTURA BLVD STE 1020 |
| | List the contract number of any government contract | _____ | ENCINO CA 91436 |

| 2.275. | Title of contract | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED MARCH 28,2016 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | AUDIOMACHINE |
| | State the term remaining | _____ | 15760 VENTURA BLVD STE 1020 |
| | List the contract number of any government contract | _____ | ENCINO CA 91436 |

| 2.276. | Title of contract | NIGHTCRAWLER - TRAILERS/ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED OCTOBER 14,2014 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | AUDIOMACHINE |
| | State the term remaining | _____ | 15760 VENTURA BLVD STE 1020 |
| | List the contract number of any government contract | _____ | ENCINO CA 91436 |

| 2.277. | Title of contract | NIGHTCRAWLER - TRAILERS/ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED SEPTEMBER 26,2014 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | AUDIOMACHINE |
| | State the term remaining | _____ | 15760 VENTURA BLVD STE 1020 |
| | List the contract number of any government contract | _____ | ENCINO CA 91436 |

| 2.278. | Title of contract | NIGHTCRAWLER - TRAILERS/ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED AUGUST 19,2014 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | AUDIOMACHINE |
| | State the term remaining | _____ | 15760 VENTURA BLVD STE 1020 |
| | List the contract number of any government contract | _____ | ENCINO CA 91436 |

Debtor   **Open Road Films, LLC**                                                     Case number *(if known)* **18-12012**

---

**2.279.**   **Title of contract**               THE NUT JOB - TRAILERS/ADVERTISING - COMBINED        **State the name and mailing address**
                                                 SYNCHRONIZATION AND MASTER USE LICENSE              **for all other parties with whom the**
                                                 AGREEMENT DATED JANUARY 3,2014                      **debtor has an executory contract or**
                                                                                                     **unexpired lease**
            **State what the contract or**        MUSIC LICENSE
            **lease is for**                                                                          AUDIOMACHINE
                                                                                                     15760 VENTURA BLVD
            **Nature of debtor's interest**        LICENSEE                                            STE 1020
                                                                                                     ENCINO CA 91436
            **State the term remaining**           _____

            **List the contract number of**        _____
            **any government contract**

**2.280.**   **Title of contract**               THE NUT JOB - TRAILERS/ADVERTISING - COMBINED        **State the name and mailing address**
                                                 SYNCHRONIZATION AND MASTER USE LICENSE              **for all other parties with whom the**
                                                 AGREEMENT DATED NOVEMBER 18,2013                    **debtor has an executory contract or**
                                                                                                     **unexpired lease**
            **State what the contract or**        MUSIC LICENSE
            **lease is for**                                                                          AUDIOMACHINE
                                                                                                     15760 VENTURA BLVD
            **Nature of debtor's interest**        LICENSEE                                            STE 1020
                                                                                                     ENCINO CA 91436
            **State the term remaining**           _____

            **List the contract number of**        _____
            **any government contract**

**2.281.**   **Title of contract**               THE NUT JOB 2 - TRAILERS/ADVERTISING - COMBINED      **State the name and mailing address**
                                                 SYNCHRONIZATION AND MASTER USE LICENSE              **for all other parties with whom the**
                                                 AGREEMENT DATED DECEMBER 21,2016                    **debtor has an executory contract or**
                                                                                                     **unexpired lease**
            **State what the contract or**        MUSIC LICENSE
            **lease is for**                                                                          AUDIOMACHINE
                                                                                                     15760 VENTURA BLVD
            **Nature of debtor's interest**        LICENSEE                                            STE 1020
                                                                                                     ENCINO CA 91436
            **State the term remaining**           _____

            **List the contract number of**        _____
            **any government contract**

**2.282.**   **Title of contract**               THE NUT JOB 2 - TRAILERS/ADVERTISING - COMBINED      **State the name and mailing address**
                                                 SYNCHRONIZATION AND MASTER USE LICENSE              **for all other parties with whom the**
                                                 AGREEMENT DATED MAY 11,2017                         **debtor has an executory contract or**
                                                                                                     **unexpired lease**
            **State what the contract or**        MUSIC LICENSE
            **lease is for**                                                                          AUDIOMACHINE
                                                                                                     15760 VENTURA BLVD
            **Nature of debtor's interest**        LICENSEE                                            STE 1020
                                                                                                     ENCINO CA 91436
            **State the term remaining**           _____

            **List the contract number of**        _____
            **any government contract**

**2.283.**   **Title of contract**               ROSEWATER - TRAILERS/ADVERTISING - COMBINED         **State the name and mailing address**
                                                 SYNCHRONIZATION AND MASTER USE LICENSE              **for all other parties with whom the**
                                                 AGREEMENT DATED NOVEMBER 7,2014                     **debtor has an executory contract or**
                                                                                                     **unexpired lease**
            **State what the contract or**        MUSIC LICENSE
            **lease is for**                                                                          AUDIOMACHINE
                                                                                                     15760 VENTURA BLVD
            **Nature of debtor's interest**        LICENSEE                                            STE 1020
                                                                                                     ENCINO CA 91436
            **State the term remaining**           _____

            **List the contract number of**        _____
            **any government contract**

---

Debtor   **Open Road Films, LLC**                                                                                       Case number *(if known)* **18-12012**

| 2.284. | **Title of contract** | ROSEWATER - TRAILERS/ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED AUGUST 27,2014 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | AUDIOMACHINE<br>15760 VENTURA BLVD<br>STE 1020<br>ENCINO CA 91436 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.285. | **Title of contract** | SABOTAGE - TRAILERS / ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED NOVEMBER 19,2013 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | AUDIOMACHINE<br>15760 VENTURA BLVD<br>STE 1020<br>ENCINO CA 91436 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.286. | **Title of contract** | SABOTAGE - TRAILERS / ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED FEBRUARY 4,2014 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | AUDIOMACHINE<br>15760 VENTURA BLVD<br>STE 1020<br>ENCINO CA 91436 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.287. | **Title of contract** | SABOTAGE - TRAILERS / ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED FEBRUARY 28,2014 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | AUDIOMACHINE<br>15760 VENTURA BLVD<br>STE 1020<br>ENCINO CA 91436 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

Debtor    **Open Road Films, LLC**                                                        Case number *(if known)* **18-12012**

| 2.288. | **Title of contract** | SABOTAGE - TRAILERS / ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED MARCH 21,2014 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | AUDIOMACHINE 15760 VENTURA BLVD STE 1020 ENCINO CA 91436 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.289. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE DATED JANUARY 22,2013 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | AUDIOMACHINE 15760 VENTURA BLVD STE 1020 ENCINO CA 91436 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.290. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE DATED OCTOBER 16,2012 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | AUDIOMACHINE 15760 VENTURA BLVD STE 1020 ENCINO CA 91436 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.291. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE DATED OCTOBER 31,2012 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | AUDIOMACHINE 15760 VENTURA BLVD STE 1020 ENCINO CA 91436 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.292. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE DATED OCTOBER 16,2012 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | AUDIOMACHINE 15760 VENTURA BLVD STE 1020 ENCINO CA 91436 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

Debtor    **Open Road Films, LLC**                                                    Case number *(if known)* **18-12012**

| 2.293. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE DATED JANUARY 28,2013 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | AUDIOMACHINE 15760 VENTURA BLVD STE 1020 ENCINO CA 91436 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.294. | **Title of contract** | SILENT HILL: REVELATION 3D - TRAILERS / ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED OCTOBER 8,2012 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | AUDIOMACHINE 15760 VENTURA BLVD STE 1020 ENCINO CA 91436 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.295. | **Title of contract** | SILENT HILL: REVELATION 3D - TRAILERS / ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED OCTOBER 10,2012 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | AUDIOMACHINE 15760 VENTURA BLVD STE 1020 ENCINO CA 91436 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.296. | **Title of contract** | SILENT HILL: REVELATION 3D - TRAILERS / ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED OCTOBER 17,2012 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | AUDIOMACHINE 15760 VENTURA BLVD STE 1020 ENCINO CA 91436 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.297. | **Title of contract** | SILENT HILL: REVELATION 3D - TRAILERS / ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED JULY 23,2012 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | AUDIOMACHINE 15760 VENTURA BLVD STE 1020 ENCINO CA 91436 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

Debtor   **Open Road Films, LLC**                                          Case number *(if known)* **18-12012**

| 2.298. | Title of contract | SILENT HOUSE - TRAILERS / ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED FEBRUARY 24,2012 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | AUDIOMACHINE |
| | Nature of debtor's interest | LICENSEE | 15760 VENTURA BLVD STE 1020 |
| | State the term remaining | _____ | ENCINO CA 91436 |
| | List the contract number of any government contract | _____ | |

| 2.299. | Title of contract | SILENT HOUSE - TRAILERS / ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED FEBRUARY 24,2012 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | AUDIOMACHINE |
| | Nature of debtor's interest | LICENSEE | 15760 VENTURA BLVD STE 1020 |
| | State the term remaining | _____ | ENCINO CA 91436 |
| | List the contract number of any government contract | _____ | |

| 2.300. | Title of contract | SILENT HOUSE - TRAILERS / ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED JANUARY 5,2012 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | AUDIOMACHINE |
| | Nature of debtor's interest | LICENSEE | 15760 VENTURA BLVD STE 1020 |
| | State the term remaining | _____ | ENCINO CA 91436 |
| | List the contract number of any government contract | _____ | |

| 2.301. | Title of contract | SLEEPLESS - TRAILERS / ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED SEPTEMBER 20,2016 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | AUDIOMACHINE |
| | Nature of debtor's interest | LICENSEE | 15760 VENTURA BLVD STE 1020 |
| | State the term remaining | _____ | ENCINO CA 91436 |
| | List the contract number of any government contract | _____ | |

| 2.302. | Title of contract | SLEEPLESS - TRAILERS / ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED DECEMBER 1,2016 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | AUDIOMACHINE |
| | Nature of debtor's interest | LICENSEE | 15760 VENTURA BLVD STE 1020 |
| | State the term remaining | _____ | ENCINO CA 91436 |
| | List the contract number of any government contract | _____ | |

Debtor    **Open Road Films, LLC**                                                    Case number *(if known)* **18-12012**

| | | | |
|---|---|---|---|
| 2.303. | **Title of contract** | SLEEPLESS - TRAILERS / ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED SEPTEMBER 20,2016 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | AUDIOMACHINE 15760 VENTURA BLVD STE 1020 ENCINO CA 91436 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| | | | |
|---|---|---|---|
| 2.304. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED JUNE 22,2015 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | AUDIOMACHINE 15760 VENTURA BLVD STE 1020 ENCINO CA 91436 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| | | | |
|---|---|---|---|
| 2.305. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED JULY 12,2016 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | AUDIOMACHINE 15760 VENTURA BLVD STE 1020 ENCINO CA 91436 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| | | | |
|---|---|---|---|
| 2.306. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED AUGUST 22,2016 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | AUDIOMACHINE 15760 VENTURA BLVD STE 1020 ENCINO CA 91436 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| | | | |
|---|---|---|---|
| 2.307. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED JULY 28,2016 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | AUDIOMACHINE 15760 VENTURA BLVD STE 1020 ENCINO CA 91436 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

Debtor    **Open Road Films, LLC**                                              Case number *(if known)* **18-12012**

| 2.308. | Title of contract | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED FEBRUARY 14,2017 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | AUDIOMACHINE 15760 VENTURA BLVD STE 1020 ENCINO CA 91436 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.309. | Title of contract | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED OCTOBER 26,2015 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | AUDIOMACHINE 15760 VENTURA BLVD STE 1020 ENCINO CA 91436 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.310. | Title of contract | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED NOVEMBER 5,2015 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | AUDIOMACHINE 15760 VENTURA BLVD STE 1020 ENCINO CA 91436 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.311. | Title of contract | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED JULY 15,2015 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | AUDIOMACHINE 15760 VENTURA BLVD STE 1020 ENCINO CA 91436 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.312. | Title of contract | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED OCTOBER 27,2015 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | AUDIOMACHINE 15760 VENTURA BLVD STE 1020 ENCINO CA 91436 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

Debtor   **Open Road Films, LLC**                                                      Case number *(if known)* **18-12012**

**2.313.** **Title of contract**                   THE FLUFFY MOVIE - TRAILERS / ADVERTISING -          **State the name and mailing address**
                                            COMBINED SYNCHRONIZATION AND MASTER USE            **for all other parties with whom the**
                                            LICENSE AGREEMENT DATED APRIL 3,2014               **debtor has an executory contract or**
                                                                                               **unexpired lease**
         **State what the contract or**       MUSIC LICENSE
         **lease is for**                                                                       AUDIOMACHINE
                                                                                               15760 VENTURA BLVD
         **Nature of debtor's interest**      LICENSEE                                          STE 1020
                                                                                               ENCINO CA 91436
         **State the term remaining**         _____

         **List the contract number of**      _____
         **any government contract**

**2.314.** **Title of contract**                   THE GREY - TRAILERS / ADVERTISING - COMBINED        **State the name and mailing address**
                                            SYNCHRONIZATION AND MASTER USE LICENSE             **for all other parties with whom the**
                                            AGREEMENT DATED JANUARY 19,2012                    **debtor has an executory contract or**
                                                                                               **unexpired lease**
         **State what the contract or**       MUSIC LICENSE
         **lease is for**                                                                       AUDIOMACHINE
                                                                                               15760 VENTURA BLVD
         **Nature of debtor's interest**      LICENSEE                                          STE 1020
                                                                                               ENCINO CA 91436
         **State the term remaining**         _____

         **List the contract number of**      _____
         **any government contract**

**2.315.** **Title of contract**                   THE GREY - TRAILERS / ADVERTISING - COMBINED        **State the name and mailing address**
                                            SYNCHRONIZATION AND MASTER USE LICENSE             **for all other parties with whom the**
                                            AGREEMENT DATED DECEMBER 20,2011                   **debtor has an executory contract or**
                                                                                               **unexpired lease**
         **State what the contract or**       MUSIC LICENSE
         **lease is for**                                                                       AUDIOMACHINE
                                                                                               15760 VENTURA BLVD
         **Nature of debtor's interest**      LICENSEE                                          STE 1020
                                                                                               ENCINO CA 91436
         **State the term remaining**         _____

         **List the contract number of**      _____
         **any government contract**

**2.316.** **Title of contract**                   THE GREY - TRAILERS / ADVERTISING - COMBINED        **State the name and mailing address**
                                            SYNCHRONIZATION AND MASTER USE LICENSE             **for all other parties with whom the**
                                            AGREEMENT DATED NOVEMBER 30,2011                   **debtor has an executory contract or**
                                                                                               **unexpired lease**
         **State what the contract or**       MUSIC LICENSE
         **lease is for**                                                                       AUDIOMACHINE
                                                                                               15760 VENTURA BLVD
         **Nature of debtor's interest**      LICENSEE                                          STE 1020
                                                                                               ENCINO CA 91436
         **State the term remaining**         _____

         **List the contract number of**      _____
         **any government contract**

**2.317.** **Title of contract**                   THE GUNMAN - TRAILERS / ADVERTISING - COMBINED      **State the name and mailing address**
                                            SYNCHRONIZATION AND MASTER USE LICENSE             **for all other parties with whom the**
                                            AGREEMENT DATED FEBRUARY 13,2015                   **debtor has an executory contract or**
                                                                                               **unexpired lease**
         **State what the contract or**       MUSIC LICENSE
         **lease is for**                                                                       AUDIOMACHINE
                                                                                               15760 VENTURA BLVD
         **Nature of debtor's interest**      LICENSEE                                          STE 1020
                                                                                               ENCINO CA 91436
         **State the term remaining**         _____

         **List the contract number of**      _____
         **any government contract**

Debtor    **Open Road Films, LLC**

| 2.318. | **Title of contract** | THE GUNMAN - TRAILERS / ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED DECEMBER 3,2014 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | AUDIOMACHINE<br>15760 VENTURA BLVD<br>STE 1020<br>ENCINO CA 91436 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.319. | **Title of contract** | THE GUNMAN - TRAILERS / ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED FEBRUARY 17,2015 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | AUDIOMACHINE<br>15760 VENTURA BLVD<br>STE 1020<br>ENCINO CA 91436 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.320. | **Title of contract** | THE GUNMAN - TRAILERS / ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED FEBRUARY 20,2015 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | AUDIOMACHINE<br>15760 VENTURA BLVD<br>STE 1020<br>ENCINO CA 91436 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.321. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED OCTOBER 31,2012 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | AUDIOMACHINE<br>15760 VENTURA BLVD<br>STE 1020<br>ENCINO CA 91436 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.322. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED FEBRUARY 7,2013 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | AUDIOMACHINE<br>15760 VENTURA BLVD<br>STE 1020<br>ENCINO CA 91436 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

Debtor    **Open Road Films, LLC**                                    Case number *(if known)* **18-12012**

| 2.323. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED MARCH 5,2012 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | AUDIOMACHINE 15760 VENTURA BLVD STE 1020 ENCINO CA 91436 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.324. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED NOVEMBER 25,2014 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | AUDIOMACHINE 15760 VENTURA BLVD STE 1020 ENCINO CA 91436 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.325. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED DECEMBER 19,2014 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | AUDIOMACHINE 15760 VENTURA BLVD STE 1020 ENCINO CA 91436 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.326. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED JANUARY 5,2015 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | AUDIOMACHINE 15760 VENTURA BLVD STE 1020 ENCINO CA 91436 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.327. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED DECEMBER 19,2014 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | AUDIOMACHINE 15760 VENTURA BLVD STE 1020 ENCINO CA 91436 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

Debtor   **Open Road Films, LLC**                                                      Case number *(if known)* **18-12012**

| 2.328. | Title of contract | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED JANUARY 20,2015 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | AUDIOMACHINE 15760 VENTURA BLVD STE 1020 ENCINO CA 91436 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.329. | Title of contract | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED JANUARY 13,2015 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | AUDIOMACHINE 15760 VENTURA BLVD STE 1020 ENCINO CA 91436 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.330. | Title of contract | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED OCTOBER 22,2015 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | AUDIOMACHINE 15760 VENTURA BLVD STE 1020 ENCINO CA 91436 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.331. | Title of contract | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED FEBRUARY 3,2016 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | AUDIOMACHINE 15760 VENTURA BLVD STE 1020 ENCINO CA 91436 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.332. | Title of contract | LETTER - RE: "SIDE EFFECTS/"LIVING ON HOPE"/MARK PETRIE MASTER AND PUBLISHING USE/SYNCHRONIZATION LICENSE" DATED FEBRUARY 21,2013 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | AUDIOSOCKET O/B/O LEOPONA INC., LEOPONA SUB A, AND MARK PETRIE MUSIC PUBLISHING 9100 WILSHIRE BLVD SUITE 100W BEVERLY HILLS CA 90212 |
| | Nature of debtor's interest | LICENSEE | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor **Open Road Films, LLC**                                                                     Case number *(if known)* **18-12012**

| 2.333. | Title of contract | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED JANUARY 13,2015 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | AUDIOWITHIN, LLC 30110 DIANA CT AGOURA HILLS CA 91301 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.334. | Title of contract | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED FEBRUARY 3,2016 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | AUDIOWITHIN, LLC 30110 DIANA CT AGOURA HILLS CA 91301 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.335. | Title of contract | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | VENDOR AGREEMENT | |
| | Nature of debtor's interest | CUSTOMER | AVALON TRANSPORTATION, LLC 1000 CORP.ORATE POINTE 150 CULVER CITY CA 90230 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.336. | Title of contract | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED APRIL 7,2016 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | AVALON ZERO S.A.R.L 3 ZI ZARE ILOT OUEST L-4384 EHLERANGE, LUXEMBOURG |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.337. | Title of contract | DISTRIBUTION RIGHTS ACQUISITION AGREEMENT DATED MAY 13, 2016 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | ACQUISITION AGREEMENT | |
| | Nature of debtor's interest | DISTRIBUTOR | AWESOMENESS DISTRIBUTION, LLC 11821 MISSISSIPPI AVE LOS ANGELES CA 90025 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor    **Open Road Films, LLC**

Case number *(if known)* **18-12012**

| 2.338. | **Title of contract** | AMENDMENT #1 TO DISTRIBUTION RIGHTS ACQUISITION AGREEMENT DATED APRIL 14, 2017 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ACQUISITION AGREEMENT | AWESOMENESS DISTRIBUTION, LLC |
| | **Nature of debtor's interest** | DISTRIBUTOR | 11821 MISSISSIPPI AVE |
| | **State the term remaining** | _____ | LOS ANGELES CA 90025 |
| | **List the contract number of any government contract** | _____ | |

| 2.339. | **Title of contract** | SECOND AMENDED AND RESTATED CREDIT, SECURITY, GUARANTY, AND PLEDGE AGREEMENT DATED AS OF APRIL 8, 2015 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CREDIT AGREEMENT | BANK OF AMERICA, N.A. |
| | **Nature of debtor's interest** | BORROWER | 333 S HOPE ST 13TH FL |
| | **State the term remaining** | _____ | LOS ANGELES CA 90071 |
| | **List the contract number of any government contract** | _____ | |

| 2.340. | **Title of contract** | FIRST AMENDMENT TO SECOND AMENDED AND RESTATED CREDIT, SECURITY, GUARANTY, AND PLEDGE AGREEMENT DATED AS OF FEBRUARY 10, 2016 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CREDIT AGREEMENT | BANK OF AMERICA, N.A. |
| | **Nature of debtor's interest** | BORROWER | 333 S HOPE ST 13TH FL |
| | **State the term remaining** | _____ | LOS ANGELES CA 90071 |
| | **List the contract number of any government contract** | _____ | |

| 2.341. | **Title of contract** | CONSENT AND SECOND AMENDMENT TO SECOND AMENDED AND RESTATED CREDIT, SECURITY, GUARANTY, AND PLEDGE AGREEMENT DATED AS OF AUGUST 4, 2017 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CREDIT AGREEMENT | BANK OF AMERICA, N.A. |
| | **Nature of debtor's interest** | BORROWER | 333 S HOPE ST 13TH FL |
| | **State the term remaining** | _____ | LOS ANGELES CA 90071 |
| | **List the contract number of any government contract** | _____ | |

| 2.342. | **Title of contract** | CONSENT AND THIRD AMENDMENT TO SECOND AMENDED AND RESTATED CREDIT, SECURITY, GUARANTY, AND PLEDGE AGREEMENT DATED AS OF DECEMBER, 2017 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CREDIT AGREEMENT | BANK OF AMERICA, N.A. |
| | **Nature of debtor's interest** | BORROWER | 333 S HOPE ST 13TH FL |
| | **State the term remaining** | _____ | LOS ANGELES CA 90071 |
| | **List the contract number of any government contract** | _____ | |

Debtor **Open Road Films, LLC**                                      Case number *(if known)* **18-12012**

| 2.343. | **Title of contract** | FOURTH AMENDMENT TO SECOND AMENDED AND RESTATED CREDIT, SECURITY, GUARANTY, AND PLEDGE AGREEMENT DATED AS OF APRIL 8, 2015 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CREDIT AGREEMENT | BANK OF AMERICA, N.A. |
| | **Nature of debtor's interest** | BORROWER | 333 S HOPE ST 13TH FL |
| | **State the term remaining** | | LOS ANGELES CA 90071 |
| | **List the contract number of any government contract** | | |

| 2.344. | **Title of contract** | MASTER USE LICENSE AGREEMENT DATED APRIL 16, 2018 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | BANK ROBBER MUSIC, LLC |
| | **Nature of debtor's interest** | LICENSEE | 40 EXCHANGE PL |
| | **State the term remaining** | | STE 1900 |
| | **List the contract number of any government contract** | | NEW YORK NY 10005 |

| 2.345. | **Title of contract** | MASTER USE LICENSE AGREEMENT DATED APRIL 18,2018 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | BANK ROBBER MUSIC, LLC O/B/O |
| | **Nature of debtor's interest** | LICENSEE | DRAG CITY RECORDS |
| | **State the term remaining** | | 40 EXCHANGE PL |
| | **List the contract number of any government contract** | | STE 1900 |
| | | | NEW YORK NY 10005 |

| 2.346. | **Title of contract** | DISTRIBUTION RIGHTS ACQUISITION AGREEMENT DATED SEPTEMBER 20, 2016 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ACQUISITION AGREEMENT | BBG HOME AGAIN, LLC |
| | **Nature of debtor's interest** | DISTRIBUTOR | 9255 SUNSET BLVD |
| | **State the term remaining** | | SUITE 310 |
| | **List the contract number of any government contract** | | LOS ANGELES CA 90069 |

| 2.347. | **Title of contract** | AMENDMENT NO. 1 TO DISTRIBUTION RIGHTS ACQUISITION AGREEMENT DATED APRIL 18, 2017 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ACQUISITION AGREEMENT | BBG HOME AGAIN, LLC |
| | **Nature of debtor's interest** | DISTRIBUTOR | 9255 SUNSET BLVD |
| | **State the term remaining** | | SUITE 310 |
| | **List the contract number of any government contract** | | LOS ANGELES CA 90069 |

Debtor **Open Road Films, LLC**                                    Case number *(if known)* **18-12012**

| | | |
|---|---|---|
| **2.348.** | **Title of contract** | THE NUT JOB - TRAILERS/ADVERTISING - MASTER USE LICENSE AGREEMENT DATED JANUARY 8,2014 |
| | **State what the contract or lease is for** | MUSIC LICENSE |
| | **Nature of debtor's interest** | LICENSEE |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

BEFORE YOU EXIT, LLC
911 VENTURA AVE
ORLANDO FL 32804

| | | |
|---|---|---|
| **2.349.** | **Title of contract** | THE NUT JOB - TRAILERS/ADVERTISING - SYNCHRONIZATION LICENSE AGREEMENT DATED JANUARY 8,2014 |
| | **State what the contract or lease is for** | MUSIC LICENSE |
| | **Nature of debtor's interest** | LICENSEE |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

BEFORE YOU EXIT, LLC
911 VENTURA AVE
ORLANDO FL 32804

| | | |
|---|---|---|
| **2.350.** | **Title of contract** | MASTER RECORDING LICENSE AGREEMENT FILM TRAILER DATED JULY 15,2016 |
| | **State what the contract or lease is for** | MUSIC LICENSE |
| | **Nature of debtor's interest** | LICENSEE |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

BEGGARS GROUP MEDIA LIMITED
17-19 ALMA RD
LONDON SW18 1AA
UNITED KINGDOM

| | | |
|---|---|---|
| **2.351.** | **Title of contract** | MASTER RECORDING LICENSE AGREEMENT DATED SEPTEMBER 2,2013 |
| | **State what the contract or lease is for** | MUSIC LICENSE |
| | **Nature of debtor's interest** | LICENSEE |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

BEGGARS GROUP MEDIA LIMITED
17-19 ALMA RD
LONDON SW18 1AA
UNITED KINGDOM

| | | |
|---|---|---|
| **2.352.** | **Title of contract** | THE GUNMAN - TRAILERS / ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED DECEMBER 15,2014 |
| | **State what the contract or lease is for** | MUSIC LICENSE |
| | **Nature of debtor's interest** | LICENSEE |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

BEGGARS GROUP MEDIA LIMITED
17-19 ALMA RD
LONDON SW18 1AA
UNITED KINGDOM

Debtor    **Open Road Films, LLC**                                          Case number *(if known)* **18-12012**

| | | |
|---|---|---|
| 2.353. | **Title of contract** | DISTRIBUTION RIGHTS ACQUISITION AGREEMENT DATED OCTOBER 1, 2013 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | ACQUISITION AGREEMENT | |
| | **Nature of debtor's interest** | DISTRIBUTOR | BELIEVE FILM PARTNERS, LLC 345 N MAPLE DR STE 105 BEVERLY HILLS CA 90210 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| | | |
|---|---|---|
| 2.354. | **Title of contract** | AMENDMENT #1 TO AGREEMENT DATED DECEMBER 11, 2013 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | ACQUISITION AGREEMENT | |
| | **Nature of debtor's interest** | DISTRIBUTOR | BELIEVE FILM PARTNERS, LLC 345 N MAPLE DR STE 105 BEVERLY HILLS CA 90210 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| | | |
|---|---|---|
| 2.355. | **Title of contract** | AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | VENDOR AGREEMENT | |
| | **Nature of debtor's interest** | CUSTOMER | BELLA THORNE 5044 FULTON AVE SHERMAN OAKS CA 91423 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| | | |
|---|---|---|
| 2.356. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED NOVEMBER 17,2016 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | BEYER MUSIC GROUP, INC. 2412 ZORADA DR LOS ANGELES CA 90046 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| | | |
|---|---|---|
| 2.357. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED JULY 23,2013 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | BIG CHOCOLATE, LLC 850 LARCHWOOD WAY MINDEN NV 89423 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

Debtor **Open Road Films, LLC**                                                        Case number *(if known)* **18-12012**

| 2.358. | Title of contract | STANDARD TERMS AND CONDITIONS - VENDORS DATED MAY 1, 2013 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | VENDOR AGREEMENT | |
| | Nature of debtor's interest | CUSTOMER | BIG PICTURE ENTERTAINMENT 3524 HAYDEN AVE CULVER CITY CA 90232 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.359. | Title of contract | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | VENDOR AGREEMENT | |
| | Nature of debtor's interest | CUSTOMER | BIG VISUAL GROUP 5764 CROSSINGS BLVD NASHVILLE TN 37013 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.360. | Title of contract | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | VENDOR AGREEMENT | |
| | Nature of debtor's interest | CUSTOMER | BLACKED OUT FICTION, LLC 1875 CENTURY PK EAST STE 260 LOS ANGELES CA 90067 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.361. | Title of contract | BLEED FOR THIS BINDING TERM SHEET DATED JUNE 12, 2015 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | ACQUISITION AGREEMENT | |
| | Nature of debtor's interest | DISTRIBUTOR | BLEED FOR THIS, LLC 260 WEST 35TH ST 10TH FLR NEW YORK NY 10001 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.362. | Title of contract | BLEED FOR THIS - FIRST AMENDMENT DATED JANUARY 13, 2016 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | ACQUISITION AGREEMENT | |
| | Nature of debtor's interest | DISTRIBUTOR | BLEED FOR THIS, LLC 260 WEST 35TH ST 10TH FLR NEW YORK NY 10001 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

Debtor **Open Road Films, LLC**                                          Case number *(if known)* **18-12012**

| 2.363. | **Title of contract** | STANDARD TERMS AND CONDITIONS - VENDORS DATED MAY 1, 2013 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | VENDOR AGREEMENT | |
| | **Nature of debtor's interest** | CUSTOMER | BLT COMMUNICATIONS 6430 SUNSET BLVD 8TH FL LOS ANGELES CA 90028 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.364. | **Title of contract** | A MASTER, SYNCHRONIZATION & PERFORMANCE LICENSE FOR THE PRODUCTION DATED NOVEMBER 1,2016 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | BMG PRODUCTION MUSIC, INC. 6100 WILSHIRE BLVD STE 1600 LOS ANGELES CA 90048 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.365. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED JUNE 29,2016 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | BMG PRODUCTION MUSIC, INC. 6100 WILSHIRE BLVD STE 1600 LOS ANGELES CA 90048 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.366. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED SEPTEMBER 7,2017 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | BMG PRODUCTION MUSIC, INC. 6100 WILSHIRE BLVD STE 1600 LOS ANGELES CA 90048 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.367. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED AUGUST 30,2016 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | BMG PRODUCTION MUSIC, INC. 6100 WILSHIRE BLVD STE 1600 LOS ANGELES CA 90048 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

Debtor   **Open Road Films, LLC**                                    Case number *(if known)* **18-12012**

**2.368.**  **Title of contract**          COMBINED SYNCHRONIZATION AND MASTER USE          **State the name and mailing address**
                                           LICENSE AGREEMENT DATED SEPTEMBER 16,2016         **for all other parties with whom the**
                                                                                             **debtor has an executory contract or**
            **State what the contract or**   MUSIC LICENSE                                    **unexpired lease**
            **lease is for**

            **Nature of debtor's interest**  LICENSEE                                         BMG PRODUCTION MUSIC, INC.
                                                                                             6100 WILSHIRE BLVD STE 1600
            **State the term remaining**      _____                LOS ANGELES CA 90048

            **List the contract number of**  _____
            **any government contract**

**2.369.**  **Title of contract**          COMBINED SYNCHRONIZATION AND MASTER USE          **State the name and mailing address**
                                           LICENSE AGREEMENT DATED MARCH 7,2018              **for all other parties with whom the**
                                                                                             **debtor has an executory contract or**
            **State what the contract or**   MUSIC LICENSE                                    **unexpired lease**
            **lease is for**

            **Nature of debtor's interest**  LICENSEE                                         BMG PRODUCTION MUSIC, INC.
                                                                                             6100 WILSHIRE BLVD STE 1600
            **State the term remaining**      _____                LOS ANGELES CA 90048

            **List the contract number of**  _____
            **any government contract**

**2.370.**  **Title of contract**          THE NUT JOB 2 - TRAILERS/ADVERTISING - COMBINED  **State the name and mailing address**
                                           SYNCHRONIZATION AND MASTER USE LICENSE            **for all other parties with whom the**
                                           AGREEMENT DATED DECEMBER 21,2016                  **debtor has an executory contract or**
                                                                                             **unexpired lease**
            **State what the contract or**   MUSIC LICENSE
            **lease is for**                                                                  BMG PRODUCTION MUSIC, INC.
                                                                                             6100 WILSHIRE BLVD STE 1600
            **Nature of debtor's interest**  LICENSEE                                         LOS ANGELES CA 90048

            **State the term remaining**      _____

            **List the contract number of**  _____
            **any government contract**

**2.371.**  **Title of contract**          SHOW DOGS - TRAILERS / ADVERTISING - COMBINED    **State the name and mailing address**
                                           SYNCHRONIZATION AND MASTER USE LICENSE            **for all other parties with whom the**
                                           AGREEMENT DATED JANUARY 5,2018                    **debtor has an executory contract or**
                                                                                             **unexpired lease**
            **State what the contract or**   MUSIC LICENSE
            **lease is for**                                                                  BMG PRODUCTION MUSIC, INC.
                                                                                             6100 WILSHIRE BLVD STE 1600
            **Nature of debtor's interest**  LICENSEE                                         LOS ANGELES CA 90048

            **State the term remaining**      _____

            **List the contract number of**  _____
            **any government contract**

**2.372.**  **Title of contract**          SLEEPLESS - TRAILERS / ADVERTISING - COMBINED    **State the name and mailing address**
                                           SYNCHRONIZATION AND MASTER USE LICENSE            **for all other parties with whom the**
                                           AGREEMENT DATED SEPTEMBER 20,2016                 **debtor has an executory contract or**
                                                                                             **unexpired lease**
            **State what the contract or**   MUSIC LICENSE
            **lease is for**                                                                  BMG PRODUCTION MUSIC, INC.
                                                                                             6100 WILSHIRE BLVD STE 1600
            **Nature of debtor's interest**  LICENSEE                                         LOS ANGELES CA 90048

            **State the term remaining**      _____

            **List the contract number of**  _____
            **any government contract**

Debtor   **Open Road Films, LLC**                                        Case number *(if known)* **18-12012**

| 2.373. | **Title of contract** | SLEEPLESS - TRAILERS / ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED DECEMBER 1,2016 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | BMG PRODUCTION MUSIC, INC. 6100 WILSHIRE BLVD STE 1600 LOS ANGELES CA 90048 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.374. | **Title of contract** | SLEEPLESS - TRAILERS / ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED DECEMBER 1,2016 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | BMG PRODUCTION MUSIC, INC. 6100 WILSHIRE BLVD STE 1600 LOS ANGELES CA 90048 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.375. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED JULY 15,2016 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | BMG PRODUCTION MUSIC, INC. 6100 WILSHIRE BLVD STE 1600 LOS ANGELES CA 90048 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.376. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED JULY 12,2016 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | BMG PRODUCTION MUSIC, INC. 6100 WILSHIRE BLVD STE 1600 LOS ANGELES CA 90048 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.377. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED AUGUST 10,2016 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | BMG PRODUCTION MUSIC, INC. 6100 WILSHIRE BLVD STE 1600 LOS ANGELES CA 90048 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

Debtor    **Open Road Films, LLC**                                                    Case number *(if known)* **18-12012**

| 2.378. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED FEBRUARY 14,2017 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | BMG PRODUCTION MUSIC, INC. 6100 WILSHIRE BLVD STE 1600 LOS ANGELES CA 90048 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.379. | **Title of contract** | MUSIC COMPOSITION SYNCHRONIZATION-USE LICENSE AGREEMENT DATED MAY 21, 2018 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | BMG RIGHTS MANAGEMENT (US), LLC 1745 BROADWAY 19TH FL NEW YORK NY 10019 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.380. | **Title of contract** | MUSIC COMPOSITION SYNCHRONIZATION-USE LICENSE AGREEMENT DATED FEBRUARY 13, 2018 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | BMG RIGHTS MANAGEMENT (US), LLC 1745 BROADWAY 19TH FL NEW YORK NY 10019 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.381. | **Title of contract** | MUSICAL COMPOSITION SYNCHRONIZATION-USE LICENSE (TRAILERS FOR MOTION PICTURES) DATED FEBRUARY 9,2017 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | BMG RIGHTS MANAGEMENT (US), LLC 1745 BROADWAY 19TH FL NEW YORK NY 10019 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.382. | **Title of contract** | SYNCHRONIZATION LICENSE AGREEMENT DATED APRIL 30,2012 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | BMG RIGHTS MANAGEMENT (US), LLC 1745 BROADWAY 19TH FL NEW YORK NY 10019 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

Debtor **Open Road Films, LLC**                                        Case number *(if known)* **18-12012**

| | | |
|---|---|---|
| 2.383. | **Title of contract** | MOTION PICTURE TRAILER SYNCHRONIZATION LICENSE DATED APRIL 30,2012 |
| | **State what the contract or lease is for** | MUSIC LICENSE |
| | **Nature of debtor's interest** | LICENSEE |
| | **State the term remaining** | _____ |
| | **List the contract number of any government contract** | _____ |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

BMG RIGHTS MANAGEMENT (US), LLC
1745 BROADWAY 19TH FL
NEW YORK NY 10019

| | | |
|---|---|---|
| 2.384. | **Title of contract** | MUSICAL COMPOSITION SYNCHRONIZATION USE LICENSE DATED SEPTEMBER 7,2017 |
| | **State what the contract or lease is for** | MUSIC LICENSE |
| | **Nature of debtor's interest** | LICENSEE |
| | **State the term remaining** | _____ |
| | **List the contract number of any government contract** | _____ |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

BMG RIGHTS MANAGEMENT (US), LLC
1745 BROADWAY 19TH FL
NEW YORK NY 10019

| | | |
|---|---|---|
| 2.385. | **Title of contract** | MUSICAL COMPOSITION SYNCHRONIZATION-USE LICENSE DATED MAY 21,2018 |
| | **State what the contract or lease is for** | MUSIC LICENSE |
| | **Nature of debtor's interest** | LICENSEE |
| | **State the term remaining** | _____ |
| | **List the contract number of any government contract** | _____ |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

BMG RIGHTS MANAGEMENT (US), LLC
1745 BROADWAY 19TH FL
NEW YORK NY 10019

| | | |
|---|---|---|
| 2.386. | **Title of contract** | MUSICAL COMPOSITION SYNCHRONIZATION-USE LICENSE DATED OCTOBER 13,2013 |
| | **State what the contract or lease is for** | MUSIC LICENSE |
| | **Nature of debtor's interest** | LICENSEE |
| | **State the term remaining** | _____ |
| | **List the contract number of any government contract** | _____ |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

BMG RIGHTS MANAGEMENT (US), LLC
1745 BROADWAY 19TH FL
NEW YORK NY 10019

| | | |
|---|---|---|
| 2.387. | **Title of contract** | MUSICAL COMPOSITION SYNCHRONIZATION-USE LICENSE DATED JULY 5,2017 |
| | **State what the contract or lease is for** | MUSIC LICENSE |
| | **Nature of debtor's interest** | LICENSEE |
| | **State the term remaining** | _____ |
| | **List the contract number of any government contract** | _____ |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

BMG RIGHTS MANAGEMENT (US), LLC
1745 BROADWAY 19TH FL
NEW YORK NY 10019

Debtor   **Open Road Films, LLC**                                                              Case number *(if known)* **18-12012**

| 2.388. | Title of contract | MUSICAL COMPOSITION SYNCHRONIZATION-USE LICENSE DATED FEBRUARY 13,2018 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | BMG RIGHTS MANAGEMENT (US), LLC 1745 BROADWAY 19TH FL NEW YORK NY 10019 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.389. | Title of contract | MUSICAL COMPOSITION SYNCHRONIZATION-USE LICENSE DATED FEBRUARY 13,2018 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | BMG RIGHTS MANAGEMENT (US), LLC 1745 BROADWAY 19TH FL NEW YORK NY 10019 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.390. | Title of contract | MUSICAL COMPOSITION SYNCHRONIZATION-USE LICENSE DATED APRIL 11,2016 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | BMG RIGHTS MANAGEMENT (US), LLC 1745 BROADWAY 19TH FL NEW YORK NY 10019 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.391. | Title of contract | MUSICAL COMPOSITION SYNCHRONIZATION-USE LICENSE DATED APRIL 12,2016 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | BMG RIGHTS MANAGEMENT (US), LLC 1745 BROADWAY 19TH FL NEW YORK NY 10019 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.392. | Title of contract | MUSICAL COMPOSITION SYNCHRONIZATION-USE LICENSE DATED AUGUST 5,2014 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | BMG RIGHTS MANAGEMENT (US), LLC 1745 BROADWAY 19TH FL NEW YORK NY 10019 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

Debtor   **Open Road Films, LLC**                                      Case number *(if known)* **18-12012**

| 2.393. | **Title of contract** | MUSICAL COMPOSITION SYNCHRONIZATION-USE LICENSE DATED AUGUST 28,2014 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | BMG RIGHTS MANAGEMENT (US), LLC |
| | **State the term remaining** | _____ | 1745 BROADWAY 19TH FL NEW YORK NY 10019 |
| | **List the contract number of any government contract** | _____ | |

| 2.394. | **Title of contract** | MUSICAL COMPOSITION SYNCHRONIZATION-USE LICENSE DATED OCTOBER 14,2013 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | BMG RIGHTS MANAGEMENT (US), LLC |
| | **State the term remaining** | _____ | 1745 BROADWAY 19TH FL NEW YORK NY 10019 |
| | **List the contract number of any government contract** | _____ | |

| 2.395. | **Title of contract** | MUSICAL COMPOSITION SYNCHRONIZATION-USE LICENSE DATED JANUARY 4,2017 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | BMG RIGHTS MANAGEMENT (US), LLC |
| | **State the term remaining** | _____ | 1745 BROADWAY 19TH FL NEW YORK NY 10019 |
| | **List the contract number of any government contract** | _____ | |

| 2.396. | **Title of contract** | MUSICAL COMPOSITION SYNCHRONIZATION-USE LICENSE DATED DECEMBER 21,2016 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | BMG RIGHTS MANAGEMENT (US), LLC |
| | **State the term remaining** | _____ | 1745 BROADWAY 19TH FL NEW YORK NY 10019 |
| | **List the contract number of any government contract** | _____ | |

| 2.397. | **Title of contract** | MUSICAL COMPOSITION SYNCHRONIZATION-USE LICENSE DATED JANUARY 4,2017 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | BMG RIGHTS MANAGEMENT (US), LLC |
| | **State the term remaining** | _____ | 1745 BROADWAY 19TH FL NEW YORK NY 10019 |
| | **List the contract number of any government contract** | _____ | |

Debtor    **Open Road Films, LLC**                                                    Case number *(if known)* **18-12012**

| 2.398. | Title of contract | MUSICAL COMPOSITION SYNCHRONIZATION-USE LICENSE DATED DECEMBER 21,2016 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | BMG RIGHTS MANAGEMENT (US), LLC 1745 BROADWAY 19TH FL NEW YORK NY 10019 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.399. | Title of contract | MUSICAL COMPOSITION SYNCHRONIZATION USE LICENSE DATED JUNE 16,2015 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | BMG RIGHTS MANAGEMENT (US), LLC 1745 BROADWAY 19TH FL NEW YORK NY 10019 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.400. | Title of contract | MUSICAL COMPOSITION SYNCHRONIZATION USE LICENSE DATED JANUARY 13,2016 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | BMG RIGHTS MANAGEMENT (US), LLC 1745 BROADWAY 19TH FL NEW YORK NY 10019 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.401. | Title of contract | MUSICAL COMPOSITION SYNCHRONIZATION-USE LICENSE DATED JANUARY 23,2018 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | BMG RIGHTS MANAGEMENT (US), LLC 1745 BROADWAY 19TH FL NEW YORK NY 10019 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.402. | Title of contract | MUSICAL COMPOSITION SYNCHRONIZATION-USE LICENSE DATED MARCH 24,2018 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | BMG RIGHTS MANAGEMENT (US), LLC 1745 BROADWAY 19TH FL NEW YORK NY 10019 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

Debtor    **Open Road Films, LLC**                                                    Case number *(if known)* **18-12012**

| 2.403. | Title of contract | MUSICAL COMPOSITION SYNCHRONIZATION-USE LICENSE DATED SEPTEMBER 27,2016 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | BMG RIGHTS MANAGEMENT (US), LLC |
| | State the term remaining | _____ | 1745 BROADWAY 19TH FL NEW YORK NY 10019 |
| | List the contract number of any government contract | _____ | |

| 2.404. | Title of contract | MUSICAL COMPOSITION SYNCHRONIZATION-USE LICENSE DATED JULY 27,2015 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | BMG RIGHTS MANAGEMENT (US), LLC |
| | State the term remaining | _____ | 1745 BROADWAY 19TH FL NEW YORK NY 10019 |
| | List the contract number of any government contract | _____ | |

| 2.405. | Title of contract | SYNCHRONIZATION AND PERFORMING RIGHTS LICENSE DATED MARCH 7,2013 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | BMG RIGHTS MANAGEMENT (US), LLC |
| | State the term remaining | _____ | 1745 BROADWAY 19TH FL NEW YORK NY 10019 |
| | List the contract number of any government contract | _____ | |

| 2.406. | Title of contract | DISTRIBUTION RIGHTS ACQUISITION AGREEMENT DATED MAY 15, 2014 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | ACQUISITION AGREEMENT | |
| | Nature of debtor's interest | DISTRIBUTOR | BOLD FILMS PRODUCTIONS, LLC |
| | State the term remaining | _____ | 6464 SUNSET BLVD STE 800 LOS ANGELES CA 90028 |
| | List the contract number of any government contract | _____ | |

| 2.407. | Title of contract | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | VENDOR AGREEMENT | |
| | Nature of debtor's interest | CUSTOMER | BOND CREATIVE, LLC |
| | State the term remaining | _____ | 1157 N HIGHLAND AVE LOS ANGELES CA 90038 |
| | List the contract number of any government contract | _____ | |

Debtor    **Open Road Films, LLC**                                          Case number *(if known)* **18-12012**

| 2.408. | **Title of contract** | GLEASON - TRAILERS / ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED JULY 6,2016 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | BOOMERANG MUSIC, LLC 514 SOUTH GAYLORD DR BURBANK CA 91505 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.409. | **Title of contract** | AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | VENDOR AGREEMENT | |
| | **Nature of debtor's interest** | CUSTOMER | BOUTIQUE PUBLICITY, INC. 16000 VENTURA BLVD STE 1102 ENCINO CA 91436 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.410. | **Title of contract** | AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | VENDOR AGREEMENT | |
| | **Nature of debtor's interest** | CUSTOMER | BOX OFFICE ANALYST, LLC 801 W 47TH ST STE 400 KANSAS CITY MO 64112 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.411. | **Title of contract** | AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | VENDOR AGREEMENT | |
| | **Nature of debtor's interest** | CUSTOMER | BRAINERD ENTERTAINMENT, LLC 900 EAST 80TH ST BLOOMINGTON MN 55420 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.412. | **Title of contract** | AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | VENDOR AGREEMENT | |
| | **Nature of debtor's interest** | CUSTOMER | BRANCHED CHAIN, INC. 340 MADISON AVE 19TH FL NEW YORK NY 10173 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

Debtor   **Open Road Films, LLC**                                        Case number *(if known)* **18-12012**

| 2.413. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED NOVEMBER 17,2016 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | BRAND X MUSIC, LLC 842 N FAIRFAX AVE 2FL LOS ANGELES CA 90046 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.414. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED JUNE 29,2016 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | BRAND X MUSIC, LLC 842 N FAIRFAX AVE 2FL LOS ANGELES CA 90046 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.415. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED SEPTEMBER 11,2012 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | BRAND X MUSIC, LLC 842 N FAIRFAX AVE 2FL LOS ANGELES CA 90046 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.416. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED NOVEMBER 5,2013 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | BRAND X MUSIC, LLC 842 N FAIRFAX AVE 2FL LOS ANGELES CA 90046 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.417. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED NOVEMBER 4,2014 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | BRAND X MUSIC, LLC 842 N FAIRFAX AVE 2FL LOS ANGELES CA 90046 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

Debtor  **Open Road Films, LLC**                                                        Case number *(if known)* **18-12012**

| 2.418. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED DECEMBER 14,2017 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | BRAND X MUSIC, LLC<br>842 N FAIRFAX AVE 2FL<br>LOS ANGELES CA 90046 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.419. | **Title of contract** | SLEEPLESS - TRAILERS / ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED SEPTEMBER 20,2016 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | BRAND X MUSIC, LLC<br>842 N FAIRFAX AVE 2FL<br>LOS ANGELES CA 90046 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.420. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED AUGUST 22,2016 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | BRAND X MUSIC, LLC<br>842 N FAIRFAX AVE 2FL<br>LOS ANGELES CA 90046 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.421. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED NOVEMBER 5,2015 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | BRAND X MUSIC, LLC<br>842 N FAIRFAX AVE 2FL<br>LOS ANGELES CA 90046 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.422. | **Title of contract** | SYNCHRONIZATION AND MASTER USE LICENSE DATED NOVEMBER 30,2011 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | BRAND X MUSIC, LLC<br>842 N FAIRFAX AVE 2FL<br>LOS ANGELES CA 90046 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

Debtor   **Open Road Films, LLC**                                                                 Case number *(if known)* **18-12012**

**2.423.**  **Title of contract**                THE GUNMAN - TRAILERS / ADVERTISING - COMBINED        **State the name and mailing address**
                                                 SYNCHRONIZATION AND MASTER USE LICENSE                **for all other parties with whom the**
                                                 AGREEMENT DATED FEBRUARY 17,2015                      **debtor has an executory contract or**
                                                                                                       **unexpired lease**
             **State what the contract or**      MUSIC LICENSE
             **lease is for**                                                                          BRAND X MUSIC, LLC
                                                                                                       842 N FAIRFAX AVE 2FL
             **Nature of debtor's interest**     LICENSEE                                              LOS ANGELES CA 90046

             **State the term remaining**        _____

             **List the contract number of**     _____
             **any government contract**

**2.424.**  **Title of contract**                THE GUNMAN - TRAILERS / ADVERTISING - COMBINED        **State the name and mailing address**
                                                 SYNCHRONIZATION AND MASTER USE LICENSE                **for all other parties with whom the**
                                                 AGREEMENT DATED FEBRUARY 13,2015                      **debtor has an executory contract or**
                                                                                                       **unexpired lease**
             **State what the contract or**      MUSIC LICENSE
             **lease is for**                                                                          BRAND X MUSIC, LLC
                                                                                                       842 N FAIRFAX AVE 2FL
             **Nature of debtor's interest**     LICENSEE                                              LOS ANGELES CA 90046

             **State the term remaining**        _____

             **List the contract number of**     _____
             **any government contract**

**2.425.**  **Title of contract**                THE GUNMAN - TRAILERS / ADVERTISING - COMBINED        **State the name and mailing address**
                                                 SYNCHRONIZATION AND MASTER USE LICENSE                **for all other parties with whom the**
                                                 AGREEMENT DATED MARCH 10,2015                         **debtor has an executory contract or**
                                                                                                       **unexpired lease**
             **State what the contract or**      MUSIC LICENSE
             **lease is for**                                                                          BRAND X MUSIC, LLC
                                                                                                       842 N FAIRFAX AVE 2FL
             **Nature of debtor's interest**     LICENSEE                                              LOS ANGELES CA 90046

             **State the term remaining**        _____

             **List the contract number of**     _____
             **any government contract**

**2.426.**  **Title of contract**                THE GUNMAN - TRAILERS / ADVERTISING - COMBINED        **State the name and mailing address**
                                                 SYNCHRONIZATION AND MASTER USE LICENSE                **for all other parties with whom the**
                                                 AGREEMENT DATED MARCH 9,2015                          **debtor has an executory contract or**
                                                                                                       **unexpired lease**
             **State what the contract or**      MUSIC LICENSE
             **lease is for**                                                                          BRAND X MUSIC, LLC
                                                                                                       842 N FAIRFAX AVE 2FL
             **Nature of debtor's interest**     LICENSEE                                              LOS ANGELES CA 90046

             **State the term remaining**        _____

             **List the contract number of**     _____
             **any government contract**

**2.427.**  **Title of contract**                COMBINED SYNCHRONIZATION AND MASTER USE               **State the name and mailing address**
                                                 LICENSE AGREEMENT DATED NOVEMBER 25,2014              **for all other parties with whom the**
                                                                                                       **debtor has an executory contract or**
                                                                                                       **unexpired lease**
             **State what the contract or**      MUSIC LICENSE
             **lease is for**                                                                          BRAND X MUSIC, LLC
                                                                                                       842 N FAIRFAX AVE 2FL
             **Nature of debtor's interest**     LICENSEE                                              LOS ANGELES CA 90046

             **State the term remaining**        _____

             **List the contract number of**     _____
             **any government contract**

Debtor    **Open Road Films, LLC**                                                      Case number *(if known)* **18-12012**

| 2.428. | Title of contract | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED DECEMBER 19,2014 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | BRAND X MUSIC, LLC 842 N FAIRFAX AVE 2FL LOS ANGELES CA 90046 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.429. | Title of contract | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED JANUARY 16,2015 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | BRAND X MUSIC, LLC 842 N FAIRFAX AVE 2FL LOS ANGELES CA 90046 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.430. | Title of contract | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED OCTOBER 2,2015 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | BRAND X MUSIC, LLC 842 N FAIRFAX AVE 2FL LOS ANGELES CA 90046 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.431. | Title of contract | FILM LICENSE AGREEMENT - "HOME AGAIN" AND "MOTHER'S DAY" DATED APRIL 24,2018 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | EXPLOITATION AGREEMENT | |
| | Nature of debtor's interest | LICENSOR | BRAVO MEDIA, LLC 145 WEST 28TH ST. 2ND FL NEW YORK NY 10001 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.432. | Title of contract | NOTICE OF CONSENT AND IRREVOCABLE ASSIGNMENT DATED APRIL 24,2018 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | EXPLOITATION AGREEMENT | |
| | Nature of debtor's interest | LICENSOR | BRAVO MEDIA, LLC 145 WEST 28TH ST. 2ND FL NEW YORK NY 10001 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

Debtor    **Open Road Films, LLC**                                                    Case number *(if known)* **18-12012**

| | | | |
|---|---|---|---|
| 2.433. | **Title of contract** | FIFTY SHADES OF BLACK - TRAILERS / ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED DECEMBER 23,2015 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | | | BRIDGE & TUNNEL, LLC |
| | **Nature of debtor's interest** | LICENSEE | 7365 OAKWOOD AVE |
| | | | LOS ANGELES CA 90036 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| | | | |
|---|---|---|---|
| 2.434. | **Title of contract** | FIFTY SHADES OF BLACK - TRAILERS / ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED DECEMBER 23,2015 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | | | BRIDGE & TUNNEL, LLC |
| | **Nature of debtor's interest** | LICENSEE | 7365 OAKWOOD AVE |
| | | | LOS ANGELES CA 90036 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| | | | |
|---|---|---|---|
| 2.435. | **Title of contract** | MUSIC PUBLISHING SYNCHRONIZATION AND PERFORMING LICENSE DATED APRIL 16,2018 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | | | BRIDGEPORT MUSIC, INC. |
| | **Nature of debtor's interest** | LICENSEE | 18500 W 10 MILE RD |
| | | | SOUTHFIELD MI 48075 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| | | | |
|---|---|---|---|
| 2.436. | **Title of contract** | STANDARD TERMS AND CONDITIONS - VENDORS DATED OCTOBER 25, 2016 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | VENDOR AGREEMENT | |
| | | | BRIGADE MARKETING, LLC |
| | **Nature of debtor's interest** | CUSTOMER | 116 W 23RD ST STE 500 |
| | | | NEW YORK NY 10011 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| | | | |
|---|---|---|---|
| 2.437. | **Title of contract** | AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | VENDOR AGREEMENT | |
| | **Nature of debtor's interest** | CUSTOMER | BRITISH BULLDOG, LLC |
| | | | 630 SOUTH PARISH PL |
| | **State the term remaining** | _____ | BURBANK CA 91506 |
| | **List the contract number of any government contract** | _____ | |

Debtor    **Open Road Films, LLC**                                                    Case number *(if known)* **18-12012**

| 2.438. | Title of contract | STANDARD TERMS AND CONDITIONS - VENDORS DATED MAY 1, 2013 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | VENDOR AGREEMENT | |
| | Nature of debtor's interest | CUSTOMER | BUDDHA JONES 1741 IVAR AVE LOS ANGELES CA 90028 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.439. | Title of contract | THE NUT JOB - TRAILERS/ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED SEPTEMBER 17,2013 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | BUTAMUSE 1832 N KENWOOD ST BURBANK CA 91505 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.440. | Title of contract | SILENT HILL: REVELATION 3D - TRAILERS / ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED JULY 23,2012 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | CAPILLARY MUSIC , INC. 16255 VENTURA BLVD STE 509 ENCINO CA 91436 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.441. | Title of contract | SILENT HOUSE - TRAILERS / ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED JANUARY 5,2012 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | CAPILLARY MUSIC, INC. 16255 VENTURA BLVD STE 509 ENCINO CA 91436 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.442. | Title of contract | AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | VENDOR AGREEMENT | |
| | Nature of debtor's interest | CUSTOMER | CAPTIONS, INC. 640 SOUTH GLENWOOD PL BURBANK CA 91506 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

Debtor **Open Road Films, LLC**                                                Case number *(if known)* **18-12012**

| 2.443. | **Title of contract** | AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | VENDOR AGREEMENT | |
| | **Nature of debtor's interest** | CUSTOMER | CARDINAL COMMUNICATIONS USA, INC. |
| | **State the term remaining** | | 295 MADISON AVE |
| | | | 33RD FL |
| | **List the contract number of any government contract** | | NEW YORK NY 10017 |

| 2.444. | **Title of contract** | AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | VENDOR AGREEMENT | |
| | **Nature of debtor's interest** | CUSTOMER | CAREER GROUP, INC. |
| | **State the term remaining** | | PO BOX 203654 |
| | | | DALLAS TX 75320-3654 |
| | **List the contract number of any government contract** | | |

| 2.445. | **Title of contract** | AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | VENDOR AGREEMENT | |
| | **Nature of debtor's interest** | CUSTOMER | CDW, LLC |
| | **State the term remaining** | | PO BOX 75723 |
| | | | CHICAGO IL 60675 |
| | **List the contract number of any government contract** | | |

| 2.446. | **Title of contract** | AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | VENDOR AGREEMENT | |
| | **Nature of debtor's interest** | CUSTOMER | CELEBRITY FOOTAGE |
| | **State the term remaining** | | 320 SOUTH ALMONT DR |
| | | | BEVERLY HILLS CA 90211 |
| | **List the contract number of any government contract** | | |

| 2.447. | **Title of contract** | AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | VENDOR AGREEMENT | |
| | **Nature of debtor's interest** | CUSTOMER | CENTRE CINEMAS, LLC |
| | **State the term remaining** | | 3070 LAKECREST CIR 400269 |
| | | | LEXINGTON KY 40513 |
| | **List the contract number of any government contract** | | |

Debtor **Open Road Films, LLC**                                                    Case number *(if known)* **18-12012**

---

**2.448.** **Title of contract**              AGREEMENT                                **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**     VENDOR AGREEMENT

**Nature of debtor's interest**     CUSTOMER                                         CHARLES CHRISTOPHER, INC.
                                                                                     16027 VENTURA BLVD
**State the term remaining**        _____               STE 301
                                                                                     ENCINO CA 91436
**List the contract number of any government contract**     _____

---

**2.449.** **Title of contract**              AGREEMENT                                **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**     VENDOR AGREEMENT

**Nature of debtor's interest**     CUSTOMER                                         CHARLES FIORELLO DBA
                                                                                     KABUKIMAGIC
**State the term remaining**        _____               466 WASHINGTON AVE EXT
                                                                                     SAUGERTIES NY 12477
**List the contract number of any government contract**     _____

---

**2.450.** **Title of contract**              THE GUNMAN - TRAILERS / ADVERTISING - COMBINED     **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
                                              SYNCHRONIZATION AND MASTER USE LICENSE
                                              AGREEMENT DATED FEBRUARY 17,2015

**State what the contract or lease is for**     MUSIC LICENSE                         CHARLES HART
                                                                                     438 TOWNE HILL RD
**Nature of debtor's interest**     LICENSEE                                         MONTPELIER VT 05602

**State the term remaining**        _____

**List the contract number of any government contract**     _____

---

**2.451.** **Title of contract**              THE GUNMAN - TRAILERS / ADVERTISING - COMBINED     **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
                                              SYNCHRONIZATION AND MASTER USE LICENSE
                                              AGREEMENT DATED FEBRUARY 17,2015

**State what the contract or lease is for**     MUSIC LICENSE                         CHESKY PRODUCTIONS, INC. DBA
                                                                                     MANHATTAN PRODUCTION MUSIC
**Nature of debtor's interest**     LICENSEE                                         1650 BROADWAY STE 900
                                                                                     NEW YORK NY 10019
**State the term remaining**        _____

**List the contract number of any government contract**     _____

---

**2.452.** **Title of contract**              AGREEMENT                                **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**     VENDOR AGREEMENT

**Nature of debtor's interest**     CUSTOMER                                         CHINESE THEATRES, LLC
                                                                                     6925 HOLLYWOOD BLVD
**State the term remaining**        _____               LOS ANGELES CA 90028

**List the contract number of any government contract**     _____

---

Debtor    **Open Road Films, LLC**                                                          Case number *(if known)* **18-12012**

| 2.453. | **Title of contract** | DIGITAL CINEMA DEPLOYMENT AGREEMENT DATED MARCH 8, 2012 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | VENDOR AGREEMENT | CHRISTIE DIGITAL SYSTEMS USA, INC. |
| | **Nature of debtor's interest** | CUSTOMER | 10550 CAMDEN DR |
| | **State the term remaining** | _____ | CYPRESS CA 90630 |
| | **List the contract number of any government contract** | _____ | |

| 2.454. | **Title of contract** | SYNCHRONIZATION LICENSE AGREEMENT DATED JUNE 8,2017 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | CHRISTOPHER MEESEN |
| | **Nature of debtor's interest** | LICENSEE | 124 MARTINEDALE CRES |
| | **State the term remaining** | _____ | BRAMPTON ON L6X 2V1 |
| | **List the contract number of any government contract** | _____ | CANADA |

| 2.455. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED APRIL 16,2018 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | CHROMA MUSIC, LLC |
| | **Nature of debtor's interest** | LICENSEE | 211 WINDWARD AVE |
| | **State the term remaining** | _____ | VENICE CA 90291 |
| | **List the contract number of any government contract** | _____ | |

| 2.456. | **Title of contract** | CINEDIGM LETTER AGREEMENT (SHOW DOGS - HOTEL ARTEMIS) DATED APRIL 24, 2018 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | VENDOR AGREEMENT | CINEDIGM DIGITAL FUNDING PHASE 1, LLC |
| | **Nature of debtor's interest** | CUSTOMER | PO BOX 100346 |
| | **State the term remaining** | _____ | PASADENA CA 91189 |
| | **List the contract number of any government contract** | _____ | |

| 2.457. | **Title of contract** | LETTER AGREEMENT (SHOW DOGS - HOTEL ARTEMIS) DATED APRIL 24, 2018 CARIBBEAN VPF AGREEMENT DATED MAY 29, 2018 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | VENDOR AGREEMENT | CINEDIGM PHASE 2 DIGITAL CINEMA CORP. |
| | **Nature of debtor's interest** | CUSTOMER | PO BOX 950003760 |
| | **State the term remaining** | _____ | PHILADE L.P.HIA PA 19195 |
| | **List the contract number of any government contract** | _____ | |

Debtor  **Open Road Films, LLC**

Case number *(if known)* **18-12012**

| 2.458. | Title of contract | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | VENDOR AGREEMENT | |
| | Nature of debtor's interest | CUSTOMER | CINEMARK USA |
| | State the term remaining | _____ | 3900 DALLAS PKWY STE 500 PLANO TX 75093 |
| | List the contract number of any government contract | _____ | |

| 2.459. | Title of contract | EXCLUSIVE DISTRIBUTION RIGHTS TERM SHEET DATED MAY 4,2018 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | EXPLOITATION AGREEMENT | |
| | Nature of debtor's interest | LICENSOR | CINEPLEX ENTERTAINMENT LIMITED PARTNERSHIP |
| | State the term remaining | _____ | 1303 YONGE ST TORONTO ON M5B 1T2 |
| | List the contract number of any government contract | _____ | CANADA |

| 2.460. | Title of contract | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE DATED OCTOBER 16,2012 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | CINETRAX, INC. |
| | State the term remaining | _____ | 8033 SUNSET BLVD STE 400 LOS ANGELES CA 90046 |
| | List the contract number of any government contract | _____ | |

| 2.461. | Title of contract | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE DATED OCTOBER 16,2012 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | CINETRAX, INC. |
| | State the term remaining | _____ | 8033 SUNSET BLVD STE 400 LOS ANGELES CA 90046 |
| | List the contract number of any government contract | _____ | |

| 2.462. | Title of contract | SILENT HILL: REVELATION 3D - TRAILERS / ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED JULY 23,2012 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | CINETRAX, INC. |
| | State the term remaining | _____ | 8033 SUNSET BLVD STE 400 LOS ANGELES CA 90046 |
| | List the contract number of any government contract | _____ | |

Debtor  **Open Road Films, LLC**                                                    Case number *(if known)* **18-12012**

| 2.463. | Title of contract | THE GREY - TRAILERS / ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED JANUARY 19,2012 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | CINETRAX, INC. 8033 SUNSET BLVD STE 400 LOS ANGELES CA 90046 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.464. | Title of contract | AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | VENDOR AGREEMENT - LIBRARY ASSET HOLDER | |
| | Nature of debtor's interest | CUSTOMER/ASSET OWNER | CINEVIZION, LLC 5300 MELROSE AVE STE B210 LOS ANGELES CA 90038 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.465. | Title of contract | AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | VENDOR AGREEMENT | |
| | Nature of debtor's interest | CUSTOMER | CLOUTIER REMIX 8952 ELLIS AVE LOS ANGELES CA 90034 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.466. | Title of contract | AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | VENDOR AGREEMENT | |
| | Nature of debtor's interest | CUSTOMER | COCA COLA REFRESHMENTS PO BOX 740214 LOS ANGELES CA 90074 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.467. | Title of contract | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED MARCH 21,2014 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | CODIGO MUSIC, LLC 5400 NE 4TH CT STUDIO 1A MIAMI FL 33137 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor   **Open Road Films, LLC**                                                      Case number *(if known)* **18-12012**

---

**2.468.**   **Title of contract**   LICENSE AGREEMENT - "HIT & RUN" DATED AUGUST 16,2012

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**   EXPLOITATION AGREEMENT

**Nature of debtor's interest**   LICENSOR

COMEDY PARTNERS
345 HUDSON ST, 9 FL
NEW YORK NY 10014

**State the term remaining**   _____

**List the contract number of any government contract**   _____

---

**2.469.**   **Title of contract**   NOTICE OF CONSENT AND IRREVOCABLE ASSIGNMENT DATED SEPTEMBER 10,2012

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**   EXPLOITATION AGREEMENT

**Nature of debtor's interest**   LICENSOR

COMEDY PARTNERS
345 HUDSON ST, 9 FL
NEW YORK NY 10014

**State the term remaining**   _____

**List the contract number of any government contract**   _____

---

**2.470.**   **Title of contract**   AGREEMENT

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**   VENDOR AGREEMENT

**Nature of debtor's interest**   CUSTOMER

COMPUMARK
PO BOX 71892
CHICAGO IL 60694

**State the term remaining**   _____

**List the contract number of any government contract**   _____

---

**2.471.**   **Title of contract**   NIGHTCRAWLER - TRAILERS/ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED AUGUST 19,2014

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**   MUSIC LICENSE

**Nature of debtor's interest**   LICENSEE

CONFIDENTIAL MUSIC, INC.
1255 NORTH CHEROKEE AVE
LOS ANGELES CA 90038

**State the term remaining**   _____

**List the contract number of any government contract**   _____

---

**2.472.**   **Title of contract**   COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED JUNE 22,2015

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**   MUSIC LICENSE

**Nature of debtor's interest**   LICENSEE

CONFIDENTIAL MUSIC, INC.
1255 NORTH CHEROKEE AVE
LOS ANGELES CA 90038

**State the term remaining**   _____

**List the contract number of any government contract**   _____

---

Debtor   **Open Road Films, LLC**                                                                   Case number *(if known)* **18-12012**

| 2.473. | Title of contract | THE GUNMAN - TRAILERS / ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED FEBRUARY 20,2015 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | CONFIDENTIAL MUSIC, INC.<br>1255 NORTH CHEROKEE AVE<br>LOS ANGELES CA 90038 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.474. | Title of contract | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED DECEMBER 19,2014 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | CONFIDENTIAL MUSIC, INC.<br>1255 NORTH CHEROKEE AVE<br>LOS ANGELES CA 90038 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.475. | Title of contract | NIGHTCRAWLER - TRAILERS/ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED JULY 14,2014 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | CONSTANTIN MUSIC GMBH<br>FEILITZSCHSTR 6<br>MUENCHEN 80802<br>GERMANY |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.476. | Title of contract | NIGHTCRAWLER - TRAILERS/ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED JULY 14,2014 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | CONSTANTIN MUSIC VERLAGS GMBH<br>FEILITZSCHSTR 6<br>MUENCHEN 80802<br>GERMANY |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.477. | Title of contract | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED DECEMBER 14,2017 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | CONSUMERDIG, INC./TORQUE DESIGN<br>11928 NORTH RICASOLI WAY<br>NORTHRIDGE CA 91326 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

Debtor    **Open Road Films, LLC**                                                                                       Case number *(if known)* **18-12012**

| 2.478. | Title of contract | AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | VENDOR AGREEMENT | |
| | Nature of debtor's interest | CUSTOMER | COZY TOURING, INC. |
| | State the term remaining | | 109 WESTPARK DR STE 400 |
| | List the contract number of any government contract | | BRENTWOOD TN 37027 |

| 2.479. | Title of contract | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED JUNE 29,2016 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | CRASH PAD MUSIC |
| | State the term remaining | | 35630 CLOCHE DR WINCHESTER CA 92596 |
| | List the contract number of any government contract | | |

| 2.480. | Title of contract | SABOTAGE - TRAILERS / ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED NOVEMBER 19,2013 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | CRASH PAD MUSIC, LLC |
| | Nature of debtor's interest | LICENSEE | 35630 CLOCHE DR WINCHESTER CA 92596 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.481. | Title of contract | SILENT HILL: REVELATION 3D - TRAILERS / ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED JULY 23,2012 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | CRASH PAD MUSIC, LLC |
| | Nature of debtor's interest | LICENSEE | 35630 CLOCHE DR WINCHESTER CA 92596 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.482. | Title of contract | SILENT HILL: REVELATION 3D - TRAILERS / ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED JULY 23,2012 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | CRASH PAD MUSIC, LLC |
| | Nature of debtor's interest | LICENSEE | 35630 CLOCHE DR WINCHESTER CA 92596 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor   **Open Road Films, LLC**                                                   Case number *(if known)* **18-12012**

**2.483.**   **Title of contract**          SILENT HOUSE - TRAILERS / ADVERTISING - COMBINED          **State the name and mailing address**
                                            SYNCHRONIZATION AND MASTER USE LICENSE                   **for all other parties with whom the**
                                            AGREEMENT DATED JANUARY 5,2012                           **debtor has an executory contract or**
                                                                                                     **unexpired lease**
            **State what the contract or**   MUSIC LICENSE
            **lease is for**
                                                                                                     CRASH PAD MUSIC, LLC
            **Nature of debtor's interest**   LICENSEE                                                35630 CLOCHE DR
                                                                                                     WINCHESTER CA 92596
            **State the term remaining**      _____

            **List the contract number of**   _____
            **any government contract**

**2.484.**   **Title of contract**          SILENT HOUSE - TRAILERS / ADVERTISING - COMBINED          **State the name and mailing address**
                                            SYNCHRONIZATION AND MASTER USE LICENSE                   **for all other parties with whom the**
                                            AGREEMENT DATED JANUARY 5,2012                           **debtor has an executory contract or**
                                                                                                     **unexpired lease**
            **State what the contract or**   MUSIC LICENSE
            **lease is for**
                                                                                                     CRASH PAD MUSIC, LLC
            **Nature of debtor's interest**   LICENSEE                                                35630 CLOCHE DR
                                                                                                     WINCHESTER CA 92596
            **State the term remaining**      _____

            **List the contract number of**   _____
            **any government contract**

**2.485.**   **Title of contract**          SILENT HOUSE - TRAILERS / ADVERTISING - COMBINED          **State the name and mailing address**
                                            SYNCHRONIZATION AND MASTER USE LICENSE                   **for all other parties with whom the**
                                            AGREEMENT DATED JANUARY 5,2012                           **debtor has an executory contract or**
                                                                                                     **unexpired lease**
            **State what the contract or**   MUSIC LICENSE
            **lease is for**
                                                                                                     CRASH PAD MUSIC, LLC
            **Nature of debtor's interest**   LICENSEE                                                35630 CLOCHE DR
                                                                                                     WINCHESTER CA 92596
            **State the term remaining**      _____

            **List the contract number of**   _____
            **any government contract**

**2.486.**   **Title of contract**          SILENT HOUSE - TRAILERS / ADVERTISING - COMBINED          **State the name and mailing address**
                                            SYNCHRONIZATION AND MASTER USE LICENSE                   **for all other parties with whom the**
                                            AGREEMENT DATED JANUARY 5,2012                           **debtor has an executory contract or**
                                                                                                     **unexpired lease**
            **State what the contract or**   MUSIC LICENSE
            **lease is for**
                                                                                                     CRASH PAD MUSIC, LLC
            **Nature of debtor's interest**   LICENSEE                                                35630 CLOCHE DR
                                                                                                     WINCHESTER CA 92596
            **State the term remaining**      _____

            **List the contract number of**   _____
            **any government contract**

**2.487.**   **Title of contract**          COMBINED SYNCHRONIZATION AND MASTER USE                   **State the name and mailing address**
                                            LICENSE AGREEMENT DATED MARCH 5,2012                      **for all other parties with whom the**
                                                                                                     **debtor has an executory contract or**
                                                                                                     **unexpired lease**
            **State what the contract or**   MUSIC LICENSE
            **lease is for**
                                                                                                     CRASH PAD MUSIC, LLC
            **Nature of debtor's interest**   LICENSEE                                                35630 CLOCHE DR
                                                                                                     WINCHESTER CA 92596
            **State the term remaining**      _____

            **List the contract number of**   _____
            **any government contract**

Debtor    **Open Road Films, LLC**                                                                Case number *(if known)* **18-12012**

| 2.488. | Title of contract | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED OCTOBER 31,2012 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | CRASH PAD MUSIC, LLC 35630 CLOCHE DR WINCHESTER CA 92596 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.489. | Title of contract | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED MAY 25, 2018 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | CRASHER TUNES 817 N ALFRED ST UNIT 205 WEST HOLLYWOOD CA 90069 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.490. | Title of contract | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED MAY 25,2018 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | CRASHER TUNES 817 N ALFRED ST UNIT 205 WEST HOLLYWOOD CA 90069 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.491. | Title of contract | AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | VENDOR AGREEMENT | |
| | Nature of debtor's interest | CUSTOMER | CREATIVE IMPACT AGENCY 16000 VENTURA BLVD STE 750 ENCINO CA 91436 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.492. | Title of contract | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED MAY 25, 2018 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | CREATIVE SOUNDSCAPES, INC. 1930 N MAIN ST LOS ANGELES CA 90031 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

Debtor    **Open Road Films, LLC**                                    Case number *(if known)* **18-12012**

| 2.493. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT (TRAILERS/ADVERTISING) "A KNIFELY DEATH, AIR CANNON KICKER" DATED NOVEMBER 30,2012 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | CREATIVE SOUNDSCAPES, INC. 1930 N MAIN ST LOS ANGELES CA 90031 |
| | **Nature of debtor's interest** | LICENSEE | |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.494. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT (TRAILERS/ADVERTISING) "FINAL BLOWS 2, AIRY PROBER" DATED JANUARY 14,2013 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | CREATIVE SOUNDSCAPES, INC. 1930 N MAIN ST LOS ANGELES CA 90031 |
| | **Nature of debtor's interest** | LICENSEE | |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.495. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED MAY 8,2018 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | CREATIVE SOUNDSCAPES, INC. 1930 N MAIN ST LOS ANGELES CA 90031 |
| | **Nature of debtor's interest** | LICENSEE | |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.496. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED MAY 25,2018 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | CREATIVE SOUNDSCAPES, INC. 1930 N MAIN ST LOS ANGELES CA 90031 |
| | **Nature of debtor's interest** | LICENSEE | |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.497. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED OCTOBER 5,2015 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | CREATIVE SOUNDSCAPES, INC. 1930 N MAIN ST LOS ANGELES CA 90031 |
| | **Nature of debtor's interest** | LICENSEE | |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

Debtor    **Open Road Films, LLC**                                      Case number *(if known)* **18-12012**

| | | |
|---|---|---|
| **2.498.** | **Title of contract** | SABOTAGE - TRAILERS / ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED NOVEMBER 19,2013 |
| | **State what the contract or lease is for** | MUSIC LICENSE |
| | **Nature of debtor's interest** | LICENSEE |
| | **State the term remaining** | _____ |
| | **List the contract number of any government contract** | _____ |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

CREATIVE SOUNDSCAPES, INC.
1930 N MAIN ST
LOS ANGELES CA 90031

| | | |
|---|---|---|
| **2.499.** | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE DATED JANUARY 14,2013 |
| | **State what the contract or lease is for** | MUSIC LICENSE |
| | **Nature of debtor's interest** | LICENSEE |
| | **State the term remaining** | _____ |
| | **List the contract number of any government contract** | _____ |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

CREATIVE SOUNDSCAPES, INC.
1930 N MAIN ST
LOS ANGELES CA 90031

| | | |
|---|---|---|
| **2.500.** | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE DATED JANUARY 22,2013 |
| | **State what the contract or lease is for** | MUSIC LICENSE |
| | **Nature of debtor's interest** | LICENSEE |
| | **State the term remaining** | _____ |
| | **List the contract number of any government contract** | _____ |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

CREATIVE SOUNDSCAPES, INC.
1930 N MAIN ST
LOS ANGELES CA 90031

| | | |
|---|---|---|
| **2.501.** | **Title of contract** | SILENT HILL: REVELATION 3D - TRAILERS / ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED JULY 23,2012 |
| | **State what the contract or lease is for** | MUSIC LICENSE |
| | **Nature of debtor's interest** | LICENSEE |
| | **State the term remaining** | _____ |
| | **List the contract number of any government contract** | _____ |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

CREATIVE SOUNDSCAPES, INC.
1930 N MAIN ST
LOS ANGELES CA 90031

| | | |
|---|---|---|
| **2.502.** | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED OCTOBER 5,2015 |
| | **State what the contract or lease is for** | MUSIC LICENSE |
| | **Nature of debtor's interest** | LICENSEE |
| | **State the term remaining** | _____ |
| | **List the contract number of any government contract** | _____ |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

CREATIVE SOUNDSCAPES, INC.
1930 N MAIN ST
LOS ANGELES CA 90031

Debtor **Open Road Films, LLC**                                      Case number *(if known)* **18-12012**

| | | |
|---|---|---|
| 2.503. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED FEBRUARY 12,2013 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | CREATIVE SOUNDSCAPES, INC. 1930 N MAIN ST LOS ANGELES CA 90031 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| | | |
|---|---|---|
| 2.504. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED FEBRUARY 12,2013 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | CREATIVE SOUNDSCAPES, INC. 1930 N MAIN ST LOS ANGELES CA 90031 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| | | |
|---|---|---|
| 2.505. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED MARCH 5,2012 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | CREATIVE SOUNDSCAPES, INC. 1930 N MAIN ST LOS ANGELES CA 90031 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| | | |
|---|---|---|
| 2.506. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED FEBRUARY 7,2013 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | CREATIVE SOUNDSCAPES, INC. 1930 N MAIN ST LOS ANGELES CA 90031 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| | | |
|---|---|---|
| 2.507. | **Title of contract** | AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | VENDOR AGREEMENT | |
| | **Nature of debtor's interest** | CUSTOMER | CREATIVE VISION GRAPHICS, INC. 11519 LA MAIDA ST VALLEY VILLAGE CA 91601 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

Debtor  **Open Road Films, LLC**                                          Case number *(if known)* **18-12012**

**2.508.**  **Title of contract**  EMPLOYMENT AGREEMENT DATED JANUARY 29, 2018

**State what the contract or lease is for**  EMPLOYMENT AGREEMENT

**Nature of debtor's interest**  EMPLOYER

**State the term remaining**  _____

**List the contract number of any government contract**  _____

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

CREEM MATTHEW
2049 CENTURY PK EAST 4TH FL
LOS ANGELES CA 90067

**2.509.**  **Title of contract**  SYNCHRONIZATION LICENSE DATED FEBRUARY 28,2015

**State what the contract or lease is for**  MUSIC LICENSE

**Nature of debtor's interest**  LICENSEE

**State the term remaining**  _____

**List the contract number of any government contract**  _____

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

CREEPING DEATH MUSIC (ASCAP)
1900 AVE OF STARS 25TH FL
LOS ANGELES CA 90067

**2.510.**  **Title of contract**  COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED APRIL 7,2016

**State what the contract or lease is for**  MUSIC LICENSE

**Nature of debtor's interest**  LICENSEE

**State the term remaining**  _____

**List the contract number of any government contract**  _____

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

CRINGE AUDIO
438 TOWNE HILL RD
MONTPELIER VT 05602

**2.511.**  **Title of contract**  AGREEMENT

**State what the contract or lease is for**  VENDOR AGREEMENT

**Nature of debtor's interest**  CUSTOMER

**State the term remaining**  _____

**List the contract number of any government contract**  _____

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

CT CORPORATION
PO BOX 4349
CAROL STREAM IL 60197-4349

**2.512.**  **Title of contract**  SYNCHRONIZATION LICENSE DATED SEPTEMBER 17,2013

**State what the contract or lease is for**  MUSIC LICENSE

**Nature of debtor's interest**  LICENSEE

**State the term remaining**  _____

**List the contract number of any government contract**  _____

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

D RANGER PUBLISHING
1880 CENTURY PK EAST SUITE 1600
LOS ANGELES CA 90067

Debtor  **Open Road Films, LLC**                                    Case number *(if known)* **18-12012**

| 2.513. | **Title of contract** | AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | VENDOR AGREEMENT | |
| | **Nature of debtor's interest** | CUSTOMER | DAN KLUSMAN DBA SHOWTIME |
| | **State the term remaining** | | 638 FERGUSON RD |
| | | | STE 3 |
| | **List the contract number of any government contract** | | BOZEMAN MT 59718-6405 |

| 2.514. | **Title of contract** | THE GREY - TRAILERS / ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED NOVEMBER 30,2011 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | | | DANIEL DIAZ / ANTI-HERO |
| | **Nature of debtor's interest** | LICENSEE | 3712 WESTWOOD BLVD 210 |
| | **State the term remaining** | | LOS ANGELES CA 90034 |
| | **List the contract number of any government contract** | | |

| 2.515. | **Title of contract** | NIGHTCRAWLER - TRAILERS/ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED AUGUST 19,2014 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | | | DAVID EDWARD ASTHMA DBA |
| | **Nature of debtor's interest** | LICENSEE | SPUNKSHINE PRODUCTIONS |
| | **State the term remaining** | | 23310 85TH PL |
| | | | SALEM WI 53168 |
| | **List the contract number of any government contract** | | |

| 2.516. | **Title of contract** | AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | VENDOR AGREEMENT | |
| | **Nature of debtor's interest** | CUSTOMER | DAVID FRIEDMAN |
| | **State the term remaining** | | 14431 VENTURA BLVD 144 |
| | | | SHERMAN OAKS CA 91423 |
| | **List the contract number of any government contract** | | |

| 2.517. | **Title of contract** | AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | VENDOR AGREEMENT | |
| | **Nature of debtor's interest** | CUSTOMER | DAVID LUONG |
| | **State the term remaining** | | 1717 EAST BADILLO ST |
| | | | COVINA CA 91724 |
| | **List the contract number of any government contract** | | |

Debtor **Open Road Films, LLC**                                    Case number *(if known)* **18-12012**

---

**2.518.** | **Title of contract** | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease
--- | --- | --- | ---
 | **State what the contract or lease is for** | VENDOR AGREEMENT |
 | **Nature of debtor's interest** | CUSTOMER | DE LAGE LANDEN
 | **State the term remaining** | _____ | PO BOX 41602
 | **List the contract number of any government contract** | _____ | PHILADE L.P.HIA PA 19101-1602

**2.519.** | **Title of contract** | DISTRIBUTION RIGHTS ACQUISITION AGREEMENT DATED MAY 9, 2012 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease
--- | --- | --- | ---
 | **State what the contract or lease is for** | ACQUISITION AGREEMENT |
 | **Nature of debtor's interest** | DISTRIBUTOR | DEA PRODUCTIONS, LLC
 | **State the term remaining** | _____ | 11601 WILSHIRE BLVD STE 1900
 | **List the contract number of any government contract** | _____ | LOS ANGELES CA 90025

**2.520.** | **Title of contract** | AMENDMENT #1 TO AGREEMENT DATED JULY 1, 2013 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease
--- | --- | --- | ---
 | **State what the contract or lease is for** | ACQUISITION AGREEMENT |
 | **Nature of debtor's interest** | DISTRIBUTOR | DEA PRODUCTIONS, LLC
 | **State the term remaining** | _____ | 11601 WILSHIRE BLVD STE 1900
 | **List the contract number of any government contract** | _____ | LOS ANGELES CA 90025

**2.521.** | **Title of contract** | AMENDMENT #3 TO AGREEMENT DATED APRIL 24, 2014 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease
--- | --- | --- | ---
 | **State what the contract or lease is for** | ACQUISITION AGREEMENT |
 | **Nature of debtor's interest** | DISTRIBUTOR | DEA PRODUCTIONS, LLC
 | **State the term remaining** | _____ | 11601 WILSHIRE BLVD STE 1900
 | **List the contract number of any government contract** | _____ | LOS ANGELES CA 90025

**2.522.** | **Title of contract** | AGREEMENT DATED MARCH 6,2012 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease
--- | --- | --- | ---
 | **State what the contract or lease is for** | MUSIC LICENSE |
 | **Nature of debtor's interest** | LICENSEE | DEAPLANETA
 | **State the term remaining** | _____ | AVDA DIAGONAL 662664
 | **List the contract number of any government contract** | _____ | BARCELONA 08034<br>SPAIN

Debtor    **Open Road Films, LLC**                                                Case number *(if known)* **18-12012**

| 2.523. | Title of contract | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED SEPTEMBER 12,2013 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | DEEP ELM DIGITAL, LLC<br>PO BOX 792197<br>PAIA HI 96779-2197 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.524. | Title of contract | AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | VENDOR AGREEMENT | |
| | Nature of debtor's interest | CUSTOMER | DELANCEY STREET FOUNDATION<br>600 EMBARCADERO<br>SAN FRANCISCO CA 94107 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.525. | Title of contract | DISTRIBUTION AND OTHER SERVICES AGREEMENT DATED JUNE 16, 2015 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | VENDOR AGREEMENT - LIBRARY ASSET HOLDER | |
| | Nature of debtor's interest | CUSTOMER/ASSET OWNER | DELUXE DIGITAL CINEMA, INC.<br>2130 N HOLLYWOOD WAY<br>BURBANK CA 91505 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.526. | Title of contract | AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | VENDOR AGREEMENT - LIBRARY ASSET HOLDER | |
| | Nature of debtor's interest | CUSTOMER/ASSET OWNER | DELUXE MEDIA CREATIVE SERVICES, INC.<br>2130 N HOLLYWOOD WAY<br>BURBANK CA 91505 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.527. | Title of contract | AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | VENDOR AGREEMENT - LIBRARY ASSET HOLDER | |
| | Nature of debtor's interest | CUSTOMER/ASSET OWNER | DELUXE MEDIAVU<br>2130 N HOLLYWOOD WAY<br>BURBANK CA 91505 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor    **Open Road Films, LLC**                                                          Case number *(if known)* **18-12012**

**2.528.** | **Title of contract** | AGREEMENT | State the name and mailing address
---|---|---|---
| **State what the contract or lease is for** | VENDOR AGREEMENT - LIBRARY ASSET HOLDER | **for all other parties with whom the debtor has an executory contract or unexpired lease**
| **Nature of debtor's interest** | CUSTOMER/ASSET OWNER | DELUXE TORONTO, LTD.
| **State the term remaining** | | 901 KING ST W STE 700
| **List the contract number of any government contract** | | TORONTO ON M5V 3H5 CANADA

**2.529.** | **Title of contract** | AGREEMENT | State the name and mailing address
---|---|---|---
| **State what the contract or lease is for** | VENDOR AGREEMENT | **for all other parties with whom the debtor has an executory contract or unexpired lease**
| **Nature of debtor's interest** | CUSTOMER | DEW BEAUTY, LLC
| **State the term remaining** | | 4514 VESPER AVE
| **List the contract number of any government contract** | | SHERMAN OAKS CA 91403

**2.530.** | **Title of contract** | AGREEMENT | State the name and mailing address
---|---|---|---
| **State what the contract or lease is for** | VENDOR AGREEMENT | **for all other parties with whom the debtor has an executory contract or unexpired lease**
| **Nature of debtor's interest** | CUSTOMER | DHS ASSOCIATES
| **State the term remaining** | | 5845 WEST 78TH PL
| **List the contract number of any government contract** | | LOS ANGELES CA 90045

**2.531.** | **Title of contract** | THE FLUFFY MOVIE - TRAILERS / ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED MAY 21,2014 | State the name and mailing address
---|---|---|---
| **State what the contract or lease is for** | MUSIC LICENSE | **for all other parties with whom the debtor has an executory contract or unexpired lease**
| **Nature of debtor's interest** | LICENSEE | DIG THE KID, LLC
| **State the term remaining** | | 1119 COLORADO AVE STE 21
| **List the contract number of any government contract** | | SANTA MONICA CA 90401

**2.532.** | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED JULY 30,2012 | State the name and mailing address
---|---|---|---
| **State what the contract or lease is for** | MUSIC LICENSE | **for all other parties with whom the debtor has an executory contract or unexpired lease**
| **Nature of debtor's interest** | LICENSEE | DIGIHEARIT, INC. DBA UPDOWN SOUND
| **State the term remaining** | | 1825 STANFORD ST
| **List the contract number of any government contract** | | SANTA MONICA CA 90404

Debtor   **Open Road Films, LLC**                                                      Case number *(if known)* **18-12012**

| 2.533. | **Title of contract** | SABOTAGE - TRAILERS / ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED NOVEMBER 19,2013 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | DIGIHEART, INC. DBA UPDOWN SOUND 1825 STANFORD ST SANTA MONICA CA 90404 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.534. | **Title of contract** | SABOTAGE - TRAILERS / ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED MARCH 14,2014 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | DIGIHEART, INC. DBA UPDOWN SOUND 1825 STANFORD ST SANTA MONICA CA 90404 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.535. | **Title of contract** | SILENT HOUSE - TRAILERS / ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED FEBRUARY 22,2012 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | DIGIHEART, INC. DBA UPDOWN SOUND 1825 STANFORD ST SANTA MONICA CA 90404 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.536. | **Title of contract** | SERVICES AGREEMENT DATED OCTOBER 23, 2013 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | VENDOR AGREEMENT | |
| | **Nature of debtor's interest** | CUSTOMER | DIGITAL CINEMA DISTRIBUTION COALITION, LLC 1840 CENTURY PK EAST STE 440 LOS ANGELES CA 90067 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.537. | **Title of contract** | AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | VENDOR AGREEMENT | |
| | **Nature of debtor's interest** | CUSTOMER | DIGITAL MEDIA MANAGEMENT, INC. 8444 WILSHIRE BLVD 5TH FLR BEVERLY HILLS CA 90211 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

Debtor  **Open Road Films, LLC**                                                      Case number *(if known)* **18-12012**

| 2.538. | **Title of contract** | THEATRICAL DISTRIBUTOR'S ASSUMPTION AGREEMENT DATED JULY 29, 2015 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ASSUMPTION AGREEMENT | |
| | **Nature of debtor's interest** | DISTRIBUTOR | DIRECTORS GUILD OF AMERICA 7920 SUNSET BLVD LOS ANGELES CA 90046 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.539. | **Title of contract** | THEATRICAL DISTRIBUTOR'S ASSUMPTION AGREEMENT DATED NOVEMBER 8, 2016 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ASSUMPTION AGREEMENT | |
| | **Nature of debtor's interest** | DISTRIBUTOR | DIRECTORS GUILD OF AMERICA 7920 SUNSET BLVD LOS ANGELES CA 90046 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.540. | **Title of contract** | THEATRICAL DISTRIBUTOR'S ASSUMPTION AGREEMENT DATED AUGUST 29, 2017 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ASSUMPTION AGREEMENT | |
| | **Nature of debtor's interest** | DISTRIBUTOR | DIRECTORS GUILD OF AMERICA 7920 SUNSET BLVD LOS ANGELES CA 90046 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.541. | **Title of contract** | NO ASSUMPTION AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ASSUMPTION AGREEMENT | |
| | **Nature of debtor's interest** | DISTRIBUTOR | DIRECTORS GUILD OF AMERICA 7920 SUNSET BLVD LOS ANGELES CA 90046 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.542. | **Title of contract** | NO ASSUMPTION AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ASSUMPTION AGREEMENT | |
| | **Nature of debtor's interest** | DISTRIBUTOR | DIRECTORS GUILD OF AMERICA 7920 SUNSET BLVD LOS ANGELES CA 90046 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

Debtor   **Open Road Films, LLC**                                    Case number *(if known)* **18-12012**

| | | | |
|---|---|---|---|
| 2.543. | **Title of contract** | THEATRICAL DISTRIBUTOR'S ASSUMPTION AGREEMENT DATED SEPTEMBER 9, 2015 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | ASSUMPTION AGREEMENT | |
| | **Nature of debtor's interest** | DISTRIBUTOR | DIRECTORS GUILD OF AMERICA 7920 SUNSET BLVD LOS ANGELES CA 90046 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| | | | |
|---|---|---|---|
| 2.544. | **Title of contract** | THEATRICAL DISTRIBUTOR'S ASSUMPTION AGREEMENT DATED SEPTEMBER 18, 2014 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | ASSUMPTION AGREEMENT | |
| | **Nature of debtor's interest** | DISTRIBUTOR | DIRECTORS GUILD OF AMERICA 7920 SUNSET BLVD LOS ANGELES CA 90046 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| | | | |
|---|---|---|---|
| 2.545. | **Title of contract** | NO ASSUMPTION AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | ASSUMPTION AGREEMENT | |
| | **Nature of debtor's interest** | DISTRIBUTOR | DIRECTORS GUILD OF AMERICA 7920 SUNSET BLVD LOS ANGELES CA 90046 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| | | | |
|---|---|---|---|
| 2.546. | **Title of contract** | THEATRICAL DISTRIBUTOR'S ASSUMPTION AGREEMENT DATED JANUARY 8, 2016 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | ASSUMPTION AGREEMENT | |
| | **Nature of debtor's interest** | DISTRIBUTOR | DIRECTORS GUILD OF AMERICA 7920 SUNSET BLVD LOS ANGELES CA 90046 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| | | | |
|---|---|---|---|
| 2.547. | **Title of contract** | NO ASSUMPTION AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | ASSUMPTION AGREEMENT | |
| | **Nature of debtor's interest** | DISTRIBUTOR | DIRECTORS GUILD OF AMERICA 7920 SUNSET BLVD LOS ANGELES CA 90046 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

Debtor    **Open Road Films, LLC**                                                    Case number *(if known)* **18-12012**

| 2.548. | **Title of contract** | THEATRICAL DISTRIBUTOR'S ASSUMPTION AGREEMENT DATED JULY 2, 2012 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ASSUMPTION AGREEMENT | |
| | **Nature of debtor's interest** | DISTRIBUTOR | DIRECTORS GUILD OF AMERICA 7920 SUNSET BLVD LOS ANGELES CA 90046 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.549. | **Title of contract** | NO ASSUMPTION AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ASSUMPTION AGREEMENT | |
| | **Nature of debtor's interest** | DISTRIBUTOR | DIRECTORS GUILD OF AMERICA 7920 SUNSET BLVD LOS ANGELES CA 90046 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.550. | **Title of contract** | NO ASSUMPTION AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ASSUMPTION AGREEMENT | |
| | **Nature of debtor's interest** | DISTRIBUTOR | DIRECTORS GUILD OF AMERICA 7920 SUNSET BLVD LOS ANGELES CA 90046 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.551. | **Title of contract** | DISTRIBUTOR'S ASSUMPTION AGREEMENT DATED JANUARY 23, 2012 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ASSUMPTION AGREEMENT | |
| | **Nature of debtor's interest** | DISTRIBUTOR | DIRECTORS GUILD OF AMERICA 7920 SUNSET BLVD LOS ANGELES CA 90046 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.552. | **Title of contract** | NO ASSUMPTION AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ASSUMPTION AGREEMENT | |
| | **Nature of debtor's interest** | DISTRIBUTOR | DIRECTORS GUILD OF AMERICA 7920 SUNSET BLVD LOS ANGELES CA 90046 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

Debtor    **Open Road Films, LLC**                                                          Case number *(if known)* **18-12012**

| | | | |
|---|---|---|---|
| 2.553. | **Title of contract** | NO ASSUMPTION AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | ASSUMPTION AGREEMENT | |
| | **Nature of debtor's interest** | DISTRIBUTOR | DIRECTORS GUILD OF AMERICA 7920 SUNSET BLVD LOS ANGELES CA 90046 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| | | | |
|---|---|---|---|
| 2.554. | **Title of contract** | NO ASSUMPTION AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | ASSUMPTION AGREEMENT | |
| | **Nature of debtor's interest** | DISTRIBUTOR | DIRECTORS GUILD OF AMERICA 7920 SUNSET BLVD LOS ANGELES CA 90046 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| | | | |
|---|---|---|---|
| 2.555. | **Title of contract** | THEATRICAL DISTRIBUTOR'S ASSUMPTION AGREEMENT DATED MARCH 5, 2012 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | ASSUMPTION AGREEMENT | |
| | **Nature of debtor's interest** | DISTRIBUTOR | DIRECTORS GUILD OF AMERICA 7920 SUNSET BLVD LOS ANGELES CA 90046 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| | | | |
|---|---|---|---|
| 2.556. | **Title of contract** | THEATRICAL DISTRIBUTOR'S ASSUMPTION AGREEMENT DATED OCTOBER 11, 2016 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | ASSUMPTION AGREEMENT | |
| | **Nature of debtor's interest** | DISTRIBUTOR | DIRECTORS GUILD OF AMERICA 7920 SUNSET BLVD LOS ANGELES CA 90046 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| | | | |
|---|---|---|---|
| 2.557. | **Title of contract** | NO ASSUMPTION AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | ASSUMPTION AGREEMENT | |
| | **Nature of debtor's interest** | DISTRIBUTOR | DIRECTORS GUILD OF AMERICA 7920 SUNSET BLVD LOS ANGELES CA 90046 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

Debtor   **Open Road Films, LLC**                                       Case number *(if known)* **18-12012**

| 2.558. | **Title of contract** | NO ASSUMPTION AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ASSUMPTION AGREEMENT | |
| | **Nature of debtor's interest** | DISTRIBUTOR | DIRECTORS GUILD OF AMERICA |
| | **State the term remaining** | _____ | 7920 SUNSET BLVD |
| | **List the contract number of any government contract** | _____ | LOS ANGELES CA 90046 |

| 2.559. | **Title of contract** | THEATRICAL DISTRIBUTOR'S ASSUMPTION AGREEMENT DATED APRIL 26, 2018 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ASSUMPTION AGREEMENT | |
| | **Nature of debtor's interest** | DISTRIBUTOR | DIRECTORS GUILD OF AMERICA |
| | **State the term remaining** | _____ | 7920 SUNSET BLVD |
| | **List the contract number of any government contract** | _____ | LOS ANGELES CA 90046 |

| 2.560. | **Title of contract** | THEATRICAL DISTRIBUTOR'S ASSUMPTION AGREEMENT DATED APRIL 11, 2014 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ASSUMPTION AGREEMENT | |
| | **Nature of debtor's interest** | DISTRIBUTOR | DIRECTORS GUILD OF AMERICA |
| | **State the term remaining** | _____ | 7920 SUNSET BLVD |
| | **List the contract number of any government contract** | _____ | LOS ANGELES CA 90046 |

| 2.561. | **Title of contract** | NO ASSUMPTION AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ASSUMPTION AGREEMENT | |
| | **Nature of debtor's interest** | DISTRIBUTOR | DIRECTORS GUILD OF AMERICA |
| | **State the term remaining** | _____ | 7920 SUNSET BLVD |
| | **List the contract number of any government contract** | _____ | LOS ANGELES CA 90046 |

| 2.562. | **Title of contract** | NO ASSUMPTION AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ASSUMPTION AGREEMENT | |
| | **Nature of debtor's interest** | DISTRIBUTOR | DIRECTORS GUILD OF AMERICA |
| | **State the term remaining** | _____ | 7920 SUNSET BLVD |
| | **List the contract number of any government contract** | _____ | LOS ANGELES CA 90046 |

Debtor    **Open Road Films, LLC**                                    Case number *(if known)* **18-12012**

| 2.563. | Title of contract | THEATRICAL DISTRIBUTOR'S ASSUMPTION AGREEMENT DATED JANUARY 16, 2015 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | ASSUMPTION AGREEMENT | |
| | Nature of debtor's interest | DISTRIBUTOR | DIRECTORS GUILD OF AMERICA 7920 SUNSET BLVD LOS ANGELES CA 90046 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.564. | Title of contract | NO ASSUMPTION AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | ASSUMPTION AGREEMENT | |
| | Nature of debtor's interest | DISTRIBUTOR | DIRECTORS GUILD OF AMERICA 7920 SUNSET BLVD LOS ANGELES CA 90046 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.565. | Title of contract | THEATRICAL DISTRIBUTOR'S ASSUMPTION AGREEMENT DATED JUNE 2, 2016 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | ASSUMPTION AGREEMENT | |
| | Nature of debtor's interest | DISTRIBUTOR | DIRECTORS GUILD OF AMERICA 7920 SUNSET BLVD LOS ANGELES CA 90046 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.566. | Title of contract | NO ASSUMPTION AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | ASSUMPTION AGREEMENT | |
| | Nature of debtor's interest | DISTRIBUTOR | DIRECTORS GUILD OF AMERICA 7920 SUNSET BLVD LOS ANGELES CA 90046 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.567. | Title of contract | NO ASSUMPTION AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | ASSUMPTION AGREEMENT | |
| | Nature of debtor's interest | DISTRIBUTOR | DIRECTORS GUILD OF AMERICA 7920 SUNSET BLVD LOS ANGELES CA 90046 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

Debtor    **Open Road Films, LLC**                                                                    Case number *(if known)* **18-12012**

| 2.568. | **Title of contract** | THEATRICAL DISTRIBUTOR'S ASSUMPTION AGREEMENT DATED JULY 27, 2015 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ASSUMPTION AGREEMENT | |
| | **Nature of debtor's interest** | DISTRIBUTOR | DIRECTORS GUILD OF AMERICA 7920 SUNSET BLVD LOS ANGELES CA 90046 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.569. | **Title of contract** | THEATRICAL DISTRIBUTOR'S ASSUMPTION AGREEMENT DATED DECEMBER 19, 2014 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ASSUMPTION AGREEMENT | |
| | **Nature of debtor's interest** | DISTRIBUTOR | DIRECTORS GUILD OF AMERICA 7920 SUNSET BLVD LOS ANGELES CA 90046 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.570. | **Title of contract** | NO ASSUMPTION AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ASSUMPTION AGREEMENT | |
| | **Nature of debtor's interest** | DISTRIBUTOR | DIRECTORS GUILD OF AMERICA 7920 SUNSET BLVD LOS ANGELES CA 90046 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.571. | **Title of contract** | NO ASSUMPTION AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ASSUMPTION AGREEMENT | |
| | **Nature of debtor's interest** | DISTRIBUTOR | DIRECTORS GUILD OF AMERICA 7920 SUNSET BLVD LOS ANGELES CA 90046 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.572. | **Title of contract** | THEATRICAL DISTRIBUTOR'S ASSUMPTION AGREEMENT DATED MARCH 10, 2017 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ASSUMPTION AGREEMENT | |
| | **Nature of debtor's interest** | DISTRIBUTOR | DIRECTORS GUILD OF AMERICA 7920 SUNSET BLVD LOS ANGELES CA 90046 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

Debtor    **Open Road Films, LLC**                                                    Case number *(if known)* **18-12012**

| 2.573. | **Title of contract** | THEATRICAL DISTRIBUTOR'S ASSUMPTION AGREEMENT DATED JUNE 5, 2014 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ASSUMPTION AGREEMENT | |
| | **Nature of debtor's interest** | DISTRIBUTOR | DIRECTORS GUILD OF AMERICA 7920 SUNSET BLVD LOS ANGELES CA 90046 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.574. | **Title of contract** | THEATRICAL DISTRIBUTOR'S ASSUMPTION AGREEMENT DATED NOVEMBER 21, 2014 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ASSUMPTION AGREEMENT | |
| | **Nature of debtor's interest** | DISTRIBUTOR | DIRECTORS GUILD OF AMERICA 7920 SUNSET BLVD LOS ANGELES CA 90046 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.575. | **Title of contract** | THEATRICAL DISTRIBUTOR'S ASSUMPTION AGREEMENT DATED OCTOBER 10, 2012 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ASSUMPTION AGREEMENT | |
| | **Nature of debtor's interest** | DISTRIBUTOR | DIRECTORS GUILD OF AMERICA 7920 SUNSET BLVD LOS ANGELES CA 90046 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.576. | **Title of contract** | NO ASSUMPTION AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ASSUMPTION AGREEMENT | |
| | **Nature of debtor's interest** | DISTRIBUTOR | DIRECTORS GUILD OF AMERICA 7920 SUNSET BLVD LOS ANGELES CA 90046 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.577. | **Title of contract** | DISTRIBUTOR'S ASSUMPTION AGREEMENT DATED MAY 25, 2012 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ASSUMPTION AGREEMENT | |
| | **Nature of debtor's interest** | DISTRIBUTOR | DIRECTORS GUILD OF AMERICA 7920 SUNSET BLVD LOS ANGELES CA 90046 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

Debtor    **Open Road Films, LLC**                                                         Case number *(if known)* **18-12012**

| 2.578. | **Title of contract** | NO ASSUMPTION AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ASSUMPTION AGREEMENT | |
| | **Nature of debtor's interest** | DISTRIBUTOR | DIRECTORS GUILD OF AMERICA |
| | **State the term remaining** | _____ | 7920 SUNSET BLVD |
| | **List the contract number of any government contract** | _____ | LOS ANGELES CA 90046 |

| 2.579. | **Title of contract** | DISTRIBUTOR'S ASSUMPTION AGREEMENT DATED JANUARY 23, 2012 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ASSUMPTION AGREEMENT | |
| | **Nature of debtor's interest** | DISTRIBUTOR | DIRECTORS GUILD OF AMERICA |
| | **State the term remaining** | _____ | 7920 SUNSET BLVD |
| | **List the contract number of any government contract** | _____ | LOS ANGELES CA 90046 |

| 2.580. | **Title of contract** | NO ASSUMPTION AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ASSUMPTION AGREEMENT | |
| | **Nature of debtor's interest** | DISTRIBUTOR | DIRECTORS GUILD OF AMERICA |
| | **State the term remaining** | _____ | 7920 SUNSET BLVD |
| | **List the contract number of any government contract** | _____ | LOS ANGELES CA 90046 |

| 2.581. | **Title of contract** | THEATRICAL DISTRIBUTOR'S ASSUMPTION AGREEMENT DATED FEBRUARY 12, 2015 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ASSUMPTION AGREEMENT | |
| | **Nature of debtor's interest** | DISTRIBUTOR | DIRECTORS GUILD OF AMERICA |
| | **State the term remaining** | _____ | 7920 SUNSET BLVD |
| | **List the contract number of any government contract** | _____ | LOS ANGELES CA 90046 |

| 2.582. | **Title of contract** | NO ASSUMPTION AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ASSUMPTION AGREEMENT | |
| | **Nature of debtor's interest** | DISTRIBUTOR | DIRECTORS GUILD OF AMERICA |
| | **State the term remaining** | _____ | 7920 SUNSET BLVD |
| | **List the contract number of any government contract** | _____ | LOS ANGELES CA 90046 |

Debtor  **Open Road Films, LLC**

Case number *(if known)* **18-12012**

| 2.583. | **Title of contract** | THEATRICAL DISTRIBUTOR'S ASSUMPTION AGREEMENT DATED NOVEMBER 12, 2014 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ASSUMPTION AGREEMENT | |
| | **Nature of debtor's interest** | DISTRIBUTOR | DIRECTORS GUILD OF AMERICA 7920 SUNSET BLVD LOS ANGELES CA 90046 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.584. | **Title of contract** | THEATRICAL DISTRIBUTOR'S ASSUMPTION AGREEMENT DATED MAY 19, 2014 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ASSUMPTION AGREEMENT | |
| | **Nature of debtor's interest** | DISTRIBUTOR | DIRECTORS GUILD OF AMERICA 7920 SUNSET BLVD LOS ANGELES CA 90046 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.585. | **Title of contract** | AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | VENDOR AGREEMENT | |
| | **Nature of debtor's interest** | CUSTOMER | DIRECTORS GUILD OF AMERICA 7920 SUNSET BLVD LOS ANGELES CA 90046 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.586. | **Title of contract** | AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | VENDOR AGREEMENT | |
| | **Nature of debtor's interest** | CUSTOMER | DISCOVERY.COM, LLC ONE DISCOVERY PLACE SILVER SPRING MD 20910 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.587. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT (TRAILERS/ADVERTISING) "RESONATING HIT" DATED DECEMBER 5,2012 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | DISTORTION MUSIC & SOUND DESIGN PO BOX 937 BEVERLY HILLS CA 90213 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

Debtor    **Open Road Films, LLC**                                                    Case number *(if known)* **18-12012**

| 2.588. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT (TRAILERS/ADVERTISING) "DOOM HIT" DATED DECEMBER 19,2012 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | DISTORTION MUSIC & SOUND DESIGN |
| | **State the term remaining** | _____ | PO BOX 937 BEVERLY HILLS CA 90213 |
| | **List the contract number of any government contract** | _____ | |

| 2.589. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED NOVEMBER 19,2013 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | DISTORTION MUSIC & SOUND DESIGN |
| | **State the term remaining** | _____ | PO BOX 937 BEVERLY HILLS CA 90213 |
| | **List the contract number of any government contract** | _____ | |

| 2.590. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED AUGUST 15,2012 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | DISTORTION MUSIC & SOUND DESIGN |
| | **State the term remaining** | _____ | PO BOX 937 BEVERLY HILLS CA 90213 |
| | **List the contract number of any government contract** | _____ | |

| 2.591. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE DATED JANUARY 18,2013 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | DISTORTION MUSIC & SOUND DESIGN |
| | **State the term remaining** | _____ | PO BOX 937 BEVERLY HILLS CA 90213 |
| | **List the contract number of any government contract** | _____ | |

| 2.592. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE DATED OCTOBER 16,2012 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | DISTORTION MUSIC & SOUND DESIGN |
| | **State the term remaining** | _____ | PO BOX 937 BEVERLY HILLS CA 90213 |
| | **List the contract number of any government contract** | _____ | |

Debtor    **Open Road Films, LLC**                                                          Case number *(if known)* **18-12012**

| | | |
|---|---|---|
| **2.593.** | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE DATED JANUARY 14,2013 |

**State what the contract or lease is for**    MUSIC LICENSE

**Nature of debtor's interest**    LICENSEE

**State the term remaining**    _____

**List the contract number of any government contract**    _____

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

DISTORTION MUSIC & SOUND DESIGN
PO BOX 937
BEVERLY HILLS CA 90213

---

**2.594.    Title of contract**    SILENT HILL: REVELATION 3D - TRAILERS / ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED JULY 23,2012

**State what the contract or lease is for**    MUSIC LICENSE

**Nature of debtor's interest**    LICENSEE

**State the term remaining**    _____

**List the contract number of any government contract**    _____

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

DISTORTION MUSIC & SOUND DESIGN
PO BOX 937
BEVERLY HILLS CA 90213

---

**2.595.    Title of contract**    THE GUNMAN - TRAILERS / ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED FEBRUARY 13,2015

**State what the contract or lease is for**    MUSIC LICENSE

**Nature of debtor's interest**    LICENSEE

**State the term remaining**    _____

**List the contract number of any government contract**    _____

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

DISTORTION MUSIC & SOUND DESIGN
PO BOX 937
BEVERLY HILLS CA 90213

---

**2.596.    Title of contract**    COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED OCTOBER 31,2012

**State what the contract or lease is for**    MUSIC LICENSE

**Nature of debtor's interest**    LICENSEE

**State the term remaining**    _____

**List the contract number of any government contract**    _____

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

DISTORTION MUSIC & SOUND DESIGN
PO BOX 937
BEVERLY HILLS CA 90213

---

**2.597.    Title of contract**    COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED MARCH 5,2012

**State what the contract or lease is for**    MUSIC LICENSE

**Nature of debtor's interest**    LICENSEE

**State the term remaining**    _____

**List the contract number of any government contract**    _____

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

DISTORTION MUSIC & SOUND DESIGN
PO BOX 937
BEVERLY HILLS CA 90213

---

Debtor   **Open Road Films, LLC**                                                   Case number *(if known)* **18-12012**

| 2.598. | Title of contract | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED SEPTEMBER 20,2013 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | DISTORTION PARTNERSHIP, LLC PO BOX 937 BEVERLY HILLS CA 90213 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.599. | Title of contract | NIGHTCRAWLER - TRAILERS/ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED SEPTEMBER 26,2014 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | DISTORTION PARTNERSHIP, LLC PO BOX 937 BEVERLY HILLS CA 90213 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.600. | Title of contract | NIGHTCRAWLER - TRAILERS/ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED OCTOBER 14,2014 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | DISTORTION PARTNERSHIP, LLC PO BOX 937 BEVERLY HILLS CA 90213 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.601. | Title of contract | THE NUT JOB - TRAILERS/ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED SEPTEMBER 17,2013 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | DISTORTION PARTNERSHIP, LLC PO BOX 937 BEVERLY HILLS CA 90213 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.602. | Title of contract | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE DATED JANUARY 28,2013 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | DISTORTION PARTNERSHIP, LLC PO BOX 937 BEVERLY HILLS CA 90213 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

Debtor **Open Road Films, LLC**                                                      Case number *(if known)* **18-12012**

| 2.603. | Title of contract | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED FEBRUARY 12,2013 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | DISTORTION PARTNERSHIP, LLC PO BOX 937 BEVERLY HILLS CA 90213 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.604. | Title of contract | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED FEBRUARY 7,2013 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | DISTORTION PARTNERSHIP, LLC PO BOX 937 BEVERLY HILLS CA 90213 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.605. | Title of contract | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED NOVEMBER 25,2014 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | DISTORTION PARTNERSHIP, LLC PO BOX 937 BEVERLY HILLS CA 90213 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.606. | Title of contract | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED OCTOBER 22,2015 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | DISTORTION PARTNERSHIP, LLC PO BOX 937 BEVERLY HILLS CA 90213 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.607. | Title of contract | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED NOVEMBER 4,2013 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | DISTORTION PARTNERSHIP, LLC/DISTORTION MUSIC AND SOUNDS DESIGN PO BOX 937 BEVERLY HILLS CA 90213 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

Debtor  **Open Road Films, LLC**

Case number *(if known)* **18-12012**

| 2.608. | Title of contract | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | VENDOR AGREEMENT | |
| | Nature of debtor's interest | CUSTOMER | DOLBY LABORATORIES, INC. 16841 COLLECTIONS CTR DR CHICAGO IL 60693 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.609. | Title of contract | DISTRIBUTION RIGHTS ACQUISITION AGREEMENT DATED AUGUST 12, 2016 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | ACQUISITION AGREEMENT | |
| | Nature of debtor's interest | DISTRIBUTOR | DOLPHIN MAX STEEL HOLDINGS, LLC 2151 ST LEJEUNE RD STE 150 CORAL GABLES FL 33134 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.610. | Title of contract | DISTRIBUTION RIGHTS ACQUISITION AGREEMENT SIDE LETTER DATED AUGUST 22, 2016 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | ACQUISITION AGREEMENT | |
| | Nature of debtor's interest | DISTRIBUTOR | DOLPHIN MAX STEEL HOLDINGS, LLC 2151 ST LEJEUNE RD STE 150 CORAL GABLES FL 33134 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.611. | Title of contract | AMENDMENT TO DISTRIBUTION RIGHTS ACQUISITION AGREEMENT SIDE LETTER DATED JANUARY 31, 2017 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | ACQUISITION AGREEMENT | |
| | Nature of debtor's interest | DISTRIBUTOR | DOLPHIN MAX STEEL HOLDINGS, LLC 2151 ST LEJEUNE RD STE 150 CORAL GABLES FL 33134 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.612. | Title of contract | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED AUGUST 30,2016 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | DOLPHIN MAX STEEL HOLDINGS, LLC 2151 ST LEJEUNE RD STE 150 CORAL GABLES FL 33134 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor   **Open Road Films, LLC**                                    Case number *(if known)* **18-12012**

| 2.613. | **Title of contract** | LICENSE AGREEMENT DATED APRIL 27, 2018 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | DOMINO PUBLISHING COMPANY LIMITED |
| | **State the term remaining** | | 20 JAY ST STE 626 |
| | **List the contract number of any government contract** | | BROOKLYN NY 11201 |

| 2.614. | **Title of contract** | GENERAL TERMS AND CONDITIONS DATED FEBRUARY 22,2017 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | DOMINO PUBLISHING COMPANY LIMITED |
| | **State the term remaining** | | 20 JAY ST STE 626 |
| | **List the contract number of any government contract** | | BROOKLYN NY 11201 |

| 2.615. | **Title of contract** | GENERAL TERMS AND CONDITIONS DATED FEBRUARY 22,2017 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | DOMINO PUBLISHING COMPANY LIMITED |
| | **State the term remaining** | | 20 JAY ST STE 626 |
| | **List the contract number of any government contract** | | BROOKLYN NY 11201 |

| 2.616. | **Title of contract** | MASTER USE LICENSE AGREEMENT DATED MARCH 26,2013 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | DOMINO RECORDING COMPANY, INC. |
| | **State the term remaining** | | 55 WASHINGTON ST STE 742 |
| | **List the contract number of any government contract** | | BROOKLYN NY 11201 |

| 2.617. | **Title of contract** | VOTING AND CONSULTING SERVICES AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ENGAGEMENT LETTER | |
| | **Nature of debtor's interest** | CLIENT | DONLIN, RECANO & COMPANY, INC. |
| | **State the term remaining** | | 6201 15TH AVENUE |
| | **List the contract number of any government contract** | | BROOKLYN NY 11219 |

Debtor  **Open Road Films, LLC**                                    Case number *(if known)* **18-12012**

| 2.618. | Title of contract | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED SEPTEMBER 12,2013 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | DOS BRAINS, INC. 2707 HIGHLAND AVE SANTA MONICA CA 90405 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.619. | Title of contract | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED NOVEMBER 5,2013 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | DOS BRAINS, INC. 2707 HIGHLAND AVE SANTA MONICA CA 90405 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.620. | Title of contract | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED OCTOBER 2,2015 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | DOS BRAINS, INC. 2707 HIGHLAND AVE SANTA MONICA CA 90405 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.621. | Title of contract | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED MAY 8,2018 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | DP MUSIC PRODUCTION, LLC 814 S WESTGATE AVE STE 119 LOS ANGELES CA 90049 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.622. | Title of contract | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED NOVEMBER 17,2016 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | DP MUSIC PRODUCTION, LLC 814 S WESTGATE AVE STE 119 LOS ANGELES CA 90049 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

Debtor    **Open Road Films, LLC**                                                    Case number *(if known)* **18-12012**

| 2.623. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED MAY 15,2015 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | DP MUSIC PRODUCTION, LLC 814 S WESTGATE AVE STE 119 LOS ANGELES CA 90049 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.624. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED APRIL 8,2015 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | DP MUSIC PRODUCTION, LLC 814 S WESTGATE AVE STE 119 LOS ANGELES CA 90049 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.625. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED APRIL 22,2015 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | DP MUSIC PRODUCTION, LLC 814 S WESTGATE AVE STE 119 LOS ANGELES CA 90049 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.626. | **Title of contract** | FIFTY SHADES OF BLACK - TRAILERS / ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED NOVEMBER 16,2015 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | DP MUSIC PRODUCTION, LLC 814 S WESTGATE AVE STE 119 LOS ANGELES CA 90049 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.627. | **Title of contract** | SABOTAGE - TRAILERS / ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED NOVEMBER 19,2013 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | DP MUSIC PRODUCTION, LLC 814 S WESTGATE AVE STE 119 LOS ANGELES CA 90049 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

Debtor    **Open Road Films, LLC**                                                    Case number *(if known)* **18-12012**

| 2.628. | Title of contract | SILENT HILL: REVELATION 3D - TRAILERS / ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED JULY 23,2012 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | DP MUSIC PRODUCTION, LLC 814 S WESTGATE AVE STE 119 LOS ANGELES CA 90049 |
| | Nature of debtor's interest | LICENSEE | |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.629. | Title of contract | SLEEPLESS - TRAILERS / ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED SEPTEMBER 20,2016 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | DP MUSIC PRODUCTION, LLC 814 S WESTGATE AVE STE 119 LOS ANGELES CA 90049 |
| | Nature of debtor's interest | LICENSEE | |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.630. | Title of contract | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED NOVEMBER 4,2015 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | DP MUSIC PRODUCTION, LLC 814 S WESTGATE AVE STE 119 LOS ANGELES CA 90049 |
| | Nature of debtor's interest | LICENSEE | |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.631. | Title of contract | THE GUNMAN - TRAILERS / ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED MARCH 2,2015 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | DP MUSIC PRODUCTION, LLC 814 S WESTGATE AVE STE 119 LOS ANGELES CA 90049 |
| | Nature of debtor's interest | LICENSEE | |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.632. | Title of contract | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED JANUARY 13,2015 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | DP MUSIC PRODUCTION, LLC 814 S WESTGATE AVE STE 119 LOS ANGELES CA 90049 |
| | Nature of debtor's interest | LICENSEE | |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

Official Form 206G                    **Schedule G: Executory Contracts and Unexpired Leases**                    Page 127 of 481

Debtor    **Open Road Films, LLC**                                               Case number *(if known)* **18-12012**

| 2.633. | Title of contract | SHOW DOGS - TRAILERS / ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED APRIL 16,2018 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | DREAM ART MUSIC, LLC |
| | Nature of debtor's interest | LICENSEE | 8721 SANTA MONICA BLVD STE 135 |
| | State the term remaining | _____ | WEST HOLLYWOOD CA 90069 |
| | List the contract number of any government contract | _____ | |

| 2.634. | Title of contract | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED MAY 11,2017 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | DRIVE MUSIC PUBLISHING, INC. |
| | Nature of debtor's interest | LICENSEE | 12650 RIVERSIDE DR STE 200 VALLEY VILLAGE CA 91607 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.635. | Title of contract | THE NUT JOB 2 - TRAILERS/ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED DECEMBER 21,2016 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | DRIVE MUSIC PUBLISHING, INC. |
| | Nature of debtor's interest | LICENSEE | 12650 RIVERSIDE DR STE 200 VALLEY VILLAGE CA 91607 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.636. | Title of contract | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED MAY 8,2018 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | DRIVE MUSIC PUBLISHING, INC. |
| | Nature of debtor's interest | LICENSEE | OBO DISTORTION MX PUBLISHING 12650 RIVERSIDE DR STE 200 |
| | State the term remaining | _____ | VALLEY VILLAGE CA 91607 |
| | List the contract number of any government contract | _____ | |

| 2.637. | Title of contract | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | VENDOR AGREEMENT | DVS INTELESTREAM |
| | Nature of debtor's interest | CUSTOMER | 2625 W OLIVE AVE BURBANK CA 91505 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

Debtor   **Open Road Films, LLC**                                          Case number *(if known)* **18-12012**

| 2.638. | **Title of contract** | THE NUT JOB - TRAILERS/ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED NOVEMBER 18,2013 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | EAR CONUNDRUM |
| | | | 10725 OHIO AVE #304 |
| | **State the term remaining** | | LOS ANGELES CA 90024 |
| | **List the contract number of any government contract** | | |

| 2.639. | **Title of contract** | AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | VENDOR AGREEMENT | |
| | **Nature of debtor's interest** | CUSTOMER | ECLIPSE ADVERTISING, INC. |
| | | | 1329 SCOTT RD |
| | **State the term remaining** | | BURBANK CA 91504 |
| | **List the contract number of any government contract** | | |

| 2.640. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED JUNE 19,2013 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | EDWARD PIERSON, ATTORNEY AT LAW PLLC |
| | | | 3131 WESTERN, SUITE 605 |
| | **State the term remaining** | | SEATTLE WA 98121 |
| | **List the contract number of any government contract** | | |

| 2.641. | **Title of contract** | AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | VENDOR AGREEMENT | |
| | **Nature of debtor's interest** | CUSTOMER | EFTPS.GOV |
| | | | PO BOX 7704 |
| | **State the term remaining** | | SAN FRANCISCO CA 94120 |
| | **List the contract number of any government contract** | | |

| 2.642. | **Title of contract** | AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ACQUISITION AGREEMENT | |
| | **Nature of debtor's interest** | DISTRIBUTOR | EL PASO PRODUCTIONS, INC. C/O STANKEVICH - GOCHMAN, LLP |
| | | | (O/B/O LIAM NEESON) |
| | **State the term remaining** | | 9777 WILSHIRE BLVD # 550 |
| | **List the contract number of any government contract** | | BEVERLY HILLS CA 90212 |
| | | | 0 |

Debtor **Open Road Films, LLC**                                                      Case number *(if known)* **18-12012**

| 2.643. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED AUGUST 30,2016 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | EL PASO PRODUCTIONS, INC. C/O STANKEVICH - GOCHMAN, LLP (O/B/O LIAM NEESON) 9777 WILSHIRE BLVD # 550 BEVERLY HILLS CA 90212 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.644. | **Title of contract** | LICENSE AGREEMENT - "THE LOFT", "MACHETE KILLS", "SILENT HILL", "SILENT HOUSE", "SABOTAGE", "THE TANK", "GUNMAN", "NIGHTCRAWLER" DATED MARCH 14,2017 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | EXPLOITATION AGREEMENT | EL REY NETWORK, LLC TRES PISTOLEROS STUDIOS 4900 OLD MANOR ROAD AUSTIN TX 78723 |
| | **Nature of debtor's interest** | LICENSOR | |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.645. | **Title of contract** | NOTICE OF CONSENT AND IRREVOCABLE ASSIGNMENT DATED MARCH 14,2017 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | EXPLOITATION AGREEMENT | EL REY NETWORK, LLC TRES PISTOLEROS STUDIOS 4900 OLD MANOR ROAD AUSTIN TX 78723 |
| | **Nature of debtor's interest** | LICENSOR | |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.646. | **Title of contract** | A&E - ELEVATION SIDE LETTER DATED SEPTEMBER 12,2016 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | EXPLOITATION AGREEMENT | ELEVATION PICTURES CORP. 110 SPADINA AVE., GROUND FLOOR TORONTO ON M5V 2K4 CANADA |
| | **Nature of debtor's interest** | LICENSOR | |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.647. | **Title of contract** | AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | VENDOR AGREEMENT | ELI THOMAS 10833 WILSHIRE BLVD #310 LOS ANGELES CA 90024 |
| | **Nature of debtor's interest** | CUSTOMER | |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

Debtor    **Open Road Films, LLC**                                           Case number *(if known)* **18-12012**

| 2.648. | Title of contract | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | VENDOR AGREEMENT | |
| | Nature of debtor's interest | CUSTOMER | EMAGINE ROYAL OAK & STAR LANES |
| | State the term remaining | | 200 NORTH MAIN ST |
| | List the contract number of any government contract | | ROYAL OAK MI 48067 |

| 2.649. | Title of contract | SYNCHRONIZATION LICENSE AGREEMENT DATED JUNE 29, 2018 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | EMI ENTERTAINMENT WORLD, INC. PO BOX 415000 |
| | State the term remaining | | NASHVILLE TN 37241 |
| | List the contract number of any government contract | | |

| 2.650. | Title of contract | SYNCHRONIZATION LICENSE AGREEMENT (FILM/TRAILER) DATED MAY 18,2015 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | EMI ENTERTAINMENT WORLD, INC. PO BOX 415000 |
| | State the term remaining | | NASHVILLE TN 37241 |
| | List the contract number of any government contract | | |

| 2.651. | Title of contract | SYNCHRONIZATION LICENSE AGREEMENT (FILM/TRAILER) DATED OCTOBER 23,2013 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | EMI ENTERTAINMENT WORLD, INC. PO BOX 415000 |
| | State the term remaining | | NASHVILLE TN 37241 |
| | List the contract number of any government contract | | |

| 2.652. | Title of contract | SYNCHRONIZATION LICENSE AGREEMENT (FILM/TRAILER) DATED OCTOBER 23,2013 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | EMI ENTERTAINMENT WORLD, INC. PO BOX 415000 |
| | State the term remaining | | NASHVILLE TN 37241 |
| | List the contract number of any government contract | | |

Debtor    **Open Road Films, LLC**                                            Case number *(if known)* **18-12012**

| 2.653. | **Title of contract** | SYNCHRONIZATION LICENSE AGREEMENT (FILM/TRAILER) DATED JULY 17,2015 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | EMI ENTERTAINMENT WORLD, INC. PO BOX 415000 NASHVILLE TN 37241 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.654. | **Title of contract** | SYNCHRONIZATION LICENSE AGREEMENT (FILM/TRAILER) DATED MAY 8,2014 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | EMI ENTERTAINMENT WORLD, INC. PO BOX 415000 NASHVILLE TN 37241 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.655. | **Title of contract** | SYNCHRONIZATION LICENSE AGREEMENT (FILM/TRAILER) DATED MAY 15,2015 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | EMI ENTERTAINMENT WORLD, INC. PO BOX 415000 NASHVILLE TN 37241 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.656. | **Title of contract** | SYNCHRONIZATION LICENSE AGREEMENT (FILM/TRAILER) DATED MAY 18,2015 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | EMI ENTERTAINMENT WORLD, INC. PO BOX 415000 NASHVILLE TN 37241 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.657. | **Title of contract** | SYNCHRONIZATION LICENSE AGREEMENT (FILM/TRAILER) DATED MAY 14,2015 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | EMI ENTERTAINMENT WORLD, INC. PO BOX 415000 NASHVILLE TN 37241 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

Debtor    **Open Road Films, LLC**                                          Case number *(if known)* **18-12012**

| 2.658. | Title of contract | SYNCHRONIZATION LICENSE AGREEMENT (FILM/TRAILER) DATED JULY 15,2015 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | EMI ENTERTAINMENT WORLD, INC. PO BOX 415000 NASHVILLE TN 37241 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.659. | Title of contract | SYNCHRONIZATION LICENSE AGREEMENT (AUDIOVISUAL WORK) DATED NOVEMBER 5,2015 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | EMI ENTERTAINMENT WORLD, INC. PO BOX 415000 NASHVILLE TN 37241 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.660. | Title of contract | SYNCHRONIZATION LICENSE AGREEMENT DATED SEPTEMBER 30,2016 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | EMI ENTERTAINMENT WORLD, INC. PO BOX 415000 NASHVILLE TN 37241 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.661. | Title of contract | PRINTS AND ADVERTISING FINANCING AND REVENUE PARTICIPATION AGREEMENT DATED JANUARY 29, 2015 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | ACQUISITION AGREEMENT | |
| | Nature of debtor's interest | DISTRIBUTOR | ENDGAME RELEASING COMPANY, LLC 9100 WILSHIRE BLVD STE 100W BEVERLY HILLS CA 90212 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.662. | Title of contract | LETTER AGREEMENT DATED MARCH 10, 2015 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | ACQUISITION AGREEMENT | |
| | Nature of debtor's interest | DISTRIBUTOR | ENDGAME RELEASING COMPANY, LLC 9100 WILSHIRE BLVD STE 100W BEVERLY HILLS CA 90212 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

Debtor    **Open Road Films, LLC**                                    Case number *(if known)* **18-12012**

| | | |
|---|---|---|
| **2.663.** | **Title of contract** | AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |

**2.663.**

| | |
|---|---|
| **Title of contract** | AGREEMENT |
| **State what the contract or lease is for** | ACQUISITION AGREEMENT |
| **Nature of debtor's interest** | DISTRIBUTOR |
| **State the term remaining** | _____ |
| **List the contract number of any government contract** | _____ |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

ENDGAME RELEASING COMPANY, LLC
9100 WILSHIRE BLVD STE 100W
BEVERLY HILLS CA 90212

**2.664.**

| | |
|---|---|
| **Title of contract** | DISTRIBUTION RIGHTS ACQUISITION AND FINANCING AGREEMENT DATED AUGUST 21, 2012 |
| **State what the contract or lease is for** | ACQUISITION AGREEMENT |
| **Nature of debtor's interest** | DISTRIBUTOR |
| **State the term remaining** | _____ |
| **List the contract number of any government contract** | _____ |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

ENDGAME RELEASING COMPANY, LLC
9100 WILSHIRE BLVD STE 100W
BEVERLY HILLS CA 90212

**2.665.**

| | |
|---|---|
| **Title of contract** | PRINTS AND ADVERTISING FINANCING AND REVENUE PARTICIPATION AGREEMENT DATED AUGUST 27, 2013 |
| **State what the contract or lease is for** | ACQUISITION AGREEMENT |
| **Nature of debtor's interest** | DISTRIBUTOR |
| **State the term remaining** | _____ |
| **List the contract number of any government contract** | _____ |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

ENDGAME RELEASING COMPANY, LLC
9100 WILSHIRE BLVD STE 100W
BEVERLY HILLS CA 90212

**2.666.**

| | |
|---|---|
| **Title of contract** | SIDE LETTER TO PRINTS AND ADVERTISING FINANCING AND REVENUE PARTICIPATION AGREEMENT DATED OCTOBER 17, 2013 |
| **State what the contract or lease is for** | ACQUISITION AGREEMENT |
| **Nature of debtor's interest** | DISTRIBUTOR |
| **State the term remaining** | _____ |
| **List the contract number of any government contract** | _____ |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

ENDGAME RELEASING COMPANY, LLC
9100 WILSHIRE BLVD STE 100W
BEVERLY HILLS CA 90212

**2.667.**

| | |
|---|---|
| **Title of contract** | LETTER AGREEMENT DATED SEPTEMBER 3, 2014 |
| **State what the contract or lease is for** | ACQUISITION AGREEMENT |
| **Nature of debtor's interest** | DISTRIBUTOR |
| **State the term remaining** | _____ |
| **List the contract number of any government contract** | _____ |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

ENDGAME RELEASING COMPANY, LLC
9100 WILSHIRE BLVD STE 100W
BEVERLY HILLS CA 90212

| Debtor | **Open Road Films, LLC** | Case number *(if known)* **18-12012** |
|---|---|---|

| 2.668. | Title of contract | PRINTS AND ADVERTISING FINANCING AND REVENUE PARTICIPATION AGREEMENT DATED OCTOBER 28, 2013 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | ACQUISITION AGREEMENT | |
| | Nature of debtor's interest | DISTRIBUTOR | ENDGAME RELEASING COMPANY, LLC |
| | State the term remaining | _____ | 9100 WILSHIRE BLVD STE 100W BEVERLY HILLS CA 90212 |
| | List the contract number of any government contract | _____ | |

| 2.669. | Title of contract | LETTER AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | ACQUISITION AGREEMENT | |
| | Nature of debtor's interest | DISTRIBUTOR | ENDGAME RELEASING COMPANY, LLC |
| | State the term remaining | _____ | 9100 WILSHIRE BLVD STE 100W BEVERLY HILLS CA 90212 |
| | List the contract number of any government contract | _____ | |

| 2.670. | Title of contract | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | ACQUISITION AGREEMENT | |
| | Nature of debtor's interest | DISTRIBUTOR | ENDGAME RELEASING COMPANY, LLC |
| | State the term remaining | _____ | 9100 WILSHIRE BLVD STE 100W BEVERLY HILLS CA 90212 |
| | List the contract number of any government contract | _____ | |

| 2.671. | Title of contract | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED AUGUST 30,2016 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | ENDGAME RELEASING COMPANY, LLC |
| | State the term remaining | _____ | 9100 WILSHIRE BLVD STE 100W BEVERLY HILLS CA 90212 |
| | List the contract number of any government contract | _____ | |

| 2.672. | Title of contract | INTERCREDITOR AGREEMENT DATED APR 10, 2014 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | INTERCREDITOR AGREEMENT | |
| | Nature of debtor's interest | DISTRIBUTOR | ENDGAME RELEASING COMPANY, LLC |
| | State the term remaining | _____ | 9100 WILSHIRE BLVD STE 100W BEVERLY HILLS CA 90212 |
| | List the contract number of any government contract | _____ | |

Debtor   **Open Road Films, LLC**                                                                           Case number *(if known)* **18-12012**

| 2.673. | **Title of contract** | INTERCREDITOR AGREEMENT DATED DEC 17, 2015 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | INTERCREDITOR AGREEMENT | |
| | **Nature of debtor's interest** | DISTRIBUTOR | ENDGAME RELEASING COMPANY, LLC |
| | **State the term remaining** | | 9100 WILSHIRE BLVD STE 100W BEVERLY HILLS CA 90212 |
| | **List the contract number of any government contract** | | |

| 2.674. | **Title of contract** | INTERCREDITOR AGREEMENT DATED MAR 10, 2015 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | INTERCREDITOR AGREEMENT | |
| | **Nature of debtor's interest** | DISTRIBUTOR | ENDGAME RELEASING COMPANY, LLC |
| | **State the term remaining** | | 9100 WILSHIRE BLVD STE 100W BEVERLY HILLS CA 90212 |
| | **List the contract number of any government contract** | | |

| 2.675. | **Title of contract** | INTERCREDITOR AGREEMENT DATED DEC 17, 2013 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | INTERCREDITOR AGREEMENT | |
| | **Nature of debtor's interest** | DISTRIBUTOR | ENDGAME RELEASING COMPANY, LLC |
| | **State the term remaining** | | 9100 WILSHIRE BLVD STE 100W BEVERLY HILLS CA 90212 |
| | **List the contract number of any government contract** | | |

| 2.676. | **Title of contract** | AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ACQUISITION AGREEMENT | |
| | **Nature of debtor's interest** | DISTRIBUTOR | ENDGAME RELEASING FUNDING, LLC |
| | **State the term remaining** | | 9100 WILSHIRE BLVD 100W BEVERLY HILLS CA 90212 |
| | **List the contract number of any government contract** | | |

| 2.677. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED AUGUST 30,2016 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | ENDGAME RELEASING FUNDING, LLC |
| | **State the term remaining** | | 9100 WILSHIRE BLVD 100W BEVERLY HILLS CA 90212 |
| | **List the contract number of any government contract** | | |

Debtor   **Open Road Films, LLC**                                  Case number *(if known)* **18-12012**

| 2.678. | **Title of contract** | SUBSCRIPTION AND DATA ACCESS ORDER DATED MAY 10, 2016 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | VENDOR AGREEMENT | |
| | **Nature of debtor's interest** | CUSTOMER | ENTERTAINMENT DATA ORACLE, INC. |
| | **State the term remaining** | _____ | 2110 MAIN ST STE 303 |
| | **List the contract number of any government contract** | _____ | SANTA MONICA CA 90405 |

| 2.679. | **Title of contract** | MOTION PICTURE DISTRIBUTION AGREEMENT DATED NOVEMBER 3,2016 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | EXPLOITATION AGREEMENT | |
| | **Nature of debtor's interest** | LICENSOR | ENTERTAINMENT ONE FILMS CANADA, INC. |
| | **State the term remaining** | _____ | 134 PETER ST, SUITE 700 TORONTO ON M5V 2H2 |
| | **List the contract number of any government contract** | _____ | CANADA |

| 2.680. | **Title of contract** | ACA SERVICES AGREEMENT DATED SEPTEMBER 15, 2015 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | VENDOR AGREEMENT | |
| | **Nature of debtor's interest** | CUSTOMER | ENTERTAINMENT PARTNERS 2835 N NAOMI ST BURBANK |
| | **State the term remaining** | _____ | BURBANK CA 91504 |
| | **List the contract number of any government contract** | _____ | |

| 2.681. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED SEPTEMBER 8,2016 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | ENTERTAINMENT PARTNERS 2835 N NAOMI ST BURBANK |
| | **State the term remaining** | _____ | BURBANK CA 91504 |
| | **List the contract number of any government contract** | _____ | |

| 2.682. | **Title of contract** | AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | VENDOR AGREEMENT | |
| | **Nature of debtor's interest** | CUSTOMER | ENVISION CINEMAS BAR & GRILLE 4780 CORNELL RD |
| | **State the term remaining** | _____ | CINCINNATI OH 45241 |
| | **List the contract number of any government contract** | _____ | |

Debtor    **Open Road Films, LLC**                                                    Case number *(if known)* **18-12012**

**2.683.** | **Title of contract** | PROJECT MASTER SERVICES AGREEMENT DATED MARCH 22, 2018 SOW (HOTEL ARTEMIS SOCIAL MARKETING SUPPORT) DATED MARCH 22, 2018 SOW (CITY OF LIES SOCIAL MARKETING SUPPORT) DATED MARCH 30, 2018 SOW (THE SILENCE SOCIAL MARKETING SUPPORT) DATED MARCH 30, 2018 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

ERWIN PENLAND, LLC
110 E. COURT STREET
#400
GREENVILLE SC 29601

**State what the contract or lease is for**    VENDOR AGREEMENT

**Nature of debtor's interest**    CUSTOMER

**State the term remaining**    _____

**List the contract number of any government contract**    _____

---

**2.684.** | **Title of contract** | AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**    VENDOR AGREEMENT

**Nature of debtor's interest**    CUSTOMER

ESPN, INC.
PO BOX 732527
DALLAS TX 75373

**State the term remaining**    _____

**List the contract number of any government contract**    _____

---

**2.685.** | **Title of contract** | AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**    VENDOR AGREEMENT

**Nature of debtor's interest**    CUSTOMER

EUROFINS DIGITAL MEDIA
SERVICES, LLC
2425 NEW HOLLAND PIKE
LANCASTER PA 17601

**State the term remaining**    _____

**List the contract number of any government contract**    _____

---

**2.686.** | **Title of contract** | AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**    VENDOR AGREEMENT

**Nature of debtor's interest**    CUSTOMER

EXACTA SERVICES, INC.
8909 W OLYMPIC BLVD STE 100
BEVERLY HILLS CA 90211

**State the term remaining**    _____

**List the contract number of any government contract**    _____

---

**2.687.** | **Title of contract** | AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**    VENDOR AGREEMENT

**Nature of debtor's interest**    CUSTOMER

EXCLUSIVE ARTISTS
MANAGEMENT, INC.
7700 SUNSET BLVD 205
LOS ANGELES CA 90046

**State the term remaining**    _____

**List the contract number of any government contract**    _____

| Debtor | **Open Road Films, LLC** | Case number *(if known)* **18-12012** |
|---|---|---|

| 2.688. | Title of contract | DISTRIBUTION RIGHTS ACQUISITION AGREEMENT DATED FEBRUARY 23, 2012 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | ACQUISITION AGREEMENT | |
| | Nature of debtor's interest | DISTRIBUTOR | EXCLUSIVE MEDIA DISTRIBUTION, LLC |
| | State the term remaining | _____ | 52 HAYMARKET |
| | List the contract number of any government contract | _____ | LONDON SW1Y UNITED KINGDOM |

| 2.689. | Title of contract | SUBSEQUENT PRODUCTIONS AGREEMENT DATED FEBRUARY 23, 2012 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | ACQUISITION AGREEMENT | |
| | Nature of debtor's interest | DISTRIBUTOR | EXCLUSIVE MEDIA DISTRIBUTION, LLC |
| | State the term remaining | _____ | 52 HAYMARKET |
| | List the contract number of any government contract | _____ | LONDON SW1Y UNITED KINGDOM |

| 2.690. | Title of contract | AMENDMENT #1 TO AGREEMENT DATED MAY 11, 2012 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | ACQUISITION AGREEMENT | |
| | Nature of debtor's interest | DISTRIBUTOR | EXCLUSIVE MEDIA DISTRIBUTION, LLC |
| | State the term remaining | _____ | 52 HAYMARKET |
| | List the contract number of any government contract | _____ | LONDON SW1Y UNITED KINGDOM |

| 2.691. | Title of contract | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED NOVEMBER 19,2013 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | EXTREME GROUP HOLDINGS, LLC PO BOX 11407 DEPT 1520 BIRMINGHAM AL 35246-1520 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.692. | Title of contract | THE NUT JOB - TRAILERS/ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED JANUARY 9,2014 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | EXTREME GROUP HOLDINGS, LLC PO BOX 11407 DEPT 1520 BIRMINGHAM AL 35246-1520 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

Debtor    **Open Road Films, LLC**                                                 Case number *(if known)* **18-12012**

| | | | |
|---|---|---|---|
| 2.693. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE DATED JANUARY 25,2013 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | EXTREME GROUP HOLDINGS, LLC PO BOX 11407 DEPT 1520 BIRMINGHAM AL 35246-1520 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| | | | |
|---|---|---|---|
| 2.694. | **Title of contract** | AGREEMENT* DATED MARCH 26,2018 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | EXTREME PRODUCTION MUSIC 1531 14TH ST SANTA MONICA CA 90404 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| | | | |
|---|---|---|---|
| 2.695. | **Title of contract** | AGREEMENT DATED APRIL 22,2014 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | EXTREME PRODUCTION MUSIC 1531 14TH ST SANTA MONICA CA 90404 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| | | | |
|---|---|---|---|
| 2.696. | **Title of contract** | AGREEMENT DATED APRIL 16,2014 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | EXTREME PRODUCTION MUSIC 1531 14TH ST SANTA MONICA CA 90404 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| | | | |
|---|---|---|---|
| 2.697. | **Title of contract** | AGREEMENT DATED MARCH 24,2014 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | EXTREME PRODUCTION MUSIC 1531 14TH ST SANTA MONICA CA 90404 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

Debtor    **Open Road Films, LLC**                                                     Case number *(if known)* **18-12012**

| 2.698. | **Title of contract** | AGREEMENT DATED JUNE 29,2012 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | EXTREME PRODUCTION MUSIC |
| | **State the term remaining** | _____ | 1531 14TH ST SANTA MONICA CA 90404 |
| | **List the contract number of any government contract** | _____ | |

| 2.699. | **Title of contract** | LICENSE AGREEMENT DATED JANUARY 5,2017 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | EXTREME PRODUCTION MUSIC |
| | **State the term remaining** | _____ | 1531 14TH ST SANTA MONICA CA 90404 |
| | **List the contract number of any government contract** | _____ | |

| 2.700. | **Title of contract** | LICENSE AGREEMENT DATED JANUARY 5,2017 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | EXTREME PRODUCTION MUSIC |
| | **State the term remaining** | _____ | 1531 14TH ST SANTA MONICA CA 90404 |
| | **List the contract number of any government contract** | _____ | |

| 2.701. | **Title of contract** | LICENSE AGREEMENT DATED JANUARY 5,2017 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | EXTREME PRODUCTION MUSIC |
| | **State the term remaining** | _____ | 1531 14TH ST SANTA MONICA CA 90404 |
| | **List the contract number of any government contract** | _____ | |

| 2.702. | **Title of contract** | AGREEMENT* DATED APRIL 25,2018 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | EXTREME PRODUCTION MUSIC |
| | **State the term remaining** | _____ | 1531 14TH ST SANTA MONICA CA 90404 |
| | **List the contract number of any government contract** | _____ | |

Debtor **Open Road Films, LLC**                                                                    Case number *(if known)* **18-12012**

| 2.703. | Title of contract | AGREEMENT DATED JULY 31,2012 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | EXTREME PRODUCTION MUSIC 1531 14TH ST SANTA MONICA CA 90404 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.704. | Title of contract | AGREEMENT DATED MARCH 29,2017 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | EXTREME PRODUCTION MUSIC 1531 14TH ST SANTA MONICA CA 90404 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.705. | Title of contract | FIFTY SHADES OF BLACK - TRAILERS / ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED JANUARY 8,2016 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | EXTREME PRODUCTION MUSIC 1531 14TH ST SANTA MONICA CA 90404 |
| | Nature of debtor's interest | LICENSEE | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.706. | Title of contract | AGREEMENT DATED JUNE 21,2016 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | EXTREME PRODUCTION MUSIC 1531 14TH ST SANTA MONICA CA 90404 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.707. | Title of contract | AGREEMENT DATED JANUARY 8,2018 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | EXTREME PRODUCTION MUSIC 1531 14TH ST SANTA MONICA CA 90404 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor    **Open Road Films, LLC**                                                    Case number *(if known)* **18-12012**

| 2.708. | Title of contract | AGREEMENT DATED MARCH 12,2018 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | EXTREME PRODUCTION MUSIC 1531 14TH ST SANTA MONICA CA 90404 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.709. | Title of contract | AGREEMENT DATED FEBRUARY 20,2018 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | EXTREME PRODUCTION MUSIC 1531 14TH ST SANTA MONICA CA 90404 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.710. | Title of contract | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | VENDOR AGREEMENT | |
| | Nature of debtor's interest | CUSTOMER | FATTS UK LTD WHIDDON FARM HOUSE MILLTOWN MUDDIFORD, BARNSTAPLE EX31 4HF UNITED KINGDOM |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.711. | Title of contract | AMENDED AND RESTATED DISTRIBUTION RIGHTS ACQUISITION AND FINANCING AGREEMENT DATED JUNE 17, 2015 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | ACQUISITION AGREEMENT | |
| | Nature of debtor's interest | DISTRIBUTOR | FIFTY SHADES PRODUCTIONS, LLC THE BEVERLY QUEST BUILDING 8201 BEVERLY BLVD 5TH FL LOS ANGELES CA 90048 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.712. | Title of contract | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED NOVEMBER 17,2016 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | FIGURE AND GROOVE PRODUCTIONS, LLC 255 WASHINGTON AVE PLEASANTVILLE NY 10570 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

Debtor    **Open Road Films, LLC**

Case number *(if known)* **18-12012**

| 2.713. | Title of contract | AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | VENDOR AGREEMENT | |
| | Nature of debtor's interest | CUSTOMER | FILM SOLUTIONS, LLC |
| | State the term remaining | _____ | 1121 S FLOWER ST |
| | List the contract number of any government contract | _____ | BURBANK CA 91502 |

| 2.714. | Title of contract | SALES AGENCY AGREEMENT DATED SEPTEMBER 16,2014 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | EXPLOITATION AGREEMENT | |
| | Nature of debtor's interest | LICENSOR | FILMNATION INTERNATIONAL, LLC |
| | State the term remaining | _____ | 150 WEST 22ND ST 9TH FLR |
| | List the contract number of any government contract | _____ | NEW YORK NY 10011 |

| 2.715. | Title of contract | NOTICE OF EXTENSION DATED JANUARY 19,2017 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | EXPLOITATION AGREEMENT | |
| | Nature of debtor's interest | LICENSOR | FILMNATION INTERNATIONAL, LLC |
| | State the term remaining | _____ | 150 WEST 22ND ST 9TH FLR |
| | List the contract number of any government contract | _____ | NEW YORK NY 10011 |

| 2.716. | Title of contract | SOFTWARE AS A SERVICE AGREEMENT DATED JULY 1, 2014 AMENDMENT NO.1 TO THE SOFTWARE AS A SERVICE AGREEMENT DATED AUGUST 22, 2014 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | VENDOR AGREEMENT - LIBRARY ASSET HOLDER | FILMTRACK, INC. |
| | Nature of debtor's interest | CUSTOMER/ASSET OWNER | 12001 VENTURA PL STE 500 |
| | State the term remaining | _____ | STUDIO CITY CA 91604 |
| | List the contract number of any government contract | _____ | |

| 2.717. | Title of contract | SHORT FORM MASTER RECORDING AND SYNCHRONIZATION LICENSE DATED MAY 1,2015 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | FIRSTCOM MUSIC, A UNIT OF UNIVERSAL MUSIX - Z TUNES, LLC |
| | State the term remaining | _____ | 15035 COLLECTIONS CTR DR |
| | List the contract number of any government contract | _____ | CHICAGO IL 60693 |

Debtor    **Open Road Films, LLC**                                                    Case number *(if known)* **18-12012**

| 2.718. | Title of contract | MASTER SERVICES AGREEMENT DATED APRIL 30, 2018 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | VENDOR AGREEMENT | |
| | Nature of debtor's interest | CUSTOMER | FISHERMAN LABS, LLC |
| | State the term remaining | | 140 PENN ST |
| | List the contract number of any government contract | | EL SEGUNDO CA 90245 |

| 2.719. | Title of contract | AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | VENDOR AGREEMENT | |
| | Nature of debtor's interest | CUSTOMER | FIZZIOLOGY, LLC |
| | State the term remaining | | 1801 W OLYMPIC BLVD |
| | List the contract number of any government contract | | PASADENA CA 91199-1434 |

| 2.720. | Title of contract | MASTER USE LICENSE AGREEMENT DATED MAY 16, 2018 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | FLO & EDDIE, INC. |
| | State the term remaining | | 1180 SOUTH BEVERLY DR |
| | | | STE 510 |
| | List the contract number of any government contract | | LOS ANGELES CA 90035 |

| 2.721. | Title of contract | MASTER USE LICENSE AGREEMENT DATED MAY 16,2018 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | FLO & EDDIE, INC. |
| | State the term remaining | | 1180 SOUTH BEVERLY DR |
| | | | STE 510 |
| | List the contract number of any government contract | | LOS ANGELES CA 90035 |

| 2.722. | Title of contract | AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | VENDOR AGREEMENT | |
| | Nature of debtor's interest | CUSTOMER | FONS PR, INC. |
| | State the term remaining | | 4408 BURNET RD |
| | | | STE A |
| | List the contract number of any government contract | | AUSTIN TX 78756 |

Debtor    **Open Road Films, LLC**                                      Case number *(if known)* **18-12012**

| 2.723. | **Title of contract** | AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | VENDOR AGREEMENT | |
| | **Nature of debtor's interest** | CUSTOMER | FORWARD ARTISTS, LLC |
| | **State the term remaining** | _____ | 7080 HOLLYWOOD BLVD STE 902 |
| | **List the contract number of any government contract** | _____ | LOS ANGELES CA 90028 |

| 2.724. | **Title of contract** | ADDENDUM TO STANDARD TERMS AND CONDITIONS DATED SEPTEMBER 28, 2012 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | VENDOR AGREEMENT - LIBRARY ASSET HOLDER | |
| | **Nature of debtor's interest** | CUSTOMER/ASSET OWNER | FOTO-KEM, INC. |
| | **State the term remaining** | _____ | PO BOX 7755 |
| | **List the contract number of any government contract** | _____ | BURBANK CA 91510 |

| 2.725. | **Title of contract** | AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | VENDOR AGREEMENT | |
| | **Nature of debtor's interest** | CUSTOMER | FOUR SEASONS HOTEL |
| | **State the term remaining** | _____ | 300 S DOHENY DR |
| | **List the contract number of any government contract** | _____ | LOS ANGELES CA 90048 |

| 2.726. | **Title of contract** | AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | VENDOR AGREEMENT | |
| | **Nature of debtor's interest** | CUSTOMER | FOUR STAR ENTERTAINMENT |
| | **State the term remaining** | _____ | 8421 E 61ST ST STE V |
| | **List the contract number of any government contract** | _____ | TULSA OK 74133 |

| 2.727. | **Title of contract** | AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | VENDOR AGREEMENT | |
| | **Nature of debtor's interest** | CUSTOMER | FRAMEWORK STUDIO, LLC |
| | **State the term remaining** | _____ | 3535 HAYDEN AVE #300 |
| | **List the contract number of any government contract** | _____ | CULVER CITY CA 90232 |

Debtor  **Open Road Films, LLC**                                    Case number *(if known)* **18-12012**

| 2.728. | Title of contract | OR RIVERSTONE COLLECTION ACCOUNT MANAGEMENT AGREEMENT DATED NOVEMBER 3,2016 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | EXPLOITATION AGREEMENT | |
| | Nature of debtor's interest | LICENSOR | FREEWAY CAM B.V. AND STICHTING FREEWAY CUSTODY 134 PETER ST, SUITE 700 TORONTO ON M5V 2H2 CANADA |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.729. | Title of contract | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | VENDOR AGREEMENT | |
| | Nature of debtor's interest | CUSTOMER | FRIDLEY THEATRES 1321 WALNUT ST DES MOINES IA 50309 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.730. | Title of contract | ENGAGEMENT LETTER | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | ENGAGEMENT LETTER | |
| | Nature of debtor's interest | COMPANY | FTI CONSULTING, INC. 350 S. GRAND AVE SUITE 3000 LOS ANGELES CA 90071 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.731. | Title of contract | SERVICES AGREEMENT DATED MARCH 26, 2018 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | VENDOR AGREEMENT | |
| | Nature of debtor's interest | CUSTOMER | FULLSCREEN, INC. 12180 MILLENIUM DR LOS ANGELES CA 90094 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.732. | Title of contract | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | VENDOR AGREEMENT | |
| | Nature of debtor's interest | CUSTOMER | FUSION LOGISTICS PO BOX 1450 MINNEAPOLIS MN 55485 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

Debtor   **Open Road Films, LLC**                                                    Case number *(if known)* **18-12012**

| 2.733. | Title of contract | FIFTY SHADES OF BLACK - TRAILERS / ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED DECEMBER 28,2015 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | FUZE ARTZ, LLC<br>12400 WILSHIRE BLVD<br>STE 400<br>LOS ANGELES CA 90025 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.734. | Title of contract | NIGHTCRAWLER - TRAILERS/ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED OCTOBER 9,2014 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | GARRETT WHOOSH, LLC<br>4233 FARMDALE AVE<br>STUDIO CITY CA 91604 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.735. | Title of contract | SHOW DOGS - TRAILERS / ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED MARCH 7,2018 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | GARRETT WHOOSH, LLC<br>4233 FARMDALE AVE<br>STUDIO CITY CA 91604 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.736. | Title of contract | AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | VENDOR AGREEMENT | |
| | Nature of debtor's interest | CUSTOMER | GASTON NUNES<br>756 MURTLE AVE APT 4F<br>BROOKLYN NY 11206 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.737. | Title of contract | MASTER USE AGREEMENT DATED SEPTEMBER 12,2013 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | GAUMONT SA<br>30 AVENUE CHARLES DE GAULL<br>NEUILLY -SUR-SEINE 92200<br>FRANCE |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

Debtor    **Open Road Films, LLC**                                              Case number *(if known)* **18-12012**

---

**2.738.**   Title of contract                DIGITAL CINEMA DEPLOYMENT AGREEMENT DATED        State the name and mailing address
                                             AUGUST 22, 2011                                    for all other parties with whom the
                                                                                                debtor has an executory contract or
            State what the contract or      VENDOR AGREEMENT                                    unexpired lease
            lease is for
                                                                                               GDC DIGITAL CINEMA NETWORK
            Nature of debtor's interest     CUSTOMER                                            (USA), LLC
                                                                                               1016 W MAGNOLIA BLVD
            State the term remaining        _____            BURBANK CA 91506

            List the contract number of     _____
            any government contract


**2.739.**   Title of contract                COMBINED SYNCHRONIZATION AND MASTER USE          State the name and mailing address
                                             LICENSE AGREEMENT DATED APRIL 27, 2018             for all other parties with whom the
                                                                                                debtor has an executory contract or
            State what the contract or      MUSIC LICENSE                                       unexpired lease
            lease is for
                                                                                               GERRIT KINKEL PRODUCTIONS,
            Nature of debtor's interest     LICENSEE                                            LLC
                                                                                               21559 IGLESIA DR
            State the term remaining        _____            WOODLAND HILLS CA 91364

            List the contract number of     _____
            any government contract


**2.740.**   Title of contract                COMBINED SYNCHRONIZATION AND MASTER USE          State the name and mailing address
                                             LICENSE AGREEMENT DATED MAY 8,2018                 for all other parties with whom the
                                                                                                debtor has an executory contract or
            State what the contract or      MUSIC LICENSE                                       unexpired lease
            lease is for
                                                                                               GERRIT KINKEL PRODUCTIONS,
            Nature of debtor's interest     LICENSEE                                            LLC
                                                                                               21559 IGLESIA DR
            State the term remaining        _____            WOODLAND HILLS CA 91364

            List the contract number of     _____
            any government contract


**2.741.**   Title of contract                COMBINED SYNCHRONIZATION AND MASTER USE          State the name and mailing address
                                             LICENSE AGREEMENT DATED APRIL 27,2018              for all other parties with whom the
                                                                                                debtor has an executory contract or
            State what the contract or      MUSIC LICENSE                                       unexpired lease
            lease is for
                                                                                               GERRIT KINKEL PRODUCTIONS,
            Nature of debtor's interest     LICENSEE                                            LLC
                                                                                               21559 IGLESIA DR
            State the term remaining        _____            WOODLAND HILLS CA 91364

            List the contract number of     _____
            any government contract


**2.742.**   Title of contract                SILENT HOUSE - TRAILERS / ADVERTISING - COMBINED State the name and mailing address
                                             SYNCHRONIZATION AND MASTER USE LICENSE             for all other parties with whom the
                                             AGREEMENT DATED FEBRUARY 24,2012                   debtor has an executory contract or
                                                                                                unexpired lease
            State what the contract or      MUSIC LICENSE
            lease is for                                                                        GERRIT KINKEL PRODUCTIONS,
                                                                                               LLC
            Nature of debtor's interest     LICENSEE                                            21559 IGLESIA DR
                                                                                               WOODLAND HILLS CA 91364
            State the term remaining        _____

            List the contract number of     _____
            any government contract

---

Debtor   **Open Road Films, LLC**                                    Case number *(if known)* **18-12012**

| 2.743. | Title of contract | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED JULY 28,2016 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | GERRIT KINKEL PRODUCTIONS, LLC |
| | State the term remaining | _____ | 21559 IGLESIA DR |
| | List the contract number of any government contract | _____ | WOODLAND HILLS CA 91364 |

| 2.744. | Title of contract | THE GUNMAN - TRAILERS / ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED FEBRUARY 17,2015 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | GERRIT KINKEL PRODUCTIONS, LLC |
| | State the term remaining | _____ | 21559 IGLESIA DR |
| | List the contract number of any government contract | _____ | WOODLAND HILLS CA 91364 |

| 2.745. | Title of contract | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED OCTOBER 2,2015 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | GERRIT KINKEL PRODUCTIONS, LLC |
| | State the term remaining | _____ | 21559 IGLESIA DR |
| | List the contract number of any government contract | _____ | WOODLAND HILLS CA 91364 |

| 2.746. | Title of contract | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED SEPTEMBER 10,2017 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | GHOSTWRITER MUSIC, LLC |
| | State the term remaining | _____ | 26910 CUATRO MI L.P.AS ST |
| | List the contract number of any government contract | _____ | VALENCIA CA 91354 |

| 2.747. | Title of contract | STANDARD TERMS AND CONDITIONS - VENDORS DATED AUGUST 19, 2014 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | VENDOR AGREEMENT | |
| | Nature of debtor's interest | CUSTOMER | GIARONOMO PRODUCTIONS, INC. |
| | State the term remaining | _____ | 1501 BROADWAY SUITE #705 |
| | List the contract number of any government contract | _____ | NEW YORK NY 10036 |

Debtor   **Open Road Films, LLC**

Case number *(if known)* **18-12012**

| 2.748. | Title of contract | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | VENDOR AGREEMENT | |
| | Nature of debtor's interest | CUSTOMER | GLASER WEIL FINK HOWARD AVCHEN & SHAPIRO, LLP 10250 CONSTELLATION BLVD 19TH FL LOS ANGELES CA 90067 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.749. | Title of contract | MASTER USE LICENSE AGREEMENT DATED FEBRUARY 8,2017 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | GLASSNOTE ENTERTAINMENT GROUP, LLC 2220 COLORADO AVE SANTA MONICA CA 90404 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.750. | Title of contract | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | VENDOR AGREEMENT | |
| | Nature of debtor's interest | CUSTOMER | GLOBAL ENTERTAINMENT SECURITY, INC. 3625 E THOUSAND OAKS BLVD 202 THOUSAND OAKS CA 91362 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.751. | Title of contract | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | VENDOR AGREEMENT | |
| | Nature of debtor's interest | CUSTOMER | GOLDEN STAR TECHNOLOGY 12881 166TH ST CERRITOS CA 90703 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.752. | Title of contract | PRODUCTION, FINANCING AND DISTRIBUTION AGREEMENT DATED NOVEMBER 4, 2016 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | ACQUISITION AGREEMENT | |
| | Nature of debtor's interest | DISTRIBUTOR | GOOD FILMS ENTERPRISE, LLC 124 SOUTH LASKY DR BEVERLY HILLS CA 90212 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor **Open Road Films, LLC**                                                       Case number *(if known)* **18-12012**

**2.753.** | **Title of contract** | PRODUCTION, FINANCING AND DISTRIBUTION AGREEMENT SIDE LETTER DATED NOVEMBER 4, 2016 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for** | ACQUISITION AGREEMENT

**Nature of debtor's interest** | DISTRIBUTOR | GOOD FILMS ENTERPRISE, LLC
124 SOUTH LASKY DR
BEVERLY HILLS CA 90212

**State the term remaining** | _____

**List the contract number of any government contract** | _____

**2.754.** | **Title of contract** | AMENDMENT NO. 1 TO PRODUCTION, FINANCING AND DISTRIBUTION AGREEMENT SIDE LETTER DATED OCTOBER 12, 2017 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for** | ACQUISITION AGREEMENT

**Nature of debtor's interest** | DISTRIBUTOR | GOOD FILMS ENTERPRISE, LLC
124 SOUTH LASKY DR
BEVERLY HILLS CA 90212

**State the term remaining** | _____

**List the contract number of any government contract** | _____

**2.755.** | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED AUGUST 30,2016 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for** | MUSIC LICENSE

**Nature of debtor's interest** | LICENSEE | GOOD FILMS ENTERPRISE, LLC
124 SOUTH LASKY DR
BEVERLY HILLS CA 90212

**State the term remaining** | _____

**List the contract number of any government contract** | _____

**2.756.** | **Title of contract** | FIRST AMENDMENT UPFRONT ADDENDUM DATED MARCH 14,2018 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for** | VENDOR AGREEMENT

**Nature of debtor's interest** | CUSTOMER | GOOGLE INC.
GOOGLE, INC
PO BOX 39000
SAN FRANCISCO CA 94139

**State the term remaining** | _____

**List the contract number of any government contract** | _____

**2.757.** | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED MARCH 21,2014 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for** | MUSIC LICENSE

**Nature of debtor's interest** | LICENSEE | GR ENTERTAINMENT, INC.
8295 S LA CIENEGA BLVD
INGLEWOOD CA 90301

**State the term remaining** | _____

**List the contract number of any government contract** | _____

Debtor  **Open Road Films, LLC**                                                    Case number *(if known)* **18-12012**

**2.758.**  **Title of contract**          COMBINED SYNCHRONIZATION AND MASTER USE          **State the name and mailing address**
                                            LICENSE AGREEMENT DATED MAY 2, 2018              **for all other parties with whom the**
                                                                                             **debtor has an executory contract or**
         **State what the contract or**     MUSIC LICENSE                                    **unexpired lease**
         **lease is for**

         **Nature of debtor's interest**    LICENSEE                                         GRAND SLAM MUSIC, INC.
                                                                                             6174 DEBS AVE
         **State the term remaining**       _____                WOODLAND HILLS CA 91367

         **List the contract number of**    _____
         **any government contract**

**2.759.**  **Title of contract**          AGREEMENT                                        **State the name and mailing address**
                                                                                             **for all other parties with whom the**
         **State what the contract or**     VENDOR AGREEMENT                                 **debtor has an executory contract or**
         **lease is for**                                                                    **unexpired lease**

         **Nature of debtor's interest**    CUSTOMER                                         GRAND SLAM MUSIC, INC.
                                                                                             6174 DEBS AVE
         **State the term remaining**       _____                WOODLAND HILLS CA 91367

         **List the contract number of**    _____
         **any government contract**

**2.760.**  **Title of contract**          COMBINED SYNCHRONIZATION AND MASTER USE          **State the name and mailing address**
                                            LICENSE AGREEMENT - TV AND INTERNET              **for all other parties with whom the**
                                            (TRAILERS/ADVERTISING) "ERIC'S THEME" DATED      **debtor has an executory contract or**
                                            JANUARY 7,2013                                   **unexpired lease**

         **State what the contract or**     MUSIC LICENSE                                    GRAND SLAM MUSIC, INC.
         **lease is for**                                                                    6174 DEBS AVE
                                                                                             WOODLAND HILLS CA 91367
         **Nature of debtor's interest**    LICENSEE

         **State the term remaining**       _____

         **List the contract number of**    _____
         **any government contract**

**2.761.**  **Title of contract**          COMBINED SYNCHRONIZATION AND MASTER USE          **State the name and mailing address**
                                            LICENSE AGREEMENT DATED MARCH 27,2014            **for all other parties with whom the**
                                                                                             **debtor has an executory contract or**
         **State what the contract or**     MUSIC LICENSE                                    **unexpired lease**
         **lease is for**
                                                                                             GRAND SLAM MUSIC, INC.
         **Nature of debtor's interest**    LICENSEE                                         6174 DEBS AVE
                                                                                             WOODLAND HILLS CA 91367
         **State the term remaining**       _____

         **List the contract number of**    _____
         **any government contract**

**2.762.**  **Title of contract**          COMBINED SYNCHRONIZATION AND MASTER USE          **State the name and mailing address**
                                            LICENSE AGREEMENT DATED MAY 2,2018               **for all other parties with whom the**
                                                                                             **debtor has an executory contract or**
         **State what the contract or**     MUSIC LICENSE                                    **unexpired lease**
         **lease is for**
                                                                                             GRAND SLAM MUSIC, INC.
         **Nature of debtor's interest**    LICENSEE                                         6174 DEBS AVE
                                                                                             WOODLAND HILLS CA 91367
         **State the term remaining**       _____

         **List the contract number of**    _____
         **any government contract**

Debtor   **Open Road Films, LLC**                                              Case number *(if known)* **18-12012**

| 2.763. | **Title of contract** | THE NUT JOB - TRAILERS/ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED DECEMBER 17,2013 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | GRAND SLAM MUSIC, INC. 6174 DEBS AVE WOODLAND HILLS CA 91367 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.764. | **Title of contract** | SABOTAGE - TRAILERS / ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED FEBRUARY 25,2014 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | GRAND SLAM MUSIC, INC. 6174 DEBS AVE WOODLAND HILLS CA 91367 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.765. | **Title of contract** | SILENT HILL: REVELATION 3D - TRAILERS / ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED SEPTEMBER 26,2012 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | GRAND SLAM MUSIC, INC. 6174 DEBS AVE WOODLAND HILLS CA 91367 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.766. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED MARCH 7, 2018 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | GRANITE PRODUCTIONS, INC. 29846 TRIUNFO DR AGOURA HILLS CA 91301 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.767. | **Title of contract** | SHOW DOGS - TRAILERS / ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED MARCH 7,2018 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | GRANITE PRODUCTIONS, INC. 29846 TRIUNFO DR AGOURA HILLS CA 91301 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

Debtor   **Open Road Films, LLC**                                                          Case number *(if known)* **18-12012**

| 2.768. | Title of contract | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | VENDOR AGREEMENT | |
| | Nature of debtor's interest | CUSTOMER | GREEN CUBE, INC. |
| | State the term remaining | _____ | 16215 MARQUARDT AVE |
| | List the contract number of any government contract | _____ | CERRITOS CA 90703 |

| 2.769. | Title of contract | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED MAY 2, 2018 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | GRNLR |
| | State the term remaining | _____ | 525 VENEZIA AVE |
| | List the contract number of any government contract | _____ | VENICE CA 90291 |

| 2.770. | Title of contract | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED MAY 2,2018 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | GRNLR |
| | State the term remaining | _____ | 525 VENEZIA AVE |
| | List the contract number of any government contract | _____ | VENICE CA 90291 |

| 2.771. | Title of contract | DISTRIBUTION RIGHTS ACQUISITION AGREEMENT DATED NOVEMBER 4, 2013 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | ACQUISITION AGREEMENT | |
| | Nature of debtor's interest | DISTRIBUTOR | GSP FLUFFY MOVIE, LLC |
| | State the term remaining | _____ | 4000 WARNER BLVD |
| | List the contract number of any government contract | _____ | BURBANK CA 91522 |

| 2.772. | Title of contract | SYNCHRONIZATION LICENSE AGREEMENT DATED JUNE 6,2017 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | HAIM PRODUCTIONS, INC. |
| | State the term remaining | _____ | 4941 AGNES AVE |
| | List the contract number of any government contract | _____ | VALLEY VILLAGE CA 91607 |

Debtor    **Open Road Films, LLC**

Case number *(if known)* **18-12012**

| 2.773. | Title of contract | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT (TRAILERS/ADVERTISING) "TINY TEETH, PULLBACK 03, HIGH RISE, REVERSE STOP 03, CRO MAGS" DATED OCTOBER 9,2012 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | HAMMERLAND MUSIC |
| | Nature of debtor's interest | LICENSEE | 3585 S VERMONT AVE 7367 |
| | State the term remaining | _____ | LOS ANGELES CA 90007 |
| | List the contract number of any government contract | _____ | |

| 2.774. | Title of contract | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED JUNE 29,2016 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | HAMMERLAND MUSIC |
| | Nature of debtor's interest | LICENSEE | 3585 S VERMONT AVE 7367 |
| | State the term remaining | _____ | LOS ANGELES CA 90007 |
| | List the contract number of any government contract | _____ | |

| 2.775. | Title of contract | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED MAY 19,2015 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | HAMMERLAND MUSIC |
| | Nature of debtor's interest | LICENSEE | 3585 S VERMONT AVE 7367 |
| | State the term remaining | _____ | LOS ANGELES CA 90007 |
| | List the contract number of any government contract | _____ | |

| 2.776. | Title of contract | FIFTY SHADES OF BLACK - TRAILERS / ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED NOVEMBER 16,2015 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | HAMMERLAND MUSIC |
| | Nature of debtor's interest | LICENSEE | 3585 S VERMONT AVE 7367 |
| | State the term remaining | _____ | LOS ANGELES CA 90007 |
| | List the contract number of any government contract | _____ | |

| 2.777. | Title of contract | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE DATED JANUARY 7,2013 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | HAMMERLAND MUSIC |
| | Nature of debtor's interest | LICENSEE | 3585 S VERMONT AVE 7367 |
| | State the term remaining | _____ | LOS ANGELES CA 90007 |
| | List the contract number of any government contract | _____ | |

Debtor   **Open Road Films, LLC**                                                    Case number *(if known)* **18-12012**

| | | |
|---|---|---|
| **2.778.** | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE DATED JANUARY 25,2013 |
| | **State what the contract or lease is for** | MUSIC LICENSE |
| | **Nature of debtor's interest** | LICENSEE |
| | **State the term remaining** | _____ |
| | **List the contract number of any government contract** | _____ |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

HAMMERLAND MUSIC
3585 S VERMONT AVE 7367
LOS ANGELES CA 90007

| | | |
|---|---|---|
| **2.779.** | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE DATED FEBRUARY 1,2013 |
| | **State what the contract or lease is for** | MUSIC LICENSE |
| | **Nature of debtor's interest** | LICENSEE |
| | **State the term remaining** | _____ |
| | **List the contract number of any government contract** | _____ |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

HAMMERLAND MUSIC
3585 S VERMONT AVE 7367
LOS ANGELES CA 90007

| | | |
|---|---|---|
| **2.780.** | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE DATED JANUARY 31,2013 |
| | **State what the contract or lease is for** | MUSIC LICENSE |
| | **Nature of debtor's interest** | LICENSEE |
| | **State the term remaining** | _____ |
| | **List the contract number of any government contract** | _____ |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

HAMMERLAND MUSIC
3585 S VERMONT AVE 7367
LOS ANGELES CA 90007

| | | |
|---|---|---|
| **2.781.** | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE DATED JANUARY 28,2013 |
| | **State what the contract or lease is for** | MUSIC LICENSE |
| | **Nature of debtor's interest** | LICENSEE |
| | **State the term remaining** | _____ |
| | **List the contract number of any government contract** | _____ |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

HAMMERLAND MUSIC
3585 S VERMONT AVE 7367
LOS ANGELES CA 90007

| | | |
|---|---|---|
| **2.782.** | **Title of contract** | SILENT HILL: REVELATION 3D - TRAILERS / ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED JULY 23,2012 |
| | **State what the contract or lease is for** | MUSIC LICENSE |
| | **Nature of debtor's interest** | LICENSEE |
| | **State the term remaining** | _____ |
| | **List the contract number of any government contract** | _____ |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

HAMMERLAND MUSIC
3585 S VERMONT AVE 7367
LOS ANGELES CA 90007

Debtor    **Open Road Films, LLC**                                                         Case number *(if known)* **18-12012**

| 2.783. | **Title of contract** | SILENT HILL: REVELATION 3D - TRAILERS / ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED JULY 23,2012 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | HAMMERLAND MUSIC 3585 S VERMONT AVE 7367 LOS ANGELES CA 90007 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.784. | **Title of contract** | SILENT HOUSE - TRAILERS / ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED JANUARY 5,2012 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | HAMMERLAND MUSIC 3585 S VERMONT AVE 7367 LOS ANGELES CA 90007 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.785. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED FEBRUARY 14,2017 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | HAMMERLAND MUSIC 3585 S VERMONT AVE 7367 LOS ANGELES CA 90007 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.786. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED NOVEMBER 4,2015 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | HAMMERLAND MUSIC 3585 S VERMONT AVE 7367 LOS ANGELES CA 90007 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.787. | **Title of contract** | THE GREY - TRAILERS / ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED JANUARY 20,2012 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | HAMMERLAND MUSIC 3585 S VERMONT AVE 7367 LOS ANGELES CA 90007 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

Debtor    **Open Road Films, LLC**                                                    Case number *(if known)* **18-12012**

| 2.788. | **Title of contract** | THE GREY - TRAILERS / ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED JANUARY 10,2012 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | HAMMERLAND MUSIC |
| | **Nature of debtor's interest** | LICENSEE | 3585 S VERMONT AVE 7367 LOS ANGELES CA 90007 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.789. | **Title of contract** | THE GREY - TRAILERS / ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED JANUARY 5,2012 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | HAMMERLAND MUSIC |
| | **Nature of debtor's interest** | LICENSEE | 3585 S VERMONT AVE 7367 LOS ANGELES CA 90007 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.790. | **Title of contract** | THE GUNMAN - TRAILERS / ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED FEBRUARY 13,2015 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | HAMMERLAND MUSIC |
| | **Nature of debtor's interest** | LICENSEE | 3585 S VERMONT AVE 7367 LOS ANGELES CA 90007 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.791. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED MARCH 5,2012 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | HAMMERLAND MUSIC |
| | **Nature of debtor's interest** | LICENSEE | 3585 S VERMONT AVE 7367 LOS ANGELES CA 90007 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.792. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED OCTOBER 31,2012 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | HAMMERLAND MUSIC |
| | **Nature of debtor's interest** | LICENSEE | 3585 S VERMONT AVE 7367 LOS ANGELES CA 90007 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

Debtor    **Open Road Films, LLC**                                          Case number *(if known)* **18-12012**

| 2.793. | Title of contract | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED OCTOBER 22,2015 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | HAMMERLAND MUSIC 3585 S VERMONT AVE 7367 LOS ANGELES CA 90007 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.794. | Title of contract | DISTRIBUTION RIGHTS ACQUISITION AGREEMENT DATED APRIL 6, 2012 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | ACQUISITION AGREEMENT | |
| | Nature of debtor's interest | DISTRIBUTOR | HAPPY PILL DISTRIBUTION, LLC 9100 WILSHIRE BLVD SUITE 100W BEVERLY HILLS CA 90212 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.795. | Title of contract | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | VENDOR AGREEMENT | |
| | Nature of debtor's interest | CUSTOMER | HARKINS REEL DEALS, LLC 7511 E MCDONALD DR SCOTTSDALE AZ 85250 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.796. | Title of contract | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED MAY 19,2015 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | HAVEN CREATIVE, INC. 6475 W PACIFIC COAST HWY 386 LONG BEACH CA 90803 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.797. | Title of contract | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED MAY 21,2015 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | HAVEN CREATIVE, INC. 6475 W PACIFIC COAST HWY 386 LONG BEACH CA 90803 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

Debtor   **Open Road Films, LLC**                                    Case number *(if known)* **18-12012**

| | | |
|---|---|---|
| **2.798.** | **Title of contract** | FIFTY SHADES OF BLACK - TRAILERS / ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED NOVEMBER 16,2015 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | | | HAVEN CREATIVE, INC. |
| | **Nature of debtor's interest** | LICENSEE | 6475 W PACIFIC COAST HWY 386 LONG BEACH CA 90803 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| | | |
|---|---|---|
| **2.799.** | **Title of contract** | THE NUT JOB 2 - TRAILERS/ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED DECEMBER 21,2016 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | | | HAVEN CREATIVE, INC. |
| | **Nature of debtor's interest** | LICENSEE | 6475 W PACIFIC COAST HWY 386 LONG BEACH CA 90803 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| | | |
|---|---|---|
| **2.800.** | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED OCTOBER 14,2013 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | | | HEAVYWHITE, INC. |
| | **Nature of debtor's interest** | LICENSEE | 120 N TOPANGA CANYON BVLD., SUITE 111 |
| | **State the term remaining** | _____ | TOPANGA CA 90290 |
| | **List the contract number of any government contract** | _____ | |

| | | |
|---|---|---|
| **2.801.** | **Title of contract** | AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | VENDOR AGREEMENT | |
| | **Nature of debtor's interest** | CUSTOMER | HENRIK ANTON KNUDSEN, JR. |
| | **State the term remaining** | _____ | 410 N ROSSMORE AVE 404 LOS ANGELES CA 90004 |
| | **List the contract number of any government contract** | _____ | |

| | | |
|---|---|---|
| **2.802.** | **Title of contract** | SABOTAGE - TRAILERS / ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED FEBRUARY 4,2014 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | | | HEYDAY MEDIA GROUP, LLC |
| | **Nature of debtor's interest** | LICENSEE | PO BOX 65947 LOS ANGELES CA 90065 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

Debtor    **Open Road Films, LLC**                                                    Case number *(if known)* **18-12012**

| | | |
|---|---|---|
| 2.803. | **Title of contract** | SABOTAGE - TRAILERS / ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED FEBRUARY 4,2014 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | HEYDAY MEDIA GROUP, LLC PO BOX 65947 LOS ANGELES CA 90065 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| | | |
|---|---|---|
| 2.804. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED JUNE 15, 2018 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | HI-FINESSE MUSIC & SOUND, LLC 1102 GRANT AVE VENICE CA 90291 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| | | |
|---|---|---|
| 2.805. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT (TRAILERS/ADVERTISING) "HORROR RISE 2" DATED OCTOBER 9,2012 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | MUSIC LICENSE | HI-FINESSE MUSIC & SOUND, LLC 1102 GRANT AVE VENICE CA 90291 |
| | **Nature of debtor's interest** | LICENSEE | |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| | | |
|---|---|---|
| 2.806. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT (TRAILERS/ADVERTISING) "KILLER INSTINCT" DATED DECEMBER 19,2012 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | MUSIC LICENSE | HI-FINESSE MUSIC & SOUND, LLC 1102 GRANT AVE VENICE CA 90291 |
| | **Nature of debtor's interest** | LICENSEE | |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| | | |
|---|---|---|
| 2.807. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED JULY 30,2018 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | MUSIC LICENSE | HI-FINESSE MUSIC & SOUND, LLC 1102 GRANT AVE VENICE CA 90291 |
| | **Nature of debtor's interest** | LICENSEE | |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

Debtor    **Open Road Films, LLC**                                                            Case number *(if known)* **18-12012**

| 2.808. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED MAY 8,2018 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | HI-FINESSE MUSIC & SOUND, LLC 1102 GRANT AVE VENICE CA 90291 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.809. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED NOVEMBER 17,2016 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | HI-FINESSE MUSIC & SOUND, LLC 1102 GRANT AVE VENICE CA 90291 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.810. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED NOVEMBER 4,2013 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | HI-FINESSE MUSIC & SOUND, LLC 1102 GRANT AVE VENICE CA 90291 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.811. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED JUNE 29,2016 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | HI-FINESSE MUSIC & SOUND, LLC 1102 GRANT AVE VENICE CA 90291 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.812. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED AUGUST 31,2016 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | HI-FINESSE MUSIC & SOUND, LLC 1102 GRANT AVE VENICE CA 90291 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

Debtor    **Open Road Films, LLC**                                                    Case number *(if known)* **18-12012**

| 2.813. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED MAY 15,2015 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | HI-FINESSE MUSIC & SOUND, LLC 1102 GRANT AVE VENICE CA 90291 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.814. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED MAY 21,2015 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | HI-FINESSE MUSIC & SOUND, LLC 1102 GRANT AVE VENICE CA 90291 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.815. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED APRIL 8,2015 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | HI-FINESSE MUSIC & SOUND, LLC 1102 GRANT AVE VENICE CA 90291 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.816. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED APRIL 23,2012 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | HI-FINESSE MUSIC & SOUND, LLC 1102 GRANT AVE VENICE CA 90291 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.817. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED JUNE 28,2012 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | HI-FINESSE MUSIC & SOUND, LLC 1102 GRANT AVE VENICE CA 90291 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

Debtor    **Open Road Films, LLC**                                    Case number *(if known)* **18-12012**

| 2.818. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED AUGUST 10,2012 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | HI-FINESSE MUSIC & SOUND, LLC 1102 GRANT AVE VENICE CA 90291 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.819. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED APRIL 23,2012 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | HI-FINESSE MUSIC & SOUND, LLC 1102 GRANT AVE VENICE CA 90291 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.820. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED JULY 6,2012 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | HI-FINESSE MUSIC & SOUND, LLC 1102 GRANT AVE VENICE CA 90291 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.821. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED AUGUST 30,2012 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | HI-FINESSE MUSIC & SOUND, LLC 1102 GRANT AVE VENICE CA 90291 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.822. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED SEPTEMBER 18,2012 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | HI-FINESSE MUSIC & SOUND, LLC 1102 GRANT AVE VENICE CA 90291 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

Debtor  **Open Road Films, LLC**                                    Case number *(if known)* **18-12012**

---

**2.823.** | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED OCTOBER 30,2013 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| **State what the contract or lease is for** | MUSIC LICENSE |
| **Nature of debtor's interest** | LICENSEE | HI-FINESSE MUSIC & SOUND, LLC
1102 GRANT AVE
VENICE CA 90291
| **State the term remaining** | _____ |
| **List the contract number of any government contract** | _____ |

**2.824.** | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED NOVEMBER 13,2013 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| **State what the contract or lease is for** | MUSIC LICENSE |
| **Nature of debtor's interest** | LICENSEE | HI-FINESSE MUSIC & SOUND, LLC
1102 GRANT AVE
VENICE CA 90291
| **State the term remaining** | _____ |
| **List the contract number of any government contract** | _____ |

**2.825.** | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED NOVEMBER 5,2013 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| **State what the contract or lease is for** | MUSIC LICENSE |
| **Nature of debtor's interest** | LICENSEE | HI-FINESSE MUSIC & SOUND, LLC
1102 GRANT AVE
VENICE CA 90291
| **State the term remaining** | _____ |
| **List the contract number of any government contract** | _____ |

**2.826.** | **Title of contract** | SYNCHRONIZATION AND MASTER RECORDING LICENSE - SHORT FORM LETTER DATED SEPTEMBER 2,2011 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| **State what the contract or lease is for** | MUSIC LICENSE |
| **Nature of debtor's interest** | LICENSEE | HI-FINESSE MUSIC & SOUND, LLC
1102 GRANT AVE
VENICE CA 90291
| **State the term remaining** | _____ |
| **List the contract number of any government contract** | _____ |

**2.827.** | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED SEPTEMBER 26,2018 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| **State what the contract or lease is for** | MUSIC LICENSE |
| **Nature of debtor's interest** | LICENSEE | HI-FINESSE MUSIC & SOUND, LLC
1102 GRANT AVE
VENICE CA 90291
| **State the term remaining** | _____ |
| **List the contract number of any government contract** | _____ |

Debtor   **Open Road Films, LLC**                                                                 Case number *(if known)* **18-12012**

| 2.828. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED SEPTEMBER 21,2017 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | HI-FINESSE MUSIC & SOUND, LLC 1102 GRANT AVE VENICE CA 90291 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.829. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED SEPTEMBER 7,2017 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | HI-FINESSE MUSIC & SOUND, LLC 1102 GRANT AVE VENICE CA 90291 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.830. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED AUGUST 30,2016 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | HI-FINESSE MUSIC & SOUND, LLC 1102 GRANT AVE VENICE CA 90291 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.831. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED SEPTEMBER 13,2016 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | HI-FINESSE MUSIC & SOUND, LLC 1102 GRANT AVE VENICE CA 90291 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.832. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED DECEMBER 14,2017 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | HI-FINESSE MUSIC & SOUND, LLC 1102 GRANT AVE VENICE CA 90291 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

Debtor   **Open Road Films, LLC**                                                        Case number *(if known)* **18-12012**

---

**2.833.** | **Title of contract** | NIGHTCRAWLER - TRAILERS/ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED SEPTEMBER 26,2014 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| **State what the contract or lease is for** | MUSIC LICENSE |
| **Nature of debtor's interest** | LICENSEE | HI-FINESSE MUSIC & SOUND, LLC
1102 GRANT AVE
VENICE CA 90291
| **State the term remaining** | _____ |
| **List the contract number of any government contract** | _____ |

**2.834.** | **Title of contract** | NIGHTCRAWLER - TRAILERS/ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED OCTOBER 20,2014 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| **State what the contract or lease is for** | MUSIC LICENSE |
| **Nature of debtor's interest** | LICENSEE | HI-FINESSE MUSIC & SOUND, LLC
1102 GRANT AVE
VENICE CA 90291
| **State the term remaining** | _____ |
| **List the contract number of any government contract** | _____ |

**2.835.** | **Title of contract** | THE NUT JOB - TRAILERS/ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED NOVEMBER 26,2013 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| **State what the contract or lease is for** | MUSIC LICENSE |
| **Nature of debtor's interest** | LICENSEE | HI-FINESSE MUSIC & SOUND, LLC
1102 GRANT AVE
VENICE CA 90291
| **State the term remaining** | _____ |
| **List the contract number of any government contract** | _____ |

**2.836.** | **Title of contract** | THE NUT JOB - TRAILERS/ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED NOVEMBER 18,2013 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| **State what the contract or lease is for** | MUSIC LICENSE |
| **Nature of debtor's interest** | LICENSEE | HI-FINESSE MUSIC & SOUND, LLC
1102 GRANT AVE
VENICE CA 90291
| **State the term remaining** | _____ |
| **List the contract number of any government contract** | _____ |

**2.837.** | **Title of contract** | THE NUT JOB 2 - TRAILERS/ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED DECEMBER 21,2016 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| **State what the contract or lease is for** | MUSIC LICENSE |
| **Nature of debtor's interest** | LICENSEE | HI-FINESSE MUSIC & SOUND, LLC
1102 GRANT AVE
VENICE CA 90291
| **State the term remaining** | _____ |
| **List the contract number of any government contract** | _____ |

---

Debtor   **Open Road Films, LLC**                                                         Case number *(if known)* **18-12012**

| | | |
|---|---|---|
| 2.838. | **Title of contract** | SABOTAGE - TRAILERS / ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED MARCH 22,2014 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |

**State what the contract or lease is for** — MUSIC LICENSE

HI-FINESSE MUSIC & SOUND, LLC
1102 GRANT AVE
VENICE CA 90291

**Nature of debtor's interest** — LICENSEE

**State the term remaining** — _____

**List the contract number of any government contract** — _____

| | | |
|---|---|---|
| 2.839. | **Title of contract** | SABOTAGE - TRAILERS / ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED NOVEMBER 16,2013 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |

**State what the contract or lease is for** — MUSIC LICENSE

HI-FINESSE MUSIC & SOUND, LLC
1102 GRANT AVE
VENICE CA 90291

**Nature of debtor's interest** — LICENSEE

**State the term remaining** — _____

**List the contract number of any government contract** — _____

| | | |
|---|---|---|
| 2.840. | **Title of contract** | SABOTAGE - TRAILERS / ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED FEBRUARY 4,2014 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |

**State what the contract or lease is for** — MUSIC LICENSE

HI-FINESSE MUSIC & SOUND, LLC
1102 GRANT AVE
VENICE CA 90291

**Nature of debtor's interest** — LICENSEE

**State the term remaining** — _____

**List the contract number of any government contract** — _____

| | | |
|---|---|---|
| 2.841. | **Title of contract** | SABOTAGE - TRAILERS / ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED MARCH 5,2014 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |

**State what the contract or lease is for** — MUSIC LICENSE

HI-FINESSE MUSIC & SOUND, LLC
1102 GRANT AVE
VENICE CA 90291

**Nature of debtor's interest** — LICENSEE

**State the term remaining** — _____

**List the contract number of any government contract** — _____

Debtor   **Open Road Films, LLC**                                    Case number *(if known)* **18-12012**

| | | |
|---|---|---|
| **2.842.** | **Title of contract** | SHOW DOGS - TRAILERS / ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED JANUARY 5,2018 |
| | **State what the contract or lease is for** | MUSIC LICENSE |
| | **Nature of debtor's interest** | LICENSEE |
| | **State the term remaining** | _____ |
| | **List the contract number of any government contract** | _____ |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

HI-FINESSE MUSIC & SOUND, LLC
1102 GRANT AVE
VENICE CA 90291

| | | |
|---|---|---|
| **2.843.** | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE DATED FEBRUARY 6,2013 |
| | **State what the contract or lease is for** | MUSIC LICENSE |
| | **Nature of debtor's interest** | LICENSEE |
| | **State the term remaining** | _____ |
| | **List the contract number of any government contract** | _____ |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

HI-FINESSE MUSIC & SOUND, LLC
1102 GRANT AVE
VENICE CA 90291

| | | |
|---|---|---|
| **2.844.** | **Title of contract** | SILENT HILL: REVELATION 3D - TRAILERS / ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED SEPTEMBER 26,2012 |
| | **State what the contract or lease is for** | MUSIC LICENSE |
| | **Nature of debtor's interest** | LICENSEE |
| | **State the term remaining** | _____ |
| | **List the contract number of any government contract** | _____ |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

HI-FINESSE MUSIC & SOUND, LLC
1102 GRANT AVE
VENICE CA 90291

| | | |
|---|---|---|
| **2.845.** | **Title of contract** | SILENT HOUSE - TRAILERS / ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED FEBRUARY 29,2012 |
| | **State what the contract or lease is for** | MUSIC LICENSE |
| | **Nature of debtor's interest** | LICENSEE |
| | **State the term remaining** | _____ |
| | **List the contract number of any government contract** | _____ |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

HI-FINESSE MUSIC & SOUND, LLC
1102 GRANT AVE
VENICE CA 90291

| | | |
|---|---|---|
| **2.846.** | **Title of contract** | SLEEPLESS - TRAILERS / ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED SEPTEMBER 20,2016 |
| | **State what the contract or lease is for** | MUSIC LICENSE |
| | **Nature of debtor's interest** | LICENSEE |
| | **State the term remaining** | _____ |
| | **List the contract number of any government contract** | _____ |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

HI-FINESSE MUSIC & SOUND, LLC
1102 GRANT AVE
VENICE CA 90291

Debtor  **Open Road Films, LLC**                                    Case number *(if known)* **18-12012**

**2.847.** **Title of contract**          SLEEPLESS - TRAILERS / ADVERTISING - COMBINED          **State the name and mailing address**
                                       SYNCHRONIZATION AND MASTER USE LICENSE          **for all other parties with whom the**
                                       AGREEMENT DATED NOVEMBER 15,2016          **debtor has an executory contract or**
                                                                              **unexpired lease**
         **State what the contract or**   MUSIC LICENSE
         **lease is for**                                                     HI-FINESSE MUSIC & SOUND, LLC
                                                                              1102 GRANT AVE
         **Nature of debtor's interest**   LICENSEE                           VENICE CA 90291

         **State the term remaining**     _____

         **List the contract number of**  _____
         **any government contract**

**2.848.** **Title of contract**          SLEEPLESS - TRAILERS / ADVERTISING - COMBINED          **State the name and mailing address**
                                       SYNCHRONIZATION AND MASTER USE LICENSE          **for all other parties with whom the**
                                       AGREEMENT DATED SEPTEMBER 20,2016          **debtor has an executory contract or**
                                                                              **unexpired lease**
         **State what the contract or**   MUSIC LICENSE
         **lease is for**                                                     HI-FINESSE MUSIC & SOUND, LLC
                                                                              1102 GRANT AVE
         **Nature of debtor's interest**   LICENSEE                           VENICE CA 90291

         **State the term remaining**     _____

         **List the contract number of**  _____
         **any government contract**

**2.849.** **Title of contract**          COMBINED SYNCHRONIZATION AND MASTER USE          **State the name and mailing address**
                                       LICENSE AGREEMENT DATED JULY 15,2016          **for all other parties with whom the**
                                                                              **debtor has an executory contract or**
                                                                              **unexpired lease**
         **State what the contract or**   MUSIC LICENSE
         **lease is for**                                                     HI-FINESSE MUSIC & SOUND, LLC
                                                                              1102 GRANT AVE
         **Nature of debtor's interest**   LICENSEE                           VENICE CA 90291

         **State the term remaining**     _____

         **List the contract number of**  _____
         **any government contract**

**2.850.** **Title of contract**          COMBINED SYNCHRONIZATION AND MASTER USE          **State the name and mailing address**
                                       LICENSE AGREEMENT DATED JULY 12,2016          **for all other parties with whom the**
                                                                              **debtor has an executory contract or**
                                                                              **unexpired lease**
         **State what the contract or**   MUSIC LICENSE
         **lease is for**                                                     HI-FINESSE MUSIC & SOUND, LLC
                                                                              1102 GRANT AVE
         **Nature of debtor's interest**   LICENSEE                           VENICE CA 90291

         **State the term remaining**     _____

         **List the contract number of**  _____
         **any government contract**

**2.851.** **Title of contract**          COMBINED SYNCHRONIZATION AND MASTER USE          **State the name and mailing address**
                                       LICENSE AGREEMENT DATED JUNE 22,2015          **for all other parties with whom the**
                                                                              **debtor has an executory contract or**
                                                                              **unexpired lease**
         **State what the contract or**   MUSIC LICENSE
         **lease is for**                                                     HI-FINESSE MUSIC & SOUND, LLC
                                                                              1102 GRANT AVE
         **Nature of debtor's interest**   LICENSEE                           VENICE CA 90291

         **State the term remaining**     _____

         **List the contract number of**  _____
         **any government contract**

Debtor   **Open Road Films, LLC**                                                                Case number *(if known)* **18-12012**

**2.852.** **Title of contract**                  COMBINED SYNCHRONIZATION AND MASTER USE          **State the name and mailing address**
                                        LICENSE AGREEMENT DATED SEPTEMBER 7,2016         **for all other parties with whom the**
                                                                                        **debtor has an executory contract or**
          **State what the contract or**        MUSIC LICENSE                                    **unexpired lease**
          **lease is for**

          **Nature of debtor's interest**        LICENSEE                                         HI-FINESSE MUSIC & SOUND, LLC
                                                                                        1102 GRANT AVE
          **State the term remaining**           _____              VENICE CA 90291

          **List the contract number of**        _____
          **any government contract**

**2.853.** **Title of contract**                  COMBINED SYNCHRONIZATION AND MASTER USE          **State the name and mailing address**
                                        LICENSE AGREEMENT DATED AUGUST 10,2016           **for all other parties with whom the**
                                                                                        **debtor has an executory contract or**
          **State what the contract or**        MUSIC LICENSE                                    **unexpired lease**
          **lease is for**

          **Nature of debtor's interest**        LICENSEE                                         HI-FINESSE MUSIC & SOUND, LLC
                                                                                        1102 GRANT AVE
          **State the term remaining**           _____              VENICE CA 90291

          **List the contract number of**        _____
          **any government contract**

**2.854.** **Title of contract**                  COMBINED SYNCHRONIZATION AND MASTER USE          **State the name and mailing address**
                                        LICENSE AGREEMENT DATED JULY 28,2016             **for all other parties with whom the**
                                                                                        **debtor has an executory contract or**
          **State what the contract or**        MUSIC LICENSE                                    **unexpired lease**
          **lease is for**

          **Nature of debtor's interest**        LICENSEE                                         HI-FINESSE MUSIC & SOUND, LLC
                                                                                        1102 GRANT AVE
          **State the term remaining**           _____              VENICE CA 90291

          **List the contract number of**        _____
          **any government contract**

**2.855.** **Title of contract**                  COMBINED SYNCHRONIZATION AND MASTER USE          **State the name and mailing address**
                                        LICENSE AGREEMENT DATED FEBRUARY 14,2017         **for all other parties with whom the**
                                                                                        **debtor has an executory contract or**
          **State what the contract or**        MUSIC LICENSE                                    **unexpired lease**
          **lease is for**

          **Nature of debtor's interest**        LICENSEE                                         HI-FINESSE MUSIC & SOUND, LLC
                                                                                        1102 GRANT AVE
          **State the term remaining**           _____              VENICE CA 90291

          **List the contract number of**        _____
          **any government contract**

**2.856.** **Title of contract**                  COMBINED SYNCHRONIZATION AND MASTER USE          **State the name and mailing address**
                                        LICENSE AGREEMENT DATED NOVEMBER 4,2015          **for all other parties with whom the**
                                                                                        **debtor has an executory contract or**
          **State what the contract or**        MUSIC LICENSE                                    **unexpired lease**
          **lease is for**

          **Nature of debtor's interest**        LICENSEE                                         HI-FINESSE MUSIC & SOUND, LLC
                                                                                        1102 GRANT AVE
          **State the term remaining**           _____              VENICE CA 90291

          **List the contract number of**        _____
          **any government contract**

Debtor    **Open Road Films, LLC**                                        Case number *(if known)* **18-12012**

| 2.857. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED OCTOBER 5,2015 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | HI-FINESSE MUSIC & SOUND, LLC 1102 GRANT AVE VENICE CA 90291 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.858. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED OCTOBER 27,2015 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | HI-FINESSE MUSIC & SOUND, LLC 1102 GRANT AVE VENICE CA 90291 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.859. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED NOVEMBER 9,2015 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | HI-FINESSE MUSIC & SOUND, LLC 1102 GRANT AVE VENICE CA 90291 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.860. | **Title of contract** | THE GREY - TRAILERS / ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED NOVEMBER 30,2011 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | HI-FINESSE MUSIC & SOUND, LLC 1102 GRANT AVE VENICE CA 90291 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.861. | **Title of contract** | THE GREY - TRAILERS / ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED NOVEMBER 30,2011 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | HI-FINESSE MUSIC & SOUND, LLC 1102 GRANT AVE VENICE CA 90291 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

Debtor   **Open Road Films, LLC**                                    Case number *(if known)* **18-12012**

| 2.862. | Title of contract | THE GREY - TRAILERS / ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED JANUARY 10,2012 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | HI-FINESSE MUSIC & SOUND, LLC 1102 GRANT AVE VENICE CA 90291 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.863. | Title of contract | THE GUNMAN - TRAILERS / ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED FEBRUARY 13,2015 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | HI-FINESSE MUSIC & SOUND, LLC 1102 GRANT AVE VENICE CA 90291 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.864. | Title of contract | THE GUNMAN - TRAILERS / ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED FEBRUARY 17,2015 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | HI-FINESSE MUSIC & SOUND, LLC 1102 GRANT AVE VENICE CA 90291 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.865. | Title of contract | THE GUNMAN - TRAILERS / ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED MARCH 6,2015 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | HI-FINESSE MUSIC & SOUND, LLC 1102 GRANT AVE VENICE CA 90291 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.866. | Title of contract | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED FEBRUARY 21,2013 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | HI-FINESSE MUSIC & SOUND, LLC 1102 GRANT AVE VENICE CA 90291 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

Debtor    **Open Road Films, LLC**                                                    Case number *(if known)* **18-12012**

| 2.867. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED FEBRUARY 12,2013 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | HI-FINESSE MUSIC & SOUND, LLC 1102 GRANT AVE VENICE CA 90291 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.868. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED MARCH 5,2012 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | HI-FINESSE MUSIC & SOUND, LLC 1102 GRANT AVE VENICE CA 90291 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.869. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED FEBRUARY 12,2013 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | HI-FINESSE MUSIC & SOUND, LLC 1102 GRANT AVE VENICE CA 90291 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.870. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED FEBRUARY 27,2013 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | HI-FINESSE MUSIC & SOUND, LLC 1102 GRANT AVE VENICE CA 90291 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.871. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED OCTOBER 31,2012 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | HI-FINESSE MUSIC & SOUND, LLC 1102 GRANT AVE VENICE CA 90291 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

Debtor    **Open Road Films, LLC**                                                          Case number *(if known)* **18-12012**

**2.872.**  **Title of contract**            COMBINED SYNCHRONIZATION AND MASTER USE        **State the name and mailing address**
                                             LICENSE AGREEMENT DATED DECEMBER 19,2014       **for all other parties with whom the**
                                                                                            **debtor has an executory contract or**
            **State what the contract or**   MUSIC LICENSE                                  **unexpired lease**
            **lease is for**

            **Nature of debtor's interest**  LICENSEE                                       HI-FINESSE MUSIC & SOUND, LLC
                                                                                            1102 GRANT AVE
            **State the term remaining**     _____                VENICE CA 90291

            **List the contract number of**  _____
            **any government contract**

**2.873.**  **Title of contract**            COMBINED SYNCHRONIZATION AND MASTER USE        **State the name and mailing address**
                                             LICENSE AGREEMENT DATED JANUARY 26,2015        **for all other parties with whom the**
                                                                                            **debtor has an executory contract or**
            **State what the contract or**   MUSIC LICENSE                                  **unexpired lease**
            **lease is for**

            **Nature of debtor's interest**  LICENSEE                                       HI-FINESSE MUSIC & SOUND, LLC
                                                                                            1102 GRANT AVE
            **State the term remaining**     _____                VENICE CA 90291

            **List the contract number of**  _____
            **any government contract**

**2.874.**  **Title of contract**            COMBINED SYNCHRONIZATION AND MASTER USE        **State the name and mailing address**
                                             LICENSE AGREEMENT DATED DECEMBER 19,2014       **for all other parties with whom the**
                                                                                            **debtor has an executory contract or**
            **State what the contract or**   MUSIC LICENSE                                  **unexpired lease**
            **lease is for**

            **Nature of debtor's interest**  LICENSEE                                       HI-FINESSE MUSIC & SOUND, LLC
                                                                                            1102 GRANT AVE
            **State the term remaining**     _____                VENICE CA 90291

            **List the contract number of**  _____
            **any government contract**

**2.875.**  **Title of contract**            COMBINED SYNCHRONIZATION AND MASTER USE        **State the name and mailing address**
                                             LICENSE AGREEMENT DATED NOVEMBER 25,2014       **for all other parties with whom the**
                                                                                            **debtor has an executory contract or**
            **State what the contract or**   MUSIC LICENSE                                  **unexpired lease**
            **lease is for**

            **Nature of debtor's interest**  LICENSEE                                       HI-FINESSE MUSIC & SOUND, LLC
                                                                                            1102 GRANT AVE
            **State the term remaining**     _____                VENICE CA 90291

            **List the contract number of**  _____
            **any government contract**

**2.876.**  **Title of contract**            COMBINED SYNCHRONIZATION AND MASTER USE        **State the name and mailing address**
                                             LICENSE AGREEMENT DATED OCTOBER 22,2015        **for all other parties with whom the**
                                                                                            **debtor has an executory contract or**
            **State what the contract or**   MUSIC LICENSE                                  **unexpired lease**
            **lease is for**

            **Nature of debtor's interest**  LICENSEE                                       HI-FINESSE MUSIC & SOUND, LLC
                                                                                            1102 GRANT AVE
            **State the term remaining**     _____                VENICE CA 90291

            **List the contract number of**  _____
            **any government contract**

Debtor **Open Road Films, LLC**                                                    Case number *(if known)* **18-12012**

| 2.877. | Title of contract | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED OCTOBER 2,2015 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | HI-FINESSE MUSIC & SOUND, LLC 1102 GRANT AVE VENICE CA 90291 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.878. | Title of contract | MASTER USE LICENSE DATED FEBRUARY 9,2018 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | HOLLYWOOD RECORDS, INC. 500 S BUENA VISTA ST BURBANK CA 91521-3065 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.879. | Title of contract | SHORT-FORM DISTRIBUTION RIGHTS ACQUISITION AGREEMENT DATED JANUARY 7, 2013 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | ACQUISITION AGREEMENT | |
| | Nature of debtor's interest | DISTRIBUTOR | HOMEFRONT PRODUCTIONS, INC. 6423 WILSHIRE BLVD LOS ANGELES CA 90048 |
| | State the term remaining | _____ | 0 |
| | List the contract number of any government contract | _____ | |

| 2.880. | Title of contract | DISTRIBUTION RIGHTS ACQUISITION AGREEMENT DATED JULY 1, 2011 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | ACQUISITION AGREEMENT | |
| | Nature of debtor's interest | DISTRIBUTOR | HOST, THE FILM HOLDINGS, LLC 1888 CENTURY PK EAST STE 1540 LOS ANGELES CA 90067 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.881. | Title of contract | AMENDMENT #1 TO AGREEMENT DATED DECEMBER 4, 2012 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | ACQUISITION AGREEMENT | |
| | Nature of debtor's interest | DISTRIBUTOR | HOST, THE FILM HOLDINGS, LLC 1888 CENTURY PK EAST STE 1540 LOS ANGELES CA 90067 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

Debtor   **Open Road Films, LLC**                                    Case number *(if known)* **18-12012**

| 2.882. | Title of contract | DISTRIBUTION RIGHTS ACQUISITION AGREEMENT DATED FEBRUARY 21, 2018 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | ACQUISITION AGREEMENT | |
| | Nature of debtor's interest | DISTRIBUTOR | HOTEL ARTEMIS LIMITED 49 NEAL ST LONDON WC2H 9PZ UNITED KINGDOM |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.883. | Title of contract | MUSIC LICENSING FORM DATED MAY 31, 2018 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | HOWLING ENTERTAINMENT, LLC 1880 CENTURY PK EAST STE 200 LOS ANGELES CA 90067 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.884. | Title of contract | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED MAY 25,2018 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | HOWLING ENTERTAINMENT, LLC 1880 CENTURY PK EAST STE 200 LOS ANGELES CA 90067 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.885. | Title of contract | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED MAY 25,2018 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | HOWLING ENTERTAINMENT, LLC 1880 CENTURY PK EAST STE 200 LOS ANGELES CA 90067 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.886. | Title of contract | MUSIC LICENSEING FORM DATED MAY 31,2018 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | HOWLING ENTERTAINMENT, LLC 1880 CENTURY PK EAST STE 200 LOS ANGELES CA 90067 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor    **Open Road Films, LLC**                                                      Case number *(if known)* **18-12012**

| 2.887. | Title of contract | MUSIC LICENSEING FORM DATED MAY 31,2018 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | HOWLING ENTERTAINMENT, LLC |
| | State the term remaining | | 1880 CENTURY PK EAST STE 200 |
| | List the contract number of any government contract | | LOS ANGELES CA 90067 |

| 2.888. | Title of contract | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT (TRAILERS/ADVERTISING) "WERK ME" DATED DECEMBER 5,2012 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | HYPER CRUSH, INC. |
| | Nature of debtor's interest | LICENSEE | 30243 CANWOOD ST. #227 AGOURA HILLS CA 91301 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.889. | Title of contract | MASTER USE LICENSE DATED JANUARY 1,2015 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | I AM OTHER |
| | State the term remaining | | 584 BROADWAY, SUITE 610 NEW YORK NY 10012 |
| | List the contract number of any government contract | | |

| 2.890. | Title of contract | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | VENDOR AGREEMENT | |
| | Nature of debtor's interest | CUSTOMER | I/D PUBLIC RELATIONS |
| | State the term remaining | | 7060 HOLLYWOOD BLVD 8TH FL 8TH FL |
| | List the contract number of any government contract | | LOS ANGELES CA 90028 |

| 2.891. | Title of contract | AMENDMENT NO.1 TO LICENSE AGREEMENT DATED JUNE 14,2016 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | EXPLOITATION AGREEMENT | |
| | Nature of debtor's interest | LICENSOR | IFC TV, LLC |
| | State the term remaining | | 2425 OLYMPIC BLVD. SANTA MONICA CA 90404 |
| | List the contract number of any government contract | | |

Debtor **Open Road Films, LLC**                                                    Case number *(if known)* **18-12012**

| | | |
|---|---|---|
| 2.892. | **Title of contract** | LICENSE AGREEMENT - 'END OF WATCH", "THE GREY", "HOMEFRONT", "KILLER ELITE", "MACHETE KILLS", "SILENT HILL", "SILENT HOUSE" DATED JUNE 16,2014 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | EXPLOITATION AGREEMENT | |
| | **Nature of debtor's interest** | LICENSOR | IFC TV, LLC<br>2425 OLYMPIC BLVD.<br>SANTA MONICA CA 90404 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| | | |
|---|---|---|
| 2.893. | **Title of contract** | NOTICE OF CONSENT AND IRREVOCABLE ASSIGNMENT DATED JUNE 19,2014 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | EXPLOITATION AGREEMENT | |
| | **Nature of debtor's interest** | LICENSOR | IFC TV, LLC<br>2425 OLYMPIC BLVD.<br>SANTA MONICA CA 90404 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| | | |
|---|---|---|
| 2.894. | **Title of contract** | AMENDMENT NO.2 TO LICENSE AGREEMENT DATED SEPTEMBER 7,2016 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | EXPLOITATION AGREEMENT | |
| | **Nature of debtor's interest** | LICENSOR | IFC TV, LLC<br>2425 OLYMPIC BLVD.<br>SANTA MONICA CA 90404 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| | | |
|---|---|---|
| 2.895. | **Title of contract** | AMENDMENT NO.3 TO LICENSE AGREEMENT DATED MARCH 14,2017 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | EXPLOITATION AGREEMENT | |
| | **Nature of debtor's interest** | LICENSOR | IFC TV, LLC<br>2425 OLYMPIC BLVD.<br>SANTA MONICA CA 90404 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| | | |
|---|---|---|
| 2.896. | **Title of contract** | DISTRIBUTION RIGHTS ACQUISITION AGREEMENT DATED DECEMBER 16, 2016 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | ACQUISITION AGREEMENT | |
| | **Nature of debtor's interest** | DISTRIBUTOR | IM GLOBAL FILM FUND, LLC<br>8201 BEVERLY BLVD<br>STE 500<br>BEVERLY HILLS CA 90048 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

Debtor    **Open Road Films, LLC**                                    Case number *(if known)* **18-12012**

| 2.897. | **Title of contract** | AMENDMENT #1 TO DISTRIBUTION RIGHTS ACQUISITION AGREEMENT DATED FEBRUARY, 2017 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ACQUISITION AGREEMENT | |
| | **Nature of debtor's interest** | DISTRIBUTOR | IM GLOBAL FILM FUND, LLC 8201 BEVERLY BLVD STE 500 BEVERLY HILLS CA 90048 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.898. | **Title of contract** | DISTRIBUTION RIGHTS ACQUISITION AND FINANCING AGREEMENT DATED JULY 2, 2013 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ACQUISITION AGREEMENT | |
| | **Nature of debtor's interest** | DISTRIBUTOR | IM GLOBAL FILM FUND, LLC 8201 BEVERLY BLVD STE 500 BEVERLY HILLS CA 90048 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.899. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED APRIL 22,2015 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | IMAGEM HOLDING CORP. 229 WEST 28TH ST 11TH FL NEW YORK NY 10001 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.900. | **Title of contract** | SYNCHRONIZATION LICENSE AGREEMENT DATED JANUARY 31,2014 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | IMAGEM HOLDING CORP. 229 WEST 28TH ST 11TH FL NEW YORK NY 10001 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.901. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED OCTOBER 31,2012 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | IMAGEM HOLDING CORP. 229 WEST 28TH ST 11TH FL NEW YORK NY 10001 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

Debtor   **Open Road Films, LLC**                                      Case number *(if known)* **18-12012**

| 2.902. | Title of contract | AGREEMENT DATED JUNE 26,2014 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | IMAGEM MUSIC |
| | State the term remaining | | 229 WEST 28TH ST 11TH FL NEW YORK NY 10001 |
| | List the contract number of any government contract | | |

| 2.903. | Title of contract | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED JULY 15,2016 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | IMAGEM PRODUCTION MUSIC, LLC 44 W GREEN ST PASADENA CA 91105 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.904. | Title of contract | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED OCTOBER 2,2015 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | IMAGEM PRODUCTION MUSIC, LLC 44 W GREEN ST PASADENA CA 91105 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.905. | Title of contract | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED NOVEMBER 4,2013 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | IMAGEM PRODUCTION MUSIC, LLC DBA 5 ALARM MUSIC 3500 W OLIVE AVE STE 810 BURBANK CA 91505 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.906. | Title of contract | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT (TRAILERS/ADVERTISING) "TORMENTOR" DATED DECEMBER 5,2012 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | IMMEDIATE MUSIC, LLC 2801 OCEAN PK BLVD 415 SANTA MONICA CA 90405 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor    **Open Road Films, LLC**                                                                    Case number *(if known)* **18-12012**

| | | |
|---|---|---|
| 2.907. | **Title of contract** | FIFTY SHADES OF BLACK - TRAILERS / ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED DECEMBER 17,2015 |
| | **State what the contract or lease is for** | MUSIC LICENSE |
| | **Nature of debtor's interest** | LICENSEE |
| | **State the term remaining** | _____ |
| | **List the contract number of any government contract** | _____ |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

IMMEDIATE MUSIC, LLC
2801 OCEAN PK BLVD 415
SANTA MONICA CA 90405

| | | |
|---|---|---|
| 2.908. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED AUGUST 30,2016 |
| | **State what the contract or lease is for** | MUSIC LICENSE |
| | **Nature of debtor's interest** | LICENSEE |
| | **State the term remaining** | _____ |
| | **List the contract number of any government contract** | _____ |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

IMMEDIATE MUSIC, LLC
2801 OCEAN PK BLVD 415
SANTA MONICA CA 90405

| | | |
|---|---|---|
| 2.909. | **Title of contract** | THE NUT JOB - TRAILERS/ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED NOVEMBER 18,2013 |
| | **State what the contract or lease is for** | MUSIC LICENSE |
| | **Nature of debtor's interest** | LICENSEE |
| | **State the term remaining** | _____ |
| | **List the contract number of any government contract** | _____ |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

IMMEDIATE MUSIC, LLC
2801 OCEAN PK BLVD 415
SANTA MONICA CA 90405

| | | |
|---|---|---|
| 2.910. | **Title of contract** | SYNCHRONIZATION AND MASTER USE LICENSE #5915 DATED OCTOBER 16,2012 |
| | **State what the contract or lease is for** | MUSIC LICENSE |
| | **Nature of debtor's interest** | LICENSEE |
| | **State the term remaining** | _____ |
| | **List the contract number of any government contract** | _____ |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

IMMEDIATE MUSIC, LLC
2801 OCEAN PK BLVD 415
SANTA MONICA CA 90405

| | | |
|---|---|---|
| 2.911. | **Title of contract** | SYNCHRONIZATION AND MASTER USE LICENSE #5916 DATED OCTOBER 19,2012 |
| | **State what the contract or lease is for** | MUSIC LICENSE |
| | **Nature of debtor's interest** | LICENSEE |
| | **State the term remaining** | _____ |
| | **List the contract number of any government contract** | _____ |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

IMMEDIATE MUSIC, LLC
2801 OCEAN PK BLVD 415
SANTA MONICA CA 90405

Debtor    **Open Road Films, LLC**                                        Case number *(if known)* **18-12012**

| 2.912. | **Title of contract** | SLEEPLESS - TRAILERS / ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED SEPTEMBER 20,2016 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | IMMEDIATE MUSIC, LLC<br>2801 OCEAN PK BLVD 415<br>SANTA MONICA CA 90405 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.913. | **Title of contract** | SYNCHRONIZATION AND MASTER USE LICENSE #5730 DATED JANUARY 18,2012 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | IMMEDIATE MUSIC, LLC<br>2801 OCEAN PK BLVD 415<br>SANTA MONICA CA 90405 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.914. | **Title of contract** | THE GUNMAN - TRAILERS / ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED FEBRUARY 17,2015 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | IMMEDIATE MUSIC, LLC<br>2801 OCEAN PK BLVD 415<br>SANTA MONICA CA 90405 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.915. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED DECEMBER 19,2014 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | IMMEDIATE MUSIC, LLC<br>2801 OCEAN PK BLVD 415<br>SANTA MONICA CA 90405 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.916. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED OCTOBER 2,2015 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | IMMEDIATE MUSIC, LLC<br>2801 OCEAN PK BLVD 415<br>SANTA MONICA CA 90405 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

Debtor   **Open Road Films, LLC**                                    Case number *(if known)* **18-12012**

| 2.917. | **Title of contract** | THE NUT JOB - TRAILERS/ADVERTISING - SYNCHRONIZATION LICENSE AGREEMENT DATED SEPTEMBER 17,2013 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | INSIDE PASSAGE MUSIC 159 WESTERN AVENUE W, SUITE 486-B SEATTLE WA 98119 |
| | **Nature of debtor's interest** | LICENSEE | |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.918. | **Title of contract** | THE NUT JOB - TRAILERS/ADVERTISING - SYNCHRONIZATION LICENSE AGREEMENT DATED SEPTEMBER 17,2013 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | INSIDE PASSAGE MUSIC 159 WESTERN AVENUE W, SUITE 486-B SEATTLE WA 98119 |
| | **Nature of debtor's interest** | LICENSEE | |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.919. | **Title of contract** | NO ASSUMPTION AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ASSUMPTION AGREEMENT | INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES 10045 RIVERSIDE DRIVE TOLUCA LAKE CA 91602 |
| | **Nature of debtor's interest** | DISTRIBUTOR | |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.920. | **Title of contract** | NO ASSUMPTION AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ASSUMPTION AGREEMENT | INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES 10045 RIVERSIDE DRIVE TOLUCA LAKE CA 91602 |
| | **Nature of debtor's interest** | DISTRIBUTOR | |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.921. | **Title of contract** | NO ASSUMPTION AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ASSUMPTION AGREEMENT | INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES 10045 RIVERSIDE DRIVE TOLUCA LAKE CA 91602 |
| | **Nature of debtor's interest** | DISTRIBUTOR | |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

Debtor  **Open Road Films, LLC**                                                        Case number *(if known)* **18-12012**

| 2.922. | **Title of contract** | NO ASSUMPTION AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ASSUMPTION AGREEMENT | |
| | **Nature of debtor's interest** | DISTRIBUTOR | INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES 10045 RIVERSIDE DRIVE TOLUCA LAKE CA 91602 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.923. | **Title of contract** | NO ASSUMPTION AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ASSUMPTION AGREEMENT | |
| | **Nature of debtor's interest** | DISTRIBUTOR | INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES 10045 RIVERSIDE DRIVE TOLUCA LAKE CA 91602 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.924. | **Title of contract** | NO ASSUMPTION AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ASSUMPTION AGREEMENT | |
| | **Nature of debtor's interest** | DISTRIBUTOR | INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES 10045 RIVERSIDE DRIVE TOLUCA LAKE CA 91602 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.925. | **Title of contract** | NO ASSUMPTION AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ASSUMPTION AGREEMENT | |
| | **Nature of debtor's interest** | DISTRIBUTOR | INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES 10045 RIVERSIDE DRIVE TOLUCA LAKE CA 91602 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.926. | **Title of contract** | NO ASSUMPTION AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ASSUMPTION AGREEMENT | |
| | **Nature of debtor's interest** | DISTRIBUTOR | INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES 10045 RIVERSIDE DRIVE TOLUCA LAKE CA 91602 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

Debtor    **Open Road Films, LLC**                                                    Case number *(if known)* **18-12012**

| 2.927. | **Title of contract** | NO ASSUMPTION AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ASSUMPTION AGREEMENT | |
| | **Nature of debtor's interest** | DISTRIBUTOR | INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES |
| | **State the term remaining** | _____ | 10045 RIVERSIDE DRIVE |
| | **List the contract number of any government contract** | _____ | TOLUCA LAKE CA 91602 |

| 2.928. | **Title of contract** | NO ASSUMPTION AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ASSUMPTION AGREEMENT | |
| | **Nature of debtor's interest** | DISTRIBUTOR | INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES |
| | **State the term remaining** | _____ | 10045 RIVERSIDE DRIVE |
| | **List the contract number of any government contract** | _____ | TOLUCA LAKE CA 91602 |

| 2.929. | **Title of contract** | NO ASSUMPTION AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ASSUMPTION AGREEMENT | |
| | **Nature of debtor's interest** | DISTRIBUTOR | INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES |
| | **State the term remaining** | _____ | 10045 RIVERSIDE DRIVE |
| | **List the contract number of any government contract** | _____ | TOLUCA LAKE CA 91602 |

| 2.930. | **Title of contract** | NO ASSUMPTION AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ASSUMPTION AGREEMENT | |
| | **Nature of debtor's interest** | DISTRIBUTOR | INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES |
| | **State the term remaining** | _____ | 10045 RIVERSIDE DRIVE |
| | **List the contract number of any government contract** | _____ | TOLUCA LAKE CA 91602 |

| 2.931. | **Title of contract** | NO ASSUMPTION AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ASSUMPTION AGREEMENT | |
| | **Nature of debtor's interest** | DISTRIBUTOR | INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES |
| | **State the term remaining** | _____ | 10045 RIVERSIDE DRIVE |
| | **List the contract number of any government contract** | _____ | TOLUCA LAKE CA 91602 |

Debtor    **Open Road Films, LLC**                                    Case number *(if known)* **18-12012**

---

2.932.  **Title of contract**                NO ASSUMPTION AGREEMENT            **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**        ASSUMPTION AGREEMENT

**Nature of debtor's interest**      DISTRIBUTOR            INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES

**State the term remaining**        _____        10045 RIVERSIDE DRIVE
TOLUCA LAKE CA 91602
**List the contract number of any government contract**   _____

---

2.933.  **Title of contract**                NO ASSUMPTION AGREEMENT            **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**        ASSUMPTION AGREEMENT

**Nature of debtor's interest**      DISTRIBUTOR            INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES

**State the term remaining**        _____        10045 RIVERSIDE DRIVE
TOLUCA LAKE CA 91602
**List the contract number of any government contract**   _____

---

2.934.  **Title of contract**                NO ASSUMPTION AGREEMENT            **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**        ASSUMPTION AGREEMENT

**Nature of debtor's interest**      DISTRIBUTOR            INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES

**State the term remaining**        _____        10045 RIVERSIDE DRIVE
TOLUCA LAKE CA 91602
**List the contract number of any government contract**   _____

---

2.935.  **Title of contract**                NO ASSUMPTION AGREEMENT            **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**        ASSUMPTION AGREEMENT

**Nature of debtor's interest**      DISTRIBUTOR            INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES

**State the term remaining**        _____        10045 RIVERSIDE DRIVE
TOLUCA LAKE CA 91602
**List the contract number of any government contract**   _____

---

2.936.  **Title of contract**                NO ASSUMPTION AGREEMENT            **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**        ASSUMPTION AGREEMENT

**Nature of debtor's interest**      DISTRIBUTOR            INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES

**State the term remaining**        _____        10045 RIVERSIDE DRIVE
TOLUCA LAKE CA 91602
**List the contract number of any government contract**   _____

---

Debtor   **Open Road Films, LLC**                                                   Case number *(if known)* **18-12012**

---

2.937.   **Title of contract**                NO ASSUMPTION AGREEMENT          **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

     **State what the contract or lease is for**        ASSUMPTION AGREEMENT

     **Nature of debtor's interest**        DISTRIBUTOR          INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES

     **State the term remaining**        _____        10045 RIVERSIDE DRIVE
TOLUCA LAKE CA 91602

     **List the contract number of any government contract**        _____

---

2.938.   **Title of contract**                NO ASSUMPTION AGREEMENT          **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

     **State what the contract or lease is for**        ASSUMPTION AGREEMENT

     **Nature of debtor's interest**        DISTRIBUTOR          INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES

     **State the term remaining**        _____        10045 RIVERSIDE DRIVE
TOLUCA LAKE CA 91602

     **List the contract number of any government contract**        _____

---

2.939.   **Title of contract**                NO ASSUMPTION AGREEMENT          **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

     **State what the contract or lease is for**        ASSUMPTION AGREEMENT

     **Nature of debtor's interest**        DISTRIBUTOR          INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES

     **State the term remaining**        _____        10045 RIVERSIDE DRIVE
TOLUCA LAKE CA 91602

     **List the contract number of any government contract**        _____

---

2.940.   **Title of contract**                DISTRIBUTOR'S ASSUMPTION AGREEMENT DATED AUGUST 24, 2018          **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

     **State what the contract or lease is for**        ASSUMPTION AGREEMENT

     **Nature of debtor's interest**        DISTRIBUTOR          INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES

     **State the term remaining**        _____        10045 RIVERSIDE DRIVE
TOLUCA LAKE CA 91602

     **List the contract number of any government contract**        _____

---

2.941.   **Title of contract**                NO ASSUMPTION AGREEMENT          **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

     **State what the contract or lease is for**        ASSUMPTION AGREEMENT

     **Nature of debtor's interest**        DISTRIBUTOR          INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES

     **State the term remaining**        _____        10045 RIVERSIDE DRIVE
TOLUCA LAKE CA 91602

     **List the contract number of any government contract**        _____

---

Debtor    **Open Road Films, LLC**                                                                Case number *(if known)* **18-12012**

| 2.942. | **Title of contract** | NO ASSUMPTION AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ASSUMPTION AGREEMENT | |
| | **Nature of debtor's interest** | DISTRIBUTOR | INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES 10045 RIVERSIDE DRIVE TOLUCA LAKE CA 91602 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.943. | **Title of contract** | NO ASSUMPTION AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ASSUMPTION AGREEMENT | |
| | **Nature of debtor's interest** | DISTRIBUTOR | INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES 10045 RIVERSIDE DRIVE TOLUCA LAKE CA 91602 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.944. | **Title of contract** | NO ASSUMPTION AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ASSUMPTION AGREEMENT | |
| | **Nature of debtor's interest** | DISTRIBUTOR | INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES 10045 RIVERSIDE DRIVE TOLUCA LAKE CA 91602 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.945. | **Title of contract** | NO ASSUMPTION AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ASSUMPTION AGREEMENT | |
| | **Nature of debtor's interest** | DISTRIBUTOR | INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES 10045 RIVERSIDE DRIVE TOLUCA LAKE CA 91602 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.946. | **Title of contract** | NO ASSUMPTION AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ASSUMPTION AGREEMENT | |
| | **Nature of debtor's interest** | DISTRIBUTOR | INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES 10045 RIVERSIDE DRIVE TOLUCA LAKE CA 91602 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

Debtor **Open Road Films, LLC**                                      Case number *(if known)* **18-12012**

| 2.947. | **Title of contract** | NO ASSUMPTION AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ASSUMPTION AGREEMENT | |
| | **Nature of debtor's interest** | DISTRIBUTOR | INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES 10045 RIVERSIDE DRIVE TOLUCA LAKE CA 91602 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.948. | **Title of contract** | NO ASSUMPTION AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ASSUMPTION AGREEMENT | |
| | **Nature of debtor's interest** | DISTRIBUTOR | INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES 10045 RIVERSIDE DRIVE TOLUCA LAKE CA 91602 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.949. | **Title of contract** | NO ASSUMPTION AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ASSUMPTION AGREEMENT | |
| | **Nature of debtor's interest** | DISTRIBUTOR | INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES 10045 RIVERSIDE DRIVE TOLUCA LAKE CA 91602 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.950. | **Title of contract** | NO ASSUMPTION AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ASSUMPTION AGREEMENT | |
| | **Nature of debtor's interest** | DISTRIBUTOR | INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES 10045 RIVERSIDE DRIVE TOLUCA LAKE CA 91602 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.951. | **Title of contract** | NO ASSUMPTION AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ASSUMPTION AGREEMENT | |
| | **Nature of debtor's interest** | DISTRIBUTOR | INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES 10045 RIVERSIDE DRIVE TOLUCA LAKE CA 91602 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

Debtor    **Open Road Films, LLC**                                                    Case number *(if known)* **18-12012**

| 2.952. | **Title of contract** | NO ASSUMPTION AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ASSUMPTION AGREEMENT | |
| | **Nature of debtor's interest** | DISTRIBUTOR | INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES 10045 RIVERSIDE DRIVE TOLUCA LAKE CA 91602 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.953. | **Title of contract** | NO ASSUMPTION AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ASSUMPTION AGREEMENT | |
| | **Nature of debtor's interest** | DISTRIBUTOR | INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES 10045 RIVERSIDE DRIVE TOLUCA LAKE CA 91602 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.954. | **Title of contract** | NO ASSUMPTION AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ASSUMPTION AGREEMENT | |
| | **Nature of debtor's interest** | DISTRIBUTOR | INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES 10045 RIVERSIDE DRIVE TOLUCA LAKE CA 91602 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.955. | **Title of contract** | NO ASSUMPTION AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ASSUMPTION AGREEMENT | |
| | **Nature of debtor's interest** | DISTRIBUTOR | INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES 10045 RIVERSIDE DRIVE TOLUCA LAKE CA 91602 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.956. | **Title of contract** | NO ASSUMPTION AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ASSUMPTION AGREEMENT | |
| | **Nature of debtor's interest** | DISTRIBUTOR | INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES 10045 RIVERSIDE DRIVE TOLUCA LAKE CA 91602 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

Debtor  **Open Road Films, LLC**                                       Case number *(if known)* **18-12012**

| 2.957. | **Title of contract** | NO ASSUMPTION AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ASSUMPTION AGREEMENT | |
| | **Nature of debtor's interest** | DISTRIBUTOR | INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES 10045 RIVERSIDE DRIVE TOLUCA LAKE CA 91602 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.958. | **Title of contract** | NO ASSUMPTION AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ASSUMPTION AGREEMENT | |
| | **Nature of debtor's interest** | DISTRIBUTOR | INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES 10045 RIVERSIDE DRIVE TOLUCA LAKE CA 91602 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.959. | **Title of contract** | NO ASSUMPTION AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ASSUMPTION AGREEMENT | |
| | **Nature of debtor's interest** | DISTRIBUTOR | INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES 10045 RIVERSIDE DRIVE TOLUCA LAKE CA 91602 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.960. | **Title of contract** | NO ASSUMPTION AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ASSUMPTION AGREEMENT | |
| | **Nature of debtor's interest** | DISTRIBUTOR | INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES 10045 RIVERSIDE DRIVE TOLUCA LAKE CA 91602 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.961. | **Title of contract** | NO ASSUMPTION AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ASSUMPTION AGREEMENT | |
| | **Nature of debtor's interest** | DISTRIBUTOR | INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES 10045 RIVERSIDE DRIVE TOLUCA LAKE CA 91602 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

Debtor    **Open Road Films, LLC**                                                    Case number *(if known)* **18-12012**

| 2.962. | **Title of contract** | NO ASSUMPTION AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ASSUMPTION AGREEMENT | |
| | **Nature of debtor's interest** | DISTRIBUTOR | INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES 10045 RIVERSIDE DRIVE TOLUCA LAKE CA 91602 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.963. | **Title of contract** | NO ASSUMPTION AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ASSUMPTION AGREEMENT | |
| | **Nature of debtor's interest** | DISTRIBUTOR | INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES 10045 RIVERSIDE DRIVE TOLUCA LAKE CA 91602 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.964. | **Title of contract** | NO ASSUMPTION AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ASSUMPTION AGREEMENT | |
| | **Nature of debtor's interest** | DISTRIBUTOR | INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES 10045 RIVERSIDE DRIVE TOLUCA LAKE CA 91602 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.965. | **Title of contract** | NO ASSUMPTION AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ASSUMPTION AGREEMENT | |
| | **Nature of debtor's interest** | DISTRIBUTOR | INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES 10045 RIVERSIDE DRIVE TOLUCA LAKE CA 91602 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.966. | **Title of contract** | SCHEDULE #1 TO LICENSE AGREEMENT DATED AUGUST 15,2017 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | EXPLOITATION AGREEMENT | |
| | **Nature of debtor's interest** | LICENSOR | INTERNATIONAL FAMILY ENTERTAINMENT, INC. 3800 W ALAMEDA AVENUE BURBANK CA 91505 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

Debtor    **Open Road Films, LLC**                                                                 Case number *(if known)* **18-12012**

| 2.967. | **Title of contract** | NOTICE OF CONSENT AND IRREVOCABLE ASSIGNMENT DATED AUGUST 15,2017 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | EXPLOITATION AGREEMENT | |
| | **Nature of debtor's interest** | LICENSOR | INTERNATIONAL FAMILY ENTERTAINMENT, INC. 3800 W ALAMEDA AVENUE BURBANK CA 91505 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.968. | **Title of contract** | SYNCHRONIZATION LICENSE AGREEMENT DATED MARCH 26,2013 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | INTRIGUE MUSIC, LLC 465 CONGRESS ST # 701 PORTLAND ME 04101 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.969. | **Title of contract** | AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | VENDOR AGREEMENT | |
| | **Nature of debtor's interest** | CUSTOMER | IPSWITCH, INC. PO BOX 3726 NEW YORK NY 10008 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.970. | **Title of contract** | PRICING SCHEDULE FOR ORDER MODIFICATION: LIVEVAULT SERVICE DATED SEPTEMBER 7, 2012 CUSTOMER AGREEMENT DATED JUNE 16, 2016 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | VENDOR AGREEMENT - LIBRARY ASSET HOLDER | |
| | **Nature of debtor's interest** | CUSTOMER/ASSET OWNER | IRON MOUNTAIN PO BOX 601002 PASADENA CA 91189 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.971. | **Title of contract** | ENTERPRISE LICENSE AGREEMENT DATED FEBRUARY 7, 2018 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | VENDOR AGREEMENT | |
| | **Nature of debtor's interest** | CUSTOMER | ISPOT.TV, INC. 15831 NE 8TH ST #100 BELLEVUE WA 98008 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

Debtor    **Open Road Films, LLC**                                                      Case number *(if known)* **18-12012**

| 2.972. | Title of contract | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | VENDOR AGREEMENT | |
| | Nature of debtor's interest | CUSTOMER | J BLAIR GROUP |
| | State the term remaining | _____ | 4804 LAUREL CANYON BLVD #141 STUDIO CITY CA 91607 |
| | List the contract number of any government contract | _____ | |

| 2.973. | Title of contract | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED JUNE 29,2016 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | J TRAX, LLC |
| | State the term remaining | _____ | 228 HAMPDEN TER ALHAMBRA CA 91801 |
| | List the contract number of any government contract | _____ | |

| 2.974. | Title of contract | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED APRIL 30,2012 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | J TRAX, LLC |
| | State the term remaining | _____ | 228 HAMPDEN TER ALHAMBRA CA 91801 |
| | List the contract number of any government contract | _____ | |

| 2.975. | Title of contract | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED AUGUST 6,2013 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | J TRAX, LLC |
| | State the term remaining | _____ | 228 HAMPDEN TER ALHAMBRA CA 91801 |
| | List the contract number of any government contract | _____ | |

| 2.976. | Title of contract | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED JULY 27,2013 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | J TRAX, LLC |
| | State the term remaining | _____ | 228 HAMPDEN TER ALHAMBRA CA 91801 |
| | List the contract number of any government contract | _____ | |

Debtor   **Open Road Films, LLC**                                                                 Case number *(if known)* **18-12012**

| 2.977. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED FEBRUARY 8,2018 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | J TRAX, LLC |
| | **State the term remaining** | _____ | 228 HAMPDEN TER ALHAMBRA CA 91801 |
| | **List the contract number of any government contract** | _____ | |

| 2.978. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED MARCH 28,2016 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | J TRAX, LLC |
| | **State the term remaining** | _____ | 228 HAMPDEN TER ALHAMBRA CA 91801 |
| | **List the contract number of any government contract** | _____ | |

| 2.979. | **Title of contract** | THE NUT JOB - TRAILERS/ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED SEPTEMBER 17,2013 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | J TRAX, LLC |
| | **State the term remaining** | _____ | 228 HAMPDEN TER ALHAMBRA CA 91801 |
| | **List the contract number of any government contract** | _____ | |

| 2.980. | **Title of contract** | SABOTAGE - TRAILERS / ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED NOVEMBER 19,2013 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | J TRAX, LLC |
| | **State the term remaining** | _____ | 228 HAMPDEN TER ALHAMBRA CA 91801 |
| | **List the contract number of any government contract** | _____ | |

| 2.981. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED OCTOBER 31,2012 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | J TRAX, LLC |
| | **State the term remaining** | _____ | 228 HAMPDEN TER ALHAMBRA CA 91801 |
| | **List the contract number of any government contract** | _____ | |

Debtor    **Open Road Films, LLC**                                                    Case number *(if known)* **18-12012**

| 2.982. | Title of contract | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED OCTOBER 31,2012 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | J TRAX, LLC |
| | State the term remaining | _____ | 228 HAMPDEN TER ALHAMBRA CA 91801 |
| | List the contract number of any government contract | _____ | |

| 2.983. | Title of contract | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED MARCH 5,2012 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | J TRAX, LLC |
| | State the term remaining | _____ | 228 HAMPDEN TER ALHAMBRA CA 91801 |
| | List the contract number of any government contract | _____ | |

| 2.984. | Title of contract | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED FEBRUARY 7,2013 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | J TRAX, LLC |
| | State the term remaining | _____ | 228 HAMPDEN TER ALHAMBRA CA 91801 |
| | List the contract number of any government contract | _____ | |

| 2.985. | Title of contract | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED OCTOBER 2,2015 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | J TRAX, LLC |
| | State the term remaining | _____ | 228 HAMPDEN TER ALHAMBRA CA 91801 |
| | List the contract number of any government contract | _____ | |

| 2.986. | Title of contract | INVOICE NO. 10012 DATED SEPTEMBER 2,2011 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | J TRAX, LLC |
| | State the term remaining | _____ | 228 HAMPDEN TER ALHAMBRA CA 91801 |
| | List the contract number of any government contract | _____ | |

| Debtor | **Open Road Films, LLC** | Case number *(if known)* **18-12012** |
| --- | --- | --- |

---

**2.987.** **Title of contract**

INVOICE NO. 10006 DATED JUNE 20,2011

**State what the contract or lease is for**

MUSIC LICENSE

**Nature of debtor's interest**

LICENSEE

**State the term remaining**

_____

**List the contract number of any government contract**

_____

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

J TRAX, LLC
228 HAMPDEN TER
ALHAMBRA CA 91801

---

**2.988.** **Title of contract**

SYNCHRONIZATION LICENSE AGREEMENT DATED JUNE 8,2017

**State what the contract or lease is for**

MUSIC LICENSE

**Nature of debtor's interest**

LICENSEE

**State the term remaining**

_____

**List the contract number of any government contract**

_____

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

JABARI RAYFORD
530 SUMAC DR
AURORA IL 60505

---

**2.989.** **Title of contract**

AGREEMENT

**State what the contract or lease is for**

VENDOR AGREEMENT

**Nature of debtor's interest**

CUSTOMER

**State the term remaining**

_____

**List the contract number of any government contract**

_____

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

JED ROOT, INC.
333 SEVENTH AVE
9TH FL
NEW YORK NY 10001

---

**2.990.** **Title of contract**

EMPLOYMENT AGREEMENT DATED OCTOBER 17, 2016

**State what the contract or lease is for**

EMPLOYMENT AGREEMENT

**Nature of debtor's interest**

EMPLOYER

**State the term remaining**

_____

**List the contract number of any government contract**

_____

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

JENNIFER FRADLIN
2049 CENTURY PK EAST 4TH FL
LOS ANGELES CA 90067

---

**2.991.** **Title of contract**

EMPLOYMENT AGREEMENT - EXTENSION DATED AUGUST 17, 2017

**State what the contract or lease is for**

EMPLOYMENT AGREEMENT

**Nature of debtor's interest**

EMPLOYER

**State the term remaining**

_____

**List the contract number of any government contract**

_____

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

JENNIFER FRADLIN
2049 CENTURY PK EAST 4TH FL
LOS ANGELES CA 90067

---

Debtor   **Open Road Films, LLC**                                    Case number *(if known)* **18-12012**

| 2.992. | Title of contract | FIRST AMENDMENT TO EMPLOYMENT AGREEMENT DATED FEBRUARY 13, 2017 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | EMPLOYMENT AGREEMENT | |
| | Nature of debtor's interest | EMPLOYER | JENNIFER FRADLIN 2049 CENTURY PK EAST 4TH FL LOS ANGELES CA 90067 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.993. | Title of contract | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED APRIL 16, 2018 COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED MAY 16, 2018 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | JENSEN'S SOUND GENERATIONS, LLC |
| | Nature of debtor's interest | LICENSEE | 31 ALEXANDER BLVD POUGHKEEPSIE NY 12603 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.994. | Title of contract | GLEASON - TRAILERS / ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED JUNE 17,2016 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | JENSEN'S SOUND GENERATIONS, LLC |
| | Nature of debtor's interest | LICENSEE | 31 ALEXANDER BLVD POUGHKEEPSIE NY 12603 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.995. | Title of contract | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED MAY 16,2018 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | JENSEN'S SOUND GENERATIONS, LLC |
| | Nature of debtor's interest | LICENSEE | 31 ALEXANDER BLVD POUGHKEEPSIE NY 12603 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.996. | Title of contract | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED APRIL 16,2018 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | JENSEN'S SOUND GENERATIONS, LLC |
| | Nature of debtor's interest | LICENSEE | 31 ALEXANDER BLVD POUGHKEEPSIE NY 12603 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

Debtor   **Open Road Films, LLC**                                                    Case number *(if known)* **18-12012**

| 2.997. | Title of contract | ROSEWATER - TRAILERS/ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED NOVEMBER 11,2014 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | State what the contract or lease is for | MUSIC LICENSE | JENSEN'S SOUND GENERATIONS, LLC |
| | Nature of debtor's interest | LICENSEE | 31 ALEXANDER BLVD POUGHKEEPSIE NY 12603 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.998. | Title of contract | ROSEWATER - TRAILERS/ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED AUGUST 27,2014 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | State what the contract or lease is for | MUSIC LICENSE | JENSEN'S SOUND GENERATIONS, LLC |
| | Nature of debtor's interest | LICENSEE | 31 ALEXANDER BLVD POUGHKEEPSIE NY 12603 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.999. | Title of contract | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED APRIL 7,2016 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | State what the contract or lease is for | MUSIC LICENSE | JENSEN'S SOUND GENERATIONS, LLC |
| | Nature of debtor's interest | LICENSEE | 31 ALEXANDER BLVD POUGHKEEPSIE NY 12603 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.1000. | Title of contract | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED NOVEMBER 4,2015 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | State what the contract or lease is for | MUSIC LICENSE | JENSEN'S SOUND GENERATIONS, LLC |
| | Nature of debtor's interest | LICENSEE | 31 ALEXANDER BLVD POUGHKEEPSIE NY 12603 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.1001. | Title of contract | THE GUNMAN - TRAILERS / ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED DECEMBER 3,2014 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | State what the contract or lease is for | MUSIC LICENSE | JENSEN'S SOUND GENERATIONS, LLC |
| | Nature of debtor's interest | LICENSEE | 31 ALEXANDER BLVD POUGHKEEPSIE NY 12603 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

Debtor    **Open Road Films, LLC**                                    Case number *(if known)* **18-12012**

| 2.1002. | **Title of contract** | AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | VENDOR AGREEMENT | |
| | **Nature of debtor's interest** | CUSTOMER | JIM EVANS STUDIO, LLC |
| | **State the term remaining** | | 2305 LIVE OAK MEADOW RD |
| | **List the contract number of any government contract** | | MALIBU CA 90265 |

| 2.1003. | **Title of contract** | AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | VENDOR AGREEMENT | |
| | **Nature of debtor's interest** | CUSTOMER | JIM FERGUSON |
| | **State the term remaining** | | 4525 QUARTZ HILL PL |
| | **List the contract number of any government contract** | | TUCSON AZ 85750 |

| 2.1004. | **Title of contract** | NIGHTCRAWLER - TRAILERS/ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED OCTOBER 17,2014 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | JOHN F. CANTU |
| | **Nature of debtor's interest** | LICENSEE | 11306 MOORPARK ST UNIT 8 |
| | **State the term remaining** | | NORTH HOLLYWOOD CA 91602 |
| | **List the contract number of any government contract** | | |

| 2.1005. | **Title of contract** | NIGHTCRAWLER - TRAILERS/ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED OCTOBER 20,2014 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | JOHN F. CANTU |
| | **Nature of debtor's interest** | LICENSEE | 11306 MOORPARK ST UNIT 8 |
| | **State the term remaining** | | NORTH HOLLYWOOD CA 91602 |
| | **List the contract number of any government contract** | | |

| 2.1006. | **Title of contract** | SABOTAGE - TRAILERS / ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED MARCH 14,2014 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | JOHN F. CANTU |
| | **Nature of debtor's interest** | LICENSEE | 11306 MOORPARK ST UNIT 8 |
| | **State the term remaining** | | NORTH HOLLYWOOD CA 91602 |
| | **List the contract number of any government contract** | | |

Debtor **Open Road Films, LLC**                                        Case number *(if known)* **18-12012**

**2.1007.** **Title of contract**    COMBINED SYNCHRONIZATION AND MASTER USE    State the name and mailing address
                                     LICENSE AGREEMENT DATED FEBRUARY 8,2016    for all other parties with whom the
                                                                                debtor has an executory contract or
         **State what the contract or**    MUSIC LICENSE                        unexpired lease
         **lease is for**

         **Nature of debtor's interest**    LICENSEE                           JOHN F. CANTU
                                                                               11306 MOORPARK ST UNIT 8
         **State the term remaining**    _____      NORTH HOLLYWOOD CA 91602

         **List the contract number of**    _____
         **any government contract**

**2.1008.** **Title of contract**    SYNCHRONIZATION LICENSE AGREEMENT DATED    State the name and mailing address
                                     OCTOBER 31,2012                            for all other parties with whom the
                                                                                debtor has an executory contract or
         **State what the contract or**    MUSIC LICENSE                        unexpired lease
         **lease is for**

         **Nature of debtor's interest**    LICENSEE                           JOSHUA MOSSER
                                                                               903 E CHEVY CHASE DR
         **State the term remaining**    _____      GLENDALE CA 91205

         **List the contract number of**    _____
         **any government contract**

**2.1009.** **Title of contract**    COMBINED SYNCHRONIZATION AND MASTER USE    State the name and mailing address
                                     LICENSE AGREEMENT DATED DECEMBER 19,2014   for all other parties with whom the
                                                                                debtor has an executory contract or
         **State what the contract or**    MUSIC LICENSE                        unexpired lease
         **lease is for**

         **Nature of debtor's interest**    LICENSEE                           JUAN HOWARD MUSIC/JONATHAN
                                                                               HOWARD C/O ALL MEDIA MUSIC
         **State the term remaining**    _____      GROUP, INC.
                                                                               5650 CAMELLIA AVE
         **List the contract number of**    _____   NORTH HOLLYWOOD CA 91601
         **any government contract**

**2.1010.** **Title of contract**    STANDARD TERMS AND CONDITIONS - VENDORS DATED    State the name and mailing address
                                     MAY 1, 2013                                for all other parties with whom the
                                                                                debtor has an executory contract or
         **State what the contract or**    VENDOR AGREEMENT                     unexpired lease
         **lease is for**

         **Nature of debtor's interest**    CUSTOMER                          JUNKET PRODUCTIONS, INC.
                                                                               5 OLD FARM LN
         **State the term remaining**    _____      HARTSDALE NY 10530

         **List the contract number of**    _____
         **any government contract**

**2.1011.** **Title of contract**    COMBINED SYNCHRONIZATION AND MASTER USE    State the name and mailing address
                                     LICENSE DATED OCTOBER 16,2012              for all other parties with whom the
                                                                                debtor has an executory contract or
         **State what the contract or**    MUSIC LICENSE                        unexpired lease
         **lease is for**

         **Nature of debtor's interest**    LICENSEE                           KAP MUSIC, LLC
                                                                               5776D LINDERO CANYON RD 395
         **State the term remaining**    _____      WESTLAKE VILLAGE CA 91362

         **List the contract number of**    _____
         **any government contract**

Debtor    **Open Road Films, LLC**                                                                     Case number *(if known)* **18-12012**

---

| 2.1012. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE DATED OCTOBER 16,2012 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | KAP MUSIC, LLC 5776D LINDERO CANYON RD 395 WESTLAKE VILLAGE CA 91362 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.1013. | **Title of contract** | DISTRIBUTION RIGHTS ACQUISITION AGREEMENT DATED APRIL 17, 2014 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ACQUISITION AGREEMENT | |
| | **Nature of debtor's interest** | DISTRIBUTOR | KASBAH, LLC 9350 WILSHIRE BLVD STE 400 BEVERLY HILLS CA 90212 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.1014. | **Title of contract** | AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | VENDOR AGREEMENT | |
| | **Nature of debtor's interest** | CUSTOMER | KASIMA, LLC 100 ENTERPRISE DR STE 505 ROCKAWAY NJ 07866 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.1015. | **Title of contract** | AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | VENDOR AGREEMENT | |
| | **Nature of debtor's interest** | CUSTOMER | KATHLEEN LIDDY DBA FLYLINGUAL 5842 ALCOVE AVE VALLEY VILLAGE CA 91607 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.1016. | **Title of contract** | AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | VENDOR AGREEMENT | |
| | **Nature of debtor's interest** | CUSTOMER | KATHY SANTIAGO 300 S SANTA FE AVE #371 LOS ANGELES CA 90013 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

Debtor    **Open Road Films, LLC**                                          Case number *(if known)* **18-12012**

| 2.1017. | **Title of contract** | LICENSE AGREEMENT DATED MARCH 30,2018 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | EXPLOITATION AGREEMENT | |
| | **Nature of debtor's interest** | LICENSOR | KATZ BROADCASTING, LLC |
| | **State the term remaining** | | 3500 PIEDMONT ROAD SUITE 400 |
| | **List the contract number of any government contract** | | ATLANTA GA 30305 |

| 2.1018. | **Title of contract** | NOTICE OF CONSENT AND IRREVOCABLE ASSIGNMENT DATED MARCH 30,2018 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | EXPLOITATION AGREEMENT | |
| | **Nature of debtor's interest** | LICENSOR | KATZ BROADCASTING, LLC |
| | **State the term remaining** | | 3500 PIEDMONT ROAD SUITE 400 |
| | **List the contract number of any government contract** | | ATLANTA GA 30305 |

| 2.1019. | **Title of contract** | AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | VENDOR AGREEMENT | |
| | **Nature of debtor's interest** | CUSTOMER | KEN BARBOZA ASSOCIATES, INC. |
| | **State the term remaining** | | 383 JEFFERSON AVE |
| | **List the contract number of any government contract** | | RAHWAY NJ 07065 |

| 2.1020. | **Title of contract** | AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | VENDOR AGREEMENT | |
| | **Nature of debtor's interest** | CUSTOMER | KERASOTES SHOWPLACE THEATRES, LLC |
| | **State the term remaining** | | 641 WEST LAKE ST STE 305 |
| | **List the contract number of any government contract** | | CHICAGO IL 60661 |

| 2.1021. | **Title of contract** | RETENTION AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ENGAGEMENT LETTER | |
| | **Nature of debtor's interest** | CLIENTS | KLEE, TUCHIN, BOGDANOFF & STERN LLP |
| | **State the term remaining** | | 1999 AVENUE OF THE STARS |
| | **List the contract number of any government contract** | | 39TH FLOOR |
| | | | LOS ANGELES CA 90067 |

Debtor    **Open Road Films, LLC**

Case number *(if known)* **18-12012**

| 2.1022. | Title of contract | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED MARCH 7, 2018 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | KNF PRODUCTIONS, INC. 910 N CITRUS AVENUE HOLLYWOOD CA 90038 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.1023. | Title of contract | AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | VENDOR AGREEMENT | |
| | Nature of debtor's interest | CUSTOMER | KNF PRODUCTIONS, INC. 910 N CITRUS AVENUE HOLLYWOOD CA 90038 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.1024. | Title of contract | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED NOVEMBER 4,2014 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | KNF PRODUCTIONS, INC. 910 N CITRUS AVENUE HOLLYWOOD CA 90038 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.1025. | Title of contract | SHOW DOGS - TRAILERS / ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED MARCH 7,2018 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | KNF PRODUCTIONS, INC. 910 N CITRUS AVENUE HOLLYWOOD CA 90038 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.1026. | Title of contract | SYNCHRONISATION LICENSE DATED FEBRUARY 27, 2017. | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | KOBALT MUSIC PUBLISHING AMERICA, INC. 220 W 42ND ST 11TH FLR NEW YORK NY 10036 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor    **Open Road Films, LLC**                                                     Case number *(if known)* **18-12012**

| 2.1027. | **Title of contract** | SYNCHRONISATION LICENSE DATED AUGUST 6,2013 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | KOBALT MUSIC PUBLISHING AMERICA, INC. |
| | **State the term remaining** | _____ | 220 W 42ND ST 11TH FLR NEW YORK NY 10036 |
| | **List the contract number of any government contract** | _____ | |

| 2.1028. | **Title of contract** | SYNCHRONISATION LICENSE DATED NOVEMBER 19,2013 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | KOBALT MUSIC PUBLISHING AMERICA, INC. |
| | **State the term remaining** | _____ | 220 W 42ND ST 11TH FLR NEW YORK NY 10036 |
| | **List the contract number of any government contract** | _____ | |

| 2.1029. | **Title of contract** | SYNCHRONISATION LICENSE DATED APRIL 5,2016 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | KOBALT MUSIC PUBLISHING AMERICA, INC. |
| | **State the term remaining** | _____ | 220 W 42ND ST 11TH FLR NEW YORK NY 10036 |
| | **List the contract number of any government contract** | _____ | |

| 2.1030. | **Title of contract** | SYNCHRONISATION LICENSE DATED FEBRUARY 23,2016 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | KOBALT MUSIC PUBLISHING AMERICA, INC. |
| | **State the term remaining** | _____ | 220 W 42ND ST 11TH FLR NEW YORK NY 10036 |
| | **List the contract number of any government contract** | _____ | |

| 2.1031. | **Title of contract** | SYNCHRONIZATION LICENSE DATED AUGUST 25,2015 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | KOBALT MUSIC PUBLISHING AMERICA, INC. |
| | **State the term remaining** | _____ | 220 W 42ND ST 11TH FLR NEW YORK NY 10036 |
| | **List the contract number of any government contract** | _____ | |

Debtor    **Open Road Films, LLC**                                                                                   Case number *(if known)* **18-12012**

| | | |
|---|---|---|
| **2.1032.** | **Title of contract** | SYNCHRONIZATION LICENSE DATED APRIL 4,2013 |
| | **State what the contract or lease is for** | MUSIC LICENSE |
| | **Nature of debtor's interest** | LICENSEE |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

KOBALT MUSIC PUBLISHING
AMERICA, INC.
220 W 42ND ST 11TH FLR
NEW YORK NY 10036

| | | |
|---|---|---|
| **2.1033.** | **Title of contract** | THE GUNMAN - TRAILERS / ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED DECEMBER 3,2014 |
| | **State what the contract or lease is for** | MUSIC LICENSE |
| | **Nature of debtor's interest** | LICENSEE |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

LABRADOR ENTERTAINMENT, INC.
22400 SENTAR RD
WOODLAND HILLS CA 91364

| | | |
|---|---|---|
| **2.1034.** | **Title of contract** | THE GREY - TRAILERS / ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED JANUARY 19,2012 |
| | **State what the contract or lease is for** | MUSIC LICENSE |
| | **Nature of debtor's interest** | LICENSEE |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

LABRADOR ENTERTAINMENT, INC. /
SHOCK FILES
22400 SENTAR RD
WOODLAND HILLS CA 91364

| | | |
|---|---|---|
| **2.1035.** | **Title of contract** | AMENDED AND RESTATED LAKESHORE ENTERTAINMENT/OPEN ROAD PRODUCTION, FINANCING AND DISTRIBUTION AGREEMENT "MILES" DATED APRIL 6, 2016 |
| | **State what the contract or lease is for** | ACQUISITION AGREEMENT |
| | **Nature of debtor's interest** | DISTRIBUTOR |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

LAKESHORE ENTERTAINMENT
PRODUCTIONS LLC, LAKESHORE
ENTERTAINMENT GROUP LLC
9268 W 3RD ST
BEVERLY HILLS CA 90210

| | | |
|---|---|---|
| **2.1036.** | **Title of contract** | AMENDMENT NO. 1 TO AMENDED AND RESTATED LAKESHORE ENTERTAINMENT/OPEN ROAD PRODUCTION, FINANCING AND DISTRIBUTION AGREEMENT DATED AUGUST 9, 2018 |
| | **State what the contract or lease is for** | ACQUISITION AGREEMENT |
| | **Nature of debtor's interest** | DISTRIBUTOR |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

LAKESHORE ENTERTAINMENT
PRODUCTIONS LLC, LAKESHORE
ENTERTAINMENT GROUP LLC
9268 W 3RD ST
BEVERLY HILLS CA 90210

Debtor   **Open Road Films, LLC**                                                                 Case number *(if known)* **18-12012**

**2.1037.** **Title of contract**         LD EXECUTED DISTRIBUTION RIGHTS ACQUISITION         **State the name and mailing address**
                                          AGREEMENT - GREY, THE DATED SEPTEMBER 6, 2011        **for all other parties with whom the**
                                                                                               **debtor has an executory contract or**
          **State what the contract or**  ACQUISITION AGREEMENT                                **unexpired lease**
          **lease is for**

          **Nature of debtor's interest**  DISTRIBUTOR                                          LD ENTERTAINMENT, LLC
                                                                                                14301 CALIBER DR STE 300
          **State the term remaining**     _____           OKLAHOMA CITY OK 73134

          **List the contract number of**  _____
          **any government contract**

**2.1038.** **Title of contract**         FIRST AMENDMENT TO DISTRIBUTION RIGHTS              **State the name and mailing address**
                                          ACQUISITION AGREEMENT DATED [?]                      **for all other parties with whom the**
                                                                                               **debtor has an executory contract or**
          **State what the contract or**  ACQUISITION AGREEMENT                                **unexpired lease**
          **lease is for**

          **Nature of debtor's interest**  DISTRIBUTOR                                          LD ENTERTAINMENT, LLC
                                                                                                14301 CALIBER DR STE 300
          **State the term remaining**     _____           OKLAHOMA CITY OK 73134

          **List the contract number of**  _____
          **any government contract**

**2.1039.** **Title of contract**         DISTRIBUTION RIGHTS ACQUISITION AGREEMENT            **State the name and mailing address**
                                          DATED JULY 15, 2011                                  **for all other parties with whom the**
                                                                                               **debtor has an executory contract or**
          **State what the contract or**  ACQUISITION AGREEMENT                                **unexpired lease**
          **lease is for**

          **Nature of debtor's interest**  DISTRIBUTOR                                          LD ENTERTAINMENT, LLC
                                                                                                14301 CALIBER DR STE 300
          **State the term remaining**     _____           OKLAHOMA CITY OK 73134

          **List the contract number of**  _____
          **any government contract**

**2.1040.** **Title of contract**         AGREEMENT                                            **State the name and mailing address**
                                                                                               **for all other parties with whom the**
          **State what the contract or**  VENDOR AGREEMENT                                     **debtor has an executory contract or**
          **lease is for**                                                                     **unexpired lease**

          **Nature of debtor's interest**  CUSTOMER                                             LE STUDIO PHOTOGRAPHY
                                                                                                26520 ROYAL VISTA CT
          **State the term remaining**     _____           CANYON COUNTRY CA 91351

          **List the contract number of**  _____
          **any government contract**

**2.1041.** **Title of contract**         AGREEMENT                                            **State the name and mailing address**
                                                                                               **for all other parties with whom the**
          **State what the contract or**  VENDOR AGREEMENT                                     **debtor has an executory contract or**
          **lease is for**                                                                     **unexpired lease**

          **Nature of debtor's interest**  CUSTOMER                                             LEDCOM, INC.
                                                                                                13351 D RIVERSIDE DR # 111
          **State the term remaining**     _____           SHERMAN OAKS CA 91423

          **List the contract number of**  _____
          **any government contract**

Debtor    **Open Road Films, LLC**                                        Case number *(if known)* **18-12012**

| 2.1042. | Title of contract | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | VENDOR AGREEMENT | |
| | Nature of debtor's interest | CUSTOMER | LEOPOLD, PETRICH & SMITH |
| | State the term remaining | | 2049 CENTURY PARK E # 3110 |
| | List the contract number of any government contract | | LOS ANGELES CA 90067 |

| 2.1043. | Title of contract | SYNCHRONISATION LICENSE DATED SEPTEMBER 12,2013 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | LES EDITIONS LA MARGUERITE |
| | State the term remaining | | 30 AVENUE CHARLES DE GAULLE NEUILLY-SUR-SEINE 92200 |
| | List the contract number of any government contract | | FRANCE |

| 2.1044. | Title of contract | MASTER USE LICENSE AGREEMENT DATED APRIL 30,2012 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | LICENSEMUSIC.COM APS |
| | State the term remaining | | SANKT ANNAE PLADS 19A COPENHAGEN 1250 |
| | List the contract number of any government contract | | DENMARK |

| 2.1045. | Title of contract | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | VENDOR AGREEMENT - LIBRARY ASSET HOLDER | |
| | Nature of debtor's interest | CUSTOMER/ASSET OWNER | LIGHT IRON DIGITAL, LLC |
| | State the term remaining | | 6381 DE LONGPRE AVE |
| | List the contract number of any government contract | | HOLLYWOOD CA 90028 |

| 2.1046. | Title of contract | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED OCTOBER 2,2015 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | LINUS LAU |
| | State the term remaining | | 11711 MAYFIELD AVE #15 |
| | List the contract number of any government contract | | LOS ANGELES CA 90049 |

Debtor  **Open Road Films, LLC**                                                Case number *(if known)* **18-12012**

| | | |
|---|---|---|
| 2.1047. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE DATED OCTOBER 16,2012 |
| | **State what the contract or lease is for** | MUSIC LICENSE |
| | **Nature of debtor's interest** | LICENSEE |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

LINUS LAU MUSIC
11711 MAYFIELD AVE #15
LOS ANGELES CA 90049

| | | |
|---|---|---|
| 2.1048. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED JUNE 29,2012 |
| | **State what the contract or lease is for** | MUSIC LICENSE |
| | **Nature of debtor's interest** | LICENSEE |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

LIONEL BLANC OBO SIDEBURN
GRAND-CHEMIN 53
EPALINGES, VAUD 1066
SWITZERLAND

| | | |
|---|---|---|
| 2.1049. | **Title of contract** | AGREEMENT |
| | **State what the contract or lease is for** | VENDOR AGREEMENT |
| | **Nature of debtor's interest** | CUSTOMER |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

LISA TABACK CONSULTING, INC.
845 VIA DE LA PAZ STE 1
PACIFIC PALISADES CA 90272

| | | |
|---|---|---|
| 2.1050. | **Title of contract** | EXECUTIVE SUMMARY - SERVICES, FEES AND TERM DATED JANUARY 2, 2018 |
| | **State what the contract or lease is for** | VENDOR AGREEMENT |
| | **Nature of debtor's interest** | CUSTOMER |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

LISTEN FIRST MEDIA
24 CALHOUN DR
GREENWICH CT 06831

| | | |
|---|---|---|
| 2.1051. | **Title of contract** | AGREEMENT |
| | **State what the contract or lease is for** | VENDOR AGREEMENT |
| | **Nature of debtor's interest** | CUSTOMER |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

LITHOGRAPHIX, INC.
12250 S CRENSHAW BLVD
HAWTHORNE CA 90250

Debtor    **Open Road Films, LLC**                                                        Case number *(if known)* **18-12012**

| | | |
|---|---|---|
| **2.1052.** | **Title of contract** | DISTRIBUTION RIGHTS ACQUISITION AGREEMENT DATED JUNE 2, 2014 |
| | **State what the contract or lease is for** | ACQUISITION AGREEMENT |
| | **Nature of debtor's interest** | DISTRIBUTOR |
| | **State the term remaining** | _____ |
| | **List the contract number of any government contract** | _____ |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

LITTLE BOY PRODUCTION, LLC
2950 LOS FELIZ BLVD 204
LOS ANGELES CA 90039

| | | |
|---|---|---|
| **2.1053.** | **Title of contract** | AGREEMENT |
| | **State what the contract or lease is for** | VENDOR AGREEMENT |
| | **Nature of debtor's interest** | CUSTOMER |
| | **State the term remaining** | _____ |
| | **List the contract number of any government contract** | _____ |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

LITTLE DRAGON PRODUCTIONS
PINEWOOD STUDIOS
PINEWOOD RD
IVER, BUCKINGHAMSHIRE SLO ONH
UNITED KINGDOM

| | | |
|---|---|---|
| **2.1054.** | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE DATED OCTOBER 16,2012 |
| | **State what the contract or lease is for** | MUSIC LICENSE |
| | **Nature of debtor's interest** | LICENSEE |
| | **State the term remaining** | _____ |
| | **List the contract number of any government contract** | _____ |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

LOCK N LOAD MUSIC, LLC
35630 CLOCHE DR
WINCHESTER CA 92596

| | | |
|---|---|---|
| **2.1055.** | **Title of contract** | DISTRIBUTION RIGHTS ACQUISITION AND FINANCING AGREEMENT DATED AUGUST 14, 2014 |
| | **State what the contract or lease is for** | ACQUISITION AGREEMENT |
| | **Nature of debtor's interest** | DISTRIBUTOR |
| | **State the term remaining** | _____ |
| | **List the contract number of any government contract** | _____ |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

LOFT INTERNATIONAL NV
11355 W. OLYMPIC BLVD.
LOS ANGELES CA 90064

| | | |
|---|---|---|
| **2.1056.** | **Title of contract** | AMENDMENT #1 TO AGREEMENT DATED OCTOBER 31, 2014 |
| | **State what the contract or lease is for** | ACQUISITION AGREEMENT |
| | **Nature of debtor's interest** | DISTRIBUTOR |
| | **State the term remaining** | _____ |
| | **List the contract number of any government contract** | _____ |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

LOFT INTERNATIONAL NV
11355 W. OLYMPIC BLVD.
LOS ANGELES CA 90064

Debtor   **Open Road Films, LLC**                                                                    Case number *(if known)* **18-12012**

| 2.1057. | **Title of contract** | AMENDMENT #2 TO AGREEMENT DATED DECEMBER 16, 2014 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ACQUISITION AGREEMENT | |
| | **Nature of debtor's interest** | DISTRIBUTOR | LOFT INTERNATIONAL NV |
| | **State the term remaining** | _____ | 11355 W. OLYMPIC BLVD. |
| | **List the contract number of any government contract** | _____ | LOS ANGELES CA 90064 |

| 2.1058. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED OCTOBER 22,2015 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | LOLA KENNEDY, INC. |
| | **State the term remaining** | _____ | 70 GRAND AVE STE 107 |
| | **List the contract number of any government contract** | _____ | RIVER EDGE NJ 07661 |

| 2.1059. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED JUNE 29,2016 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | LOUDER PRODUCTIONS, LLC |
| | **State the term remaining** | _____ | 17412 VENTURA BLVD STE 935 |
| | **List the contract number of any government contract** | _____ | ENCINO CA 91316 |

| 2.1060. | **Title of contract** | GLEASON - TRAILERS / ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED JULY 6,2016 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | LOUDER PRODUCTIONS, LLC |
| | **State the term remaining** | _____ | 17412 VENTURA BLVD STE 935 |
| | **List the contract number of any government contract** | _____ | ENCINO CA 91316 |

| 2.1061. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED NOVEMBER 19,2013 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | LOUDER PRODUCTIONS, LLC |
| | **State the term remaining** | _____ | 17412 VENTURA BLVD STE 935 |
| | **List the contract number of any government contract** | _____ | ENCINO CA 91316 |

Debtor **Open Road Films, LLC**                                                                    Case number *(if known)* **18-12012**

| 2.1062. | Title of contract | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED SEPTEMBER 26,2013 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | LOUDER PRODUCTIONS, LLC 17412 VENTURA BLVD STE 935 ENCINO CA 91316 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.1063. | Title of contract | SABOTAGE - TRAILERS / ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED FEBRUARY 25,2014 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | LOUDER PRODUCTIONS, LLC 17412 VENTURA BLVD STE 935 ENCINO CA 91316 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.1064. | Title of contract | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE DATED JANUARY 28,2013 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | LOUDER PRODUCTIONS, LLC 17412 VENTURA BLVD STE 935 ENCINO CA 91316 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.1065. | Title of contract | SILENT HILL: REVELATION 3D - TRAILERS / ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED OCTOBER 10,2012 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | LOUDER PRODUCTIONS, LLC 17412 VENTURA BLVD STE 935 ENCINO CA 91316 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.1066. | Title of contract | SILENT HOUSE - TRAILERS / ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED JANUARY 5,2012 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | LOUDER PRODUCTIONS, LLC 17412 VENTURA BLVD STE 935 ENCINO CA 91316 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

Debtor   **Open Road Films, LLC**                                                    Case number *(if known)* **18-12012**

**2.1067.**  **Title of contract**   SILENT HOUSE - TRAILERS / ADVERTISING - COMBINED           **State the name and mailing address**
                                      SYNCHRONIZATION AND MASTER USE LICENSE                       **for all other parties with whom the**
                                      AGREEMENT DATED FEBRUARY 24,2012                             **debtor has an executory contract or**
                                                                                                   **unexpired lease**
          **State what the contract or**   MUSIC LICENSE
          **lease is for**                                                                          LOUDER PRODUCTIONS, LLC
                                                                                                    17412 VENTURA BLVD STE 935
          **Nature of debtor's interest**   LICENSEE                                                ENCINO CA 91316

          **State the term remaining**   _____

          **List the contract number of**   _____
          **any government contract**

**2.1068.**  **Title of contract**   COMBINED SYNCHRONIZATION AND MASTER USE                      **State the name and mailing address**
                                      LICENSE AGREEMENT DATED FEBRUARY 14,2017                     **for all other parties with whom the**
                                                                                                   **debtor has an executory contract or**
                                                                                                   **unexpired lease**
          **State what the contract or**   MUSIC LICENSE
          **lease is for**                                                                          LOUDER PRODUCTIONS, LLC
                                                                                                    17412 VENTURA BLVD STE 935
          **Nature of debtor's interest**   LICENSEE                                                ENCINO CA 91316

          **State the term remaining**   _____

          **List the contract number of**   _____
          **any government contract**

**2.1069.**  **Title of contract**   COMBINED SYNCHRONIZATION AND MASTER USE                      **State the name and mailing address**
                                      LICENSE AGREEMENT DATED FEBRUARY 14,2017                     **for all other parties with whom the**
                                                                                                   **debtor has an executory contract or**
                                                                                                   **unexpired lease**
          **State what the contract or**   MUSIC LICENSE
          **lease is for**                                                                          LOUDER PRODUCTIONS, LLC
                                                                                                    17412 VENTURA BLVD STE 935
          **Nature of debtor's interest**   LICENSEE                                                ENCINO CA 91316

          **State the term remaining**   _____

          **List the contract number of**   _____
          **any government contract**

**2.1070.**  **Title of contract**   COMBINED SYNCHRONIZATION AND MASTER USE                      **State the name and mailing address**
                                      LICENSE AGREEMENT DATED NOVEMBER 5,2015                      **for all other parties with whom the**
                                                                                                   **debtor has an executory contract or**
                                                                                                   **unexpired lease**
          **State what the contract or**   MUSIC LICENSE
          **lease is for**                                                                          LOUDER PRODUCTIONS, LLC
                                                                                                    17412 VENTURA BLVD STE 935
          **Nature of debtor's interest**   LICENSEE                                                ENCINO CA 91316

          **State the term remaining**   _____

          **List the contract number of**   _____
          **any government contract**

**2.1071.**  **Title of contract**   COMBINED SYNCHRONIZATION AND MASTER USE                      **State the name and mailing address**
                                      LICENSE AGREEMENT DATED OCTOBER 31,2012                      **for all other parties with whom the**
                                                                                                   **debtor has an executory contract or**
                                                                                                   **unexpired lease**
          **State what the contract or**   MUSIC LICENSE
          **lease is for**                                                                          LOUDER PRODUCTIONS, LLC
                                                                                                    17412 VENTURA BLVD STE 935
          **Nature of debtor's interest**   LICENSEE                                                ENCINO CA 91316

          **State the term remaining**   _____

          **List the contract number of**   _____
          **any government contract**

Debtor   **Open Road Films, LLC**                                    Case number *(if known)* **18-12012**

---

2.1072.   **Title of contract**              COMBINED SYNCHRONIZATION AND MASTER USE          **State the name and mailing address**
                                            LICENSE AGREEMENT DATED OCTOBER 22,2015          **for all other parties with whom the**
                                                                                             **debtor has an executory contract or**
          **State what the contract or**     MUSIC LICENSE                                    **unexpired lease**
          **lease is for**
                                                                                             LOUDER PRODUCTIONS, LLC
          **Nature of debtor's interest**    LICENSEE                                         17412 VENTURA BLVD STE 935
                                                                                             ENCINO CA 91316
          **State the term remaining**       _____

          **List the contract number of**    _____
          **any government contract**


2.1073.   **Title of contract**              COMBINED SYNCHRONIZATION AND MASTER USE          **State the name and mailing address**
                                            LICENSE AGREEMENT DATED JUNE 5,2017              **for all other parties with whom the**
                                                                                             **debtor has an executory contract or**
          **State what the contract or**     MUSIC LICENSE                                    **unexpired lease**
          **lease is for**
                                                                                             LOUIS SCHULTZ
          **Nature of debtor's interest**    LICENSEE                                         2310 W 2ND ST
                                                                                             LOS ANGELES CA 90057
          **State the term remaining**       _____

          **List the contract number of**    _____
          **any government contract**


2.1074.   **Title of contract**              NON-DISTURBANCE INTERCREDITOR AGREEMENT          **State the name and mailing address**
                                            DATED JAN 17, 2012                               **for all other parties with whom the**
                                                                                             **debtor has an executory contract or**
          **State what the contract or**     INTERCREDITOR AGREEMENT                          **unexpired lease**
          **lease is for**
                                                                                             LOUISIANA TAX CREDIT FINANCE,
          **Nature of debtor's interest**    DISTRIBUTOR                                      LLC, A DIVISION OF FILM
                                                                                             PRODUCTION CAPITAL, LLC
          **State the term remaining**       _____                650 OLIVE ST
                                                                                             SHREVEPORT LA 71104
          **List the contract number of**    _____
          **any government contract**


2.1075.   **Title of contract**              ROSEWATER - TRAILERS/ADVERTISING - COMBINED      **State the name and mailing address**
                                            SYNCHRONIZATION AND MASTER USE LICENSE           **for all other parties with whom the**
                                            AGREEMENT DATED NOVEMBER 7,2014                  **debtor has an executory contract or**
                                                                                             **unexpired lease**
          **State what the contract or**     MUSIC LICENSE
          **lease is for**                                                                    LUCKY 13 MUSIC
                                                                                             4346 MATILIJA AVE 101
          **Nature of debtor's interest**    LICENSEE                                         SHERMAN OAKS CA 91423

          **State the term remaining**       _____

          **List the contract number of**    _____
          **any government contract**


2.1076.   **Title of contract**              ROSEWATER - TRAILERS/ADVERTISING - COMBINED      **State the name and mailing address**
                                            SYNCHRONIZATION AND MASTER USE LICENSE           **for all other parties with whom the**
                                            AGREEMENT DATED AUGUST 27,2014                   **debtor has an executory contract or**
                                                                                             **unexpired lease**
          **State what the contract or**     MUSIC LICENSE
          **lease is for**                                                                    LUCKY 13 MUSIC
                                                                                             4346 MATILIJA AVE 101
          **Nature of debtor's interest**    LICENSEE                                         SHERMAN OAKS CA 91423

          **State the term remaining**       _____

          **List the contract number of**    _____
          **any government contract**

---

Debtor **Open Road Films, LLC**                                     Case number *(if known)* **18-12012**

---

| 2.1077. | **Title of contract** | INVOICE/LICENSE FOR MUSIC CUE USE DATED NOVEMBER 7,2014 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | LUCKY 13 MUSIC |
| | **State the term remaining** | _____ | 4346 MATILIJA AVE 101 |
| | **List the contract number of any government contract** | _____ | SHERMAN OAKS CA 91423 |

| 2.1078. | **Title of contract** | INVOICE/LICENSE FOR MUSIC CUE USE DATED AUGUST 27,2014 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | LUCKY 13 MUSIC |
| | **State the term remaining** | _____ | 4346 MATILIJA AVE 101 |
| | **List the contract number of any government contract** | _____ | SHERMAN OAKS CA 91423 |

| 2.1079. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED APRIL 30,2012 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | LUKE HITS, LLC |
| | **State the term remaining** | _____ | 137 N LARCHMONT BLVD 555 |
| | **List the contract number of any government contract** | _____ | LOS ANGELES CA 90004 |

| 2.1080. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED DECEMBER 8,2015 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | LUMINARY VISIONS, LLC |
| | **State the term remaining** | _____ | 907 N VISTA ST |
| | **List the contract number of any government contract** | _____ | LOS ANGELES CA 90046 |

| 2.1081. | **Title of contract** | THE FLUFFY MOVIE - TRAILERS / ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED JULY 9,2014 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | LUMINARY VISIONS, LLC |
| | **State the term remaining** | _____ | 907 N VISTA ST |
| | **List the contract number of any government contract** | _____ | LOS ANGELES CA 90046 |

---

Debtor   **Open Road Films, LLC**                                                        Case number *(if known)* **18-12012**

| 2.1082. | Title of contract | CONSULTING SERVICES AGREEMENT DATED AUGUST 19, 2015 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | EMPLOYMENT AGREEMENT | |
| | Nature of debtor's interest | EMPLOYER | LYNN STEPANIAN 2049 CENTURY PK EAST 4TH FL LOS ANGELES CA 90067 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.1083. | Title of contract | EMPLOYMENT AGREEMENT DATED JANUARY 1, 2016 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | EMPLOYMENT AGREEMENT | |
| | Nature of debtor's interest | EMPLOYER | LYNN STEPANIAN 2049 CENTURY PK EAST 4TH FL LOS ANGELES CA 90067 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.1084. | Title of contract | EMPLOYMENT AGREEMENT - EXTENSION 1 DATED AUGUST 8, 2016 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | EMPLOYMENT AGREEMENT | |
| | Nature of debtor's interest | EMPLOYER | LYNN STEPANIAN 2049 CENTURY PK EAST 4TH FL LOS ANGELES CA 90067 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.1085. | Title of contract | EMPLOYMENT AGREEMENT - EXTENSION 2 DATED NOVEMBER 15, 2017 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | EMPLOYMENT AGREEMENT | |
| | Nature of debtor's interest | EMPLOYER | LYNN STEPANIAN 2049 CENTURY PK EAST 4TH FL LOS ANGELES CA 90067 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.1086. | Title of contract | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED OCTOBER 2,2017 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | LYRIC HOUSE, LLC 6266 W SUNSET BLVD LOS ANGELES CA 90028 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor    **Open Road Films, LLC**                                    Case number *(if known)* **18-12012**

| 2.1087. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED NOVEMBER 25,2014 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | LYRIC HOUSE, LLC<br>6266 W SUNSET BLVD<br>LOS ANGELES CA 90028 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.1088. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED APRIL 27, 2018 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | MAKE IT RAIN, LLC<br>5762 ANDASOL AVE<br>ENCINO CA 91316 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.1089. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED MAY 8,2018 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | MAKE IT RAIN, LLC<br>5762 ANDASOL AVE<br>ENCINO CA 91316 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.1090. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED NOVEMBER 17,2016 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | MAKE IT RAIN, LLC<br>5762 ANDASOL AVE<br>ENCINO CA 91316 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.1091. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED APRIL 27,2018 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | MAKE IT RAIN, LLC<br>5762 ANDASOL AVE<br>ENCINO CA 91316 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

Debtor   **Open Road Films, LLC**                                          Case number *(if known)* **18-12012**

| 2.1092. | Title of contract | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED SEPTEMBER 22,2016 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | MAKE IT RAIN, LLC 5762 ANDASOL AVE ENCINO CA 91316 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.1093. | Title of contract | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED NOVEMBER 28,2017 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | MAKE IT RAIN, LLC 5762 ANDASOL AVE ENCINO CA 91316 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.1094. | Title of contract | THE NUT JOB 2 - TRAILERS/ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED MAY 11,2017 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | MAKE IT RAIN, LLC 5762 ANDASOL AVE ENCINO CA 91316 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.1095. | Title of contract | SABOTAGE - TRAILERS / ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED FEBRUARY 4,2014 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | MAKE IT RAIN, LLC 5762 ANDASOL AVE ENCINO CA 91316 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.1096. | Title of contract | MUSIC USE & SYNCHRONIZATION LICENSE DATED DECEMBER 4,2013 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | MAKE IT RAIN, LLC 5762 ANDASOL AVE ENCINO CA 91316 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

Debtor    **Open Road Films, LLC**                                                              Case number *(if known)* **18-12012**

2.1097.  **Title of contract**          MASTER USE/SYNCHRONIZATION LICENSE AGREEMENT    **State the name and mailing address**
                                        DATED MARCH 1,2014                               **for all other parties with whom the**
                                                                                         **debtor has an executory contract or**
         **State what the contract or**    MUSIC LICENSE                                 **unexpired lease**
         **lease is for**

         **Nature of debtor's interest**   LICENSEE                                      MAKE IT RAIN, LLC
                                                                                         5762 ANDASOL AVE
         **State the term remaining**      _____          ENCINO CA 91316

         **List the contract number of**   _____
         **any government contract**

2.1098.  **Title of contract**          MASTER USE/SYNCHRONIZATION LICENSE AGREEMENT    **State the name and mailing address**
                                        DATED DECEMBER 4,2013                            **for all other parties with whom the**
                                                                                         **debtor has an executory contract or**
         **State what the contract or**    MUSIC LICENSE                                 **unexpired lease**
         **lease is for**

         **Nature of debtor's interest**   LICENSEE                                      MAKE IT RAIN, LLC
                                                                                         5762 ANDASOL AVE
         **State the term remaining**      _____          ENCINO CA 91316

         **List the contract number of**   _____
         **any government contract**

2.1099.  **Title of contract**          SLEEPLESS - TRAILERS / ADVERTISING - COMBINED   **State the name and mailing address**
                                        SYNCHRONIZATION AND MASTER USE LICENSE           **for all other parties with whom the**
                                        AGREEMENT DATED SEPTEMBER 20,2016                **debtor has an executory contract or**
                                                                                         **unexpired lease**
         **State what the contract or**    MUSIC LICENSE
         **lease is for**                                                                MAKE IT RAIN, LLC
                                                                                         5762 ANDASOL AVE
         **Nature of debtor's interest**   LICENSEE                                      ENCINO CA 91316

         **State the term remaining**      _____

         **List the contract number of**   _____
         **any government contract**

2.1100.  **Title of contract**          SLEEPLESS - TRAILERS / ADVERTISING - COMBINED   **State the name and mailing address**
                                        SYNCHRONIZATION AND MASTER USE LICENSE           **for all other parties with whom the**
                                        AGREEMENT DATED SEPTEMBER 20,2016                **debtor has an executory contract or**
                                                                                         **unexpired lease**
         **State what the contract or**    MUSIC LICENSE
         **lease is for**                                                                MAKE IT RAIN, LLC
                                                                                         5762 ANDASOL AVE
         **Nature of debtor's interest**   LICENSEE                                      ENCINO CA 91316

         **State the term remaining**      _____

         **List the contract number of**   _____
         **any government contract**

2.1101.  **Title of contract**          COMBINED SYNCHRONIZATION AND MASTER USE         **State the name and mailing address**
                                        LICENSE AGREEMENT DATED AUGUST 26,2016           **for all other parties with whom the**
                                                                                         **debtor has an executory contract or**
         **State what the contract or**    MUSIC LICENSE                                 **unexpired lease**
         **lease is for**

         **Nature of debtor's interest**   LICENSEE                                      MAKE IT RAIN, LLC
                                                                                         5762 ANDASOL AVE
         **State the term remaining**      _____          ENCINO CA 91316

         **List the contract number of**   _____
         **any government contract**

Debtor    **Open Road Films, LLC**                                                                                    Case number *(if known)* **18-12012**

---

2.1102.  **Title of contract**          MASTER USE & SYNCHRONIZATION LICENSE DATED          **State the name and mailing address**
                                         SEPTEMBER 12,2013                                     **for all other parties with whom the**
                                                                                              **debtor has an executory contract or**
         **State what the contract or**   MUSIC LICENSE                                        **unexpired lease**
         **lease is for**

         **Nature of debtor's interest**  LICENSEE                                             MAKE IT RAIN, LLC D/B/A NINJA
                                                                                              TRACKS
         **State the term remaining**      _____                    5762 ANDASOL AVE
                                                                                              ENCINO CA 91316
         **List the contract number of**   _____
         **any government contract**

2.1103.  **Title of contract**          MASTER USE & SYNCHRONIZATION LICENSE DATED          **State the name and mailing address**
                                         NOVEMBER 22,2013                                      **for all other parties with whom the**
                                                                                              **debtor has an executory contract or**
         **State what the contract or**   MUSIC LICENSE                                        **unexpired lease**
         **lease is for**

         **Nature of debtor's interest**  LICENSEE                                             MAKE IT RAIN, LLC D/B/A NINJA
                                                                                              TRACKS
         **State the term remaining**      _____                    5762 ANDASOL AVE
                                                                                              ENCINO CA 91316
         **List the contract number of**   _____
         **any government contract**

2.1104.  **Title of contract**          MASTER USE & SYNCHRONIZATION LICENSE DATED          **State the name and mailing address**
                                         SEPTEMBER 12,2013                                     **for all other parties with whom the**
                                                                                              **debtor has an executory contract or**
         **State what the contract or**   MUSIC LICENSE                                        **unexpired lease**
         **lease is for**

         **Nature of debtor's interest**  LICENSEE                                             MAKE IT RAIN, LLC D/B/A NINJA
                                                                                              TRACKS
         **State the term remaining**      _____                    5762 ANDASOL AVE
                                                                                              ENCINO CA 91316
         **List the contract number of**   _____
         **any government contract**

2.1105.  **Title of contract**          MASTER USE & SYNCHRONIZATION LICENSE DATED          **State the name and mailing address**
                                         OCTOBER 30,2013                                       **for all other parties with whom the**
                                                                                              **debtor has an executory contract or**
         **State what the contract or**   MUSIC LICENSE                                        **unexpired lease**
         **lease is for**

         **Nature of debtor's interest**  LICENSEE                                             MAKE IT RAIN, LLC D/B/A NINJA
                                                                                              TRACKS
         **State the term remaining**      _____                    5762 ANDASOL AVE
                                                                                              ENCINO CA 91316
         **List the contract number of**   _____
         **any government contract**

2.1106.  **Title of contract**          MASTER USE & SYNCHRONIZATION LICENSE DATED          **State the name and mailing address**
                                         JUNE 20,2013                                          **for all other parties with whom the**
                                                                                              **debtor has an executory contract or**
         **State what the contract or**   MUSIC LICENSE                                        **unexpired lease**
         **lease is for**

         **Nature of debtor's interest**  LICENSEE                                             MAKE IT RAIN, LLC D/B/A NINJA
                                                                                              TRACKS
         **State the term remaining**      _____                    5762 ANDASOL AVE
                                                                                              ENCINO CA 91316
         **List the contract number of**   _____
         **any government contract**

---

Debtor   **Open Road Films, LLC**

Case number *(if known)* **18-12012**

| 2.1107. | Title of contract | MASTER USE & SYNCHRONIZATION LICENSE DATED SEPTEMBER 4,2014 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | MAKE IT RAIN, LLC D/B/A NINJA TRACKS |
| | State the term remaining | _____ | 5762 ANDASOL AVE ENCINO CA 91316 |
| | List the contract number of any government contract | _____ | |

| 2.1108. | Title of contract | MASTER USE & SYNCHRONIZATION LICENSE DATED JANUARY 14,2013 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | MAKE IT RAIN, LLC D/B/A NINJA TRACKS |
| | State the term remaining | _____ | 5762 ANDASOL AVE ENCINO CA 91316 |
| | List the contract number of any government contract | _____ | |

| 2.1109. | Title of contract | MASTER USE & SYNCHRONIZATION LICENSE DATED JANUARY 10,2015 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | MAKE IT RAIN, LLC D/B/A NINJA TRACKS |
| | State the term remaining | _____ | 5762 ANDASOL AVE ENCINO CA 91316 |
| | List the contract number of any government contract | _____ | |

| 2.1110. | Title of contract | THE GUNMAN - TRAILERS / ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED MARCH 2,2015 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | MAKE IT RAIN, LLC D/B/A NINJA TRACKS C/O WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP |
| | State the term remaining | _____ | 5762 ANDASOL AVE ENCINO CA 91316 |
| | List the contract number of any government contract | _____ | |

| 2.1111. | Title of contract | A MASTER USE & SYNCHRONIZATION LICENSE DATED MARCH 13,2015 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | MAKE IT RAIN, LLC D/B/A NINJA TRACKS C/O WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP |
| | State the term remaining | _____ | 5762 ANDASOL AVE ENCINO CA 91316 |
| | List the contract number of any government contract | _____ | |

Debtor   **Open Road Films, LLC**                                                      Case number *(if known)* **18-12012**

| 2.1112. | **Title of contract** | MASTER USE & SYNCHRONIZATION LICENSE DATED DECEMBER 8,2014 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | MAKE IT RAIN, LLC D/B/A NINJA TRACKS C/O WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP |
| | **State the term remaining** | _____ | 5762 ANDASOL AVE |
| | **List the contract number of any government contract** | _____ | ENCINO CA 91316 |

| 2.1113. | **Title of contract** | AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | VENDOR AGREEMENT | |
| | **Nature of debtor's interest** | CUSTOMER | MALCO THEATRES, INC. |
| | **State the term remaining** | _____ | PO BOX 171809 |
| | **List the contract number of any government contract** | _____ | MEMPHIS TN 38187-1809 |

| 2.1114. | **Title of contract** | AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | VENDOR AGREEMENT | |
| | **Nature of debtor's interest** | CUSTOMER | MARCUS THEATRES CORPORATION |
| | **State the term remaining** | _____ | 100 EAST WISCONSIN AVE STE 2000 |
| | **List the contract number of any government contract** | _____ | MILWAUKEE WI 53202 |

| 2.1115. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED AUGUST 30,2016 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | MARIPOSA LANE MUSIC, INC. |
| | **State the term remaining** | _____ | 557 VIA DE LA PAZ |
| | **List the contract number of any government contract** | _____ | PACIFIC PALISADES CA 90272 |

| 2.1116. | **Title of contract** | MASTER SERVICES AGREEMENT DATED APRIL 27, 2015 ADDENDUM NO.1 TO SOW NO.1 DATED DECEMBER 23, 2015 ADDENDUM NO.2 TO SOW NO.1 DATED DECEMBER 21, 2016 ADDENDUM NO.3 TO SOW NO.1 DATED DECEMBER 18, 2017 ADDENDUM NO.4 TO SOW NO.1 DATED MAY 22, 2018 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | | | MARK MONITOR, INC. PO BOX 71398 CHICAGO IL 60694 |
| | **State what the contract or lease is for** | VENDOR AGREEMENT | |
| | **Nature of debtor's interest** | CUSTOMER | |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

Debtor   **Open Road Films, LLC**                                       Case number *(if known)* **18-12012**

| | | |
|---|---|---|
| **2.1117.** **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED NOVEMBER 5,2015 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| **State what the contract or lease is for** | MUSIC LICENSE | |
| **Nature of debtor's interest** | LICENSEE | MARK THOMAS HANNAH D/B/A BOOMERANG! 514 SOUTH GAYLORD DR BURBANK CA 91505 |
| **State the term remaining** | _____ | |
| **List the contract number of any government contract** | _____ | |

| | | |
|---|---|---|
| **2.1118.** **Title of contract** | AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| **State what the contract or lease is for** | VENDOR AGREEMENT | |
| **Nature of debtor's interest** | CUSTOMER | MARKET FORCE INFORMATION, INC. PO BOX 671156 DALLAS TX 75267 |
| **State the term remaining** | _____ | |
| **List the contract number of any government contract** | _____ | |

| | | |
|---|---|---|
| **2.1119.** **Title of contract** | AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| **State what the contract or lease is for** | VENDOR AGREEMENT | |
| **Nature of debtor's interest** | CUSTOMER | MARKETCAST, LLC FILE 1434 1801 W OLYMPIC BLVD PASADENA CA 91199 |
| **State the term remaining** | _____ | |
| **List the contract number of any government contract** | _____ | |

| | | |
|---|---|---|
| **2.1120.** **Title of contract** | DISTRIBUTION RIGHTS ACQUISITION AGREEMENT DATED MARCH 14, 2016 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| **State what the contract or lease is for** | ACQUISITION AGREEMENT | |
| **Nature of debtor's interest** | DISTRIBUTOR | MARSHALL FILM, LLC 9100 WILSHIRE BLVD STE 535E BEVERLY HILLS CA 90212 |
| **State the term remaining** | _____ | |
| **List the contract number of any government contract** | _____ | |

| | | |
|---|---|---|
| **2.1121.** **Title of contract** | AMENDMENT NO. 1 TO DISTRIBUTION RIGHTS ACQUISITION AGREEMENT DATED SEPTEMBER 1, 2017 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| **State what the contract or lease is for** | ACQUISITION AGREEMENT | |
| **Nature of debtor's interest** | DISTRIBUTOR | MARSHALL FILM, LLC 9100 WILSHIRE BLVD STE 535E BEVERLY HILLS CA 90212 |
| **State the term remaining** | _____ | |
| **List the contract number of any government contract** | _____ | |

Debtor   **Open Road Films, LLC**                                      Case number *(if known)* **18-12012**

| 2.1122. | **Title of contract** | AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | VENDOR AGREEMENT | |
| | **Nature of debtor's interest** | CUSTOMER | MARTELL SOUND |
| | **State the term remaining** | | 2001 WILSHIRE BLVD #250 |
| | **List the contract number of any government contract** | | SANTA MONICA CA 90403 |

| 2.1123. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED MAY 25, 2018 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | MASSIVE NOISE MACHINE |
| | **State the term remaining** | | 36 BEVERLY RD |
| | **List the contract number of any government contract** | | MADISON NJ 07940 |

| 2.1124. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED MAY 21, 2018 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | MASSIVE NOISE MACHINE |
| | **State the term remaining** | | 36 BEVERLY RD |
| | **List the contract number of any government contract** | | MADISON NJ 07940 |

| 2.1125. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED JUNE 29,2016 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | MASSIVE NOISE MACHINE |
| | **State the term remaining** | | 36 BEVERLY RD |
| | **List the contract number of any government contract** | | MADISON NJ 07940 |

| 2.1126. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED AUGUST 27,2012 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | MASSIVE NOISE MACHINE |
| | **State the term remaining** | | 36 BEVERLY RD |
| | **List the contract number of any government contract** | | MADISON NJ 07940 |

Debtor   **Open Road Films, LLC**                                  Case number *(if known)* **18-12012**

2.1127.  **Title of contract**                    COMBINED SYNCHRONIZATION AND MASTER USE         **State the name and mailing address**
                                                   LICENSE AGREEMENT DATED AUGUST 30,2012          **for all other parties with whom the**
                                                                                                   **debtor has an executory contract or**
         **State what the contract or**            MUSIC LICENSE                                    **unexpired lease**
         **lease is for**

         **Nature of debtor's interest**           LICENSEE                                         MASSIVE NOISE MACHINE
                                                                                                    36 BEVERLY RD
         **State the term remaining**              _____                MADISON NJ 07940

         **List the contract number of**           _____
         **any government contract**

2.1128.  **Title of contract**                    COMBINED SYNCHRONIZATION AND MASTER USE         **State the name and mailing address**
                                                   LICENSE AGREEMENT DATED SEPTEMBER 11,2012       **for all other parties with whom the**
                                                                                                   **debtor has an executory contract or**
         **State what the contract or**            MUSIC LICENSE                                    **unexpired lease**
         **lease is for**

         **Nature of debtor's interest**           LICENSEE                                         MASSIVE NOISE MACHINE
                                                                                                    36 BEVERLY RD
         **State the term remaining**              _____                MADISON NJ 07940

         **List the contract number of**           _____
         **any government contract**

2.1129.  **Title of contract**                    COMBINED SYNCHRONIZATION AND MASTER USE         **State the name and mailing address**
                                                   LICENSE AGREEMENT DATED SEPTEMBER 12,2013       **for all other parties with whom the**
                                                                                                   **debtor has an executory contract or**
         **State what the contract or**            MUSIC LICENSE                                    **unexpired lease**
         **lease is for**

         **Nature of debtor's interest**           LICENSEE                                         MASSIVE NOISE MACHINE
                                                                                                    36 BEVERLY RD
         **State the term remaining**              _____                MADISON NJ 07940

         **List the contract number of**           _____
         **any government contract**

2.1130.  **Title of contract**                    COMBINED SYNCHRONIZATION AND MASTER USE         **State the name and mailing address**
                                                   LICENSE AGREEMENT DATED NOVEMBER 21,2013        **for all other parties with whom the**
                                                                                                   **debtor has an executory contract or**
         **State what the contract or**            MUSIC LICENSE                                    **unexpired lease**
         **lease is for**

         **Nature of debtor's interest**           LICENSEE                                         MASSIVE NOISE MACHINE
                                                                                                    36 BEVERLY RD
         **State the term remaining**              _____                MADISON NJ 07940

         **List the contract number of**           _____
         **any government contract**

2.1131.  **Title of contract**                    COMBINED SYNCHRONIZATION AND MASTER USE         **State the name and mailing address**
                                                   LICENSE AGREEMENT DATED NOVEMBER 14,2013        **for all other parties with whom the**
                                                                                                   **debtor has an executory contract or**
         **State what the contract or**            MUSIC LICENSE                                    **unexpired lease**
         **lease is for**

         **Nature of debtor's interest**           LICENSEE                                         MASSIVE NOISE MACHINE
                                                                                                    36 BEVERLY RD
         **State the term remaining**              _____                MADISON NJ 07940

         **List the contract number of**           _____
         **any government contract**

Debtor    **Open Road Films, LLC**                                                          Case number *(if known)* **18-12012**

2.1132.  **Title of contract**               COMBINED SYNCHRONIZATION AND MASTER USE          **State the name and mailing address**
                                             LICENSE AGREEMENT DATED MAY 25,2018              **for all other parties with whom the**
                                                                                             **debtor has an executory contract or**
         **State what the contract or**      MUSIC LICENSE                                   **unexpired lease**
         **lease is for**

         **Nature of debtor's interest**     LICENSEE                                        MASSIVE NOISE MACHINE
                                                                                             36 BEVERLY RD
         **State the term remaining**        _____               MADISON NJ 07940

         **List the contract number of**     _____
         **any government contract**

2.1133.  **Title of contract**               SYNCHRONIZATION AND MASTER USE TRAILER          **State the name and mailing address**
                                             LICENSE AGREEMENT DATED AUGUST 19,2011           **for all other parties with whom the**
                                                                                             **debtor has an executory contract or**
         **State what the contract or**      MUSIC LICENSE                                   **unexpired lease**
         **lease is for**

         **Nature of debtor's interest**     LICENSEE                                        MASSIVE NOISE MACHINE
                                                                                             36 BEVERLY RD
         **State the term remaining**        _____               MADISON NJ 07940

         **List the contract number of**     _____
         **any government contract**

2.1134.  **Title of contract**               COMBINED SYNCHRONIZATION AND MASTER USE          **State the name and mailing address**
                                             LICENSE AGREEMENT DATED AUGUST 26,2013           **for all other parties with whom the**
                                                                                             **debtor has an executory contract or**
         **State what the contract or**      MUSIC LICENSE                                   **unexpired lease**
         **lease is for**

         **Nature of debtor's interest**     LICENSEE                                        MASSIVE NOISE MACHINE
                                                                                             36 BEVERLY RD
         **State the term remaining**        _____               MADISON NJ 07940

         **List the contract number of**     _____
         **any government contract**

2.1135.  **Title of contract**               NIGHTCRAWLER - TRAILERS/ADVERTISING - COMBINED   **State the name and mailing address**
                                             SYNCHRONIZATION AND MASTER USE LICENSE           **for all other parties with whom the**
                                             AGREEMENT DATED OCTOBER 20,2014                  **debtor has an executory contract or**
                                                                                             **unexpired lease**
         **State what the contract or**      MUSIC LICENSE
         **lease is for**                                                                     MASSIVE NOISE MACHINE
                                                                                             36 BEVERLY RD
         **Nature of debtor's interest**     LICENSEE                                        MADISON NJ 07940

         **State the term remaining**        _____

         **List the contract number of**     _____
         **any government contract**

2.1136.  **Title of contract**               SABOTAGE - TRAILERS / ADVERTISING - COMBINED     **State the name and mailing address**
                                             SYNCHRONIZATION AND MASTER USE LICENSE           **for all other parties with whom the**
                                             AGREEMENT DATED NOVEMBER 19,2013                 **debtor has an executory contract or**
                                                                                             **unexpired lease**
         **State what the contract or**      MUSIC LICENSE
         **lease is for**                                                                     MASSIVE NOISE MACHINE
                                                                                             36 BEVERLY RD
         **Nature of debtor's interest**     LICENSEE                                        MADISON NJ 07940

         **State the term remaining**        _____

         **List the contract number of**     _____
         **any government contract**

Debtor    **Open Road Films, LLC**                                          Case number *(if known)* **18-12012**

| 2.1137. | Title of contract | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE DATED JANUARY 25,2013 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | MASSIVE NOISE MACHINE 36 BEVERLY RD MADISON NJ 07940 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.1138. | Title of contract | SILENT HILL: REVELATION 3D - TRAILERS / ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED OCTOBER 16,2012 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | MASSIVE NOISE MACHINE 36 BEVERLY RD MADISON NJ 07940 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.1139. | Title of contract | SILENT HILL: REVELATION 3D - TRAILERS / ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED JULY 23,2012 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | MASSIVE NOISE MACHINE 36 BEVERLY RD MADISON NJ 07940 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.1140. | Title of contract | SILENT HOUSE - TRAILERS / ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED FEBRUARY 24,2012 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | MASSIVE NOISE MACHINE 36 BEVERLY RD MADISON NJ 07940 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.1141. | Title of contract | SILENT HOUSE - TRAILERS / ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED MARCH 2,2012 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | MASSIVE NOISE MACHINE 36 BEVERLY RD MADISON NJ 07940 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

Debtor   **Open Road Films, LLC**                                                                 Case number *(if known)* **18-12012**

**2.1142.** **Title of contract**          SILENT HOUSE - TRAILERS / ADVERTISING - COMBINED        **State the name and mailing address**
                                           SYNCHRONIZATION AND MASTER USE LICENSE               **for all other parties with whom the**
                                           AGREEMENT DATED FEBRUARY 29,2012                     **debtor has an executory contract or**
                                                                                                **unexpired lease**
          **State what the contract or**   MUSIC LICENSE
          **lease is for**                                                                       MASSIVE NOISE MACHINE
                                                                                                 36 BEVERLY RD
          **Nature of debtor's interest**  LICENSEE                                              MADISON NJ 07940

          **State the term remaining**     _____

          **List the contract number of**  _____
          **any government contract**

**2.1143.** **Title of contract**          COMBINED SYNCHRONIZATION AND MASTER USE               **State the name and mailing address**
                                           LICENSE AGREEMENT DATED JULY 28,2016                 **for all other parties with whom the**
                                                                                                **debtor has an executory contract or**
          **State what the contract or**   MUSIC LICENSE                                        **unexpired lease**
          **lease is for**
                                                                                                 MASSIVE NOISE MACHINE
          **Nature of debtor's interest**  LICENSEE                                              36 BEVERLY RD
                                                                                                 MADISON NJ 07940
          **State the term remaining**     _____

          **List the contract number of**  _____
          **any government contract**

**2.1144.** **Title of contract**          COMBINED SYNCHRONIZATION AND MASTER USE               **State the name and mailing address**
                                           LICENSE AGREEMENT DATED OCTOBER 31,2012              **for all other parties with whom the**
                                                                                                **debtor has an executory contract or**
          **State what the contract or**   MUSIC LICENSE                                        **unexpired lease**
          **lease is for**
                                                                                                 MASSIVE NOISE MACHINE
          **Nature of debtor's interest**  LICENSEE                                              36 BEVERLY RD
                                                                                                 MADISON NJ 07940
          **State the term remaining**     _____

          **List the contract number of**  _____
          **any government contract**

**2.1145.** **Title of contract**          COMBINED SYNCHRONIZATION AND MASTER USE               **State the name and mailing address**
                                           LICENSE AGREEMENT DATED MARCH 11,2013                **for all other parties with whom the**
                                                                                                **debtor has an executory contract or**
          **State what the contract or**   MUSIC LICENSE                                        **unexpired lease**
          **lease is for**
                                                                                                 MASSIVE NOISE MACHINE
          **Nature of debtor's interest**  LICENSEE                                              36 BEVERLY RD
                                                                                                 MADISON NJ 07940
          **State the term remaining**     _____

          **List the contract number of**  _____
          **any government contract**

**2.1146.** **Title of contract**          COMBINED SYNCHRONIZATION AND MASTER USE               **State the name and mailing address**
                                           LICENSE AGREEMENT DATED JANUARY 22,2015              **for all other parties with whom the**
                                                                                                **debtor has an executory contract or**
          **State what the contract or**   MUSIC LICENSE                                        **unexpired lease**
          **lease is for**
                                                                                                 MASSIVE NOISE MACHINE
          **Nature of debtor's interest**  LICENSEE                                              36 BEVERLY RD
                                                                                                 MADISON NJ 07940
          **State the term remaining**     _____

          **List the contract number of**  _____
          **any government contract**

Debtor   **Open Road Films, LLC**                                      Case number *(if known)* **18-12012**

| | | |
|---|---|---|
| 2.1147. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED NOVEMBER 25,2014 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |

**State what the contract or lease is for**   MUSIC LICENSE

**Nature of debtor's interest**   LICENSEE        MASSIVE NOISE MACHINE
                                               36 BEVERLY RD
**State the term remaining**   _____   MADISON NJ 07940

**List the contract number of any government contract**   _____

---

2.1148.   **Title of contract**   COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED JANUARY 22,2015   **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**   MUSIC LICENSE

**Nature of debtor's interest**   LICENSEE        MASSIVE NOISE MACHINE
                                               36 BEVERLY RD
**State the term remaining**   _____   MADISON NJ 07940

**List the contract number of any government contract**   _____

---

2.1149.   **Title of contract**   COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED OCTOBER 22,2015   **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**   MUSIC LICENSE

**Nature of debtor's interest**   LICENSEE        MASSIVE NOISE MACHINE
                                               36 BEVERLY RD
**State the term remaining**   _____   MADISON NJ 07940

**List the contract number of any government contract**   _____

---

2.1150.   **Title of contract**   COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED JANUARY 10,2017   **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**   MUSIC LICENSE

**Nature of debtor's interest**   LICENSEE        MATADOR RECORDINGS, LLC
                                               17-19 ALMA RD
**State the term remaining**   _____   LONDON SW18 1AA
                                               UNITED KINGDOM
**List the contract number of any government contract**   _____

---

2.1151.   **Title of contract**   TERMS AND CONDITIONS DATED MAY 2, 2018   **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**   VENDOR AGREEMENT

**Nature of debtor's interest**   CUSTOMER        MEDIA CHAIN, LTD.
                                               127-129 PORTLAND ST
**State the term remaining**   _____   MANCHESTER GREATER MANCHE
                                               M14PZ
**List the contract number of any government contract**   _____   UNITED KINGDOM

Debtor    **Open Road Films, LLC**                                                    Case number *(if known)* **18-12012**

| 2.1152. | **Title of contract** | NO ASSUMPTION AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ASSUMPTION AGREEMENT | |
| | **Nature of debtor's interest** | DISTRIBUTOR | MEDIA ENTERTAINMENT AND ARTS ALLIANCE |
| | **State the term remaining** | | 245 CHALMERS ST |
| | **List the contract number of any government contract** | | REDFERN, NSW 2016 AUSTRALIA |

| 2.1153. | **Title of contract** | MASTER RECORDING AND SYNCHRONIZATION LICENSE DATED JANUARY 5,2012 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | MEDIA MANAGEMENT L.P., DBA MUSICBOX |
| | **State the term remaining** | | 266 KING ST W, SUITE 500 TORONTO ON M5V 1HA |
| | **List the contract number of any government contract** | | CANADA |

| 2.1154. | **Title of contract** | AGENCY AGREEMENT DATED AUGUST 15, 2011 SOW 3 DATED APRIL 1, 2015 AMENDMENT 3 TO SOW 3 DATED MAY 31, 2015 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | VENDOR AGREEMENT | |
| | **Nature of debtor's interest** | CUSTOMER | MEDIA STORM, LLC PO BOX 6411 |
| | **State the term remaining** | | BRATTLEBORO VT 05302 |
| | **List the contract number of any government contract** | | |

| 2.1155. | **Title of contract** | AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | VENDOR AGREEMENT | |
| | **Nature of debtor's interest** | CUSTOMER | MEGAPLEX THEATRES 9295 S STATE ST |
| | **State the term remaining** | | SANDY UT 84070 |
| | **List the contract number of any government contract** | | |

| 2.1156. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED AUGUST 10,2016 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | MEGATRAX PRODUCTION MUSIC 7629 FULTON AVE |
| | **State the term remaining** | | NORTH HOLLYWOOD CA 91605 |
| | **List the contract number of any government contract** | | |

Debtor **Open Road Films, LLC**                                    Case number *(if known)* **18-12012**

| | | |
|---|---|---|
| 2.1157. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED NOVEMBER 4,2014 |
| | **State what the contract or lease is for** | MUSIC LICENSE |
| | **Nature of debtor's interest** | LICENSEE |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

MEGATRAX PRODUCTION MUSIC, INC.
7629 FULTON AVE
NORTH HOLLYWOOD CA 91605

| | | |
|---|---|---|
| 2.1158. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED SEPTEMBER 19,2016 |
| | **State what the contract or lease is for** | MUSIC LICENSE |
| | **Nature of debtor's interest** | LICENSEE |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

MEGATRAX PRODUCTION MUSIC, INC.
7629 FULTON AVE
NORTH HOLLYWOOD CA 91605

| | | |
|---|---|---|
| 2.1159. | **Title of contract** | SYNCHRONIZATION AND MASTER USE LICENSE DATED NOVEMBER 20,2014 |
| | **State what the contract or lease is for** | MUSIC LICENSE |
| | **Nature of debtor's interest** | LICENSEE |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

MEGATRAX PRODUCTION MUSIC, INC.
7629 FULTON AVE
NORTH HOLLYWOOD CA 91605

| | | |
|---|---|---|
| 2.1160. | **Title of contract** | SYNCHRONIZATION AND MASTER USE LICENSE DATED SEPTEMBER 28,2016 |
| | **State what the contract or lease is for** | MUSIC LICENSE |
| | **Nature of debtor's interest** | LICENSEE |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

MEGATRAX PRODUCTION MUSIC, INC.
7629 FULTON AVE
NORTH HOLLYWOOD CA 91605

| | | |
|---|---|---|
| 2.1161. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT (TRAILERS/ADVERTISING) "BOT VS. BUILDING AND SPIN THE BRAIN" DATED OCTOBER 9,2012 |
| | **State what the contract or lease is for** | MUSIC LICENSE |
| | **Nature of debtor's interest** | LICENSEE |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

METHODIC DOUBT MUSIC, LLC
6427 W 87TH ST
LOS ANGELES CA 90045

Debtor    **Open Road Films, LLC**                                                        Case number *(if known)* **18-12012**

| 2.1162. | **Title of contract** | MASTER & SYNCHRONIZATION LICENSE AGREEMENT "BOT VS. BUILDING AND SPIN THE BRAIN" DATED OCTOBER 26,2012 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | METHODIC DOUBT MUSIC, LLC 6427 W 87TH ST LOS ANGELES CA 90045 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.1163. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED OCTOBER 5,2017 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | METHODIC DOUBT MUSIC, LLC 6427 W 87TH ST LOS ANGELES CA 90045 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.1164. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED APRIL 23,2012 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | METHODIC DOUBT MUSIC, LLC 6427 W 87TH ST LOS ANGELES CA 90045 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.1165. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED APRIL 23,2012 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | METHODIC DOUBT MUSIC, LLC 6427 W 87TH ST LOS ANGELES CA 90045 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.1166. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED APRIL 24,2012 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | METHODIC DOUBT MUSIC, LLC 6427 W 87TH ST LOS ANGELES CA 90045 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

Debtor   **Open Road Films, LLC**                                                                 Case number *(if known)* **18-12012**

| | | |
|---|---|---|
| 2.1167. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED SEPTEMBER 10,2012 |
| | **State what the contract or lease is for** | MUSIC LICENSE |
| | **Nature of debtor's interest** | LICENSEE |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

METHODIC DOUBT MUSIC, LLC
6427 W 87TH ST
LOS ANGELES CA 90045

| | | |
|---|---|---|
| 2.1168. | **Title of contract** | FIFTY SHADES OF BLACK - TRAILERS / ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED DECEMBER 17,2015 |
| | **State what the contract or lease is for** | MUSIC LICENSE |
| | **Nature of debtor's interest** | LICENSEE |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

METHODIC DOUBT MUSIC, LLC
6427 W 87TH ST
LOS ANGELES CA 90045

| | | |
|---|---|---|
| 2.1169. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED SEPTEMBER 12,2013 |
| | **State what the contract or lease is for** | MUSIC LICENSE |
| | **Nature of debtor's interest** | LICENSEE |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

METHODIC DOUBT MUSIC, LLC
6427 W 87TH ST
LOS ANGELES CA 90045

| | | |
|---|---|---|
| 2.1170. | **Title of contract** | MASTER & SYNCHRONIZATION LICENSE AGREEMENT DATED SEPTEMBER 18,2013 |
| | **State what the contract or lease is for** | MUSIC LICENSE |
| | **Nature of debtor's interest** | LICENSEE |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

METHODIC DOUBT MUSIC, LLC
6427 W 87TH ST
LOS ANGELES CA 90045

| | | |
|---|---|---|
| 2.1171. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED NOVEMBER 14,2013 |
| | **State what the contract or lease is for** | MUSIC LICENSE |
| | **Nature of debtor's interest** | LICENSEE |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

METHODIC DOUBT MUSIC, LLC
6427 W 87TH ST
LOS ANGELES CA 90045

Debtor    **Open Road Films, LLC**                                                      Case number *(if known)* **18-12012**

**2.1172.** **Title of contract**

COMBINED SYNCHRONIZATION AND MASTER USE
LICENSE AGREEMENT (TRAILERS/ADVERTISING)
"BUILDINGS GRYND BUILDER (ONE), BUILDINGS GRYND
BUILDER (TWO), AND CROWDED BUILDER (FULL)"
DATED MAY 14,2013

**State the name and mailing address
for all other parties with whom the
debtor has an executory contract or
unexpired lease**

**State what the contract or
lease is for**          MUSIC LICENSE

METHODIC DOUBT MUSIC, LLC
6427 W 87TH ST
LOS ANGELES CA 90045

**Nature of debtor's interest**          LICENSEE

**State the term remaining**          _____

**List the contract number of
any government contract**          _____

**2.1173.** **Title of contract**

MASTER & SYNCHRONIZATION LICENSE AGREEMENT
"BUILDINGS GRYND BUILDER (ONE), BUILDINGS GRYND
BUILDER (TWO), AND CROWDED BUILDER (FULL)"
DATED MAY 15,2013

**State the name and mailing address
for all other parties with whom the
debtor has an executory contract or
unexpired lease**

**State what the contract or
lease is for**          MUSIC LICENSE

METHODIC DOUBT MUSIC, LLC
6427 W 87TH ST
LOS ANGELES CA 90045

**Nature of debtor's interest**          LICENSEE

**State the term remaining**          _____

**List the contract number of
any government contract**          _____

**2.1174.** **Title of contract**

COMBINED SYNCHRONIZATION AND MASTER USE
LICENSE AGREEMENT DATED MAY 14,2013

**State the name and mailing address
for all other parties with whom the
debtor has an executory contract or
unexpired lease**

**State what the contract or
lease is for**          MUSIC LICENSE

METHODIC DOUBT MUSIC, LLC
6427 W 87TH ST
LOS ANGELES CA 90045

**Nature of debtor's interest**          LICENSEE

**State the term remaining**          _____

**List the contract number of
any government contract**          _____

**2.1175.** **Title of contract**

MASTER & SYNCHRONIZATION LICENSE AGREEMENT
DATED MAY 15,2013

**State the name and mailing address
for all other parties with whom the
debtor has an executory contract or
unexpired lease**

**State what the contract or
lease is for**          MUSIC LICENSE

METHODIC DOUBT MUSIC, LLC
6427 W 87TH ST
LOS ANGELES CA 90045

**Nature of debtor's interest**          LICENSEE

**State the term remaining**          _____

**List the contract number of
any government contract**          _____

**2.1176.** **Title of contract**

COMBINED SYNCHRONIZATION AND MASTER USE
LICENSE AGREEMENT DATED AUGUST 30,2016

**State the name and mailing address
for all other parties with whom the
debtor has an executory contract or
unexpired lease**

**State what the contract or
lease is for**          MUSIC LICENSE

METHODIC DOUBT MUSIC, LLC
6427 W 87TH ST
LOS ANGELES CA 90045

**Nature of debtor's interest**          LICENSEE

**State the term remaining**          _____

**List the contract number of
any government contract**          _____

Debtor   **Open Road Films, LLC**                                   Case number *(if known)* **18-12012**

2.1177.   **Title of contract**          NIGHTCRAWLER - TRAILERS/ADVERTISING - COMBINED          **State the name and mailing address**
                                         SYNCHRONIZATION AND MASTER USE LICENSE                  **for all other parties with whom the**
                                         AGREEMENT DATED AUGUST 19,2014                          **debtor has an executory contract or**
                                                                                                 **unexpired lease**

          **State what the contract or**   MUSIC LICENSE
          **lease is for**                                                                        METHODIC DOUBT MUSIC, LLC
                                                                                                 6427 W 87TH ST
          **Nature of debtor's interest**   LICENSEE                                              LOS ANGELES CA 90045

          **State the term remaining**    _____

          **List the contract number of**  _____
          **any government contract**

2.1178.   **Title of contract**          ROSEWATER - TRAILERS/ADVERTISING - COMBINED            **State the name and mailing address**
                                         SYNCHRONIZATION AND MASTER USE LICENSE                  **for all other parties with whom the**
                                         AGREEMENT DATED AUGUST 27,2014                          **debtor has an executory contract or**
                                                                                                 **unexpired lease**

          **State what the contract or**   MUSIC LICENSE
          **lease is for**                                                                        METHODIC DOUBT MUSIC, LLC
                                                                                                 6427 W 87TH ST
          **Nature of debtor's interest**   LICENSEE                                              LOS ANGELES CA 90045

          **State the term remaining**    _____

          **List the contract number of**  _____
          **any government contract**

2.1179.   **Title of contract**          SABOTAGE - TRAILERS / ADVERTISING - COMBINED           **State the name and mailing address**
                                         SYNCHRONIZATION AND MASTER USE LICENSE                  **for all other parties with whom the**
                                         AGREEMENT DATED NOVEMBER 19,2013                        **debtor has an executory contract or**
                                                                                                 **unexpired lease**

          **State what the contract or**   MUSIC LICENSE
          **lease is for**                                                                        METHODIC DOUBT MUSIC, LLC
                                                                                                 6427 W 87TH ST
          **Nature of debtor's interest**   LICENSEE                                              LOS ANGELES CA 90045

          **State the term remaining**    _____

          **List the contract number of**  _____
          **any government contract**

2.1180.   **Title of contract**          SILENT HILL: REVELATION 3D - TRAILERS / ADVERTISING    **State the name and mailing address**
                                         - COMBINED SYNCHRONIZATION AND MASTER USE               **for all other parties with whom the**
                                         LICENSE AGREEMENT DATED OCTOBER 8,2012                  **debtor has an executory contract or**
                                                                                                 **unexpired lease**

          **State what the contract or**   MUSIC LICENSE
          **lease is for**                                                                        METHODIC DOUBT MUSIC, LLC
                                                                                                 6427 W 87TH ST
          **Nature of debtor's interest**   LICENSEE                                              LOS ANGELES CA 90045

          **State the term remaining**    _____

          **List the contract number of**  _____
          **any government contract**

Debtor   **Open Road Films, LLC**

Case number *(if known)* **18-12012**

**2.1181.** **Title of contract**

SILENT HOUSE - TRAILERS / ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED JANUARY 5,2012

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**

MUSIC LICENSE

**Nature of debtor's interest**

LICENSEE

METHODIC DOUBT MUSIC, LLC
6427 W 87TH ST
LOS ANGELES CA 90045

**State the term remaining**

_____

**List the contract number of any government contract**

_____

**2.1182.** **Title of contract**

COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED NOVEMBER 5,2015

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**

MUSIC LICENSE

**Nature of debtor's interest**

LICENSEE

METHODIC DOUBT MUSIC, LLC
6427 W 87TH ST
LOS ANGELES CA 90045

**State the term remaining**

_____

**List the contract number of any government contract**

_____

**2.1183.** **Title of contract**

COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED OCTOBER 27,2015

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**

MUSIC LICENSE

**Nature of debtor's interest**

LICENSEE

METHODIC DOUBT MUSIC, LLC
6427 W 87TH ST
LOS ANGELES CA 90045

**State the term remaining**

_____

**List the contract number of any government contract**

_____

**2.1184.** **Title of contract**

COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED OCTOBER 26,2015

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**

MUSIC LICENSE

**Nature of debtor's interest**

LICENSEE

METHODIC DOUBT MUSIC, LLC
6427 W 87TH ST
LOS ANGELES CA 90045

**State the term remaining**

_____

**List the contract number of any government contract**

_____

**2.1185.** **Title of contract**

THE GREY - TRAILERS / ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED JANUARY 10,2012

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**

MUSIC LICENSE

**Nature of debtor's interest**

LICENSEE

METHODIC DOUBT MUSIC, LLC
6427 W 87TH ST
LOS ANGELES CA 90045

**State the term remaining**

_____

**List the contract number of any government contract**

_____

Debtor   **Open Road Films, LLC**                                      Case number *(if known)* **18-12012**

**2.1186.** **Title of contract**          THE GUNMAN - TRAILERS / ADVERTISING - COMBINED     **State the name and mailing address**
                                           SYNCHRONIZATION AND MASTER USE LICENSE            **for all other parties with whom the**
                                           AGREEMENT DATED FEBRUARY 17,2015                  **debtor has an executory contract or**
                                                                                             **unexpired lease**
         **State what the contract or**    MUSIC LICENSE
         **lease is for**                                                                    METHODIC DOUBT MUSIC, LLC
                                                                                             6427 W 87TH ST
         **Nature of debtor's interest**   LICENSEE                                          LOS ANGELES CA 90045

         **State the term remaining**      _____

         **List the contract number of**  _____
         **any government contract**

**2.1187.** **Title of contract**          THE GUNMAN - TRAILERS / ADVERTISING - COMBINED     **State the name and mailing address**
                                           SYNCHRONIZATION AND MASTER USE LICENSE            **for all other parties with whom the**
                                           AGREEMENT DATED DECEMBER 3,2014                   **debtor has an executory contract or**
                                                                                             **unexpired lease**
         **State what the contract or**    MUSIC LICENSE
         **lease is for**                                                                    METHODIC DOUBT MUSIC, LLC
                                                                                             6427 W 87TH ST
         **Nature of debtor's interest**   LICENSEE                                          LOS ANGELES CA 90045

         **State the term remaining**      _____

         **List the contract number of**  _____
         **any government contract**

**2.1188.** **Title of contract**          THE GUNMAN - TRAILERS / ADVERTISING - COMBINED     **State the name and mailing address**
                                           SYNCHRONIZATION AND MASTER USE LICENSE            **for all other parties with whom the**
                                           AGREEMENT DATED FEBRUARY 17,2015                  **debtor has an executory contract or**
                                                                                             **unexpired lease**
         **State what the contract or**    MUSIC LICENSE
         **lease is for**                                                                    METHODIC DOUBT MUSIC, LLC
                                                                                             6427 W 87TH ST
         **Nature of debtor's interest**   LICENSEE                                          LOS ANGELES CA 90045

         **State the term remaining**      _____

         **List the contract number of**  _____
         **any government contract**

**2.1189.** **Title of contract**          COMBINED SYNCHRONIZATION AND MASTER USE            **State the name and mailing address**
                                           LICENSE AGREEMENT DATED FEBRUARY 12,2013          **for all other parties with whom the**
                                                                                             **debtor has an executory contract or**
                                                                                             **unexpired lease**
         **State what the contract or**    MUSIC LICENSE
         **lease is for**                                                                    METHODIC DOUBT MUSIC, LLC
                                                                                             6427 W 87TH ST
         **Nature of debtor's interest**   LICENSEE                                          LOS ANGELES CA 90045

         **State the term remaining**      _____

         **List the contract number of**  _____
         **any government contract**

**2.1190.** **Title of contract**          MASTER & SYNCHRONIZATION LICENSE AGREEMENT         **State the name and mailing address**
                                           DATED FEBRUARY 21,2013                            **for all other parties with whom the**
                                                                                             **debtor has an executory contract or**
                                                                                             **unexpired lease**
         **State what the contract or**    MUSIC LICENSE
         **lease is for**                                                                    METHODIC DOUBT MUSIC, LLC
                                                                                             6427 W 87TH ST
         **Nature of debtor's interest**   LICENSEE                                          LOS ANGELES CA 90045

         **State the term remaining**      _____

         **List the contract number of**  _____
         **any government contract**

Debtor    **Open Road Films, LLC**                                          Case number *(if known)* **18-12012**

| | | |
|---|---|---|
| 2.1191. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED FEBRUARY 7,2013 |
| | **State what the contract or lease is for** | MUSIC LICENSE |
| | **Nature of debtor's interest** | LICENSEE |
| | **State the term remaining** | _____ |
| | **List the contract number of any government contract** | _____ |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

METHODIC DOUBT MUSIC, LLC
6427 W 87TH ST
LOS ANGELES CA 90045

| | | |
|---|---|---|
| 2.1192. | **Title of contract** | MASTER & SYNCHRONIZATION LICENSE AGREEMENT DATED FEBRUARY 21,2013 |
| | **State what the contract or lease is for** | MUSIC LICENSE |
| | **Nature of debtor's interest** | LICENSEE |
| | **State the term remaining** | _____ |
| | **List the contract number of any government contract** | _____ |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

METHODIC DOUBT MUSIC, LLC
6427 W 87TH ST
LOS ANGELES CA 90045

| | | |
|---|---|---|
| 2.1193. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED DECEMBER 12,2014 |
| | **State what the contract or lease is for** | MUSIC LICENSE |
| | **Nature of debtor's interest** | LICENSEE |
| | **State the term remaining** | _____ |
| | **List the contract number of any government contract** | _____ |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

METHODIC DOUBT MUSIC, LLC
6427 W 87TH ST
LOS ANGELES CA 90045

| | | |
|---|---|---|
| 2.1194. | **Title of contract** | MIDNIGHT SUN BINDING SHORT FORM DISTRIBUTION AGREEMENT DATED OCTOBER 6, 2016 |
| | **State what the contract or lease is for** | ACQUISITION AGREEMENT |
| | **Nature of debtor's interest** | DISTRIBUTOR |
| | **State the term remaining** | _____ |
| | **List the contract number of any government contract** | _____ |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

MIDNIGHT SUN, LLC
300 S 4TH ST
LAS VEGAS NV 89101

| | | |
|---|---|---|
| 2.1195. | **Title of contract** | AMENDMENT NO. 1 TO BINDING SHORT FORM DISTRIBUTION AGREEMENT DATED APRIL 20, 2017 |
| | **State what the contract or lease is for** | ACQUISITION AGREEMENT |
| | **Nature of debtor's interest** | DISTRIBUTOR |
| | **State the term remaining** | _____ |
| | **List the contract number of any government contract** | _____ |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

MIDNIGHT SUN, LLC
300 S 4TH ST
LAS VEGAS NV 89101

Debtor  **Open Road Films, LLC**

Case number *(if known)* **18-12012**

---

| 2.1196. | **Title of contract** | AMENDMENT NO. 2 TO BINDING SHORT FORM DISTRIBUTION AGREEMENT DATED JUNE 28, 2017 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ACQUISITION AGREEMENT | |
| | **Nature of debtor's interest** | DISTRIBUTOR | MIDNIGHT SUN, LLC<br>300 S 4TH ST<br>LAS VEGAS NV 89101 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.1197. | **Title of contract** | MASTER USE LICENSE AGREEMENT DATED OCTOBER 16,2012 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | MILAN ENTERTAINMENT, INC.<br>3630 TACOMA AVE<br>LOS ANGELES CA 90065 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.1198. | **Title of contract** | AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | VENDOR AGREEMENT | |
| | **Nature of debtor's interest** | CUSTOMER | MJR DIGITAL CINEMAS<br>41000 WOODWARD AVE<br>STE 135 EAST<br>BLOOMFIELD HILLS MI 48304 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.1199. | **Title of contract** | STANDARD TERMS AND CONDITIONS - VENDORS DATED MAY 1, 2013 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | VENDOR AGREEMENT | |
| | **Nature of debtor's interest** | CUSTOMER | MOCEAN PICTURES, LLC<br>2440 S SEPULVEDA BLVD STE 150<br>LOS ANGELES CA 90064 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.1200. | **Title of contract** | SILENT HILL: REVELATION 3D - TRAILERS / ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED JULY 23,2012 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | MOCEAN PICTURES, LLC<br>2440 S SEPULVEDA BLVD STE 150<br>LOS ANGELES CA 90064 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

Debtor  **Open Road Films, LLC**                                                    Case number *(if known)* **18-12012**

| | | |
|---|---|---|
| **2.1201.** | **Title of contract** | SILENT HOUSE - TRAILERS / ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED JANUARY 5,2012 |
| | **State what the contract or lease is for** | MUSIC LICENSE |
| | **Nature of debtor's interest** | LICENSEE |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

MOCEAN PICTURES, LLC
2440 S SEPULVEDA BLVD STE 150
LOS ANGELES CA 90064

| | | |
|---|---|---|
| **2.1202.** | **Title of contract** | THE FLUFFY MOVIE - TRAILERS / ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED JULY 18,2014 |
| | **State what the contract or lease is for** | MUSIC LICENSE |
| | **Nature of debtor's interest** | LICENSEE |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

MOCEAN PICTURES, LLC
2440 S SEPULVEDA BLVD STE 150
LOS ANGELES CA 90064

| | | |
|---|---|---|
| **2.1203.** | **Title of contract** | THE GREY - TRAILERS / ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED NOVEMBER 30,2011 |
| | **State what the contract or lease is for** | MUSIC LICENSE |
| | **Nature of debtor's interest** | LICENSEE |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

MOCEAN PICTURES, LLC
2440 S SEPULVEDA BLVD STE 150
LOS ANGELES CA 90064

| | | |
|---|---|---|
| **2.1204.** | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED JUNE 29,2016 |
| | **State what the contract or lease is for** | MUSIC LICENSE |
| | **Nature of debtor's interest** | LICENSEE |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

MONKEYPOP MUSIC, LLC
8156 WARING AVE
LOS ANGELES CA 90046

| | | |
|---|---|---|
| **2.1205.** | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED MAY 25, 2018 |
| | **State what the contract or lease is for** | MUSIC LICENSE |
| | **Nature of debtor's interest** | LICENSEE |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

MONTAGE MUSIC, LLC
20485 ROCA CHICA DR
MALIBU CA 90265

Debtor    **Open Road Films, LLC**                                                                  Case number *(if known)* **18-12012**

**2.1206.**  **Title of contract**                     COMBINED SYNCHRONIZATION AND MASTER USE          **State the name and mailing address**
                                                       LICENSE AGREEMENT (TRAILERS/ADVERTISING)         **for all other parties with whom the**
                                                       "HYBRID TOOLS - SUCKBACKS, HYBRID TOOLS - RISES, **debtor has an executory contract or**
                                                       HYBRID TOOLS - BURSTS, JERK PULSE" DATED         **unexpired lease**
                                                       NOVEMBER 30,2012

         **State what the contract or**                MUSIC LICENSE                                    MONTAGE MUSIC, LLC
         **lease is for**                                                                               20485 ROCA CHICA DR
                                                                                                        MALIBU CA 90265
         **Nature of debtor's interest**               LICENSEE

         **State the term remaining**                  _____

         **List the contract number of**               _____
         **any government contract**

**2.1207.**  **Title of contract**                     COMBINED SYNCHRONIZATION AND MASTER USE          **State the name and mailing address**
                                                       LICENSE AGREEMENT (TRAILERS/ADVERTISING)         **for all other parties with whom the**
                                                       "HYBRID TOOLS - DARK HITS" DATED DECEMBER        **debtor has an executory contract or**
                                                       17,2012                                          **unexpired lease**

         **State what the contract or**                MUSIC LICENSE                                    MONTAGE MUSIC, LLC
         **lease is for**                                                                               20485 ROCA CHICA DR
                                                                                                        MALIBU CA 90265
         **Nature of debtor's interest**               LICENSEE

         **State the term remaining**                  _____

         **List the contract number of**               _____
         **any government contract**

**2.1208.**  **Title of contract**                     COMBINED SYNCHRONIZATION AND MASTER USE          **State the name and mailing address**
                                                       LICENSE AGREEMENT DATED JULY 30,2018             **for all other parties with whom the**
                                                                                                        **debtor has an executory contract or**
         **State what the contract or**                MUSIC LICENSE                                    **unexpired lease**
         **lease is for**
                                                                                                        MONTAGE MUSIC, LLC
         **Nature of debtor's interest**               LICENSEE                                         20485 ROCA CHICA DR
                                                                                                        MALIBU CA 90265
         **State the term remaining**                  _____

         **List the contract number of**               _____
         **any government contract**

**2.1209.**  **Title of contract**                     COMBINED SYNCHRONIZATION AND MASTER USE          **State the name and mailing address**
                                                       LICENSE AGREEMENT DATED MAY 8,2018               **for all other parties with whom the**
                                                                                                        **debtor has an executory contract or**
         **State what the contract or**                MUSIC LICENSE                                    **unexpired lease**
         **lease is for**
                                                                                                        MONTAGE MUSIC, LLC
         **Nature of debtor's interest**               LICENSEE                                         20485 ROCA CHICA DR
                                                                                                        MALIBU CA 90265
         **State the term remaining**                  _____

         **List the contract number of**               _____
         **any government contract**

**2.1210.**  **Title of contract**                     COMBINED SYNCHRONIZATION AND MASTER USE          **State the name and mailing address**
                                                       LICENSE AGREEMENT DATED NOVEMBER 17,2016         **for all other parties with whom the**
                                                                                                        **debtor has an executory contract or**
         **State what the contract or**                MUSIC LICENSE                                    **unexpired lease**
         **lease is for**
                                                                                                        MONTAGE MUSIC, LLC
         **Nature of debtor's interest**               LICENSEE                                         20485 ROCA CHICA DR
                                                                                                        MALIBU CA 90265
         **State the term remaining**                  _____

         **List the contract number of**               _____
         **any government contract**

Debtor   **Open Road Films, LLC**                                                                    Case number *(if known)* **18-12012**

---

2.1211. **Title of contract**                COMBINED SYNCHRONIZATION AND MASTER USE          **State the name and mailing address**
                                             LICENSE AGREEMENT DATED JUNE 29,2016              **for all other parties with whom the**
                                                                                              **debtor has an executory contract or**
         **State what the contract or**      MUSIC LICENSE                                    **unexpired lease**
         **lease is for**

         **Nature of debtor's interest**     LICENSEE                                         MONTAGE MUSIC, LLC
                                                                                              20485 ROCA CHICA DR
         **State the term remaining**        _____          MALIBU CA 90265

         **List the contract number of**     _____
         **any government contract**

2.1212. **Title of contract**                COMBINED SYNCHRONIZATION AND MASTER USE          **State the name and mailing address**
                                             LICENSE AGREEMENT DATED MAY 15,2015               **for all other parties with whom the**
                                                                                              **debtor has an executory contract or**
         **State what the contract or**      MUSIC LICENSE                                    **unexpired lease**
         **lease is for**

         **Nature of debtor's interest**     LICENSEE                                         MONTAGE MUSIC, LLC
                                                                                              20485 ROCA CHICA DR
         **State the term remaining**        _____          MALIBU CA 90265

         **List the contract number of**     _____
         **any government contract**

2.1213. **Title of contract**                COMBINED SYNCHRONIZATION AND MASTER USE          **State the name and mailing address**
                                             LICENSE AGREEMENT DATED MAY 21,2015               **for all other parties with whom the**
                                                                                              **debtor has an executory contract or**
         **State what the contract or**      MUSIC LICENSE                                    **unexpired lease**
         **lease is for**

         **Nature of debtor's interest**     LICENSEE                                         MONTAGE MUSIC, LLC
                                                                                              20485 ROCA CHICA DR
         **State the term remaining**        _____          MALIBU CA 90265

         **List the contract number of**     _____
         **any government contract**

2.1214. **Title of contract**                COMBINED SYNCHRONIZATION AND MASTER USE          **State the name and mailing address**
                                             LICENSE AGREEMENT DATED APRIL 23,2012             **for all other parties with whom the**
                                                                                              **debtor has an executory contract or**
         **State what the contract or**      MUSIC LICENSE                                    **unexpired lease**
         **lease is for**

         **Nature of debtor's interest**     LICENSEE                                         MONTAGE MUSIC, LLC
                                                                                              20485 ROCA CHICA DR
         **State the term remaining**        _____          MALIBU CA 90265

         **List the contract number of**     _____
         **any government contract**

2.1215. **Title of contract**                COMBINED SYNCHRONIZATION AND MASTER USE          **State the name and mailing address**
                                             LICENSE AGREEMENT DATED APRIL 23,2012             **for all other parties with whom the**
                                                                                              **debtor has an executory contract or**
         **State what the contract or**      MUSIC LICENSE                                    **unexpired lease**
         **lease is for**

         **Nature of debtor's interest**     LICENSEE                                         MONTAGE MUSIC, LLC
                                                                                              20485 ROCA CHICA DR
         **State the term remaining**        _____          MALIBU CA 90265

         **List the contract number of**     _____
         **any government contract**

---

Debtor    **Open Road Films, LLC**                                          Case number *(if known)* **18-12012**

| 2.1216. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED SEPTEMBER 10,2012 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | MONTAGE MUSIC, LLC 20485 ROCA CHICA DR MALIBU CA 90265 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.1217. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED APRIL 14,2014 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | MONTAGE MUSIC, LLC 20485 ROCA CHICA DR MALIBU CA 90265 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.1218. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED SEPTEMBER 12,2013 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | MONTAGE MUSIC, LLC 20485 ROCA CHICA DR MALIBU CA 90265 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.1219. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED NOVEMBER 14,2013 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | MONTAGE MUSIC, LLC 20485 ROCA CHICA DR MALIBU CA 90265 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.1220. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED NOVEMBER 19,2013 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | MONTAGE MUSIC, LLC 20485 ROCA CHICA DR MALIBU CA 90265 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

Debtor    **Open Road Films, LLC**                                      Case number *(if known)* **18-12012**

| 2.1221. | Title of contract | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED MAY 25,2018 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | MONTAGE MUSIC, LLC 20485 ROCA CHICA DR MALIBU CA 90265 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.1222. | Title of contract | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED JULY 27,2013 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | MONTAGE MUSIC, LLC 20485 ROCA CHICA DR MALIBU CA 90265 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.1223. | Title of contract | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED DECEMBER 14,2017 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | MONTAGE MUSIC, LLC 20485 ROCA CHICA DR MALIBU CA 90265 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.1224. | Title of contract | NIGHTCRAWLER - TRAILERS/ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED AUGUST 19,2014 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | MONTAGE MUSIC, LLC 20485 ROCA CHICA DR MALIBU CA 90265 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.1225. | Title of contract | NIGHTCRAWLER - TRAILERS/ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED OCTOBER 9,2014 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | MONTAGE MUSIC, LLC 20485 ROCA CHICA DR MALIBU CA 90265 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

Debtor   **Open Road Films, LLC**                                                          Case number *(if known)* **18-12012**

**2.1226.** **Title of contract**                NIGHTCRAWLER - TRAILERS/ADVERTISING - COMBINED     **State the name and mailing address**
                                                 SYNCHRONIZATION AND MASTER USE LICENSE            **for all other parties with whom the**
                                                 AGREEMENT DATED SEPTEMBER 26,2014                 **debtor has an executory contract or**
                                                                                                   **unexpired lease**
          **State what the contract or**         MUSIC LICENSE
          **lease is for**                                                                         MONTAGE MUSIC, LLC
                                                                                                   20485 ROCA CHICA DR
          **Nature of debtor's interest**        LICENSEE                                          MALIBU CA 90265

          **State the term remaining**           _____

          **List the contract number of**        _____
          **any government contract**

**2.1227.** **Title of contract**                THE NUT JOB 2 - TRAILERS/ADVERTISING - COMBINED   **State the name and mailing address**
                                                 SYNCHRONIZATION AND MASTER USE LICENSE            **for all other parties with whom the**
                                                 AGREEMENT DATED DECEMBER 21,2016                  **debtor has an executory contract or**
                                                                                                   **unexpired lease**
          **State what the contract or**         MUSIC LICENSE
          **lease is for**                                                                         MONTAGE MUSIC, LLC
                                                                                                   20485 ROCA CHICA DR
          **Nature of debtor's interest**        LICENSEE                                          MALIBU CA 90265

          **State the term remaining**           _____

          **List the contract number of**        _____
          **any government contract**

**2.1228.** **Title of contract**                ROSEWATER - TRAILERS/ADVERTISING - COMBINED       **State the name and mailing address**
                                                 SYNCHRONIZATION AND MASTER USE LICENSE            **for all other parties with whom the**
                                                 AGREEMENT DATED NOVEMBER 11,2014                  **debtor has an executory contract or**
                                                                                                   **unexpired lease**
          **State what the contract or**         MUSIC LICENSE
          **lease is for**                                                                         MONTAGE MUSIC, LLC
                                                                                                   20485 ROCA CHICA DR
          **Nature of debtor's interest**        LICENSEE                                          MALIBU CA 90265

          **State the term remaining**           _____

          **List the contract number of**        _____
          **any government contract**

**2.1229.** **Title of contract**                SABOTAGE - TRAILERS / ADVERTISING - COMBINED      **State the name and mailing address**
                                                 SYNCHRONIZATION AND MASTER USE LICENSE            **for all other parties with whom the**
                                                 AGREEMENT DATED NOVEMBER 19,2013                  **debtor has an executory contract or**
                                                                                                   **unexpired lease**
          **State what the contract or**         MUSIC LICENSE
          **lease is for**                                                                         MONTAGE MUSIC, LLC
                                                                                                   20485 ROCA CHICA DR
          **Nature of debtor's interest**        LICENSEE                                          MALIBU CA 90265

          **State the term remaining**           _____

          **List the contract number of**        _____
          **any government contract**

**2.1230.** **Title of contract**                SABOTAGE - TRAILERS / ADVERTISING - COMBINED      **State the name and mailing address**
                                                 SYNCHRONIZATION AND MASTER USE LICENSE            **for all other parties with whom the**
                                                 AGREEMENT DATED NOVEMBER 19,2013                  **debtor has an executory contract or**
                                                                                                   **unexpired lease**
          **State what the contract or**         MUSIC LICENSE
          **lease is for**                                                                         MONTAGE MUSIC, LLC
                                                                                                   20485 ROCA CHICA DR
          **Nature of debtor's interest**        LICENSEE                                          MALIBU CA 90265

          **State the term remaining**           _____

          **List the contract number of**        _____
          **any government contract**

Debtor **Open Road Films, LLC**

Case number *(if known)* **18-12012**

| | | |
|---|---|---|
| 2.1231. | **Title of contract** | SHOW DOGS - TRAILERS / ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED JANUARY 5,2018 |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | |
|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE |
| | **Nature of debtor's interest** | LICENSEE |
| | **State the term remaining** | _____ |
| | **List the contract number of any government contract** | _____ |

MONTAGE MUSIC, LLC
20485 ROCA CHICA DR
MALIBU CA 90265

| | | |
|---|---|---|
| 2.1232. | **Title of contract** | SHOW DOGS - TRAILERS / ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED MARCH 7,2018 |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | |
|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE |
| | **Nature of debtor's interest** | LICENSEE |
| | **State the term remaining** | _____ |
| | **List the contract number of any government contract** | _____ |

MONTAGE MUSIC, LLC
20485 ROCA CHICA DR
MALIBU CA 90265

| | | |
|---|---|---|
| 2.1233. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE DATED OCTOBER 16,2012 |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | |
|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE |
| | **Nature of debtor's interest** | LICENSEE |
| | **State the term remaining** | _____ |
| | **List the contract number of any government contract** | _____ |

MONTAGE MUSIC, LLC
20485 ROCA CHICA DR
MALIBU CA 90265

| | | |
|---|---|---|
| 2.1234. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE DATED JANUARY 7,2013 |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | |
|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE |
| | **Nature of debtor's interest** | LICENSEE |
| | **State the term remaining** | _____ |
| | **List the contract number of any government contract** | _____ |

MONTAGE MUSIC, LLC
20485 ROCA CHICA DR
MALIBU CA 90265

| | | |
|---|---|---|
| 2.1235. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE DATED JANUARY 25,2013 |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | |
|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE |
| | **Nature of debtor's interest** | LICENSEE |
| | **State the term remaining** | _____ |
| | **List the contract number of any government contract** | _____ |

MONTAGE MUSIC, LLC
20485 ROCA CHICA DR
MALIBU CA 90265

Debtor    **Open Road Films, LLC**                                                    Case number *(if known)* **18-12012**

**2.1236.** **Title of contract**          SILENT HILL: REVELATION 3D - TRAILERS / ADVERTISING    **State the name and mailing address**
                                       - COMBINED SYNCHRONIZATION AND MASTER USE    **for all other parties with whom the**
                                       LICENSE AGREEMENT DATED OCTOBER 17,2012    **debtor has an executory contract or**
                                                                                   **unexpired lease**

    **State what the contract or**   MUSIC LICENSE
    **lease is for**                                                         MONTAGE MUSIC, LLC
                                                                                   20485 ROCA CHICA DR
    **Nature of debtor's interest**  LICENSEE                          MALIBU CA 90265

    **State the term remaining**      _____

    **List the contract number of**   _____
    **any government contract**

**2.1237.** **Title of contract**          SILENT HILL: REVELATION 3D - TRAILERS / ADVERTISING    **State the name and mailing address**
                                       - COMBINED SYNCHRONIZATION AND MASTER USE    **for all other parties with whom the**
                                       LICENSE AGREEMENT DATED JULY 23,2012    **debtor has an executory contract or**
                                                                                   **unexpired lease**

    **State what the contract or**   MUSIC LICENSE
    **lease is for**                                                         MONTAGE MUSIC, LLC
                                                                                   20485 ROCA CHICA DR
    **Nature of debtor's interest**  LICENSEE                          MALIBU CA 90265

    **State the term remaining**      _____

    **List the contract number of**   _____
    **any government contract**

**2.1238.** **Title of contract**          SLEEPLESS - TRAILERS / ADVERTISING - COMBINED    **State the name and mailing address**
                                       SYNCHRONIZATION AND MASTER USE LICENSE    **for all other parties with whom the**
                                       AGREEMENT DATED SEPTEMBER 20,2016    **debtor has an executory contract or**
                                                                                   **unexpired lease**

    **State what the contract or**   MUSIC LICENSE
    **lease is for**                                                         MONTAGE MUSIC, LLC
                                                                                   20485 ROCA CHICA DR
    **Nature of debtor's interest**  LICENSEE                          MALIBU CA 90265

    **State the term remaining**      _____

    **List the contract number of**   _____
    **any government contract**

**2.1239.** **Title of contract**          SLEEPLESS - TRAILERS / ADVERTISING - COMBINED    **State the name and mailing address**
                                       SYNCHRONIZATION AND MASTER USE LICENSE    **for all other parties with whom the**
                                       AGREEMENT DATED SEPTEMBER 20,2016    **debtor has an executory contract or**
                                                                                   **unexpired lease**

    **State what the contract or**   MUSIC LICENSE
    **lease is for**                                                         MONTAGE MUSIC, LLC
                                                                                   20485 ROCA CHICA DR
    **Nature of debtor's interest**  LICENSEE                          MALIBU CA 90265

    **State the term remaining**      _____

    **List the contract number of**   _____
    **any government contract**

**2.1240.** **Title of contract**          COMBINED SYNCHRONIZATION AND MASTER USE    **State the name and mailing address**
                                       LICENSE AGREEMENT DATED JULY 15,2016    **for all other parties with whom the**
                                                                                   **debtor has an executory contract or**
                                                                                   **unexpired lease**

    **State what the contract or**   MUSIC LICENSE
    **lease is for**                                                         MONTAGE MUSIC, LLC
                                                                                   20485 ROCA CHICA DR
    **Nature of debtor's interest**  LICENSEE                          MALIBU CA 90265

    **State the term remaining**      _____

    **List the contract number of**   _____
    **any government contract**

Debtor  **Open Road Films, LLC**                                    Case number *(if known)* **18-12012**

| 2.1241. | Title of contract | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED JUNE 22,2015 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | MONTAGE MUSIC, LLC 20485 ROCA CHICA DR MALIBU CA 90265 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.1242. | Title of contract | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED AUGUST 22,2016 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | MONTAGE MUSIC, LLC 20485 ROCA CHICA DR MALIBU CA 90265 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.1243. | Title of contract | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED JULY 12,2016 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | MONTAGE MUSIC, LLC 20485 ROCA CHICA DR MALIBU CA 90265 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.1244. | Title of contract | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED FEBRUARY 14,2017 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | MONTAGE MUSIC, LLC 20485 ROCA CHICA DR MALIBU CA 90265 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.1245. | Title of contract | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED JULY 15,2015 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | MONTAGE MUSIC, LLC 20485 ROCA CHICA DR MALIBU CA 90265 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

Debtor   **Open Road Films, LLC**                                          Case number *(if known)* **18-12012**

| 2.1246. | Title of contract | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED OCTOBER 5,2015 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | MONTAGE MUSIC, LLC 20485 ROCA CHICA DR MALIBU CA 90265 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.1247. | Title of contract | THE GREY - TRAILERS / ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED SEPTEMBER 13,2011 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | MONTAGE MUSIC, LLC 20485 ROCA CHICA DR MALIBU CA 90265 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.1248. | Title of contract | THE GUNMAN - TRAILERS / ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED FEBRUARY 13,2015 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | MONTAGE MUSIC, LLC 20485 ROCA CHICA DR MALIBU CA 90265 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.1249. | Title of contract | THE GUNMAN - TRAILERS / ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED FEBRUARY 17,2015 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | MONTAGE MUSIC, LLC 20485 ROCA CHICA DR MALIBU CA 90265 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.1250. | Title of contract | THE GUNMAN - TRAILERS / ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED DECEMBER 3,2014 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | MONTAGE MUSIC, LLC 20485 ROCA CHICA DR MALIBU CA 90265 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

Debtor    **Open Road Films, LLC**                                    Case number *(if known)* **18-12012**

---

2.1251.  **Title of contract**            THE GUNMAN - TRAILERS / ADVERTISING - COMBINED        **State the name and mailing address**
                                          SYNCHRONIZATION AND MASTER USE LICENSE                **for all other parties with whom the**
                                          AGREEMENT DATED FEBRUARY 20,2015                      **debtor has an executory contract or**
                                                                                                **unexpired lease**
         **State what the contract or**   MUSIC LICENSE
         **lease is for**                                                                        MONTAGE MUSIC, LLC
                                                                                                20485 ROCA CHICA DR
         **Nature of debtor's interest**  LICENSEE                                              MALIBU CA 90265

         **State the term remaining**     _____

         **List the contract number of**  _____
         **any government contract**

2.1252.  **Title of contract**            THE GUNMAN - TRAILERS / ADVERTISING - COMBINED        **State the name and mailing address**
                                          SYNCHRONIZATION AND MASTER USE LICENSE                **for all other parties with whom the**
                                          AGREEMENT DATED MARCH 1,2015                          **debtor has an executory contract or**
                                                                                                **unexpired lease**
         **State what the contract or**   MUSIC LICENSE
         **lease is for**                                                                        MONTAGE MUSIC, LLC
                                                                                                20485 ROCA CHICA DR
         **Nature of debtor's interest**  LICENSEE                                              MALIBU CA 90265

         **State the term remaining**     _____

         **List the contract number of**  _____
         **any government contract**

2.1253.  **Title of contract**            COMBINED SYNCHRONIZATION AND MASTER USE              **State the name and mailing address**
                                          LICENSE AGREEMENT DATED FEBRUARY 7,2013               **for all other parties with whom the**
                                                                                                **debtor has an executory contract or**
                                                                                                **unexpired lease**
         **State what the contract or**   MUSIC LICENSE
         **lease is for**                                                                        MONTAGE MUSIC, LLC
                                                                                                20485 ROCA CHICA DR
         **Nature of debtor's interest**  LICENSEE                                              MALIBU CA 90265

         **State the term remaining**     _____

         **List the contract number of**  _____
         **any government contract**

2.1254.  **Title of contract**            COMBINED SYNCHRONIZATION AND MASTER USE              **State the name and mailing address**
                                          LICENSE AGREEMENT DATED FEBRUARY 12,2013              **for all other parties with whom the**
                                                                                                **debtor has an executory contract or**
                                                                                                **unexpired lease**
         **State what the contract or**   MUSIC LICENSE
         **lease is for**                                                                        MONTAGE MUSIC, LLC
                                                                                                20485 ROCA CHICA DR
         **Nature of debtor's interest**  LICENSEE                                              MALIBU CA 90265

         **State the term remaining**     _____

         **List the contract number of**  _____
         **any government contract**

2.1255.  **Title of contract**            COMBINED SYNCHRONIZATION AND MASTER USE              **State the name and mailing address**
                                          LICENSE AGREEMENT DATED DECEMBER 19,2014              **for all other parties with whom the**
                                                                                                **debtor has an executory contract or**
                                                                                                **unexpired lease**
         **State what the contract or**   MUSIC LICENSE
         **lease is for**                                                                        MONTAGE MUSIC, LLC
                                                                                                20485 ROCA CHICA DR
         **Nature of debtor's interest**  LICENSEE                                              MALIBU CA 90265

         **State the term remaining**     _____

         **List the contract number of**  _____
         **any government contract**

---

Debtor    **Open Road Films, LLC**                                                    Case number *(if known)* **18-12012**

| | | |
|---|---|---|
| 2.1256. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED NOVEMBER 25,2014 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | MONTAGE MUSIC, LLC |
| | **State the term remaining** | _____ | 20485 ROCA CHICA DR MALIBU CA 90265 |
| | **List the contract number of any government contract** | _____ | |

| | | |
|---|---|---|
| 2.1257. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED OCTOBER 22,2015 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | MONTAGE MUSIC, LLC |
| | **State the term remaining** | _____ | 20485 ROCA CHICA DR MALIBU CA 90265 |
| | **List the contract number of any government contract** | _____ | |

| | | |
|---|---|---|
| 2.1258. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED FEBRUARY 17,2016 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | MONTAGE MUSIC, LLC |
| | **State the term remaining** | _____ | 20485 ROCA CHICA DR MALIBU CA 90265 |
| | **List the contract number of any government contract** | _____ | |

| | | |
|---|---|---|
| 2.1259. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED OCTOBER 2,2015 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | MONTAGE MUSIC, LLC |
| | **State the term remaining** | _____ | 20485 ROCA CHICA DR MALIBU CA 90265 |
| | **List the contract number of any government contract** | _____ | |

| | | |
|---|---|---|
| 2.1260. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT (TRAILERS/ADVERTISING) "HEROIC HITS (0:01), HORRORSHOW HITS (0:01), SWARM RISE (0:04)" DATED JANUARY 7,2013 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | MUSIC LICENSE | MOSS LANDING |
| | **Nature of debtor's interest** | LICENSEE | 563 WESTMINSTER AVE STE 3 VENICE CA 90291 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

Debtor   **Open Road Films, LLC**                                       Case number *(if known)* **18-12012**

**2.1261.** **Title of contract**             COMBINED SYNCHRONIZATION AND MASTER USE      **State the name and mailing address**
                                      LICENSE AGREEMENT (TRAILERS/ADVERTISING)     **for all other parties with whom the**
                                      "SUCKBACKS" DATED NOVEMBER 30,2012           **debtor has an executory contract or**
                                                                                   **unexpired lease**

   **State what the contract or**    MUSIC LICENSE
   **lease is for**                                                                   MOSS LANDING
                                                                                   563 WESTMINSTER AVE STE 3
   **Nature of debtor's interest**   LICENSEE                                          VENICE CA 90291

   **State the term remaining**      _____

   **List the contract number of**   _____
   **any government contract**

**2.1262.** **Title of contract**             COMBINED SYNCHRONIZATION AND MASTER USE      **State the name and mailing address**
                                      LICENSE AGREEMENT DATED APRIL 22,2015        **for all other parties with whom the**
                                                                                   **debtor has an executory contract or**
                                                                                   **unexpired lease**

   **State what the contract or**    MUSIC LICENSE
   **lease is for**                                                                   MOSS LANDING
                                                                                   563 WESTMINSTER AVE STE 3
   **Nature of debtor's interest**   LICENSEE                                          VENICE CA 90291

   **State the term remaining**      _____

   **List the contract number of**   _____
   **any government contract**

**2.1263.** **Title of contract**             COMBINED SYNCHRONIZATION AND MASTER USE      **State the name and mailing address**
                                      LICENSE AGREEMENT DATED AUGUST 10,2012       **for all other parties with whom the**
                                                                                   **debtor has an executory contract or**
                                                                                   **unexpired lease**

   **State what the contract or**    MUSIC LICENSE
   **lease is for**                                                                   MOSS LANDING
                                                                                   563 WESTMINSTER AVE STE 3
   **Nature of debtor's interest**   LICENSEE                                          VENICE CA 90291

   **State the term remaining**      _____

   **List the contract number of**   _____
   **any government contract**

**2.1264.** **Title of contract**             COMBINED SYNCHRONIZATION AND MASTER USE      **State the name and mailing address**
                                      LICENSE AGREEMENT DATED APRIL 23,2012        **for all other parties with whom the**
                                                                                   **debtor has an executory contract or**
                                                                                   **unexpired lease**

   **State what the contract or**    MUSIC LICENSE
   **lease is for**                                                                   MOSS LANDING
                                                                                   563 WESTMINSTER AVE STE 3
   **Nature of debtor's interest**   LICENSEE                                          VENICE CA 90291

   **State the term remaining**      _____

   **List the contract number of**   _____
   **any government contract**

**2.1265.** **Title of contract**             COMBINED SYNCHRONIZATION AND MASTER USE      **State the name and mailing address**
                                      LICENSE AGREEMENT DATED NOVEMBER 19,2013     **for all other parties with whom the**
                                                                                   **debtor has an executory contract or**
                                                                                   **unexpired lease**

   **State what the contract or**    MUSIC LICENSE
   **lease is for**                                                                   MOSS LANDING
                                                                                   563 WESTMINSTER AVE STE 3
   **Nature of debtor's interest**   LICENSEE                                          VENICE CA 90291

   **State the term remaining**      _____

   **List the contract number of**   _____
   **any government contract**

Debtor  **Open Road Films, LLC**                                           Case number *(if known)* **18-12012**

| | | |
|---|---|---|
| 2.1266. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED AUGUST 17,2012 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | MOSS LANDING |
| | **State the term remaining** | _____ | 563 WESTMINSTER AVE STE 3 |
| | **List the contract number of any government contract** | _____ | VENICE CA 90291 |

| | | |
|---|---|---|
| 2.1267. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED APRIL 30,2012 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | MOSS LANDING |
| | **State the term remaining** | _____ | 563 WESTMINSTER AVE STE 3 |
| | **List the contract number of any government contract** | _____ | VENICE CA 90291 |

| | | |
|---|---|---|
| 2.1268. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED JULY 30,2012 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | MOSS LANDING |
| | **State the term remaining** | _____ | 563 WESTMINSTER AVE STE 3 |
| | **List the contract number of any government contract** | _____ | VENICE CA 90291 |

| | | |
|---|---|---|
| 2.1269. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED SEPTEMBER 12,2013 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | MOSS LANDING |
| | **State the term remaining** | _____ | 563 WESTMINSTER AVE STE 3 |
| | **List the contract number of any government contract** | _____ | VENICE CA 90291 |

| | | |
|---|---|---|
| 2.1270. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED JUNE 19,2013 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | MOSS LANDING |
| | **State the term remaining** | _____ | 563 WESTMINSTER AVE STE 3 |
| | **List the contract number of any government contract** | _____ | VENICE CA 90291 |

Debtor **Open Road Films, LLC**                                   Case number *(if known)* **18-12012**

---

**2.1271.** **Title of contract**

COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED OCTOBER 7,2013

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**

MUSIC LICENSE

**Nature of debtor's interest**

LICENSEE

MOSS LANDING
563 WESTMINSTER AVE STE 3
VENICE CA 90291

**State the term remaining**               _____

**List the contract number of any government contract**               _____

---

**2.1272.** **Title of contract**

NIGHTCRAWLER - TRAILERS/ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED AUGUST 19,2014

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**

MUSIC LICENSE

**Nature of debtor's interest**

LICENSEE

MOSS LANDING
563 WESTMINSTER AVE STE 3
VENICE CA 90291

**State the term remaining**               _____

**List the contract number of any government contract**               _____

---

**2.1273.** **Title of contract**

NIGHTCRAWLER - TRAILERS/ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED JULY 15,2014

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**

MUSIC LICENSE

**Nature of debtor's interest**

LICENSEE

MOSS LANDING
563 WESTMINSTER AVE STE 3
VENICE CA 90291

**State the term remaining**               _____

**List the contract number of any government contract**               _____

---

**2.1274.** **Title of contract**

NIGHTCRAWLER - TRAILERS/ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED OCTOBER 9,2014

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**

MUSIC LICENSE

**Nature of debtor's interest**

LICENSEE

MOSS LANDING
563 WESTMINSTER AVE STE 3
VENICE CA 90291

**State the term remaining**               _____

**List the contract number of any government contract**               _____

---

**2.1275.** **Title of contract**

NIGHTCRAWLER - TRAILERS/ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED OCTOBER 20,2014

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**

MUSIC LICENSE

**Nature of debtor's interest**

LICENSEE

MOSS LANDING
563 WESTMINSTER AVE STE 3
VENICE CA 90291

**State the term remaining**               _____

**List the contract number of any government contract**               _____

---

Debtor   **Open Road Films, LLC**

Case number *(if known)* **18-12012**

**2.1276.** **Title of contract**

THE NUT JOB - TRAILERS/ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED DECEMBER 17,2013

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**

MUSIC LICENSE

**Nature of debtor's interest**

LICENSEE

MOSS LANDING
563 WESTMINSTER AVE STE 3
VENICE CA 90291

**State the term remaining**

_____

**List the contract number of any government contract**

_____

**2.1277.** **Title of contract**

SABOTAGE - TRAILERS / ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED MARCH 24,2014

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**

MUSIC LICENSE

**Nature of debtor's interest**

LICENSEE

MOSS LANDING
563 WESTMINSTER AVE STE 3
VENICE CA 90291

**State the term remaining**

_____

**List the contract number of any government contract**

_____

**2.1278.** **Title of contract**

SABOTAGE - TRAILERS / ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED NOVEMBER 19,2013

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**

MUSIC LICENSE

**Nature of debtor's interest**

LICENSEE

MOSS LANDING
563 WESTMINSTER AVE STE 3
VENICE CA 90291

**State the term remaining**

_____

**List the contract number of any government contract**

_____

**2.1279.** **Title of contract**

COMBINED SYNCHRONIZATION AND MASTER USE LICENSE DATED OCTOBER 16,2012

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**

MUSIC LICENSE

**Nature of debtor's interest**

LICENSEE

MOSS LANDING
563 WESTMINSTER AVE STE 3
VENICE CA 90291

**State the term remaining**

_____

**List the contract number of any government contract**

_____

**2.1280.** **Title of contract**

COMBINED SYNCHRONIZATION AND MASTER USE LICENSE DATED JANUARY 7,2013

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**

MUSIC LICENSE

**Nature of debtor's interest**

LICENSEE

MOSS LANDING
563 WESTMINSTER AVE STE 3
VENICE CA 90291

**State the term remaining**

_____

**List the contract number of any government contract**

_____

Debtor **Open Road Films, LLC**                                              Case number *(if known)* **18-12012**

| | | |
|---|---|---|
| 2.1281. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE DATED JANUARY 22,2013 |
| | **State what the contract or lease is for** | MUSIC LICENSE |
| | **Nature of debtor's interest** | LICENSEE |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

MOSS LANDING
563 WESTMINSTER AVE STE 3
VENICE CA 90291

| | | |
|---|---|---|
| 2.1282. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE DATED JANUARY 28,2013 |
| | **State what the contract or lease is for** | MUSIC LICENSE |
| | **Nature of debtor's interest** | LICENSEE |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

MOSS LANDING
563 WESTMINSTER AVE STE 3
VENICE CA 90291

| | | |
|---|---|---|
| 2.1283. | **Title of contract** | SILENT HOUSE - TRAILERS / ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED FEBRUARY 29,2012 |
| | **State what the contract or lease is for** | MUSIC LICENSE |
| | **Nature of debtor's interest** | LICENSEE |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

MOSS LANDING
563 WESTMINSTER AVE STE 3
VENICE CA 90291

| | | |
|---|---|---|
| 2.1284. | **Title of contract** | SILENT HOUSE - TRAILERS / ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED FEBRUARY 22,2012 |
| | **State what the contract or lease is for** | MUSIC LICENSE |
| | **Nature of debtor's interest** | LICENSEE |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

MOSS LANDING
563 WESTMINSTER AVE STE 3
VENICE CA 90291

| | | |
|---|---|---|
| 2.1285. | **Title of contract** | SILENT HOUSE - TRAILERS / ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED FEBRUARY 24,2012 |
| | **State what the contract or lease is for** | MUSIC LICENSE |
| | **Nature of debtor's interest** | LICENSEE |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

MOSS LANDING
563 WESTMINSTER AVE STE 3
VENICE CA 90291

Debtor    **Open Road Films, LLC**                                             Case number *(if known)* **18-12012**

**2.1286.** **Title of contract**          THE GREY - TRAILERS / ADVERTISING - COMBINED      **State the name and mailing address**
                                SYNCHRONIZATION AND MASTER USE LICENSE        **for all other parties with whom the**
                                AGREEMENT DATED NOVEMBER 30,2011              **debtor has an executory contract or**
                                                                              **unexpired lease**

**State what the contract or**     MUSIC LICENSE
**lease is for**                                                              MOSS LANDING
                                                                              563 WESTMINSTER AVE STE 3
**Nature of debtor's interest**    LICENSEE                                   VENICE CA 90291

**State the term remaining**       _____

**List the contract number of**    _____
**any government contract**

**2.1287.** **Title of contract**          THE GREY - TRAILERS / ADVERTISING - COMBINED      **State the name and mailing address**
                                SYNCHRONIZATION AND MASTER USE LICENSE        **for all other parties with whom the**
                                AGREEMENT DATED JANUARY 10,2012               **debtor has an executory contract or**
                                                                              **unexpired lease**

**State what the contract or**     MUSIC LICENSE
**lease is for**                                                              MOSS LANDING
                                                                              563 WESTMINSTER AVE STE 3
**Nature of debtor's interest**    LICENSEE                                   VENICE CA 90291

**State the term remaining**       _____

**List the contract number of**    _____
**any government contract**

**2.1288.** **Title of contract**          THE GREY - TRAILERS / ADVERTISING - COMBINED      **State the name and mailing address**
                                SYNCHRONIZATION AND MASTER USE LICENSE        **for all other parties with whom the**
                                AGREEMENT DATED JANUARY 10,2012               **debtor has an executory contract or**
                                                                              **unexpired lease**

**State what the contract or**     MUSIC LICENSE
**lease is for**                                                              MOSS LANDING
                                                                              563 WESTMINSTER AVE STE 3
**Nature of debtor's interest**    LICENSEE                                   VENICE CA 90291

**State the term remaining**       _____

**List the contract number of**    _____
**any government contract**

**2.1289.** **Title of contract**          THE GREY - TRAILERS / ADVERTISING - COMBINED      **State the name and mailing address**
                                SYNCHRONIZATION AND MASTER USE LICENSE        **for all other parties with whom the**
                                AGREEMENT DATED JANUARY 10,2012               **debtor has an executory contract or**
                                                                              **unexpired lease**

**State what the contract or**     MUSIC LICENSE
**lease is for**                                                              MOSS LANDING
                                                                              563 WESTMINSTER AVE STE 3
**Nature of debtor's interest**    LICENSEE                                   VENICE CA 90291

**State the term remaining**       _____

**List the contract number of**    _____
**any government contract**

**2.1290.** **Title of contract**          THE GREY - TRAILERS / ADVERTISING - COMBINED      **State the name and mailing address**
                                SYNCHRONIZATION AND MASTER USE LICENSE        **for all other parties with whom the**
                                AGREEMENT DATED JANUARY 19,2012               **debtor has an executory contract or**
                                                                              **unexpired lease**

**State what the contract or**     MUSIC LICENSE
**lease is for**                                                              MOSS LANDING
                                                                              563 WESTMINSTER AVE STE 3
**Nature of debtor's interest**    LICENSEE                                   VENICE CA 90291

**State the term remaining**       _____

**List the contract number of**    _____
**any government contract**

Debtor    **Open Road Films, LLC**                                                     Case number *(if known)* **18-12012**

2.1291.  **Title of contract**            THE GREY - TRAILERS / ADVERTISING - COMBINED        **State the name and mailing address**
                                          SYNCHRONIZATION AND MASTER USE LICENSE            **for all other parties with whom the**
                                          AGREEMENT DATED SEPTEMBER 13,2011                 **debtor has an executory contract or**
                                                                                           **unexpired lease**
         **State what the contract or**   MUSIC LICENSE
         **lease is for**                                                                  MOSS LANDING
                                                                                           563 WESTMINSTER AVE STE 3
         **Nature of debtor's interest**  LICENSEE                                         VENICE CA 90291

         **State the term remaining**     _____

         **List the contract number of**  _____
         **any government contract**

2.1292.  **Title of contract**            COMBINED SYNCHRONIZATION AND MASTER USE          **State the name and mailing address**
                                          LICENSE AGREEMENT DATED FEBRUARY 12,2013         **for all other parties with whom the**
                                                                                           **debtor has an executory contract or**
                                                                                           **unexpired lease**
         **State what the contract or**   MUSIC LICENSE
         **lease is for**                                                                  MOSS LANDING
                                                                                           563 WESTMINSTER AVE STE 3
         **Nature of debtor's interest**  LICENSEE                                         VENICE CA 90291

         **State the term remaining**     _____

         **List the contract number of**  _____
         **any government contract**

2.1293.  **Title of contract**            COMBINED SYNCHRONIZATION AND MASTER USE          **State the name and mailing address**
                                          LICENSE AGREEMENT DATED FEBRUARY 29,2012         **for all other parties with whom the**
                                                                                           **debtor has an executory contract or**
                                                                                           **unexpired lease**
         **State what the contract or**   MUSIC LICENSE
         **lease is for**                                                                  MOSS LANDING
                                                                                           563 WESTMINSTER AVE STE 3
         **Nature of debtor's interest**  LICENSEE                                         VENICE CA 90291

         **State the term remaining**     _____

         **List the contract number of**  _____
         **any government contract**

2.1294.  **Title of contract**            COMBINED SYNCHRONIZATION AND MASTER USE          **State the name and mailing address**
                                          LICENSE AGREEMENT DATED FEBRUARY 12,2013         **for all other parties with whom the**
                                                                                           **debtor has an executory contract or**
                                                                                           **unexpired lease**
         **State what the contract or**   MUSIC LICENSE
         **lease is for**                                                                  MOSS LANDING
                                                                                           563 WESTMINSTER AVE STE 3
         **Nature of debtor's interest**  LICENSEE                                         VENICE CA 90291

         **State the term remaining**     _____

         **List the contract number of**  _____
         **any government contract**

2.1295.  **Title of contract**            COMBINED SYNCHRONIZATION AND MASTER USE          **State the name and mailing address**
                                          LICENSE AGREEMENT DATED FEBRUARY 7,2013          **for all other parties with whom the**
                                                                                           **debtor has an executory contract or**
                                                                                           **unexpired lease**
         **State what the contract or**   MUSIC LICENSE
         **lease is for**                                                                  MOSS LANDING
                                                                                           563 WESTMINSTER AVE STE 3
         **Nature of debtor's interest**  LICENSEE                                         VENICE CA 90291

         **State the term remaining**     _____

         **List the contract number of**  _____
         **any government contract**

Debtor   **Open Road Films, LLC**                                              Case number *(if known)* **18-12012**

---

**2.1296.** **Title of contract**          COMBINED SYNCHRONIZATION AND MASTER USE          **State the name and mailing address**
                                           LICENSE AGREEMENT DATED JANUARY 5,2015          **for all other parties with whom the**
                                                                                           **debtor has an executory contract or**
          **State what the contract or**  MUSIC LICENSE                                    **unexpired lease**
          **lease is for**

          **Nature of debtor's interest**  LICENSEE                                        MOSS LANDING
                                                                                           563 WESTMINSTER AVE STE 3
          **State the term remaining**     _____                VENICE CA 90291

          **List the contract number of**  _____
          **any government contract**

---

**2.1297.** **Title of contract**          COMBINED SYNCHRONIZATION AND MASTER USE          **State the name and mailing address**
                                           LICENSE AGREEMENT DATED JANUARY 13,2015         **for all other parties with whom the**
                                                                                           **debtor has an executory contract or**
          **State what the contract or**  MUSIC LICENSE                                    **unexpired lease**
          **lease is for**
                                                                                           MOSS LANDING
          **Nature of debtor's interest**  LICENSEE                                        563 WESTMINSTER AVE STE 3
                                                                                           VENICE CA 90291
          **State the term remaining**     _____

          **List the contract number of**  _____
          **any government contract**

---

**2.1298.** **Title of contract**          DISTRIBUTION RIGHTS ACQUISITION AND FINANCING   **State the name and mailing address**
                                           AGREEMENT DATED JULY 17, 2015                   **for all other parties with whom the**
                                                                                           **debtor has an executory contract or**
          **State what the contract or**  ACQUISITION AGREEMENT                            **unexpired lease**
          **lease is for**

          **Nature of debtor's interest**  DISTRIBUTOR                                     MOTHERS MOVIE, LLC
                                                                                           1007 MAYBROOK DR
          **State the term remaining**     _____                BEVERLY HILLS CA 90210

          **List the contract number of**  _____
          **any government contract**

---

**2.1299.** **Title of contract**          AGREEMENT                                       **State the name and mailing address**
                                                                                           **for all other parties with whom the**
          **State what the contract or**  VENDOR AGREEMENT                                 **debtor has an executory contract or**
          **lease is for**                                                                 **unexpired lease**

          **Nature of debtor's interest**  CUSTOMER                                        MOVIE MOGUL, INC.
                                                                                           10106 SUNBROOK DR
          **State the term remaining**     _____                BEVERLY HILLS CA 90210

          **List the contract number of**  _____
          **any government contract**

---

**2.1300.** **Title of contract**          SERVICE AGREEMENT DATED JULY 1, 2016            **State the name and mailing address**
                                                                                           **for all other parties with whom the**
          **State what the contract or**  VENDOR AGREEMENT                                 **debtor has an executory contract or**
          **lease is for**                                                                 **unexpired lease**

          **Nature of debtor's interest**  CUSTOMER                                        MOVING IMAGE TECHNOLOGIES
                                                                                           17760 NEWHOPE ST # B
          **State the term remaining**     _____                FOUNTAIN VALLEY CA 92708

          **List the contract number of**  _____
          **any government contract**

---

Debtor    **Open Road Films, LLC**                                                                  Case number *(if known)* **18-12012**

| | | |
|---|---|---|
| 2.1301. | **Title of contract** | MASTER USE AND SYNCHRONIZATION LICENSE AGREEMENT DATED MARCH 27,2015 |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | |
|---|---|
| **State what the contract or lease is for** | MUSIC LICENSE |
| **Nature of debtor's interest** | LICENSEE |
| **State the term remaining** | _____ |
| **List the contract number of any government contract** | _____ |

MUSIC ASSET MANAGEMENT, INC. O/B/O MATH CLUB, LLC, BAD AT MATH SONGS (ASCAP) AND THE MATH CLUB MUSIC (BMI)
16130 VENTURA BLVD STE 560
ENCINO CA 91436

---

| | | |
|---|---|---|
| 2.1302. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED MARCH 27,2014 |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | |
|---|---|
| **State what the contract or lease is for** | MUSIC LICENSE |
| **Nature of debtor's interest** | LICENSEE |
| **State the term remaining** | _____ |
| **List the contract number of any government contract** | _____ |

MUSIC BEYOND, LLC
6100 WILSHIRE BLVD STE 1600
LOS ANGELES CA 90048

---

| | | |
|---|---|---|
| 2.1303. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED NOVEMBER 4,2014 |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | |
|---|---|
| **State what the contract or lease is for** | MUSIC LICENSE |
| **Nature of debtor's interest** | LICENSEE |
| **State the term remaining** | _____ |
| **List the contract number of any government contract** | _____ |

MUSIC BEYOND, LLC
6100 WILSHIRE BLVD STE 1600
LOS ANGELES CA 90048

---

| | | |
|---|---|---|
| 2.1304. | **Title of contract** | NIGHTCRAWLER - TRAILERS/ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED OCTOBER 9,2014 |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | |
|---|---|
| **State what the contract or lease is for** | MUSIC LICENSE |
| **Nature of debtor's interest** | LICENSEE |
| **State the term remaining** | _____ |
| **List the contract number of any government contract** | _____ |

MUSIC BEYOND, LLC
6100 WILSHIRE BLVD STE 1600
LOS ANGELES CA 90048

---

| | | |
|---|---|---|
| 2.1305. | **Title of contract** | NIGHTCRAWLER - TRAILERS/ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED OCTOBER 20,2014 |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | |
|---|---|
| **State what the contract or lease is for** | MUSIC LICENSE |
| **Nature of debtor's interest** | LICENSEE |
| **State the term remaining** | _____ |
| **List the contract number of any government contract** | _____ |

MUSIC BEYOND, LLC
6100 WILSHIRE BLVD STE 1600
LOS ANGELES CA 90048

---

Debtor    **Open Road Films, LLC**                                    Case number *(if known)* **18-12012**

**2.1306.** **Title of contract**          THE NUT JOB - TRAILERS/ADVERTISING - COMBINED          State the name and mailing address
                                          SYNCHRONIZATION AND MASTER USE LICENSE                 for all other parties with whom the
                                          AGREEMENT DATED DECEMBER 17,2013                       debtor has an executory contract or
                                                                                                 unexpired lease
         **State what the contract or**    MUSIC LICENSE
         **lease is for**                                                                        MUSIC BEYOND, LLC
                                                                                                 6100 WILSHIRE BLVD STE 1600
         **Nature of debtor's interest**   LICENSEE                                              LOS ANGELES CA 90048

         **State the term remaining**      _____

         **List the contract number of**   _____
         **any government contract**

**2.1307.** **Title of contract**          SABOTAGE - TRAILERS / ADVERTISING - COMBINED          State the name and mailing address
                                          SYNCHRONIZATION AND MASTER USE LICENSE                 for all other parties with whom the
                                          AGREEMENT DATED MARCH 21,2014                          debtor has an executory contract or
                                                                                                 unexpired lease
         **State what the contract or**    MUSIC LICENSE
         **lease is for**                                                                        MUSIC BEYOND, LLC
                                                                                                 6100 WILSHIRE BLVD STE 1600
         **Nature of debtor's interest**   LICENSEE                                              LOS ANGELES CA 90048

         **State the term remaining**      _____

         **List the contract number of**   _____
         **any government contract**

**2.1308.** **Title of contract**          SABOTAGE - TRAILERS / ADVERTISING - COMBINED          State the name and mailing address
                                          SYNCHRONIZATION AND MASTER USE LICENSE                 for all other parties with whom the
                                          AGREEMENT DATED MARCH 7,2014                           debtor has an executory contract or
                                                                                                 unexpired lease
         **State what the contract or**    MUSIC LICENSE
         **lease is for**                                                                        MUSIC BEYOND, LLC
                                                                                                 6100 WILSHIRE BLVD STE 1600
         **Nature of debtor's interest**   LICENSEE                                              LOS ANGELES CA 90048

         **State the term remaining**      _____

         **List the contract number of**   _____
         **any government contract**

**2.1309.** **Title of contract**          COMBINED SYNCHRONIZATION AND MASTER USE               State the name and mailing address
                                          LICENSE AGREEMENT DATED DECEMBER 19,2014               for all other parties with whom the
                                                                                                 debtor has an executory contract or
         **State what the contract or**    MUSIC LICENSE                                         unexpired lease
         **lease is for**
                                                                                                 MUSIC BEYOND, LLC
         **Nature of debtor's interest**   LICENSEE                                              6100 WILSHIRE BLVD STE 1600
                                                                                                 LOS ANGELES CA 90048
         **State the term remaining**      _____

         **List the contract number of**   _____
         **any government contract**

**2.1310.** **Title of contract**          COMBINED SYNCHRONIZATION AND MASTER USE               State the name and mailing address
                                          LICENSE AGREEMENT DATED JANUARY 13,2015                for all other parties with whom the
                                                                                                 debtor has an executory contract or
         **State what the contract or**    MUSIC LICENSE                                         unexpired lease
         **lease is for**
                                                                                                 MUSIC BEYOND, LLC
         **Nature of debtor's interest**   LICENSEE                                              6100 WILSHIRE BLVD STE 1600
                                                                                                 LOS ANGELES CA 90048
         **State the term remaining**      _____

         **List the contract number of**   _____
         **any government contract**

Debtor **Open Road Films, LLC**                                    Case number *(if known)* **18-12012**

| | | |
|---|---|---|
| 2.1311. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED NOVEMBER 25,2014 |
| | **State what the contract or lease is for** | MUSIC LICENSE |
| | **Nature of debtor's interest** | LICENSEE |
| | **State the term remaining** | _____ |
| | **List the contract number of any government contract** | _____ |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

MUSIC BEYOND, LLC
6100 WILSHIRE BLVD STE 1600
LOS ANGELES CA 90048

| | | |
|---|---|---|
| 2.1312. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED AUGUST 10,2012 |
| | **State what the contract or lease is for** | MUSIC LICENSE |
| | **Nature of debtor's interest** | LICENSEE |
| | **State the term remaining** | _____ |
| | **List the contract number of any government contract** | _____ |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

MUSIC JUNKIES, INC.
1111 S GRAND AVE # 1019
LOS ANGELES CA 90015

| | | |
|---|---|---|
| 2.1313. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED AUGUST 17,2012 |
| | **State what the contract or lease is for** | MUSIC LICENSE |
| | **Nature of debtor's interest** | LICENSEE |
| | **State the term remaining** | _____ |
| | **List the contract number of any government contract** | _____ |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

MUSIC JUNKIES, INC.
1111 S GRAND AVE # 1019
LOS ANGELES CA 90015

| | | |
|---|---|---|
| 2.1314. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED DECEMBER 21, 2016 |
| | **State what the contract or lease is for** | MUSIC LICENSE |
| | **Nature of debtor's interest** | LICENSEE |
| | **State the term remaining** | _____ |
| | **List the contract number of any government contract** | _____ |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

MUSIC PLUGGER, INC.
1433 N OCCIDENTAL BLVD
LOS ANGELES CA 90026

| | | |
|---|---|---|
| 2.1315. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED AUGUST 1,2012 |
| | **State what the contract or lease is for** | MUSIC LICENSE |
| | **Nature of debtor's interest** | LICENSEE |
| | **State the term remaining** | _____ |
| | **List the contract number of any government contract** | _____ |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

MUSIC PLUGGER, INC.
1433 N OCCIDENTAL BLVD
LOS ANGELES CA 90026

Debtor   **Open Road Films, LLC**                                    Case number *(if known)* **18-12012**

| 2.1316. | Title of contract | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED AUGUST 9,2012 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | MUSIC PLUGGER, INC. |
| | State the term remaining | _____ | 1433 N OCCIDENTAL BLVD LOS ANGELES CA 90026 |
| | List the contract number of any government contract | _____ | |

| 2.1317. | Title of contract | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED SEPTEMBER 26,2013 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | MUSIC PLUGGER, INC. |
| | State the term remaining | _____ | 1433 N OCCIDENTAL BLVD LOS ANGELES CA 90026 |
| | List the contract number of any government contract | _____ | |

| 2.1318. | Title of contract | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED SEPTEMBER 9,2016 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | MUSIC PLUGGER, INC. |
| | State the term remaining | _____ | 1433 N OCCIDENTAL BLVD LOS ANGELES CA 90026 |
| | List the contract number of any government contract | _____ | |

| 2.1319. | Title of contract | THE NUT JOB - TRAILERS/ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED DECEMBER 11,2013 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | MUSIC PLUGGER, INC. |
| | State the term remaining | _____ | 1433 N OCCIDENTAL BLVD LOS ANGELES CA 90026 |
| | List the contract number of any government contract | _____ | |

| 2.1320. | Title of contract | THE NUT JOB 2 - TRAILERS/ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED DECEMBER 21,2016 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | MUSIC PLUGGER, INC. |
| | State the term remaining | _____ | 1433 N OCCIDENTAL BLVD LOS ANGELES CA 90026 |
| | List the contract number of any government contract | _____ | |

Debtor   **Open Road Films, LLC**                                                    Case number *(if known)* **18-12012**

2.1321.  **Title of contract**              COMBINED SYNCHRONIZATION AND MASTER USE        **State the name and mailing address**
                                            LICENSE DATED JANUARY 14,2013                 **for all other parties with whom the**
                                                                                          **debtor has an executory contract or**
         **State what the contract or**     MUSIC LICENSE                                 **unexpired lease**
         **lease is for**

         **Nature of debtor's interest**    LICENSEE                                      MUSIC PLUGGER, INC.
                                                                                          1433 N OCCIDENTAL BLVD
         **State the term remaining**       _____             LOS ANGELES CA 90026

         **List the contract number of**    _____
         **any government contract**

2.1322.  **Title of contract**              COMBINED SYNCHRONIZATION AND MASTER USE        **State the name and mailing address**
                                            LICENSE DATED JANUARY 14,2013                 **for all other parties with whom the**
                                                                                          **debtor has an executory contract or**
         **State what the contract or**     MUSIC LICENSE                                 **unexpired lease**
         **lease is for**

         **Nature of debtor's interest**    LICENSEE                                      MUSIC PLUGGER, INC.
                                                                                          1433 N OCCIDENTAL BLVD
         **State the term remaining**       _____             LOS ANGELES CA 90026

         **List the contract number of**    _____
         **any government contract**

2.1323.  **Title of contract**              COMBINED SYNCHRONIZATION AND MASTER USE        **State the name and mailing address**
                                            LICENSE AGREEMENT DATED JULY 15,2016          **for all other parties with whom the**
                                                                                          **debtor has an executory contract or**
         **State what the contract or**     MUSIC LICENSE                                 **unexpired lease**
         **lease is for**

         **Nature of debtor's interest**    LICENSEE                                      MUSIC PLUGGER, INC.
                                                                                          1433 N OCCIDENTAL BLVD
         **State the term remaining**       _____             LOS ANGELES CA 90026

         **List the contract number of**    _____
         **any government contract**

2.1324.  **Title of contract**              COMBINED SYNCHRONIZATION AND MASTER USE        **State the name and mailing address**
                                            LICENSE AGREEMENT DATED JULY 15,2016          **for all other parties with whom the**
                                                                                          **debtor has an executory contract or**
         **State what the contract or**     MUSIC LICENSE                                 **unexpired lease**
         **lease is for**

         **Nature of debtor's interest**    LICENSEE                                      MUSIC PLUGGER, INC.
                                                                                          1433 N OCCIDENTAL BLVD
         **State the term remaining**       _____             LOS ANGELES CA 90026

         **List the contract number of**    _____
         **any government contract**

2.1325.  **Title of contract**              COMBINED SYNCHRONIZATION AND MASTER USE        **State the name and mailing address**
                                            LICENSE AGREEMENT DATED FEBRUARY 14,2017      **for all other parties with whom the**
                                                                                          **debtor has an executory contract or**
         **State what the contract or**     MUSIC LICENSE                                 **unexpired lease**
         **lease is for**

         **Nature of debtor's interest**    LICENSEE                                      MUSIC PLUGGER, INC.
                                                                                          1433 N OCCIDENTAL BLVD
         **State the term remaining**       _____             LOS ANGELES CA 90026

         **List the contract number of**    _____
         **any government contract**

Debtor    **Open Road Films, LLC**                                                        Case number *(if known)* **18-12012**

---

**2.1326.**  **Title of contract**

COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT - INTERNET ONLY (TRAILERS/ADVERTISING) "12 DAYS OF CHRISTMAS" DATED DECEMBER 25,2012

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**      MUSIC LICENSE

MUSIKVERGNUEGEN DBA BEYOND
16255 VENTURA BLVD
STE 625
ENCINO CA 91436

**Nature of debtor's interest**      LICENSEE

**State the term remaining**      _____

**List the contract number of any government contract**      _____

---

**2.1327.**  **Title of contract**

COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT (TRAILERS/ADVERTISING) "DECK THE HALLS" DATED DECEMBER 19,2012

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**      MUSIC LICENSE

MUSIKVERGNUEGEN DBA BEYOND
16255 VENTURA BLVD
STE 625
ENCINO CA 91436

**Nature of debtor's interest**      LICENSEE

**State the term remaining**      _____

**List the contract number of any government contract**      _____

---

**2.1328.**  **Title of contract**

COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT (TRAILERS/ADVERTISING) "TCHAIKOVSKY - NUTCRACKER TREPAK" DATED DECEMBER 20,2012

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**      MUSIC LICENSE

MUSIKVERGNUEGEN DBA BEYOND
16255 VENTURA BLVD
STE 625
ENCINO CA 91436

**Nature of debtor's interest**      LICENSEE

**State the term remaining**      _____

**List the contract number of any government contract**      _____

---

**2.1329.**  **Title of contract**

COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED SEPTEMBER 11,2012

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**      MUSIC LICENSE

MUSIKVERGNUEGEN DBA BEYOND
16255 VENTURA BLVD
STE 625
ENCINO CA 91436

**Nature of debtor's interest**      LICENSEE

**State the term remaining**      _____

**List the contract number of any government contract**      _____

---

**2.1330.**  **Title of contract**

COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED JUNE 19,2013

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**      MUSIC LICENSE

MUSIKVERGNUEGEN DBA BEYOND
16255 VENTURA BLVD
STE 625
ENCINO CA 91436

**Nature of debtor's interest**      LICENSEE

**State the term remaining**      _____

**List the contract number of any government contract**      _____

---

Debtor   **Open Road Films, LLC**                                                           Case number *(if known)* **18-12012**

2.1331.  **Title of contract**          COMBINED SYNCHRONIZATION AND MASTER USE       **State the name and mailing address**
                                         LICENSE AGREEMENT DATED SEPTEMBER 26,2013    **for all other parties with whom the**
                                                                                      **debtor has an executory contract or**
         **State what the contract or**  MUSIC LICENSE                                **unexpired lease**
         **lease is for**

         **Nature of debtor's interest**  LICENSEE                                    MUSIKVERGNUEGEN DBA BEYOND
                                                                                      16255 VENTURA BLVD
         **State the term remaining**    _____              STE 625
                                                                                      ENCINO CA 91436
         **List the contract number of**  _____
         **any government contract**

2.1332.  **Title of contract**          COMBINED SYNCHRONIZATION AND MASTER USE       **State the name and mailing address**
                                         LICENSE AGREEMENT DATED SEPTEMBER 18,2013    **for all other parties with whom the**
                                                                                      **debtor has an executory contract or**
         **State what the contract or**  MUSIC LICENSE                                **unexpired lease**
         **lease is for**

         **Nature of debtor's interest**  LICENSEE                                    MUSIKVERGNUEGEN DBA BEYOND
                                                                                      16255 VENTURA BLVD
         **State the term remaining**    _____              STE 625
                                                                                      ENCINO CA 91436
         **List the contract number of**  _____
         **any government contract**

2.1333.  **Title of contract**          COMBINED SYNCHRONIZATION AND MASTER USE       **State the name and mailing address**
                                         LICENSE AGREEMENT DATED JULY 24,2013         **for all other parties with whom the**
                                                                                      **debtor has an executory contract or**
         **State what the contract or**  MUSIC LICENSE                                **unexpired lease**
         **lease is for**

         **Nature of debtor's interest**  LICENSEE                                    MUSIKVERGNUEGEN DBA BEYOND
                                                                                      16255 VENTURA BLVD
         **State the term remaining**    _____              STE 625
                                                                                      ENCINO CA 91436
         **List the contract number of**  _____
         **any government contract**

2.1334.  **Title of contract**          THE NUT JOB - TRAILERS/ADVERTISING - COMBINED  **State the name and mailing address**
                                         SYNCHRONIZATION AND MASTER USE LICENSE       **for all other parties with whom the**
                                         AGREEMENT DATED SEPTEMBER 17,2013            **debtor has an executory contract or**
                                                                                      **unexpired lease**
         **State what the contract or**  MUSIC LICENSE
         **lease is for**                                                             MUSIKVERGNUEGEN DBA BEYOND
                                                                                      16255 VENTURA BLVD
         **Nature of debtor's interest**  LICENSEE                                    STE 625
                                                                                      ENCINO CA 91436
         **State the term remaining**    _____

         **List the contract number of**  _____
         **any government contract**

2.1335.  **Title of contract**          COMBINED SYNCHRONIZATION AND MASTER USE       **State the name and mailing address**
                                         LICENSE DATED JANUARY 14,2013                **for all other parties with whom the**
                                                                                      **debtor has an executory contract or**
         **State what the contract or**  MUSIC LICENSE                                **unexpired lease**
         **lease is for**

         **Nature of debtor's interest**  LICENSEE                                    MUSIKVERGNUEGEN DBA BEYOND
                                                                                      16255 VENTURA BLVD
         **State the term remaining**    _____              STE 625
                                                                                      ENCINO CA 91436
         **List the contract number of**  _____
         **any government contract**

Debtor   **Open Road Films, LLC**                                                        Case number *(if known)* **18-12012**

| 2.1336. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE DATED JANUARY 22,2013 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | MUSIKVERGNUEGEN DBA BEYOND 16255 VENTURA BLVD STE 625 ENCINO CA 91436 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.1337. | **Title of contract** | SILENT HILL: REVELATION 3D - TRAILERS / ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED JULY 23,2012 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | MUSIKVERGNUEGEN DBA BEYOND 16255 VENTURA BLVD STE 625 ENCINO CA 91436 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.1338. | **Title of contract** | SILENT HILL: REVELATION 3D - TRAILERS / ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED OCTOBER 8,2012 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | MUSIKVERGNUEGEN DBA BEYOND 16255 VENTURA BLVD STE 625 ENCINO CA 91436 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.1339. | **Title of contract** | SILENT HOUSE - TRAILERS / ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED JANUARY 5,2012 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | MUSIKVERGNUEGEN DBA BEYOND 16255 VENTURA BLVD STE 625 ENCINO CA 91436 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.1340. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED FEBRUARY 12,2013 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | MUSIKVERGNUEGEN DBA BEYOND 16255 VENTURA BLVD STE 625 ENCINO CA 91436 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

Debtor    **Open Road Films, LLC**                                                    Case number *(if known)* **18-12012**

2.1341.  **Title of contract**         COMBINED SYNCHRONIZATION AND MASTER USE       **State the name and mailing address**
                                       LICENSE AGREEMENT DATED FEBRUARY 7,2013       **for all other parties with whom the**
                                                                                     **debtor has an executory contract or**
         **State what the contract or**  MUSIC LICENSE                               **unexpired lease**
         **lease is for**

         **Nature of debtor's interest**  LICENSEE                                   MUSIKVERGNUEGEN DBA BEYOND
                                                                                     16255 VENTURA BLVD
         **State the term remaining**    _____             STE 625
                                                                                     ENCINO CA 91436
         **List the contract number of**  _____
         **any government contract**


2.1342.  **Title of contract**         COMBINED SYNCHRONIZATION AND MASTER USE       **State the name and mailing address**
                                       LICENSE AGREEMENT DATED OCTOBER 31,2012       **for all other parties with whom the**
                                                                                     **debtor has an executory contract or**
         **State what the contract or**  MUSIC LICENSE                               **unexpired lease**
         **lease is for**

         **Nature of debtor's interest**  LICENSEE                                   MUSIKVERGNUEGEN DBA BEYOND
                                                                                     16255 VENTURA BLVD
         **State the term remaining**    _____             STE 625
                                                                                     ENCINO CA 91436
         **List the contract number of**  _____
         **any government contract**


2.1343.  **Title of contract**         AGREEMENT                                     **State the name and mailing address**
                                                                                     **for all other parties with whom the**
         **State what the contract or**  VENDOR AGREEMENT                            **debtor has an executory contract or**
         **lease is for**                                                            **unexpired lease**

         **Nature of debtor's interest**  CUSTOMER                                   NANCY JAY MALOSKY
                                                                                     5337 GATESWORTH LN
         **State the term remaining**    _____             DALLAS TX 75287

         **List the contract number of**  _____
         **any government contract**


2.1344.  **Title of contract**         SYNCHRONIZATION LICENSE AGREEMENT DATED JUNE  **State the name and mailing address**
                                       8,2017                                        **for all other parties with whom the**
                                                                                     **debtor has an executory contract or**
         **State what the contract or**  MUSIC LICENSE                               **unexpired lease**
         **lease is for**

         **Nature of debtor's interest**  LICENSEE                                   NASUL LEE
                                                                                     1212 BROCKTON AVE #302
         **State the term remaining**    _____             LOS ANGELES CA 90025

         **List the contract number of**  _____
         **any government contract**


2.1345.  **Title of contract**         AGREEMENT                                     **State the name and mailing address**
                                                                                     **for all other parties with whom the**
         **State what the contract or**  VENDOR AGREEMENT                            **debtor has an executory contract or**
         **lease is for**                                                            **unexpired lease**

         **Nature of debtor's interest**  CUSTOMER                                   NATASHA LYONNE
                                                                                     415 E 6TH ST
         **State the term remaining**    _____             NEW YORK NY 10009

         **List the contract number of**  _____
         **any government contract**

Debtor    **Open Road Films, LLC**                                                                                   Case number *(if known)* **18-12012**

| | | | |
|---|---|---|---|
| 2.1346. | **Title of contract** | AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | VENDOR AGREEMENT | |
| | **Nature of debtor's interest** | CUSTOMER | NATIONAL AMUSEMENTS |
| | **State the term remaining** | _____ | 846 UNIVERSITY AVE PO BOX 9108 |
| | **List the contract number of any government contract** | _____ | NORWOOD MA 02062 |

| | | | |
|---|---|---|---|
| 2.1347. | **Title of contract** | NRG LICENSE AGREEMENT FOR NRG THEATRICAL FILM TRACKING DATA AND SERVICES DATED JANUARY 29, 2018 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | VENDOR AGREEMENT | NATIONAL RESEARCH GROUP, INC. |
| | **Nature of debtor's interest** | CUSTOMER | 5780 W JEFFERSON BLVD LOS ANGELES CA 90016 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| | | | |
|---|---|---|---|
| 2.1348. | **Title of contract** | AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | VENDOR AGREEMENT | |
| | **Nature of debtor's interest** | CUSTOMER | NAZY MEKNAT |
| | **State the term remaining** | _____ | 740 N KINGS RD #205 WEST HOLLYWOOD CA 90069 |
| | **List the contract number of any government contract** | _____ | |

| | | | |
|---|---|---|---|
| 2.1349. | **Title of contract** | LICENSE AGREEMENT FOR INTERNET TRANSMISSION DATED MAY 13,2011 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | EXPLOITATION AGREEMENT | NETFLIX, INC. |
| | **Nature of debtor's interest** | LICENSOR | 5808 SUNSET BLVD LOS ANGELES CA 90028 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| | | | |
|---|---|---|---|
| 2.1350. | **Title of contract** | AMENDMENT #1 DATED NOVEMBER 21,2011 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | EXPLOITATION AGREEMENT | NETFLIX, INC. |
| | **Nature of debtor's interest** | LICENSOR | 5808 SUNSET BLVD LOS ANGELES CA 90028 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

Debtor   **Open Road Films, LLC**                                             Case number *(if known)* **18-12012**

2.1351.  **Title of contract**              SECOND AMENDMENT DATED AUGUST 2,2013        State the name and mailing address
                                                                                        for all other parties with whom the
         **State what the contract or**      EXPLOITATION AGREEMENT                      debtor has an executory contract or
         **lease is for**                                                                unexpired lease

         **Nature of debtor's interest**     LICENSOR                                    NETFLIX, INC.
                                                                                         5808 SUNSET BLVD
         **State the term remaining**        _____        LOS ANGELES CA 90028

         **List the contract number of**     _____
         **any government contract**

2.1352.  **Title of contract**              THIRD AMENDMENT DATED APRIL 11,2014         State the name and mailing address
                                                                                        for all other parties with whom the
         **State what the contract or**      EXPLOITATION AGREEMENT                      debtor has an executory contract or
         **lease is for**                                                                unexpired lease

         **Nature of debtor's interest**     LICENSOR                                    NETFLIX, INC.
                                                                                         5808 SUNSET BLVD
         **State the term remaining**        _____        LOS ANGELES CA 90028

         **List the contract number of**     _____
         **any government contract**

2.1353.  **Title of contract**              AMENDMENT #4 DATED JUNE 10,2014             State the name and mailing address
                                                                                        for all other parties with whom the
         **State what the contract or**      EXPLOITATION AGREEMENT                      debtor has an executory contract or
         **lease is for**                                                                unexpired lease

         **Nature of debtor's interest**     LICENSOR                                    NETFLIX, INC.
                                                                                         5808 SUNSET BLVD
         **State the term remaining**        _____        LOS ANGELES CA 90028

         **List the contract number of**     _____
         **any government contract**

2.1354.  **Title of contract**              NOTICE OF ASSIGNMENT DATED JUNE 3,2011      State the name and mailing address
                                                                                        for all other parties with whom the
         **State what the contract or**      EXPLOITATION AGREEMENT                      debtor has an executory contract or
         **lease is for**                                                                unexpired lease

         **Nature of debtor's interest**     LICENSOR                                    NETFLIX, INC.
                                                                                         5808 SUNSET BLVD
         **State the term remaining**        _____        LOS ANGELES CA 90028

         **List the contract number of**     _____
         **any government contract**

2.1355.  **Title of contract**              AMENDMENT TO NOTICE OF ASSIGNMENT DATED     State the name and mailing address
                                             DECEMBER 15,2011                            for all other parties with whom the
                                                                                         debtor has an executory contract or
         **State what the contract or**      EXPLOITATION AGREEMENT                      unexpired lease
         **lease is for**
                                                                                         NETFLIX, INC.
         **Nature of debtor's interest**     LICENSOR                                    5808 SUNSET BLVD
                                                                                         LOS ANGELES CA 90028
         **State the term remaining**        _____

         **List the contract number of**     _____
         **any government contract**

Debtor    **Open Road Films, LLC**                                                          Case number *(if known)* **18-12012**

| 2.1356. | Title of contract | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED SEPTEMBER 18,2012 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | NEVER SAY DIE RECORDS, LTD. UNIT A 176 STOKE NEWINGTON RD STOKE NEWINGTON N16 7AUY UNITED KINGDOM |
| | Nature of debtor's interest | LICENSEE | |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.1357. | Title of contract | SYNCHRONIZATION AND MASTER USE LICENSE DATED AUGUST 2,2017 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | NEW RAZOR & TIE ENTERPRISES, LLC 100 NORTH CRESCENT DR BEVERLY HILLS CA 90210 |
| | Nature of debtor's interest | LICENSEE | |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.1358. | Title of contract | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED NOVEMBER 4,2015 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | NICHOLAS MURRAY 4950 GREENBUSH AVE SHERMAN OAKS CA 91423 |
| | Nature of debtor's interest | LICENSEE | |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.1359. | Title of contract | MASTER USE LICENSE AGREEMENT DATED JANUARY 28,2013 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | NINJA TUNE, LTD. 90 KENNINGTON LN LONDON SE 11 4XD UNITED KINGDOM |
| | Nature of debtor's interest | LICENSEE | |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.1360. | Title of contract | SILENT HOUSE - TRAILERS / ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED JANUARY 5,2012 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | NITECAP MUSIC 9649 JEFFERSON BLVD SUITE 102 CULVER CITY CA 90232 |
| | Nature of debtor's interest | LICENSEE | |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

Debtor    **Open Road Films, LLC**                                                                                      Case number *(if known)* **18-12012**

2.1361.  **Title of contract**                  SYNCHRONIZATION AND MASTER RECORDING LICENSE      **State the name and mailing address**
                                                 DATED APRIL 17,2014                               **for all other parties with whom the**
                                                                                                   **debtor has an executory contract or**
         **State what the contract or**          MUSIC LICENSE                                     **unexpired lease**
         **lease is for**

         **Nature of debtor's interest**         LICENSEE                                          NON-STOP MUSIC LIBRARY, L.C.
                                                                                                   C/O WARNER/CHAPPELL
         **State the term remaining**            _____                 PRODUCTION MUSIC, INC.
                                                                                                   10585 SANTA MONICA BLVD
         **List the contract number of**         _____                 LOS ANGELES CA 90025
         **any government contract**

2.1362.  **Title of contract**                  SYNCHRONIZATION AND MASTER RECORDING LICENSE      **State the name and mailing address**
                                                 (DEMOLITION TRASH) DATED APRIL 17,2014           **for all other parties with whom the**
                                                                                                   **debtor has an executory contract or**
         **State what the contract or**          MUSIC LICENSE                                     **unexpired lease**
         **lease is for**

         **Nature of debtor's interest**         LICENSEE                                          NON-STOP MUSIC LIBRARY, L.C.
                                                                                                   C/O WARNER/CHAPPELL
         **State the term remaining**            _____                 PRODUCTION MUSIC, INC.
                                                                                                   10585 SANTA MONICA BLVD
         **List the contract number of**         _____                 LOS ANGELES CA 90025
         **any government contract**

2.1363.  **Title of contract**                  SYNCHRONIZATION AND MASTER RECORDING LICENSE      **State the name and mailing address**
                                                 DATED AUGUST 17,2012                              **for all other parties with whom the**
                                                                                                   **debtor has an executory contract or**
         **State what the contract or**          MUSIC LICENSE                                     **unexpired lease**
         **lease is for**

         **Nature of debtor's interest**         LICENSEE                                          NON-STOP MUSIC LIBRARY, L.C.
                                                                                                   C/O WARNER/CHAPPELL
         **State the term remaining**            _____                 PRODUCTION MUSIC, INC.
                                                                                                   10585 SANTA MONICA BLVD
         **List the contract number of**         _____                 LOS ANGELES CA 90025
         **any government contract**

2.1364.  **Title of contract**                  SYNCHRONIZATION AND MASTER RECORDING LICENSE      **State the name and mailing address**
                                                 - WORLDWIDE DATED APRIL 24,2012                  **for all other parties with whom the**
                                                                                                   **debtor has an executory contract or**
         **State what the contract or**          MUSIC LICENSE                                     **unexpired lease**
         **lease is for**

         **Nature of debtor's interest**         LICENSEE                                          NON-STOP MUSIC LIBRARY, LLC
                                                                                                   915 WEST 100 SOUTH
         **State the term remaining**            _____                 SALT LAKE CITY UT 84104

         **List the contract number of**         _____
         **any government contract**

2.1365.  **Title of contract**                  COMBINED SYNCHRONIZATION AND MASTER USE          **State the name and mailing address**
                                                 LICENSE AGREEMENT DATED APRIL 23,2012            **for all other parties with whom the**
                                                                                                   **debtor has an executory contract or**
         **State what the contract or**          MUSIC LICENSE                                     **unexpired lease**
         **lease is for**

         **Nature of debtor's interest**         LICENSEE                                          NON-STOP MUSIC LIBRARY, LLC
                                                                                                   915 WEST 100 SOUTH
         **State the term remaining**            _____                 SALT LAKE CITY UT 84104

         **List the contract number of**         _____
         **any government contract**

Debtor   **Open Road Films, LLC**                                    Case number *(if known)* **18-12012**

2.1366.  **Title of contract**   SYNCHRONIZATION AND MASTER RECORDING LICENSE   **State the name and mailing address**
                                  DATED SEPTEMBER 7,2012                         **for all other parties with whom the**
                                                                                 **debtor has an executory contract or**
         **State what the contract or**   MUSIC LICENSE                          **unexpired lease**
         **lease is for**
                                                                                 NON-STOP MUSIC LIBRARY, LLC
         **Nature of debtor's interest**   LICENSEE                              915 WEST 100 SOUTH
                                                                                 SALT LAKE CITY UT 84104
         **State the term remaining**      _____

         **List the contract number of**   _____
         **any government contract**

2.1367.  **Title of contract**   COMBINED SYNCHRONIZATION AND MASTER USE   **State the name and mailing address**
                                  LICENSE AGREEMENT DATED APRIL 14,2014    **for all other parties with whom the**
                                                                           **debtor has an executory contract or**
         **State what the contract or**   MUSIC LICENSE                    **unexpired lease**
         **lease is for**
                                                                           NON-STOP MUSIC LIBRARY, LLC
         **Nature of debtor's interest**   LICENSEE                        915 WEST 100 SOUTH
                                                                           SALT LAKE CITY UT 84104
         **State the term remaining**      _____

         **List the contract number of**   _____
         **any government contract**

2.1368.  **Title of contract**   SYNCHRONIZATION AND MASTER RECORDING LICENSE   **State the name and mailing address**
                                  DATED FEBRUARY 14,2013                         **for all other parties with whom the**
                                                                                 **debtor has an executory contract or**
         **State what the contract or**   MUSIC LICENSE                          **unexpired lease**
         **lease is for**
                                                                                 NON-STOP MUSIC LIBRARY, LLC
         **Nature of debtor's interest**   LICENSEE                              915 WEST 100 SOUTH
                                                                                 SALT LAKE CITY UT 84104
         **State the term remaining**      _____

         **List the contract number of**   _____
         **any government contract**

2.1369.  **Title of contract**   SYNCHRONIZATION AND MASTER RECORDING LICENSE   **State the name and mailing address**
                                  DATED NOVEMBER 24,2014                         **for all other parties with whom the**
                                                                                 **debtor has an executory contract or**
         **State what the contract or**   MUSIC LICENSE                          **unexpired lease**
         **lease is for**
                                                                                 NON-STOP MUSIC LIBRARY, LLC
         **Nature of debtor's interest**   LICENSEE                              915 WEST 100 SOUTH
                                                                                 SALT LAKE CITY UT 84104
         **State the term remaining**      _____

         **List the contract number of**   _____
         **any government contract**

2.1370.  **Title of contract**   SYNCRHONIZATION AND MASTER RECORDING LICENSE   **State the name and mailing address**
                                  DATED SEPTEMBER 3,2013                         **for all other parties with whom the**
                                                                                 **debtor has an executory contract or**
         **State what the contract or**   MUSIC LICENSE                          **unexpired lease**
         **lease is for**
                                                                                 NON-STOP MUSIC LIBRARY, LLC
         **Nature of debtor's interest**   LICENSEE                              915 WEST 100 SOUTH
                                                                                 SALT LAKE CITY UT 84104
         **State the term remaining**      _____

         **List the contract number of**   _____
         **any government contract**

Debtor   **Open Road Films, LLC**                                                            Case number *(if known)* **18-12012**

| | | |
|---|---|---|
| 2.1371. **Title of contract** | SYNCHRONIZATION AND MASTER RECORDING LICENSE DATED APRIL 13,2016 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| **State what the contract or lease is for** | MUSIC LICENSE | |
| **Nature of debtor's interest** | LICENSEE | NON-STOP MUSIC LIBRARY, LLC 915 WEST 100 SOUTH SALT LAKE CITY UT 84104 |
| **State the term remaining** | _____ | |
| **List the contract number of any government contract** | _____ | |

| | | |
|---|---|---|
| 2.1372. **Title of contract** | SYNCHRONIZATION AND MASTER RECORDING LICENSE DATED JANUARY 31,2013 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| **State what the contract or lease is for** | MUSIC LICENSE | |
| **Nature of debtor's interest** | LICENSEE | NON-STOP MUSIC LIBRARY, LLC 915 WEST 100 SOUTH SALT LAKE CITY UT 84104 |
| **State the term remaining** | _____ | |
| **List the contract number of any government contract** | _____ | |

| | | |
|---|---|---|
| 2.1373. **Title of contract** | SYNCHRONIZATION AND MASTER RECORDING LICENSE DATED MARCH 7,2012 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| **State what the contract or lease is for** | MUSIC LICENSE | |
| **Nature of debtor's interest** | LICENSEE | NON-STOP MUSIC LIBRARY, LLC 915 WEST 100 SOUTH SALT LAKE CITY UT 84104 |
| **State the term remaining** | _____ | |
| **List the contract number of any government contract** | _____ | |

| | | |
|---|---|---|
| 2.1374. **Title of contract** | SYNCHRONIZATION AND MASTER RECORDING LICENSE DATED FEBRUARY 22,2013 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| **State what the contract or lease is for** | MUSIC LICENSE | |
| **Nature of debtor's interest** | LICENSEE | NON-STOP MUSIC LIBRARY, LLC 915 WEST 100 SOUTH SALT LAKE CITY UT 84104 |
| **State the term remaining** | _____ | |
| **List the contract number of any government contract** | _____ | |

| | | |
|---|---|---|
| 2.1375. **Title of contract** | SYNCHRONIZATION AND MASTER RECORDING LICENSE DATED NOVEMBER 19,2012 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| **State what the contract or lease is for** | MUSIC LICENSE | |
| **Nature of debtor's interest** | LICENSEE | NON-STOP MUSIC LIBRARY, LLC 915 WEST 100 SOUTH SALT LAKE CITY UT 84104 |
| **State the term remaining** | _____ | |
| **List the contract number of any government contract** | _____ | |

Debtor   **Open Road Films, LLC**                                                 Case number *(if known)* **18-12012**

2.1376. **Title of contract**           SYNCHRONIZATION AND MASTER RECORDING LICENSE     **State the name and mailing address**
                                         DATED JANUARY 5,2015                              **for all other parties with whom the**
                                                                                          **debtor has an executory contract or**
         **State what the contract or**  MUSIC LICENSE                                     **unexpired lease**
         **lease is for**
                                                                                          NON-STOP MUSIC LIBRARY, LLC
         **Nature of debtor's interest**  LICENSEE                                         915 WEST 100 SOUTH
                                                                                          SALT LAKE CITY UT 84104
         **State the term remaining**     _____

         **List the contract number of**  _____
         **any government contract**

2.1377. **Title of contract**           SYNCHRONIZATION AND MASTER RECORDING LICENSE     **State the name and mailing address**
                                         - WORLDWIDE DATED AUGUST 1,2012                   **for all other parties with whom the**
                                                                                          **debtor has an executory contract or**
         **State what the contract or**  MUSIC LICENSE                                     **unexpired lease**
         **lease is for**
                                                                                          NON-STOP MUSIC LIBRARY, LLC
         **Nature of debtor's interest**  LICENSEE                                         915 WEST 100 SOUTH
                                                                                          SALT LAKE CITY UT 84104
         **State the term remaining**     _____

         **List the contract number of**  _____
         **any government contract**

2.1378. **Title of contract**           SYNCHRONIZATION AND MASTER RECORDING LICENSE     **State the name and mailing address**
                                         DATED FEBRUARY 3,2012                            **for all other parties with whom the**
                                                                                          **debtor has an executory contract or**
         **State what the contract or**  MUSIC LICENSE                                     **unexpired lease**
         **lease is for**
                                                                                          NON-STOP MUSIC LIBRARY, LLC
         **Nature of debtor's interest**  LICENSEE                                         915 WEST 100 SOUTH
                                                                                          SALT LAKE CITY UT 84104
         **State the term remaining**     _____

         **List the contract number of**  _____
         **any government contract**

2.1379. **Title of contract**           SYNCHRONIZATION AND MASTER RECORDING LICENSE     **State the name and mailing address**
                                         DATED FEBRUARY 3,2012                            **for all other parties with whom the**
                                                                                          **debtor has an executory contract or**
         **State what the contract or**  MUSIC LICENSE                                     **unexpired lease**
         **lease is for**
                                                                                          NON-STOP MUSIC LIBRARY, LLC
         **Nature of debtor's interest**  LICENSEE                                         915 WEST 100 SOUTH
                                                                                          SALT LAKE CITY UT 84104
         **State the term remaining**     _____

         **List the contract number of**  _____
         **any government contract**

2.1380. **Title of contract**           SYNCHRONIZATION AND MASTER RECORDING LICENSE     **State the name and mailing address**
                                         DATED JANUARY 9,2012                             **for all other parties with whom the**
                                                                                          **debtor has an executory contract or**
         **State what the contract or**  MUSIC LICENSE                                     **unexpired lease**
         **lease is for**
                                                                                          NON-STOP MUSIC LIBRARY, LLC
         **Nature of debtor's interest**  LICENSEE                                         915 WEST 100 SOUTH
                                                                                          SALT LAKE CITY UT 84104
         **State the term remaining**     _____

         **List the contract number of**  _____
         **any government contract**

| Debtor | **Open Road Films, LLC** | | Case number *(if known)* **18-12012** |
|---|---|---|---|

| 2.1381. | **Title of contract** | SYNCHRONIZATION AND MASTER RECORDING LICENSE DATED JANUARY 24,2012 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | NON-STOP MUSIC LIBRARY, LLC<br>915 WEST 100 SOUTH<br>SALT LAKE CITY UT 84104 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.1382. | **Title of contract** | SYNCHRONIZATION AND MASTER RECORDING LICENSE DATED DECEMBER 12,2011 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | NON-STOP MUSIC LIBRARY, LLC<br>915 WEST 100 SOUTH<br>SALT LAKE CITY UT 84104 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.1383. | **Title of contract** | GLEASON - TRAILERS / ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED JUNE 22,2016 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | NON-STOP MUSIC LIBRARY, LLC AND 615 MUSIC LIBRARY, LLC C/O WARNER/CHAPPELL PRODUCTION MUSIC, INC. |
| | **State the term remaining** | | 915 WEST 100 SOUTH<br>SALT LAKE CITY UT 84104 |
| | **List the contract number of any government contract** | | |

| 2.1384. | **Title of contract** | SYNCHRONIZATION AND MASTER RECORDING LICENSE DATED AUGUST 11,2016 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | NON-STOP MUSIC LIBRARY, LLC AND 615 MUSIC LIBRARY, LLC C/O WARNER/CHAPPELL PRODUCTION MUSIC, INC. |
| | **State the term remaining** | | 915 WEST 100 SOUTH<br>SALT LAKE CITY UT 84104 |
| | **List the contract number of any government contract** | | |

| 2.1385. | **Title of contract** | SYNCHRONIZATION AND MASTER RECORDING LICENSE DATED SEPTEMBER 18,2017 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | NON-STOP MUSIC LIBRARY, LLC AND 615 MUSIC LIBRARY, LLC C/O WARNER/CHAPPELL PRODUCTION MUSIC, INC. |
| | **State the term remaining** | | 915 WEST 100 SOUTH<br>SALT LAKE CITY UT 84104 |
| | **List the contract number of any government contract** | | |

Debtor    **Open Road Films, LLC**                                    Case number *(if known)* **18-12012**

| 2.1386. | **Title of contract** | SYNCHRONIZATION AND MASTER RECORDING LICENSE DATED JANUARY 4,2017 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | NON-STOP MUSIC LIBRARY, LLC AND 615 MUSIC LIBRARY, LLC C/O WARNER/CHAPPELL PRODUCTION MUSIC, INC. 915 WEST 100 SOUTH SALT LAKE CITY UT 84104 |
| | **Nature of debtor's interest** | LICENSEE | |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.1387. | **Title of contract** | SYNCHRONIZATION AND MASTER RECORDING LICENSE DATED AUGUST 25,2017 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | NON-STOP MUSIC LIBRARY, LLC AND 615 MUSIC LIBRARY, LLC C/O WARNER/CHAPPELL PRODUCTION MUSIC, INC. 915 WEST 100 SOUTH SALT LAKE CITY UT 84104 |
| | **Nature of debtor's interest** | LICENSEE | |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.1388. | **Title of contract** | SYNCHRONIZATION AND MASTER RECORDING LICENSE DATED MAY 15,2018 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | NON-STOP MUSIC LIBRARY, LLC AND 615 MUSIC LIBRARY, LLC C/O WARNER/CHAPPELL PRODUCTION MUSIC, INC. 915 WEST 100 SOUTH SALT LAKE CITY UT 84104 |
| | **Nature of debtor's interest** | LICENSEE | |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.1389. | **Title of contract** | SYNCHRONIZATION AND MASTER RECORDING LICENSE DATED JANUARY 11,2018 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | NON-STOP MUSIC LIBRARY, LLC AND 615 MUSIC LIBRARY, LLC C/O WARNER/CHAPPELL PRODUCTION MUSIC, INC. 915 WEST 100 SOUTH SALT LAKE CITY UT 84104 |
| | **Nature of debtor's interest** | LICENSEE | |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.1390. | **Title of contract** | SYNCHRONIZATION AND MASTER RECORDING LICENSE DATED MARCH 12,2018 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | NON-STOP MUSIC LIBRARY, LLC AND 615 MUSIC LIBRARY, LLC C/O WARNER/CHAPPELL PRODUCTION MUSIC, INC. 915 WEST 100 SOUTH SALT LAKE CITY UT 84104 |
| | **Nature of debtor's interest** | LICENSEE | |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

Debtor    **Open Road Films, LLC**                                                        Case number *(if known)* **18-12012**

| 2.1391. | **Title of contract** | SYNCHRONIZATION AND MASTER RECORDING LICENSE DATED MARCH 12,2018 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | NON-STOP MUSIC LIBRARY, LLC AND 615 MUSIC LIBRARY, LLC C/O WARNER/CHAPPELL PRODUCTION MUSIC, INC. |
| | **State the term remaining** | _____ | 915 WEST 100 SOUTH SALT LAKE CITY UT 84104 |
| | **List the contract number of any government contract** | _____ | |

| 2.1392. | **Title of contract** | SYNCHRONIZATION AND MASTER RECORDING LICENSE DATED JANUARY 4,2017 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | NON-STOP MUSIC LIBRARY, LLC AND 615 MUSIC LIBRARY, LLC C/O WARNER/CHAPPELL PRODUCTION MUSIC, INC. |
| | **State the term remaining** | _____ | 915 WEST 100 SOUTH SALT LAKE CITY UT 84104 |
| | **List the contract number of any government contract** | _____ | |

| 2.1393. | **Title of contract** | SYNCHRONIZATION AND MASTER RECORDING LICENSE DATED MARCH 27,2017 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | NON-STOP MUSIC LIBRARY, LLC AND 615 MUSIC LIBRARY, LLC C/O WARNER/CHAPPELL PRODUCTION MUSIC, INC. |
| | **State the term remaining** | _____ | 915 WEST 100 SOUTH SALT LAKE CITY UT 84104 |
| | **List the contract number of any government contract** | _____ | |

| 2.1394. | **Title of contract** | SYNCHRONIZATION AND MASTER RECORDING LICENSE DATED FEBRUARY 28,2017 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | NON-STOP MUSIC LIBRARY, LLC AND 615 MUSIC LIBRARY, LLC C/O WARNER/CHAPPELL PRODUCTION MUSIC, INC. |
| | **State the term remaining** | _____ | 915 WEST 100 SOUTH SALT LAKE CITY UT 84104 |
| | **List the contract number of any government contract** | _____ | |

| 2.1395. | **Title of contract** | SYNCHRONIZATION AND MASTER RECORDING LICENSE DATED MARCH 24,2017 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | NON-STOP MUSIC LIBRARY, LLC AND 615 MUSIC LIBRARY, LLC C/O WARNER/CHAPPELL PRODUCTION MUSIC, INC. |
| | **State the term remaining** | _____ | 915 WEST 100 SOUTH SALT LAKE CITY UT 84104 |
| | **List the contract number of any government contract** | _____ | |

Debtor   **Open Road Films, LLC**                                                                Case number *(if known)* **18-12012**

| 2.1396. | **Title of contract** | SYNCHRONIZATION AND MASTER RECORDING LICENSE DATED JANUARY 27,2017 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | NON-STOP MUSIC LIBRARY, LLC AND 615 MUSIC LIBRARY, LLC C/O WARNER/CHAPPELL PRODUCTION MUSIC, INC. |
| | **State the term remaining** | _____ | 915 WEST 100 SOUTH |
| | **List the contract number of any government contract** | _____ | SALT LAKE CITY UT 84104 |

| 2.1397. | **Title of contract** | SYNCHRONIZATION AND MASTER RECORDING LICENSE DATED MARCH 3,2017 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | NON-STOP MUSIC LIBRARY, LLC AND 615 MUSIC LIBRARY, LLC C/O WARNER/CHAPPELL PRODUCTION MUSIC, INC. |
| | **State the term remaining** | _____ | 915 WEST 100 SOUTH |
| | **List the contract number of any government contract** | _____ | SALT LAKE CITY UT 84104 |

| 2.1398. | **Title of contract** | SYNCHRONIZATION AND MASTER RECORDING LICENSE - TRAILER DATED JULY 25,2016 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | NON-STOP MUSIC LIBRARY, LLC AND 615 MUSIC LIBRARY, LLC C/O WARNER/CHAPPELL PRODUCTION MUSIC, INC. |
| | **State the term remaining** | _____ | 915 WEST 100 SOUTH |
| | **List the contract number of any government contract** | _____ | SALT LAKE CITY UT 84104 |

| 2.1399. | **Title of contract** | SYNCHRONIZATION AND MASTER RECORDING LICENSE DATED MAY 26,2015 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | NON-STOP MUSIC LIBRARY, LLC AND 615 MUSIC LIBRARY, LLC C/O WARNER/CHAPPELL PRODUCTION MUSIC, INC. |
| | **State the term remaining** | _____ | 915 WEST 100 SOUTH |
| | **List the contract number of any government contract** | _____ | SALT LAKE CITY UT 84104 |

| 2.1400. | **Title of contract** | SYNCHRONIZATION AND MASTER RECORDING LICENSE DATED OCTOBER 22,2014 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | NON-STOP MUSIC LIBRARY, LLC C/O WARNER/CHAPPELL PRODUCTION MUSIC, INC. |
| | **State the term remaining** | _____ | 10585 SANTA MONICA BLVD |
| | **List the contract number of any government contract** | _____ | LOS ANGELES CA 90025 |

Debtor  **Open Road Films, LLC**                                    Case number *(if known)* **18-12012**

**2.1401.** **Title of contract**    SYNCHRONIZATION AND MASTER RECORDING LICENSE     **State the name and mailing address**
                                     DATED SEPTEMBER 18,2017                            **for all other parties with whom the**
                                                                                        **debtor has an executory contract or**
         **State what the contract or**    MUSIC LICENSE                                **unexpired lease**
         **lease is for**
                                                                                        NON-STOP MUSIC LIBRARY, LLC
         **Nature of debtor's interest**    LICENSEE                                     C/O WARNER/CHAPPELL
                                                                                        PRODUCTION MUSIC, INC.
         **State the term remaining**    _____               10585 SANTA MONICA BLVD
                                                                                        LOS ANGELES CA 90025
         **List the contract number of**    _____
         **any government contract**

**2.1402.** **Title of contract**    SILENT HILL: REVELATION 3D - TRAILERS / ADVERTISING    **State the name and mailing address**
                                     - COMBINED SYNCHRONIZATION AND MASTER USE           **for all other parties with whom the**
                                     LICENSE AGREEMENT DATED OCTOBER 29,2012             **debtor has an executory contract or**
                                                                                        **unexpired lease**
         **State what the contract or**    MUSIC LICENSE
         **lease is for**                                                                NON-STOP MUSIC LIBRARY, LLC
                                                                                        C/O WARNER/CHAPPELL
         **Nature of debtor's interest**    LICENSEE                                     PRODUCTION MUSIC, INC.
                                                                                        10585 SANTA MONICA BLVD
         **State the term remaining**    _____               LOS ANGELES CA 90025

         **List the contract number of**    _____
         **any government contract**

**2.1403.** **Title of contract**    SYNCHRONIZATION AND MASTER RECORDING LICENSE     **State the name and mailing address**
                                     DATED OCTOBER 29,2012                              **for all other parties with whom the**
                                                                                        **debtor has an executory contract or**
                                                                                        **unexpired lease**
         **State what the contract or**    MUSIC LICENSE
         **lease is for**                                                                NON-STOP MUSIC LIBRARY, LLC
                                                                                        C/O WARNER/CHAPPELL
         **Nature of debtor's interest**    LICENSEE                                     PRODUCTION MUSIC, INC.
                                                                                        10585 SANTA MONICA BLVD
         **State the term remaining**    _____               LOS ANGELES CA 90025

         **List the contract number of**    _____
         **any government contract**

**2.1404.** **Title of contract**    SYNCHRONIZATION AND MASTER RECORDING LICENSE     **State the name and mailing address**
                                     DATED APRIL 13,2016                                **for all other parties with whom the**
                                                                                        **debtor has an executory contract or**
                                                                                        **unexpired lease**
         **State what the contract or**    MUSIC LICENSE
         **lease is for**                                                                NON-STOP MUSIC LIBRARY, LLC
                                                                                        C/O WARNER/CHAPPELL
         **Nature of debtor's interest**    LICENSEE                                     PRODUCTION MUSIC, INC.
                                                                                        10585 SANTA MONICA BLVD
         **State the term remaining**    _____               LOS ANGELES CA 90025

         **List the contract number of**    _____
         **any government contract**

**2.1405.** **Title of contract**    SYNCHRONIZATION AND MASTER RECORDING LICENSE     **State the name and mailing address**
                                     (REACTION HIT) DATED OCTOBER 15,2015               **for all other parties with whom the**
                                                                                        **debtor has an executory contract or**
                                                                                        **unexpired lease**
         **State what the contract or**    MUSIC LICENSE
         **lease is for**                                                                NON-STOP MUSIC LIBRARY, LLC
                                                                                        C/O WARNER/CHAPPELL
         **Nature of debtor's interest**    LICENSEE                                     PRODUCTION MUSIC, INC.
                                                                                        10585 SANTA MONICA BLVD
         **State the term remaining**    _____               LOS ANGELES CA 90025

         **List the contract number of**    _____
         **any government contract**

Debtor    **Open Road Films, LLC**                                                    Case number *(if known)* **18-12012**

| | | |
|---|---|---|
| 2.1406. | **Title of contract** | SYNCHRONIZATION AND MASTER RECORDING LICENSE (TITAN HIT) DATED OCTOBER 15,2015 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | NON-STOP MUSIC LIBRARY, LLC C/O WARNER/CHAPPELL PRODUCTION MUSIC, INC. 10585 SANTA MONICA BLVD LOS ANGELES CA 90025 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| | | |
|---|---|---|
| 2.1407. | **Title of contract** | SYNCHRONIZATION AND MASTER RECORDING LICENSE (TITAN HIT) DATED NOVEMBER 6,2015 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | NON-STOP MUSIC LIBRARY, LLC C/O WARNER/CHAPPELL PRODUCTION MUSIC, INC. 10585 SANTA MONICA BLVD LOS ANGELES CA 90025 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| | | |
|---|---|---|
| 2.1408. | **Title of contract** | SYNCHRONIZATION AND MASTER RECORDING LICENSE DATED JUNE 11,2015 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | NON-STOP MUSIC LIBRARY, LLCCO WARNER/CHAPPELL PRODUCTION MUSIC, INC. 10585 SANTA MONICA BLVD LOS ANGELES CA 90025 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| | | |
|---|---|---|
| 2.1409. | **Title of contract** | AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | VENDOR AGREEMENT | |
| | **Nature of debtor's interest** | CUSTOMER | NORTHGATE CINEMA, INC. 3778 LAKEWOOD DR GREENFIELD IN 46140 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| | | |
|---|---|---|
| 2.1410. | **Title of contract** | SLEEPLESS - TRAILERS / ADVERTISING - SYNCHRONIZATION LICENSE AGREEMENT DATED SEPTEMBER 20,2016 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | NW ROYALTY CONSULTING, LLC 37 HOLLEGER RD MILFORD DE 19963 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

Debtor    **Open Road Films, LLC**                                                    Case number *(if known)* **18-12012**

---

**2.1411.**  **Title of contract**          DISTRIBUTION RIGHTS ACQUISITION AGREEMENT          State the name and mailing address
                                            DATED MAY 8, 2014                                   for all other parties with whom the
                                                                                                debtor has an executory contract or
            **State what the contract or**   ACQUISITION AGREEMENT                              unexpired lease
            **lease is for**

            **Nature of debtor's interest**  DISTRIBUTOR                                        ODD LOT PICTURES, LLC
                                                                                                9601 JEFFERSON BLVD STE A
            **State the term remaining**      _____              CULVER CITY CA 90232

            **List the contract number of**  _____
            **any government contract**


**2.1412.**  **Title of contract**          AGREEMENT                                          State the name and mailing address
                                                                                                for all other parties with whom the
            **State what the contract or**   VENDOR AGREEMENT                                   debtor has an executory contract or
            **lease is for**                                                                    unexpired lease

            **Nature of debtor's interest**  CUSTOMER                                           OFFICIA IMAGING, INC. DBA
                                                                                                OFFICE1
            **State the term remaining**      _____              3930 W ALI BABA LN
                                                                                                LAS VEGAS NV 89118
            **List the contract number of**  _____
            **any government contract**


**2.1413.**  **Title of contract**          SYNCHRONIZATION LICENSE AGREEMENT DATED JUNE       State the name and mailing address
                                            8,2017                                             for all other parties with whom the
                                                                                                debtor has an executory contract or
            **State what the contract or**   MUSIC LICENSE                                      unexpired lease
            **lease is for**

            **Nature of debtor's interest**  LICENSEE                                           OHANA ISLAND, INC.
                                                                                                441 N PLEASANT DR
            **State the term remaining**      _____              GLENWOOD IL 60425

            **List the contract number of**  _____
            **any government contract**


**2.1414.**  **Title of contract**          SYNCHRONIZATION LICENSE DATED NOVEMBER 25,2013     State the name and mailing address
                                                                                                for all other parties with whom the
            **State what the contract or**   MUSIC LICENSE                                      debtor has an executory contract or
            **lease is for**                                                                    unexpired lease

            **Nature of debtor's interest**  LICENSEE                                           OLE MEDIA MANAGEMENT L.P.
                                                                                                266 KING ST W, SUITE 500
            **State the term remaining**      _____              TORONTO ON M5V 1H8
                                                                                                CANADA
            **List the contract number of**  _____
            **any government contract**


**2.1415.**  **Title of contract**          NON-EXCLUSIVE SYNCHRONIZATION / MASTER USE         State the name and mailing address
                                            LICENSE AGREEMENT DATED JULY 26,2017               for all other parties with whom the
                                                                                                debtor has an executory contract or
            **State what the contract or**   MUSIC LICENSE                                      unexpired lease
            **lease is for**

            **Nature of debtor's interest**  LICENSEE                                           OLE MEDIA MANAGEMENT L.P. DBA
                                                                                                5 ALARM MUSIC
            **State the term remaining**      _____              3500 W OLIVE AVE STE 810
                                                                                                BURBANK CA 91505
            **List the contract number of**  _____
            **any government contract**

---

Debtor    **Open Road Films, LLC**                                                                          Case number *(if known)* **18-12012**

**2.1416.** **Title of contract**          AGREEMENT                                                          State the name and mailing address
                                                                                                            for all other parties with whom the
          **State what the contract or**    VENDOR AGREEMENT                                                 debtor has an executory contract or
          **lease is for**                                                                                  unexpired lease

          **Nature of debtor's interest**   CUSTOMER
                                                                                                            OLSON VISUAL
          **State the term remaining**      _____                        13000 WEBER WAY
                                                                                                            HAWTHORNE CA 90250
          **List the contract number of**   _____
          **any government contract**

**2.1417.** **Title of contract**          DISTRIBUTION RIGHTS ACQUISITION AGREEMENT                         State the name and mailing address
                                           DATED MAY 8, 2011                                                 for all other parties with whom the
                                                                                                            debtor has an executory contract or
          **State what the contract or**    ACQUISITION AGREEMENT                                            unexpired lease
          **lease is for**
                                                                                                            OMNILAB MEDIA PTY. LTD.
          **Nature of debtor's interest**   DISTRIBUTOR                                                      LEVEL 1 4 16 YURONG STREET
                                                                                                            EAST SYDNEY NSW 2010
          **State the term remaining**      _____                        AUSTRALIA

          **List the contract number of**   _____
          **any government contract**

**2.1418.** **Title of contract**          SECOND AMENDMENT DISTRIBUTION RIGHTS                              State the name and mailing address
                                           ACQUISITION AGREEMENT - KILLER ELITE DATED                        for all other parties with whom the
                                           SEPTEMBER 2, 2011                                                 debtor has an executory contract or
                                                                                                            unexpired lease
          **State what the contract or**    ACQUISITION AGREEMENT
          **lease is for**                                                                                  OMNILAB MEDIA PTY. LTD.
                                                                                                            LEVEL 1 4 16 YURONG STREET
          **Nature of debtor's interest**   DISTRIBUTOR                                                      EAST SYDNEY NSW 2010
                                                                                                            AUSTRALIA
          **State the term remaining**      _____

          **List the contract number of**   _____
          **any government contract**

**2.1419.** **Title of contract**          OFFICE LEASE DATED AS OF JANUARY 23, 2018                         State the name and mailing address
                                                                                                            for all other parties with whom the
          **State what the contract or**    OFFICE LEASE                                                     debtor has an executory contract or
          **lease is for**                                                                                  unexpired lease

          **Nature of debtor's interest**   TENANT                                                           ONE HUNDRED TOWERS, L.L.C.
                                                                                                            C/O CBRE, INC.
          **State the term remaining**      _____                        2049 CENTURY PARK EAST
                                                                                                            SUITE 1950
          **List the contract number of**   _____                        LOS ANGELES CA 90067
          **any government contract**

**2.1420.** **Title of contract**          AGREEMENT                                                          State the name and mailing address
                                                                                                            for all other parties with whom the
          **State what the contract or**    VENDOR AGREEMENT                                                 debtor has an executory contract or
          **lease is for**                                                                                  unexpired lease

          **Nature of debtor's interest**   CUSTOMER                                                         OPTIONS FOR LIFE FOUNDATION
                                                                                                            23801 CALABASAS RD
          **State the term remaining**      _____                        STE 1017
                                                                                                            CALABASAS CA 91302
          **List the contract number of**   _____
          **any government contract**

Debtor    **Open Road Films, LLC**                                                    Case number *(if known)* **18-12012**

| 2.1421. | Title of contract | PRODUCTION FINANCING DEAL MEMORANDAUM | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | ACQUISITION AGREEMENT | |
| | Nature of debtor's interest | DISTRIBUTOR | OR PRODUCTIONS, LLC |
| | State the term remaining | | 2049 CENTURY PK EAST 4TH FL |
| | List the contract number of any government contract | | LOS ANGELES CA 90067 |

| 2.1422. | Title of contract | SHORT-FORM DISTRIBUTION RIGHTS ACQUISITION AGREEMENT DATED JANUARY 11, 2012 FIRST AMENDMENT TO DISTRIBUTION RIGHTS ACQUISITION AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | ACQUISITION AGREEMENT | OUTRUN THE MOVIE, LLC |
| | Nature of debtor's interest | DISTRIBUTOR | 1426 MAIN ST |
| | State the term remaining | | STE 201 |
| | List the contract number of any government contract | | VENICE CA 90291 |

| 2.1423. | Title of contract | AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | VENDOR AGREEMENT | |
| | Nature of debtor's interest | CUSTOMER | PACIFIC CINEMAS CORPORATION/ARCLIGHT CINEMA |
| | State the term remaining | | 120 NORTH ROBERTSON BLVD |
| | List the contract number of any government contract | | THIRD FLOOR TREASURY |
| | | | LOS ANGELES CA 90048 |

| 2.1424. | Title of contract | AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | VENDOR AGREEMENT | |
| | Nature of debtor's interest | CUSTOMER | PACIFIC DESIGN CENTER 1, LLC |
| | State the term remaining | | 750 NORTH SAN VICENTE BLVD |
| | List the contract number of any government contract | | STE 1600 |
| | | | WEST HOLLYWOOD CA 90069 |

| 2.1425. | Title of contract | SYNCHRONIZATION LICENSE #21257 DATED AUGUST 22,2017 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | PAINTED DESERT MUSIC CORP. (BMI) |
| | State the term remaining | | 488 MADISON AVE |
| | List the contract number of any government contract | | NEW YORK NY 10022 |

Debtor **Open Road Films, LLC**                                                                    Case number *(if known)* **18-12012**

| 2.1426. | **Title of contract** | DOMESTIC AIRLINES AND MILITARY/GOVERNMENTAL INSTALLATIONS TERM SHEET DATED MARCH 16,2012 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | EXPLOITATION AGREEMENT | |
| | **Nature of debtor's interest** | LICENSOR | PARAMOUNT PICTURES CORPORATION 5555 MELROSE AVE LOS ANGELES CA 90038 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.1427. | **Title of contract** | DOMESTIC AIRLINES AND MILITARY/GOVERNMENTAL INSTALLATIONS TERM SHEET DATED FEBRUARY 1,2012 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | EXPLOITATION AGREEMENT | |
| | **Nature of debtor's interest** | LICENSOR | PARAMOUNT PICTURES CORPORATION 5555 MELROSE AVE LOS ANGELES CA 90038 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.1428. | **Title of contract** | DOMESTIC AIRLINES AND MILITARY/GOVERNMENTAL INSTALLATIONS TERM SHEET DATED MARCH 1,2012 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | EXPLOITATION AGREEMENT | |
| | **Nature of debtor's interest** | LICENSOR | PARAMOUNT PICTURES CORPORATION 5555 MELROSE AVE LOS ANGELES CA 90038 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.1429. | **Title of contract** | AMENDMENT #1 DATED NOVEMBER 15,2013 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | EXPLOITATION AGREEMENT | |
| | **Nature of debtor's interest** | LICENSOR | PARAMOUNT PICTURES CORPORATION 5555 MELROSE AVE LOS ANGELES CA 90038 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.1430. | **Title of contract** | AMENDMENT #2 DATED JANUARY 26,2015 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | EXPLOITATION AGREEMENT | |
| | **Nature of debtor's interest** | LICENSOR | PARAMOUNT PICTURES CORPORATION 5555 MELROSE AVE LOS ANGELES CA 90038 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

Debtor   **Open Road Films, LLC**

Case number *(if known)* **18-12012**

| 2.1431. | **Title of contract** | AMENDMENT #3 DATED JULY 21,2015 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | **State what the contract or lease is for** | EXPLOITATION AGREEMENT | |
| | **Nature of debtor's interest** | LICENSOR | PARAMOUNT PICTURES CORPORATION |
| | **State the term remaining** | _____ | 5555 MELROSE AVE |
| | **List the contract number of any government contract** | _____ | LOS ANGELES CA 90038 |

| 2.1432. | **Title of contract** | AMENDMENT #4 DATED JANUARY 1,2016 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | **State what the contract or lease is for** | EXPLOITATION AGREEMENT | |
| | **Nature of debtor's interest** | LICENSOR | PARAMOUNT PICTURES CORPORATION |
| | **State the term remaining** | _____ | 5555 MELROSE AVE |
| | **List the contract number of any government contract** | _____ | LOS ANGELES CA 90038 |

| 2.1433. | **Title of contract** | AMENDMENT #5 DATED APRIL 6,2017 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | **State what the contract or lease is for** | EXPLOITATION AGREEMENT | |
| | **Nature of debtor's interest** | LICENSOR | PARAMOUNT PICTURES CORPORATION |
| | **State the term remaining** | _____ | 5555 MELROSE AVE |
| | **List the contract number of any government contract** | _____ | LOS ANGELES CA 90038 |

| 2.1434. | **Title of contract** | LICENSE AGREEMENT - "END OF WATCH" DATED JUNE 9,2016 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | **State what the contract or lease is for** | EXPLOITATION AGREEMENT | |
| | **Nature of debtor's interest** | LICENSOR | PARTICIPANT CHANNEL, INC. 331 FOOTHILL RD |
| | **State the term remaining** | _____ | 3RD FL |
| | **List the contract number of any government contract** | _____ | BEVERLY HILLS CA 90210 |

| 2.1435. | **Title of contract** | LICENSE ACQUISITION AGREEMENT - "END OF WATCH", "MACHETE KILLS" AND "HOMEFRONT" DATED OCTOBER 10,2013 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | **State what the contract or lease is for** | EXPLOITATION AGREEMENT | |
| | **Nature of debtor's interest** | LICENSOR | PARTICIPANT CHANNEL, INC. 331 FOOTHILL RD |
| | **State the term remaining** | _____ | 3RD FL |
| | **List the contract number of any government contract** | _____ | BEVERLY HILLS CA 90210 |

Debtor    **Open Road Films, LLC**                                                    Case number *(if known)* **18-12012**

---

**2.1436.** **Title of contract**            DISTRIBUTION AGREEMENT DATED DECEMBER 17,2015      **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**      EXPLOITATION AGREEMENT

**Nature of debtor's interest**       LICENSOR                                PASATIEMPO PICTURES, INC.
**State the term remaining**       _____      2053 KERWOOD AVE
                                                              LOS ANGELES CA 90025
**List the contract number of any government contract**      _____

---

**2.1437.** **Title of contract**            DISTRIBUTION AGREEMENT DATED DECEMBER 7,2016      **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**      EXPLOITATION AGREEMENT

**Nature of debtor's interest**       LICENSOR                                PASATIEMPO PICTURES, INC.
**State the term remaining**       _____      2053 KERWOOD AVE
                                                              LOS ANGELES CA 90025
**List the contract number of any government contract**      _____

---

**2.1438.** **Title of contract**            DISTRIBUTION AGREEMENT DATED SEPTEMBER 18,2013      **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**      EXPLOITATION AGREEMENT

**Nature of debtor's interest**       LICENSOR                                PASATIEMPO PICTURES, INC.
**State the term remaining**       _____      2053 KERWOOD AVE
                                                              LOS ANGELES CA 90025
**List the contract number of any government contract**      _____

---

**2.1439.** **Title of contract**            DISTRIBUTION AGREEMENT DATED DECEMBER 17,2015      **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**      EXPLOITATION AGREEMENT

**Nature of debtor's interest**       LICENSOR                                PASATIEMPO PICTURES, INC.
**State the term remaining**       _____      2053 KERWOOD AVE
                                                              LOS ANGELES CA 90025
**List the contract number of any government contract**      _____

---

**2.1440.** **Title of contract**            DISTRIBUTION AGREEMENT DATED MARCH 5,2014      **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**      EXPLOITATION AGREEMENT

**Nature of debtor's interest**       LICENSOR                                PASATIEMPO PICTURES, INC.
**State the term remaining**       _____      2053 KERWOOD AVE
                                                              LOS ANGELES CA 90025
**List the contract number of any government contract**      _____

---

Debtor   **Open Road Films, LLC**                                          Case number *(if known)* **18-12012**

---

2.1441.  **Title of contract**          DISTRIBUTION AGREEMENT DATED DECEMBER 7,2016      **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**          EXPLOITATION AGREEMENT

**Nature of debtor's interest**          LICENSOR

**State the term remaining**          _____          PASATIEMPO PICTURES, INC.
2053 KERWOOD AVE
LOS ANGELES CA 90025

**List the contract number of any government contract**          _____

---

2.1442.  **Title of contract**          DISTRIBUTION AGREEMENT DATED MAY 12,2015      **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**          EXPLOITATION AGREEMENT

**Nature of debtor's interest**          LICENSOR                        PASATIEMPO PICTURES, INC.
2053 KERWOOD AVE
**State the term remaining**          _____          LOS ANGELES CA 90025

**List the contract number of any government contract**          _____

---

2.1443.  **Title of contract**          DISTRIBUTION AGREEMENT DATED JULY 13,2012      **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**          EXPLOITATION AGREEMENT

**Nature of debtor's interest**          LICENSOR                        PASATIEMPO PICTURES, INC.
2053 KERWOOD AVE
**State the term remaining**          _____          LOS ANGELES CA 90025

**List the contract number of any government contract**          _____

---

2.1444.  **Title of contract**          DISTRIBUTION AGREEMENT DATED MARCH 5,2014      **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**          EXPLOITATION AGREEMENT

**Nature of debtor's interest**          LICENSOR                        PASATIEMPO PICTURES, INC.
2053 KERWOOD AVE
**State the term remaining**          _____          LOS ANGELES CA 90025

**List the contract number of any government contract**          _____

---

2.1445.  **Title of contract**          DISTRIBUTION AGREEMENT DATED DECEMBER 10,2012      **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**          EXPLOITATION AGREEMENT

**Nature of debtor's interest**          LICENSOR                        PASATIEMPO PICTURES, INC.
2053 KERWOOD AVE
**State the term remaining**          _____          LOS ANGELES CA 90025

**List the contract number of any government contract**          _____

Debtor   **Open Road Films, LLC**                                                      Case number *(if known)* **18-12012**

| 2.1446. | **Title of contract** | DISTRIBUTION AGREEMENT DATED JULY 31,2012 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | EXPLOITATION AGREEMENT | |
| | **Nature of debtor's interest** | LICENSOR | PASATIEMPO PICTURES, INC. 2053 KERWOOD AVE LOS ANGELES CA 90025 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | | |

| 2.1447. | **Title of contract** | DISTRIBUTION AGREEMENT DATED SEPTEMBER 18,2013 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | EXPLOITATION AGREEMENT | |
| | **Nature of debtor's interest** | LICENSOR | PASATIEMPO PICTURES, INC. 2053 KERWOOD AVE LOS ANGELES CA 90025 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | | |

| 2.1448. | **Title of contract** | DISTRIBUTION AGREEMENT DATED JUNE 26,2013 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | EXPLOITATION AGREEMENT | |
| | **Nature of debtor's interest** | LICENSOR | PASATIEMPO PICTURES, INC. 2053 KERWOOD AVE LOS ANGELES CA 90025 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | | |

| 2.1449. | **Title of contract** | DISTRIBUTION AGREEMENT DATED AUGUST 10,2011 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | EXPLOITATION AGREEMENT | |
| | **Nature of debtor's interest** | LICENSOR | PASATIEMPO PICTURES, INC. 2053 KERWOOD AVE LOS ANGELES CA 90025 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | | |

| 2.1450. | **Title of contract** | DISTRIBUTION AGREEMENT DATED DECEMBER 10,2014 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | EXPLOITATION AGREEMENT | |
| | **Nature of debtor's interest** | LICENSOR | PASATIEMPO PICTURES, INC. 2053 KERWOOD AVE LOS ANGELES CA 90025 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | | |

Debtor    **Open Road Films, LLC**                                                                Case number *(if known)* **18-12012**

2.1451.  **Title of contract**              DISTRIBUTION AGREEMENT DATED JUNE 26,2013      **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**        EXPLOITATION AGREEMENT

**Nature of debtor's interest**        LICENSOR                                                        PASATIEMPO PICTURES, INC.
                                                                                                        2053 KERWOOD AVE
**State the term remaining**         _____                          LOS ANGELES CA 90025

**List the contract number of any government contract**    _____

2.1452.  **Title of contract**              DISTRIBUTION AGREEMENT DATED FEBRUARY 18,2016    **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**        EXPLOITATION AGREEMENT

**Nature of debtor's interest**        LICENSOR                                                        PASATIEMPO PICTURES, INC.
                                                                                                        2053 KERWOOD AVE
**State the term remaining**         _____                          LOS ANGELES CA 90025

**List the contract number of any government contract**    _____

2.1453.  **Title of contract**              DISTRIBUTION AGREEMENT DATED MARCH 5,2014       **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**        EXPLOITATION AGREEMENT

**Nature of debtor's interest**        LICENSOR                                                        PASATIEMPO PICTURES, INC.
                                                                                                        2053 KERWOOD AVE
**State the term remaining**         _____                          LOS ANGELES CA 90025

**List the contract number of any government contract**    _____

2.1454.  **Title of contract**              DISTRIBUTION AGREEMENT DATED SEPTEMBER 28,2015  **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**        EXPLOITATION AGREEMENT

**Nature of debtor's interest**        LICENSOR                                                        PASATIEMPO PICTURES, INC.
                                                                                                        2053 KERWOOD AVE
**State the term remaining**         _____                          LOS ANGELES CA 90025

**List the contract number of any government contract**    _____

2.1455.  **Title of contract**              DISTRIBUTION AGREEMENT DATED SEPTEMBER 3,2014   **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**        EXPLOITATION AGREEMENT

**Nature of debtor's interest**        LICENSOR                                                        PASATIEMPO PICTURES, INC.
                                                                                                        2053 KERWOOD AVE
**State the term remaining**         _____                          LOS ANGELES CA 90025

**List the contract number of any government contract**    _____

Debtor    **Open Road Films, LLC**                                                   Case number *(if known)* **18-12012**

| 2.1456. | **Title of contract** | DISTRIBUTION AGREEMENT DATED MARCH 5,2014 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | EXPLOITATION AGREEMENT | |
| | **Nature of debtor's interest** | LICENSOR | PASATIEMPO PICTURES, INC. 2053 KERWOOD AVE LOS ANGELES CA 90025 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | | |

| 2.1457. | **Title of contract** | DISTRIBUTION AGREEMENT DATED DECEMBER 19,2012 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | EXPLOITATION AGREEMENT | |
| | **Nature of debtor's interest** | LICENSOR | PASATIEMPO PICTURES, INC. 2053 KERWOOD AVE LOS ANGELES CA 90025 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | | |

| 2.1458. | **Title of contract** | DISTRIBUTION AGREEMENT DATED JULY 31,2012 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | EXPLOITATION AGREEMENT | |
| | **Nature of debtor's interest** | LICENSOR | PASATIEMPO PICTURES, INC. 2053 KERWOOD AVE LOS ANGELES CA 90025 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | | |

| 2.1459. | **Title of contract** | DISTRIBUTION AGREEMENT DATED JANUARY 16,2012 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | EXPLOITATION AGREEMENT | |
| | **Nature of debtor's interest** | LICENSOR | PASATIEMPO PICTURES, INC. 2053 KERWOOD AVE LOS ANGELES CA 90025 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | | |

| 2.1460. | **Title of contract** | DISTRIBUTION AGREEMENT DATED DECEMBER 7,2016 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | EXPLOITATION AGREEMENT | |
| | **Nature of debtor's interest** | LICENSOR | PASATIEMPO PICTURES, INC. 2053 KERWOOD AVE LOS ANGELES CA 90025 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | | |

Debtor    **Open Road Films, LLC**                                                    Case number *(if known)* **18-12012**

| | | |
|---|---|---|
| 2.1461. | **Title of contract** | DISTRIBUTION AGREEMENT DATED DECEMBER 17,2015 |
| | **State what the contract or lease is for** | EXPLOITATION AGREEMENT |
| | **Nature of debtor's interest** | LICENSOR |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

PASATIEMPO PICTURES, INC.
2053 KERWOOD AVE
LOS ANGELES CA 90025

| | | |
|---|---|---|
| 2.1462. | **Title of contract** | DISTRIBUTION AGREEMENT DATED SEPTEMBER 28,2015 |
| | **State what the contract or lease is for** | EXPLOITATION AGREEMENT |
| | **Nature of debtor's interest** | LICENSOR |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

PASATIEMPO PICTURES, INC.
2053 KERWOOD AVE
LOS ANGELES CA 90025

| | | |
|---|---|---|
| 2.1463. | **Title of contract** | DISTRIBUTION AGREEMENT DATED OCTOBER 10,2011 |
| | **State what the contract or lease is for** | EXPLOITATION AGREEMENT |
| | **Nature of debtor's interest** | LICENSOR |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

PASATIEMPO PICTURES, INC.
2053 KERWOOD AVE
LOS ANGELES CA 90025

| | | |
|---|---|---|
| 2.1464. | **Title of contract** | DISTRIBUTION AGREEMENT DATED DECEMBER 10,2014 |
| | **State what the contract or lease is for** | EXPLOITATION AGREEMENT |
| | **Nature of debtor's interest** | LICENSOR |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

PASATIEMPO PICTURES, INC.
2053 KERWOOD AVE
LOS ANGELES CA 90025

| | | |
|---|---|---|
| 2.1465. | **Title of contract** | DISTRIBUTION AGREEMENT DATED JANUARY 23,2013 |
| | **State what the contract or lease is for** | EXPLOITATION AGREEMENT |
| | **Nature of debtor's interest** | LICENSOR |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

PASATIEMPO PICTURES, INC.
2053 KERWOOD AVE
LOS ANGELES CA 90025

Debtor    **Open Road Films, LLC**                                    Case number *(if known)* **18-12012**

| 2.1466. | **Title of contract** | DISTRIBUTION AGREEMENT DATED DECEMBER 10,2014 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | EXPLOITATION AGREEMENT | |
| | **Nature of debtor's interest** | LICENSOR | PASATIEMPO PICTURES, INC. 2053 KERWOOD AVE LOS ANGELES CA 90025 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.1467. | **Title of contract** | DISTRIBUTION AGREEMENT DATED SEPTEMBER 18,2013 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | EXPLOITATION AGREEMENT | |
| | **Nature of debtor's interest** | LICENSOR | PASATIEMPO PICTURES, INC. 2053 KERWOOD AVE LOS ANGELES CA 90025 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.1468. | **Title of contract** | DISTRIBUTION AGREEMENT DATED DECEMBER 7,2016 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | EXPLOITATION AGREEMENT | |
| | **Nature of debtor's interest** | LICENSOR | PASATIEMPO PICTURES, INC. 2053 KERWOOD AVE LOS ANGELES CA 90025 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.1469. | **Title of contract** | DISTRIBUTION AGREEMENT DATED DECEMBER 17,2015 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | EXPLOITATION AGREEMENT | |
| | **Nature of debtor's interest** | LICENSOR | PASATIEMPO PICTURES, INC. 2053 KERWOOD AVE LOS ANGELES CA 90025 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.1470. | **Title of contract** | AMENDMENT #1 TO DISTRIBUTION AGREEMENT DATED FEBRUARY, 2017 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | EXPLOITATION AGREEMENT | |
| | **Nature of debtor's interest** | LICENSOR | PASATIEMPO PICTURES, INC. 2053 KERWOOD AVE LOS ANGELES CA 90025 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

Debtor    **Open Road Films, LLC**                                                Case number *(if known)* **18-12012**

| 2.1471. | **Title of contract** | DISTRIBUTION AGREEMENT DATED APRIL 24,2018 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | EXPLOITATION AGREEMENT | |
| | **Nature of debtor's interest** | LICENSOR | PASATIEMPO PICTURES, INC. |
| | **State the term remaining** | | 2053 KERWOOD AVE LOS ANGELES CA 90025 |
| | **List the contract number of any government contract** | | |

| 2.1472. | **Title of contract** | DISTRIBUTION AGREEMENT DATED DECEMBER 7,2016 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | EXPLOITATION AGREEMENT | |
| | **Nature of debtor's interest** | LICENSOR | PASATIEMPO PICTURES, INC. |
| | **State the term remaining** | | 2053 KERWOOD AVE LOS ANGELES CA 90025 |
| | **List the contract number of any government contract** | | |

| 2.1473. | **Title of contract** | MUSIC SYNCHRONIZATION LICENSE DATED OCTOBER 20,2015 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | PEER INTERNATIONAL CORPORATION |
| | **State the term remaining** | | 901 W ALAMEDA AVE STE 108 BURBANK CA 91506 |
| | **List the contract number of any government contract** | | |

| 2.1474. | **Title of contract** | MUSIC SYNCHRONIZATION LICENSE DATED JANUARY 6,2017 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | PEERMUSIC III, LTD.; PEER-SOUTHERN PRODUCTIONS, INC. |
| | **State the term remaining** | | 901 W ALAMEDA AVE STE 108 BURBANK CA 91506 |
| | **List the contract number of any government contract** | | |

| 2.1475. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED SEPTEMBER 12,2013 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | PETER CHARLES HASTY |
| | **State the term remaining** | | 310 S NINTH ST BURBANK CA 91501 |
| | **List the contract number of any government contract** | | |

Debtor    **Open Road Films, LLC**

Case number *(if known)* **18-12012**

---

**2.1476.** **Title of contract**

GLEASON - TRAILERS / ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED JUNE 22,2016

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

**State what the contract or lease is for**

MUSIC LICENSE

**Nature of debtor's interest**

LICENSEE

PFEIFER BROZ
557 VIA DE LA PAZ
PACIFIC PALISADES CA 90272

**State the term remaining**

_____

**List the contract number of any government contract**

_____

**2.1477.** **Title of contract**

COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT (TRAILERS/ADVERTISING) "EMPIRE ASSAULT SWISH" DATED DECEMBER 17,2012

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

**State what the contract or lease is for**

MUSIC LICENSE

**Nature of debtor's interest**

LICENSEE

PFEIFER BROZ MUSIC, INC.
557 VIA DE LA PAZ
PACIFIC PALISADES CA 90272

**State the term remaining**

_____

**List the contract number of any government contract**

_____

**2.1478.** **Title of contract**

SABOTAGE - TRAILERS / ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED NOVEMBER 19,2013

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

**State what the contract or lease is for**

MUSIC LICENSE

**Nature of debtor's interest**

LICENSEE

PFEIFER BROZ MUSIC, INC.
557 VIA DE LA PAZ
PACIFIC PALISADES CA 90272

**State the term remaining**

_____

**List the contract number of any government contract**

_____

**2.1479.** **Title of contract**

SILENT HILL: REVELATION 3D - TRAILERS / ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED OCTOBER 8,2012

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

**State what the contract or lease is for**

MUSIC LICENSE

**Nature of debtor's interest**

LICENSEE

PFEIFER BROZ MUSIC, INC.
557 VIA DE LA PAZ
PACIFIC PALISADES CA 90272

**State the term remaining**

_____

**List the contract number of any government contract**

_____

**2.1480.** **Title of contract**

THE GREY - TRAILERS / ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED NOVEMBER 30,2011

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

**State what the contract or lease is for**

MUSIC LICENSE

**Nature of debtor's interest**

LICENSEE

PFEIFER BROZ MUSIC, INC.
557 VIA DE LA PAZ
PACIFIC PALISADES CA 90272

**State the term remaining**

_____

**List the contract number of any government contract**

_____

Official Form 206G

**Schedule G: Executory Contracts and Unexpired Leases**

Debtor    **Open Road Films, LLC**

Case number *(if known)* **18-12012**

---

2.1481. **Title of contract**

THE GREY - TRAILERS / ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED JANUARY 10,2012

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**

MUSIC LICENSE

**Nature of debtor's interest**

LICENSEE

PFEIFER BROZ MUSIC, INC.
557 VIA DE LA PAZ
PACIFIC PALISADES CA 90272

**State the term remaining**

_____

**List the contract number of any government contract**

_____

---

2.1482. **Title of contract**

THE GUNMAN - TRAILERS / ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED MARCH 10,2015

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**

MUSIC LICENSE

**Nature of debtor's interest**

LICENSEE

PFEIFER BROZ MUSIC, INC.
557 VIA DE LA PAZ
PACIFIC PALISADES CA 90272

**State the term remaining**

_____

**List the contract number of any government contract**

_____

---

2.1483. **Title of contract**

COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED OCTOBER 31,2012

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**

MUSIC LICENSE

**Nature of debtor's interest**

LICENSEE

PFEIFER BROZ MUSIC, INC.
557 VIA DE LA PAZ
PACIFIC PALISADES CA 90272

**State the term remaining**

_____

**List the contract number of any government contract**

_____

---

2.1484. **Title of contract**

COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED MARCH 5,2012

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**

MUSIC LICENSE

**Nature of debtor's interest**

LICENSEE

PFEIFER BROZ MUSIC, INC.
557 VIA DE LA PAZ
PACIFIC PALISADES CA 90272

**State the term remaining**

_____

**List the contract number of any government contract**

_____

---

2.1485. **Title of contract**

COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED NOVEMBER 25,2014

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**

MUSIC LICENSE

**Nature of debtor's interest**

LICENSEE

PFEIFER BROZ MUSIC, INC.
557 VIA DE LA PAZ
PACIFIC PALISADES CA 90272

**State the term remaining**

_____

**List the contract number of any government contract**

_____

---

Debtor   **Open Road Films, LLC**                                             Case number *(if known)* **18-12012**

---

2.1486.   **Title of contract**            COMBINED SYNCHRONIZATION AND MASTER USE       **State the name and mailing address**
                                          LICENSE AGREEMENT DATED OCTOBER 22,2015       **for all other parties with whom the**
                                                                                        **debtor has an executory contract or**
          **State what the contract or**   MUSIC LICENSE                                **unexpired lease**
          **lease is for**

          **Nature of debtor's interest**  LICENSEE                                     PFEIFER BROZ MUSIC, INC.
                                                                                        557 VIA DE LA PAZ
          **State the term remaining**     _____         PACIFIC PALISADES CA 90272

          **List the contract number of**  _____
          **any government contract**

2.1487.   **Title of contract**            COMBINED SYNCHRONIZATION AND MASTER USE       **State the name and mailing address**
                                          LICENSE AGREEMENT DATED MAY 8,2018            **for all other parties with whom the**
                                                                                        **debtor has an executory contract or**
          **State what the contract or**   MUSIC LICENSE                                **unexpired lease**
          **lease is for**

          **Nature of debtor's interest**  LICENSEE                                     PHANTOM POWER, LLC
                                                                                        3431 KEESHEN DR
          **State the term remaining**     _____         LOS ANGELES CA 90066

          **List the contract number of**  _____
          **any government contract**

2.1488.   **Title of contract**            COMBINED SYNCHRONIZATION AND MASTER USE       **State the name and mailing address**
                                          LICENSE AGREEMENT DATED AUGUST 31,2012        **for all other parties with whom the**
                                                                                        **debtor has an executory contract or**
          **State what the contract or**   MUSIC LICENSE                                **unexpired lease**
          **lease is for**

          **Nature of debtor's interest**  LICENSEE                                     PHANTOM POWER, LLC
                                                                                        3431 KEESHEN DR
          **State the term remaining**     _____         LOS ANGELES CA 90066

          **List the contract number of**  _____
          **any government contract**

2.1489.   **Title of contract**            COMBINED SYNCHRONIZATION AND MASTER USE       **State the name and mailing address**
                                          LICENSE AGREEMENT DATED AUGUST 30,2012        **for all other parties with whom the**
                                                                                        **debtor has an executory contract or**
          **State what the contract or**   MUSIC LICENSE                                **unexpired lease**
          **lease is for**

          **Nature of debtor's interest**  LICENSEE                                     PHANTOM POWER, LLC
                                                                                        3431 KEESHEN DR
          **State the term remaining**     _____         LOS ANGELES CA 90066

          **List the contract number of**  _____
          **any government contract**

2.1490.   **Title of contract**            GLEASON - TRAILERS / ADVERTISING - COMBINED   **State the name and mailing address**
                                          SYNCHRONIZATION AND MASTER USE LICENSE        **for all other parties with whom the**
                                          AGREEMENT DATED JULY 6,2016                   **debtor has an executory contract or**
                                                                                        **unexpired lease**
          **State what the contract or**   MUSIC LICENSE
          **lease is for**                                                              PHANTOM POWER, LLC
                                                                                        3431 KEESHEN DR
          **Nature of debtor's interest**  LICENSEE                                     LOS ANGELES CA 90066

          **State the term remaining**     _____

          **List the contract number of**  _____
          **any government contract**

---

Debtor  **Open Road Films, LLC**

Case number *(if known)* **18-12012**

---

**2.1491.** **Title of contract**

GLEASON - TRAILERS / ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED JULY 6,2016

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**

MUSIC LICENSE

**Nature of debtor's interest**

LICENSEE

PHANTOM POWER, LLC
3431 KEESHEN DR
LOS ANGELES CA 90066

**State the term remaining**

**List the contract number of any government contract**

---

**2.1492.** **Title of contract**

COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED NOVEMBER 15,2013

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**

MUSIC LICENSE

**Nature of debtor's interest**

LICENSEE

PHANTOM POWER, LLC
3431 KEESHEN DR
LOS ANGELES CA 90066

**State the term remaining**

**List the contract number of any government contract**

---

**2.1493.** **Title of contract**

COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED SEPTEMBER 12,2013

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**

MUSIC LICENSE

**Nature of debtor's interest**

LICENSEE

PHANTOM POWER, LLC
3431 KEESHEN DR
LOS ANGELES CA 90066

**State the term remaining**

**List the contract number of any government contract**

---

**2.1494.** **Title of contract**

COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED AUGUST 12,2013

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**

MUSIC LICENSE

**Nature of debtor's interest**

LICENSEE

PHANTOM POWER, LLC
3431 KEESHEN DR
LOS ANGELES CA 90066

**State the term remaining**

**List the contract number of any government contract**

---

**2.1495.** **Title of contract**

MASTER USE, SYNCHRONIZATION AND PERFORMANCE LICENSE DATED JULY 26,2011

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**

MUSIC LICENSE

**Nature of debtor's interest**

LICENSEE

PHANTOM POWER, LLC
3431 KEESHEN DR
LOS ANGELES CA 90066

**State the term remaining**

**List the contract number of any government contract**

---

Debtor    **Open Road Films, LLC**                                                                 Case number *(if known)* **18-12012**

| 2.1496. | Title of contract | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED AUGUST 30,2016 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | PHANTOM POWER, LLC<br>3431 KEESHEN DR<br>LOS ANGELES CA 90066 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.1497. | Title of contract | NIGHTCRAWLER - TRAILERS/ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED OCTOBER 9,2014 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | PHANTOM POWER, LLC<br>3431 KEESHEN DR<br>LOS ANGELES CA 90066 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.1498. | Title of contract | NIGHTCRAWLER - TRAILERS/ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED SEPTEMBER 26,2014 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | PHANTOM POWER, LLC<br>3431 KEESHEN DR<br>LOS ANGELES CA 90066 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.1499. | Title of contract | THE NUT JOB 2 - TRAILERS/ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED DECEMBER 21,2016 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | PHANTOM POWER, LLC<br>3431 KEESHEN DR<br>LOS ANGELES CA 90066 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.1500. | Title of contract | THE NUT JOB 2 - TRAILERS/ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED MAY 11,2017 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | PHANTOM POWER, LLC<br>3431 KEESHEN DR<br>LOS ANGELES CA 90066 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

Debtor   **Open Road Films, LLC**                                               Case number *(if known)* **18-12012**

**2.1501.**   **Title of contract**                   ROSEWATER - TRAILERS/ADVERTISING - COMBINED        **State the name and mailing address**
                                                       SYNCHRONIZATION AND MASTER USE LICENSE             **for all other parties with whom the**
                                                       AGREEMENT DATED NOVEMBER 11,2014                   **debtor has an executory contract or**
                                                                                                          **unexpired lease**
              **State what the contract or**           MUSIC LICENSE
              **lease is for**                                                                            PHANTOM POWER, LLC
                                                                                                          3431 KEESHEN DR
              **Nature of debtor's interest**          LICENSEE                                           LOS ANGELES CA 90066

              **State the term remaining**             _____

              **List the contract number of**          _____
              **any government contract**

**2.1502.**   **Title of contract**                   COMBINED SYNCHRONIZATION AND MASTER USE            **State the name and mailing address**
                                                       LICENSE DATED OCTOBER 16,2012                      **for all other parties with whom the**
                                                                                                          **debtor has an executory contract or**
                                                                                                          **unexpired lease**
              **State what the contract or**           MUSIC LICENSE
              **lease is for**                                                                            PHANTOM POWER, LLC
                                                                                                          3431 KEESHEN DR
              **Nature of debtor's interest**          LICENSEE                                           LOS ANGELES CA 90066

              **State the term remaining**             _____

              **List the contract number of**          _____
              **any government contract**

**2.1503.**   **Title of contract**                   SLEEPLESS - TRAILERS / ADVERTISING - COMBINED     **State the name and mailing address**
                                                       SYNCHRONIZATION AND MASTER USE LICENSE             **for all other parties with whom the**
                                                       AGREEMENT DATED SEPTEMBER 20,2016                  **debtor has an executory contract or**
                                                                                                          **unexpired lease**
              **State what the contract or**           MUSIC LICENSE
              **lease is for**                                                                            PHANTOM POWER, LLC
                                                                                                          3431 KEESHEN DR
              **Nature of debtor's interest**          LICENSEE                                           LOS ANGELES CA 90066

              **State the term remaining**             _____

              **List the contract number of**          _____
              **any government contract**

**2.1504.**   **Title of contract**                   SLEEPLESS - TRAILERS / ADVERTISING - COMBINED     **State the name and mailing address**
                                                       SYNCHRONIZATION AND MASTER USE LICENSE             **for all other parties with whom the**
                                                       AGREEMENT DATED DECEMBER 20,2016                   **debtor has an executory contract or**
                                                                                                          **unexpired lease**
              **State what the contract or**           MUSIC LICENSE
              **lease is for**                                                                            PHANTOM POWER, LLC
                                                                                                          3431 KEESHEN DR
              **Nature of debtor's interest**          LICENSEE                                           LOS ANGELES CA 90066

              **State the term remaining**             _____

              **List the contract number of**          _____
              **any government contract**

**2.1505.**   **Title of contract**                   COMBINED SYNCHRONIZATION AND MASTER USE            **State the name and mailing address**
                                                       LICENSE AGREEMENT DATED JULY 15,2016               **for all other parties with whom the**
                                                                                                          **debtor has an executory contract or**
                                                                                                          **unexpired lease**
              **State what the contract or**           MUSIC LICENSE
              **lease is for**                                                                            PHANTOM POWER, LLC
                                                                                                          3431 KEESHEN DR
              **Nature of debtor's interest**          LICENSEE                                           LOS ANGELES CA 90066

              **State the term remaining**             _____

              **List the contract number of**          _____
              **any government contract**

Debtor    **Open Road Films, LLC**                                              Case number *(if known)* **18-12012**

2.1506.   **Title of contract**          COMBINED SYNCHRONIZATION AND MASTER USE     **State the name and mailing address**
                                         LICENSE AGREEMENT DATED JULY 27,2016        **for all other parties with whom the**
                                                                                     **debtor has an executory contract or**
          **State what the contract or**  MUSIC LICENSE                              **unexpired lease**
          **lease is for**

          **Nature of debtor's interest**  LICENSEE                                  PHANTOM POWER, LLC
                                                                                     3431 KEESHEN DR
          **State the term remaining**    _____          LOS ANGELES CA 90066

          **List the contract number of**  _____
          **any government contract**

2.1507.   **Title of contract**          COMBINED SYNCHRONIZATION AND MASTER USE     **State the name and mailing address**
                                         LICENSE AGREEMENT DATED JUNE 22,2015        **for all other parties with whom the**
                                                                                     **debtor has an executory contract or**
          **State what the contract or**  MUSIC LICENSE                              **unexpired lease**
          **lease is for**

          **Nature of debtor's interest**  LICENSEE                                  PHANTOM POWER, LLC
                                                                                     3431 KEESHEN DR
          **State the term remaining**    _____          LOS ANGELES CA 90066

          **List the contract number of**  _____
          **any government contract**

2.1508.   **Title of contract**          COMBINED SYNCHRONIZATION AND MASTER USE     **State the name and mailing address**
                                         LICENSE AGREEMENT DATED JULY 12,2016        **for all other parties with whom the**
                                                                                     **debtor has an executory contract or**
          **State what the contract or**  MUSIC LICENSE                              **unexpired lease**
          **lease is for**

          **Nature of debtor's interest**  LICENSEE                                  PHANTOM POWER, LLC
                                                                                     3431 KEESHEN DR
          **State the term remaining**    _____          LOS ANGELES CA 90066

          **List the contract number of**  _____
          **any government contract**

2.1509.   **Title of contract**          COMBINED SYNCHRONIZATION AND MASTER USE     **State the name and mailing address**
                                         LICENSE AGREEMENT DATED AUGUST 10,2016      **for all other parties with whom the**
                                                                                     **debtor has an executory contract or**
          **State what the contract or**  MUSIC LICENSE                              **unexpired lease**
          **lease is for**

          **Nature of debtor's interest**  LICENSEE                                  PHANTOM POWER, LLC
                                                                                     3431 KEESHEN DR
          **State the term remaining**    _____          LOS ANGELES CA 90066

          **List the contract number of**  _____
          **any government contract**

2.1510.   **Title of contract**          COMBINED SYNCHRONIZATION AND MASTER USE     **State the name and mailing address**
                                         LICENSE AGREEMENT DATED JULY 15,2015        **for all other parties with whom the**
                                                                                     **debtor has an executory contract or**
          **State what the contract or**  MUSIC LICENSE                              **unexpired lease**
          **lease is for**

          **Nature of debtor's interest**  LICENSEE                                  PHANTOM POWER, LLC
                                                                                     3431 KEESHEN DR
          **State the term remaining**    _____          LOS ANGELES CA 90066

          **List the contract number of**  _____
          **any government contract**

Debtor    **Open Road Films, LLC**                                                            Case number *(if known)* **18-12012**

| 2.1511. | Title of contract | THE GREY - TRAILERS / ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED JANUARY 19,2012 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | PHANTOM POWER, LLC<br>3431 KEESHEN DR<br>LOS ANGELES CA 90066 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.1512. | Title of contract | THE GREY - TRAILERS / ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED SEPTEMBER 13,2011 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | PHANTOM POWER, LLC<br>3431 KEESHEN DR<br>LOS ANGELES CA 90066 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.1513. | Title of contract | THE GREY - TRAILERS / ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED JANUARY 19,2012 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | PHANTOM POWER, LLC<br>3431 KEESHEN DR<br>LOS ANGELES CA 90066 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.1514. | Title of contract | THE GUNMAN - TRAILERS / ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED FEBRUARY 20,2015 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | PHANTOM POWER, LLC<br>3431 KEESHEN DR<br>LOS ANGELES CA 90066 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.1515. | Title of contract | THE GUNMAN - TRAILERS / ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED FEBRUARY 13,2015 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | PHANTOM POWER, LLC<br>3431 KEESHEN DR<br>LOS ANGELES CA 90066 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

Debtor    **Open Road Films, LLC**                                                    Case number *(if known)* **18-12012**

| 2.1516. | Title of contract | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED FEBRUARY 12,2013 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | PHANTOM POWER, LLC |
| | State the term remaining | _____ | 3431 KEESHEN DR |
| | List the contract number of any government contract | _____ | LOS ANGELES CA 90066 |

| 2.1517. | Title of contract | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED FEBRUARY 7,2013 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | PHANTOM POWER, LLC |
| | State the term remaining | _____ | 3431 KEESHEN DR |
| | List the contract number of any government contract | _____ | LOS ANGELES CA 90066 |

| 2.1518. | Title of contract | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED DECEMBER 19,2014 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | PHANTOM POWER, LLC |
| | State the term remaining | _____ | 3431 KEESHEN DR |
| | List the contract number of any government contract | _____ | LOS ANGELES CA 90066 |

| 2.1519. | Title of contract | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED JANUARY 20,2015 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | PHANTOM POWER, LLC |
| | State the term remaining | _____ | 3431 KEESHEN DR |
| | List the contract number of any government contract | _____ | LOS ANGELES CA 90066 |

| 2.1520. | Title of contract | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED JANUARY 13,2015 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | PHANTOM POWER, LLC |
| | State the term remaining | _____ | 3431 KEESHEN DR |
| | List the contract number of any government contract | _____ | LOS ANGELES CA 90066 |

Debtor   **Open Road Films, LLC**

Case number *(if known)* **18-12012**

| | | |
|---|---|---|
| 2.1521. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED NOVEMBER 25,2014 |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**    MUSIC LICENSE

**Nature of debtor's interest**    LICENSEE

PHANTOM POWER, LLC
3431 KEESHEN DR
LOS ANGELES CA 90066

**State the term remaining**    _____

**List the contract number of any government contract**    _____

---

2.1522.    **Title of contract**    COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED JANUARY 27,2015

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**    MUSIC LICENSE

**Nature of debtor's interest**    LICENSEE

PHANTOM POWER, LLC
3431 KEESHEN DR
LOS ANGELES CA 90066

**State the term remaining**    _____

**List the contract number of any government contract**    _____

---

2.1523.    **Title of contract**    COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED DECEMBER 19,2014

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**    MUSIC LICENSE

**Nature of debtor's interest**    LICENSEE

PHANTOM POWER, LLC
3431 KEESHEN DR
LOS ANGELES CA 90066

**State the term remaining**    _____

**List the contract number of any government contract**    _____

---

2.1524.    **Title of contract**    COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED FEBRUARY 1,2016

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**    MUSIC LICENSE

**Nature of debtor's interest**    LICENSEE

PHANTOM POWER, LLC
3431 KEESHEN DR
LOS ANGELES CA 90066

**State the term remaining**    _____

**List the contract number of any government contract**    _____

---

2.1525.    **Title of contract**    COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED OCTOBER 2,2015

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**    MUSIC LICENSE

**Nature of debtor's interest**    LICENSEE

PHANTOM POWER, LLC
3431 KEESHEN DR
LOS ANGELES CA 90066

**State the term remaining**    _____

**List the contract number of any government contract**    _____

---

Debtor   **Open Road Films, LLC**

Case number *(if known)* **18-12012**

| 2.1526. | Title of contract | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED OCTOBER 22,2015 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | PHANTOM POWER, LLC 3431 KEESHEN DR LOS ANGELES CA 90066 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.1527. | Title of contract | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED OCTOBER 5,2017 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | PHONIX, LLC 7119 W SUNSENT BLVD #706 LOS ANGELES CA 90046 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.1528. | Title of contract | AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | VENDOR AGREEMENT - LIBRARY ASSET HOLDER | |
| | **Nature of debtor's interest** | CUSTOMER/ASSET OWNER | PICTURE HEAD, LLC 1132 VINE ST LOS ANGELES CA 90038 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.1529. | Title of contract | THE NUT JOB - TRAILERS/ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED DECEMBER 17,2013 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | PIGFACTORY USA, LLC 9469 JEFFERSON BLVD STE 114 CULVER CITY CA 90232 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.1530. | Title of contract | SILENT HOUSE - TRAILERS / ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED JANUARY 5,2012 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | PIGFACTORY USA, LLC 9469 JEFFERSON BLVD STE 114 CULVER CITY CA 90232 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

Debtor   **Open Road Films, LLC**                                                Case number *(if known)* **18-12012**

| 2.1531. | Title of contract | SILENT HOUSE - TRAILERS / ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED JANUARY 5,2012 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | PIGFACTORY USA, LLC 9469 JEFFERSON BLVD STE 114 CULVER CITY CA 90232 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.1532. | Title of contract | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED DECEMBER 14,2013 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | PITCH HAMMER MUSIC, LLC 578 WASHINGTON BLVD STE 721 MARINA DEL REY CA 90292 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.1533. | Title of contract | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED SEPTEMBER 10,2012 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | PITCH HAMMER MUSIC, LLC 578 WASHINGTON BLVD STE 721 MARINA DEL REY CA 90292 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.1534. | Title of contract | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED SEPTEMBER 11,2012 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | PITCH HAMMER MUSIC, LLC 578 WASHINGTON BLVD STE 721 MARINA DEL REY CA 90292 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.1535. | Title of contract | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED JULY 27,2013 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | PITCH HAMMER MUSIC, LLC 578 WASHINGTON BLVD STE 721 MARINA DEL REY CA 90292 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor    **Open Road Films, LLC**                                   Case number *(if known)* **18-12012**

| 2.1536. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED AUGUST 30,2016 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | PITCH HAMMER MUSIC, LLC 578 WASHINGTON BLVD STE 721 MARINA DEL REY CA 90292 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.1537. | **Title of contract** | NIGHTCRAWLER - TRAILERS/ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED OCTOBER 2,2014 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | PITCH HAMMER MUSIC, LLC 578 WASHINGTON BLVD STE 721 MARINA DEL REY CA 90292 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.1538. | **Title of contract** | THE NUT JOB 2 - TRAILERS/ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED MAY 11,2017 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | PITCH HAMMER MUSIC, LLC 578 WASHINGTON BLVD STE 721 MARINA DEL REY CA 90292 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.1539. | **Title of contract** | SABOTAGE - TRAILERS / ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED FEBRUARY 25,2014 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | PITCH HAMMER MUSIC, LLC 578 WASHINGTON BLVD STE 721 MARINA DEL REY CA 90292 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.1540. | **Title of contract** | SILENT HILL: REVELATION 3D - TRAILERS / ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED OCTOBER 5,2012 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | PITCH HAMMER MUSIC, LLC 578 WASHINGTON BLVD STE 721 MARINA DEL REY CA 90292 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

Debtor   **Open Road Films, LLC**                                                Case number *(if known)* **18-12012**

| 2.1541. | Title of contract | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED JULY 27,2016 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | PITCH HAMMER MUSIC, LLC 578 WASHINGTON BLVD STE 721 MARINA DEL REY CA 90292 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.1542. | Title of contract | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED FEBRUARY 8,2016 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | PITCH HAMMER MUSIC, LLC 578 WASHINGTON BLVD STE 721 MARINA DEL REY CA 90292 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.1543. | Title of contract | THE GUNMAN - TRAILERS / ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED FEBRUARY 13,2015 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | PITCH HAMMER MUSIC, LLC 578 WASHINGTON BLVD STE 721 MARINA DEL REY CA 90292 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.1544. | Title of contract | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED FEBRUARY 7,2013 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | PITCH HAMMER MUSIC, LLC 578 WASHINGTON BLVD STE 721 MARINA DEL REY CA 90292 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.1545. | Title of contract | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED JANUARY 13,2015 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | PITCH HAMMER MUSIC, LLC 578 WASHINGTON BLVD STE 721 MARINA DEL REY CA 90292 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

Debtor    **Open Road Films, LLC**                                                                    Case number *(if known)* **18-12012**

2.1546.  **Title of contract**                AGREEMENT                                        State the name and mailing address
                                                                                               for all other parties with whom the
         **State what the contract or**        VENDOR AGREEMENT                                 debtor has an executory contract or
         **lease is for**                                                                       unexpired lease

         **Nature of debtor's interest**       CUSTOMER                                         PITNEY BOWES
                                                                                               PO BOX 371896
         **State the term remaining**          _____                PITTSBURGH PA 15250

         **List the contract number of**       _____
         **any government contract**

2.1547.  **Title of contract**                AGREEMENT                                        State the name and mailing address
                                                                                               for all other parties with whom the
         **State what the contract or**        VENDOR AGREEMENT - LIBRARY ASSET HOLDER          debtor has an executory contract or
         **lease is for**                                                                       unexpired lease

         **Nature of debtor's interest**       CUSTOMER/ASSET OWNER                             PIXELOGIC MEDIA PARTNERS, LLC.
                                                                                               PO BOX 206794
         **State the term remaining**          _____                DALLAS TX 75320

         **List the contract number of**       _____
         **any government contract**

2.1548.  **Title of contract**                AGREEMENT                                        State the name and mailing address
                                                                                               for all other parties with whom the
         **State what the contract or**        VENDOR AGREEMENT                                 debtor has an executory contract or
         **lease is for**                                                                       unexpired lease

         **Nature of debtor's interest**       CUSTOMER                                         PLATT MEDIA ADVISORS
                                                                                               12117 LA CASA LN
         **State the term remaining**          _____                LOS ANGELES CA 90049

         **List the contract number of**       _____
         **any government contract**

2.1549.  **Title of contract**                COMBINED SYNCHRONIZATION AND MASTER USE          State the name and mailing address
                                              LICENSE AGREEMENT DATED JANUARY 5,2015           for all other parties with whom the
                                                                                               debtor has an executory contract or
         **State what the contract or**        MUSIC LICENSE                                    unexpired lease
         **lease is for**
                                                                                               PLAYA PUBLISHING, LLC
         **Nature of debtor's interest**       LICENSEE                                         7521 W 91ST ST
                                                                                               LOS ANGELES CA 90045
         **State the term remaining**          _____

         **List the contract number of**       _____
         **any government contract**

2.1550.  **Title of contract**                AGREEMENT                                        State the name and mailing address
                                                                                               for all other parties with whom the
         **State what the contract or**        VENDOR AGREEMENT                                 debtor has an executory contract or
         **lease is for**                                                                       unexpired lease

         **Nature of debtor's interest**       CUSTOMER                                         PMK-BNC
                                                                                               PO BOX 74008221
         **State the term remaining**          _____                CHICAGO IL 60674

         **List the contract number of**       _____
         **any government contract**

Debtor    **Open Road Films, LLC**                                                    Case number *(if known)* **18-12012**

**2.1551.**  **Title of contract**          COMBINED SYNCHRONIZATION AND MASTER USE          **State the name and mailing address**
                                            LICENSE AGREEMENT (TRAILERS/ADVERTISING) "RAPID    **for all other parties with whom the**
                                            FIRE" DATED DECEMBER 5,2012                        **debtor has an executory contract or**
                                                                                               **unexpired lease**

             **State what the contract or**  MUSIC LICENSE
             **lease is for**                                                                 POSITION MUSIC, INC.
                                                                                              702 N MARIPOSA ST
             **Nature of debtor's interest**  LICENSEE                                        BURBANK CA 91506

             **State the term remaining**    _____

             **List the contract number of**  _____
             **any government contract**

**2.1552.**  **Title of contract**          COMBINED SYNCHRONIZATION AND MASTER USE          **State the name and mailing address**
                                            LICENSE AGREEMENT DATED JULY 17,2018               **for all other parties with whom the**
                                                                                               **debtor has an executory contract or**
                                                                                               **unexpired lease**

             **State what the contract or**  MUSIC LICENSE
             **lease is for**                                                                 POSITION MUSIC, INC.
                                                                                              702 N MARIPOSA ST
             **Nature of debtor's interest**  LICENSEE                                        BURBANK CA 91506

             **State the term remaining**    _____

             **List the contract number of**  _____
             **any government contract**

**2.1553.**  **Title of contract**          COMBINED SYNCHRONIZATION AND MASTER USE          **State the name and mailing address**
                                            LICENSE AGREEMENT DATED MAY 8,2018                 **for all other parties with whom the**
                                                                                               **debtor has an executory contract or**
                                                                                               **unexpired lease**

             **State what the contract or**  MUSIC LICENSE
             **lease is for**                                                                 POSITION MUSIC, INC.
                                                                                              702 N MARIPOSA ST
             **Nature of debtor's interest**  LICENSEE                                        BURBANK CA 91506

             **State the term remaining**    _____

             **List the contract number of**  _____
             **any government contract**

**2.1554.**  **Title of contract**          MASTER/SYNCHRONIZATION USE LICENSE AGREEMENT      **State the name and mailing address**
                                            DATED MARCH 1,2017                                 **for all other parties with whom the**
                                                                                               **debtor has an executory contract or**
                                                                                               **unexpired lease**

             **State what the contract or**  MUSIC LICENSE
             **lease is for**                                                                 POSITION MUSIC, INC.
                                                                                              702 N MARIPOSA ST
             **Nature of debtor's interest**  LICENSEE                                        BURBANK CA 91506

             **State the term remaining**    _____

             **List the contract number of**  _____
             **any government contract**

**2.1555.**  **Title of contract**          MASTER/SYNCHRONIZATION USE LICENSE AGREEMENT      **State the name and mailing address**
                                            DATED NOVEMBER 17,2016                             **for all other parties with whom the**
                                                                                               **debtor has an executory contract or**
                                                                                               **unexpired lease**

             **State what the contract or**  MUSIC LICENSE
             **lease is for**                                                                 POSITION MUSIC, INC.
                                                                                              702 N MARIPOSA ST
             **Nature of debtor's interest**  LICENSEE                                        BURBANK CA 91506

             **State the term remaining**    _____

             **List the contract number of**  _____
             **any government contract**

Debtor   **Open Road Films, LLC**                                        Case number *(if known)* **18-12012**

2.1556.   **Title of contract**              MASTER/SYNCHRONIZATION USE LICENSE AGREEMENT     **State the name and mailing address**
                                             DATED JANUARY 18,2017                            **for all other parties with whom the**
                                                                                             **debtor has an executory contract or**
          **State what the contract or**     MUSIC LICENSE                                   **unexpired lease**
          **lease is for**

          **Nature of debtor's interest**    LICENSEE                                         POSITION MUSIC, INC.
                                                                                             702 N MARIPOSA ST
          **State the term remaining**       _____                  BURBANK CA 91506

          **List the contract number of**    _____
          **any government contract**

2.1557.   **Title of contract**              MASTER/SYNCHRONIZATION USE LICENSE AGREEMENT     **State the name and mailing address**
                                             DATED MAY 20,2015                                **for all other parties with whom the**
                                                                                             **debtor has an executory contract or**
          **State what the contract or**     MUSIC LICENSE                                   **unexpired lease**
          **lease is for**

          **Nature of debtor's interest**    LICENSEE                                         POSITION MUSIC, INC.
                                                                                             702 N MARIPOSA ST
          **State the term remaining**       _____                  BURBANK CA 91506

          **List the contract number of**    _____
          **any government contract**

2.1558.   **Title of contract**              MASTER/SYNCHRONIZATION USE LICENSE AGREEMENT     **State the name and mailing address**
                                             DATED JANUARY 25,2016                            **for all other parties with whom the**
                                                                                             **debtor has an executory contract or**
          **State what the contract or**     MUSIC LICENSE                                   **unexpired lease**
          **lease is for**

          **Nature of debtor's interest**    LICENSEE                                         POSITION MUSIC, INC.
                                                                                             702 N MARIPOSA ST
          **State the term remaining**       _____                  BURBANK CA 91506

          **List the contract number of**    _____
          **any government contract**

2.1559.   **Title of contract**              MASTER/SYNCHRONIZATION USE LICENSE AGREEMENT     **State the name and mailing address**
                                             DATED JUNE 17,2016                               **for all other parties with whom the**
                                                                                             **debtor has an executory contract or**
          **State what the contract or**     MUSIC LICENSE                                   **unexpired lease**
          **lease is for**

          **Nature of debtor's interest**    LICENSEE                                         POSITION MUSIC, INC.
                                                                                             702 N MARIPOSA ST
          **State the term remaining**       _____                  BURBANK CA 91506

          **List the contract number of**    _____
          **any government contract**

2.1560.   **Title of contract**              COMBINED SYNCHRONIZATION AND MASTER USE         **State the name and mailing address**
                                             LICENSE AGREEMENT DATED APRIL 7,2014             **for all other parties with whom the**
                                                                                             **debtor has an executory contract or**
          **State what the contract or**     MUSIC LICENSE                                   **unexpired lease**
          **lease is for**

          **Nature of debtor's interest**    LICENSEE                                         POSITION MUSIC, INC.
                                                                                             702 N MARIPOSA ST
          **State the term remaining**       _____                  BURBANK CA 91506

          **List the contract number of**    _____
          **any government contract**

Debtor   **Open Road Films, LLC**                                                    Case number *(if known)* **18-12012**

| 2.1561. | **Title of contract** | MASTER/SYNCHRONIZATION USE LICENSE AGREEMENT DATED APRIL 7,2014 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | POSITION MUSIC, INC. 702 N MARIPOSA ST BURBANK CA 91506 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.1562. | **Title of contract** | MASTER/SYNCHRONIZATION USE LICENSE AGREEMENT DATED AUGUST 10,2012 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | POSITION MUSIC, INC. 702 N MARIPOSA ST BURBANK CA 91506 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.1563. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED AUGUST 10,2012 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | POSITION MUSIC, INC. 702 N MARIPOSA ST BURBANK CA 91506 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.1564. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED JULY 30,2012 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | POSITION MUSIC, INC. 702 N MARIPOSA ST BURBANK CA 91506 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.1565. | **Title of contract** | MASTER/SYNCHRONIZATION USE LICENSE AGREEMENT DATED JULY 16,2012 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | POSITION MUSIC, INC. 702 N MARIPOSA ST BURBANK CA 91506 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

Debtor   **Open Road Films, LLC**                                        Case number *(if known)* **18-12012**

| 2.1566. | **Title of contract** | MASTER/SYNCHRONIZATION USE LICENSE AGREEMENT DATED AUGUST 9,2012 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | POSITION MUSIC, INC. 702 N MARIPOSA ST BURBANK CA 91506 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.1567. | **Title of contract** | MASTER/SYNCHRONIZATION USE LICENSE AGREEMENT DATED AUGUST 17,2012 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | POSITION MUSIC, INC. 702 N MARIPOSA ST BURBANK CA 91506 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.1568. | **Title of contract** | MASTER/SYNCHRONIZATION USE LICENSE AGREEMENT DATED JULY 11,2012 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | POSITION MUSIC, INC. 702 N MARIPOSA ST BURBANK CA 91506 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.1569. | **Title of contract** | MASTER/SYNCHRONIZATION USE LICENSE AGREEMENT DATED NOVEMBER 6,2013 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | POSITION MUSIC, INC. 702 N MARIPOSA ST BURBANK CA 91506 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.1570. | **Title of contract** | MASTER/SYNCHRONIZATION USE LICENSE AGREEMENT DATED JUNE 19,2013 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | POSITION MUSIC, INC. 702 N MARIPOSA ST BURBANK CA 91506 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

Debtor    **Open Road Films, LLC**                                          Case number *(if known)* **18-12012**

| | | |
|---|---|---|
| 2.1571. | **Title of contract** | MASTER/SYNCHRONIZATION USE LICENSE AGREEMENT DATED AUGUST 24,2011 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |

2.1571.  **Title of contract** — MASTER/SYNCHRONIZATION USE LICENSE AGREEMENT DATED AUGUST 24,2011

**State what the contract or lease is for** — MUSIC LICENSE

**Nature of debtor's interest** — LICENSEE

**State the term remaining** — _____

**List the contract number of any government contract** — _____

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

POSITION MUSIC, INC.
702 N MARIPOSA ST
BURBANK CA 91506

---

2.1572.  **Title of contract** — MASTER/SYNCHRONIZATION USE LICENSE AGREEMENT DATED SEPTEMBER 1,2011

**State what the contract or lease is for** — MUSIC LICENSE

**Nature of debtor's interest** — LICENSEE

**State the term remaining** — _____

**List the contract number of any government contract** — _____

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

POSITION MUSIC, INC.
702 N MARIPOSA ST
BURBANK CA 91506

---

2.1573.  **Title of contract** — MASTER/SYNCHRONIZATION USE LICENSE AGREEMENT DATED AUGUST 30,2016

**State what the contract or lease is for** — MUSIC LICENSE

**Nature of debtor's interest** — LICENSEE

**State the term remaining** — _____

**List the contract number of any government contract** — _____

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

POSITION MUSIC, INC.
702 N MARIPOSA ST
BURBANK CA 91506

---

2.1574.  **Title of contract** — MASTER/SYNCHRONIZATION USE LICENSE AGREEMENT DATED MARCH 22,2014

**State what the contract or lease is for** — MUSIC LICENSE

**Nature of debtor's interest** — LICENSEE

**State the term remaining** — _____

**List the contract number of any government contract** — _____

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

POSITION MUSIC, INC.
702 N MARIPOSA ST
BURBANK CA 91506

---

2.1575.  **Title of contract** — MASTER/SYNCHRONIZATION USE LICENSE AGREEMENT DATED FEBRUARY 28,2014

**State what the contract or lease is for** — MUSIC LICENSE

**Nature of debtor's interest** — LICENSEE

**State the term remaining** — _____

**List the contract number of any government contract** — _____

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

POSITION MUSIC, INC.
702 N MARIPOSA ST
BURBANK CA 91506

---

Debtor    **Open Road Films, LLC**                                                            Case number *(if known)* **18-12012**

| 2.1576. | **Title of contract** | MASTER/SYNCHRONIZATION USE LICENSE AGREEMENT DATED MARCH 7,2014 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | POSITION MUSIC, INC. 702 N MARIPOSA ST BURBANK CA 91506 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.1577. | **Title of contract** | MASTER/SYNCHRONIZATION USE LICENSE AGREEMENT DATED NOVEMBER 19,2013 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | POSITION MUSIC, INC. 702 N MARIPOSA ST BURBANK CA 91506 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.1578. | **Title of contract** | MASTER/SYNCHRONIZATION USE LICENSE AGREEMENT DATED JANUARY 28,2013 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | POSITION MUSIC, INC. 702 N MARIPOSA ST BURBANK CA 91506 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.1579. | **Title of contract** | MASTER/SYNCHRONIZATION USE LICENSE AGREEMENT DATED JUNE 14,2016 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | POSITION MUSIC, INC. 702 N MARIPOSA ST BURBANK CA 91506 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.1580. | **Title of contract** | MASTER/SYNCHRONIZATION USE LICENSE AGREEMENT DATED APRIL 7,2016 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | POSITION MUSIC, INC. 702 N MARIPOSA ST BURBANK CA 91506 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| Debtor | **Open Road Films, LLC** | | Case number *(if known)* **18-12012** |
|---|---|---|---|

**2.1581.** **Title of contract**

MASTER/SYNCHRONIZATION USE LICENSE AGREEMENT DATED JULY 12,2016

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**

MUSIC LICENSE

**Nature of debtor's interest**

LICENSEE

POSITION MUSIC, INC.
702 N MARIPOSA ST
BURBANK CA 91506

**State the term remaining**

_____

**List the contract number of any government contract**

_____

**2.1582.** **Title of contract**

MASTER/SYNCHRONIZATION USE LICENSE AGREEMENT DATED AUGUST 10,2016

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**

MUSIC LICENSE

**Nature of debtor's interest**

LICENSEE

POSITION MUSIC, INC.
702 N MARIPOSA ST
BURBANK CA 91506

**State the term remaining**

_____

**List the contract number of any government contract**

_____

**2.1583.** **Title of contract**

MASTER/SYNCHRONIZATION USE LICENSE AGREEMENT DATED APRIL 3,2014

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**

MUSIC LICENSE

**Nature of debtor's interest**

LICENSEE

POSITION MUSIC, INC.
702 N MARIPOSA ST
BURBANK CA 91506

**State the term remaining**

_____

**List the contract number of any government contract**

_____

**2.1584.** **Title of contract**

THE GREY - TRAILERS / ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED JANUARY 10,2012

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**

MUSIC LICENSE

**Nature of debtor's interest**

LICENSEE

POSITION MUSIC, INC.
702 N MARIPOSA ST
BURBANK CA 91506

**State the term remaining**

_____

**List the contract number of any government contract**

_____

**2.1585.** **Title of contract**

MASTER/SYNCHRONIZATION USE LICENSE AGREEMENT DATED JANUARY 10,2012

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**

MUSIC LICENSE

**Nature of debtor's interest**

LICENSEE

POSITION MUSIC, INC.
702 N MARIPOSA ST
BURBANK CA 91506

**State the term remaining**

_____

**List the contract number of any government contract**

_____

Debtor    **Open Road Films, LLC**                                                                          Case number *(if known)* **18-12012**

**2.1586.** **Title of contract**    THE GUNMAN - TRAILERS / ADVERTISING - COMBINED    **State the name and mailing address**
SYNCHRONIZATION AND MASTER USE LICENSE    **for all other parties with whom the**
AGREEMENT DATED DECEMBER 3,2014    **debtor has an executory contract or**
**unexpired lease**

**State what the contract or**    MUSIC LICENSE
**lease is for**
POSITION MUSIC, INC.
**Nature of debtor's interest**    LICENSEE    702 N MARIPOSA ST
BURBANK CA 91506

**State the term remaining**    _____

**List the contract number of**    _____
**any government contract**

**2.1587.** **Title of contract**    THE GUNMAN - TRAILERS / ADVERTISING - COMBINED    **State the name and mailing address**
SYNCHRONIZATION AND MASTER USE LICENSE    **for all other parties with whom the**
AGREEMENT DATED FEBRUARY 17,2015    **debtor has an executory contract or**
**unexpired lease**

**State what the contract or**    MUSIC LICENSE
**lease is for**
POSITION MUSIC, INC.
**Nature of debtor's interest**    LICENSEE    702 N MARIPOSA ST
BURBANK CA 91506

**State the term remaining**    _____

**List the contract number of**    _____
**any government contract**

**2.1588.** **Title of contract**    MASTER/SYNCHRONIZATION USE LICENSE AGREEMENT    **State the name and mailing address**
DATED FEBRUARY 12,2013    **for all other parties with whom the**
**debtor has an executory contract or**
**unexpired lease**

**State what the contract or**    MUSIC LICENSE
**lease is for**
POSITION MUSIC, INC.
**Nature of debtor's interest**    LICENSEE    702 N MARIPOSA ST
BURBANK CA 91506

**State the term remaining**    _____

**List the contract number of**    _____
**any government contract**

**2.1589.** **Title of contract**    COMBINED SYNCHRONIZATION AND MASTER USE    **State the name and mailing address**
LICENSE AGREEMENT DATED MARCH 5,2012    **for all other parties with whom the**
**debtor has an executory contract or**
**unexpired lease**

**State what the contract or**    MUSIC LICENSE
**lease is for**
POSITION MUSIC, INC.
**Nature of debtor's interest**    LICENSEE    702 N MARIPOSA ST
BURBANK CA 91506

**State the term remaining**    _____

**List the contract number of**    _____
**any government contract**

**2.1590.** **Title of contract**    MASTER/SYNCHRONIZATION USE LICENSE AGREEMENT    **State the name and mailing address**
DATED OCTOBER 31,2012    **for all other parties with whom the**
**debtor has an executory contract or**
**unexpired lease**

**State what the contract or**    MUSIC LICENSE
**lease is for**
POSITION MUSIC, INC.
**Nature of debtor's interest**    LICENSEE    702 N MARIPOSA ST
BURBANK CA 91506

**State the term remaining**    _____

**List the contract number of**    _____
**any government contract**

Debtor    **Open Road Films, LLC**                                                    Case number *(if known)* **18-12012**

| | | |
|---|---|---|
| 2.1591. | **Title of contract** | MASTER/SYNCHRONIZATION USE LICENSE AGREEMENT DATED JANUARY 4,2015 |
| | **State what the contract or lease is for** | MUSIC LICENSE |
| | **Nature of debtor's interest** | LICENSEE |
| | **State the term remaining** | _____ |
| | **List the contract number of any government contract** | _____ |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

POSITION MUSIC, INC.
702 N MARIPOSA ST
BURBANK CA 91506

| | | |
|---|---|---|
| 2.1592. | **Title of contract** | MASTER/SYNCHRONIZATION USE LICENSE AGREEMENT DATED JANUARY 20,2015 |
| | **State what the contract or lease is for** | MUSIC LICENSE |
| | **Nature of debtor's interest** | LICENSEE |
| | **State the term remaining** | _____ |
| | **List the contract number of any government contract** | _____ |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

POSITION MUSIC, INC.
702 N MARIPOSA ST
BURBANK CA 91506

| | | |
|---|---|---|
| 2.1593. | **Title of contract** | MASTER/SYNCHRONIZATION USE LICENSE AGREEMENT DATED FEBRUARY 21,2017 |
| | **State what the contract or lease is for** | MUSIC LICENSE |
| | **Nature of debtor's interest** | LICENSEE |
| | **State the term remaining** | _____ |
| | **List the contract number of any government contract** | _____ |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

POSITION MUSIC, INC.
702 N MARIPOSA ST
BURBANK CA 91506

| | | |
|---|---|---|
| 2.1594. | **Title of contract** | MASTER/SYNCHRONIZATION USE LICENSE AGREEMENT DATED FEBRUARY 3,2016 |
| | **State what the contract or lease is for** | MUSIC LICENSE |
| | **Nature of debtor's interest** | LICENSEE |
| | **State the term remaining** | _____ |
| | **List the contract number of any government contract** | _____ |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

POSITION MUSIC, INC.
702 N MARIPOSA ST
BURBANK CA 91506

| | | |
|---|---|---|
| 2.1595. | **Title of contract** | AGREEMENT |
| | **State what the contract or lease is for** | VENDOR AGREEMENT |
| | **Nature of debtor's interest** | CUSTOMER |
| | **State the term remaining** | _____ |
| | **List the contract number of any government contract** | _____ |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

POST HASTE DIGITAL
2700 S LA CIENAGA BLVD
LOS ANGELES CA 90034

Debtor  **Open Road Films, LLC**                                      Case number *(if known)* **18-12012**

| 2.1596. | **Title of contract** | NON-THEATRICAL DISTRIBUTION AGREEMENT DATED FEBRUARY 1,2014 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | EXPLOITATION AGREEMENT | |
| | **Nature of debtor's interest** | LICENSOR | POST MODERN GROUP 3619 W MAGNOLIA BLVD BURBANK CA 91505 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.1597. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED MAY 15,2015 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | POWERHOUSE MUSIC PRODUCTIONS, LLC 150 SIERRA ST EL SEGUNDO CA 90245 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.1598. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED APRIL 8,2015 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | POWERHOUSE MUSIC PRODUCTIONS, LLC 150 SIERRA ST EL SEGUNDO CA 90245 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.1599. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED FEBRUARY 12,2013 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | POWERHOUSE MUSIC PRODUCTIONS, LLC 150 SIERRA ST EL SEGUNDO CA 90245 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.1600. | **Title of contract** | PLATFORM AGREEMENT DATED APRIL 10, 2018 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | VENDOR AGREEMENT | |
| | **Nature of debtor's interest** | CUSTOMER | POWSTER, LTD. 2 NETIL LN NETIL HOUSE 1 WESTGATE STREET LONDON E8 3RL UNITED KINGDOM |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

Debtor  **Open Road Films, LLC**                                                 Case number *(if known)* **18-12012**

2.1601.  **Title of contract**                AGREEMENT                                      State the name and mailing address
                                                                                             for all other parties with whom the
         **State what the contract or**        VENDOR AGREEMENT                              debtor has an executory contract or
         **lease is for**                                                                    unexpired lease

         **Nature of debtor's interest**       CUSTOMER                                       PREFERRED SECURITY &
                                                                                             INVESTIGATIONS, INC.
         **State the term remaining**          _____              585 STEWART AVE STE 322
                                                                                             GARDEN CITY NY 11530
         **List the contract number of**       _____
         **any government contract**

2.1602.  **Title of contract**                DISTRIBUTION RIGHTS ACQUISITION AGREEMENT     State the name and mailing address
                                               DATED DECEMBER 9, 2016                        for all other parties with whom the
                                                                                             debtor has an executory contract or
         **State what the contract or**        ACQUISITION AGREEMENT                         unexpired lease
         **lease is for**
                                                                                             PROMISE DISTRIBUTION, LLC
         **Nature of debtor's interest**       DISTRIBUTOR                                    6725 VIA AUSTI WAY
                                                                                             STE 370
         **State the term remaining**          _____              LAS VEGAS NV 89119

         **List the contract number of**       _____
         **any government contract**

2.1603.  **Title of contract**                AMENDMENT #1 TO DISTRIBUTION RIGHTS ACQUISITION   State the name and mailing address
                                               AGREEMENT DATED APRIL 18, 2017                for all other parties with whom the
                                                                                             debtor has an executory contract or
         **State what the contract or**        ACQUISITION AGREEMENT                         unexpired lease
         **lease is for**
                                                                                             PROMISE DISTRIBUTION, LLC
         **Nature of debtor's interest**       DISTRIBUTOR                                    6725 VIA AUSTI WAY
                                                                                             STE 370
         **State the term remaining**          _____              LAS VEGAS NV 89119

         **List the contract number of**       _____
         **any government contract**

2.1604.  **Title of contract**                AGREEMENT                                      State the name and mailing address
                                                                                             for all other parties with whom the
         **State what the contract or**        VENDOR AGREEMENT                              debtor has an executory contract or
         **lease is for**                                                                    unexpired lease

         **Nature of debtor's interest**       CUSTOMER                                       PROMOSHOP
                                                                                             5420 MCCONNELL AVE
         **State the term remaining**          _____              LOS ANGELES CA 90066

         **List the contract number of**       _____
         **any government contract**

2.1605.  **Title of contract**                COMBINED SYNCHRONIZATION AND MASTER USE       State the name and mailing address
                                               LICENSE AGREEMENT DATED APRIL 16, 2018       for all other parties with whom the
                                               COMBINED SYNCHRONIZATION AND MASTER USE      debtor has an executory contract or
                                               LICENSE AGREEMENT DATED MAY 10, 2018         unexpired lease

         **State what the contract or**        MUSIC LICENSE                                 PUSHER, LLC
         **lease is for**                                                                    1800 S BRAND BLVD STE 109
                                                                                             GLENDALE CA 91204
         **Nature of debtor's interest**       LICENSEE

         **State the term remaining**          _____

         **List the contract number of**       _____
         **any government contract**

Debtor   **Open Road Films, LLC**                                    Case number *(if known)* **18-12012**

| 2.1606. | Title of contract | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED JUNE 26,2016 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | PUSHER, LLC<br>1800 S BRAND BLVD STE 109<br>GLENDALE CA 91204 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.1607. | Title of contract | FIFTY SHADES OF BLACK - TRAILERS / ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED NOVEMBER 6,2015 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | PUSHER, LLC<br>1800 S BRAND BLVD STE 109<br>GLENDALE CA 91204 |
| | Nature of debtor's interest | LICENSEE | |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.1608. | Title of contract | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED APRIL 16,2018 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | PUSHER, LLC<br>1800 S BRAND BLVD STE 109<br>GLENDALE CA 91204 |
| | Nature of debtor's interest | LICENSEE | |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.1609. | Title of contract | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED MAY 10,2018 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | PUSHER, LLC<br>1800 S BRAND BLVD STE 109<br>GLENDALE CA 91204 |
| | Nature of debtor's interest | LICENSEE | |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.1610. | Title of contract | SHOW DOGS - TRAILERS / ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED JANUARY 5,2018 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | PUSHER, LLC<br>1800 S BRAND BLVD STE 109<br>GLENDALE CA 91204 |
| | Nature of debtor's interest | LICENSEE | |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

Debtor    **Open Road Films, LLC**

Case number *(if known)* **18-12012**

| | | |
|---|---|---|
| **2.1611.** | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE DATED OCTOBER 16,2012 |
| | **State what the contract or lease is for** | MUSIC LICENSE |
| | **Nature of debtor's interest** | LICENSEE |
| | **State the term remaining** | _____ |
| | **List the contract number of any government contract** | _____ |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

PUSHER, LLC
1800 S BRAND BLVD STE 109
GLENDALE CA 91204

| | | |
|---|---|---|
| **2.1612.** | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED JULY 12,2016 |
| | **State what the contract or lease is for** | MUSIC LICENSE |
| | **Nature of debtor's interest** | LICENSEE |
| | **State the term remaining** | _____ |
| | **List the contract number of any government contract** | _____ |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

PUSHER, LLC
1800 S BRAND BLVD STE 109
GLENDALE CA 91204

| | | |
|---|---|---|
| **2.1613.** | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED JULY 15,2015 |
| | **State what the contract or lease is for** | MUSIC LICENSE |
| | **Nature of debtor's interest** | LICENSEE |
| | **State the term remaining** | _____ |
| | **List the contract number of any government contract** | _____ |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

PUSHER, LLC
1800 S BRAND BLVD STE 109
GLENDALE CA 91204

| | | |
|---|---|---|
| **2.1614.** | **Title of contract** | THE FLUFFY MOVIE - TRAILERS / ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED APRIL 3,2014 |
| | **State what the contract or lease is for** | MUSIC LICENSE |
| | **Nature of debtor's interest** | LICENSEE |
| | **State the term remaining** | _____ |
| | **List the contract number of any government contract** | _____ |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

PUSHER, LLC
1800 S BRAND BLVD STE 109
GLENDALE CA 91204

| | | |
|---|---|---|
| **2.1615.** | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED MARCH 6,2013 |
| | **State what the contract or lease is for** | MUSIC LICENSE |
| | **Nature of debtor's interest** | LICENSEE |
| | **State the term remaining** | _____ |
| | **List the contract number of any government contract** | _____ |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

PUSHER, LLC
1800 S BRAND BLVD STE 109
GLENDALE CA 91204

Debtor   **Open Road Films, LLC**                                        Case number *(if known)* **18-12012**

---

**2.1616. Title of contract**                COMBINED SYNCHRONIZATION AND MASTER USE        **State the name and mailing address**
                                             LICENSE AGREEMENT DATED JANUARY 26,2015        **for all other parties with whom the**
                                                                                            **debtor has an executory contract or**
**State what the contract or**               MUSIC LICENSE                                  **unexpired lease**
**lease is for**

**Nature of debtor's interest**              LICENSEE                                       PUSHER, LLC
                                                                                            1800 S BRAND BLVD STE 109
**State the term remaining**                 _____                 GLENDALE CA 91204

**List the contract number of**              _____
**any government contract**

---

**2.1617. Title of contract**                AGREEMENT                                      **State the name and mailing address**
                                                                                            **for all other parties with whom the**
**State what the contract or**               VENDOR AGREEMENT - LIBRARY ASSET HOLDER        **debtor has an executory contract or**
**lease is for**                                                                            **unexpired lease**

**Nature of debtor's interest**              CUSTOMER/ASSET OWNER                            PXL BROS, LLC
                                                                                            849 S BROADWAY STE 602
**State the term remaining**                 _____                 LOS ANGELES CA 90014

**List the contract number of**              _____
**any government contract**

---

**2.1618. Title of contract**                MOTION PICTURE MUSIC SYNCHRONIZATION LICENSE   **State the name and mailing address**
                                             DATED JUNE 22,2012                             **for all other parties with whom the**
                                                                                            **debtor has an executory contract or**
**State what the contract or**               MUSIC LICENSE                                  **unexpired lease**
**lease is for**

**Nature of debtor's interest**              LICENSEE                                       RAM'S HORN MUSIC
                                                                                            PO BOX 860 COOPER STATION
**State the term remaining**                 _____                 NEW YORK NY 10276

**List the contract number of**              _____
**any government contract**

---

**2.1619. Title of contract**                MASTER USE LICENSE DATED DECEMBER 16,2014      **State the name and mailing address**
                                                                                            **for all other parties with whom the**
**State what the contract or**               MUSIC LICENSE                                  **debtor has an executory contract or**
**lease is for**                                                                            **unexpired lease**

**Nature of debtor's interest**              LICENSEE                                       RAZOR & TIE DIRECT, LLC
                                                                                            214 SULLIVAN ST 4TH FL
**State the term remaining**                 _____                 NEW YORK NY 10012

**List the contract number of**              _____
**any government contract**

---

**2.1620. Title of contract**                SYNCHRONIZATION LICENSE DATED DECEMBER 16,2014 **State the name and mailing address**
                                                                                            **for all other parties with whom the**
**State what the contract or**               MUSIC LICENSE                                  **debtor has an executory contract or**
**lease is for**                                                                            **unexpired lease**

**Nature of debtor's interest**              LICENSEE                                       RAZOR & TIE PUBLISHING, LLC
                                                                                            D/B/A SONGS OF RAZOR & TIE
**State the term remaining**                 _____                 (ASCAP)
                                                                                            214 SULLIVAN ST 4TH FL
**List the contract number of**              _____                 NEW YORK NY 10012
**any government contract**

---

Debtor   **Open Road Films, LLC**                                                    Case number *(if known)* **18-12012**

| 2.1621. | **Title of contract** | SYNCHRONIZATION LICENSE AGREEMENT (TRAILERS/ADVERTISING), "TERRORDOME 2012 (WELCOME TO THE TERROR DOME" DATED OCTOBER 9,2012 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | REACH MUSIC PUBLISHING, INC. 321 NORTH PASS AVENUE, SUITE 500 BURBANK CA 91505 |
| | **Nature of debtor's interest** | LICENSEE | |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.1622. | **Title of contract** | MASTER USE LICENSE AGREEMENT (TRAILERS/ADVERTISING) "TERRORDOME 2012 (WELCOME TO THE TERROR DOME" DATED OCTOBER 9,2012 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | REACH MUSIC PUBLISHING, INC. 321 NORTH PASS AVENUE, SUITE 500 BURBANK CA 91505 |
| | **Nature of debtor's interest** | LICENSEE | |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.1623. | **Title of contract** | CO-MARKETING SOW DATED AUGUST 7, 2012 MASTER CO-MARKETING AGREEMENT DATED AUGUST 7, 2012 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | VENDOR AGREEMENT | REALD, INC. 100 N CRESCENT DR STE 120 BEVERLY HILLS CA 90210 |
| | **Nature of debtor's interest** | CUSTOMER | |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.1624. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED NOVEMBER 4,2014 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | REALLY SLOW MOTION, LTD. 7 GROSVENOR GARDENS LONDON SW1W 0AF UNITED KINGDOM |
| | **Nature of debtor's interest** | LICENSEE | |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.1625. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED FEBRUARY 14,2017 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | REALLY SLOW MOTION, LTD. 7 GROSVENOR GARDENS LONDON SW1W 0AF UNITED KINGDOM |
| | **Nature of debtor's interest** | LICENSEE | |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

Debtor  **Open Road Films, LLC**                                                                                              Case number *(if known)* **18-12012**

---

2.1626. **Title of contract**              COMBINED SYNCHRONIZATION AND MASTER USE          **State the name and mailing address**
                                           LICENSE AGREEMENT DATED JANUARY 22,2016          **for all other parties with whom the**
                                                                                            **debtor has an executory contract or**
       **State what the contract or**      MUSIC LICENSE                                    **unexpired lease**
       **lease is for**

       **Nature of debtor's interest**     LICENSEE                                         REALLY SLOW MOTION, LTD.
                                                                                            7 GROSVENOR GARDENS
       **State the term remaining**        _____       LONDON SW1W 0AF
                                                                                            UNITED KINGDOM
       **List the contract number of**     _____
       **any government contract**

2.1627. **Title of contract**              COMBINED SYNCHRONIZATION AND MASTER USE          **State the name and mailing address**
                                           LICENSE AGREEMENT DATED FEBRUARY 17,2016         **for all other parties with whom the**
                                                                                            **debtor has an executory contract or**
       **State what the contract or**      MUSIC LICENSE                                    **unexpired lease**
       **lease is for**

       **Nature of debtor's interest**     LICENSEE                                         REALLY SLOW MOTION, LTD.
                                                                                            7 GROSVENOR GARDENS
       **State the term remaining**        _____       LONDON SW1W 0AF
                                                                                            UNITED KINGDOM
       **List the contract number of**     _____
       **any government contract**

2.1628. **Title of contract**              CLIENT AGREEMENT DATED FEBRUARY 13, 2012         **State the name and mailing address**
                                                                                            **for all other parties with whom the**
       **State what the contract or**      VENDOR AGREEMENT                                 **debtor has an executory contract or**
       **lease is for**                                                                     **unexpired lease**

       **Nature of debtor's interest**     CUSTOMER                                         REBOOT CORPORATION
                                                                                            PO BOX 491059
       **State the term remaining**        _____       LOS ANGELES CA 90049

       **List the contract number of**     _____
       **any government contract**

2.1629. **Title of contract**              VIDEO-ON-DEMAND AND ELECTRONIC SELL-THROUGH      **State the name and mailing address**
                                           LICENSE AGREEMENT DATED JULY 19,2018             **for all other parties with whom the**
                                                                                            **debtor has an executory contract or**
       **State what the contract or**      EXPLOITATION AGREEMENT                           **unexpired lease**
       **lease is for**

       **Nature of debtor's interest**     LICENSOR                                         REDBOX AUTOMATED RETAIL, LLC
                                                                                            ONE TOWER LANE, SUITE 900
       **State the term remaining**        _____       OAKBROOK TERRACE IL 60181

       **List the contract number of**     _____
       **any government contract**

2.1630. **Title of contract**              NIGHTCRAWLER - TRAILERS/ADVERTISING - COMBINED   **State the name and mailing address**
                                           SYNCHRONIZATION AND MASTER USE LICENSE           **for all other parties with whom the**
                                           AGREEMENT DATED SEPTEMBER 26,2014                **debtor has an executory contract or**
                                                                                            **unexpired lease**
       **State what the contract or**      MUSIC LICENSE
       **lease is for**                                                                     REDCOLA, LLC
                                                                                            525 VENEZIA AVE
       **Nature of debtor's interest**     LICENSEE                                         VENICE CA 90291

       **State the term remaining**        _____

       **List the contract number of**     _____
       **any government contract**

---

Debtor **Open Road Films, LLC**                                                                 Case number *(if known)* **18-12012**

| 2.1631. | Title of contract | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE DATED JANUARY 25,2013 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | REDCOLA, LLC<br>525 VENEZIA AVE<br>VENICE CA 90291 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.1632. | Title of contract | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE DATED OCTOBER 16,2012 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | REDCOLA, LLC<br>525 VENEZIA AVE<br>VENICE CA 90291 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.1633. | Title of contract | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE DATED JANUARY 25,2013 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | REDCOLA, LLC<br>525 VENEZIA AVE<br>VENICE CA 90291 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.1634. | Title of contract | SILENT HILL: REVELATION 3D - TRAILERS / ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED OCTOBER 10,2012 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | REDCOLA, LLC<br>525 VENEZIA AVE<br>VENICE CA 90291 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.1635. | Title of contract | SILENT HILL: REVELATION 3D - TRAILERS / ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED OCTOBER 8,2012 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | REDCOLA, LLC<br>525 VENEZIA AVE<br>VENICE CA 90291 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

Debtor  **Open Road Films, LLC**                                    Case number *(if known)* **18-12012**

**2.1636.** | **Title of contract** | SILENT HILL: REVELATION 3D - TRAILERS / ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED JULY 23,2012 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
--- | --- | --- | ---
| **State what the contract or lease is for** | MUSIC LICENSE |
| **Nature of debtor's interest** | LICENSEE | REDCOLA, LLC
525 VENEZIA AVE
VENICE CA 90291
| **State the term remaining** | _____ |
| **List the contract number of any government contract** | _____ |

**2.1637.** | **Title of contract** | SILENT HOUSE - TRAILERS / ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED JANUARY 5,2012 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
--- | --- | --- | ---
| **State what the contract or lease is for** | MUSIC LICENSE |
| **Nature of debtor's interest** | LICENSEE | REDCOLA, LLC
525 VENEZIA AVE
VENICE CA 90291
| **State the term remaining** | _____ |
| **List the contract number of any government contract** | _____ |

**2.1638.** | **Title of contract** | SILENT HOUSE - TRAILERS / ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED MARCH 2,2012 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
--- | --- | --- | ---
| **State what the contract or lease is for** | MUSIC LICENSE |
| **Nature of debtor's interest** | LICENSEE | REDCOLA, LLC
525 VENEZIA AVE
VENICE CA 90291
| **State the term remaining** | _____ |
| **List the contract number of any government contract** | _____ |

**2.1639.** | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED JULY 12,2016 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
--- | --- | --- | ---
| **State what the contract or lease is for** | MUSIC LICENSE |
| **Nature of debtor's interest** | LICENSEE | REDCOLA, LLC
525 VENEZIA AVE
VENICE CA 90291
| **State the term remaining** | _____ |
| **List the contract number of any government contract** | _____ |

**2.1640.** | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED JULY 12,2016 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
--- | --- | --- | ---
| **State what the contract or lease is for** | MUSIC LICENSE |
| **Nature of debtor's interest** | LICENSEE | REDCOLA, LLC
525 VENEZIA AVE
VENICE CA 90291
| **State the term remaining** | _____ |
| **List the contract number of any government contract** | _____ |

Debtor    **Open Road Films, LLC**                                                    Case number *(if known)* **18-12012**

| 2.1641. | Title of contract | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED JULY 15,2015 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | REDCOLA, LLC |
| | | | 525 VENEZIA AVE |
| | **State the term remaining** | _____ | VENICE CA 90291 |
| | **List the contract number of any government contract** | _____ | |

| 2.1642. | Title of contract | THE GUNMAN - TRAILERS / ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED FEBRUARY 13,2015 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | REDCOLA, LLC |
| | | | 525 VENEZIA AVE |
| | **State the term remaining** | _____ | VENICE CA 90291 |
| | **List the contract number of any government contract** | _____ | |

| 2.1643. | Title of contract | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED MARCH 5,2012 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | REDCOLA, LLC |
| | | | 525 VENEZIA AVE |
| | **State the term remaining** | _____ | VENICE CA 90291 |
| | **List the contract number of any government contract** | _____ | |

| 2.1644. | Title of contract | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED FEBRUARY 12,2013 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | REDCOLA, LLC |
| | | | 525 VENEZIA AVE |
| | **State the term remaining** | _____ | VENICE CA 90291 |
| | **List the contract number of any government contract** | _____ | |

| 2.1645. | Title of contract | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED DECEMBER 19,2014 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | REDCOLA, LLC |
| | | | 525 VENEZIA AVE |
| | **State the term remaining** | _____ | VENICE CA 90291 |
| | **List the contract number of any government contract** | _____ | |

Debtor    **Open Road Films, LLC**                                                                 Case number *(if known)* **18-12012**

| 2.1646. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED DECEMBER 19,2014 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | REDCOLA, LLC |
| | **State the term remaining** | | 525 VENEZIA AVE |
| | **List the contract number of any government contract** | | VENICE CA 90291 |

| 2.1647. | **Title of contract** | DISTRIBUTION RIGHTS ACQUISITION AND FINANCING AGREEMENT DATED AUGUST 11, 2016 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ACQUISITION AGREEMENT | |
| | **Nature of debtor's interest** | DISTRIBUTOR | REDROVER CO., LTD. |
| | **State the term remaining** | | 12F13F 20 PANGYOYEOKRO 146BEONGIL |
| | **List the contract number of any government contract** | | BUNDANG-GU SEONGNAM-SI, GYEONGGI-DO 13529 SOUTH KOREA |

| 2.1648. | **Title of contract** | AMENDMENT NO.1 TO DISTRIBUTION RIGHTS ACQUISITION AND FINANCING AGREEMENT DATED MARCH 15, 2017 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ACQUISITION AGREEMENT | |
| | **Nature of debtor's interest** | DISTRIBUTOR | REDROVER CO., LTD. 12F13F 20 PANGYOYEOKRO 146BEONGIL |
| | **State the term remaining** | | BUNDANG-GU SEONGNAM-SI, GYEONGGI-DO 13529 |
| | **List the contract number of any government contract** | | SOUTH KOREA |

| 2.1649. | **Title of contract** | SHORT FORM AMENDED AND RE-STATED DISTRIBUTION RIGHTS ACQUISITION AND FINANCING AGREEMENT DATED JULY 16, 2013 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ACQUISITION AGREEMENT | |
| | **Nature of debtor's interest** | DISTRIBUTOR | REDROVER CO., LTD. 12F13F 20 PANGYOYEOKRO 146BEONGIL |
| | **State the term remaining** | | BUNDANG-GU SEONGNAM-SI, GYEONGGI-DO 13529 |
| | **List the contract number of any government contract** | | SOUTH KOREA |

| 2.1650. | **Title of contract** | FIRST AMENDMENT TO SHORT FORM AMENDED AND RE-STATED DISTRIBUTION RIGHTS ACQUISITION AND FINANCING AGREEMENT DATED OCTOBER 16, 2013 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ACQUISITION AGREEMENT | |
| | **Nature of debtor's interest** | DISTRIBUTOR | REDROVER CO., LTD. 12F13F 20 PANGYOYEOKRO 146BEONGIL |
| | **State the term remaining** | | BUNDANG-GU SEONGNAM-SI, GYEONGGI-DO 13529 |
| | **List the contract number of any government contract** | | SOUTH KOREA |

Debtor    **Open Road Films, LLC**                                                                    Case number *(if known)* **18-12012**

| 2.1651. | **Title of contract** | SECOND AMENDMENT TO SHORT FORM AMENDED AND RE-STATED DISTRIBUTION RIGHTS ACQUISITION AND FINANCING AGREEMENT DATED OCTOBER 27, 2013 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ACQUISITION AGREEMENT | REDROVER CO., LTD. 12F13F 20 PANGYOYEOKRO 146BEONGIL BUNDANG-GU SEONGNAM-SI, GYEONGGI-DO 13529 SOUTH KOREA |
| | **Nature of debtor's interest** | DISTRIBUTOR | |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.1652. | **Title of contract** | DISTRIBUTION RIGHTS ACQUISITION AGREEMENT DATED AUGUST 1, 2016 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ACQUISITION AGREEMENT | REDROVER CO., LTD. 12F13F 20 PANGYOYEOKRO 146BEONGIL BUNDANG-GU SEONGNAM-SI, GYEONGGI-DO 13529 SOUTH KOREA |
| | **Nature of debtor's interest** | DISTRIBUTOR | |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.1653. | **Title of contract** | AMENDMENT TO DISTRIBUTION RIGHTS ACQUISITION AGREEMENT DATED JUNE 1, 2017 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ACQUISITION AGREEMENT | REDROVER CO., LTD. 12F13F 20 PANGYOYEOKRO 146BEONGIL BUNDANG-GU SEONGNAM-SI, GYEONGGI-DO 13529 SOUTH KOREA |
| | **Nature of debtor's interest** | DISTRIBUTOR | |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.1654. | **Title of contract** | INTERCREDITOR AGREEMENT DATED DECEMBER, 2013 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | INTERCREDITOR AGREEMENT | REDROVER CO., LTD. 12F13F 20 PANGYOYEOKRO 146BEONGIL BUNDANG-GU SEONGNAM-SI, GYEONGGI-DO 13529 SOUTH KOREA |
| | **Nature of debtor's interest** | DISTRIBUTOR | |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.1655. | **Title of contract** | BOX OFFICE ESSENTIALS SERVICE AGREEMENT DATED JUNE 1, 2011 AMENDMENT DATED AUGUST 1, 2017 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | VENDOR AGREEMENT | RENTRAK CORPORATION & SUBSIDIARIES PO BOX 1450 MINNEAPOLIS MN 55485-6135 |
| | **Nature of debtor's interest** | CUSTOMER | |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

Debtor   **Open Road Films, LLC**                                                        Case number *(if known)* **18-12012**

---

2.1656. **Title of contract**          SYNCHRONIZATION LICENSE DATED MAY 1,2015          **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**          MUSIC LICENSE

**Nature of debtor's interest**          LICENSEE          RESERVOIR MEDIA MANAGEMENT, INC.
225 VARICK ST 6TH FLR
**State the term remaining**          _____          NEW YORK NY 10014

**List the contract number of any government contract**          _____

---

2.1657. **Title of contract**          COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED AUGUST 12,2012          **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**          MUSIC LICENSE

**Nature of debtor's interest**          LICENSEE          REVOLUTION 9, INC.
5043 N LAWNDALE
**State the term remaining**          _____          CHICAGO IL 60625

**List the contract number of any government contract**          _____

---

2.1658. **Title of contract**          COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED DECEMBER 19,2014          **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**          MUSIC LICENSE

**Nature of debtor's interest**          LICENSEE          REVOLUTION 9, INC.
5043 N LAWNDALE
**State the term remaining**          _____          CHICAGO IL 60625

**List the contract number of any government contract**          _____

---

2.1659. **Title of contract**          SOUND RECORDING SYNCHRONIZATION LICENSE DATED MAY 16, 2018
SOUND RECORDING SYNCHRONIZATION LICENSE DATED MARCH 23, 2018          **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**          MUSIC LICENSE

**Nature of debtor's interest**          LICENSEE          RHINO ENTERTAINMENT
PO BOX 749319
**State the term remaining**          _____          LOS ANGELES CA 90074

**List the contract number of any government contract**          _____

---

2.1660. **Title of contract**          SOUND RECORDING SYNCHRONIZATION LICENSE DATED MAY 23, 2018          **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**          MUSIC LICENSE

**Nature of debtor's interest**          LICENSEE          RHINO ENTERTAINMENT
PO BOX 749319
**State the term remaining**          _____          LOS ANGELES CA 90074

**List the contract number of any government contract**          _____

---

Debtor    **Open Road Films, LLC**                                                          Case number *(if known)* **18-12012**

2.1661.  **Title of contract**              SOUND RECORDING SYNCHRONIZATION LICENSE        **State the name and mailing address**
                                            DATED MARCH 26,2015                             **for all other parties with whom the**
                                                                                           **debtor has an executory contract or**
         **State what the contract or**     MUSIC LICENSE                                  **unexpired lease**
         **lease is for**

         **Nature of debtor's interest**    LICENSEE                                        RHINO ENTERTAINMENT COMPANY
                                                                                           3400 W OLIVE AVENUE
         **State the term remaining**       _____               BURBANK CA 91505

         **List the contract number of**    _____
         **any government contract**

2.1662.  **Title of contract**              SOUND RECORDING SYNCHRONIZATION LICENSE        **State the name and mailing address**
                                            DATED APRIL 1,2015                              **for all other parties with whom the**
                                                                                           **debtor has an executory contract or**
         **State what the contract or**     MUSIC LICENSE                                  **unexpired lease**
         **lease is for**

         **Nature of debtor's interest**    LICENSEE                                        RHINO ENTERTAINMENT COMPANY
                                                                                           3400 W OLIVE AVENUE
         **State the term remaining**       _____               BURBANK CA 91505

         **List the contract number of**    _____
         **any government contract**

2.1663.  **Title of contract**              SOUND RECORDING SYNCHRONIZATION LICENSE        **State the name and mailing address**
                                            DATED MAY 31,2017                               **for all other parties with whom the**
                                                                                           **debtor has an executory contract or**
         **State what the contract or**     MUSIC LICENSE                                  **unexpired lease**
         **lease is for**

         **Nature of debtor's interest**    LICENSEE                                        RHINO ENTERTAINMENT COMPANY
                                                                                           3400 W OLIVE AVENUE
         **State the term remaining**       _____               BURBANK CA 91505

         **List the contract number of**    _____
         **any government contract**

2.1664.  **Title of contract**              SOUND RECORDING SYNCHRONIZATION LICENSE        **State the name and mailing address**
                                            DATED JUNE 16,2017                              **for all other parties with whom the**
                                                                                           **debtor has an executory contract or**
         **State what the contract or**     MUSIC LICENSE                                  **unexpired lease**
         **lease is for**

         **Nature of debtor's interest**    LICENSEE                                        RHINO ENTERTAINMENT COMPANY
                                                                                           3400 W OLIVE AVENUE
         **State the term remaining**       _____               BURBANK CA 91505

         **List the contract number of**    _____
         **any government contract**

2.1665.  **Title of contract**              MASTER USE LICENSE AGREEMENT DATED MAY 11,2017  **State the name and mailing address**
                                                                                           **for all other parties with whom the**
         **State what the contract or**     MUSIC LICENSE                                  **debtor has an executory contract or**
         **lease is for**                                                                  **unexpired lease**

         **Nature of debtor's interest**    LICENSEE                                        RHINO ENTERTAINMENT COMPANY
                                                                                           3400 W OLIVE AVENUE
         **State the term remaining**       _____               BURBANK CA 91505

         **List the contract number of**    _____
         **any government contract**

Debtor    **Open Road Films, LLC**                                                                    Case number *(if known)* **18-12012**

2.1666.  **Title of contract**                 MASTER USE LICENSE AGREEMENT DATED JUNE 6,2017          **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

       **State what the contract or lease is for**          MUSIC LICENSE

       **Nature of debtor's interest**          LICENSEE          RHINO ENTERTAINMENT COMPANY
3400 W OLIVE AVENUE
BURBANK CA 91505

       **State the term remaining**          _____

       **List the contract number of any government contract**          _____

2.1667.  **Title of contract**                 SOUND RECORDING SYNCHRONIZATION DATED MARCH 23,2018          **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

       **State what the contract or lease is for**          MUSIC LICENSE

       **Nature of debtor's interest**          LICENSEE          RHINO ENTERTAINMENT COMPANY
3400 W OLIVE AVENUE
BURBANK CA 91505

       **State the term remaining**          _____

       **List the contract number of any government contract**          _____

2.1668.  **Title of contract**                 THE GUNMAN - TRAILERS / ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED FEBRUARY 28,2015          **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

       **State what the contract or lease is for**          MUSIC LICENSE          RHINO ENTERTAINMENT COMPANY
3400 W OLIVE AVENUE
BURBANK CA 91505

       **Nature of debtor's interest**          LICENSEE

       **State the term remaining**          _____

       **List the contract number of any government contract**          _____

2.1669.  **Title of contract**                 SOUND RECORDING SYNCHRONIZATION LICENSE DATED JULY 24,2013          **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

       **State what the contract or lease is for**          MUSIC LICENSE

       **Nature of debtor's interest**          LICENSEE          RHINO ENTERTAINMENT COMPANY, A WARNER MUSIC GROUP COMPANY
3400 W OLIVE AVENUE
BURBANK CA 91505

       **State the term remaining**          _____

       **List the contract number of any government contract**          _____

2.1670.  **Title of contract**                 SOUND RECORDING SYNCHRONIZATION LICENSE DATED JULY 3,2017          **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

       **State what the contract or lease is for**          MUSIC LICENSE

       **Nature of debtor's interest**          LICENSEE          RHINO ENTERTAINMENT COMPANY, A WARNER MUSIC GROUP COMPANY
3400 W OLIVE AVENUE
BURBANK CA 91505

       **State the term remaining**          _____

       **List the contract number of any government contract**          _____

| Debtor | **Open Road Films, LLC** | | Case number *(if known)* **18-12012** |
|---|---|---|---|

**2.1671.** **Title of contract**  EMPLOYMENT AGREEMENT DATED JUNE 20, 2011

**State what the contract or lease is for**  EMPLOYMENT AGREEMENT

**Nature of debtor's interest**  EMPLOYER

**State the term remaining**  _____

**List the contract number of any government contract**  _____

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

RICHARD JORDAN
2049 CENTURY PK EAST 4TH FL
LOS ANGELES CA 90067

**2.1672.** **Title of contract**  EMPLOYMENT AGREEMENT - EXTENSION DATED FEBRUARY 19, 2014

**State what the contract or lease is for**  EMPLOYMENT AGREEMENT

**Nature of debtor's interest**  EMPLOYER

**State the term remaining**  _____

**List the contract number of any government contract**  _____

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

RICHARD JORDAN
2049 CENTURY PK EAST 4TH FL
LOS ANGELES CA 90067

**2.1673.** **Title of contract**  SECOND AMENDMENT EMPLOYMENT AGREEMENT DATED JUNE 19, 2017

**State what the contract or lease is for**  EMPLOYMENT AGREEMENT

**Nature of debtor's interest**  EMPLOYER

**State the term remaining**  _____

**List the contract number of any government contract**  _____

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

RICHARD JORDAN
2049 CENTURY PK EAST 4TH FL
LOS ANGELES CA 90067

**2.1674.** **Title of contract**  THIRD AMENDMENT EMPLOYMENT AGREEMENT DATED JUNE 13, 2017

**State what the contract or lease is for**  EMPLOYMENT AGREEMENT

**Nature of debtor's interest**  EMPLOYER

**State the term remaining**  _____

**List the contract number of any government contract**  _____

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

RICHARD JORDAN
2049 CENTURY PK EAST 4TH FL
LOS ANGELES CA 90067

**2.1675.** **Title of contract**  NON-EXCLUSIVE COMPOSITION(S) & MASTER RECORDING(S) SYNCHRONIZATION LICENSE AGREEMENT DATED FEBRUARY 1,2016

**State what the contract or lease is for**  MUSIC LICENSE

**Nature of debtor's interest**  LICENSEE

**State the term remaining**  _____

**List the contract number of any government contract**  _____

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

RIPTIDE MUSIC GROUP, LLC
12301 WILSHIRE BLVD. SUITE 600
LOS ANGELES CA 90025

Debtor   **Open Road Films, LLC**                                                    Case number *(if known)* **18-12012**

**2.1676.** **Title of contract**            COMBINED SYNCHRONIZATION AND MASTER USE      State the name and mailing address
                                        LICENSE AGREEMENT DATED AUGUST 27,2012        for all other parties with whom the
                                                                                      debtor has an executory contract or
        **State what the contract or**    MUSIC LICENSE                                unexpired lease
        **lease is for**

        **Nature of debtor's interest**   LICENSEE                                     RIPTIDE MUSIC GROUP, LLC
                                                                                      9469 JEFFERSON BLVD
        **State the term remaining**       _____           STE 114
                                                                                      CULVER CITY CA 90232
        **List the contract number of**   _____
        **any government contract**

**2.1677.** **Title of contract**            NON-EXCLUSIVE COMPOSITION(S) & MASTER         State the name and mailing address
                                        RECORDING(S) SYNCHRONIZATION LICENSE          for all other parties with whom the
                                        AGREEMENT DATED OCTOBER 27,2016               debtor has an executory contract or
                                                                                      unexpired lease
        **State what the contract or**    MUSIC LICENSE
        **lease is for**                                                              RIPTIDE MUSIC GROUP, LLC
                                                                                      9469 JEFFERSON BLVD
        **Nature of debtor's interest**   LICENSEE                                     STE 114
                                                                                      CULVER CITY CA 90232
        **State the term remaining**       _____

        **List the contract number of**   _____
        **any government contract**

**2.1678.** **Title of contract**            NON-EXCLUSIVE COMPOSITION & MASTER RECORDING  State the name and mailing address
                                        SYNCHRONIZATION LICENSE AGREEMENT DATED APRIL for all other parties with whom the
                                        14,2016                                       debtor has an executory contract or
                                                                                      unexpired lease
        **State what the contract or**    MUSIC LICENSE
        **lease is for**                                                              RIPTIDE MUSIC GROUP, LLC
                                                                                      9469 JEFFERSON BLVD
        **Nature of debtor's interest**   LICENSEE                                     STE 114
                                                                                      CULVER CITY CA 90232
        **State the term remaining**       _____

        **List the contract number of**   _____
        **any government contract**

**2.1679.** **Title of contract**            AGREEMENT                                     State the name and mailing address
                                                                                      for all other parties with whom the
        **State what the contract or**    MUSIC LICENSE                                debtor has an executory contract or
        **lease is for**                                                              unexpired lease

        **Nature of debtor's interest**   LICENSEE                                     RIPTIDE MUSIC, INC.
                                                                                      9469 JEFFERSON BLVD
        **State the term remaining**       _____           STE 114
                                                                                      CULVER CITY CA 90232
        **List the contract number of**   _____
        **any government contract**

**2.1680.** **Title of contract**            NON-EXCLUSIVE COMPOSITION & MASTER RECORDING  State the name and mailing address
                                        SYNCHRONIZATION LICENSE AGREEMENT (TRAILERS)  for all other parties with whom the
                                        "TORTURED VOICE RISER" DATED APRIL 15,2013    debtor has an executory contract or
                                                                                      unexpired lease
        **State what the contract or**    MUSIC LICENSE
        **lease is for**                                                              RIPTIDE MUSIC, INC.
                                                                                      9469 JEFFERSON BLVD
        **Nature of debtor's interest**   LICENSEE                                     STE 114
                                                                                      CULVER CITY CA 90232
        **State the term remaining**       _____

        **List the contract number of**   _____
        **any government contract**

Debtor    **Open Road Films, LLC**                                    Case number *(if known)* **18-12012**

| | | |
|---|---|---|
| 2.1681. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED NOVEMBER 19,2013 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | RIPTIDE MUSIC, INC. 9469 JEFFERSON BLVD STE 114 CULVER CITY CA 90232 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| | | |
|---|---|---|
| 2.1682. | **Title of contract** | NON-EXCLUSIVE COMPOSITION & MASTER RECORDING SYNCHRONIZATION LICENSE AGREEMENT DATED MARCH 7,2014 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | RIPTIDE MUSIC, INC. 9469 JEFFERSON BLVD STE 114 CULVER CITY CA 90232 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| | | |
|---|---|---|
| 2.1683. | **Title of contract** | SILENT HILL: REVELATION 3D - TRAILERS / ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED JULY 23,2012 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | RIPTIDE MUSIC, INC. 9469 JEFFERSON BLVD STE 114 CULVER CITY CA 90232 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| | | |
|---|---|---|
| 2.1684. | **Title of contract** | THE GREY - TRAILERS / ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED FEBRUARY 2,2012 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | RIPTIDE MUSIC, INC. 9469 JEFFERSON BLVD STE 114 CULVER CITY CA 90232 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| | | |
|---|---|---|
| 2.1685. | **Title of contract** | THE GREY - TRAILERS / ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED NOVEMBER 30,2011 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | RIPTIDE MUSIC, INC. 9469 JEFFERSON BLVD STE 114 CULVER CITY CA 90232 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

Debtor    **Open Road Films, LLC**                                                    Case number *(if known)* **18-12012**

---

**2.1686.** **Title of contract**                NON-EXCLUSIVE COMPOSITION & MASTER RECORDING SYNCHRONIZATION LICENSE AGREEMENT DATED MARCH 6,2012

**State what the contract or lease is for**     MUSIC LICENSE

**Nature of debtor's interest**     LICENSEE

**State the term remaining**     _____

**List the contract number of any government contract**     _____

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

RIPTIDE MUSIC, INC.
9469 JEFFERSON BLVD
STE 114
CULVER CITY CA 90232

---

**2.1687.** **Title of contract**                COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED MARCH 11,2013

**State what the contract or lease is for**     MUSIC LICENSE

**Nature of debtor's interest**     LICENSEE

**State the term remaining**     _____

**List the contract number of any government contract**     _____

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

RIPTIDE MUSIC, INC.
9469 JEFFERSON BLVD
STE 114
CULVER CITY CA 90232

---

**2.1688.** **Title of contract**                NON-EXCLUSIVE COMPOSITION & MASTER RECORDING SYNCHRONIZATION LICENSE AGREEMENT DATED MARCH 28,2013

**State what the contract or lease is for**     MUSIC LICENSE

**Nature of debtor's interest**     LICENSEE

**State the term remaining**     _____

**List the contract number of any government contract**     _____

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

RIPTIDE MUSIC, INC.
9469 JEFFERSON BLVD
STE 114
CULVER CITY CA 90232

---

**2.1689.** **Title of contract**                NON-EXCLUSIVE COMPOSITION & MASTER RECORDING SYNCHRONIZATION LICENSE AGREEMENT DATED NOVEMBER 6,2015

**State what the contract or lease is for**     MUSIC LICENSE

**Nature of debtor's interest**     LICENSEE

**State the term remaining**     _____

**List the contract number of any government contract**     _____

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

RIPTIDE MUSIC, INC.
9469 JEFFERSON BLVD
STE 114
CULVER CITY CA 90232

---

**2.1690.** **Title of contract**                DISTRIBUTION RIGHTS ACQUISITION AGREEMENT DATED NOVEMBER 3, 2016

**State what the contract or lease is for**     ACQUISITION AGREEMENT

**Nature of debtor's interest**     DISTRIBUTOR

**State the term remaining**     _____

**List the contract number of any government contract**     _____

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

RIVERSTONE PICTURES (SHOW DOGS) LIMITED
72 WELLS ST
LONDON W1T 3QF
UNITED KINGDOM

---

Debtor **Open Road Films, LLC**

Case number *(if known)* **18-12012**

| | | |
|---|---|---|
| 2.1691. | **Title of contract** | INTERCREDITOR AGREEMENT DATED NOV 3, 2016 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | INTERCREDITOR AGREEMENT | |
| | **Nature of debtor's interest** | BORROWER | RIVERSTONE PICTURES (SHOW DOGS) LIMITED |
| | **State the term remaining** | _____ | 72 WELLS ST LONDON W1T 3QF |
| | **List the contract number of any government contract** | _____ | UNITED KINGDOM |

| | | |
|---|---|---|
| 2.1692. | **Title of contract** | INTERCREDITOR AGREEMENT DATED JUN 14, 2015 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | INTERCREDITOR AGREEMENT | |
| | **Nature of debtor's interest** | DISTRIBUTOR | RIVERSTONE PICTURES (SLEEPLESS) LIMITED |
| | **State the term remaining** | _____ | 72 WELLS ST LONDON W1T 3QF |
| | **List the contract number of any government contract** | _____ | UNITED KINGDOM |

| | | |
|---|---|---|
| 2.1693. | **Title of contract** | AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | VENDOR AGREEMENT | |
| | **Nature of debtor's interest** | CUSTOMER | ROB NIKI |
| | **State the term remaining** | _____ | 85 BLEEKER ST TORONTO ON M4X1S1 |
| | **List the contract number of any government contract** | _____ | CANADA |

| | | |
|---|---|---|
| 2.1694. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED NOVEMBER 4,2013 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | ROBERT ETOLL PRODUCTIONS, INC. |
| | **State the term remaining** | _____ | 1112 MONTANA AVE STE 445 SANTA MONICA CA 90403 |
| | **List the contract number of any government contract** | _____ | |

| | | |
|---|---|---|
| 2.1695. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED JUNE 29,2016 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | ROBERT ETOLL PRODUCTIONS, INC. |
| | **State the term remaining** | _____ | 1112 MONTANA AVE STE 445 SANTA MONICA CA 90403 |
| | **List the contract number of any government contract** | _____ | |

Debtor    **Open Road Films, LLC**                                    Case number *(if known)* **18-12012**

| 2.1696. | Title of contract | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED MAY 21,2015 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | ROBERT ETOLL PRODUCTIONS, INC. |
| | **State the term remaining** | _____ | 1112 MONTANA AVE STE 445 SANTA MONICA CA 90403 |
| | **List the contract number of any government contract** | _____ | |

| 2.1697. | Title of contract | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED APRIL 8,2015 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | ROBERT ETOLL PRODUCTIONS, INC. |
| | **State the term remaining** | _____ | 1112 MONTANA AVE STE 445 SANTA MONICA CA 90403 |
| | **List the contract number of any government contract** | _____ | |

| 2.1698. | Title of contract | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED APRIL 16,2015 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | ROBERT ETOLL PRODUCTIONS, INC. |
| | **State the term remaining** | _____ | 1112 MONTANA AVE STE 445 SANTA MONICA CA 90403 |
| | **List the contract number of any government contract** | _____ | |

| 2.1699. | Title of contract | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED JUNE 28,2012 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | ROBERT ETOLL PRODUCTIONS, INC. |
| | **State the term remaining** | _____ | 1112 MONTANA AVE STE 445 SANTA MONICA CA 90403 |
| | **List the contract number of any government contract** | _____ | |

| 2.1700. | Title of contract | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED JUNE 28,2012 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | ROBERT ETOLL PRODUCTIONS, INC. |
| | **State the term remaining** | _____ | 1112 MONTANA AVE STE 445 SANTA MONICA CA 90403 |
| | **List the contract number of any government contract** | _____ | |

Debtor   **Open Road Films, LLC**                                      Case number *(if known)* **18-12012**

2.1701.  **Title of contract**          COMBINED SYNCHRONIZATION AND MASTER USE          **State the name and mailing address**
                                         LICENSE AGREEMENT DATED AUGUST 31,2012           **for all other parties with whom the**
                                                                                          **debtor has an executory contract or**
         **State what the contract or**  MUSIC LICENSE                                    **unexpired lease**
         **lease is for**

         **Nature of debtor's interest** LICENSEE                                         ROBERT ETOLL PRODUCTIONS,
                                                                                          INC.
         **State the term remaining**    _____                  1112 MONTANA AVE STE 445
                                                                                          SANTA MONICA CA 90403
         **List the contract number of** _____
         **any government contract**

2.1702.  **Title of contract**          COMBINED SYNCHRONIZATION AND MASTER USE          **State the name and mailing address**
                                         LICENSE AGREEMENT DATED SEPTEMBER 11,2012        **for all other parties with whom the**
                                                                                          **debtor has an executory contract or**
         **State what the contract or**  MUSIC LICENSE                                    **unexpired lease**
         **lease is for**

         **Nature of debtor's interest** LICENSEE                                         ROBERT ETOLL PRODUCTIONS,
                                                                                          INC.
         **State the term remaining**    _____                  1112 MONTANA AVE STE 445
                                                                                          SANTA MONICA CA 90403
         **List the contract number of** _____
         **any government contract**

2.1703.  **Title of contract**          GLEASON - TRAILERS / ADVERTISING - COMBINED      **State the name and mailing address**
                                         SYNCHRONIZATION AND MASTER USE LICENSE           **for all other parties with whom the**
                                         AGREEMENT DATED JULY 8,2016                      **debtor has an executory contract or**
                                                                                          **unexpired lease**
         **State what the contract or**  MUSIC LICENSE
         **lease is for**                                                                 ROBERT ETOLL PRODUCTIONS,
                                                                                          INC.
         **Nature of debtor's interest** LICENSEE                                         1112 MONTANA AVE STE 445
                                                                                          SANTA MONICA CA 90403
         **State the term remaining**    _____

         **List the contract number of** _____
         **any government contract**

2.1704.  **Title of contract**          GLEASON - TRAILERS / ADVERTISING - COMBINED      **State the name and mailing address**
                                         SYNCHRONIZATION AND MASTER USE LICENSE           **for all other parties with whom the**
                                         AGREEMENT DATED JUNE 22,2016                     **debtor has an executory contract or**
                                                                                          **unexpired lease**
         **State what the contract or**  MUSIC LICENSE
         **lease is for**                                                                 ROBERT ETOLL PRODUCTIONS,
                                                                                          INC.
         **Nature of debtor's interest** LICENSEE                                         1112 MONTANA AVE STE 445
                                                                                          SANTA MONICA CA 90403
         **State the term remaining**    _____

         **List the contract number of** _____
         **any government contract**

2.1705.  **Title of contract**          GLEASON - TRAILERS / ADVERTISING - COMBINED      **State the name and mailing address**
                                         SYNCHRONIZATION AND MASTER USE LICENSE           **for all other parties with whom the**
                                         AGREEMENT DATED JUNE 17,2016                     **debtor has an executory contract or**
                                                                                          **unexpired lease**
         **State what the contract or**  MUSIC LICENSE
         **lease is for**                                                                 ROBERT ETOLL PRODUCTIONS,
                                                                                          INC.
         **Nature of debtor's interest** LICENSEE                                         1112 MONTANA AVE STE 445
                                                                                          SANTA MONICA CA 90403
         **State the term remaining**    _____

         **List the contract number of** _____
         **any government contract**

Debtor **Open Road Films, LLC**                                    Case number *(if known)* **18-12012**

| 2.1706. | Title of contract | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED NOVEMBER 19,2013 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | ROBERT ETOLL PRODUCTIONS, INC. |
| | State the term remaining | _____ | 1112 MONTANA AVE STE 445 SANTA MONICA CA 90403 |
| | List the contract number of any government contract | _____ | |

| 2.1707. | Title of contract | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED SEPTEMBER 12,2017 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | ROBERT ETOLL PRODUCTIONS, INC. |
| | State the term remaining | _____ | 1112 MONTANA AVE STE 445 SANTA MONICA CA 90403 |
| | List the contract number of any government contract | _____ | |

| 2.1708. | Title of contract | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED AUGUST 30,2016 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | ROBERT ETOLL PRODUCTIONS, INC. |
| | State the term remaining | _____ | 1112 MONTANA AVE STE 445 SANTA MONICA CA 90403 |
| | List the contract number of any government contract | _____ | |

| 2.1709. | Title of contract | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED MARCH 28,2016 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | ROBERT ETOLL PRODUCTIONS, INC. |
| | State the term remaining | _____ | 1112 MONTANA AVE STE 445 SANTA MONICA CA 90403 |
| | List the contract number of any government contract | _____ | |

| 2.1710. | Title of contract | NIGHTCRAWLER - TRAILERS/ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED OCTOBER 14,2014 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | ROBERT ETOLL PRODUCTIONS, INC. |
| | State the term remaining | _____ | 1112 MONTANA AVE STE 445 SANTA MONICA CA 90403 |
| | List the contract number of any government contract | _____ | |

Debtor   **Open Road Films, LLC**

Case number *(if known)* **18-12012**

| 2.1711. | Title of contract | NIGHTCRAWLER - TRAILERS/ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED OCTOBER 14,2014 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | ROBERT ETOLL PRODUCTIONS, INC. |
| | State the term remaining | | 1112 MONTANA AVE STE 445 SANTA MONICA CA 90403 |
| | List the contract number of any government contract | | |

| 2.1712. | Title of contract | THE NUT JOB - TRAILERS/ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED DECEMBER 17,2013 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | ROBERT ETOLL PRODUCTIONS, INC. |
| | State the term remaining | | 1112 MONTANA AVE STE 445 SANTA MONICA CA 90403 |
| | List the contract number of any government contract | | |

| 2.1713. | Title of contract | THE NUT JOB 2 - TRAILERS/ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED DECEMBER 21,2016 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | ROBERT ETOLL PRODUCTIONS, INC. |
| | State the term remaining | | 1112 MONTANA AVE STE 445 SANTA MONICA CA 90403 |
| | List the contract number of any government contract | | |

| 2.1714. | Title of contract | THE NUT JOB 2 - TRAILERS/ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED MAY 11,2017 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | ROBERT ETOLL PRODUCTIONS, INC. |
| | State the term remaining | | 1112 MONTANA AVE STE 445 SANTA MONICA CA 90403 |
| | List the contract number of any government contract | | |

| 2.1715. | Title of contract | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED MAY 28,2015 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | ROBERT ETOLL PRODUCTIONS, INC. |
| | State the term remaining | | 1112 MONTANA AVE STE 445 SANTA MONICA CA 90403 |
| | List the contract number of any government contract | | |

Debtor    **Open Road Films, LLC**                                                                    Case number *(if known)* **18-12012**

| 2.1716. | Title of contract | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED SEPTEMBER 22,2015 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | ROBERT ETOLL PRODUCTIONS, INC. |
| | State the term remaining | _____ | 1112 MONTANA AVE STE 445 SANTA MONICA CA 90403 |
| | List the contract number of any government contract | _____ | |

| 2.1717. | Title of contract | ROSEWATER - TRAILERS/ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED NOVEMBER 7,2014 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | ROBERT ETOLL PRODUCTIONS, INC. |
| | State the term remaining | _____ | 1112 MONTANA AVE STE 445 SANTA MONICA CA 90403 |
| | List the contract number of any government contract | _____ | |

| 2.1718. | Title of contract | ROSEWATER - TRAILERS/ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED AUGUST 27,2014 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | ROBERT ETOLL PRODUCTIONS, INC. |
| | State the term remaining | _____ | 1112 MONTANA AVE STE 445 SANTA MONICA CA 90403 |
| | List the contract number of any government contract | _____ | |

| 2.1719. | Title of contract | BELIEVE - TRAILERS / ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED NOVEMBER 4,2013 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | ROBERT ETOLL PRODUCTIONS, INC. |
| | State the term remaining | _____ | 1112 MONTANA AVE STE 445 SANTA MONICA CA 90403 |
| | List the contract number of any government contract | _____ | |

| 2.1720. | Title of contract | SABOTAGE - TRAILERS / ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED NOVEMBER 19,2013 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | ROBERT ETOLL PRODUCTIONS, INC. |
| | State the term remaining | _____ | 1112 MONTANA AVE STE 445 SANTA MONICA CA 90403 |
| | List the contract number of any government contract | _____ | |

Debtor   **Open Road Films, LLC**                                                     Case number *(if known)* **18-12012**

**2.1721.** **Title of contract**          SHOW DOGS - TRAILERS / ADVERTISING - COMBINED        State the name and mailing address
                                         SYNCHRONIZATION AND MASTER USE LICENSE              for all other parties with whom the
                                         AGREEMENT DATED MARCH 7,2018                        debtor has an executory contract or
                                                                                            unexpired lease

         **State what the contract or**    MUSIC LICENSE
         **lease is for**                                                                     ROBERT ETOLL PRODUCTIONS,
                                                                                            INC.
         **Nature of debtor's interest**   LICENSEE                                          1112 MONTANA AVE STE 445
                                                                                            SANTA MONICA CA 90403
         **State the term remaining**      _____

         **List the contract number of**  _____
         **any government contract**

**2.1722.** **Title of contract**          COMBINED SYNCHRONIZATION AND MASTER USE            State the name and mailing address
                                         LICENSE DATED OCTOBER 16,2012                       for all other parties with whom the
                                                                                            debtor has an executory contract or
                                                                                            unexpired lease

         **State what the contract or**    MUSIC LICENSE
         **lease is for**                                                                     ROBERT ETOLL PRODUCTIONS,
                                                                                            INC.
         **Nature of debtor's interest**   LICENSEE                                          1112 MONTANA AVE STE 445
                                                                                            SANTA MONICA CA 90403
         **State the term remaining**      _____

         **List the contract number of**  _____
         **any government contract**

**2.1723.** **Title of contract**          COMBINED SYNCHRONIZATION AND MASTER USE            State the name and mailing address
                                         LICENSE DATED JANUARY 14,2013                       for all other parties with whom the
                                                                                            debtor has an executory contract or
                                                                                            unexpired lease

         **State what the contract or**    MUSIC LICENSE
         **lease is for**                                                                     ROBERT ETOLL PRODUCTIONS,
                                                                                            INC.
         **Nature of debtor's interest**   LICENSEE                                          1112 MONTANA AVE STE 445
                                                                                            SANTA MONICA CA 90403
         **State the term remaining**      _____

         **List the contract number of**  _____
         **any government contract**

**2.1724.** **Title of contract**          COMBINED SYNCHRONIZATION AND MASTER USE            State the name and mailing address
                                         LICENSE AGREEMENT DATED AUGUST 22,2016              for all other parties with whom the
                                                                                            debtor has an executory contract or
                                                                                            unexpired lease

         **State what the contract or**    MUSIC LICENSE
         **lease is for**                                                                     ROBERT ETOLL PRODUCTIONS,
                                                                                            INC.
         **Nature of debtor's interest**   LICENSEE                                          1112 MONTANA AVE STE 445
                                                                                            SANTA MONICA CA 90403
         **State the term remaining**      _____

         **List the contract number of**  _____
         **any government contract**

**2.1725.** **Title of contract**          COMBINED SYNCHRONIZATION AND MASTER USE            State the name and mailing address
                                         LICENSE AGREEMENT DATED APRIL 7,2016                for all other parties with whom the
                                                                                            debtor has an executory contract or
                                                                                            unexpired lease

         **State what the contract or**    MUSIC LICENSE
         **lease is for**                                                                     ROBERT ETOLL PRODUCTIONS,
                                                                                            INC.
         **Nature of debtor's interest**   LICENSEE                                          1112 MONTANA AVE STE 445
                                                                                            SANTA MONICA CA 90403
         **State the term remaining**      _____

         **List the contract number of**  _____
         **any government contract**

Debtor   **Open Road Films, LLC**                                                                 Case number *(if known)* **18-12012**

| 2.1726. | Title of contract | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED FEBRUARY 14,2017 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | ROBERT ETOLL PRODUCTIONS, INC. |
| | **State the term remaining** | _____ | 1112 MONTANA AVE STE 445 SANTA MONICA CA 90403 |
| | **List the contract number of any government contract** | _____ | |

| 2.1727. | Title of contract | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED NOVEMBER 5,2015 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | ROBERT ETOLL PRODUCTIONS, INC. |
| | **State the term remaining** | _____ | 1112 MONTANA AVE STE 445 SANTA MONICA CA 90403 |
| | **List the contract number of any government contract** | _____ | |

| 2.1728. | Title of contract | THE GREY - TRAILERS / ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED JANUARY 19,2012 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | ROBERT ETOLL PRODUCTIONS, INC. |
| | **State the term remaining** | _____ | 1112 MONTANA AVE STE 445 SANTA MONICA CA 90403 |
| | **List the contract number of any government contract** | _____ | |

| 2.1729. | Title of contract | THE GUNMAN - TRAILERS / ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED DECEMBER 3,2014 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | ROBERT ETOLL PRODUCTIONS, INC. |
| | **State the term remaining** | _____ | 1112 MONTANA AVE STE 445 SANTA MONICA CA 90403 |
| | **List the contract number of any government contract** | _____ | |

| 2.1730. | Title of contract | THE GUNMAN - TRAILERS / ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED FEBRUARY 13,2015 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | ROBERT ETOLL PRODUCTIONS, INC. |
| | **State the term remaining** | _____ | 1112 MONTANA AVE STE 445 SANTA MONICA CA 90403 |
| | **List the contract number of any government contract** | _____ | |

Debtor   **Open Road Films, LLC**                                                Case number *(if known)* **18-12012**

**2.1731.** **Title of contract**              THE GUNMAN - TRAILERS / ADVERTISING - COMBINED    **State the name and mailing address**
                                               SYNCHRONIZATION AND MASTER USE LICENSE            **for all other parties with whom the**
                                               AGREEMENT DATED FEBRUARY 17,2015                  **debtor has an executory contract or**
                                                                                                 **unexpired lease**
           **State what the contract or**      MUSIC LICENSE
           **lease is for**                                                                      ROBERT ETOLL PRODUCTIONS,
                                                                                                 INC.
           **Nature of debtor's interest**     LICENSEE                                          1112 MONTANA AVE STE 445
                                                                                                 SANTA MONICA CA 90403
           **State the term remaining**        _____

           **List the contract number of**     _____
           **any government contract**

**2.1732.** **Title of contract**              COMBINED SYNCHRONIZATION AND MASTER USE           **State the name and mailing address**
                                               LICENSE AGREEMENT DATED FEBRUARY 12,2013          **for all other parties with whom the**
                                                                                                 **debtor has an executory contract or**
                                                                                                 **unexpired lease**
           **State what the contract or**      MUSIC LICENSE
           **lease is for**                                                                      ROBERT ETOLL PRODUCTIONS,
                                                                                                 INC.
           **Nature of debtor's interest**     LICENSEE                                          1112 MONTANA AVE STE 445
                                                                                                 SANTA MONICA CA 90403
           **State the term remaining**        _____

           **List the contract number of**     _____
           **any government contract**

**2.1733.** **Title of contract**              COMBINED SYNCHRONIZATION AND MASTER USE           **State the name and mailing address**
                                               LICENSE AGREEMENT DATED FEBRUARY 7,2013           **for all other parties with whom the**
                                                                                                 **debtor has an executory contract or**
                                                                                                 **unexpired lease**
           **State what the contract or**      MUSIC LICENSE
           **lease is for**                                                                      ROBERT ETOLL PRODUCTIONS,
                                                                                                 INC.
           **Nature of debtor's interest**     LICENSEE                                          1112 MONTANA AVE STE 445
                                                                                                 SANTA MONICA CA 90403
           **State the term remaining**        _____

           **List the contract number of**     _____
           **any government contract**

**2.1734.** **Title of contract**              COMBINED SYNCHRONIZATION AND MASTER USE           **State the name and mailing address**
                                               LICENSE AGREEMENT DATED FEBRUARY 21,2013          **for all other parties with whom the**
                                                                                                 **debtor has an executory contract or**
                                                                                                 **unexpired lease**
           **State what the contract or**      MUSIC LICENSE
           **lease is for**                                                                      ROBERT ETOLL PRODUCTIONS,
                                                                                                 INC.
           **Nature of debtor's interest**     LICENSEE                                          1112 MONTANA AVE STE 445
                                                                                                 SANTA MONICA CA 90403
           **State the term remaining**        _____

           **List the contract number of**     _____
           **any government contract**

**2.1735.** **Title of contract**              COMBINED SYNCHRONIZATION AND MASTER USE           **State the name and mailing address**
                                               LICENSE AGREEMENT DATED MARCH 5,2012              **for all other parties with whom the**
                                                                                                 **debtor has an executory contract or**
                                                                                                 **unexpired lease**
           **State what the contract or**      MUSIC LICENSE
           **lease is for**                                                                      ROBERT ETOLL PRODUCTIONS,
                                                                                                 INC.
           **Nature of debtor's interest**     LICENSEE                                          1112 MONTANA AVE STE 445
                                                                                                 SANTA MONICA CA 90403
           **State the term remaining**        _____

           **List the contract number of**     _____
           **any government contract**

Debtor **Open Road Films, LLC**                                              Case number *(if known)* **18-12012**

| 2.1736. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED JANUARY 12,2015 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | ROBERT ETOLL PRODUCTIONS, INC. |
| | **State the term remaining** | _____ | 1112 MONTANA AVE STE 445 SANTA MONICA CA 90403 |
| | **List the contract number of any government contract** | _____ | |

| 2.1737. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED DECEMBER 19,2014 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | ROBERT ETOLL PRODUCTIONS, INC. |
| | **State the term remaining** | _____ | 1112 MONTANA AVE STE 445 SANTA MONICA CA 90403 |
| | **List the contract number of any government contract** | _____ | |

| 2.1738. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED JANUARY 13,2015 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | ROBERT ETOLL PRODUCTIONS, INC. |
| | **State the term remaining** | _____ | 1112 MONTANA AVE STE 445 SANTA MONICA CA 90403 |
| | **List the contract number of any government contract** | _____ | |

| 2.1739. | **Title of contract** | SYNCHRONIZATION & MASTER USE LICENSE AGREEMENT DATED SEPTEMBER 13,2011 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | ROBERT ETOLL PRODUCTIONS, INC. |
| | **State the term remaining** | _____ | 1112 MONTANA AVE STE 445 SANTA MONICA CA 90403 |
| | **List the contract number of any government contract** | _____ | |

| 2.1740. | **Title of contract** | SYNCHRONIZATION LICENSE AGREEMENT DATED JUNE 8,2017 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | ROBERT GUERINGER |
| | **State the term remaining** | _____ | 5333 BALBOA BLVD APT 238 ENCINO CA 91316 |
| | **List the contract number of any government contract** | _____ | |

Debtor    **Open Road Films, LLC**                                    Case number *(if known)* **18-12012**

| | | |
|---|---|---|
| 2.1741. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED JULY 24,2013 |
| | **State what the contract or lease is for** | MUSIC LICENSE |
| | **Nature of debtor's interest** | LICENSEE |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

ROCKET RACING REBELS PUBLISHING L.P.
4900 OLD MANOR RD
AUSTIN TX 78723

| | | |
|---|---|---|
| 2.1742. | **Title of contract** | MOTION PICTURE TRAILER LICENSE - COMBINED SYNCHRONIZATION/MASTER DATED MAY 10,2013 |
| | **State what the contract or lease is for** | MUSIC LICENSE |
| | **Nature of debtor's interest** | LICENSEE |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

ROCKET RACING REBELS PUBLISHING L.P.
4900 OLD MANOR RD
AUSTIN TX 78723

| | | |
|---|---|---|
| 2.1743. | **Title of contract** | SYNCHRONIZATION LICENSE DATED JUNE 8,2012 |
| | **State what the contract or lease is for** | MUSIC LICENSE |
| | **Nature of debtor's interest** | LICENSEE |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

ROCKMASTERS INTERNATIONAL NETWORK, INC.
132 W MAIN ST
LEWISVILLE TX 75057

| | | |
|---|---|---|
| 2.1744. | **Title of contract** | CINEMASCORE SUBSCRIPTION AGREEMENT DATED APRIL 1, 2018 |
| | **State what the contract or lease is for** | VENDOR AGREEMENT |
| | **Nature of debtor's interest** | CUSTOMER |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

ROMIN, INC.
8812 RAINBOW RIDGE DR
LAS VEGAS NV 89117

| | | |
|---|---|---|
| 2.1745. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE DATED JANUARY 22,2013 |
| | **State what the contract or lease is for** | MUSIC LICENSE |
| | **Nature of debtor's interest** | LICENSEE |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

RONALD W. RINKER
10725 OHIO AVE #304
LOS ANGELES CA 90024

Debtor    **Open Road Films, LLC**                                                              Case number *(if known)* **18-12012**

**2.1746.** **Title of contract**    AGREEMENT

**State what the contract or lease is for**    VENDOR AGREEMENT

**Nature of debtor's interest**    CUSTOMER

**State the term remaining**    _____

**List the contract number of any government contract**    _____

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

ROUTE 66 MOVIE THEATER
24 S MAIN
WEBB CITY MO 84870

**2.1747.** **Title of contract**    THE NUT JOB 2 - TRAILERS/ADVERTISING - MASTER USE LICENSE AGREEMENT DATED DECEMBER 21,2016

**State what the contract or lease is for**    MUSIC LICENSE

**Nature of debtor's interest**    LICENSEE

**State the term remaining**    _____

**List the contract number of any government contract**    _____

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

RPM MSC, INC.
135 GRAND ST STE 5
NEW YORK NY 10013

**2.1748.** **Title of contract**    THE NUT JOB 2 - TRAILERS/ADVERTISING - MASTER USE LICENSE AGREEMENT DATED DECEMBER 2,2016

**State what the contract or lease is for**    MUSIC LICENSE

**Nature of debtor's interest**    LICENSEE

**State the term remaining**    _____

**List the contract number of any government contract**    _____

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

RPM MSC, INC.
135 GRAND ST STE 5
NEW YORK NY 10013

**2.1749.** **Title of contract**    COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED MAY 8,2018

**State what the contract or lease is for**    MUSIC LICENSE

**Nature of debtor's interest**    LICENSEE

**State the term remaining**    _____

**List the contract number of any government contract**    _____

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

RRCB MEDIA ASSETS, INC.
24262 CROSS ST
NEWHALL CA 91321

**2.1750.** **Title of contract**    COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED APRIL 27,2018

**State what the contract or lease is for**    MUSIC LICENSE

**Nature of debtor's interest**    LICENSEE

**State the term remaining**    _____

**List the contract number of any government contract**    _____

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

RRCB MEDIA ASSETS, INC.
24262 CROSS ST
NEWHALL CA 91321

Debtor    **Open Road Films, LLC**                                          Case number *(if known)* **18-12012**

2.1751. **Title of contract**          AGREEMENT                          State the name and mailing address
                                                                          for all other parties with whom the
       **State what the contract or**   VENDOR AGREEMENT                   debtor has an executory contract or
       **lease is for**                                                   unexpired lease

       **Nature of debtor's interest**  CUSTOMER                          RUTH FERNANDEZ
                                                                          200 MAUHER ST APT 1A
       **State the term remaining**     _____       BROOKLYN NY 11206

       **List the contract number of**  _____
       **any government contract**

2.1752. **Title of contract**          LICENSE AGREEMENT DATED MAY 28,2015   State the name and mailing address
                                                                          for all other parties with whom the
       **State what the contract or**   MUSIC LICENSE                      debtor has an executory contract or
       **lease is for**                                                   unexpired lease

       **Nature of debtor's interest**  LICENSEE                          RZO MUSIC, INC. DBA ARZO
                                                                          PUBLISHING OBO JONES MUSIC
       **State the term remaining**     _____       AMERICA
                                                                          250 W 57TH ST 11TH FLR
       **List the contract number of**  _____       NEW YORK NY 10107
       **any government contract**

2.1753. **Title of contract**          LICNESE AGREEMENT DATED OCTOBER 5,2015   State the name and mailing address
                                                                          for all other parties with whom the
       **State what the contract or**   MUSIC LICENSE                      debtor has an executory contract or
       **lease is for**                                                   unexpired lease

       **Nature of debtor's interest**  LICENSEE                          RZO MUSIC, INC. DBA ARZO
                                                                          PUBLISHING OBO JONES MUSIC
       **State the term remaining**     _____       AMERICA
                                                                          250 W 57TH ST 11TH FLR
       **List the contract number of**  _____       NEW YORK NY 10107
       **any government contract**

2.1754. **Title of contract**          COMBINED SYNCHRONIZATION AND MASTER USE   State the name and mailing address
                                       LICENSE AGREEMENT DATED MARCH 5,2012      for all other parties with whom the
                                                                          debtor has an executory contract or
       **State what the contract or**   MUSIC LICENSE                      unexpired lease
       **lease is for**
                                                                          S3 MUSIC & SOUND
       **Nature of debtor's interest**  LICENSEE                          11681 GATEWAY BLVD
                                                                          LOS ANGELES CA 90064
       **State the term remaining**     _____

       **List the contract number of**  _____
       **any government contract**

2.1755. **Title of contract**          COMBINED SYNCHRONIZATION AND MASTER USE   State the name and mailing address
                                       LICENSE AGREEMENT DATED FEBRUARY 23,2016   for all other parties with whom the
                                                                          debtor has an executory contract or
       **State what the contract or**   MUSIC LICENSE                      unexpired lease
       **lease is for**
                                                                          SALINAS MUSIC, LLC
       **Nature of debtor's interest**  LICENSEE                          9854 NATIONAL BLVD #485
                                                                          LOS ANGELES CA 90034
       **State the term remaining**     _____

       **List the contract number of**  _____
       **any government contract**

Debtor    **Open Road Films, LLC**

Case number *(if known)* **18-12012**

| 2.1756. | Title of contract | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | VENDOR AGREEMENT | |
| | Nature of debtor's interest | CUSTOMER | SAMUEL MARQUIS |
| | State the term remaining | | 11000 WEYBURN AVENUE #427 |
| | List the contract number of any government contract | | WESTWOOD CA 90024 |

| 2.1757. | Title of contract | SYNCHRONIZATION LICENSE AGREEMENT DATED MAY 21, 2018 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | SCION THREE MUSIC, LLC |
| | State the term remaining | | 240 WEST 37TH ST |
| | List the contract number of any government contract | | STE 504 |
| | | | NEW YORK NY 10018 |

| 2.1758. | Title of contract | BINDING TERM SHEET LICENSE AGREEMENT DATED NOVEMBER 25,2014 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | EXPLOITATION AGREEMENT | |
| | Nature of debtor's interest | LICENSOR | SCN DISTRIBUTION, LLC |
| | State the term remaining | | 700 N CENTRAL AVE SUITE 600 |
| | List the contract number of any government contract | | GLENDALE CA 91023 |

| 2.1759. | Title of contract | BINDING TERM SHEET LICENSE AGREEMENT - "FLUFFY MOVIE" DATED NOVEMBER 25,2014 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | EXPLOITATION AGREEMENT | |
| | Nature of debtor's interest | LICENSOR | SCN DISTRIBUTION, LLC |
| | State the term remaining | | 700 N CENTRAL AVE SUITE 600 |
| | List the contract number of any government contract | | GLENDALE CA 91023 |

| 2.1760. | Title of contract | NOTICE OF CONSENT AND IRREVOCABLE ASSIGNMENT DATED NOVEMBER 25,2014 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | EXPLOITATION AGREEMENT | |
| | Nature of debtor's interest | LICENSOR | SCN DISTRIBUTION, LLC |
| | State the term remaining | | 700 N CENTRAL AVE SUITE 600 |
| | List the contract number of any government contract | | GLENDALE CA 91023 |

Debtor   **Open Road Films, LLC**                                    Case number *(if known)* **18-12012**

| 2.1761. | Title of contract | AMENDMENT TO BINDING TERM SHEET LICENSE AGREEMENT - "FLUFFY MOVIE" DATED JULY 27,2015 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | EXPLOITATION AGREEMENT | |
| | Nature of debtor's interest | LICENSOR | SCN DISTRIBUTION, LLC 700 N CENTRAL AVE SUITE 600 GLENDALE CA 91023 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.1762. | Title of contract | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED APRIL 7,2016 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | SCORE A SCORE, LLC 2850 OCEAN PK BLVD #300 SANTA MONICA CA 90405 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.1763. | Title of contract | NIGHTCRAWLER - TRAILERS/ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED OCTOBER 15,2014 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | SCOREBIRD MUSIC, INC. 602 ASHLAND AVE APT C SANTA MONICA CA 90405 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.1764. | Title of contract | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED NOVEMBER 10,2015 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | SCOREBIRD MUSIC, INC. 602 ASHLAND AVE APT C SANTA MONICA CA 90405 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.1765. | Title of contract | MASTER USE LICENSE DATED JUNE 30,2011 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | SCORPIANS C/O RAE AMEND & KOLLEGEN LUDWIGSPLATZ 9 GIESSEN D-35390 GERMANY |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

Debtor    **Open Road Films, LLC**

Case number *(if known)* **18-12012**

---

2.1766.  **Title of contract**

AGREEMENT

**State what the contract or lease is for**

VENDOR AGREEMENT

**Nature of debtor's interest**

CUSTOMER

**State the term remaining**

**List the contract number of any government contract**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

SCOTT FEINBERG
8811 BURTON WAY APT 305
LOS ANGELES CA 90048

---

2.1767.  **Title of contract**

AGREEMENT

**State what the contract or lease is for**

VENDOR AGREEMENT

**Nature of debtor's interest**

CUSTOMER

**State the term remaining**

**List the contract number of any government contract**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

SCOTT MANTZ
1222 N KINGS RD 9
WEST HOLLYWOOD CA 90069

---

2.1768.  **Title of contract**

DIGITAL CINEMA DEPLOYMENT AGREEMENT DATED JANUARY 17, 2014

**State what the contract or lease is for**

VENDOR AGREEMENT

**Nature of debtor's interest**

CUSTOMER

**State the term remaining**

**List the contract number of any government contract**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

SCRABBLE VENTURES, LLC
10550 CAMDEN DR
CYPRESS CA 90630

---

2.1769.  **Title of contract**

DISTRIBUTOR'S ASSUMPTION AGREEMENT THEATRICAL DATED JULY 28, 2015

**State what the contract or lease is for**

ASSUMPTION AGREEMENT

**Nature of debtor's interest**

DISTRIBUTOR

**State the term remaining**

**List the contract number of any government contract**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

SCREEN ACTORS GUILD
5757 WILSHIRE BLVD 7TH FL
LOS ANGELES CA 90036

---

2.1770.  **Title of contract**

DISTRIBUTOR'S ASSUMPTION AGREEMENT THEATRICAL DATED NOVEMBER 10, 2016

**State what the contract or lease is for**

ASSUMPTION AGREEMENT

**Nature of debtor's interest**

DISTRIBUTOR

**State the term remaining**

**List the contract number of any government contract**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

SCREEN ACTORS GUILD
5757 WILSHIRE BLVD 7TH FL
LOS ANGELES CA 90036

---

Debtor **Open Road Films, LLC**                                                                 Case number *(if known)* **18-12012**

**2.1771.** **Title of contract**          NO ASSUMPTION AGREEMENT                    **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**        ASSUMPTION AGREEMENT

**Nature of debtor's interest**        DISTRIBUTOR                                  SCREEN ACTORS GUILD
                                                                                    5757 WILSHIRE BLVD 7TH FL
**State the term remaining**        _____               LOS ANGELES CA 90036

**List the contract number of any government contract**        _____

**2.1772.** **Title of contract**          NO ASSUMPTION AGREEMENT                    **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**        ASSUMPTION AGREEMENT

**Nature of debtor's interest**        DISTRIBUTOR                                  SCREEN ACTORS GUILD
                                                                                    5757 WILSHIRE BLVD 7TH FL
**State the term remaining**        _____               LOS ANGELES CA 90036

**List the contract number of any government contract**        _____

**2.1773.** **Title of contract**          DISTRIBUTOR'S ASSUMPTION AGREEMENT THEATRICAL DATED AUGUST 23, 2013        **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**        ASSUMPTION AGREEMENT

**Nature of debtor's interest**        DISTRIBUTOR                                  SCREEN ACTORS GUILD
                                                                                    5757 WILSHIRE BLVD 7TH FL
**State the term remaining**        _____               LOS ANGELES CA 90036

**List the contract number of any government contract**        _____

**2.1774.** **Title of contract**          DISTRIBUTOR'S ASSUMPTION AGREEMENT THEATRICAL DATED NOVEMBER 12, 2015        **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**        ASSUMPTION AGREEMENT

**Nature of debtor's interest**        DISTRIBUTOR                                  SCREEN ACTORS GUILD
                                                                                    5757 WILSHIRE BLVD 7TH FL
**State the term remaining**        _____               LOS ANGELES CA 90036

**List the contract number of any government contract**        _____

**2.1775.** **Title of contract**          DISTRIBUTOR'S ASSUMPTION AGREEMENT THEATRICAL DATED JULY 1, 2013        **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**        ASSUMPTION AGREEMENT

**Nature of debtor's interest**        DISTRIBUTOR                                  SCREEN ACTORS GUILD
                                                                                    5757 WILSHIRE BLVD 7TH FL
**State the term remaining**        _____               LOS ANGELES CA 90036

**List the contract number of any government contract**        _____

Debtor    **Open Road Films, LLC**                                                      Case number *(if known)* **18-12012**

| | | |
|---|---|---|
| 2.1776. | **Title of contract** | NO ASSUMPTION AGREEMENT |
| | **State what the contract or lease is for** | ASSUMPTION AGREEMENT |
| | **Nature of debtor's interest** | DISTRIBUTOR |
| | **State the term remaining** | _____ |
| | **List the contract number of any government contract** | _____ |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

SCREEN ACTORS GUILD
5757 WILSHIRE BLVD 7TH FL
LOS ANGELES CA 90036

| | | |
|---|---|---|
| 2.1777. | **Title of contract** | DISTRIBUTOR'S ASSUMPTION AGREEMENT THEATRICAL DATED JANUARY 8, 2016 |
| | **State what the contract or lease is for** | ASSUMPTION AGREEMENT |
| | **Nature of debtor's interest** | DISTRIBUTOR |
| | **State the term remaining** | _____ |
| | **List the contract number of any government contract** | _____ |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

SCREEN ACTORS GUILD
5757 WILSHIRE BLVD 7TH FL
LOS ANGELES CA 90036

| | | |
|---|---|---|
| 2.1778. | **Title of contract** | NO ASSUMPTION AGREEMENT |
| | **State what the contract or lease is for** | ASSUMPTION AGREEMENT |
| | **Nature of debtor's interest** | DISTRIBUTOR |
| | **State the term remaining** | _____ |
| | **List the contract number of any government contract** | _____ |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

SCREEN ACTORS GUILD
5757 WILSHIRE BLVD 7TH FL
LOS ANGELES CA 90036

| | | |
|---|---|---|
| 2.1779. | **Title of contract** | DISTRIBUTOR'S ASSUMPTION AGREEMENT DATED JULY 2, 2012 |
| | **State what the contract or lease is for** | ASSUMPTION AGREEMENT |
| | **Nature of debtor's interest** | DISTRIBUTOR |
| | **State the term remaining** | _____ |
| | **List the contract number of any government contract** | _____ |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

SCREEN ACTORS GUILD
5757 WILSHIRE BLVD 7TH FL
LOS ANGELES CA 90036

| | | |
|---|---|---|
| 2.1780. | **Title of contract** | DISTRIBUTOR'S ASSUMPTION AGREEMENT THEATRICAL DATED JUNE 23, 2014 |
| | **State what the contract or lease is for** | ASSUMPTION AGREEMENT |
| | **Nature of debtor's interest** | DISTRIBUTOR |
| | **State the term remaining** | _____ |
| | **List the contract number of any government contract** | _____ |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

SCREEN ACTORS GUILD
5757 WILSHIRE BLVD 7TH FL
LOS ANGELES CA 90036

Debtor **Open Road Films, LLC**                                                    Case number *(if known)* **18-12012**

| | | |
|---|---|---|
| 2.1781. | **Title of contract** | NO ASSUMPTION AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |

| | | | |
|---|---|---|---|
| 2.1781. | **Title of contract** | NO ASSUMPTION AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | ASSUMPTION AGREEMENT | |
| | **Nature of debtor's interest** | DISTRIBUTOR | SCREEN ACTORS GUILD 5757 WILSHIRE BLVD 7TH FL LOS ANGELES CA 90036 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |
| 2.1782. | **Title of contract** | DISTRIBUTOR'S ASSUMPTION AGREEMENT DATED JANUARY 23, 2012 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | ASSUMPTION AGREEMENT | |
| | **Nature of debtor's interest** | DISTRIBUTOR | SCREEN ACTORS GUILD 5757 WILSHIRE BLVD 7TH FL LOS ANGELES CA 90036 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |
| 2.1783. | **Title of contract** | NO ASSUMPTION AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | ASSUMPTION AGREEMENT | |
| | **Nature of debtor's interest** | DISTRIBUTOR | SCREEN ACTORS GUILD 5757 WILSHIRE BLVD 7TH FL LOS ANGELES CA 90036 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |
| 2.1784. | **Title of contract** | DISTRIBUTOR'S ASSUMPTION AGREEMENT DATED AUGUST 23, 2013 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | ASSUMPTION AGREEMENT | |
| | **Nature of debtor's interest** | DISTRIBUTOR | SCREEN ACTORS GUILD 5757 WILSHIRE BLVD 7TH FL LOS ANGELES CA 90036 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |
| 2.1785. | **Title of contract** | NO ASSUMPTION AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | ASSUMPTION AGREEMENT | |
| | **Nature of debtor's interest** | DISTRIBUTOR | SCREEN ACTORS GUILD 5757 WILSHIRE BLVD 7TH FL LOS ANGELES CA 90036 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| Debtor | **Open Road Films, LLC** | | Case number *(if known)* **18-12012** |
|---|---|---|---|

**2.1786.** **Title of contract**

DISTRIBUTOR'S ASSUMPTION AGREEMENT THEATRICAL DATED MARCH 5, 2012

**State what the contract or lease is for**

ASSUMPTION AGREEMENT

**Nature of debtor's interest**

DISTRIBUTOR

**State the term remaining**

**List the contract number of any government contract**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

SCREEN ACTORS GUILD
5757 WILSHIRE BLVD 7TH FL
LOS ANGELES CA 90036

**2.1787.** **Title of contract**

DISTRIBUTOR'S ASSUMPTION AGREEMENT THEATRICAL DATED JUNE 22, 2017

**State what the contract or lease is for**

ASSUMPTION AGREEMENT

**Nature of debtor's interest**

DISTRIBUTOR

**State the term remaining**

**List the contract number of any government contract**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

SCREEN ACTORS GUILD
5757 WILSHIRE BLVD 7TH FL
LOS ANGELES CA 90036

**2.1788.** **Title of contract**

NO ASSUMPTION AGREEMENT

**State what the contract or lease is for**

ASSUMPTION AGREEMENT

**Nature of debtor's interest**

DISTRIBUTOR

**State the term remaining**

**List the contract number of any government contract**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

SCREEN ACTORS GUILD
5757 WILSHIRE BLVD 7TH FL
LOS ANGELES CA 90036

**2.1789.** **Title of contract**

NO ASSUMPTION AGREEMENT

**State what the contract or lease is for**

ASSUMPTION AGREEMENT

**Nature of debtor's interest**

DISTRIBUTOR

**State the term remaining**

**List the contract number of any government contract**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

SCREEN ACTORS GUILD
5757 WILSHIRE BLVD 7TH FL
LOS ANGELES CA 90036

**2.1790.** **Title of contract**

DISTRIBUTOR'S ASSUMPTION AGREEMENT THEATRICAL DATED MAY 3, 2018

**State what the contract or lease is for**

ASSUMPTION AGREEMENT

**Nature of debtor's interest**

DISTRIBUTOR

**State the term remaining**

**List the contract number of any government contract**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

SCREEN ACTORS GUILD
5757 WILSHIRE BLVD 7TH FL
LOS ANGELES CA 90036

Debtor **Open Road Films, LLC**                                                                 Case number *(if known)* **18-12012**

| 2.1791. | Title of contract | DISTRIBUTOR'S ASSUMPTION AGREEMENT THEATRICAL DATED APRIL 9, 2014 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | ASSUMPTION AGREEMENT | |
| | Nature of debtor's interest | DISTRIBUTOR | SCREEN ACTORS GUILD 5757 WILSHIRE BLVD 7TH FL LOS ANGELES CA 90036 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.1792. | Title of contract | NO ASSUMPTION AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | ASSUMPTION AGREEMENT | |
| | Nature of debtor's interest | DISTRIBUTOR | SCREEN ACTORS GUILD 5757 WILSHIRE BLVD 7TH FL LOS ANGELES CA 90036 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.1793. | Title of contract | DISTRIBUTOR'S ASSUMPTION AGREEMENT THEATRICAL DATED DECEMBER 5, 2014 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | ASSUMPTION AGREEMENT | |
| | Nature of debtor's interest | DISTRIBUTOR | SCREEN ACTORS GUILD 5757 WILSHIRE BLVD 7TH FL LOS ANGELES CA 90036 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.1794. | Title of contract | DISTRIBUTOR'S ASSUMPTION AGREEMENT THEATRICAL DATED JANUARY 14, 2015 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | ASSUMPTION AGREEMENT | |
| | Nature of debtor's interest | DISTRIBUTOR | SCREEN ACTORS GUILD 5757 WILSHIRE BLVD 7TH FL LOS ANGELES CA 90036 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.1795. | Title of contract | NO ASSUMPTION AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | ASSUMPTION AGREEMENT | |
| | Nature of debtor's interest | DISTRIBUTOR | SCREEN ACTORS GUILD 5757 WILSHIRE BLVD 7TH FL LOS ANGELES CA 90036 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

Debtor  **Open Road Films, LLC**                                     Case number *(if known)* **18-12012**

| 2.1796. | **Title of contract** | DISTRIBUTOR'S ASSUMPTION AGREEMENT THEATRICAL DATED JUNE 2, 2016 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ASSUMPTION AGREEMENT | |
| | **Nature of debtor's interest** | DISTRIBUTOR | SCREEN ACTORS GUILD 5757 WILSHIRE BLVD 7TH FL LOS ANGELES CA 90036 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.1797. | **Title of contract** | NO ASSUMPTION AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ASSUMPTION AGREEMENT | |
| | **Nature of debtor's interest** | DISTRIBUTOR | SCREEN ACTORS GUILD 5757 WILSHIRE BLVD 7TH FL LOS ANGELES CA 90036 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.1798. | **Title of contract** | DISTRIBUTOR'S ASSUMPTION AGREEMENT THEATRICAL DATED OCTOBER 11, 2016 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ASSUMPTION AGREEMENT | |
| | **Nature of debtor's interest** | DISTRIBUTOR | SCREEN ACTORS GUILD 5757 WILSHIRE BLVD 7TH FL LOS ANGELES CA 90036 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.1799. | **Title of contract** | NO ASSUMPTION AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ASSUMPTION AGREEMENT | |
| | **Nature of debtor's interest** | DISTRIBUTOR | SCREEN ACTORS GUILD 5757 WILSHIRE BLVD 7TH FL LOS ANGELES CA 90036 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.1800. | **Title of contract** | NO ASSUMPTION AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ASSUMPTION AGREEMENT | |
| | **Nature of debtor's interest** | DISTRIBUTOR | SCREEN ACTORS GUILD 5757 WILSHIRE BLVD 7TH FL LOS ANGELES CA 90036 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

Debtor   **Open Road Films, LLC**                                              Case number *(if known)* **18-12012**

| 2.1801. | **Title of contract** | DISTRIBUTOR'S ASSUMPTION AGREEMENT DATED JULY 24, 2017 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ASSUMPTION AGREEMENT | |
| | **Nature of debtor's interest** | DISTRIBUTOR | SCREEN ACTORS GUILD |
| | **State the term remaining** | _____ | 5757 WILSHIRE BLVD 7TH FL |
| | **List the contract number of any government contract** | _____ | LOS ANGELES CA 90036 |

| 2.1802. | **Title of contract** | DISTRIBUTOR'S ASSUMPTION AGREEMENT DATED SEPTEMBER 2, 2013 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ASSUMPTION AGREEMENT | |
| | **Nature of debtor's interest** | DISTRIBUTOR | SCREEN ACTORS GUILD |
| | **State the term remaining** | _____ | 5757 WILSHIRE BLVD 7TH FL |
| | **List the contract number of any government contract** | _____ | LOS ANGELES CA 90036 |

| 2.1803. | **Title of contract** | DISTRIBUTOR'S ASSUMPTION AGREEMENT THEATRICAL DATED MARCH 10, 2017 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ASSUMPTION AGREEMENT | |
| | **Nature of debtor's interest** | DISTRIBUTOR | SCREEN ACTORS GUILD |
| | **State the term remaining** | _____ | 5757 WILSHIRE BLVD 7TH FL |
| | **List the contract number of any government contract** | _____ | LOS ANGELES CA 90036 |

| 2.1804. | **Title of contract** | DISTRIBUTOR'S ASSUMPTION AGREEMENT THEATRICAL DATED MAY 12, 2014 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ASSUMPTION AGREEMENT | |
| | **Nature of debtor's interest** | DISTRIBUTOR | SCREEN ACTORS GUILD |
| | **State the term remaining** | _____ | 5757 WILSHIRE BLVD 7TH FL |
| | **List the contract number of any government contract** | _____ | LOS ANGELES CA 90036 |

| 2.1805. | **Title of contract** | DISTRIBUTOR'S ASSUMPTION AGREEMENT THEATRICAL DATED AUGUST 1, 2014 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ASSUMPTION AGREEMENT | |
| | **Nature of debtor's interest** | DISTRIBUTOR | SCREEN ACTORS GUILD |
| | **State the term remaining** | _____ | 5757 WILSHIRE BLVD 7TH FL |
| | **List the contract number of any government contract** | _____ | LOS ANGELES CA 90036 |

Debtor   **Open Road Films, LLC**                                                                    Case number *(if known)* **18-12012**

**2.1806.** **Title of contract**              NO ASSUMPTION AGREEMENT              **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**          ASSUMPTION AGREEMENT

**Nature of debtor's interest**          DISTRIBUTOR              SCREEN ACTORS GUILD
                                                              5757 WILSHIRE BLVD 7TH FL
**State the term remaining**          _____          LOS ANGELES CA 90036

**List the contract number of any government contract**          _____

**2.1807.** **Title of contract**              NO ASSUMPTION AGREEMENT              **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**          ASSUMPTION AGREEMENT

**Nature of debtor's interest**          DISTRIBUTOR              SCREEN ACTORS GUILD
                                                              5757 WILSHIRE BLVD 7TH FL
**State the term remaining**          _____          LOS ANGELES CA 90036

**List the contract number of any government contract**          _____

**2.1808.** **Title of contract**              DISTRIBUTOR'S ASSUMPTION AGREEMENT DATED MAY 16, 2013              **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**          ASSUMPTION AGREEMENT

**Nature of debtor's interest**          DISTRIBUTOR              SCREEN ACTORS GUILD
                                                              5757 WILSHIRE BLVD 7TH FL
**State the term remaining**          _____          LOS ANGELES CA 90036

**List the contract number of any government contract**          _____

**2.1809.** **Title of contract**              NO ASSUMPTION AGREEMENT              **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**          ASSUMPTION AGREEMENT

**Nature of debtor's interest**          DISTRIBUTOR              SCREEN ACTORS GUILD
                                                              5757 WILSHIRE BLVD 7TH FL
**State the term remaining**          _____          LOS ANGELES CA 90036

**List the contract number of any government contract**          _____

**2.1810.** **Title of contract**              NO ASSUMPTION AGREEMENT              **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**          ASSUMPTION AGREEMENT

**Nature of debtor's interest**          DISTRIBUTOR              SCREEN ACTORS GUILD
                                                              5757 WILSHIRE BLVD 7TH FL
**State the term remaining**          _____          LOS ANGELES CA 90036

**List the contract number of any government contract**          _____

Debtor   **Open Road Films, LLC**                                                          Case number *(if known)* **18-12012**

2.1811.  **Title of contract**               NO ASSUMPTION AGREEMENT              **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**   ASSUMPTION AGREEMENT

**Nature of debtor's interest**   DISTRIBUTOR                                    SCREEN ACTORS GUILD
                                                                                5757 WILSHIRE BLVD 7TH FL
**State the term remaining**   _____          LOS ANGELES CA 90036

**List the contract number of any government contract**   _____

2.1812.  **Title of contract**               NO ASSUMPTION AGREEMENT              **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**   ASSUMPTION AGREEMENT

**Nature of debtor's interest**   DISTRIBUTOR                                    SCREEN ACTORS GUILD
                                                                                5757 WILSHIRE BLVD 7TH FL
**State the term remaining**   _____          LOS ANGELES CA 90036

**List the contract number of any government contract**   _____

2.1813.  **Title of contract**               NO ASSUMPTION AGREEMENT              **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**   ASSUMPTION AGREEMENT

**Nature of debtor's interest**   DISTRIBUTOR                                    SCREEN ACTORS GUILD
                                                                                5757 WILSHIRE BLVD 7TH FL
**State the term remaining**   _____          LOS ANGELES CA 90036

**List the contract number of any government contract**   _____

2.1814.  **Title of contract**               DISTRIBUTOR'S ASSUMPTION AGREEMENT DATED MAY 19, 2014              **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**   ASSUMPTION AGREEMENT

**Nature of debtor's interest**   DISTRIBUTOR                                    SCREEN ACTORS GUILD
                                                                                5757 WILSHIRE BLVD 7TH FL
**State the term remaining**   _____          LOS ANGELES CA 90036

**List the contract number of any government contract**   _____

2.1815.  **Title of contract**               DISTRIBUTOR'S ASSUMPTION AGREEMENT DATED OCTOBER 11, 2017              **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**   ASSUMPTION AGREEMENT

**Nature of debtor's interest**   DISTRIBUTOR                                    SCREEN ACTORS GUILD
                                                                                FIELDFISHER RIVERBANK HOUSE
**State the term remaining**   _____          2 SWAN LANE
                                                                                LONDON EC4R 3TT
**List the contract number of any government contract**   _____          UNITED KINGDOM

Debtor    **Open Road Films, LLC**

Case number *(if known)* **18-12012**

| 2.1816. | **Title of contract** | AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | VENDOR AGREEMENT | |
| | **Nature of debtor's interest** | CUSTOMER | SCREEN ENGINE, LLC |
| | **State the term remaining** | | 1925 CENTURY PK EAST STE 950 |
| | **List the contract number of any government contract** | | LOS ANGELES CA 90067 |

| 2.1817. | **Title of contract** | AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | VENDOR AGREEMENT | |
| | **Nature of debtor's interest** | CUSTOMER | SCREENING SERVICES GROUP |
| | **State the term remaining** | | 8670 WILSHIRE BLVD STE 112 |
| | **List the contract number of any government contract** | | BEVERLY HILLS CA 90211 |

| 2.1818. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED AUGUST 10,2012 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | SEBASTIAN ROCCA |
| | **State the term remaining** | | 54 RUE PIERRE LAROUSSE 75014PARIS |
| | **List the contract number of any government contract** | | FRANCE |

| 2.1819. | **Title of contract** | SABOTAGE - TRAILERS / ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED FEBRUARY 25,2014 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | SEBASTIAN ROCCA |
| | **State the term remaining** | | 54 RUE PIERRE LAROUSSE 75014PARIS |
| | **List the contract number of any government contract** | | FRANCE |

| 2.1820. | **Title of contract** | FILM TRAILER PUBLISHING LICENSE DATED JANUARY 23,2017 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | SECRET ROAD MUSIC PUBLISHING, INC. |
| | **State the term remaining** | | 5850 FOOTHILL DR |
| | **List the contract number of any government contract** | | LOS ANGELES CA 90068 |

Debtor   **Open Road Films, LLC**                                          Case number *(if known)* **18-12012**

| 2.1821. | **Title of contract** | FILM TRAILER PUBLISHING LICENSE DATED JANUARY 23,2017 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | SECRET ROAD MUSIC PUBLISHING, INC. |
| | **State the term remaining** | _____ | 5850 FOOTHILL DR LOS ANGELES CA 90068 |
| | **List the contract number of any government contract** | _____ | |

| 2.1822. | **Title of contract** | FILM TRAILER PUBLISHING LICENSE DATED JANUARY 23,2017 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | SECRET ROAD MUSIC PUBLISHING, INC. |
| | **State the term remaining** | _____ | 5850 FOOTHILL DR LOS ANGELES CA 90068 |
| | **List the contract number of any government contract** | _____ | |

| 2.1823. | **Title of contract** | FILM TRAILER MASTER USE LICENSE DATED JANUARY 23,2017 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | SECRET ROAD MUSIC SERVICES, INC. |
| | **State the term remaining** | _____ | 5850 FOOTHILL DR LOS ANGELES CA 90068 |
| | **List the contract number of any government contract** | _____ | |

| 2.1824. | **Title of contract** | FILM TRAILER MASTER USE LICENSE DATED JANUARY 23,2017 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | SECRET ROAD MUSIC SERVICES, INC. |
| | **State the term remaining** | _____ | 5850 FOOTHILL DR LOS ANGELES CA 90068 |
| | **List the contract number of any government contract** | _____ | |

| 2.1825. | **Title of contract** | FILM TRAILER MASTER USE LICENSE DATED JANUARY 23,2017 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | SECRET ROAD MUSIC SERVICES, INC. |
| | **State the term remaining** | _____ | 5850 FOOTHILL DR LOS ANGELES CA 90068 |
| | **List the contract number of any government contract** | _____ | |

| Debtor | **Open Road Films, LLC** | | Case number *(if known)* **18-12012** |

**2.1826.** **Title of contract**  AGREEMENT

**State what the contract or lease is for**  VENDOR AGREEMENT

**Nature of debtor's interest**  CUSTOMER

**State the term remaining**  _____

**List the contract number of any government contract**  _____

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

SEE MANAGEMENT, INC.
307 SEVENTH AVE STE 1607
NEW YORK NY 10001

---

**2.1827.** **Title of contract**  COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED MAY 20,2018

**State what the contract or lease is for**  MUSIC LICENSE

**Nature of debtor's interest**  LICENSEE

**State the term remaining**  _____

**List the contract number of any government contract**  _____

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

SELECTRACKS, INC.
6100 WILSHIRE BLVD STE1600
LOS ANGELES CA 90048

---

**2.1828.** **Title of contract**  FIFTY SHADES OF BLACK - TRAILERS / ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED DECEMBER 23,2015

**State what the contract or lease is for**  MUSIC LICENSE

**Nature of debtor's interest**  LICENSEE

**State the term remaining**  _____

**List the contract number of any government contract**  _____

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

SELECTRACKS, INC.
6100 WILSHIRE BLVD STE1600
LOS ANGELES CA 90048

---

**2.1829.** **Title of contract**  FIFTY SHADES OF BLACK - TRAILERS / ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED JANUARY 14,2016

**State what the contract or lease is for**  MUSIC LICENSE

**Nature of debtor's interest**  LICENSEE

**State the term remaining**  _____

**List the contract number of any government contract**  _____

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

SELECTRACKS, INC.
6100 WILSHIRE BLVD STE1600
LOS ANGELES CA 90048

---

**2.1830.** **Title of contract**  FIFTY SHADES OF BLACK - TRAILERS / ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED DECEMBER 23,2015

**State what the contract or lease is for**  MUSIC LICENSE

**Nature of debtor's interest**  LICENSEE

**State the term remaining**  _____

**List the contract number of any government contract**  _____

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

SELECTRACKS, INC.
6100 WILSHIRE BLVD STE1600
LOS ANGELES CA 90048

---

Debtor   **Open Road Films, LLC**                                                 Case number *(if known)* **18-12012**

| 2.1831. | **Title of contract** | FIFTY SHADES OF BLACK - TRAILERS / ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED NOVEMBER 16,2015 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | SELECTRACKS, INC. 6100 WILSHIRE BLVD STE1600 LOS ANGELES CA 90048 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.1832. | **Title of contract** | FIFTY SHADES OF BLACK - TRAILERS / ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED DECEMBER 23,2015 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | SELECTRACKS, INC. 6100 WILSHIRE BLVD STE1600 LOS ANGELES CA 90048 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.1833. | **Title of contract** | MASTER RECORDING, SYNCHRONIZATION AND PERFORMING RIGHTS LICENSE FOR PRODUCTION DATED APRIL 15,2014 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | SELECTRACKS, INC. 6100 WILSHIRE BLVD STE1600 LOS ANGELES CA 90048 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.1834. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED APRIL 7,2014 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | SELECTRACKS, INC. 6100 WILSHIRE BLVD STE1600 LOS ANGELES CA 90048 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.1835. | **Title of contract** | MASTER RECORDING, SYNCHRONIZATION AND PERFORMING RIGHTS LICENSE DATED APRIL 1,2014 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | SELECTRACKS, INC. 6100 WILSHIRE BLVD STE1600 LOS ANGELES CA 90048 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

Debtor   **Open Road Films, LLC**                                                   Case number *(if known)* **18-12012**

**2.1836.**  **Title of contract**          MASTER RECORDING, SYNCHRONIZATION AND        State the name and mailing address
                                           PERFORMING RIGHTS LICENSE FOR PRODUCTION     for all other parties with whom the
                                           DATED APRIL 15,2014                          debtor has an executory contract or
                                                                                        unexpired lease

**State what the contract or**   MUSIC LICENSE
**lease is for**                                                                        SELECTRACKS, INC.
                                                                                        6100 WILSHIRE BLVD STE1600
**Nature of debtor's interest**  LICENSEE                                               LOS ANGELES CA 90048

**State the term remaining**     _____

**List the contract number of**  _____
**any government contract**

**2.1837.**  **Title of contract**          MASTER RECORDING, SYNCHRONIZATION AND        State the name and mailing address
                                           PERFORMING RIGHTS LICENSE DATED AUGUST 9,2012 for all other parties with whom the
                                                                                        debtor has an executory contract or
                                                                                        unexpired lease

**State what the contract or**   MUSIC LICENSE
**lease is for**                                                                        SELECTRACKS, INC.
                                                                                        6100 WILSHIRE BLVD STE1600
**Nature of debtor's interest**  LICENSEE                                               LOS ANGELES CA 90048

**State the term remaining**     _____

**List the contract number of**  _____
**any government contract**

**2.1838.**  **Title of contract**          COMBINED SYNCHRONIZATION AND MASTER USE      State the name and mailing address
                                           LICENSE AGREEMENT DATED SEPTEMBER 19,2013    for all other parties with whom the
                                                                                        debtor has an executory contract or
                                                                                        unexpired lease

**State what the contract or**   MUSIC LICENSE
**lease is for**                                                                        SELECTRACKS, INC.
                                                                                        6100 WILSHIRE BLVD STE1600
**Nature of debtor's interest**  LICENSEE                                               LOS ANGELES CA 90048

**State the term remaining**     _____

**List the contract number of**  _____
**any government contract**

**2.1839.**  **Title of contract**          COMBINED SYNCHRONIZATION AND MASTER USE      State the name and mailing address
                                           LICENSE AGREEMENT DATED APRIL 12,2016        for all other parties with whom the
                                                                                        debtor has an executory contract or
                                                                                        unexpired lease

**State what the contract or**   MUSIC LICENSE
**lease is for**                                                                        SELECTRACKS, INC.
                                                                                        6100 WILSHIRE BLVD STE1600
**Nature of debtor's interest**  LICENSEE                                               LOS ANGELES CA 90048

**State the term remaining**     _____

**List the contract number of**  _____
**any government contract**

**2.1840.**  **Title of contract**          THE NUT JOB - TRAILERS/ADVERTISING - COMBINED State the name and mailing address
                                           SYNCHRONIZATION AND MASTER USE LICENSE       for all other parties with whom the
                                           AGREEMENT DATED SEPTEMBER 17,2013            debtor has an executory contract or
                                                                                        unexpired lease

**State what the contract or**   MUSIC LICENSE
**lease is for**                                                                        SELECTRACKS, INC.
                                                                                        6100 WILSHIRE BLVD STE1600
**Nature of debtor's interest**  LICENSEE                                               LOS ANGELES CA 90048

**State the term remaining**     _____

**List the contract number of**  _____
**any government contract**

Debtor    **Open Road Films, LLC**

Case number *(if known)* **18-12012**

| 2.1841. | Title of contract | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE DATED JANUARY 14,2013 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | SELECTRACKS, INC. |
| | State the term remaining | _____ | 6100 WILSHIRE BLVD STE1600 LOS ANGELES CA 90048 |
| | List the contract number of any government contract | _____ | |

| 2.1842. | Title of contract | MASTER RECORDING, SYNCHRONIZATION AND PERFORMING RIGHTS LICENSE DATED NOVEMBER 11,2015 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | SELECTRACKS, INC. |
| | State the term remaining | _____ | 6100 WILSHIRE BLVD STE1600 LOS ANGELES CA 90048 |
| | List the contract number of any government contract | _____ | |

| 2.1843. | Title of contract | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED OCTOBER 5,2015 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | SELECTRACKS, INC. |
| | State the term remaining | _____ | 6100 WILSHIRE BLVD STE1600 LOS ANGELES CA 90048 |
| | List the contract number of any government contract | _____ | |

| 2.1844. | Title of contract | MASTER RECORDING, SYNCHRONIZATION AND PERFORMING RIGHTS LICENSE DATED NOVEMBER 19,2015 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | SELECTRACKS, INC. |
| | State the term remaining | _____ | 6100 WILSHIRE BLVD STE1600 LOS ANGELES CA 90048 |
| | List the contract number of any government contract | _____ | |

| 2.1845. | Title of contract | THE FLUFFY MOVIE - TRAILERS / ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED JULY 11,2014 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | SELECTRACKS, INC. |
| | State the term remaining | _____ | 6100 WILSHIRE BLVD STE1600 LOS ANGELES CA 90048 |
| | List the contract number of any government contract | _____ | |

Debtor    **Open Road Films, LLC**                                                                     Case number *(if known)* **18-12012**

**2.1846.** **Title of contract**           THE GUNMAN - TRAILERS / ADVERTISING - COMBINED       **State the name and mailing address**
                                            SYNCHRONIZATION AND MASTER USE LICENSE              **for all other parties with whom the**
                                            AGREEMENT DATED MARCH 11,2015                       **debtor has an executory contract or**
                                                                                                **unexpired lease**
          **State what the contract or**    MUSIC LICENSE
          **lease is for**
                                                                                                SELECTRACKS, INC.
          **Nature of debtor's interest**   LICENSEE                                            6100 WILSHIRE BLVD STE1600
                                                                                                LOS ANGELES CA 90048
          **State the term remaining**       _____

          **List the contract number of**   _____
          **any government contract**

**2.1847.** **Title of contract**           COMBINED SYNCHRONIZATION AND MASTER USE             **State the name and mailing address**
                                            LICENSE AGREEMENT DATED JANUARY 13,2015             **for all other parties with whom the**
                                                                                                **debtor has an executory contract or**
                                                                                                **unexpired lease**
          **State what the contract or**    MUSIC LICENSE
          **lease is for**
                                                                                                SELECTRACKS, INC.
          **Nature of debtor's interest**   LICENSEE                                            6100 WILSHIRE BLVD STE1600
                                                                                                LOS ANGELES CA 90048
          **State the term remaining**       _____

          **List the contract number of**   _____
          **any government contract**

**2.1848.** **Title of contract**           COMBINED SYNCHRONIZATION AND MASTER USE             **State the name and mailing address**
                                            LICENSE AGREEMENT DATED NOVEMBER 5,2015             **for all other parties with whom the**
                                                                                                **debtor has an executory contract or**
                                                                                                **unexpired lease**
          **State what the contract or**    MUSIC LICENSE
          **lease is for**
                                                                                                SELECTRACKS, INC.
          **Nature of debtor's interest**   LICENSEE                                            6100 WILSHIRE BLVD STE1600
                                                                                                LOS ANGELES CA 90048
          **State the term remaining**       _____

          **List the contract number of**   _____
          **any government contract**

**2.1849.** **Title of contract**           THE GUNMAN - TRAILERS / ADVERTISING - COMBINED       **State the name and mailing address**
                                            SYNCHRONIZATION AND MASTER USE LICENSE              **for all other parties with whom the**
                                            AGREEMENT DATED FEBRUARY 13,2015                    **debtor has an executory contract or**
                                                                                                **unexpired lease**
          **State what the contract or**    MUSIC LICENSE
          **lease is for**                                                                       SELECTRACKS, INC. DBA MUSIC
                                                                                                BEYOND, LLC
          **Nature of debtor's interest**   LICENSEE                                            6100 WILSHIRE BLVD STE 1600
                                                                                                LOS ANGELES CA 90048
          **State the term remaining**       _____

          **List the contract number of**   _____
          **any government contract**

**2.1850.** **Title of contract**           THE GUNMAN - TRAILERS / ADVERTISING - COMBINED       **State the name and mailing address**
                                            SYNCHRONIZATION AND MASTER USE LICENSE              **for all other parties with whom the**
                                            AGREEMENT DATED FEBRUARY 17,2015                    **debtor has an executory contract or**
                                                                                                **unexpired lease**
          **State what the contract or**    MUSIC LICENSE
          **lease is for**                                                                       SELECTRACKS, INC. DBA MUSIC
                                                                                                BEYOND, LLC
          **Nature of debtor's interest**   LICENSEE                                            6100 WILSHIRE BLVD STE 1600
                                                                                                LOS ANGELES CA 90048
          **State the term remaining**       _____

          **List the contract number of**   _____
          **any government contract**

Debtor **Open Road Films, LLC**                                        Case number *(if known)* **18-12012**

**2.1851.** **Title of contract**          THE GUNMAN - TRAILERS / ADVERTISING - COMBINED        State the name and mailing address
                                           SYNCHRONIZATION AND MASTER USE LICENSE              for all other parties with whom the
                                           AGREEMENT DATED FEBRUARY 17,2015                    debtor has an executory contract or
                                                                                               unexpired lease

**State what the contract or**             MUSIC LICENSE
**lease is for**                                                                               SELECTRACKS, INC. DBA X-RAY
                                                                                               DOG MUSIC
**Nature of debtor's interest**            LICENSEE                                             4011 WEST MAGNOLIA BLVD
                                                                                               BURBANK CA 91505
**State the term remaining**               _____

**List the contract number of**            _____
**any government contract**

**2.1852.** **Title of contract**          COMBINED SYNCHRONIZATION AND MASTER USE             State the name and mailing address
                                           LICENSE AGREEMENT DATED MAY 21, 2018                for all other parties with whom the
                                                                                               debtor has an executory contract or
                                                                                               unexpired lease
**State what the contract or**             MUSIC LICENSE
**lease is for**
                                                                                               SENCIT MUSIC, LLC
**Nature of debtor's interest**            LICENSEE                                             1205 ALMA ST
                                                                                               GLENDALE CA 91202
**State the term remaining**               _____

**List the contract number of**            _____
**any government contract**

**2.1853.** **Title of contract**          COMBINED SYNCHRONIZATION AND MASTER USE             State the name and mailing address
                                           LICENSE AGREEMENT DATED MAY 21, 2018                for all other parties with whom the
                                                                                               debtor has an executory contract or
                                                                                               unexpired lease
**State what the contract or**             MUSIC LICENSE
**lease is for**
                                                                                               SENCIT MUSIC, LLC
**Nature of debtor's interest**            LICENSEE                                             1205 ALMA ST
                                                                                               GLENDALE CA 91202
**State the term remaining**               _____

**List the contract number of**            _____
**any government contract**

**2.1854.** **Title of contract**          COMBINED SYNCHRONIZATION AND MASTER USE             State the name and mailing address
                                           LICENSE AGREEMENT DATED JUNE 29,2016                for all other parties with whom the
                                                                                               debtor has an executory contract or
                                                                                               unexpired lease
**State what the contract or**             MUSIC LICENSE
**lease is for**
                                                                                               SENCIT MUSIC, LLC
**Nature of debtor's interest**            LICENSEE                                             1205 ALMA ST
                                                                                               GLENDALE CA 91202
**State the term remaining**               _____

**List the contract number of**            _____
**any government contract**

**2.1855.** **Title of contract**          COMBINED SYNCHRONIZATION AND MASTER USE             State the name and mailing address
                                           LICENSE AGREEMENT DATED AUGUST 27,2012              for all other parties with whom the
                                                                                               debtor has an executory contract or
                                                                                               unexpired lease
**State what the contract or**             MUSIC LICENSE
**lease is for**
                                                                                               SENCIT MUSIC, LLC
**Nature of debtor's interest**            LICENSEE                                             1205 ALMA ST
                                                                                               GLENDALE CA 91202
**State the term remaining**               _____

**List the contract number of**            _____
**any government contract**

Debtor **Open Road Films, LLC**

Case number *(if known)* **18-12012**

**2.1856.** **Title of contract**
FIFTY SHADES OF BLACK - TRAILERS / ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED NOVEMBER 6,2015

**State what the contract or lease is for**
MUSIC LICENSE

**Nature of debtor's interest**
LICENSEE

**State the term remaining**
_____

**List the contract number of any government contract**
_____

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
SENCIT MUSIC, LLC
1205 ALMA ST
GLENDALE CA 91202

**2.1857.** **Title of contract**
COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED OCTOBER 5,2015

**State what the contract or lease is for**
MUSIC LICENSE

**Nature of debtor's interest**
LICENSEE

**State the term remaining**
_____

**List the contract number of any government contract**
_____

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
SENCIT MUSIC, LLC
1205 ALMA ST
GLENDALE CA 91202

**2.1858.** **Title of contract**
COMBINED SYNCHRONIZATION AND MASTER USE LICENSE DATED JANUARY 25,2013

**State what the contract or lease is for**
MUSIC LICENSE

**Nature of debtor's interest**
LICENSEE

**State the term remaining**
_____

**List the contract number of any government contract**
_____

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
SENCIT MUSIC, LLC
1205 ALMA ST
GLENDALE CA 91202

**2.1859.** **Title of contract**
SLEEPLESS - TRAILERS / ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED DECEMBER 1,2016

**State what the contract or lease is for**
MUSIC LICENSE

**Nature of debtor's interest**
LICENSEE

**State the term remaining**
_____

**List the contract number of any government contract**
_____

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
SENCIT MUSIC, LLC
1205 ALMA ST
GLENDALE CA 91202

**2.1860.** **Title of contract**
SLEEPLESS - TRAILERS / ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED SEPTEMBER 20,2016

**State what the contract or lease is for**
MUSIC LICENSE

**Nature of debtor's interest**
LICENSEE

**State the term remaining**
_____

**List the contract number of any government contract**
_____

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
SENCIT MUSIC, LLC
1205 ALMA ST
GLENDALE CA 91202

Debtor   **Open Road Films, LLC**                                                                         Case number *(if known)* **18-12012**

**2.1861.** **Title of contract**          SLEEPLESS - TRAILERS / ADVERTISING - COMBINED          State the name and mailing address
                                    SYNCHRONIZATION AND MASTER USE LICENSE          for all other parties with whom the
                                    AGREEMENT DATED SEPTEMBER 20,2016          debtor has an executory contract or
                                                                                   unexpired lease

            **State what the contract or**     MUSIC LICENSE
            **lease is for**                                                        SENCIT MUSIC, LLC
                                                                                   1205 ALMA ST
            **Nature of debtor's interest**     LICENSEE                            GLENDALE CA 91202

            **State the term remaining**      _____

            **List the contract number of**   _____
            **any government contract**

**2.1862.** **Title of contract**          COMBINED SYNCHRONIZATION AND MASTER USE          State the name and mailing address
                                    LICENSE AGREEMENT DATED AUGUST 10,2016          for all other parties with whom the
                                                                                   debtor has an executory contract or
                                                                                   unexpired lease

            **State what the contract or**     MUSIC LICENSE
            **lease is for**                                                        SENCIT MUSIC, LLC
                                                                                   1205 ALMA ST
            **Nature of debtor's interest**     LICENSEE                            GLENDALE CA 91202

            **State the term remaining**      _____

            **List the contract number of**   _____
            **any government contract**

**2.1863.** **Title of contract**          COMBINED SYNCHRONIZATION AND MASTER USE          State the name and mailing address
                                    LICENSE AGREEMENT DATED OCTOBER 5,2015          for all other parties with whom the
                                                                                   debtor has an executory contract or
                                                                                   unexpired lease

            **State what the contract or**     MUSIC LICENSE
            **lease is for**                                                        SENCIT MUSIC, LLC
                                                                                   1205 ALMA ST
            **Nature of debtor's interest**     LICENSEE                            GLENDALE CA 91202

            **State the term remaining**      _____

            **List the contract number of**   _____
            **any government contract**

**2.1864.** **Title of contract**          THE GREY - TRAILERS / ADVERTISING - COMBINED          State the name and mailing address
                                    SYNCHRONIZATION AND MASTER USE LICENSE          for all other parties with whom the
                                    AGREEMENT DATED NOVEMBER 30,2011          debtor has an executory contract or
                                                                                   unexpired lease

            **State what the contract or**     MUSIC LICENSE
            **lease is for**                                                        SENCIT MUSIC, LLC
                                                                                   1205 ALMA ST
            **Nature of debtor's interest**     LICENSEE                            GLENDALE CA 91202

            **State the term remaining**      _____

            **List the contract number of**   _____
            **any government contract**

**2.1865.** **Title of contract**          THE GREY - TRAILERS / ADVERTISING - COMBINED          State the name and mailing address
                                    SYNCHRONIZATION AND MASTER USE LICENSE          for all other parties with whom the
                                    AGREEMENT DATED NOVEMBER 30,2011          debtor has an executory contract or
                                                                                   unexpired lease

            **State what the contract or**     MUSIC LICENSE
            **lease is for**                                                        SENCIT MUSIC, LLC
                                                                                   1205 ALMA ST
            **Nature of debtor's interest**     LICENSEE                            GLENDALE CA 91202

            **State the term remaining**      _____

            **List the contract number of**   _____
            **any government contract**

Debtor    **Open Road Films, LLC**                                                       Case number *(if known)* **18-12012**

| 2.1866. | **Title of contract** | THE GUNMAN - TRAILERS / ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED MARCH 10,2015 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | SENCIT MUSIC, LLC<br>1205 ALMA ST<br>GLENDALE CA 91202 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.1867. | **Title of contract** | THE GUNMAN - TRAILERS / ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED FEBRUARY 24,2015 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | SENCIT MUSIC, LLC<br>1205 ALMA ST<br>GLENDALE CA 91202 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.1868. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED JANUARY 13,2015 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | SENCIT MUSIC, LLC<br>1205 ALMA ST<br>GLENDALE CA 91202 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.1869. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED DECEMBER 19,2014 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | SENCIT MUSIC, LLC<br>1205 ALMA ST<br>GLENDALE CA 91202 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.1870. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED JANUARY 20,2015 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | SENCIT MUSIC, LLC<br>1205 ALMA ST<br>GLENDALE CA 91202 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

Debtor    **Open Road Films, LLC**                                                    Case number *(if known)* **18-12012**

| 2.1871. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED DECEMBER 19,2014 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | SENCIT MUSIC, LLC |
| | **State the term remaining** | _____ | 1205 ALMA ST |
| | **List the contract number of any government contract** | _____ | GLENDALE CA 91202 |

| 2.1872. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED JANUARY 2,2015 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | SENCIT MUSIC, LLC |
| | **State the term remaining** | _____ | 1205 ALMA ST |
| | **List the contract number of any government contract** | _____ | GLENDALE CA 91202 |

| 2.1873. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED OCTOBER 22,2015 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | SENCIT MUSIC, LLC |
| | **State the term remaining** | _____ | 1205 ALMA ST |
| | **List the contract number of any government contract** | _____ | GLENDALE CA 91202 |

| 2.1874. | **Title of contract** | SYNCHRONIZATION LICENSE DATED AUGUST 4,2017 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | SEVEN SUMMITS MUSIC OBO ITSELF AND RAIN COMPANY |
| | **State the term remaining** | _____ | 500 S BUENA VISTA ST |
| | **List the contract number of any government contract** | _____ | BURBANK CA 91521-3065 |

| 2.1875. | **Title of contract** | SYNCHRONIZATION LICENSE DATED AUGUST 4,2017 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | SEVEN SUMMITS MUSIC OBO ITSELF AND RAIN COMPANY |
| | **State the term remaining** | _____ | 500 S BUENA VISTA ST |
| | **List the contract number of any government contract** | _____ | BURBANK CA 91521-3065 |

Debtor    **Open Road Films, LLC**                                                    Case number *(if known)* **18-12012**

---

**2.1876.** **Title of contract**                AGREEMENT                                    State the name and mailing address
                                                                                              for all other parties with whom the
          **State what the contract or**         VENDOR AGREEMENT - LIBRARY ASSET HOLDER      debtor has an executory contract or
          **lease is for**                                                                    unexpired lease

          **Nature of debtor's interest**        CUSTOMER/ASSET OWNER                         SHADIK TECHNOLOGIES
                                                                                              410 NORTH POINSETTIA PL
          **State the term remaining**           _____    LOS ANGELES CA 90036

          **List the contract number of**        _____
          **any government contract**


**2.1877.** **Title of contract**                AGREEMENT                                    State the name and mailing address
                                                                                              for all other parties with whom the
          **State what the contract or**         VENDOR AGREEMENT                             debtor has an executory contract or
          **lease is for**                                                                    unexpired lease

          **Nature of debtor's interest**        CUSTOMER                                     SHAWN EDWARDS
                                                                                              3030 SUMMIT
          **State the term remaining**           _____    KANSAS CITY MO 64108

          **List the contract number of**        _____
          **any government contract**


**2.1878.** **Title of contract**                MASTER USE LICENSE DATED NOVEMBER 28,2017    State the name and mailing address
                                                                                              for all other parties with whom the
          **State what the contract or**         MUSIC LICENSE                                debtor has an executory contract or
          **lease is for**                                                                    unexpired lease

          **Nature of debtor's interest**        LICENSEE                                     SHELLY BAY MUSIC, LLC O/B/O
                                                                                              TOMMY BOY MUSIC, INC.
          **State the term remaining**           _____    423 MOUNTAINVIEW RD
                                                                                              ENGLEWOOD NJ 07631
          **List the contract number of**        _____
          **any government contract**


**2.1879.** **Title of contract**                COMBINED SYNCHRONIZATION AND MASTER USE      State the name and mailing address
                                                 LICENSE AGREEMENT DATED AUGUST 15,2012       for all other parties with whom the
          **State what the contract or**         MUSIC LICENSE                                debtor has an executory contract or
          **lease is for**                                                                    unexpired lease

          **Nature of debtor's interest**        LICENSEE                                     SHENANZHU, LLC DBA THE DINER
                                                                                              200 VARICK ST
          **State the term remaining**           _____    STE 609
                                                                                              NEW YORK NY 10014
          **List the contract number of**        _____
          **any government contract**


**2.1880.** **Title of contract**                AGREEMENT                                    State the name and mailing address
                                                                                              for all other parties with whom the
          **State what the contract or**         VENDOR AGREEMENT                             debtor has an executory contract or
          **lease is for**                                                                    unexpired lease

          **Nature of debtor's interest**        CUSTOMER                                     SHERIFF PRODUCTION, INC.
                                                                                              21103 MULHOLLAND DR
          **State the term remaining**           _____    LOS ANGELES CA 91364

          **List the contract number of**        _____
          **any government contract**

---

Debtor   **Open Road Films, LLC**

Case number *(if known)* **18-12012**

| | | | |
|---|---|---|---|
| 2.1881. | **Title of contract** | AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | VENDOR AGREEMENT | |
| | **Nature of debtor's interest** | CUSTOMER | SHORELINE, A LAW CORPORATION 1299 OCEAN AVE STE 400 SANTA MONICA CA 90401 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| 2.1882. | **Title of contract** | EXCLUSIVE THEATRICAL OUTPUT AGREEMENT DATED AUGUST 20,2013 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | EXPLOITATION AGREEMENT | |
| | **Nature of debtor's interest** | LICENSOR | SHOWTIME NETWORKS, INC. 1633 BROADWAY NEW YORK NY 10019 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| 2.1883. | **Title of contract** | LETTER AGREEMENT DATED OCTOBER 29,2013 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | EXPLOITATION AGREEMENT | |
| | **Nature of debtor's interest** | LICENSOR | SHOWTIME NETWORKS, INC. 1633 BROADWAY NEW YORK NY 10019 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| 2.1884. | **Title of contract** | LETTER AGREEMENT DATED APRIL 11,2014 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | EXPLOITATION AGREEMENT | |
| | **Nature of debtor's interest** | LICENSOR | SHOWTIME NETWORKS, INC. 1633 BROADWAY NEW YORK NY 10019 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| 2.1885. | **Title of contract** | LETTER AGREEMENT DATED APRIL 28,2014 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | EXPLOITATION AGREEMENT | |
| | **Nature of debtor's interest** | LICENSOR | SHOWTIME NETWORKS, INC. 1633 BROADWAY NEW YORK NY 10019 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

Debtor    **Open Road Films, LLC**                                           Case number *(if known)* **18-12012**

| 2.1886. | Title of contract | NOTICE OF CONSENT AND IRREVOCABLE ASSIGNMENT DATED MARCH 2,2015 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | EXPLOITATION AGREEMENT | |
| | Nature of debtor's interest | LICENSOR | SHOWTIME NETWORKS, INC. 1633 BROADWAY NEW YORK NY 10019 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.1887. | Title of contract | LETTER AGREEMENT DATED OCTOBER 30,2017 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | EXPLOITATION AGREEMENT | |
| | Nature of debtor's interest | LICENSOR | SHOWTIME NETWORKS, INC. 1633 BROADWAY NEW YORK NY 10019 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.1888. | Title of contract | LETTER AGREEMENT DATED DECEMBER 1,2017 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | EXPLOITATION AGREEMENT | |
| | Nature of debtor's interest | LICENSOR | SHOWTIME NETWORKS, INC. 1633 BROADWAY NEW YORK NY 10019 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.1889. | Title of contract | LETTER AGREEMENT DATED APRIL 26,2018 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | EXPLOITATION AGREEMENT | |
| | Nature of debtor's interest | LICENSOR | SHOWTIME NETWORKS, INC. 1633 BROADWAY NEW YORK NY 10019 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.1890. | Title of contract | THE NUT JOB - TRAILERS/ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED DECEMBER 11,2013 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | SIDE ACTION SOUND 4349 VANTAGE AVENUE STUDIO CITY CA 91604 |
| | Nature of debtor's interest | LICENSEE | |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

Debtor **Open Road Films, LLC**                                                     Case number *(if known)* **18-12012**

**2.1891.** **Title of contract**                AGREEMENT                          State the name and mailing address
                                                                                    for all other parties with whom the
    **State what the contract or**    VENDOR AGREEMENT          debtor has an executory contract or
    **lease is for**                                              unexpired lease

    **Nature of debtor's interest**    CUSTOMER                  SILENTCO, INC.
                                                                                    3300 NE LINCOLN RD
    **State the term remaining**    _____    IDABEL OK 74745

    **List the contract number of**    _____
    **any government contract**

**2.1892.** **Title of contract**                AGREEMENT                          State the name and mailing address
                                                                                    for all other parties with whom the
    **State what the contract or**    VENDOR AGREEMENT          debtor has an executory contract or
    **lease is for**                                              unexpired lease

    **Nature of debtor's interest**    CUSTOMER                  SILVER CINEMAS ACQUISITION CO
                                                                                    DBA LANDMARK THEATRES
    **State the term remaining**    _____    PO BOX 101874
                                                                                    PASADENA CA 91189
    **List the contract number of**    _____
    **any government contract**

**2.1893.** **Title of contract**                AGREEMENT                          State the name and mailing address
                                                                                    for all other parties with whom the
    **State what the contract or**    MUSIC LICENSE             debtor has an executory contract or
    **lease is for**                                              unexpired lease

    **Nature of debtor's interest**    LICENSEE                  SINDEE LEVIN
                                                                                    149 S BARRINGTON AVE #810
    **State the term remaining**    _____    LOS ANGELES CA 90049

    **List the contract number of**    _____
    **any government contract**

**2.1894.** **Title of contract**                SYNCHRONIZATION AND MASTER RECORDING LICENSE    State the name and mailing address
                                                 (DEMOLITION TRASH) DATED APRIL 23,2014         for all other parties with whom the
                                                                                    debtor has an executory contract or
    **State what the contract or**    MUSIC LICENSE             unexpired lease
    **lease is for**
                                                                                    SIX-FIFTEEN MUSIC LIBRARY, LLC
    **Nature of debtor's interest**    LICENSEE                  C/O WARNER/CHAPPELL
                                                                                    PRODUCTION MUSIC, INC.
    **State the term remaining**    _____    10585 SANTA MONICA BLVD
                                                                                    LOS ANGELES CA 90025
    **List the contract number of**    _____
    **any government contract**

**2.1895.** **Title of contract**                SYNCHRONIZATION AND MASTER RECORDING LICENSE    State the name and mailing address
                                                 DATED SEPTEMBER 11,2014                        for all other parties with whom the
                                                                                    debtor has an executory contract or
    **State what the contract or**    MUSIC LICENSE             unexpired lease
    **lease is for**
                                                                                    SIX-FIFTEEN MUSIC LIBRARY, LLC
    **Nature of debtor's interest**    LICENSEE                  C/O WARNER/CHAPPELL
                                                                                    PRODUCTION MUSIC, INC.
    **State the term remaining**    _____    10585 SANTA MONICA BLVD
                                                                                    LOS ANGELES CA 90025
    **List the contract number of**    _____
    **any government contract**

Debtor    **Open Road Films, LLC**                                                                   Case number *(if known)* **18-12012**

**2.1896.** **Title of contract**                AMENDMENT #1 TO AGREEMENT DATED JANUARY 14,              **State the name and mailing address**
                                                 2013                                                      **for all other parties with whom the**
                                                                                                           **debtor has an executory contract or**
          **State what the contract or**         ACQUISITION AGREEMENT                                      **unexpired lease**
          **lease is for**

          **Nature of debtor's interest**        DISTRIBUTOR                                               SMART ASS PRODUCTIONS, LLC
                                                                                                           9665 WILSHIRE BLVD, SUITE 900
          **State the term remaining**           _____                        BEVERLY HILLS CA 90212

          **List the contract number of**        _____                        0
          **any government contract**

**2.1897.** **Title of contract**                DISTRIBUTOR INTERPARTY AGREEMENT                          **State the name and mailing address**
                                                                                                           **for all other parties with whom the**
                                                                                                           **debtor has an executory contract or**
          **State what the contract or**         INTERPARTY AGREEMENT                                       **unexpired lease**
          **lease is for**

          **Nature of debtor's interest**        DISTRIBUTOR                                               SMART ASS PRODUCTIONS, LLC
                                                                                                           9665 WILSHIRE BLVD, SUITE 900
          **State the term remaining**           _____                        0
                                                                                                           BEVERLY HILLS CA 90212
          **List the contract number of**        _____                        0
          **any government contract**

**2.1898.** **Title of contract**                AMENDED AND RESTATED DISTRIBUTOR INTERPARTY               **State the name and mailing address**
                                                 AGREEMENT                                                  **for all other parties with whom the**
                                                                                                           **debtor has an executory contract or**
          **State what the contract or**         INTERPARTY AGREEMENT                                       **unexpired lease**
          **lease is for**

          **Nature of debtor's interest**        DISTRIBUTOR                                               SMART ASS PRODUCTIONS, LLC
                                                                                                           9665 WILSHIRE BLVD, SUITE 900
          **State the term remaining**           _____                        0
                                                                                                           BEVERLY HILLS CA 90212
          **List the contract number of**        _____                        0
          **any government contract**

**2.1899.** **Title of contract**                AMENDMENT NO.1 TO AMENDED AND RESTATED                    **State the name and mailing address**
                                                 DISTRIBUTOR INTERPARTY AGREEMENT                           **for all other parties with whom the**
                                                                                                           **debtor has an executory contract or**
          **State what the contract or**         INTERPARTY AGREEMENT                                       **unexpired lease**
          **lease is for**

          **Nature of debtor's interest**        DISTRIBUTOR                                               SMART ASS PRODUCTIONS, LLC
                                                                                                           9665 WILSHIRE BLVD, SUITE 900
          **State the term remaining**           _____                        0
                                                                                                           BEVERLY HILLS CA 90212
          **List the contract number of**        _____                        0
          **any government contract**

**2.1900.** **Title of contract**                COMBINED SYNCHRONIZATION AND MASTER USE                   **State the name and mailing address**
                                                 LICENSE AGREEMENT DATED JULY 12,2016                       **for all other parties with whom the**
                                                                                                           **debtor has an executory contract or**
          **State what the contract or**         MUSIC LICENSE                                              **unexpired lease**
          **lease is for**

          **Nature of debtor's interest**        LICENSEE                                                  SNYDER MUSIC, INC.
                                                                                                           375 GREENWICH ST
          **State the term remaining**           _____                        NEW YORK NY 10013

          **List the contract number of**        _____
          **any government contract**

Debtor   **Open Road Films, LLC**                                                          Case number *(if known)* **18-12012**

| 2.1901. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED JUNE 22,2015 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | SNYDER MUSIC, INC. |
| | **State the term remaining** | _____ | 375 GREENWICH ST NEW YORK NY 10013 |
| | **List the contract number of any government contract** | _____ | |

| 2.1902. | **Title of contract** | AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | VENDOR AGREEMENT | |
| | **Nature of debtor's interest** | CUSTOMER | SOCIAL REWARDS, INC. |
| | **State the term remaining** | _____ | 21250 HAWTHORNE BLVD STE 540 |
| | **List the contract number of any government contract** | _____ | TORRANCE CA 90503 |

| 2.1903. | **Title of contract** | SYNCHRONIZATION AND PERFORMANCE LICENSE DATED FEBRUARY 16,2016 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | SONGS MUSIC PUBLISHING, LLC |
| | **State the term remaining** | _____ | 307 7TH AVE RM 2104 NEW YORK NY 10001 |
| | **List the contract number of any government contract** | _____ | |

| 2.1904. | **Title of contract** | SYNCHRONIZATION AND PERFORMANCE LICENSE DATED OCTOBER 1,2013 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | SONGS MUSIC PUBLISHING, LLC |
| | **State the term remaining** | _____ | 307 7TH AVE RM 2104 NEW YORK NY 10001 |
| | **List the contract number of any government contract** | _____ | |

| 2.1905. | **Title of contract** | SYNCHRONIZATION AND PERFORMANCE LICENSE DATED MARCH 24,2017 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | SONGS MUSIC PUBLISHING, LLC |
| | **State the term remaining** | _____ | 307 7TH AVE RM 2104 NEW YORK NY 10001 |
| | **List the contract number of any government contract** | _____ | |

Debtor **Open Road Films, LLC**                                                    Case number *(if known)* **18-12012**

| 2.1906. | **Title of contract** | MOTION PICTURE TRAILER SYNCHRONIZATION RIGHTS LICENSE "WELCOME TO THE TERRORDOME" DATED NOVEMBER 1,2012 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | SONGS OF UNIVERSAL, INC. 2100 COLORADO AVENUE SANTA MONICA CA 90404 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.1907. | **Title of contract** | MOTION PICTURE TRAILER SYNCHRONIZATION RIGHTS LICENSE DATED NOVEMBER 2,2012 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | SONGS OF UNIVERSAL, INC. OF WATERN-BARHAM MUSIC, LLC 2100 COLORADO AVENUE SANTA MONICA CA 90404 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.1908. | **Title of contract** | MOTION PICTURE TRAILER SYNCHRONIZATION RIGHTS LICENSE DATED NOVEMBER 9,2012 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | SONGS OF UNIVERSAL, INC. ON BEHALF OF ITSELF AND IMAGINE DRAGONS PUBLISHING 2100 COLORADO AVENUE SANTA MONICA CA 90404 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.1909. | **Title of contract** | MOTION PICTURE TRAILER SYNCHRONIZATION RIGHTS LICENSE DATED OCTOBER 28,2014 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | SONGS OF UNIVERSAL, INC. ON BEHALF OF U CAN'T TEACH BEIN THE SHHH, INC. 2100 COLORADO AVENUE SANTA MONICA CA 90404 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.1910. | **Title of contract** | THE NUT JOB 2 - TRAILERS/ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED MAY 11,2017 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | SONGS TO YOUR EYES, LTD. 22817 VENTURA BLVD 839 WOODLAND HILLS CA 91364 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

Debtor   **Open Road Films, LLC**                                              Case number *(if known)* **18-12012**

---

**2.1911.** **Title of contract**

SABOTAGE - TRAILERS / ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED FEBRUARY 4,2014

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**

MUSIC LICENSE

**Nature of debtor's interest**

LICENSEE

SONGS TO YOUR EYES, LTD.
22817 VENTURA BLVD 839
WOODLAND HILLS CA 91364

**State the term remaining**

_____

**List the contract number of any government contract**

_____

**2.1912.** **Title of contract**

COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED JULY 12,2016

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**

MUSIC LICENSE

**Nature of debtor's interest**

LICENSEE

SONGS TO YOUR EYES, LTD.
22817 VENTURA BLVD 839
WOODLAND HILLS CA 91364

**State the term remaining**

_____

**List the contract number of any government contract**

_____

**2.1913.** **Title of contract**

AGREEMENT

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**

VENDOR AGREEMENT

**Nature of debtor's interest**

CUSTOMER

SONIC SYMPHONY PRODUCTIONS
324 S BEVERLY DR STE 703
BEVERLY HILLS CA 90212

**State the term remaining**

_____

**List the contract number of any government contract**

_____

**2.1914.** **Title of contract**

COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED NOVEMBER 19,2013

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**

MUSIC LICENSE

**Nature of debtor's interest**

LICENSEE

SONIC SYMPHONY PRODUCTIONS
324 S BEVERLY DR STE 703
BEVERLY HILLS CA 90212

**State the term remaining**

_____

**List the contract number of any government contract**

_____

**2.1915.** **Title of contract**

SYNCHRONIZATION AND MASTER RECORDING LICENSE MOTION PICTURE TRAILERS DATED JULY 25,2011

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**

MUSIC LICENSE

**Nature of debtor's interest**

LICENSEE

SONIC SYMPHONY PRODUCTIONS
324 S BEVERLY DR STE 703
BEVERLY HILLS CA 90212

**State the term remaining**

_____

**List the contract number of any government contract**

_____

Debtor    **Open Road Films, LLC**                                                    Case number *(if known)* **18-12012**

**2.1916.** **Title of contract**      NIGHTCRAWLER - TRAILERS/ADVERTISING - COMBINED      **State the name and mailing address**
                                       SYNCHRONIZATION AND MASTER USE LICENSE             **for all other parties with whom the**
                                       AGREEMENT DATED SEPTEMBER 26,2014                  **debtor has an executory contract or**
                                                                                          **unexpired lease**
          **State what the contract or**    MUSIC LICENSE
          **lease is for**                                                               SONIC SYMPHONY PRODUCTIONS
                                                                                          324 S BEVERLY DR STE 703
          **Nature of debtor's interest**   LICENSEE                                      BEVERLY HILLS CA 90212

          **State the term remaining**      _____

          **List the contract number of**  _____
          **any government contract**

**2.1917.** **Title of contract**      NIGHTCRAWLER - TRAILERS/ADVERTISING - COMBINED      **State the name and mailing address**
                                       SYNCHRONIZATION AND MASTER USE LICENSE             **for all other parties with whom the**
                                       AGREEMENT DATED OCTOBER 22,2014                    **debtor has an executory contract or**
                                                                                          **unexpired lease**
          **State what the contract or**    MUSIC LICENSE
          **lease is for**                                                               SONIC SYMPHONY PRODUCTIONS
                                                                                          324 S BEVERLY DR STE 703
          **Nature of debtor's interest**   LICENSEE                                      BEVERLY HILLS CA 90212

          **State the term remaining**      _____

          **List the contract number of**  _____
          **any government contract**

**2.1918.** **Title of contract**      NIGHTCRAWLER - TRAILERS/ADVERTISING - COMBINED      **State the name and mailing address**
                                       SYNCHRONIZATION AND MASTER USE LICENSE             **for all other parties with whom the**
                                       AGREEMENT DATED OCTOBER 20,2014                    **debtor has an executory contract or**
                                                                                          **unexpired lease**
          **State what the contract or**    MUSIC LICENSE
          **lease is for**                                                               SONIC SYMPHONY PRODUCTIONS
                                                                                          324 S BEVERLY DR STE 703
          **Nature of debtor's interest**   LICENSEE                                      BEVERLY HILLS CA 90212

          **State the term remaining**      _____

          **List the contract number of**  _____
          **any government contract**

**2.1919.** **Title of contract**      COMBINED SYNCHRONIZATION AND MASTER USE            **State the name and mailing address**
                                       LICENSE DATED JANUARY 25,2013                      **for all other parties with whom the**
                                                                                          **debtor has an executory contract or**
                                                                                          **unexpired lease**
          **State what the contract or**    MUSIC LICENSE
          **lease is for**                                                               SONIC SYMPHONY PRODUCTIONS
                                                                                          324 S BEVERLY DR STE 703
          **Nature of debtor's interest**   LICENSEE                                      BEVERLY HILLS CA 90212

          **State the term remaining**      _____

          **List the contract number of**  _____
          **any government contract**

**2.1920.** **Title of contract**      SILENT HILL: REVELATION 3D - TRAILERS / ADVERTISING  **State the name and mailing address**
                                       - COMBINED SYNCHRONIZATION AND MASTER USE          **for all other parties with whom the**
                                       LICENSE AGREEMENT DATED JULY 23,2012               **debtor has an executory contract or**
                                                                                          **unexpired lease**
          **State what the contract or**    MUSIC LICENSE
          **lease is for**                                                               SONIC SYMPHONY PRODUCTIONS
                                                                                          324 S BEVERLY DR STE 703
          **Nature of debtor's interest**   LICENSEE                                      BEVERLY HILLS CA 90212

          **State the term remaining**      _____

          **List the contract number of**  _____
          **any government contract**

Debtor    **Open Road Films, LLC**                                              Case number *(if known)* **18-12012**

**2.1921.** **Title of contract**          SILENT HILL: REVELATION 3D - TRAILERS / ADVERTISING          **State the name and mailing address**
                                           - COMBINED SYNCHRONIZATION AND MASTER USE            **for all other parties with whom the**
                                           LICENSE AGREEMENT DATED JULY 23,2012                 **debtor has an executory contract or**
                                                                                                **unexpired lease**
         **State what the contract or**    MUSIC LICENSE
         **lease is for**                                                                       SONIC SYMPHONY PRODUCTIONS
                                                                                                324 S BEVERLY DR STE 703
         **Nature of debtor's interest**   LICENSEE                                             BEVERLY HILLS CA 90212

         **State the term remaining**      _____

         **List the contract number of**   _____
         **any government contract**

**2.1922.** **Title of contract**          COMBINED SYNCHRONIZATION AND MASTER USE              **State the name and mailing address**
                                           LICENSE AGREEMENT DATED MARCH 11,2013                **for all other parties with whom the**
                                                                                                **debtor has an executory contract or**
         **State what the contract or**    MUSIC LICENSE                                        **unexpired lease**
         **lease is for**
                                                                                                SONIC SYMPHONY PRODUCTIONS
         **Nature of debtor's interest**   LICENSEE                                             324 S BEVERLY DR STE 703
                                                                                                BEVERLY HILLS CA 90212
         **State the term remaining**      _____

         **List the contract number of**   _____
         **any government contract**

**2.1923.** **Title of contract**          THEATRICAL PROGRAM LICENSE DATED JULY 19,2018        **State the name and mailing address**
                                                                                                **for all other parties with whom the**
         **State what the contract or**    EXPLOITATION AGREEMENT                               **debtor has an executory contract or**
         **lease is for**                                                                       **unexpired lease**

         **Nature of debtor's interest**   LICENSOR                                             SONIFI SOLUTIONS, INC.
                                                                                                3900 WEST INNOVATION STREET
         **State the term remaining**      _____                 SIOUX FALLS SD 57107

         **List the contract number of**   _____
         **any government contract**

**2.1924.** **Title of contract**          DIGITAL CINEMA AGREEMENT DATED JANUARY 11, 2012      **State the name and mailing address**
                                                                                                **for all other parties with whom the**
         **State what the contract or**    VENDOR AGREEMENT                                     **debtor has an executory contract or**
         **lease is for**                                                                       **unexpired lease**

         **Nature of debtor's interest**   CUSTOMER                                             SONY ELECTRONICS, INC.
                                                                                                PO BOX 100172
         **State the term remaining**      _____                 PASADENA CA 91189

         **List the contract number of**   _____
         **any government contract**

**2.1925.** **Title of contract**          LETTER DATED MAY 27,2015                             **State the name and mailing address**
                                                                                                **for all other parties with whom the**
         **State what the contract or**    MUSIC LICENSE                                        **debtor has an executory contract or**
         **lease is for**                                                                       **unexpired lease**

         **Nature of debtor's interest**   LICENSEE                                             SONY MUSIC ENTERTAINMENT
                                                                                                10202 W WASHINGTON BLVD
         **State the term remaining**      _____                 AKIO MORITA BUILDING 6TH FLR
                                                                                                CULVER CITY CA 90232
         **List the contract number of**   _____
         **any government contract**

Debtor   **Open Road Films, LLC**                                          Case number *(if known)* **18-12012**

| 2.1926. | **Title of contract** | MASTER USE LICENSE AGREEMENT DATED MAY 8,2012 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | SONY MUSIC ENTERTAINMENT 10202 W WASHINGTON BLVD AKIO MORITA BUILDING 6TH FLR CULVER CITY CA 90232 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.1927. | **Title of contract** | MASTER USE LICENSE AGREEMENT DATED AUGUST 22,2012 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | SONY MUSIC ENTERTAINMENT 10202 W WASHINGTON BLVD AKIO MORITA BUILDING 6TH FLR CULVER CITY CA 90232 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.1928. | **Title of contract** | MASTER USE LICENSE AGREEMENT DATED AUGUST 9,2017 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | SONY MUSIC ENTERTAINMENT 10202 W WASHINGTON BLVD AKIO MORITA BUILDING 6TH FLR CULVER CITY CA 90232 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.1929. | **Title of contract** | LICENSE AGREEMENT DATED JUNE 26,2015 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | SONY MUSIC ENTERTAINMENT 10202 W WASHINGTON BLVD AKIO MORITA BUILDING 6TH FLR CULVER CITY CA 90232 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.1930. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED DECEMBER 21,2015 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | SONY MUSIC ENTERTAINMENT 10202 W WASHINGTON BLVD AKIO MORITA BUILDING 6TH FLR CULVER CITY CA 90232 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

Debtor    **Open Road Films, LLC**                                                    Case number *(if known)* **18-12012**

| 2.1931. | Title of contract | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED FEBRUARY 25,2016 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | SONY MUSIC ENTERTAINMENT 10202 W WASHINGTON BLVD AKIO MORITA BUILDING 6TH FLR CULVER CITY CA 90232 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.1932. | Title of contract | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED OCTOBER 2,2015 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | SONY MUSIC ENTERTAINMENT 10202 W WASHINGTON BLVD AKIO MORITA BUILDING 6TH FLR CULVER CITY CA 90232 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.1933. | Title of contract | LETTER DATED APRIL 13,2015 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | SONY MUSIC ENTERTAINMENT 10202 W WASHINGTON BLVD AKIO MORITA BUILDING 6TH FLR CULVER CITY CA 90232 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.1934. | Title of contract | AGREEMENT DATED AUGUST 4,2016 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | SONY MUSIC ENTERTAINMENT 10202 W WASHINGTON BLVD AKIO MORITA BUILDING 6TH FLR CULVER CITY CA 90232 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.1935. | Title of contract | LETTER AGREEMENT DATED MAY 11,2016 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | SONY MUSIC ENTERTAINMENT 10202 W WASHINGTON BLVD AKIO MORITA BUILDING 6TH FLR CULVER CITY CA 90232 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

Debtor **Open Road Films, LLC**

Case number *(if known)* **18-12012**

---

2.1936. **Title of contract** — AGREEMENT DATED JULY 9,2012

**State what the contract or lease is for** — MUSIC LICENSE

**Nature of debtor's interest** — LICENSEE

**State the term remaining** — _____

**List the contract number of any government contract** — _____

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

SONY MUSIC ENTERTAINMENT UK LIMITED
9 DERRY ST
LONDON W8 5HY
UNITED KINGDOM

---

2.1937. **Title of contract** — MASTER USE LICENSE AGREEMENT DATED JUNE 6,2017

**State what the contract or lease is for** — MUSIC LICENSE

**Nature of debtor's interest** — LICENSEE

**State the term remaining** — _____

**List the contract number of any government contract** — _____

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

SONY MUSIC ENTERTAINMENT, INC.
10202 W WASHINGTON BLVD
AKIO MORITA BUILDING 6TH FLR
CULVER CITY CA 90232

---

2.1938. **Title of contract** — AGREEMENT

**State what the contract or lease is for** — VENDOR AGREEMENT

**Nature of debtor's interest** — CUSTOMER

**State the term remaining** — _____

**List the contract number of any government contract** — _____

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

SONY PICTURES
BANK OF AMERICA FILE 54715
LOS ANGELES CA 90074-4715

---

2.1939. **Title of contract** — LICENSE AGREEMENT DATED APRIL 25, 2018

**State what the contract or lease is for** — MUSIC LICENSE

**Nature of debtor's interest** — LICENSEE

**State the term remaining** — _____

**List the contract number of any government contract** — _____

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

SONY/ATV MUSIC PUBLISHING, INC. DBA EXTREME GROUP HOLDINGS, LLC
PO BOX 11407 DEPT 1520
BIRMINGHAM AL 35246-1520

---

2.1940. **Title of contract** — LICENSE AGREEMENT DATED JUY 2, 2018

**State what the contract or lease is for** — MUSIC LICENSE

**Nature of debtor's interest** — LICENSEE

**State the term remaining** — _____

**List the contract number of any government contract** — _____

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

SONY/ATV MUSIC PUBLISHING, INC. DBA EXTREME GROUP HOLDINGS, LLC
PO BOX 11407 DEPT 1520
BIRMINGHAM AL 35246-1520

---

Debtor   **Open Road Films, LLC**                                                                Case number *(if known)* **18-12012**

| 2.1941. | Title of contract | SYNCHRONIZATION LICENSE AGREEMENT (FILM/TRAILER) DATED JULY 17,2015 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | SONY/ATV MUSIC PUBLISHING, LLC PO BOX 415000 MSC 410768 NASHVILLE TN 37241-0768 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.1942. | Title of contract | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED MARCH 6,2014 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | SONY/ATV MUSIC PUBLISHING, LLC PO BOX 415000 MSC 410768 NASHVILLE TN 37241-0768 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.1943. | Title of contract | MUSIC REPRODUCTION AND "SYNCHRONIZATIO" LICENSE FOR MOTION PICTURE "TRAILERS" DATED OCTOBER 17,2013 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | SONY/ATV MUSIC PUBLISHING, LLC PO BOX 415000 MSC 410768 NASHVILLE TN 37241-0768 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.1944. | Title of contract | SYNCHRONIZATION LICENSE AGREEMENT (FILM/TRAILER) DATED OCTOBER 24,2014 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | SONY/ATV MUSIC PUBLISHING, LLC PO BOX 415000 MSC 410768 NASHVILLE TN 37241-0768 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.1945. | Title of contract | SYNCHRONIZATION LICENSE AGREEMENT (FILM/TRAILER) DATED OCTOBER 24,2014 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | SONY/ATV MUSIC PUBLISHING, LLC PO BOX 415000 MSC 410768 NASHVILLE TN 37241-0768 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

Debtor    **Open Road Films, LLC**                                                          Case number *(if known)* **18-12012**

**2.1946.** **Title of contract**            MUSIC REPRODUCTION AND "SYNCHRONIZATION"          State the name and mailing address
                                             LICENSE FOR MOTION PICTURE "TRAILERS" DATED       for all other parties with whom the
                                             FEBRUARY 11,2014                                  debtor has an executory contract or
                                                                                              unexpired lease
            **State what the contract or**   MUSIC LICENSE
            **lease is for**                                                                   SONY/ATV MUSIC PUBLISHING, LLC
                                                                                              PO BOX 415000 MSC 410768
            **Nature of debtor's interest**  LICENSEE                                          NASHVILLE TN 37241-0768

            **State the term remaining**     _____

            **List the contract number of**  _____
            **any government contract**

**2.1947.** **Title of contract**            SYNCHRONIZATION LICENSE AGREEMENT                 State the name and mailing address
                                                                                              for all other parties with whom the
            **State what the contract or**   MUSIC LICENSE                                     debtor has an executory contract or
            **lease is for**                                                                   unexpired lease

            **Nature of debtor's interest**  LICENSEE                                          SONY/ATV MUSIC PUBLISHING, LLC
                                                                                              PO BOX 415000 MSC 410768
            **State the term remaining**     _____       NASHVILLE TN 37241-0768

            **List the contract number of**  _____
            **any government contract**

**2.1948.** **Title of contract**            SYNCHRONIZATION LICENSE AGREEMENT DATED           State the name and mailing address
                                             SEPTEMBER 11,2017                                 for all other parties with whom the
                                                                                              debtor has an executory contract or
            **State what the contract or**   MUSIC LICENSE                                     unexpired lease
            **lease is for**
                                                                                              SONY/ATV MUSIC PUBLISHING, LLC
            **Nature of debtor's interest**  LICENSEE                                          PO BOX 415000 MSC 410768
                                                                                              NASHVILLE TN 37241-0768
            **State the term remaining**     _____

            **List the contract number of**  _____
            **any government contract**

**2.1949.** **Title of contract**            SYNCHRONIZATION LICENSE AGREEMENT DATED APRIL     State the name and mailing address
                                             26,2016                                           for all other parties with whom the
                                                                                              debtor has an executory contract or
            **State what the contract or**   MUSIC LICENSE                                     unexpired lease
            **lease is for**
                                                                                              SONY/ATV MUSIC PUBLISHING, LLC
            **Nature of debtor's interest**  LICENSEE                                          PO BOX 415000 MSC 410768
                                                                                              NASHVILLE TN 37241-0768
            **State the term remaining**     _____

            **List the contract number of**  _____
            **any government contract**

**2.1950.** **Title of contract**            SYNCHRONIZATION LICENSE AGREEMENT DATED           State the name and mailing address
                                             SEPTEMBER 30,2016                                 for all other parties with whom the
                                                                                              debtor has an executory contract or
            **State what the contract or**   MUSIC LICENSE                                     unexpired lease
            **lease is for**
                                                                                              SONY/ATV MUSIC PUBLISHING, LLC
            **Nature of debtor's interest**  LICENSEE                                          PO BOX 415000 MSC 410768
                                                                                              NASHVILLE TN 37241-0768
            **State the term remaining**     _____

            **List the contract number of**  _____
            **any government contract**

Debtor    **Open Road Films, LLC**                                                    Case number *(if known)* **18-12012**

| | | |
|---|---|---|
| **2.1951.** | **Title of contract** | SYNCHRONIZATION LICENSE AGREEMENT (FILM/TRAILER) DATED DECEMBER 4,2015 |
| | **State what the contract or lease is for** | MUSIC LICENSE |
| | **Nature of debtor's interest** | LICENSEE |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

SONY/ATV MUSIC PUBLISHING, LLC
PO BOX 415000 MSC 410768
NASHVILLE TN 37241-0768

| | | |
|---|---|---|
| **2.1952.** | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED NOVEMBER 17,2016 |
| | **State what the contract or lease is for** | MUSIC LICENSE |
| | **Nature of debtor's interest** | LICENSEE |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

SONY/ATV MUSIC PUBLISHING, LLC/ EXTREME GROUP HOLDINGS, LLC
PO BOX 11407 DEPT 1520
BIRMINGHAM AL 35246-1520

| | | |
|---|---|---|
| **2.1953.** | **Title of contract** | SYNCHRONIZATION LICENSE AGREEMENT DATED MARCH 27,2015 |
| | **State what the contract or lease is for** | MUSIC LICENSE |
| | **Nature of debtor's interest** | LICENSEE |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

SOUL ASSASSINS
16000 VENTURA BLVD #600
ENCINO CA 91436

| | | |
|---|---|---|
| **2.1954.** | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED FEBRUARY 25,2016 |
| | **State what the contract or lease is for** | MUSIC LICENSE |
| | **Nature of debtor's interest** | LICENSEE |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

SOUL ASSASSINS, INC.
16000 VENTURA BLVD #600
ENCINO CA 91436

| | | |
|---|---|---|
| **2.1955.** | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED OCTOBER 2,2015 |
| | **State what the contract or lease is for** | MUSIC LICENSE |
| | **Nature of debtor's interest** | LICENSEE |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

SOUL ASSASSINS, INC.
16000 VENTURA BLVD #600
ENCINO CA 91436

Debtor   **Open Road Films, LLC**                                          Case number *(if known)* **18-12012**

| 2.1956. | Title of contract | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED FEBRUARY 8,2017 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | SOUND CELLAR, LLC 3939 BALLINA DR ENCINO CA 91436 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.1957. | Title of contract | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED NOVEMBER 17,2016 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | SOUNDSCAPES PUBLISHING, INC. 244 MADISON AVE STE 314 NEW YORK NY 10016 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.1958. | Title of contract | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED DECEMBER 13,2013 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | SOUNDSCAPES PUBLISHING, INC. 244 MADISON AVE STE 314 NEW YORK NY 10016 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.1959. | Title of contract | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED MAY 20,2015 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | SOUNDSCAPES PUBLISHING, INC. 244 MADISON AVE STE 314 NEW YORK NY 10016 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.1960. | Title of contract | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED MAY 26,2015 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | SOUNDSCAPES PUBLISHING, INC. 244 MADISON AVE STE 314 NEW YORK NY 10016 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

Debtor   **Open Road Films, LLC**                                            Case number *(if known)* **18-12012**

---

2.1961.  **Title of contract**          COMBINED SYNCHRONIZATION AND MASTER USE          **State the name and mailing address**
                                        LICENSE AGREEMENT DATED JULY 6,2012             **for all other parties with whom the**
                                                                                        **debtor has an executory contract or**
         **State what the contract or**  MUSIC LICENSE                                  **unexpired lease**
         **lease is for**

         **Nature of debtor's interest**  LICENSEE                                       SOUNDSCAPES PUBLISHING, INC.
                                                                                        244 MADISON AVE STE 314
         **State the term remaining**     _____              NEW YORK NY 10016

         **List the contract number of**  _____
         **any government contract**

---

2.1962.  **Title of contract**          COMBINED SYNCHRONIZATION AND MASTER USE          **State the name and mailing address**
                                        LICENSE AGREEMENT DATED APRIL 23,2012           **for all other parties with whom the**
                                                                                        **debtor has an executory contract or**
         **State what the contract or**  MUSIC LICENSE                                  **unexpired lease**
         **lease is for**

         **Nature of debtor's interest**  LICENSEE                                       SOUNDSCAPES PUBLISHING, INC.
                                                                                        244 MADISON AVE STE 314
         **State the term remaining**     _____              NEW YORK NY 10016

         **List the contract number of**  _____
         **any government contract**

---

2.1963.  **Title of contract**          COMBINED SYNCHRONIZATION AND MASTER USE          **State the name and mailing address**
                                        LICENSE AGREEMENT DATED JULY 6,2012             **for all other parties with whom the**
                                                                                        **debtor has an executory contract or**
         **State what the contract or**  MUSIC LICENSE                                  **unexpired lease**
         **lease is for**

         **Nature of debtor's interest**  LICENSEE                                       SOUNDSCAPES PUBLISHING, INC.
                                                                                        244 MADISON AVE STE 314
         **State the term remaining**     _____              NEW YORK NY 10016

         **List the contract number of**  _____
         **any government contract**

---

2.1964.  **Title of contract**          COMBINED SYNCHRONIZATION AND MASTER USE          **State the name and mailing address**
                                        LICENSE AGREEMENT DATED APRIL 23,2012           **for all other parties with whom the**
                                                                                        **debtor has an executory contract or**
         **State what the contract or**  MUSIC LICENSE                                  **unexpired lease**
         **lease is for**

         **Nature of debtor's interest**  LICENSEE                                       SOUNDSCAPES PUBLISHING, INC.
                                                                                        244 MADISON AVE STE 314
         **State the term remaining**     _____              NEW YORK NY 10016

         **List the contract number of**  _____
         **any government contract**

---

2.1965.  **Title of contract**          COMBINED SYNCHRONIZATION AND MASTER USE          **State the name and mailing address**
                                        LICENSE AGREEMENT DATED AUGUST 10,2012          **for all other parties with whom the**
                                                                                        **debtor has an executory contract or**
         **State what the contract or**  MUSIC LICENSE                                  **unexpired lease**
         **lease is for**

         **Nature of debtor's interest**  LICENSEE                                       SOUNDSCAPES PUBLISHING, INC.
                                                                                        244 MADISON AVE STE 314
         **State the term remaining**     _____              NEW YORK NY 10016

         **List the contract number of**  _____
         **any government contract**

---

Debtor   **Open Road Films, LLC**

Case number *(if known)* **18-12012**

---

**2.1966.** **Title of contract**  COMBINED SYNCHRONIZATION AND MASTER USE
LICENSE AGREEMENT DATED JULY 6,2012

**State the name and mailing address
for all other parties with whom the
debtor has an executory contract or
unexpired lease**

**State what the contract or
lease is for**  MUSIC LICENSE

**Nature of debtor's interest**  LICENSEE

SOUNDSCAPES PUBLISHING, INC.
244 MADISON AVE STE 314
NEW YORK NY 10016

**State the term remaining**  _____

**List the contract number of
any government contract**  _____

---

**2.1967.** **Title of contract**  COMBINED SYNCHRONIZATION AND MASTER USE
LICENSE AGREEMENT DATED SEPTEMBER 5,2012

**State the name and mailing address
for all other parties with whom the
debtor has an executory contract or
unexpired lease**

**State what the contract or
lease is for**  MUSIC LICENSE

**Nature of debtor's interest**  LICENSEE

SOUNDSCAPES PUBLISHING, INC.
244 MADISON AVE STE 314
NEW YORK NY 10016

**State the term remaining**  _____

**List the contract number of
any government contract**  _____

---

**2.1968.** **Title of contract**  COMBINED SYNCHRONIZATION AND MASTER USE
LICENSE AGREEMENT DATED AUGUST 30,2012

**State the name and mailing address
for all other parties with whom the
debtor has an executory contract or
unexpired lease**

**State what the contract or
lease is for**  MUSIC LICENSE

**Nature of debtor's interest**  LICENSEE

SOUNDSCAPES PUBLISHING, INC.
244 MADISON AVE STE 314
NEW YORK NY 10016

**State the term remaining**  _____

**List the contract number of
any government contract**  _____

---

**2.1969.** **Title of contract**  FIFTY SHADES OF BLACK - TRAILERS / ADVERTISING -
COMBINED SYNCHRONIZATION AND MASTER USE
LICENSE AGREEMENT DATED DECEMBER 23,2015

**State the name and mailing address
for all other parties with whom the
debtor has an executory contract or
unexpired lease**

**State what the contract or
lease is for**  MUSIC LICENSE

**Nature of debtor's interest**  LICENSEE

SOUNDSCAPES PUBLISHING, INC.
244 MADISON AVE STE 314
NEW YORK NY 10016

**State the term remaining**  _____

**List the contract number of
any government contract**  _____

---

**2.1970.** **Title of contract**  FIFTY SHADES OF BLACK - TRAILERS / ADVERTISING -
COMBINED SYNCHRONIZATION AND MASTER USE
LICENSE AGREEMENT DATED JANUARY 26,2016

**State the name and mailing address
for all other parties with whom the
debtor has an executory contract or
unexpired lease**

**State what the contract or
lease is for**  MUSIC LICENSE

**Nature of debtor's interest**  LICENSEE

SOUNDSCAPES PUBLISHING, INC.
244 MADISON AVE STE 314
NEW YORK NY 10016

**State the term remaining**  _____

**List the contract number of
any government contract**  _____

---

Debtor    **Open Road Films, LLC**                                    Case number *(if known)* **18-12012**

2.1971.  **Title of contract**          COMBINED SYNCHRONIZATION AND MASTER USE      **State the name and mailing address**
                                         LICENSE AGREEMENT DATED JUNE 15,2012          **for all other parties with whom the**
                                                                                       **debtor has an executory contract or**
         **State what the contract or**  MUSIC LICENSE                                 **unexpired lease**
         **lease is for**

         **Nature of debtor's interest**  LICENSEE                                     SOUNDSCAPES PUBLISHING, INC.
                                                                                       244 MADISON AVE STE 314
         **State the term remaining**     _____          NEW YORK NY 10016

         **List the contract number of**  _____
         **any government contract**

2.1972.  **Title of contract**          COMBINED SYNCHRONIZATION AND MASTER USE      **State the name and mailing address**
                                         LICENSE AGREEMENT DATED AUGUST 15,2012        **for all other parties with whom the**
                                                                                       **debtor has an executory contract or**
         **State what the contract or**  MUSIC LICENSE                                 **unexpired lease**
         **lease is for**

         **Nature of debtor's interest**  LICENSEE                                     SOUNDSCAPES PUBLISHING, INC.
                                                                                       244 MADISON AVE STE 314
         **State the term remaining**     _____          NEW YORK NY 10016

         **List the contract number of**  _____
         **any government contract**

2.1973.  **Title of contract**          COMBINED SYNCHRONIZATION AND MASTER USE      **State the name and mailing address**
                                         LICENSE AGREEMENT DATED JUNE 5,2017           **for all other parties with whom the**
                                                                                       **debtor has an executory contract or**
         **State what the contract or**  MUSIC LICENSE                                 **unexpired lease**
         **lease is for**

         **Nature of debtor's interest**  LICENSEE                                     SOUNDSCAPES PUBLISHING, INC.
                                                                                       244 MADISON AVE STE 314
         **State the term remaining**     _____          NEW YORK NY 10016

         **List the contract number of**  _____
         **any government contract**

2.1974.  **Title of contract**          COMBINED SYNCHRONIZATION AND MASTER USE      **State the name and mailing address**
                                         LICENSE AGREEMENT DATED MAY 11,2017           **for all other parties with whom the**
                                                                                       **debtor has an executory contract or**
         **State what the contract or**  MUSIC LICENSE                                 **unexpired lease**
         **lease is for**

         **Nature of debtor's interest**  LICENSEE                                     SOUNDSCAPES PUBLISHING, INC.
                                                                                       244 MADISON AVE STE 314
         **State the term remaining**     _____          NEW YORK NY 10016

         **List the contract number of**  _____
         **any government contract**

2.1975.  **Title of contract**          COMBINED SYNCHRONIZATION AND MASTER USE      **State the name and mailing address**
                                         LICENSE AGREEMENT DATED OCTOBER 17,2013       **for all other parties with whom the**
                                                                                       **debtor has an executory contract or**
         **State what the contract or**  MUSIC LICENSE                                 **unexpired lease**
         **lease is for**

         **Nature of debtor's interest**  LICENSEE                                     SOUNDSCAPES PUBLISHING, INC.
                                                                                       244 MADISON AVE STE 314
         **State the term remaining**     _____          NEW YORK NY 10016

         **List the contract number of**  _____
         **any government contract**

Debtor    **Open Road Films, LLC**                                                        Case number *(if known)* **18-12012**

---

2.1976.  **Title of contract**                COMBINED SYNCHRONIZATION AND MASTER USE        **State the name and mailing address**
                                              LICENSE AGREEMENT DATED SEPTEMBER 12,2013      **for all other parties with whom the**
                                                                                            **debtor has an executory contract or**
         **State what the contract or**       MUSIC LICENSE                                 **unexpired lease**
         **lease is for**

         **Nature of debtor's interest**      LICENSEE                                      SOUNDSCAPES PUBLISHING, INC.
                                                                                            244 MADISON AVE STE 314
         **State the term remaining**         _____      NEW YORK NY 10016

         **List the contract number of**      _____
         **any government contract**

2.1977.  **Title of contract**                COMBINED SYNCHRONIZATION AND MASTER USE        **State the name and mailing address**
                                              LICENSE AGREEMENT DATED MARCH 28,2016          **for all other parties with whom the**
                                                                                            **debtor has an executory contract or**
         **State what the contract or**       MUSIC LICENSE                                 **unexpired lease**
         **lease is for**

         **Nature of debtor's interest**      LICENSEE                                      SOUNDSCAPES PUBLISHING, INC.
                                                                                            244 MADISON AVE STE 314
         **State the term remaining**         _____      NEW YORK NY 10016

         **List the contract number of**      _____
         **any government contract**

2.1978.  **Title of contract**                COMBINED SYNCHRONIZATION AND MASTER USE        **State the name and mailing address**
                                              LICENSE AGREEMENT DATED APRIL 21,2016          **for all other parties with whom the**
                                                                                            **debtor has an executory contract or**
         **State what the contract or**       MUSIC LICENSE                                 **unexpired lease**
         **lease is for**

         **Nature of debtor's interest**      LICENSEE                                      SOUNDSCAPES PUBLISHING, INC.
                                                                                            244 MADISON AVE STE 314
         **State the term remaining**         _____      NEW YORK NY 10016

         **List the contract number of**      _____
         **any government contract**

2.1979.  **Title of contract**                COMBINED SYNCHRONIZATION AND MASTER USE        **State the name and mailing address**
                                              LICENSE AGREEMENT DATED APRIL 1,2016           **for all other parties with whom the**
                                                                                            **debtor has an executory contract or**
         **State what the contract or**       MUSIC LICENSE                                 **unexpired lease**
         **lease is for**

         **Nature of debtor's interest**      LICENSEE                                      SOUNDSCAPES PUBLISHING, INC.
                                                                                            244 MADISON AVE STE 314
         **State the term remaining**         _____      NEW YORK NY 10016

         **List the contract number of**      _____
         **any government contract**

2.1980.  **Title of contract**                ROSEWATER - TRAILERS/ADVERTISING - COMBINED    **State the name and mailing address**
                                              SYNCHRONIZATION AND MASTER USE LICENSE         **for all other parties with whom the**
                                              AGREEMENT DATED AUGUST 27,2014                 **debtor has an executory contract or**
                                                                                            **unexpired lease**
         **State what the contract or**       MUSIC LICENSE
         **lease is for**                                                                    SOUNDSCAPES PUBLISHING, INC.
                                                                                            244 MADISON AVE STE 314
         **Nature of debtor's interest**      LICENSEE                                      NEW YORK NY 10016

         **State the term remaining**         _____

         **List the contract number of**      _____
         **any government contract**

---

Debtor    **Open Road Films, LLC**                                              Case number *(if known)* **18-12012**

---

**2.1981.** **Title of contract**          SABOTAGE - TRAILERS / ADVERTISING - COMBINED          **State the name and mailing address**
                                            SYNCHRONIZATION AND MASTER USE LICENSE              **for all other parties with whom the**
                                            AGREEMENT DATED NOVEMBER 19,2013                    **debtor has an executory contract or**
                                                                                                **unexpired lease**
          **State what the contract or**    MUSIC LICENSE
          **lease is for**                                                                      SOUNDSCAPES PUBLISHING, INC.
                                                                                                244 MADISON AVE STE 314
          **Nature of debtor's interest**   LICENSEE                                            NEW YORK NY 10016

          **State the term remaining**      _____

          **List the contract number of**  _____
          **any government contract**

**2.1982.** **Title of contract**          SABOTAGE - TRAILERS / ADVERTISING - COMBINED          **State the name and mailing address**
                                            SYNCHRONIZATION AND MASTER USE LICENSE              **for all other parties with whom the**
                                            AGREEMENT DATED FEBRUARY 25,2014                    **debtor has an executory contract or**
                                                                                                **unexpired lease**
          **State what the contract or**    MUSIC LICENSE
          **lease is for**                                                                      SOUNDSCAPES PUBLISHING, INC.
                                                                                                244 MADISON AVE STE 314
          **Nature of debtor's interest**   LICENSEE                                            NEW YORK NY 10016

          **State the term remaining**      _____

          **List the contract number of**  _____
          **any government contract**

**2.1983.** **Title of contract**          SILENT HOUSE - TRAILERS / ADVERTISING - COMBINED      **State the name and mailing address**
                                            SYNCHRONIZATION AND MASTER USE LICENSE              **for all other parties with whom the**
                                            AGREEMENT DATED FEBRUARY 29,2012                    **debtor has an executory contract or**
                                                                                                **unexpired lease**
          **State what the contract or**    MUSIC LICENSE
          **lease is for**                                                                      SOUNDSCAPES PUBLISHING, INC.
                                                                                                244 MADISON AVE STE 314
          **Nature of debtor's interest**   LICENSEE                                            NEW YORK NY 10016

          **State the term remaining**      _____

          **List the contract number of**  _____
          **any government contract**

**2.1984.** **Title of contract**          COMBINED SYNCHRONIZATION AND MASTER USE               **State the name and mailing address**
                                            LICENSE AGREEMENT DATED JUNE 22,2015                **for all other parties with whom the**
                                                                                                **debtor has an executory contract or**
                                                                                                **unexpired lease**
          **State what the contract or**    MUSIC LICENSE
          **lease is for**                                                                      SOUNDSCAPES PUBLISHING, INC.
                                                                                                244 MADISON AVE STE 314
          **Nature of debtor's interest**   LICENSEE                                            NEW YORK NY 10016

          **State the term remaining**      _____

          **List the contract number of**  _____
          **any government contract**

**2.1985.** **Title of contract**          THE FLUFFY MOVIE - TRAILERS / ADVERTISING -           **State the name and mailing address**
                                            COMBINED SYNCHRONIZATION AND MASTER USE             **for all other parties with whom the**
                                            LICENSE AGREEMENT DATED APRIL 3,2014                **debtor has an executory contract or**
                                                                                                **unexpired lease**
          **State what the contract or**    MUSIC LICENSE
          **lease is for**                                                                      SOUNDSCAPES PUBLISHING, INC.
                                                                                                244 MADISON AVE STE 314
          **Nature of debtor's interest**   LICENSEE                                            NEW YORK NY 10016

          **State the term remaining**      _____

          **List the contract number of**  _____
          **any government contract**

---

Debtor  **Open Road Films, LLC**                                                          Case number *(if known)* **18-12012**

**2.1986.  Title of contract**          THE GUNMAN - TRAILERS / ADVERTISING - COMBINED          **State the name and mailing address**
                                        SYNCHRONIZATION AND MASTER USE LICENSE                  **for all other parties with whom the**
                                        AGREEMENT DATED MARCH 6,2015                            **debtor has an executory contract or**
                                                                                                **unexpired lease**
**State what the contract or**          MUSIC LICENSE
**lease is for**                                                                                SOUNDSCAPES PUBLISHING, INC.
                                                                                                244 MADISON AVE STE 314
**Nature of debtor's interest**         LICENSEE                                                NEW YORK NY 10016

**State the term remaining**            _____

**List the contract number of**         _____
**any government contract**

**2.1987.  Title of contract**          THE GUNMAN - TRAILERS / ADVERTISING - COMBINED          **State the name and mailing address**
                                        SYNCHRONIZATION AND MASTER USE LICENSE                  **for all other parties with whom the**
                                        AGREEMENT DATED DECEMBER 3,2014                         **debtor has an executory contract or**
                                                                                                **unexpired lease**
**State what the contract or**          MUSIC LICENSE
**lease is for**                                                                                SOUNDSCAPES PUBLISHING, INC.
                                                                                                244 MADISON AVE STE 314
**Nature of debtor's interest**         LICENSEE                                                NEW YORK NY 10016

**State the term remaining**            _____

**List the contract number of**         _____
**any government contract**

**2.1988.  Title of contract**          COMBINED SYNCHRONIZATION AND MASTER USE                 **State the name and mailing address**
                                        LICENSE AGREEMENT DATED FEBRUARY 12,2013                **for all other parties with whom the**
                                                                                                **debtor has an executory contract or**
                                                                                                **unexpired lease**
**State what the contract or**          MUSIC LICENSE
**lease is for**                                                                                SOUNDSCAPES PUBLISHING, INC.
                                                                                                244 MADISON AVE STE 314
**Nature of debtor's interest**         LICENSEE                                                NEW YORK NY 10016

**State the term remaining**            _____

**List the contract number of**         _____
**any government contract**

**2.1989.  Title of contract**          COMBINED SYNCHRONIZATION AND MASTER USE                 **State the name and mailing address**
                                        LICENSE AGREEMENT DATED OCTOBER 31,2012                 **for all other parties with whom the**
                                                                                                **debtor has an executory contract or**
                                                                                                **unexpired lease**
**State what the contract or**          MUSIC LICENSE
**lease is for**                                                                                SOUNDSCAPES PUBLISHING, INC.
                                                                                                244 MADISON AVE STE 314
**Nature of debtor's interest**         LICENSEE                                                NEW YORK NY 10016

**State the term remaining**            _____

**List the contract number of**         _____
**any government contract**

**2.1990.  Title of contract**          COMBINED SYNCHRONIZATION AND MASTER USE                 **State the name and mailing address**
                                        LICENSE AGREEMENT DATED FEBRUARY 7,2013                 **for all other parties with whom the**
                                                                                                **debtor has an executory contract or**
                                                                                                **unexpired lease**
**State what the contract or**          MUSIC LICENSE
**lease is for**                                                                                SOUNDSCAPES PUBLISHING, INC.
                                                                                                244 MADISON AVE STE 314
**Nature of debtor's interest**         LICENSEE                                                NEW YORK NY 10016

**State the term remaining**            _____

**List the contract number of**         _____
**any government contract**

Debtor    **Open Road Films, LLC**

Case number *(if known)* **18-12012**

| 2.1991. | Title of contract | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED NOVEMBER 25,2014 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | SOUNDSCAPES PUBLISHING, INC. 244 MADISON AVE STE 314 NEW YORK NY 10016 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.1992. | Title of contract | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED OCTOBER 22,2015 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | SOUNDSCAPES PUBLISHING, INC. 244 MADISON AVE STE 314 NEW YORK NY 10016 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.1993. | Title of contract | INVOICE NO. 5394-0 DATED SEPTEMBER 7,2011 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | SOUNDSCAPES PUBLISHING, INC. 244 MADISON AVE STE 314 NEW YORK NY 10016 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.1994. | Title of contract | DISTRIBUTION RIGHTS ACQUISITION AGREEMENT DATED MAY 20, 2013 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | ACQUISITION AGREEMENT | |
| | Nature of debtor's interest | DISTRIBUTOR | SOUS CHEF, LLC 3835 EAST THOUSAND OAKS BLVD THOUSAND OAKS CA 91362 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.1995. | Title of contract | AMENDMENT #1 TO AGREEMENT DATED FEBRUARY 14, 2014 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | ACQUISITION AGREEMENT | |
| | Nature of debtor's interest | DISTRIBUTOR | SOUS CHEF, LLC 3835 EAST THOUSAND OAKS BLVD THOUSAND OAKS CA 91362 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

Debtor **Open Road Films, LLC**                                         Case number *(if known)* **18-12012**

| 2.1996. | Title of contract | SYNCHRONIZATION AND MASTER AGREEMENT DATED DECEMBER 17,2014 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | SOUTH FIFTH AVENUE PUBLISHING; HOWE RECORDS, LLC 25 WOODLAND DR GREENWICH CT 06830 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.1997. | Title of contract | MUSIC SYNCHRONIZATION LICENSE DATED APRIL 27, 2018 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | SOUTHERN MUSIC PUBLISHING 901 W ALAMEDA AVE STE 108 BURBANK CA 91506 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.1998. | Title of contract | MUSIC SYNCHRONIZATION LICENSE DATED APRIL 27,2018 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | SOUTHERN MUSIC PUBLISHING CO. 901 W ALAMEDA AVE STE 108 BURBANK CA 91506 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.1999. | Title of contract | ROSEWATER - TRAILERS/ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED NOVEMBER 7,2014 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | SPARKS AND SHADOWS, LLC 1880 CENTRY PK EAST STE 1600 LOS ANGELES CA 90067 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.2000. | Title of contract | AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | ACQUISITION AGREEMENT | |
| | Nature of debtor's interest | DISTRIBUTOR | SPEGS, LLC (F/S/O STEPHENIE MEYER) 9336 CIVIC CTR DR BEVERLY HILLS CA 90210 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

Debtor **Open Road Films, LLC**                                                                    Case number *(if known)* **18-12012**

| 2.2001. | Title of contract | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED SEPTEMBER 13,2016 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | SPEGS, LLC (F/S/O STEPHENIE MEYER) |
| | State the term remaining | _____ | 9336 CIVIC CTR DR BEVERLY HILLS CA 90210 |
| | List the contract number of any government contract | _____ | |

| 2.2002. | Title of contract | LETTER AGREEMENT DATED AUGUST 7,2013 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | SPIRIT ONE MUSIC O/B/O SPIRIT SERVICES HOLDINGS, S.À.R.L., |
| | State the term remaining | _____ | SUOLUBAF MUSIC (A DIVISION OF FABULOUS MUSIC, LTD.) & ABKCO MUSIC, INC. |
| | List the contract number of any government contract | _____ | 235 WEST 23RD ST 4TH FL NEW YORK NY 10011 |

| 2.2003. | Title of contract | AGREEMENT DATED FEBRUARY 2,2018 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | SPIRIT ONE MUSIC, INC. O/B/O SONGS OF GLOBAL |
| | State the term remaining | _____ | ENTERTAINMENT (BMI) O/B/O GLOBAL TALENT PUBLISHING, LTD. |
| | List the contract number of any government contract | _____ | 235 WEST 23RD ST 4TH FL NEW YORK NY 10011 |

| 2.2004. | Title of contract | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED MAY 8,2018 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | SPM MUSIC GROUP, LLC 4470 W SUNSET BLVD |
| | State the term remaining | _____ | STE 90160 LOS ANGELES CA 90027 |
| | List the contract number of any government contract | _____ | |

| 2.2005. | Title of contract | DISTRIBUTION RIGHTS ACQUISITION AGREEMENT DATED OCTOBER 15, 2014 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | ACQUISITION AGREEMENT | |
| | Nature of debtor's interest | DISTRIBUTOR | SPOTLIGHT FILM, LLC 331 FOOTHILL RD 3RD FL BEVERLY HILLS CA 90210 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

Debtor **Open Road Films, LLC**                                                                Case number *(if known)* **18-12012**

| 2.2006. | **Title of contract** | AMENDMENT NO. 1 TO AGREEMENT DISTRIBUTION RIGHTS ACQUISITION AGREEMENT DATED MARCH 27, 2015 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ACQUISITION AGREEMENT | |
| | **Nature of debtor's interest** | DISTRIBUTOR | SPOTLIGHT FILM, LLC 331 FOOTHILL RD 3RD FL BEVERLY HILLS CA 90210 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.2007. | **Title of contract** | AMENDMENT NO. 2 TO AGREEMENT DISTRIBUTION RIGHTS ACQUISITION AGREEMENT DATED SEPTEMBER 11, 2015 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ACQUISITION AGREEMENT | |
| | **Nature of debtor's interest** | DISTRIBUTOR | SPOTLIGHT FILM, LLC 331 FOOTHILL RD 3RD FL BEVERLY HILLS CA 90210 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.2008. | **Title of contract** | AMENDMENT NO. 3 TO AGREEMENT DISTRIBUTION RIGHTS ACQUISITION AGREEMENT DATED MARCH 10, 2016 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ACQUISITION AGREEMENT | |
| | **Nature of debtor's interest** | DISTRIBUTOR | SPOTLIGHT FILM, LLC 331 FOOTHILL RD 3RD FL BEVERLY HILLS CA 90210 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.2009. | **Title of contract** | AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | VENDOR AGREEMENT - LIBRARY ASSET HOLDER | |
| | **Nature of debtor's interest** | CUSTOMER/ASSET OWNER | STAMPEDE POST PRODUCTIONS, INC. 816 NORTH HIGHLAND AVE LOS ANGELES CA 90038 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.2010. | **Title of contract** | AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | VENDOR AGREEMENT | |
| | **Nature of debtor's interest** | CUSTOMER | STAPLES BUSINESS ADVANTAGE PO BOX 83689 CHICAGO IL 60696 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

Debtor    **Open Road Films, LLC**                                                                      Case number *(if known)* **18-12012**

2.2011.  **Title of contract**              AGREEMENT                                      State the name and mailing address
                                                                                            for all other parties with whom the
         **State what the contract or**     VENDOR AGREEMENT                                debtor has an executory contract or
         **lease is for**                                                                   unexpired lease

         **Nature of debtor's interest**    CUSTOMER                                        STARPIX, LTD.
                                                                                            4 BEACON WAY STE 1811
         **State the term remaining**       _____             JERSEY CITY NJ 07304

         **List the contract number of**    _____
         **any government contract**

2.2012.  **Title of contract**              AGREEMENT                                       State the name and mailing address
                                                                                            for all other parties with whom the
         **State what the contract or**     VENDOR AGREEMENT                                debtor has an executory contract or
         **lease is for**                                                                   unexpired lease

         **Nature of debtor's interest**    CUSTOMER                                        STARWORKS ARTISTS
                                                                                            440 N LABREA AVE
         **State the term remaining**       _____             LOS ANGELES CA 90036

         **List the contract number of**    _____
         **any government contract**

2.2013.  **Title of contract**              LICENSE AGREEMENT DATED MAY 9,2014             State the name and mailing address
                                                                                            for all other parties with whom the
         **State what the contract or**     EXPLOITATION AGREEMENT                          debtor has an executory contract or
         **lease is for**                                                                   unexpired lease

         **Nature of debtor's interest**    LICENSOR                                        STARZ ENTERTAINMENT, LLC
                                                                                            9242 BEVERLY BLVD
         **State the term remaining**       _____             BEVERLY HILLS CA 90210

         **List the contract number of**    _____
         **any government contract**

2.2014.  **Title of contract**              NOTICE OF CONSENT AND IRREVOCABLE ASSIGNMENT    State the name and mailing address
                                            DATED APRIL 20,2015                             for all other parties with whom the
                                                                                            debtor has an executory contract or
         **State what the contract or**     EXPLOITATION AGREEMENT                          unexpired lease
         **lease is for**
                                                                                            STARZ ENTERTAINMENT, LLC
         **Nature of debtor's interest**    LICENSOR                                        9242 BEVERLY BLVD
                                                                                            BEVERLY HILLS CA 90210
         **State the term remaining**       _____

         **List the contract number of**    _____
         **any government contract**

2.2015.  **Title of contract**              LICENSE AGREEMENT DATED JUNE 3,2016            State the name and mailing address
                                                                                            for all other parties with whom the
         **State what the contract or**     EXPLOITATION AGREEMENT                          debtor has an executory contract or
         **lease is for**                                                                   unexpired lease

         **Nature of debtor's interest**    LICENSOR                                        STARZ ENTERTAINMENT, LLC
                                                                                            9242 BEVERLY BLVD
         **State the term remaining**       _____             BEVERLY HILLS CA 90210

         **List the contract number of**    _____
         **any government contract**

Debtor **Open Road Films, LLC**                                          Case number *(if known)* **18-12012**

| | | |
|---|---|---|
| 2.2016. | **Title of contract** | NOTICE OF CONSENT AND IRREVOCABLE ASSIGNMENT DATED JUNE 3,2016 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |

2.2016. **Title of contract** — NOTICE OF CONSENT AND IRREVOCABLE ASSIGNMENT DATED JUNE 3,2016

**State what the contract or lease is for** — EXPLOITATION AGREEMENT

**Nature of debtor's interest** — LICENSOR

**State the term remaining** — _____

**List the contract number of any government contract** — _____

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

STARZ ENTERTAINMENT, LLC
9242 BEVERLY BLVD
BEVERLY HILLS CA 90210

---

2.2017. **Title of contract** — LICENSE AGREEMENT - "KILLER ELITE", "THE GREY", "SILENT HOUSE", "A HAUNTED HOUSE", "THE HOST", "MACHETE KILLS", "HIT & RUN", "END OF WATCH", "SIDE EFFECTS", "SILENT HILL", "JOBS", "HOMEFRONT" DATED MAY 9,2014

**State what the contract or lease is for** — EXPLOITATION AGREEMENT

**Nature of debtor's interest** — LICENSOR

**State the term remaining** — _____

**List the contract number of any government contract** — _____

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

STARZ ENTERTAINMENT, LLC
9242 BEVERLY BLVD
BEVERLY HILLS CA 90210

---

2.2018. **Title of contract** — LICENSE AGREEMENT - "TRIPLE NINE", "DOPE", "SABOTAGE", "MARSHALL", "A HAUNTED HOUSE 2", "THE NUT JOB", "THE LOFT", "CHEF", "ROCK THE KASBAH", "LITTLE BOY", "NIGHTCRAWLER, "ROSEWATER", AND "THE FLUFFY MOVIE" DATED JUNE 3,2016

**State what the contract or lease is for** — EXPLOITATION AGREEMENT

**Nature of debtor's interest** — LICENSOR

**State the term remaining** — _____

**List the contract number of any government contract** — _____

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

STARZ ENTERTAINMENT, LLC
9242 BEVERLY BLVD
BEVERLY HILLS CA 90210

---

2.2019. **Title of contract** — LICENSE AGREEMENT - 21 TITLES DATED JULY 12,2018

**State what the contract or lease is for** — EXPLOITATION AGREEMENT

**Nature of debtor's interest** — LICENSOR

**State the term remaining** — _____

**List the contract number of any government contract** — _____

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

STARZ ENTERTAINMENT, LLC
9242 BEVERLY BLVD
BEVERLY HILLS CA 90210

---

2.2020. **Title of contract** — COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED MAY 20,2015

**State what the contract or lease is for** — MUSIC LICENSE

**Nature of debtor's interest** — LICENSEE

**State the term remaining** — _____

**List the contract number of any government contract** — _____

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

STATIC MUSIC, INC.
1726 WELLESLEY DR
SANTA MONICA CA 90405

---

Debtor    **Open Road Films, LLC**                                                                   Case number *(if known)* **18-12012**

| | | |
|---|---|---|
| 2.2021. | **Title of contract** | LICENSE AGREEMENT DATED OCTOBER 10,2013 |
| | **State what the contract or lease is for** | MUSIC LICENSE |
| | **Nature of debtor's interest** | LICENSEE |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

STATIC MUSIC, INC.
1726 WELLESLEY DR
SANTA MONICA CA 90405

| | | |
|---|---|---|
| 2.2022. | **Title of contract** | THE NUT JOB 2 - TRAILERS/ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED MAY 11,2017 |
| | **State what the contract or lease is for** | MUSIC LICENSE |
| | **Nature of debtor's interest** | LICENSEE |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

STATIC MUSIC, INC.
1726 WELLESLEY DR
SANTA MONICA CA 90405

| | | |
|---|---|---|
| 2.2023. | **Title of contract** | MASTER USE LICENSE AGREEMENT DATED JULY 31,2013 |
| | **State what the contract or lease is for** | MUSIC LICENSE |
| | **Nature of debtor's interest** | LICENSEE |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

STEEL SYNCH
133 W 17TH ST #4C
NEW YORK NY 10011

| | | |
|---|---|---|
| 2.2024. | **Title of contract** | SILENT HILL: REVELATION 3D - TRAILERS / ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED OCTOBER 23,2012 |
| | **State what the contract or lease is for** | MUSIC LICENSE |
| | **Nature of debtor's interest** | LICENSEE |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

STEEZ PROMO, LLC
404 HILLEN RD
TOWSON MD 21286

| | | |
|---|---|---|
| 2.2025. | **Title of contract** | SILENT HOUSE - TRAILERS / ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED JANUARY 5,2012 |
| | **State what the contract or lease is for** | MUSIC LICENSE |
| | **Nature of debtor's interest** | LICENSEE |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

STEPHEN SOUDER / MASSIVE NOISE MACHINE
36 BEVERLY RD
MADISON NJ 07940

Debtor    **Open Road Films, LLC**

Case number *(if known)* **18-12012**

---

**2.2026.**  **Title of contract**

THE GREY - TRAILERS / ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED JANUARY 10,2012

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**

MUSIC LICENSE

STEPHEN SOUDER / MASSIVE NOISE MACHINE
36 BEVERLY RD
MADISON NJ 07940

**Nature of debtor's interest**

LICENSEE

**State the term remaining**    _____

**List the contract number of any government contract**    _____

---

**2.2027.**  **Title of contract**

COMBINED SYNCHRONIZATION AND MASTER USE LICENSE DATED JANUARY 14,2013

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**

MUSIC LICENSE

STEPHEN SOUNDER/MASSIVE NOISE MACHINE
36 BEVERLY RD
MADISON NJ 07940

**Nature of debtor's interest**

LICENSEE

**State the term remaining**    _____

**List the contract number of any government contract**    _____

---

**2.2028.**  **Title of contract**

COMBINED SYNCHRONIZATION AND MASTER USE LICENSE DATED JANUARY 14,2013

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**

MUSIC LICENSE

STEPHEN SOUNDER/MASSIVE NOISE MACHINE
36 BEVERLY RD
MADISON NJ 07940

**Nature of debtor's interest**

LICENSEE

**State the term remaining**    _____

**List the contract number of any government contract**    _____

---

**2.2029.**  **Title of contract**

COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED MARCH 15,2016

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**

MUSIC LICENSE

STEVE BUSCH
4236 ARCH DR 301
STUDIO CITY CA 91604

**Nature of debtor's interest**

LICENSEE

**State the term remaining**    _____

**List the contract number of any government contract**    _____

---

**2.2030.**  **Title of contract**

NIGHTCRAWLER - TRAILERS/ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED JULY 15,2014

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**

MUSIC LICENSE

STREET QUALITY ENTERTAINMENT, LTD.
400-1112 FORT ST
VICTORIA, BC V8V 3K8
CANADA

**Nature of debtor's interest**

LICENSEE

**State the term remaining**    _____

**List the contract number of any government contract**    _____

---

Debtor    **Open Road Films, LLC**                                                                  Case number *(if known)* **18-12012**

---

**2.2031.**  **Title of contract**                    ROSEWATER - TRAILERS/ADVERTISING - COMBINED      State the name and mailing address
                                                       SYNCHRONIZATION AND MASTER USE LICENSE           for all other parties with whom the
                                                       AGREEMENT DATED NOVEMBER 11,2014                 debtor has an executory contract or
                                                                                                        unexpired lease
          **State what the contract or**    MUSIC LICENSE
          **lease is for**                                                                              STRUCTURE MUSIC
                                                                                                        3169 S BENTLEY AVE
          **Nature of debtor's interest**   LICENSEE                                                    LOS ANGELES CA 90034

          **State the term remaining**      _____

          **List the contract number of**   _____
          **any government contract**

**2.2032.**  **Title of contract**                    COMBINED SYNCHRONIZATION AND MASTER USE          State the name and mailing address
                                                       LICENSE DATED OCTOBER 16,2012                    for all other parties with whom the
                                                                                                        debtor has an executory contract or
          **State what the contract or**    MUSIC LICENSE                                               unexpired lease
          **lease is for**
                                                                                                        STRUCTURE MUSIC
          **Nature of debtor's interest**   LICENSEE                                                    3169 S BENTLEY AVE
                                                                                                        LOS ANGELES CA 90034
          **State the term remaining**      _____

          **List the contract number of**   _____
          **any government contract**

**2.2033.**  **Title of contract**                    AGREEMENT                                        State the name and mailing address
                                                                                                        for all other parties with whom the
          **State what the contract or**    VENDOR AGREEMENT                                            debtor has an executory contract or
          **lease is for**                                                                              unexpired lease

          **Nature of debtor's interest**   CUSTOMER                                                    STUDIO MOVIE GRILL HOLDINGS,
                                                                                                        LLC
          **State the term remaining**      _____                                8350 NORTH CENTRAL EXPWY STE
                                                                                                        400
          **List the contract number of**   _____                                DALLAS TX 75206
          **any government contract**

**2.2034.**  **Title of contract**                    BINDING TERM SHEET DATED APRIL 30, 2014          State the name and mailing address
                                                                                                        for all other parties with whom the
          **State what the contract or**    ACQUISITION AGREEMENT                                       debtor has an executory contract or
          **lease is for**                                                                              unexpired lease

          **Nature of debtor's interest**   DISTRIBUTOR                                                 STUDIOCANAL, S.A.
                                                                                                        1 PLACE DE SPECTACLE
          **State the term remaining**      _____                                92 130 ISSY LES MOULINEAUX
                                                                                                        FRANCE
          **List the contract number of**   _____
          **any government contract**

**2.2035.**  **Title of contract**                    ADDENDUM TO BINDING TERM SHEET DATED APRIL 30,   State the name and mailing address
                                                       2014                                             for all other parties with whom the
                                                                                                        debtor has an executory contract or
          **State what the contract or**    ACQUISITION AGREEMENT                                       unexpired lease
          **lease is for**
                                                                                                        STUDIOCANAL, S.A.
          **Nature of debtor's interest**   DISTRIBUTOR                                                 1 PLACE DE SPECTACLE
                                                                                                        92 130 ISSY LES MOULINEAUX
          **State the term remaining**      _____                                FRANCE

          **List the contract number of**   _____
          **any government contract**

---

Debtor    **Open Road Films, LLC**                                           Case number *(if known)* **18-12012**

| 2.2036. | **Title of contract** | SYNCHRONIZATION LICENSE AGREEMENT DATED FEBRUARY 3,2016 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | SUGAROO!, LLC<br>3650 HELMS AVE<br>CULVER CITY CA 90232 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.2037. | **Title of contract** | TRAILER SYNCHRONIZATION LICENSE DATED SEPTEMBER 12,2013 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | SUMMY-BIRCHARD COMPANY C/O WARNER CHAPPELL MUSIC<br>10585 SANTA MONICA BLVD<br>LOS ANGELES CA 90025 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.2038. | **Title of contract** | LETTER AGREEMENT DATED SEPTEMBER 20,2011 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | EXPLOITATION AGREEMENT | |
| | **Nature of debtor's interest** | LICENSOR | SWANK MOTION PICTURES, INC.<br>10795 WATSON ROAD<br>ST. LOUIS MO 63127-1012 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.2039. | **Title of contract** | DEAL MEMO DATED MARCH 16,2012 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | EXPLOITATION AGREEMENT | |
| | **Nature of debtor's interest** | LICENSOR | SWANK MOTION PICTURES, INC.<br>10795 WATSON ROAD<br>ST. LOUIS MO 63127-1012 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.2040. | **Title of contract** | DEAL MEMO DATED DECEMBER 15,2011 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | EXPLOITATION AGREEMENT | |
| | **Nature of debtor's interest** | LICENSOR | SWANK MOTION PICTURES, INC.<br>10795 WATSON ROAD<br>ST. LOUIS MO 63127-1012 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

Debtor **Open Road Films, LLC**                                                          Case number *(if known)* **18-12012**

**2.2041.** Title of contract | DEAL MEMO DATED JANUARY 1,2012 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

State what the contract or lease is for | EXPLOITATION AGREEMENT

Nature of debtor's interest | LICENSOR | SWANK MOTION PICTURES, INC.
10795 WATSON ROAD
State the term remaining | _____ | ST. LOUIS MO 63127-1012

List the contract number of any government contract | _____

**2.2042.** Title of contract | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

State what the contract or lease is for | VENDOR AGREEMENT

Nature of debtor's interest | CUSTOMER | SWISHER PRODUCTIONS, LLC
1438 N. GOWER STREET
State the term remaining | _____ | BOX 3
HOLLYWOOD CA 90028

List the contract number of any government contract | _____

**2.2043.** Title of contract | NIGHTCRAWLER - TRAILERS/ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED AUGUST 19,2014 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

State what the contract or lease is for | MUSIC LICENSE | SWITCH ENTERTAINMENT, INC.
7119 W SUNSET BLVD 774
Nature of debtor's interest | LICENSEE | LOS ANGELES CA 90046

State the term remaining | _____

List the contract number of any government contract | _____

**2.2044.** Title of contract | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED APRIL 27, 2018 COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED MAY 25, 2018 COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED APRIL 16, 2018 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

SYNCHRONIC, LLC
6922 HOLLYWOOD BLVD 12TH FLR
State what the contract or lease is for | MUSIC LICENSE | LOS ANGELES CA 90028

Nature of debtor's interest | LICENSEE

State the term remaining | _____

List the contract number of any government contract | _____

**2.2045.** Title of contract | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

State what the contract or lease is for | VENDOR AGREEMENT

SYNCHRONIC, LLC
Nature of debtor's interest | CUSTOMER | 6922 HOLLYWOOD BLVD 12TH FLR
LOS ANGELES CA 90028
State the term remaining | _____

List the contract number of any government contract | _____

Debtor    **Open Road Films, LLC**                                    Case number *(if known)* **18-12012**

| | | |
|---|---|---|
| **2.2046.** | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT (TRAILERS/ADVERTISING) "FLUTTER RIP" DATED NOVEMBER 30,2012 |
| | **State what the contract or lease is for** | MUSIC LICENSE |
| | **Nature of debtor's interest** | LICENSEE |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

SYNCHRONIC, LLC
6922 HOLLYWOOD BLVD 12TH FLR
LOS ANGELES CA 90028

| | | |
|---|---|---|
| **2.2047.** | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT (TRAILERS/ADVERTISING) "GHOST VOICE, GOVERNMENT CHEESE, GORILLA ATTACK, HORRIFIC SHOCKERS 01" DATED DECEMBER 19,2012 |
| | **State what the contract or lease is for** | MUSIC LICENSE |
| | **Nature of debtor's interest** | LICENSEE |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

SYNCHRONIC, LLC
6922 HOLLYWOOD BLVD 12TH FLR
LOS ANGELES CA 90028

| | | |
|---|---|---|
| **2.2048.** | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED JULY 30,2018 |
| | **State what the contract or lease is for** | MUSIC LICENSE |
| | **Nature of debtor's interest** | LICENSEE |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

SYNCHRONIC, LLC
6922 HOLLYWOOD BLVD 12TH FLR
LOS ANGELES CA 90028

| | | |
|---|---|---|
| **2.2049.** | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED MAY 8,2018 |
| | **State what the contract or lease is for** | MUSIC LICENSE |
| | **Nature of debtor's interest** | LICENSEE |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

SYNCHRONIC, LLC
6922 HOLLYWOOD BLVD 12TH FLR
LOS ANGELES CA 90028

| | | |
|---|---|---|
| **2.2050.** | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED JANUARY 8,2014 |
| | **State what the contract or lease is for** | MUSIC LICENSE |
| | **Nature of debtor's interest** | LICENSEE |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

SYNCHRONIC, LLC
6922 HOLLYWOOD BLVD 12TH FLR
LOS ANGELES CA 90028

Debtor    **Open Road Films, LLC**                                                    Case number *(if known)* **18-12012**

| 2.2051. | Title of contract | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED NOVEMBER 19,2013 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | SYNCHRONIC, LLC 6922 HOLLYWOOD BLVD 12TH FLR LOS ANGELES CA 90028 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.2052. | Title of contract | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED AUGUST 17,2012 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | SYNCHRONIC, LLC 6922 HOLLYWOOD BLVD 12TH FLR LOS ANGELES CA 90028 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.2053. | Title of contract | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED NOVEMBER 5,2013 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | SYNCHRONIC, LLC 6922 HOLLYWOOD BLVD 12TH FLR LOS ANGELES CA 90028 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.2054. | Title of contract | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED MAY 25,2018 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | SYNCHRONIC, LLC 6922 HOLLYWOOD BLVD 12TH FLR LOS ANGELES CA 90028 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.2055. | Title of contract | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED APRIL 27,2018 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | SYNCHRONIC, LLC 6922 HOLLYWOOD BLVD 12TH FLR LOS ANGELES CA 90028 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

Debtor **Open Road Films, LLC**                                                    Case number *(if known)* **18-12012**

| 2.2056. | Title of contract | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED SEPTEMBER 7,2018 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | SYNCHRONIC, LLC<br>6922 HOLLYWOOD BLVD 12TH FLR<br>LOS ANGELES CA 90028 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.2057. | Title of contract | NIGHTCRAWLER - TRAILERS/ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED OCTOBER 24,2014 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | SYNCHRONIC, LLC<br>6922 HOLLYWOOD BLVD 12TH FLR<br>LOS ANGELES CA 90028 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.2058. | Title of contract | NIGHTCRAWLER - TRAILERS/ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED SEPTEMBER 26,2014 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | SYNCHRONIC, LLC<br>6922 HOLLYWOOD BLVD 12TH FLR<br>LOS ANGELES CA 90028 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.2059. | Title of contract | THE NUT JOB 2 - TRAILERS/ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED DECEMBER 21,2016 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | SYNCHRONIC, LLC<br>6922 HOLLYWOOD BLVD 12TH FLR<br>LOS ANGELES CA 90028 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.2060. | Title of contract | THE NUT JOB 2 - TRAILERS/ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED MAY 11,2017 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | SYNCHRONIC, LLC<br>6922 HOLLYWOOD BLVD 12TH FLR<br>LOS ANGELES CA 90028 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

Debtor    **Open Road Films, LLC**                                         Case number *(if known)* **18-12012**

**2.2061.** **Title of contract**          SABOTAGE - TRAILERS / ADVERTISING - COMBINED        State the name and mailing address
                                           SYNCHRONIZATION AND MASTER USE LICENSE           for all other parties with whom the
                                           AGREEMENT DATED FEBRUARY 24,2014                 debtor has an executory contract or
                                                                                            unexpired lease

         **State what the contract or**    MUSIC LICENSE
         **lease is for**                                                                   SYNCHRONIC, LLC
                                                                                            6922 HOLLYWOOD BLVD 12TH FLR
         **Nature of debtor's interest**   LICENSEE                                         LOS ANGELES CA 90028

         **State the term remaining**      _____

         **List the contract number of**   _____
         **any government contract**

**2.2062.** **Title of contract**          SHOW DOGS - TRAILERS / ADVERTISING - COMBINED      State the name and mailing address
                                           SYNCHRONIZATION AND MASTER USE LICENSE           for all other parties with whom the
                                           AGREEMENT DATED MARCH 7,2018                     debtor has an executory contract or
                                                                                            unexpired lease

         **State what the contract or**    MUSIC LICENSE
         **lease is for**                                                                   SYNCHRONIC, LLC
                                                                                            6922 HOLLYWOOD BLVD 12TH FLR
         **Nature of debtor's interest**   LICENSEE                                         LOS ANGELES CA 90028

         **State the term remaining**      _____

         **List the contract number of**   _____
         **any government contract**

**2.2063.** **Title of contract**          SHOW DOGS - TRAILERS / ADVERTISING - COMBINED      State the name and mailing address
                                           SYNCHRONIZATION AND MASTER USE LICENSE           for all other parties with whom the
                                           AGREEMENT DATED APRIL 16,2018                    debtor has an executory contract or
                                                                                            unexpired lease

         **State what the contract or**    MUSIC LICENSE
         **lease is for**                                                                   SYNCHRONIC, LLC
                                                                                            6922 HOLLYWOOD BLVD 12TH FLR
         **Nature of debtor's interest**   LICENSEE                                         LOS ANGELES CA 90028

         **State the term remaining**      _____

         **List the contract number of**   _____
         **any government contract**

**2.2064.** **Title of contract**          SILENT HILL: REVELATION 3D - TRAILERS / ADVERTISING   State the name and mailing address
                                           - COMBINED SYNCHRONIZATION AND MASTER USE        for all other parties with whom the
                                           LICENSE AGREEMENT DATED OCTOBER 8,2012           debtor has an executory contract or
                                                                                            unexpired lease

         **State what the contract or**    MUSIC LICENSE
         **lease is for**                                                                   SYNCHRONIC, LLC
                                                                                            6922 HOLLYWOOD BLVD 12TH FLR
         **Nature of debtor's interest**   LICENSEE                                         LOS ANGELES CA 90028

         **State the term remaining**      _____

         **List the contract number of**   _____
         **any government contract**

**2.2065.** **Title of contract**          SILENT HILL: REVELATION 3D - TRAILERS / ADVERTISING   State the name and mailing address
                                           - COMBINED SYNCHRONIZATION AND MASTER USE        for all other parties with whom the
                                           LICENSE AGREEMENT DATED OCTOBER 10,2012          debtor has an executory contract or
                                                                                            unexpired lease

         **State what the contract or**    MUSIC LICENSE
         **lease is for**                                                                   SYNCHRONIC, LLC
                                                                                            6922 HOLLYWOOD BLVD 12TH FLR
         **Nature of debtor's interest**   LICENSEE                                         LOS ANGELES CA 90028

         **State the term remaining**      _____

         **List the contract number of**   _____
         **any government contract**

Debtor   **Open Road Films, LLC**                                    Case number *(if known)* **18-12012**

| 2.2066. | Title of contract | SILENT HILL: REVELATION 3D - TRAILERS / ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED OCTOBER 17,2012 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | SYNCHRONIC, LLC 6922 HOLLYWOOD BLVD 12TH FLR LOS ANGELES CA 90028 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.2067. | Title of contract | AGREEMENT DATED OCTOBER 11,2012 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | SYNCHRONIC, LLC 6922 HOLLYWOOD BLVD 12TH FLR LOS ANGELES CA 90028 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.2068. | Title of contract | SILENT HOUSE - TRAILERS / ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED FEBRUARY 29,2012 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | SYNCHRONIC, LLC 6922 HOLLYWOOD BLVD 12TH FLR LOS ANGELES CA 90028 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.2069. | Title of contract | SLEEPLESS - TRAILERS / ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED SEPTEMBER 20,2016 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | SYNCHRONIC, LLC 6922 HOLLYWOOD BLVD 12TH FLR LOS ANGELES CA 90028 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.2070. | Title of contract | SLEEPLESS - TRAILERS / ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED DECEMBER 1,2016 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | SYNCHRONIC, LLC 6922 HOLLYWOOD BLVD 12TH FLR LOS ANGELES CA 90028 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

Debtor    **Open Road Films, LLC**                                                                    Case number *(if known)* **18-12012**

**2.2071.**  **Title of contract**                SLEEPLESS - TRAILERS / ADVERTISING - COMBINED          **State the name and mailing address**
                                                  SYNCHRONIZATION AND MASTER USE LICENSE                 **for all other parties with whom the**
                                                  AGREEMENT DATED SEPTEMBER 20,2016                      **debtor has an executory contract or**
                                                                                                         **unexpired lease**
             **State what the contract or**       MUSIC LICENSE
             **lease is for**                                                                            SYNCHRONIC, LLC
                                                                                                         6922 HOLLYWOOD BLVD 12TH FLR
             **Nature of debtor's interest**      LICENSEE                                               LOS ANGELES CA 90028

             **State the term remaining**         _____

             **List the contract number of**      _____
             **any government contract**

**2.2072.**  **Title of contract**                COMBINED SYNCHRONIZATION AND MASTER USE                **State the name and mailing address**
                                                  LICENSE AGREEMENT DATED JULY 12,2016                   **for all other parties with whom the**
                                                                                                         **debtor has an executory contract or**
                                                                                                         **unexpired lease**
             **State what the contract or**       MUSIC LICENSE
             **lease is for**                                                                            SYNCHRONIC, LLC
                                                                                                         6922 HOLLYWOOD BLVD 12TH FLR
             **Nature of debtor's interest**      LICENSEE                                               LOS ANGELES CA 90028

             **State the term remaining**         _____

             **List the contract number of**      _____
             **any government contract**

**2.2073.**  **Title of contract**                COMBINED SYNCHRONIZATION AND MASTER USE                **State the name and mailing address**
                                                  LICENSE AGREEMENT DATED JUNE 22,2015                   **for all other parties with whom the**
                                                                                                         **debtor has an executory contract or**
                                                                                                         **unexpired lease**
             **State what the contract or**       MUSIC LICENSE
             **lease is for**                                                                            SYNCHRONIC, LLC
                                                                                                         6922 HOLLYWOOD BLVD 12TH FLR
             **Nature of debtor's interest**      LICENSEE                                               LOS ANGELES CA 90028

             **State the term remaining**         _____

             **List the contract number of**      _____
             **any government contract**

**2.2074.**  **Title of contract**                COMBINED SYNCHRONIZATION AND MASTER USE                **State the name and mailing address**
                                                  LICENSE AGREEMENT DATED FEBRUARY 14,2017               **for all other parties with whom the**
                                                                                                         **debtor has an executory contract or**
                                                                                                         **unexpired lease**
             **State what the contract or**       MUSIC LICENSE
             **lease is for**                                                                            SYNCHRONIC, LLC
                                                                                                         6922 HOLLYWOOD BLVD 12TH FLR
             **Nature of debtor's interest**      LICENSEE                                               LOS ANGELES CA 90028

             **State the term remaining**         _____

             **List the contract number of**      _____
             **any government contract**

**2.2075.**  **Title of contract**                COMBINED SYNCHRONIZATION AND MASTER USE                **State the name and mailing address**
                                                  LICENSE AGREEMENT DATED OCTOBER 27,2015                **for all other parties with whom the**
                                                                                                         **debtor has an executory contract or**
                                                                                                         **unexpired lease**
             **State what the contract or**       MUSIC LICENSE
             **lease is for**                                                                            SYNCHRONIC, LLC
                                                                                                         6922 HOLLYWOOD BLVD 12TH FLR
             **Nature of debtor's interest**      LICENSEE                                               LOS ANGELES CA 90028

             **State the term remaining**         _____

             **List the contract number of**      _____
             **any government contract**

Debtor   **Open Road Films, LLC**                                      Case number *(if known)* **18-12012**

| 2.2076. | Title of contract | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED NOVEMBER 5,2015 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | SYNCHRONIC, LLC 6922 HOLLYWOOD BLVD 12TH FLR LOS ANGELES CA 90028 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.2077. | Title of contract | THE FLUFFY MOVIE - TRAILERS / ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED APRIL 3,2014 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | SYNCHRONIC, LLC 6922 HOLLYWOOD BLVD 12TH FLR LOS ANGELES CA 90028 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.2078. | Title of contract | THE GUNMAN - TRAILERS / ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED FEBRUARY 20,2015 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | SYNCHRONIC, LLC 6922 HOLLYWOOD BLVD 12TH FLR LOS ANGELES CA 90028 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.2079. | Title of contract | THE GUNMAN - TRAILERS / ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED FEBRUARY 13,2015 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | SYNCHRONIC, LLC 6922 HOLLYWOOD BLVD 12TH FLR LOS ANGELES CA 90028 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.2080. | Title of contract | THE GUNMAN - TRAILERS / ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED FEBRUARY 17,2015 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | SYNCHRONIC, LLC 6922 HOLLYWOOD BLVD 12TH FLR LOS ANGELES CA 90028 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

Debtor    **Open Road Films, LLC**                                                    Case number *(if known)* **18-12012**

---

2.2081.  **Title of contract**              COMBINED SYNCHRONIZATION AND MASTER USE          **State the name and mailing address**
                                            LICENSE AGREEMENT DATED OCTOBER 31,2012          **for all other parties with whom the**
                                                                                            **debtor has an executory contract or**
         **State what the contract or**     MUSIC LICENSE                                    **unexpired lease**
         **lease is for**

         **Nature of debtor's interest**    LICENSEE                                         SYNCHRONIC, LLC
                                                                                            6922 HOLLYWOOD BLVD 12TH FLR
         **State the term remaining**       _____                   LOS ANGELES CA 90028

         **List the contract number of**    _____
         **any government contract**

2.2082.  **Title of contract**              COMBINED SYNCHRONIZATION AND MASTER USE          **State the name and mailing address**
                                            LICENSE AGREEMENT DATED MARCH 14,2013            **for all other parties with whom the**
                                                                                            **debtor has an executory contract or**
         **State what the contract or**     MUSIC LICENSE                                    **unexpired lease**
         **lease is for**

         **Nature of debtor's interest**    LICENSEE                                         SYNCHRONIC, LLC
                                                                                            6922 HOLLYWOOD BLVD 12TH FLR
         **State the term remaining**       _____                   LOS ANGELES CA 90028

         **List the contract number of**    _____
         **any government contract**

2.2083.  **Title of contract**              COMBINED SYNCHRONIZATION AND MASTER USE          **State the name and mailing address**
                                            LICENSE AGREEMENT DATED FEBRUARY 12,2013         **for all other parties with whom the**
                                                                                            **debtor has an executory contract or**
         **State what the contract or**     MUSIC LICENSE                                    **unexpired lease**
         **lease is for**

         **Nature of debtor's interest**    LICENSEE                                         SYNCHRONIC, LLC
                                                                                            6922 HOLLYWOOD BLVD 12TH FLR
         **State the term remaining**       _____                   LOS ANGELES CA 90028

         **List the contract number of**    _____
         **any government contract**

2.2084.  **Title of contract**              COMBINED SYNCHRONIZATION AND MASTER USE          **State the name and mailing address**
                                            LICENSE AGREEMENT DATED FEBRUARY 7,2013          **for all other parties with whom the**
                                                                                            **debtor has an executory contract or**
         **State what the contract or**     MUSIC LICENSE                                    **unexpired lease**
         **lease is for**

         **Nature of debtor's interest**    LICENSEE                                         SYNCHRONIC, LLC
                                                                                            6922 HOLLYWOOD BLVD 12TH FLR
         **State the term remaining**       _____                   LOS ANGELES CA 90028

         **List the contract number of**    _____
         **any government contract**

2.2085.  **Title of contract**              COMBINED SYNCHRONIZATION AND MASTER USE          **State the name and mailing address**
                                            LICENSE AGREEMENT DATED DECEMBER 19,2014         **for all other parties with whom the**
                                                                                            **debtor has an executory contract or**
         **State what the contract or**     MUSIC LICENSE                                    **unexpired lease**
         **lease is for**

         **Nature of debtor's interest**    LICENSEE                                         SYNCHRONIC, LLC
                                                                                            6922 HOLLYWOOD BLVD 12TH FLR
         **State the term remaining**       _____                   LOS ANGELES CA 90028

         **List the contract number of**    _____
         **any government contract**

---

Debtor **Open Road Films, LLC**                                                    Case number *(if known)* **18-12012**

| | | |
|---|---|---|
| 2.2086. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED JANUARY 22,2015 |
| | **State what the contract or lease is for** | MUSIC LICENSE |
| | **Nature of debtor's interest** | LICENSEE |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

SYNCHRONIC, LLC
6922 HOLLYWOOD BLVD 12TH FLR
LOS ANGELES CA 90028

| | | |
|---|---|---|
| 2.2087. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED FEBRUARY 3,2016 |
| | **State what the contract or lease is for** | MUSIC LICENSE |
| | **Nature of debtor's interest** | LICENSEE |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

SYNCHRONIC, LLC
6922 HOLLYWOOD BLVD 12TH FLR
LOS ANGELES CA 90028

| | | |
|---|---|---|
| 2.2088. | **Title of contract** | AGREEMENT |
| | **State what the contract or lease is for** | VENDOR AGREEMENT |
| | **Nature of debtor's interest** | CUSTOMER |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

TACK ARTIST GROUP, LLC
7119 W SUNSET BL 190
LOS ANGELES CA 90046

| | | |
|---|---|---|
| 2.2089. | **Title of contract** | THE NUT JOB - TRAILERS/ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED JANUARY 9,2014 |
| | **State what the contract or lease is for** | MUSIC LICENSE |
| | **Nature of debtor's interest** | LICENSEE |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

TAMING BEAR PUBLISHING
17 TOPSAIL ST #2
MARINA DEL REY CA 90292

| | | |
|---|---|---|
| 2.2090. | **Title of contract** | FILM LICENSE AGREEMENT - "SABOTAGE" DATED JULY 15,2014 |
| | **State what the contract or lease is for** | EXPLOITATION AGREEMENT |
| | **Nature of debtor's interest** | LICENSOR |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

TELEMUNDO NETWORK GROUP, LLC
2290 W 8TH AVENUE
HIALEAH FL 33010

Debtor  **Open Road Films, LLC**                                                     Case number *(if known)* **18-12012**

2.2091.  **Title of contract**                      NOTICE OF CONSENT AND IRREVOCABLE ASSIGNMENT       **State the name and mailing address**
                                                     DATED JULY 15,2014                                  **for all other parties with whom the**
                                                                                                         **debtor has an executory contract or**
         **State what the contract or**              EXPLOITATION AGREEMENT                              **unexpired lease**
         **lease is for**

         **Nature of debtor's interest**             LICENSOR                                            TELEMUNDO NETWORK GROUP,
                                                                                                         LLC
         **State the term remaining**                _____            2290 W 8TH AVENUE
                                                                                                         HIALEAH FL 33010
         **List the contract number of**             _____
         **any government contract**

2.2092.  **Title of contract**                      LICENSE AGREEMENT - "KILLER ELITE", "END OF        **State the name and mailing address**
                                                     WATCH", "HIT AND RUN", "MACHETE KILLS",            **for all other parties with whom the**
                                                     "HOMEFRONT" DATED DECEMBER 3,2013                  **debtor has an executory contract or**
                                                                                                         **unexpired lease**
         **State what the contract or**              EXPLOITATION AGREEMENT
         **lease is for**                                                                                TELEMUNDO NETWORK GROUP,
                                                                                                         LLC
         **Nature of debtor's interest**             LICENSOR                                            2290 W 8TH AVENUE
                                                                                                         HIALEAH FL 33010
         **State the term remaining**                _____

         **List the contract number of**             _____
         **any government contract**

2.2093.  **Title of contract**                      NOTICE OF CONSENT AND IRREVOCABLE ASSIGNMENT       **State the name and mailing address**
                                                     DATED DECEMBER 3,2013                              **for all other parties with whom the**
                                                                                                         **debtor has an executory contract or**
         **State what the contract or**              EXPLOITATION AGREEMENT                              **unexpired lease**
         **lease is for**
                                                                                                         TELEMUNDO NETWORK GROUP,
         **Nature of debtor's interest**             LICENSOR                                            LLC
                                                                                                         2290 W 8TH AVENUE
         **State the term remaining**                _____            HIALEAH FL 33010

         **List the contract number of**             _____
         **any government contract**

2.2094.  **Title of contract**                      AGREEMENT                                          **State the name and mailing address**
                                                                                                         **for all other parties with whom the**
         **State what the contract or**              VENDOR AGREEMENT - LIBRARY ASSET HOLDER            **debtor has an executory contract or**
         **lease is for**                                                                                **unexpired lease**

         **Nature of debtor's interest**             CUSTOMER/ASSET OWNER                               TELEPACIFIC CORP DBA TPX
                                                                                                         COMMUNICATIONS
         **State the term remaining**                _____            PO BOX 509013
                                                                                                         SAN DIEGO CA 92150
         **List the contract number of**             _____
         **any government contract**

2.2095.  **Title of contract**                      PROGRAM LICENSE AGREEMENT - "A HAUNTED HOUSE       **State the name and mailing address**
                                                     2", "HOMEFRONT", "SABOTOGE", CHIEF" DATED          **for all other parties with whom the**
                                                     JANUARY 23,2015                                    **debtor has an executory contract or**
                                                                                                         **unexpired lease**
         **State what the contract or**              EXPLOITATION AGREEMENT
         **lease is for**                                                                                TELEVICENTRO OF PUERTO RICO,
                                                                                                         LLC
         **Nature of debtor's interest**             LICENSOR                                            KM 0 HM 5 RR 19
                                                                                                         GUAYNABO PR 00966
         **State the term remaining**                _____

         **List the contract number of**             _____
         **any government contract**

Debtor   **Open Road Films, LLC**

Case number *(if known)* **18-12012**

| 2.2096. | Title of contract | NOTICE OF CONSENT AND IRREVOCABLE ASSIGNMENT DATED JANUARY 23,2015 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | EXPLOITATION AGREEMENT | |
| | Nature of debtor's interest | LICENSOR | TELEVICENTRO OF PUERTO RICO, LLC |
| | State the term remaining | | KM 0 HM 5 RR 19 |
| | List the contract number of any government contract | | GUAYNABO PR 00966 |

| 2.2097. | Title of contract | PROGRAM LICENSE AGREEMENT - "KILLER ELITE", "THE GREY", "END OF WATCH", "A HAUNTED HOUSE", "THE HOST", "MACHETE KILLS", AND "HIT & RUN" DATED JANUARY 23,2015 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | EXPLOITATION AGREEMENT | TELEVICENTRO OF PUERTO RICO, LLC |
| | Nature of debtor's interest | LICENSOR | KM 0 HM 5 RR 19 |
| | State the term remaining | | GUAYNABO PR 00966 |
| | List the contract number of any government contract | | |

| 2.2098. | Title of contract | NOTICE OF CONSENT AND IRREVOCABLE ASSIGNMENT DATED JANUARY 23,2015 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | EXPLOITATION AGREEMENT | |
| | Nature of debtor's interest | LICENSOR | TELEVICENTRO OF PUERTO RICO, LLC |
| | State the term remaining | | KM 0 HM 5 RR 19 |
| | List the contract number of any government contract | | GUAYNABO PR 00966 |

| 2.2099. | Title of contract | LETTER AGREEMENT DATED JULY 21,2011 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | EXPLOITATION AGREEMENT | |
| | Nature of debtor's interest | LICENSOR | TERRY STEINER INTERNATIONAL, INC. |
| | State the term remaining | | 130 WEST 57TH STREET - SUITE 10B |
| | List the contract number of any government contract | | NEW YORK NY 10019 |

| 2.2100. | Title of contract | DISTRIBUTION RIGHTS ACQUISITION AGREEMENT DATED JANUARY 24, 2015 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | ACQUISITION AGREEMENT | |
| | Nature of debtor's interest | DISTRIBUTOR | THAT'S DOPE, LLC |
| | State the term remaining | | 3349 CAHUENGA BLVD STE 5 |
| | List the contract number of any government contract | | LOS ANGELES CA 90068 |

Debtor  **Open Road Films, LLC**                                                    Case number *(if known)* **18-12012**

| 2.2101. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED JANUARY 18,2017 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | THE AUDIO GROUP |
| | **State the term remaining** | _____ | 5930 PENFIELD AVE |
| | **List the contract number of any government contract** | _____ | WOODLAND HILLS CA 91367 |

| 2.2102. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED JULY 6,2012 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | THE AUDIO GROUP |
| | **State the term remaining** | _____ | 5930 PENFIELD AVE |
| | **List the contract number of any government contract** | _____ | WOODLAND HILLS CA 91367 |

| 2.2103. | **Title of contract** | FIFTY SHADES OF BLACK - TRAILERS / ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED NOVEMBER 16,2015 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | THE AUDIO GROUP |
| | **State the term remaining** | _____ | 5930 PENFIELD AVE |
| | **List the contract number of any government contract** | _____ | WOODLAND HILLS CA 91367 |

| 2.2104. | **Title of contract** | THE GUNMAN - TRAILERS / ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED FEBRUARY 17,2015 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | THE AUDIO GROUP |
| | **State the term remaining** | _____ | 5930 PENFIELD AVE |
| | **List the contract number of any government contract** | _____ | WOODLAND HILLS CA 91367 |

| 2.2105. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED OCTOBER 22,2015 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | THE AUDIO GROUP |
| | **State the term remaining** | _____ | 5930 PENFIELD AVE |
| | **List the contract number of any government contract** | _____ | WOODLAND HILLS CA 91367 |

Debtor    **Open Road Films, LLC**                                                           Case number *(if known)* **18-12012**

**2.2106.  Title of contract**          THE GUNMAN - TRAILERS / ADVERTISING - COMBINED       State the name and mailing address
                                        SYNCHRONIZATION AND MASTER USE LICENSE              **for all other parties with whom the**
                                        AGREEMENT DATED DECEMBER 12,2014                    **debtor has an executory contract or**
                                                                                            **unexpired lease**
          **State what the contract or**   MUSIC LICENSE
          **lease is for**                                                                  THE BICYCLE MUSIC COMPANY,
                                                                                            INC.
          **Nature of debtor's interest**  LICENSEE                                         8447 WILSHIRE BLVD #400
                                                                                            BEVERLY HILLS CA 90211
          **State the term remaining**     _____

          **List the contract number of**  _____
          **any government contract**

**2.2107.  Title of contract**          AGREEMENT                                           State the name and mailing address
                                                                                            **for all other parties with whom the**
          **State what the contract or**   VENDOR AGREEMENT                                 **debtor has an executory contract or**
          **lease is for**                                                                  **unexpired lease**

          **Nature of debtor's interest**  CUSTOMER                                         THE CLAPBACK, INC.
                                                                                            200 PARK AVE SOUTH
          **State the term remaining**     _____                   8TH FL
                                                                                            NEW YORK NY 10003
          **List the contract number of**  _____
          **any government contract**

**2.2108.  Title of contract**          COMBINED SYNCHRONIZATION AND MASTER USE             State the name and mailing address
                                        LICENSE AGREEMENT DATED APRIL 16, 2018              **for all other parties with whom the**
                                                                                            **debtor has an executory contract or**
          **State what the contract or**   MUSIC LICENSE                                    **unexpired lease**
          **lease is for**
                                                                                            THE HIT HOUSE, LLC
          **Nature of debtor's interest**  LICENSEE                                         4611 MILNE DR
                                                                                            TORRANCE CA 90505
          **State the term remaining**     _____

          **List the contract number of**  _____
          **any government contract**

**2.2109.  Title of contract**          COMBINED SYNCHRONIZATION AND MASTER USE             State the name and mailing address
                                        LICENSE AGREEMENT DATED MAY 8,2018                  **for all other parties with whom the**
                                                                                            **debtor has an executory contract or**
          **State what the contract or**   MUSIC LICENSE                                    **unexpired lease**
          **lease is for**
                                                                                            THE HIT HOUSE, LLC
          **Nature of debtor's interest**  LICENSEE                                         4611 MILNE DR
                                                                                            TORRANCE CA 90505
          **State the term remaining**     _____

          **List the contract number of**  _____
          **any government contract**

**2.2110.  Title of contract**          GLEASON - TRAILERS / ADVERTISING - COMBINED         State the name and mailing address
                                        SYNCHRONIZATION AND MASTER USE LICENSE              **for all other parties with whom the**
                                        AGREEMENT DATED JUNE 22,2016                        **debtor has an executory contract or**
                                                                                            **unexpired lease**
          **State what the contract or**   MUSIC LICENSE
          **lease is for**                                                                  THE HIT HOUSE, LLC
                                                                                            4611 MILNE DR
          **Nature of debtor's interest**  LICENSEE                                         TORRANCE CA 90505

          **State the term remaining**     _____

          **List the contract number of**  _____
          **any government contract**

Debtor   **Open Road Films, LLC**                                                    Case number *(if known)* **18-12012**

| 2.2111. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED APRIL 14,2014 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | THE HIT HOUSE, LLC 4611 MILNE DR TORRANCE CA 90505 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.2112. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED AUGUST 1,2012 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | THE HIT HOUSE, LLC 4611 MILNE DR TORRANCE CA 90505 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.2113. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED APRIL 16,2018 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | THE HIT HOUSE, LLC 4611 MILNE DR TORRANCE CA 90505 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.2114. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED NOVEMBER 4,2014 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | THE HIT HOUSE, LLC 4611 MILNE DR TORRANCE CA 90505 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.2115. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED JUNE 9,2017 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | THE HIT HOUSE, LLC 4611 MILNE DR TORRANCE CA 90505 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

Debtor    **Open Road Films, LLC**                                    Case number *(if known)* **18-12012**

| 2.2116. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED FEBRUARY 14,2017 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | THE HIT HOUSE, LLC |
| | **State the term remaining** | _____ | 4611 MILNE DR TORRANCE CA 90505 |
| | **List the contract number of any government contract** | _____ | |

| 2.2117. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED DECEMBER 8,2015 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | THE HIT HOUSE, LLC |
| | **State the term remaining** | _____ | 4611 MILNE DR TORRANCE CA 90505 |
| | **List the contract number of any government contract** | _____ | |

| 2.2118. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED JANUARY 27,2016 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | THE HIT HOUSE, LLC |
| | **State the term remaining** | _____ | 4611 MILNE DR TORRANCE CA 90505 |
| | **List the contract number of any government contract** | _____ | |

| 2.2119. | **Title of contract** | SINGLE END USER LICENSE AGREEMENT DATED JANUARY 0,1900 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | THE HOLLYWOOD EDGE |
| | **State the term remaining** | _____ | PO BOX 31001-2010 PASADENA CA 91110 |
| | **List the contract number of any government contract** | _____ | |

| 2.2120. | **Title of contract** | AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | VENDOR AGREEMENT | |
| | **Nature of debtor's interest** | CUSTOMER | THE HURWITZ ENTERTAINMENT COMPANY |
| | **State the term remaining** | _____ | 5344 VINELAND AVE NORTH HOLLYWOOD CA 91601 |
| | **List the contract number of any government contract** | _____ | |

Debtor   **Open Road Films, LLC**                                        Case number *(if known)* **18-12012**

**2.2121. Title of contract**      AMENDED AND RESTATED DISTRIBUTION RIGHTS      State the name and mailing address
                                   ACQUISITION AND FINANCING AGREEMENT DATED     for all other parties with whom the
                                   FEBRUARY 21, 2018                             debtor has an executory contract or
                                                                                 unexpired lease
**State what the contract or**     ACQUISITION AGREEMENT
**lease is for**                                                                 THE JOBS FILM, LLC
                                                                                 1909 WOODALL RODGERS, SUITE
**Nature of debtor's interest**    DISTRIBUTOR                                   300
                                                                                 DALLAS TX 75201
**State the term remaining**       _____

**List the contract number of**    _____
**any government contract**

**2.2122. Title of contract**      AGREEMENT                                     State the name and mailing address
                                                                                 for all other parties with whom the
**State what the contract or**     VENDOR AGREEMENT                              debtor has an executory contract or
**lease is for**                                                                 unexpired lease

**Nature of debtor's interest**    CUSTOMER                                      THE MOTION PICTURE CLUB
                                                                                 FOUNDATION
**State the term remaining**       _____             PO BOX 970
                                                                                 NEW YORK NY 10185
**List the contract number of**    _____
**any government contract**

**2.2123. Title of contract**      AGREEMENT                                     State the name and mailing address
                                                                                 for all other parties with whom the
**State what the contract or**     VENDOR AGREEMENT                              debtor has an executory contract or
**lease is for**                                                                 unexpired lease

**Nature of debtor's interest**    CUSTOMER                                      THE ONLY AGENCY, INC.
                                                                                 20 WEST 22ND ST STE 701
**State the term remaining**       _____             NEW YORK NY 10010

**List the contract number of**    _____
**any government contract**

**2.2124. Title of contract**      AGREEMENT                                     State the name and mailing address
                                                                                 for all other parties with whom the
**State what the contract or**     VENDOR AGREEMENT                              debtor has an executory contract or
**lease is for**                                                                 unexpired lease

**Nature of debtor's interest**    CUSTOMER                                      THE REFINERY
                                                                                 14455 VENTURA BLVD
**State the term remaining**       _____             SHERMAN OAKS CA 91423

**List the contract number of**    _____
**any government contract**

**2.2125. Title of contract**      THE GREY - TRAILERS / ADVERTISING - COMBINED  State the name and mailing address
                                   SYNCHRONIZATION AND MASTER USE LICENSE        for all other parties with whom the
                                   AGREEMENT DATED SEPTEMBER 13,2011             debtor has an executory contract or
                                                                                 unexpired lease
**State what the contract or**     MUSIC LICENSE
**lease is for**                                                                 THE RIGHTS WORKSHOP
                                                                                 39 MESA ST STE 101
**Nature of debtor's interest**    LICENSEE                                      SAN FRANCISCO CA 94129

**State the term remaining**       _____

**List the contract number of**    _____
**any government contract**

Debtor    **Open Road Films, LLC**                                                    Case number *(if known)* **18-12012**

**2.2126.** | **Title of contract** | SYNCHRONIZATION LICENSE AGREEMENT - TV & INTERNET DATED JANUARY 28,2013 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
--- | --- | --- | ---
 | **State what the contract or lease is for** | MUSIC LICENSE |
 | **Nature of debtor's interest** | LICENSEE | THE ROYALTY NETWORK, INC. 224 WEST 30TH ST STE 1007 NEW YORK NY 10001
 | **State the term remaining** | |
 | **List the contract number of any government contract** | |

**2.2127.** | **Title of contract** | DISTRIBUTION RIGHTS ACQUISITION AGREEMENT DATED MAY 23, 2014 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
--- | --- | --- | ---
 | **State what the contract or lease is for** | ACQUISITION AGREEMENT |
 | **Nature of debtor's interest** | DISTRIBUTOR | THE TANK, LLC 10772 CHALON RD LOS ANGELES CA 90077
 | **State the term remaining** | |
 | **List the contract number of any government contract** | |

**2.2128.** | **Title of contract** | AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
--- | --- | --- | ---
 | **State what the contract or lease is for** | VENDOR AGREEMENT |
 | **Nature of debtor's interest** | CUSTOMER | THE WALL GROUP LA, LLC 38 WEST 21 ST 11TH FL NEW YORK NY 10010
 | **State the term remaining** | |
 | **List the contract number of any government contract** | |

**2.2129.** | **Title of contract** | SYNCHRONIZATION LICENSE DATED MARCH 28,2013 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
--- | --- | --- | ---
 | **State what the contract or lease is for** | MUSIC LICENSE |
 | **Nature of debtor's interest** | LICENSEE | THIRD SIDE MUSIC, INC. 1334 NOTREDAME ST WEST STE 2 MONTREAL QC H3C 1K7 CANADA
 | **State the term remaining** | |
 | **List the contract number of any government contract** | |

**2.2130.** | **Title of contract** | SYNCHRONIZATION LICENSE DATED JANUARY 25,2017 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
--- | --- | --- | ---
 | **State what the contract or lease is for** | MUSIC LICENSE |
 | **Nature of debtor's interest** | LICENSEE | THIRD SIDE MUSIC, INC. 1334 NOTREDAME ST WEST STE 2 MONTREAL QC H3C 1K7 CANADA
 | **State the term remaining** | |
 | **List the contract number of any government contract** | |

Debtor   **Open Road Films, LLC**                                                    Case number *(if known)* **18-12012**

| 2.2131. | Title of contract | SYNCHRONIZATION LICENSE DATED FEBRUARY 4,2013 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | THIRD SIDE MUSIC, INC. OBO JUST ISN'T MUSIC, LTD. |
| | State the term remaining | | 1334 NOTREDAME ST WEST STE 2 MONTREAL QC H3C 1K7 |
| | List the contract number of any government contract | | CANADA |

| 2.2132. | Title of contract | MASTER LICENSE FOR THEATRICAL TRAILER DATED AUGUST 11,2014 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | THIS IS HIT, INC. D/B/A BROKEN BOW RECORDS |
| | State the term remaining | | 1111 16TH AVE SOUTH NASHVILLE TN 37212 |
| | List the contract number of any government contract | | |

| 2.2133. | Title of contract | AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | VENDOR AGREEMENT | |
| | Nature of debtor's interest | CUSTOMER | TICKTBOX ENTERPRISES, LLC 7670 OPPORTUNITY RD STE 250 |
| | State the term remaining | | SAN DIEGO CA 92111 |
| | List the contract number of any government contract | | |

| 2.2134. | Title of contract | AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | VENDOR AGREEMENT | |
| | Nature of debtor's interest | CUSTOMER | TIVOLI ENTERPRISES, INC. DBA CLASSIC CINEMAS |
| | State the term remaining | | 603 ROGERS ST DOWNERS GROVE IL 60515 |
| | List the contract number of any government contract | | |

| 2.2135. | Title of contract | THE NUT JOB - TRAILERS/ADVERTISING - SYNCHRONIZATION LICENSE AGREEMENT DATED SEPTEMBER 17,2013 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | TOMAS COSTANZA / RAZOR AND THE WOLF MUSIC |
| | State the term remaining | | 4665 ST. CLAIRE AVENUE VALLEY VILLAGE CA 91607 |
| | List the contract number of any government contract | | |

Debtor    **Open Road Films, LLC**

Case number *(if known)* **18-12012**

| 2.2136. | Title of contract | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED SEPTEMBER 9,2016 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | TORQUE DESIGN 11928 N RICASOLI WAY NORTHRIDGE CA 91326 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.2137. | Title of contract | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED FEBRUARY 14,2017 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | TORQUE DESIGN 11928 N RICASOLI WAY NORTHRIDGE CA 91326 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.2138. | Title of contract | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED OCTOBER 22,2015 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | TORQUE DESIGN 11928 N RICASOLI WAY NORTHRIDGE CA 91326 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.2139. | Title of contract | AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | VENDOR AGREEMENT | |
| | Nature of debtor's interest | CUSTOMER | TRACEY MATTINGLY, LLC 717 N HIGHLAND AVE #9 LOS ANGELES CA 90038 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.2140. | Title of contract | ROSEWATER - TRAILERS/ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED NOVEMBER 5,2014 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | TRAILER PARK 29437 NETWORK PL CHICAGO IL 60673 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

Debtor   **Open Road Films, LLC**                                              Case number *(if known)* **18-12012**

**2.2141.  Title of contract**               AGREEMENT                                **State the name and mailing address**
                                                                                      **for all other parties with whom the**
**State what the contract or**               VENDOR AGREEMENT - LIBRARY ASSET HOLDER    **debtor has an executory contract or**
**lease is for**                                                                       **unexpired lease**

**Nature of debtor's interest**              CUSTOMER/ASSET OWNER
                                                                                      TRAILER PARK, INC.
**State the term remaining**                 _____   29437 NETWORK PL
                                                                                      CHICAGO IL 60673
**List the contract number of**              _____
**any government contract**

**2.2142.  Title of contract**               AGREEMENT                                **State the name and mailing address**
                                                                                      **for all other parties with whom the**
**State what the contract or**               VENDOR AGREEMENT                           **debtor has an executory contract or**
**lease is for**                                                                       **unexpired lease**

**Nature of debtor's interest**              CUSTOMER                                  TRANSAMERICA FINANCIAL LIFE
                                                                                      INSURANCE AGENCY
**State the term remaining**                 _____   8488 SHEPHERD FARM DR
                                                                                      WEST CHESTER OH 45069
**List the contract number of**              _____
**any government contract**

**2.2143.  Title of contract**               LICENSE AGREEMENT - "HIT & RUN" DATED SEPTEMBER   **State the name and mailing address**
                                             18,2012                                   **for all other parties with whom the**
                                                                                      **debtor has an executory contract or**
**State what the contract or**               EXPLOITATION AGREEMENT                     **unexpired lease**
**lease is for**

**Nature of debtor's interest**              LICENSOR                                  TURNER ENTERTAINMENT
                                                                                      NETWORKS, INC.
**State the term remaining**                 _____   1050 TECHWOOD DR NW
                                                                                      ATLANTA GA 30318
**List the contract number of**              _____
**any government contract**

**2.2144.  Title of contract**               AGREEMENT                                **State the name and mailing address**
                                                                                      **for all other parties with whom the**
**State what the contract or**               VENDOR AGREEMENT                           **debtor has an executory contract or**
**lease is for**                                                                       **unexpired lease**

**Nature of debtor's interest**              CUSTOMER                                  TWENTIETH CENTURY FOX FILM
                                                                                      CORPORATION
**State the term remaining**                 _____   PO BOX 900
                                                                                      BEVERLY HILLS CA 90213
**List the contract number of**              _____
**any government contract**

**2.2145.  Title of contract**               SYNCHRONIZATION LICENSE AGREEMENT DATED   **State the name and mailing address**
                                             MARCH 21,2013                             **for all other parties with whom the**
                                                                                      **debtor has an executory contract or**
**State what the contract or**               MUSIC LICENSE                             **unexpired lease**
**lease is for**

**Nature of debtor's interest**              LICENSEE                                  ULTRA INTERNATIONAL MUSIC
                                                                                      PUBLISHING, LLC
**State the term remaining**                 _____   235 WEST 23RD ST 6TH FLR
                                                                                      NEW YORK NY 10011
**List the contract number of**              _____
**any government contract**

Debtor **Open Road Films, LLC**

Case number *(if known)* **18-12012**

| 2.2146. | Title of contract | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED JULY 17,2014 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | ULTRA INTERNATIONAL MUSIC PUBLISHING, LLC D/B/A ULTRA TUNES (ASCAP) A/C ELIZAB MUSIC (ASCAP) |
| | State the term remaining | _____ | 235 WEST 23RD ST 6TH FLR NEW YORK NY 10011 |
| | List the contract number of any government contract | _____ | |

| 2.2147. | Title of contract | MASTER USE LICENSE AGREEMENT DATED MARCH 21,2013 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | ULTRA RECORDS, LLC 235 WEST 23RD ST 6TH FL NEW YORK NY 10011 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.2148. | Title of contract | MOTION PICTURE TRAILER LICENSE - SYNCHRONIZATION DATED OCTOBER 16,2012 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | UN PUNEDAS DE MONETAS, INC. 4764 PARK GRANADA STE 210 CALABASAS CA 91302 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.2149. | Title of contract | SILENT HILL: REVELATION 3D - TRAILERS / ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED OCTOBER 8,2012 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | UNCOMMON CULTURE, LLC 610 N FAIRBANKS CT 3RD FL CHICAGO IL 60611 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.2150. | Title of contract | NO ASSUMPTION AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | ASSUMPTION AGREEMENT | |
| | Nature of debtor's interest | DISTRIBUTOR | UNION OF BRITISH COLUMBIA PERFORMERS |
| | State the term remaining | _____ | 300 - 380 WEST 2ND AVE VANCOUVER BC V5Y 1C8 CANADA |
| | List the contract number of any government contract | _____ | |

Debtor   **Open Road Films, LLC**                                                          Case number *(if known)* **18-12012**

| 2.2151. | **Title of contract** | NO ASSUMPTION AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ASSUMPTION AGREEMENT | |
| | **Nature of debtor's interest** | DISTRIBUTOR | UNION OF BRITISH COLUMBIA PERFORMERS |
| | **State the term remaining** | | 300 - 380 WEST 2ND AVE |
| | **List the contract number of any government contract** | | VANCOUVER BC V5Y 1C8 CANADA |

| 2.2152. | **Title of contract** | AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | VENDOR AGREEMENT | |
| | **Nature of debtor's interest** | CUSTOMER | UNITED STATES TREASURY PO BOX 249 |
| | **State the term remaining** | | CINCINNATI OH 45999-0039 |
| | **List the contract number of any government contract** | | |

| 2.2153. | **Title of contract** | AGREEMENT DATED JANUARY 0,1900 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | UNIVERSAL EDITION AG KARLSPLATZ 6 |
| | **State the term remaining** | | A1010 VIENNA |
| | **List the contract number of any government contract** | | AUSTRIA |

| 2.2154. | **Title of contract** | MOTION PICTURE TRAILER SYNCHRONIZATION RIGHTS LICENSE DATED JUNE 30,2011 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | UNIVERSAL MUSIC - MGB SONGS ON BEHALF OF ED. ARABELLA MUSIK MUENCHEN |
| | **State the term remaining** | | 2100 COLORADO AVENUE |
| | **List the contract number of any government contract** | | SANTA MONICA CA 90404 |

| 2.2155. | **Title of contract** | MOTION PICTURE TRAILER SYNCHRONIZATION RIGHTS LICENSE DATED NOVEMBER 4,2011 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | UNIVERSAL MUSIC - MGB SONGS ON BEHALF OF ED. ARABELLA MUSIK MUENCHEN |
| | **State the term remaining** | | 2100 COLORADO AVENUE |
| | **List the contract number of any government contract** | | SANTA MONICA CA 90404 |

Debtor    **Open Road Films, LLC**                                    Case number *(if known)* **18-12012**

---

2.2156.  **Title of contract**            MOTION PICTURE TRAILER SYNCHRONIZATION RIGHTS          **State the name and mailing address**
                                          LICENSE DATED JUNE 23,2015                              **for all other parties with whom the**
                                                                                                 **debtor has an executory contract or**
         **State what the contract or**   MUSIC LICENSE                                           **unexpired lease**
         **lease is for**
                                                                                                 UNIVERSAL MUSIC - Z TUNES, LLC
         **Nature of debtor's interest**  LICENSEE                                                15035 COLLECTIONS CTR DR
                                                                                                 CHICAGO IL 60693
         **State the term remaining**     _____

         **List the contract number of**  _____
         **any government contract**

2.2157.  **Title of contract**            MOTION PICTURE TRAILER SYNCHRONIZATION RIGHTS          **State the name and mailing address**
                                          LICENSE DATED MAY 16, 2018                              **for all other parties with whom the**
                                                                                                 **debtor has an executory contract or**
         **State what the contract or**   MUSIC LICENSE                                           **unexpired lease**
         **lease is for**
                                                                                                 UNIVERSAL MUSIC CORP.
         **Nature of debtor's interest**  LICENSEE                                                2100 COLORADO AVENUE
                                                                                                 SANTA MONICA CA 90404
         **State the term remaining**     _____

         **List the contract number of**  _____
         **any government contract**

2.2158.  **Title of contract**            SYNCHRONIZATION LICENSE AGREEMENT DATED MAY            **State the name and mailing address**
                                          11,2017                                                 **for all other parties with whom the**
                                                                                                 **debtor has an executory contract or**
         **State what the contract or**   MUSIC LICENSE                                           **unexpired lease**
         **lease is for**
                                                                                                 UNIVERSAL MUSIC CORP.
         **Nature of debtor's interest**  LICENSEE                                                2100 COLORADO AVENUE
                                                                                                 SANTA MONICA CA 90404
         **State the term remaining**     _____

         **List the contract number of**  _____
         **any government contract**

2.2159.  **Title of contract**            MOTION PICTURE TRAILER SYNCHRONIZATION RIGHTS          **State the name and mailing address**
                                          LICENSE DATED OCTOBER 8,2013                            **for all other parties with whom the**
                                                                                                 **debtor has an executory contract or**
         **State what the contract or**   MUSIC LICENSE                                           **unexpired lease**
         **lease is for**
                                                                                                 UNIVERSAL MUSIC CORP. AND
         **Nature of debtor's interest**  LICENSEE                                                MAYDAY MALONE
                                                                                                 2100 COLORADO AVENUE
         **State the term remaining**     _____                        SANTA MONICA CA 90404

         **List the contract number of**  _____
         **any government contract**

2.2160.  **Title of contract**            MOTION PICTURE TRAILER SYNCHRONIZATION RIGHTS          **State the name and mailing address**
                                          LICENSE DATED APRIL 14,2015                             **for all other parties with whom the**
                                                                                                 **debtor has an executory contract or**
         **State what the contract or**   MUSIC LICENSE                                           **unexpired lease**
         **lease is for**
                                                                                                 UNIVERSAL MUSIC CORP., SONGS
         **Nature of debtor's interest**  LICENSEE                                                OF UNIVERSAL, INC. AND
                                                                                                 UNIVERSAL TUNES, A DIVISION OF
         **State the term remaining**     _____                        SONGS OF UNIVERSAL, INC.
                                                                                                 2100 COLORADO AVENUE
         **List the contract number of**  _____                        SANTA MONICA CA 90404
         **any government contract**

---

Debtor **Open Road Films, LLC**                                                                    Case number *(if known)* **18-12012**

| 2.2161. | **Title of contract** | MOTION PICTURE TRAILER SYNCHRONIZATION RIGHTS LICENSE DATED JUNE 19,2017 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | UNIVERSAL MUSIC CORP., SONGS OF UNIVERSAL, INC. AND UNIVERSAL TUNES, A DIVISION OF SONGS OF UNIVERSAL, INC. |
| | **State the term remaining** | _____ | 2100 COLORADO AVENUE SANTA MONICA CA 90404 |
| | **List the contract number of any government contract** | _____ | |

| 2.2162. | **Title of contract** | MOTION PICTURE TRAILER SYNCHRONIZATION RIGHTS LICENSE DATED MAY 24,2018 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | UNIVERSAL MUSIC CORP., SONGS OF UNIVERSAL, INC. AND UNIVERSAL TUNES, A DIVISION OF SONGS OF UNIVERSAL, INC. |
| | **State the term remaining** | _____ | 2100 COLORADO AVENUE SANTA MONICA CA 90404 |
| | **List the contract number of any government contract** | _____ | |

| 2.2163. | **Title of contract** | MOTION PICTURE TRAILER SYNCHRONIZATION RIGHTS LICENSE DATED SEPTEMBER 29,2016 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | UNIVERSAL MUSIC CORP., SONGS OF UNIVERSAL, INC. AND UNIVERSAL TUNES, A DIVISION OF SONGS OF UNIVERSAL, INC. |
| | **State the term remaining** | _____ | 2100 COLORADO AVENUE SANTA MONICA CA 90404 |
| | **List the contract number of any government contract** | _____ | |

| 2.2164. | **Title of contract** | MOTION PICTURE TRAILER SYNCHRONIZATION RIGHTS LICENSE DATED MARCH 30,2016 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | UNIVERSAL MUSIC CORP., SONGS OF UNIVERSAL, INC. AND UNIVERSAL TUNES, A DIVISION OF SONGS OF UNIVERSAL, INC. |
| | **State the term remaining** | _____ | 2100 COLORADO AVENUE SANTA MONICA CA 90404 |
| | **List the contract number of any government contract** | _____ | |

| 2.2165. | **Title of contract** | MOTION PICTURE TRAILER SYNCHRONIZATION RIGHTS LICENSE DATED OCTOBER 27,2015 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | UNIVERSAL MUSIC CORP., SONGS OF UNIVERSAL, INC. AND UNIVERSAL TUNES, A DIVISION OF SONGS OF UNIVERSAL, INC. |
| | **State the term remaining** | _____ | 2100 COLORADO AVENUE SANTA MONICA CA 90404 |
| | **List the contract number of any government contract** | _____ | |

Debtor    **Open Road Films, LLC**                                                    Case number *(if known)* **18-12012**

| | | |
|---|---|---|
| 2.2166. | **Title of contract** | MOTION PICTURE TRAILER SYNCHONIZATION RIGHTS LICENSE DATED DECEMBER 17,2015 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |

| | | |
|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE |
| | **Nature of debtor's interest** | LICENSEE |
| | **State the term remaining** | _____ |
| | **List the contract number of any government contract** | _____ |

UNIVERSAL MUSIC CORP., SONGS OF UNIVERSAL, INC. AND UNIVERSAL TUNES, A DIVISION OF SONGS OF UNIVERSAL, INC.
2100 COLORADO AVENUE
SANTA MONICA CA 90404

| | | |
|---|---|---|
| 2.2167. | **Title of contract** | MOTION PICTURE TRAILER SYNCHONIZATION RIGHTS LICENSE DATED AUGUST 11,2016 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |

| | | |
|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE |
| | **Nature of debtor's interest** | LICENSEE |
| | **State the term remaining** | _____ |
| | **List the contract number of any government contract** | _____ |

UNIVERSAL MUSIC CORP., SONGS OF UNIVERSAL, INC., AND UNIVERSAL TUNES, A DIVISION OF SONGS OF UNIVERSAL, INC.
2100 COLORADO AVENUE
SANTA MONICA CA 90404

| | | |
|---|---|---|
| 2.2168. | **Title of contract** | SYNCHRONIZATION LICENSE AGREEMENT DATED JANUARY 7,2014 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |

| | | |
|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE |
| | **Nature of debtor's interest** | LICENSEE |
| | **State the term remaining** | _____ |
| | **List the contract number of any government contract** | _____ |

UNIVERSAL MUSIC CORPORATION
2100 COLORADO AVENUE
SANTA MONICA CA 90404

| | | |
|---|---|---|
| 2.2169. | **Title of contract** | MOTION PICTURE TRAILER SYNCHRONIZATION RIGHTS LICENSE DATED JANUARY 16,2014 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |

| | | |
|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE |
| | **Nature of debtor's interest** | LICENSEE |
| | **State the term remaining** | _____ |
| | **List the contract number of any government contract** | _____ |

UNIVERSAL MUSIC CORPORATION
2100 COLORADO AVENUE
SANTA MONICA CA 90404

| | | |
|---|---|---|
| 2.2170. | **Title of contract** | LETTER LICENSING AGREEMENT DATED MAY 2, 2018 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |

| | | |
|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE |
| | **Nature of debtor's interest** | LICENSEE |
| | **State the term remaining** | _____ |
| | **List the contract number of any government contract** | _____ |

UNIVERSAL MUSIC ENTERPRISES
2200 COLORADO AVENUE
SANTA MONICA CA 90404

Debtor    **Open Road Films, LLC**                                                    Case number *(if known)* **18-12012**

2.2171.  **Title of contract**         LETTER AGREEMENT DATED JANUARY 24,2014      State the name and mailing address
                                                                                    for all other parties with whom the
         **State what the contract or** MUSIC LICENSE                               debtor has an executory contract or
         **lease is for**                                                           unexpired lease

         **Nature of debtor's interest** LICENSEE                                   UNIVERSAL MUSIC ENTERPRISES
                                                                                    2200 COLORADO AVENUE
         **State the term remaining**   _____    SANTA MONICA CA 90404

         **List the contract number of** _____
         **any government contract**

2.2172.  **Title of contract**         LICENSE AGREEMENT DATED SEPTEMBER 4,2015    State the name and mailing address
                                                                                    for all other parties with whom the
         **State what the contract or** MUSIC LICENSE                               debtor has an executory contract or
         **lease is for**                                                           unexpired lease

         **Nature of debtor's interest** LICENSEE                                   UNIVERSAL MUSIC ENTERPRISES
                                                                                    2200 COLORADO AVENUE
         **State the term remaining**   _____    SANTA MONICA CA 90404

         **List the contract number of** _____
         **any government contract**

2.2173.  **Title of contract**         AGREEMENT DATED MAY 2,2018                  State the name and mailing address
                                                                                    for all other parties with whom the
         **State what the contract or** MUSIC LICENSE                               debtor has an executory contract or
         **lease is for**                                                           unexpired lease

         **Nature of debtor's interest** LICENSEE                                   UNIVERSAL MUSIC ENTERPRISES
                                                                                    2200 COLORADO AVENUE
         **State the term remaining**   _____    SANTA MONICA CA 90404

         **List the contract number of** _____
         **any government contract**

2.2174.  **Title of contract**         AGREEMENT DATED SEPTEMBER 28,2016          State the name and mailing address
                                                                                    for all other parties with whom the
         **State what the contract or** MUSIC LICENSE                               debtor has an executory contract or
         **lease is for**                                                           unexpired lease

         **Nature of debtor's interest** LICENSEE                                   UNIVERSAL MUSIC ENTERPRISES
                                                                                    2200 COLORADO AVENUE
         **State the term remaining**   _____    SANTA MONICA CA 90404

         **List the contract number of** _____
         **any government contract**

2.2175.  **Title of contract**         LETTER AGREEMENT RE JOBS TRAILER (UNIVERSAL State the name and mailing address
                                       PROJECT NO. 00050409) DATED OCTOBER 14,2013 for all other parties with whom the
                                                                                    debtor has an executory contract or
         **State what the contract or** MUSIC LICENSE                               unexpired lease
         **lease is for**

         **Nature of debtor's interest** LICENSEE                                   UNIVERSAL MUSIC ENTERPRISES,
                                                                                    A DIVISION OF UMG RECORDING,
         **State the term remaining**   _____    INC.
                                                                                    2200 COLORADO AVENUE
         **List the contract number of** _____   SANTA MONICA CA 90404
         **any government contract**

Debtor    **Open Road Films, LLC**                                             Case number *(if known)* **18-12012**

| | | |
|---|---|---|
| **2.2176.** | **Title of contract** | LETTER AGREEMENT RE KILLER ELITE TRAILER (UNIVERSAL PROJECT NO. 00043971) DATED OCTOBER 13,2011 |
| | **State what the contract or lease is for** | MUSIC LICENSE |
| | **Nature of debtor's interest** | LICENSEE |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

UNIVERSAL MUSIC ENTERPRISES, A DIVISION OF UMG RECORDING, INC.
2200 COLORADO AVENUE
SANTA MONICA CA 90404

| | | |
|---|---|---|
| **2.2177.** | **Title of contract** | LETTER AGREEMENT RE MACHETE KILLS TRAILER (UNIVERSAL PROJECT NO. 00052679) DATED DECEMBER 3,2013 |
| | **State what the contract or lease is for** | MUSIC LICENSE |
| | **Nature of debtor's interest** | LICENSEE |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

UNIVERSAL MUSIC ENTERPRISES, A DIVISION OF UMG RECORDING, INC.
2200 COLORADO AVENUE
SANTA MONICA CA 90404

| | | |
|---|---|---|
| **2.2178.** | **Title of contract** | LETTER AGREEMENT RE MOTHER'S DAY MOTION PICTURE TRAILER (UNIVERSAL PROJECT NO. 64569) DATED APRIL 1,2016 |
| | **State what the contract or lease is for** | MUSIC LICENSE |
| | **Nature of debtor's interest** | LICENSEE |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

UNIVERSAL MUSIC ENTERPRISES, A DIVISION OF UMG RECORDING, INC.
2200 COLORADO AVENUE
SANTA MONICA CA 90404

| | | |
|---|---|---|
| **2.2179.** | **Title of contract** | LETTER AGREEMENT RE MOTHER'S DAY MOTION PICTURE TRAILER (UNIVERSAL PROJECT NO. 64569) DATED FEBRUARY 12,2016 |
| | **State what the contract or lease is for** | MUSIC LICENSE |
| | **Nature of debtor's interest** | LICENSEE |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

UNIVERSAL MUSIC ENTERPRISES, A DIVISION OF UMG RECORDING, INC.
2200 COLORADO AVENUE
SANTA MONICA CA 90404

| | | |
|---|---|---|
| **2.2180.** | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED JUNE 21,2018 |
| | **State what the contract or lease is for** | MUSIC LICENSE |
| | **Nature of debtor's interest** | LICENSEE |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

UNIVERSAL MUSIC ENTERPRISES, A DIVISION OF UMG RECORDINGS, INC.
2200 COLORADO AVENUE
SANTA MONICA CA 90404

Debtor   **Open Road Films, LLC**                                                          Case number *(if known)* **18-12012**

**2.2181.** **Title of contract**          LETTER - RE: BLEED FOR THIS - MOTION PICTURE        **State the name and mailing address**
                                  TRAILER UNIVERSAL PROJECT NO. 67281 "THE STROKE"   **for all other parties with whom the**
                                  BY BILLY SQUIER DATED JUNE 17,2016                 **debtor has an executory contract or**
                                                                                      **unexpired lease**

          **State what the contract or**   MUSIC LICENSE
          **lease is for**                                                            UNIVERSAL MUSIC ENTERPRISES,
                                                                                      A DIVISION OF UMG RECORDINGS,
          **Nature of debtor's interest**  LICENSEE                                   INC.
                                                                                      2200 COLORADO AVENUE
          **State the term remaining**     _____   SANTA MONICA CA 90404

          **List the contract number of**  _____
          **any government contract**

**2.2182.** **Title of contract**          MASTER USE LICENSE AGREEMENT DATED JUNE 3,2014    **State the name and mailing address**
                                                                                      **for all other parties with whom the**
          **State what the contract or**   MUSIC LICENSE                             **debtor has an executory contract or**
          **lease is for**                                                            **unexpired lease**

          **Nature of debtor's interest**  LICENSEE                                   UNIVERSAL MUSIC ENTERPRISES,
                                                                                      A DIVISION OF UMG RECORDINGS,
          **State the term remaining**     _____   INC.
                                                                                      2200 COLORADO AVENUE
          **List the contract number of**  _____   SANTA MONICA CA 90404
          **any government contract**

**2.2183.** **Title of contract**          COMBINED SYNCHRONIZATION AND MASTER USE          **State the name and mailing address**
                                  LICENSE AGREEMENT DATED MARCH 21,2014              **for all other parties with whom the**
                                                                                      **debtor has an executory contract or**
          **State what the contract or**   MUSIC LICENSE                             **unexpired lease**
          **lease is for**
                                                                                      UNIVERSAL MUSIC ENTERPRISES,
          **Nature of debtor's interest**  LICENSEE                                   A DIVISION OF UMG RECORDINGS,
                                                                                      INC.
          **State the term remaining**     _____   2200 COLORADO AVENUE
                                                                                      SANTA MONICA CA 90404
          **List the contract number of**  _____
          **any government contract**

**2.2184.** **Title of contract**          LETTER - DOPE - MOTION PICTURE TRAILER UNIVERSAL  **State the name and mailing address**
                                  PROJECT NO. 60297 VARIOUS UME MASTER               **for all other parties with whom the**
                                  RECORDINGS DATED APRIL 15,2015                     **debtor has an executory contract or**
                                                                                      **unexpired lease**
          **State what the contract or**   MUSIC LICENSE
          **lease is for**                                                            UNIVERSAL MUSIC ENTERPRISES,
                                                                                      A DIVISION OF UMG RECORDINGS,
          **Nature of debtor's interest**  LICENSEE                                   INC.
                                                                                      2200 COLORADO AVENUE
          **State the term remaining**     _____   SANTA MONICA CA 90404

          **List the contract number of**  _____
          **any government contract**

**2.2185.** **Title of contract**          LETTER - RE: DOPE - MOTION PICTURE TRAILER        **State the name and mailing address**
                                  UNIVERSAL PROJECT NO. 60297 "I" BY KENDRICK LAMAR  **for all other parties with whom the**
                                  DATED MAY 21,2015                                  **debtor has an executory contract or**
                                                                                      **unexpired lease**
          **State what the contract or**   MUSIC LICENSE
          **lease is for**                                                            UNIVERSAL MUSIC ENTERPRISES,
                                                                                      A DIVISION OF UMG RECORDINGS,
          **Nature of debtor's interest**  LICENSEE                                   INC.
                                                                                      2200 COLORADO AVENUE
          **State the term remaining**     _____   SANTA MONICA CA 90404

          **List the contract number of**  _____
          **any government contract**

Debtor    **Open Road Films, LLC**                                          Case number *(if known)* **18-12012**

| | | |
|---|---|---|
| **2.2186.** | **Title of contract** | LETTER - END OF WATCH - TRAILERS UNIVERSAL PROJECT NO. 00045814 "IN THE CITY" BY KEVIN RUDOLF DATED MAY 21,2012 |
| | **State what the contract or lease is for** | MUSIC LICENSE |
| | **Nature of debtor's interest** | LICENSEE |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

UNIVERSAL MUSIC ENTERPRISES, A DIVISION OF UMG RECORDINGS, INC.
2200 COLORADO AVENUE
SANTA MONICA CA 90404

| | | |
|---|---|---|
| **2.2187.** | **Title of contract** | MASTER USE LICENSE AGREEMENT DATED APRIL 23,2012 |
| | **State what the contract or lease is for** | MUSIC LICENSE |
| | **Nature of debtor's interest** | LICENSEE |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

UNIVERSAL MUSIC ENTERPRISES, A DIVISION OF UMG RECORDINGS, INC.
2200 COLORADO AVENUE
SANTA MONICA CA 90404

| | | |
|---|---|---|
| **2.2188.** | **Title of contract** | LETTER AGREEMENT DATED OCTOBER 20,2014 |
| | **State what the contract or lease is for** | MUSIC LICENSE |
| | **Nature of debtor's interest** | LICENSEE |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

UNIVERSAL MUSIC ENTERPRISES, A DIVISION OF UMG RECORDINGS, INC.
2200 COLORADO AVENUE
SANTA MONICA CA 90404

| | | |
|---|---|---|
| **2.2189.** | **Title of contract** | LETTER AGREEMENT DATED SEPTEMBER 2,2014 |
| | **State what the contract or lease is for** | MUSIC LICENSE |
| | **Nature of debtor's interest** | LICENSEE |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

UNIVERSAL MUSIC ENTERPRISES, A DIVISION OF UMG RECORDINGS, INC.
2200 COLORADO AVENUE
SANTA MONICA CA 90404

| | | |
|---|---|---|
| **2.2190.** | **Title of contract** | LETTER AGREEMENT DATED OCTOBER 29,2013 |
| | **State what the contract or lease is for** | MUSIC LICENSE |
| | **Nature of debtor's interest** | LICENSEE |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

UNIVERSAL MUSIC ENTERPRISES, A DIVISION OF UMG RECORDINGS, INC.
2200 COLORADO AVENUE
SANTA MONICA CA 90404

Debtor    **Open Road Films, LLC**

Case number *(if known)* **18-12012**

---

**2.2191.** **Title of contract**

LETTER AGREEMENT RE THE HOST TRAILER (UNIVERSAL PROJECT NO. 00048320) DATED NOVEMBER 12,2012

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**

MUSIC LICENSE

**Nature of debtor's interest**

LICENSEE

UNIVERSAL MUSIC ENTERPRISES, A DIVISION OF UMG RECORDINGS, INC.
2200 COLORADO AVENUE
SANTA MONICA CA 90404

**State the term remaining**

**List the contract number of any government contract**

---

**2.2192.** **Title of contract**

MOTION PICTURE TRAILER SYNCHONIZATION RIGHTS LICENSE DATED JULY 27,2016

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**

MUSIC LICENSE

**Nature of debtor's interest**

LICENSEE

UNIVERSAL MUSIC PUBLISHING GROUP
2100 COLORADO AVENUE
SANTA MONICA CA 90404

**State the term remaining**

**List the contract number of any government contract**

---

**2.2193.** **Title of contract**

EXCLUSIVE DISTRIBUTION AGREEMENT DATED JUNE 10,2011

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**

EXPLOITATION AGREEMENT

**Nature of debtor's interest**

LICENSOR

UNIVERSAL STUDIOS HOME ENTERTAINMENT, LLC
100 UNIVERSAL CITY PLZ 1440/6
UNIVERSAL CITY CA 91608

**State the term remaining**

**List the contract number of any government contract**

---

**2.2194.** **Title of contract**

LETTER AGREEMENT DATED JUNE 10,2011

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**

EXPLOITATION AGREEMENT

**Nature of debtor's interest**

LICENSOR

UNIVERSAL STUDIOS HOME ENTERTAINMENT, LLC
100 UNIVERSAL CITY PLZ 1440/6
UNIVERSAL CITY CA 91608

**State the term remaining**

**List the contract number of any government contract**

---

**2.2195.** **Title of contract**

INTERCREDITOR AGREEMENT DATED OCTOBER 27,2011

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**

EXPLOITATION AGREEMENT

**Nature of debtor's interest**

LICENSOR

UNIVERSAL STUDIOS HOME ENTERTAINMENT, LLC
100 UNIVERSAL CITY PLZ 1440/6
UNIVERSAL CITY CA 91608

**State the term remaining**

**List the contract number of any government contract**

---

Debtor   **Open Road Films, LLC**                                                        Case number *(if known)* **18-12012**

| 2.2196. | Title of contract | LETTER AGREEMENT DATED DECEMBER 13,2011 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | EXPLOITATION AGREEMENT | |
| | Nature of debtor's interest | LICENSOR | UNIVERSAL STUDIOS HOME ENTERTAINMENT, LLC 100 UNIVERSAL CITY PLZ 1440/6 UNIVERSAL CITY CA 91608 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.2197. | Title of contract | AMENDMENT TO INTERCREDITOR AGREEMENT DATED DECEMBER 15,2011 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | EXPLOITATION AGREEMENT | |
| | Nature of debtor's interest | LICENSOR | UNIVERSAL STUDIOS HOME ENTERTAINMENT, LLC 100 UNIVERSAL CITY PLZ 1440/6 UNIVERSAL CITY CA 91608 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.2198. | Title of contract | AMENDMENT DATED MARCH 7,2012 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | EXPLOITATION AGREEMENT | |
| | Nature of debtor's interest | LICENSOR | UNIVERSAL STUDIOS HOME ENTERTAINMENT, LLC 100 UNIVERSAL CITY PLZ 1440/6 UNIVERSAL CITY CA 91608 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.2199. | Title of contract | ADDENDUM DATED MARCH 27,2012 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | EXPLOITATION AGREEMENT | |
| | Nature of debtor's interest | LICENSOR | UNIVERSAL STUDIOS HOME ENTERTAINMENT, LLC 100 UNIVERSAL CITY PLZ 1440/6 UNIVERSAL CITY CA 91608 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.2200. | Title of contract | AMENDMENT DATED AUGUST 29,2012 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | EXPLOITATION AGREEMENT | |
| | Nature of debtor's interest | LICENSOR | UNIVERSAL STUDIOS HOME ENTERTAINMENT, LLC 100 UNIVERSAL CITY PLZ 1440/6 UNIVERSAL CITY CA 91608 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

Debtor    **Open Road Films, LLC**                                                                Case number *(if known)* **18-12012**

| 2.2201. | Title of contract | SECOND AMENDMENT DATED DECEMBER 20,2013 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | EXPLOITATION AGREEMENT | |
| | Nature of debtor's interest | LICENSOR | UNIVERSAL STUDIOS HOME ENTERTAINMENT, LLC |
| | State the term remaining | _____ | 100 UNIVERSAL CITY PLZ 1440/6 |
| | List the contract number of any government contract | _____ | UNIVERSAL CITY CA 91608 |

| 2.2202. | Title of contract | THIRD AMENDMENT DATED SEPTEMBER 1,2015 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | EXPLOITATION AGREEMENT | |
| | Nature of debtor's interest | LICENSOR | UNIVERSAL STUDIOS HOME ENTERTAINMENT, LLC |
| | State the term remaining | _____ | 100 UNIVERSAL CITY PLZ 1440/6 |
| | List the contract number of any government contract | _____ | UNIVERSAL CITY CA 91608 |

| 2.2203. | Title of contract | FOURTH AMENDMENT DATED JUNE 30,2016 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | EXPLOITATION AGREEMENT | |
| | Nature of debtor's interest | LICENSOR | UNIVERSAL STUDIOS HOME ENTERTAINMENT, LLC |
| | State the term remaining | _____ | 100 UNIVERSAL CITY PLZ 1440/6 |
| | List the contract number of any government contract | _____ | UNIVERSAL CITY CA 91608 |

| 2.2204. | Title of contract | FIFTH AMENDMENT DATED JANUARY 20,2017 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | EXPLOITATION AGREEMENT | |
| | Nature of debtor's interest | LICENSOR | UNIVERSAL STUDIOS HOME ENTERTAINMENT, LLC |
| | State the term remaining | _____ | 100 UNIVERSAL CITY PLZ 1440/6 |
| | List the contract number of any government contract | _____ | UNIVERSAL CITY CA 91608 |

| 2.2205. | Title of contract | SIXTH AMENDMENT DATED MAY 10,2017 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | EXPLOITATION AGREEMENT | |
| | Nature of debtor's interest | LICENSOR | UNIVERSAL STUDIOS HOME ENTERTAINMENT, LLC |
| | State the term remaining | _____ | 100 UNIVERSAL CITY PLZ 1440/6 |
| | List the contract number of any government contract | _____ | UNIVERSAL CITY CA 91608 |

Debtor    **Open Road Films, LLC**                                    Case number *(if known)* **18-12012**

| 2.2206. | Title of contract | SEVENTH AMENDMENT DATED SEPTEMBER 20,2017 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | EXPLOITATION AGREEMENT | |
| | Nature of debtor's interest | LICENSOR | UNIVERSAL STUDIOS HOME ENTERTAINMENT, LLC |
| | State the term remaining | | 100 UNIVERSAL CITY PLZ 1440/6 UNIVERSAL CITY CA 91608 |
| | List the contract number of any government contract | | |

| 2.2207. | Title of contract | FILM LICENSE AGREEMENT - "SABOTAGE" DATED MAY 27,2014 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | EXPLOITATION AGREEMENT | |
| | Nature of debtor's interest | LICENSOR | UNIVERSAL TELEVISION NETWORKS |
| | State the term remaining | | 30 ROCKFELLER PLAZA NEW YORK NY 10112 |
| | List the contract number of any government contract | | |

| 2.2208. | Title of contract | NOTICE OF CONSENT AND IRREVOCABLE ASSIGNMENT DATED MAY 27,2014 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | EXPLOITATION AGREEMENT | |
| | Nature of debtor's interest | LICENSOR | UNIVERSAL TELEVISION NETWORKS |
| | State the term remaining | | 30 ROCKFELLER PLAZA NEW YORK NY 10112 |
| | List the contract number of any government contract | | |

| 2.2209. | Title of contract | FILM LICENSE AGREEMENT - "THE HOST" DATED APRIL 25,2014 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | EXPLOITATION AGREEMENT | |
| | Nature of debtor's interest | LICENSOR | UNIVERSAL TELEVISION NETWORKS |
| | State the term remaining | | 30 ROCKFELLER PLAZA NEW YORK NY 10112 |
| | List the contract number of any government contract | | |

| 2.2210. | Title of contract | FILM LICENSE AGREEMENT - "SILENT HILL", "SILENT HOUSE" DATED JANUARY 3,2013 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | EXPLOITATION AGREEMENT | |
| | Nature of debtor's interest | LICENSOR | UNIVERSAL TELEVISION NETWORKS |
| | State the term remaining | | 30 ROCKFELLER PLAZA NEW YORK NY 10112 |
| | List the contract number of any government contract | | |

Debtor    **Open Road Films, LLC**                                                    Case number *(if known)* **18-12012**

| 2.2211. | **Title of contract** | NOTICE OF CONSENT AND IRREVOCABLE ASSIGNMENT DATED OCTOBER 25,2013 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | EXPLOITATION AGREEMENT | |
| | **Nature of debtor's interest** | LICENSOR | UNIVERSAL TELEVISION NETWORKS 30 ROCKEFELLER PLAZA NEW YORK NY 10112 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.2212. | **Title of contract** | AMEND NO.1 TO LICENSE AGREEMENT - "SABOTAGE", "SILENT HILL" DATED MARCH 14,2017 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | EXPLOITATION AGREEMENT | |
| | **Nature of debtor's interest** | LICENSOR | UNIVERSAL TELEVISION NETWORKS 30 ROCKEFELLER PLAZA NEW YORK NY 10112 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.2213. | **Title of contract** | DISTRIBUTION AGREEMENT DATED OCTOBER 29,2015 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | EXPLOITATION AGREEMENT | |
| | **Nature of debtor's interest** | LICENSOR | VAA FILM DISTRIBUTORS, LTD. CORNER SPRINGFIELD AND POULI AVENUES VALYSAN, TRINIDAD WEST INDIES |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.2214. | **Title of contract** | AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | VENDOR AGREEMENT | |
| | **Nature of debtor's interest** | CUSTOMER | VARIETY BOYS & GIRLS CLUB 2530 CINCINNATI ST LOS ANGELES CA 90033 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.2215. | **Title of contract** | AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | VENDOR AGREEMENT | |
| | **Nature of debtor's interest** | CUSTOMER | VARIETY-THE CHILDREN'S CHARITY OF SOUTHERN CALIFORNIA 4601 WILSHIRE BLVD STE 260 LOS ANGELES CA 90010 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

Debtor    **Open Road Films, LLC**                                                        Case number *(if known)* **18-12012**

---

2.2216.  **Title of contract**                AGREEMENT

    **State what the contract or**    VENDOR AGREEMENT
    **lease is for**

    **Nature of debtor's interest**    CUSTOMER

    **State the term remaining**    _____

    **List the contract number of**    _____
    **any government contract**

**State the name and mailing address
for all other parties with whom the
debtor has an executory contract or
unexpired lease**

VEENA CROWNHOLM
2159 FERN DELL PL
LOS ANGELES CA 90068

---

2.2217.  **Title of contract**                AGREEMENT

    **State what the contract or**    VENDOR AGREEMENT - LIBRARY ASSET HOLDER
    **lease is for**

    **Nature of debtor's interest**    CUSTOMER/ASSET OWNER

    **State the term remaining**    _____

    **List the contract number of**    _____
    **any government contract**

**State the name and mailing address
for all other parties with whom the
debtor has an executory contract or
unexpired lease**

VERITAS TECHNOLOGIES, LLC
500 E MIDDLEFIELLD RD
MOUNTAIN VIEW CA 94043

---

2.2218.  **Title of contract**                AGREEMENT

    **State what the contract or**    VENDOR AGREEMENT
    **lease is for**

    **Nature of debtor's interest**    CUSTOMER

    **State the term remaining**    _____

    **List the contract number of**    _____
    **any government contract**

**State the name and mailing address
for all other parties with whom the
debtor has an executory contract or
unexpired lease**

VERITES
DEPT 5032
LOS ANGELES CA 90084

---

2.2219.  **Title of contract**                LICENSE AGREEMENT - "HAUNTED HOUSE" DATED
                                    MARCH 8,2013

    **State what the contract or**    EXPLOITATION AGREEMENT
    **lease is for**

    **Nature of debtor's interest**    LICENSOR

    **State the term remaining**    _____

    **List the contract number of**    _____
    **any government contract**

**State the name and mailing address
for all other parties with whom the
debtor has an executory contract or
unexpired lease**

VIACOM INTERNATIONAL, INC.
PO BOX 13683
NEWARK NJ 07188

---

2.2220.  **Title of contract**                NOTICE OF CONSENT AND IRREVOCABLE ASSIGNMENT
                                    DATED MAY 10,2013

    **State what the contract or**    EXPLOITATION AGREEMENT
    **lease is for**

    **Nature of debtor's interest**    LICENSOR

    **State the term remaining**    _____

    **List the contract number of**    _____
    **any government contract**

**State the name and mailing address
for all other parties with whom the
debtor has an executory contract or
unexpired lease**

VIACOM INTERNATIONAL, INC.
PO BOX 13683
NEWARK NJ 07188

---

Debtor   **Open Road Films, LLC**                                                      Case number *(if known)* **18-12012**

| 2.2221. | Title of contract | LICENSE AGREEMENT - "HAUNTED HOUSE 2" DATED JUNE 9,2014 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | EXPLOITATION AGREEMENT | |
| | Nature of debtor's interest | LICENSOR | VIACOM INTERNATIONAL, INC. PO BOX 13683 NEWARK NJ 07188 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.2222. | Title of contract | NOTICE OF CONSENT AND IRREVOCABLE ASSIGNMENT DATED APRIL 29,2015 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | EXPLOITATION AGREEMENT | |
| | Nature of debtor's interest | LICENSOR | VIACOM INTERNATIONAL, INC. PO BOX 13683 NEWARK NJ 07188 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.2223. | Title of contract | LICENSE ACQUISITION AGREEMENT - "DOPE" DATED JULY 22,2015 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | EXPLOITATION AGREEMENT | |
| | Nature of debtor's interest | LICENSOR | VIACOM INTERNATIONAL, INC. PO BOX 13683 NEWARK NJ 07188 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.2224. | Title of contract | NOTICE OF CONSENT AND IRREVOCABLE ASSIGNMENT DATED NOVEMBER 18,2015 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | EXPLOITATION AGREEMENT | |
| | Nature of debtor's interest | LICENSOR | VIACOM INTERNATIONAL, INC. PO BOX 13683 NEWARK NJ 07188 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.2225. | Title of contract | AMENDMENT TO LICENSE ACQUISITION AGREEMENT - "DOPE" DATED FEBRUARY 9,2016 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | EXPLOITATION AGREEMENT | |
| | Nature of debtor's interest | LICENSOR | VIACOM INTERNATIONAL, INC. PO BOX 13683 NEWARK NJ 07188 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

Debtor    **Open Road Films, LLC**                                                    Case number *(if known)* **18-12012**

| 2.2226. | Title of contract | LICENSE ACQUISITION AGREEMENT - "SABOTOGE" DATED JUNE 9,2014 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | EXPLOITATION AGREEMENT | |
| | Nature of debtor's interest | LICENSOR | VIACOM INTERNATIONAL, INC. PO BOX 13683 NEWARK NJ 07188 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.2227. | Title of contract | NOTICE OF CONSENT AND IRREVOCABLE ASSIGNMENT DATED APRIL 29,2015 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | EXPLOITATION AGREEMENT | |
| | Nature of debtor's interest | LICENSOR | VIACOM INTERNATIONAL, INC. PO BOX 13683 NEWARK NJ 07188 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.2228. | Title of contract | DEAL MEMO - LICENSE ACQUISITION AGREEMENT - "THE GREY" DATED JANUARY 17,2013 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | EXPLOITATION AGREEMENT | |
| | Nature of debtor's interest | LICENSOR | VIACOM INTERNATIONAL, INC. PO BOX 13683 NEWARK NJ 07188 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.2229. | Title of contract | LICENSE ACQUISITION AGREEMENT - "THE HOST" DATED NOVEMBER 24,2014 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | EXPLOITATION AGREEMENT | |
| | Nature of debtor's interest | LICENSOR | VIACOM INTERNATIONAL, INC. PO BOX 13683 NEWARK NJ 07188 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.2230. | Title of contract | NOTICE OF CONSENT AND IRREVOCABLE ASSIGNMENT DATED APRIL 29,2015 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | EXPLOITATION AGREEMENT | |
| | Nature of debtor's interest | LICENSOR | VIACOM INTERNATIONAL, INC. PO BOX 13683 NEWARK NJ 07188 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

Debtor  **Open Road Films, LLC**                                                          Case number *(if known)* **18-12012**

---

**2.2231.** **Title of contract**    AMENDMENT NO.1 TO LICENSE ACQUISITION    **State the name and mailing address**
                                     AGREEMENT - "END OF WATCH", "MACHETE KILLS" AND    **for all other parties with whom the**
                                     "HOMEFRONT" DATED MAY 13,2014    **debtor has an executory contract or**
                                                                      **unexpired lease**

   **State what the contract or**    EXPLOITATION AGREEMENT
   **lease is for**                                                   VIACOM INTERNATIONAL, INC.
                                                                      PO BOX 13683
   **Nature of debtor's interest**    LICENSOR                        NEWARK NJ 07188

   **State the term remaining**       _____

   **List the contract number of**    _____
   **any government contract**

**2.2232.** **Title of contract**    AMENDMENT NO.2 TO LICENSE ACQUISITION    **State the name and mailing address**
                                     AGREEMENT - "END OF WATCH", "MACHETE KILLS" AND    **for all other parties with whom the**
                                     "HOMEFRONT" DATED NOVEMBER 13,2014    **debtor has an executory contract or**
                                                                      **unexpired lease**

   **State what the contract or**    EXPLOITATION AGREEMENT
   **lease is for**                                                   VIACOM INTERNATIONAL, INC.
                                                                      PO BOX 13683
   **Nature of debtor's interest**    LICENSOR                        NEWARK NJ 07188

   **State the term remaining**       _____

   **List the contract number of**    _____
   **any government contract**

**2.2233.** **Title of contract**    LICENSE ACQUISITION AGREEMENT - "50 SHADES OF    **State the name and mailing address**
                                     BLACK", "CHEF", "TRIPLE NINE", "MOTHER'S DAY", "NUT    **for all other parties with whom the**
                                     JOB", "ROCK THE KASBAH", "THE FLUFFY MOVIE" DATED    **debtor has an executory contract or**
                                     OCTOBER 4,2016    **unexpired lease**

   **State what the contract or**    EXPLOITATION AGREEMENT
   **lease is for**                                                   VIACOM INTERNATIONAL, INC.
                                                                      PO BOX 13683
   **Nature of debtor's interest**    LICENSOR                        NEWARK NJ 07188

   **State the term remaining**       _____

   **List the contract number of**    _____
   **any government contract**

**2.2234.** **Title of contract**    NOTICE OF CONSENT AND IRREVOCABLE ASSIGNMENT    **State the name and mailing address**
                                     DATED JANUARY 13,2017    **for all other parties with whom the**
                                                              **debtor has an executory contract or**
                                                              **unexpired lease**

   **State what the contract or**    EXPLOITATION AGREEMENT
   **lease is for**                                                   VIACOM INTERNATIONAL, INC.
                                                                      PO BOX 13683
   **Nature of debtor's interest**    LICENSOR                        NEWARK NJ 07188

   **State the term remaining**       _____

   **List the contract number of**    _____
   **any government contract**

**2.2235.** **Title of contract**    LICENSE ACQUISITION AGREEMENT - "SLEEPLESS &    **State the name and mailing address**
                                     MARSHALL" DATED NOVEMBER 15,2017    **for all other parties with whom the**
                                                              **debtor has an executory contract or**
                                                              **unexpired lease**

   **State what the contract or**    EXPLOITATION AGREEMENT
   **lease is for**                                                   VIACOM INTERNATIONAL, INC.
                                                                      PO BOX 13683
   **Nature of debtor's interest**    LICENSOR                        NEWARK NJ 07188

   **State the term remaining**       _____

   **List the contract number of**    _____
   **any government contract**

---

Debtor   **Open Road Films, LLC**                                    Case number *(if known)* **18-12012**

| 2.2236. | **Title of contract** | NOTICE OF CONSENT AND IRREVOCABLE ASSIGNMENT DATED NOVEMBER 15,2017 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | EXPLOITATION AGREEMENT | |
| | **Nature of debtor's interest** | LICENSOR | VIACOM INTERNATIONAL, INC. PO BOX 13683 NEWARK NJ 07188 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.2237. | **Title of contract** | VMN STANDARD ACQUISITION AGREEMENT FORM DATED SEPTEMBER 22,2011 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | EXPLOITATION AGREEMENT | |
| | **Nature of debtor's interest** | LICENSOR | VIACOM MEDIA NETWORKS 1515 BROADWAY NEW YORK NY 10036 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.2238. | **Title of contract** | NOTICE OF CONSENT AND IRREVOCABLE ASSIGNMENT DATED DECEMBER 2,2011 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | EXPLOITATION AGREEMENT | |
| | **Nature of debtor's interest** | LICENSOR | VIACOM MEDIA NETWORKS 1515 BROADWAY NEW YORK NY 10036 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.2239. | **Title of contract** | VMN STANDARD ACQUISITION AGREEMENT FORM DATED OCTOBER 10,2013 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | EXPLOITATION AGREEMENT | |
| | **Nature of debtor's interest** | LICENSOR | VIACOM MEDIA NETWORKS 1515 BROADWAY NEW YORK NY 10036 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.2240. | **Title of contract** | NOTICE OF CONSENT AND IRREVOCABLE ASSIGNMENT DATED APRIL 30,2014 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | EXPLOITATION AGREEMENT | |
| | **Nature of debtor's interest** | LICENSOR | VIACOM MEDIA NETWORKS 1515 BROADWAY NEW YORK NY 10036 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

Debtor    **Open Road Films, LLC**                                                                Case number *(if known)* **18-12012**

**2.2241.** | **Title of contract** | AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease
--- | --- | --- | ---
| **State what the contract or lease is for** | VENDOR AGREEMENT |
| **Nature of debtor's interest** | CUSTOMER | VICTOR ORLY CONSULTING
| **State the term remaining** | _____ | PO BOX 29
| **List the contract number of any government contract** | _____ | HARBOR CITY CA 90710

**2.2242.** | **Title of contract** | FIFTY SHADES OF BLACK - TRAILERS / ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED NOVEMBER 16,2015 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease
--- | --- | --- | ---
| **State what the contract or lease is for** | MUSIC LICENSE |
| **Nature of debtor's interest** | LICENSEE | VIDEOHE L.P.ER, INC.
| **State the term remaining** | _____ | 50 WEST 17TH ST 10TH FL
| **List the contract number of any government contract** | _____ | NEW YORK NY 10011

**2.2243.** | **Title of contract** | GLEASON - TRAILERS / ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED JUNE 17,2018 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease
--- | --- | --- | ---
| **State what the contract or lease is for** | MUSIC LICENSE |
| **Nature of debtor's interest** | LICENSEE | VIDEOHE L.P.ER, INC.
| **State the term remaining** | _____ | 50 WEST 17TH ST 10TH FL
| **List the contract number of any government contract** | _____ | NEW YORK NY 10011

**2.2244.** | **Title of contract** | SILENT HOUSE - TRAILERS / ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED FEBRUARY 29,2012 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease
--- | --- | --- | ---
| **State what the contract or lease is for** | MUSIC LICENSE |
| **Nature of debtor's interest** | LICENSEE | VIDEOHE L.P.ER, INC.
| **State the term remaining** | _____ | 50 WEST 17TH ST 10TH FL
| **List the contract number of any government contract** | _____ | NEW YORK NY 10011

**2.2245.** | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED FEBRUARY 29,2012 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease
--- | --- | --- | ---
| **State what the contract or lease is for** | MUSIC LICENSE |
| **Nature of debtor's interest** | LICENSEE | VIDEOHE L.P.ER, INC.
| **State the term remaining** | _____ | 50 WEST 17TH ST 10TH FL
| **List the contract number of any government contract** | _____ | NEW YORK NY 10011

Debtor    **Open Road Films, LLC**                                                     Case number *(if known)* **18-12012**

**2.2246.**  **Title of contract**          MARKETING SERVICES AGREEMENT DATED NOVEMBER 4, 2015          **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**          TERMS AND CONDITIONS OF BUSINESS DATED MAY 5, 2015

VENDOR AGREEMENT - LIBRARY ASSET HOLDER          VISION MEDIA MANAGEMENT & FULFILLMENT
29125 AVENUE PAINE
VALENCIA CA 91355

**Nature of debtor's interest**          CUSTOMER/ASSET OWNER

**State the term remaining**          _____

**List the contract number of any government contract**          _____

---

**2.2247.**  **Title of contract**          AGREEMENT          **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**          VENDOR AGREEMENT

**Nature of debtor's interest**          CUSTOMER          VOLFONI, INC.
4712 ADMIRALTY WAY #884
MARINA DEL REY CA 90292

**State the term remaining**          _____

**List the contract number of any government contract**          _____

---

**2.2248.**  **Title of contract**          DISTRIBUTION RIGHTS ACQUISITION AGREEMENT DATED OCTOBER 17, 2012          **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**          ACQUISITION AGREEMENT

**Nature of debtor's interest**          DISTRIBUTOR          VRELONOVAMA, LLC
15760 VENTURA BLVD
ENCINO CA 91436

**State the term remaining**          _____

**List the contract number of any government contract**          _____

---

**2.2249.**  **Title of contract**          HOTEL VOD, VOD AND EST CONTENT LICENSE AGREEMENT DATED AUGUST 23,2018          **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**          EXPLOITATION AGREEMENT

**Nature of debtor's interest**          LICENSOR          VUBIQUITY, INC.
3900 W ALAMEDA AVE, SUITE 1700
BURBANK CA 91505

**State the term remaining**          _____

**List the contract number of any government contract**          _____

---

**2.2250.**  **Title of contract**          AMENDMENT #1 DATED JANUARY 0,1900          **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**          EXPLOITATION AGREEMENT

**Nature of debtor's interest**          LICENSOR          VUBIQUITY, INC.
3900 W ALAMEDA AVE, SUITE 1700
BURBANK CA 91505

**State the term remaining**          _____

**List the contract number of any government contract**          _____

---

Debtor    **Open Road Films, LLC**

Case number *(if known)* **18-12012**

| | | |
|---|---|---|
| 2.2251. | **Title of contract** | EST/VOD LICENSE AGREEMENT DATED SEPTEMBER 1,2018 |
| | **State what the contract or lease is for** | EXPLOITATION AGREEMENT |
| | **Nature of debtor's interest** | LICENSOR |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

VUDU, INC.
600 W CALIFORNIA AVE
SUNNYVALE CA 94086

| | | |
|---|---|---|
| 2.2252. | **Title of contract** | A&E - VVS SIDE LETTER DATED SEPTEMBER 12,2016 |
| | **State what the contract or lease is for** | EXPLOITATION AGREEMENT |
| | **Nature of debtor's interest** | LICENSOR |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

VVS FILMS
4030 POIRIER BLVD
MONTREAL QC H4R 2A5
CANADA

| | | |
|---|---|---|
| 2.2253. | **Title of contract** | INVOICE - "THE NUT JOB 2 TRAILER / DUMB" DATED AUGUST 10,2017 |
| | **State what the contract or lease is for** | MUSIC LICENSE |
| | **Nature of debtor's interest** | LICENSEE |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

WALT DISNEY MUSIC COMPANY
500 S BUENA VISTA ST
BURBANK CA 91521

| | | |
|---|---|---|
| 2.2254. | **Title of contract** | MASTER USE LICENSE DATED DECEMBER 17,2014 |
| | **State what the contract or lease is for** | MUSIC LICENSE |
| | **Nature of debtor's interest** | LICENSEE |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

WAMA, INC. O/B/O BIG YELLOW DOG, LLC
PO BOX 120667
NASHVILLE TN 37212

| | | |
|---|---|---|
| 2.2255. | **Title of contract** | SYNCHRONIZATION LICENSE - ALL MEDIA DATED DECEMBER 17,2014 |
| | **State what the contract or lease is for** | MUSIC LICENSE |
| | **Nature of debtor's interest** | LICENSEE |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

WAMA, INC. O/B/O INTERNATIONAL DOG MUSIC
PO BOX 120667
NASHVILLE TN 37212

Debtor    **Open Road Films, LLC**                                                        Case number *(if known)* **18-12012**

| 2.2256. | Title of contract | SYNCHRONISATION LICENSE DATED JANUARY 0,1900 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | WARDLAW BANKS LIMITED 85 GREAT PORTLAND ST FIRST FL LONDON W1W7LT UNITED KINGDOM |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.2257. | Title of contract | LETTER - RE" "THE HOT GATES" FROM THE MOTION PICTURES "300"/MASTER USE LICENS FOR "SIDE EFFECTS"/TRAILERS DATED OCTOBER 16,2012 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | WARNER BROS. ENTERTAINMENT, INC. PO BOX 101307 PASADENA CA 91189 |
| | Nature of debtor's interest | LICENSEE | |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.2258. | Title of contract | TRAILER/SYNCHRONIZATION LICENSE DATED APRIL 4,2016 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | WARNER MUSIC CORP. 10585 SANTA MONICA BLVD LOS ANGELES CA 90025 |
| | Nature of debtor's interest | LICENSEE | |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.2259. | Title of contract | TRAILER SYNCHRONIZATION LICENSE AGREEMENT DATED MAY 11, 2018 SYNCHRONIZATION AND MASTER RECORDING LICENSE AGREEMENT DATED MAY 15, 2018 TRAILER SYNCHRONIZATION LICENSE AGREEMENT DATED JANUARY 30, 2017 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | | | WARNER/CHAPPELL MUSIC, INC. 10585 SANTA MONICA BLVD LOS ANGELES CA 90025 |
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.2260. | Title of contract | SYNCHRONIZATION LICENSE AGREEMENT DATED MAY 21, 2018 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | WARNER/CHAPPELL MUSIC, INC. 10585 SANTA MONICA BLVD LOS ANGELES CA 90025 |
| | Nature of debtor's interest | LICENSEE | |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

Debtor    **Open Road Films, LLC**                                      Case number *(if known)* **18-12012**

| 2.2261. | Title of contract | SYNCHRONIZATION LICENSE AGREEMENT DATED APRIL 23,2012 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | WARNER/CHAPPELL MUSIC, INC. 10585 SANTA MONICA BLVD LOS ANGELES CA 90025 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.2262. | Title of contract | SYNCHRONIZATION LICENSE AGREEMENT DATED APRIL 23,2012 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | WARNER/CHAPPELL MUSIC, INC. 10585 SANTA MONICA BLVD LOS ANGELES CA 90025 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.2263. | Title of contract | SYNCHRONIZATION LICENSE AGREEMENT DATED JUNE 6,2017 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | WARNER/CHAPPELL MUSIC, INC. 10585 SANTA MONICA BLVD LOS ANGELES CA 90025 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.2264. | Title of contract | TRAILER SYNCHRONIZATION LICENSE DATED JANUARY 30,2017 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | WARNER/CHAPPELL MUSIC, INC. 10585 SANTA MONICA BLVD LOS ANGELES CA 90025 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.2265. | Title of contract | TRAILER SYNCHRONIZATION LICENSE DATED DECEMBER 15,2016 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | WARNER/CHAPPELL MUSIC, INC. 10585 SANTA MONICA BLVD LOS ANGELES CA 90025 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

Debtor  **Open Road Films, LLC**                                      Case number *(if known)* **18-12012**

| | | |
|---|---|---|
| 2.2266. | **Title of contract** | TRAILER SYNCHRONIZATION LICENSE DATED JANUARY 30,2017 |
| | **State what the contract or lease is for** | MUSIC LICENSE |
| | **Nature of debtor's interest** | LICENSEE |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

WARNER/CHAPPELL MUSIC, INC.
10585 SANTA MONICA BLVD
LOS ANGELES CA 90025

| | | |
|---|---|---|
| 2.2267. | **Title of contract** | TRAILER SYNCHRONIZATION LICENSE DATED JANUARY 30,2017 |
| | **State what the contract or lease is for** | MUSIC LICENSE |
| | **Nature of debtor's interest** | LICENSEE |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

WARNER/CHAPPELL MUSIC, INC.
10585 SANTA MONICA BLVD
LOS ANGELES CA 90025

| | | |
|---|---|---|
| 2.2268. | **Title of contract** | TRAILER SYNCHRONIZATION LICENSE DATED DECEMBER 15,2016 |
| | **State what the contract or lease is for** | MUSIC LICENSE |
| | **Nature of debtor's interest** | LICENSEE |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

WARNER/CHAPPELL MUSIC, INC.
10585 SANTA MONICA BLVD
LOS ANGELES CA 90025

| | | |
|---|---|---|
| 2.2269. | **Title of contract** | TRAILER SYNCHRONIZATION LICENSE DATED DECEMBER 15,2016 |
| | **State what the contract or lease is for** | MUSIC LICENSE |
| | **Nature of debtor's interest** | LICENSEE |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

WARNER/CHAPPELL MUSIC, INC.
10585 SANTA MONICA BLVD
LOS ANGELES CA 90025

| | | |
|---|---|---|
| 2.2270. | **Title of contract** | WARNER/CHAPPELL MUSIC, INC TRAILER SYNCHRONIZATION LICENSE DATED JULY 23,2013 |
| | **State what the contract or lease is for** | MUSIC LICENSE |
| | **Nature of debtor's interest** | LICENSEE |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

WARNER/CHAPPELL MUSIC, INC.
10585 SANTA MONICA BLVD
LOS ANGELES CA 90025

Debtor    **Open Road Films, LLC**                                                                          Case number *(if known)* **18-12012**

| 2.2271. | **Title of contract** | SYNCHRONIZATION AND MASTER RECORDING LICENSE DATED JANUARY 31,2013 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | WARNER/CHAPPELL MUSIC, INC. 10585 SANTA MONICA BLVD LOS ANGELES CA 90025 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.2272. | **Title of contract** | SYNCHRONIZATION AND MASTER RECORDING LICENSE DATED JANUARY 13,2016 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | WARNER/CHAPPELL PRODUCTION MUSIC, INC. 10585 SANTA MONICA BLVD LOS ANGELES CA 90025 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.2273. | **Title of contract** | SYNCHRONIZATION LICENSE DATED JANUARY 21,2015 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | WARNER/CHAPPELL PRODUCTION MUSIC, INC. O/B/O WARNER/CHAPPELL MUSIC, INC. 10585 SANTA MONICA BLVD LOS ANGELES CA 90025 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.2274. | **Title of contract** | TRAILER SYNCHRONIZATION LICENSE DATED MARCH 16,2015 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | WARNER-TAMERLAND PUBLISHING CORP. C/O WARNER/CHAPPELL MUSIC, INC. 10585 SANTA MONICA BLVD LOS ANGELES CA 90025 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.2275. | **Title of contract** | TRAILER SYNCHONIZATION LICENSE DATED MARCH 6,2017 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | WARNER-TAMERLANE PUBLISHING CORP. (BMI) 10585 SANTA MONICA BLVD LOS ANGELES CA 90025 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

Debtor    **Open Road Films, LLC**

Case number *(if known)* **18-12012**

| 2.2276. | Title of contract | WARNER/CHAPPELL MUSIC, INCTRAILER SYNCHRONIZATION LICENSE DATED JULY 23,2013 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | WARNER-TAMERLANE PUBLISHING CORP. C/O WARNER/CHAPPELL MUSIC, INC. |
| | State the term remaining | _____ | 10585 SANTA MONICA BLVD LOS ANGELES CA 90025 |
| | List the contract number of any government contract | _____ | |

| 2.2277. | Title of contract | TRAILER SYNCHRONIZATION LICENSE DATED APRIL 23,2012 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | WARNER-TAMERLANE PUBLISHING CORP. C/O WARNER/CHAPPELL MUSIC, INC. |
| | State the term remaining | _____ | 10585 SANTA MONICA BLVD LOS ANGELES CA 90025 |
| | List the contract number of any government contract | _____ | |

| 2.2278. | Title of contract | TRAILER SYNCHRONIZATION LICENSE DATED JUNE 16,2015 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | WARNER-TAMERLANE PUBLISHING CORP. OBO GOLDEN SYRUP MUSIC |
| | State the term remaining | _____ | 10585 SANTA MONICA BLVD LOS ANGELES CA 90025 |
| | List the contract number of any government contract | _____ | |

| 2.2279. | Title of contract | THE GREY - TRAILERS / ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED SEPTEMBER 13,2011 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | WAXPLOITATION ENTERTAINMENT GROUP, INC. |
| | State the term remaining | _____ | 411 S MAIN ST STE 222 LOS ANGELES CA 90013 |
| | List the contract number of any government contract | _____ | |

| 2.2280. | Title of contract | TRAILER/SYNCHRONIZATION LICENSE DATED JULY 30,2013 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | WB MUSIC CORP. |
| | State the term remaining | _____ | 10585 SANTA MONICA BLVD LOS ANGELES CA 90025 |
| | List the contract number of any government contract | _____ | |

Debtor **Open Road Films, LLC**                                    Case number *(if known)* **18-12012**

| | | |
|---|---|---|
| 2.2281. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED JUNE 20,2017 |
| | **State what the contract or lease is for** | MUSIC LICENSE |
| | **Nature of debtor's interest** | LICENSEE |
| | **State the term remaining** | _____ |
| | **List the contract number of any government contract** | _____ |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

WB MUSIC CORP. (ASCAP)
10585 SANTA MONICA BLVD
LOS ANGELES CA 90025

| | | |
|---|---|---|
| 2.2282. | **Title of contract** | TRAILER/SYNCHRONIZATION LICENSE DATED FEBRUARY 12,2016 |
| | **State what the contract or lease is for** | MUSIC LICENSE |
| | **Nature of debtor's interest** | LICENSEE |
| | **State the term remaining** | _____ |
| | **List the contract number of any government contract** | _____ |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

WB MUSIC CORP. (ASCAP)
10585 SANTA MONICA BLVD
LOS ANGELES CA 90025

| | | |
|---|---|---|
| 2.2283. | **Title of contract** | LETTER - RE: "DOPE" (THE "TRAILER") "I" (KENDRICK LAMAR, COLUMBUS TOWER SMITH III, ERNEST ISLEY, MAVIN ISELY, CHRISTOPHER H. JASPER) (THE "COMPOSITION") DATED SEPTEMBER 8,2015 |
| | **State what the contract or lease is for** | MUSIC LICENSE |
| | **Nature of debtor's interest** | LICENSEE |
| | **State the term remaining** | _____ |
| | **List the contract number of any government contract** | _____ |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

WB MUSIC CORP. C/O
WARNER/CHAPPELL MUSIC, INC.
10585 SANTA MONICA BLVD
LOS ANGELES CA 90025

| | | |
|---|---|---|
| 2.2284. | **Title of contract** | TRAILER SYNCHRONIZATION LICENSE DATED SEPTEMBER 3,2015 |
| | **State what the contract or lease is for** | MUSIC LICENSE |
| | **Nature of debtor's interest** | LICENSEE |
| | **State the term remaining** | _____ |
| | **List the contract number of any government contract** | _____ |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

WB MUSIC CORP. C/O
WARNER/CHAPPELL MUSIC, INC.
10585 SANTA MONICA BLVD
LOS ANGELES CA 90025

| | | |
|---|---|---|
| 2.2285. | **Title of contract** | TRAILER SYNCHRONIZATION LICENSE DATED SEPTEMBER 27,2016 |
| | **State what the contract or lease is for** | MUSIC LICENSE |
| | **Nature of debtor's interest** | LICENSEE |
| | **State the term remaining** | _____ |
| | **List the contract number of any government contract** | _____ |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

WB MUSIC CORP. C/O
WARNER/CHAPPELL MUSIC, INC.
10585 SANTA MONICA BLVD
LOS ANGELES CA 90025

Debtor    **Open Road Films, LLC**                                                                                           Case number *(if known)* **18-12012**

| 2.2286. | Title of contract | TRAILER SYNCHRONIZATION LICENSE DATED OCTOBER 17,2014 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | WB MUSIC CORP., C/O WARNER/CHAPPELL MUSIC, INC. 10585 SANTA MONICA BLVD LOS ANGELES CA 90025 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.2287. | Title of contract | MASTER USE LICENSE AGREEMENT DATED SEPTEMBER 11,2013 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | WEATHERMAKER MUSIC, LLC PO BOX 1899 FREDERICK, MD 21702 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.2288. | Title of contract | SAAS LICENSE AGREEMENT DATED MARCH 21, 2018 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | VENDOR AGREEMENT | |
| | Nature of debtor's interest | CUSTOMER | WEBEDIA ENTERTAINMENT, LLC 63 COPPS HILL RD RIDGEFIELD CT 06877 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.2289. | Title of contract | SYNCHRONIZATION LICENSE AGREEMENT DATED APRIL 8,2015 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MUSIC LICENSE | |
| | Nature of debtor's interest | LICENSEE | WELLSAID ENTERTAINMENT, LLC 602 MORELAND AVE NE ATLANTA GA 30307 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.2290. | Title of contract | RENTAL AGREEMENT DATED JANUARY 4, 2013 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | VENDOR AGREEMENT | |
| | Nature of debtor's interest | CUSTOMER | WEST LA STORAGE, LLC D/B/A SELF STORAGE 1 11820 W OLYMPIC BLVD LOS ANGELES CA 90064 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

Debtor    **Open Road Films, LLC**                                                                      Case number *(if known)* **18-12012**

---

2.2291.  **Title of contract**                    MUSIC LICENSE AND INVOICE DATED JANUARY 10,2017    **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

         **State what the contract or**           MUSIC LICENSE
         **lease is for**

         **Nature of debtor's interest**          LICENSEE                                            WEST ONE MUSIC GROUP, INC.
                                                                                                      6565 SUNSET BLVD STE 520
         **State the term remaining**             _____             LOS ANGELES CA 90028

         **List the contract number of**          _____
         **any government contract**

---

2.2292.  **Title of contract**                    COMBINED SYNCHRONIZATION AND MASTER USE            **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
                                                   LICENSE AGREEMENT DATED JUNE 29,2016

         **State what the contract or**           MUSIC LICENSE
         **lease is for**
                                                                                                      WEST ONE MUSIC GROUP, INC.
         **Nature of debtor's interest**          LICENSEE                                            6565 SUNSET BLVD STE 520
                                                                                                      LOS ANGELES CA 90028
         **State the term remaining**             _____

         **List the contract number of**          _____
         **any government contract**

---

2.2293.  **Title of contract**                    FILM TRAILER LICENSING AGREEMENT DATED             **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
                                                   FEBRUARY 13,2017

         **State what the contract or**           MUSIC LICENSE
         **lease is for**
                                                                                                      WHIRLED MUSIC PUBLISHING, INC.
         **Nature of debtor's interest**          LICENSEE                                            1810 W NORTHERN AVE
                                                                                                      STE A5 BOX 186
         **State the term remaining**             _____             PHOENIX AZ 85021

         **List the contract number of**          _____
         **any government contract**

---

2.2294.  **Title of contract**                    THE NUT JOB 2 - TRAILERS/ADVERTISING -             **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
                                                   SYNCHRONIZATION LICENSE AGREEMENT DATED
                                                   DECEMBER 2,2016

         **State what the contract or**           MUSIC LICENSE
         **lease is for**
                                                                                                      WILL COOK FOR DOUGH, INC.
         **Nature of debtor's interest**          LICENSEE                                            501 S BEVERLY DR 3RD FL
                                                                                                      BEVERLY HILLS CA 90212
         **State the term remaining**             _____

         **List the contract number of**          _____
         **any government contract**

---

2.2295.  **Title of contract**                    THE NUT JOB 2 - TRAILERS/ADVERTISING -             **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
                                                   SYNCHRONIZATION LICENSE AGREEMENT DATED
                                                   DECEMBER 21,2016

         **State what the contract or**           MUSIC LICENSE
         **lease is for**
                                                                                                      WILL COOK FOR DOUGH, INC.
         **Nature of debtor's interest**          LICENSEE                                            501 S BEVERLY DR 3RD FL
                                                                                                      BEVERLY HILLS CA 90212
         **State the term remaining**             _____

         **List the contract number of**          _____
         **any government contract**

---

Debtor    **Open Road Films, LLC**                                              Case number *(if known)* **18-12012**

2.2296.  **Title of contract**          AGREEMENT                              **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

        **State what the contract or lease is for**    VENDOR AGREEMENT

        **Nature of debtor's interest**    CUSTOMER                              WILL ROGERS MOTION PICTURE PIONEERS FOUNDATION
        **State the term remaining**    _____    10045 RIVERSIDE DR 3RD FLR
        **List the contract number of any government contract**    _____    TOLUCA LAKE CA 91602

2.2297.  **Title of contract**          GLEASON - TRAILERS / ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED JULY 8,2016    **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

        **State what the contract or lease is for**    MUSIC LICENSE                          WINCO GLOBAL MUSIC
        **Nature of debtor's interest**    LICENSEE                          12650 RIVERSIDE DR 200
        **State the term remaining**    _____    STUDIO CITY CA 91607
        **List the contract number of any government contract**    _____

2.2298.  **Title of contract**          COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED JULY 31,2013    **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

        **State what the contract or lease is for**    MUSIC LICENSE                          WINCO GLOBAL MUSIC
        **Nature of debtor's interest**    LICENSEE                          12650 RIVERSIDE DR 200
        **State the term remaining**    _____    STUDIO CITY CA 91607
        **List the contract number of any government contract**    _____

2.2299.  **Title of contract**          COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED MARCH 28,2016    **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

        **State what the contract or lease is for**    MUSIC LICENSE                          WINCO GLOBAL MUSIC
        **Nature of debtor's interest**    LICENSEE                          12650 RIVERSIDE DR 200
        **State the term remaining**    _____    STUDIO CITY CA 91607
        **List the contract number of any government contract**    _____

2.2300.  **Title of contract**          COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED SEPTEMBER 24,2015    **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

        **State what the contract or lease is for**    MUSIC LICENSE                          WINCO GLOBAL MUSIC
        **Nature of debtor's interest**    LICENSEE                          12650 RIVERSIDE DR 200
        **State the term remaining**    _____    STUDIO CITY CA 91607
        **List the contract number of any government contract**    _____

Debtor   **Open Road Films, LLC**                                                        Case number *(if known)* **18-12012**

**2.2301.** **Title of contract**          COMBINED SYNCHRONIZATION AND MASTER USE        **State the name and mailing address**
                                           LICENSE AGREEMENT DATED JULY 12,2016           **for all other parties with whom the**
                                                                                          **debtor has an executory contract or**
            **State what the contract or**  MUSIC LICENSE                                 **unexpired lease**
            **lease is for**

            **Nature of debtor's interest**  LICENSEE                                     WINCO GLOBAL MUSIC
                                                                                          12650 RIVERSIDE DR 200
            **State the term remaining**     _____                 STUDIO CITY CA 91607

            **List the contract number of**  _____
            **any government contract**

**2.2302.** **Title of contract**          COMBINED SYNCHRONIZATION AND MASTER USE        **State the name and mailing address**
                                           LICENSE AGREEMENT DATED JANUARY 20,2015        **for all other parties with whom the**
                                                                                          **debtor has an executory contract or**
            **State what the contract or**  MUSIC LICENSE                                 **unexpired lease**
            **lease is for**

            **Nature of debtor's interest**  LICENSEE                                     WINCO GLOBAL MUSIC
                                                                                          12650 RIVERSIDE DR 200
            **State the term remaining**     _____                 STUDIO CITY CA 91607

            **List the contract number of**  _____
            **any government contract**

**2.2303.** **Title of contract**          COMBINED SYNCHRONIZATION AND MASTER USE        **State the name and mailing address**
                                           LICENSE AGREEMENT DATED FEBRUARY 1,2016        **for all other parties with whom the**
                                                                                          **debtor has an executory contract or**
            **State what the contract or**  MUSIC LICENSE                                 **unexpired lease**
            **lease is for**

            **Nature of debtor's interest**  LICENSEE                                     WINCO GLOBAL MUSIC
                                                                                          12650 RIVERSIDE DR 200
            **State the term remaining**     _____                 STUDIO CITY CA 91607

            **List the contract number of**  _____
            **any government contract**

**2.2304.** **Title of contract**          COMBINED SYNCHRONIZATION AND MASTER USE        **State the name and mailing address**
                                           LICENSE AGREEMENT DATED FEBRUARY 3,2016        **for all other parties with whom the**
                                                                                          **debtor has an executory contract or**
            **State what the contract or**  MUSIC LICENSE                                 **unexpired lease**
            **lease is for**

            **Nature of debtor's interest**  LICENSEE                                     WINCO GLOBAL MUSIC
                                                                                          12650 RIVERSIDE DR 200
            **State the term remaining**     _____                 STUDIO CITY CA 91607

            **List the contract number of**  _____
            **any government contract**

**2.2305.** **Title of contract**          FIFTY SHADES OF BLACK - TRAILERS / ADVERTISING -   **State the name and mailing address**
                                           COMBINED SYNCHRONIZATION AND MASTER USE        **for all other parties with whom the**
                                           LICENSE AGREEMENT DATED DECEMBER 23,2015       **debtor has an executory contract or**
                                                                                          **unexpired lease**
            **State what the contract or**  MUSIC LICENSE
            **lease is for**                                                              WINCO GLOBAL MUSIC O/B/O
                                                                                          DISTORTION MX PUBLISHING
            **Nature of debtor's interest**  LICENSEE                                     12650 RIVERSIDE DR 200
                                                                                          STUDIO CITY CA 91607
            **State the term remaining**     _____

            **List the contract number of**  _____
            **any government contract**

Debtor  **Open Road Films, LLC**                                           Case number *(if known)* **18-12012**

**2.2306.** **Title of contract**            SYNCHRONIZATION LICENSE DATED OCTOBER 4,2013      **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**      MUSIC LICENSE

**Nature of debtor's interest**      LICENSEE      WIXEN MUSIC PUBLISHING, INC.
                                                  24025 PARK SORRENTO STE 130
**State the term remaining**      _____      CALABASAS CA 91302

**List the contract number of any government contract**      _____

**2.2307.** **Title of contract**            AGREEMENT      **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**      VENDOR AGREEMENT

**Nature of debtor's interest**      CUSTOMER      WORLDWIDE EXPRESS
                                                  2323 VICTORY AVE. SUITE 1600
**State the term remaining**      _____      DALLAS TX 75219

**List the contract number of any government contract**      _____

**2.2308.** **Title of contract**            DISTRIBUTOR'S ASSUMPTION AGREEMENT DATED JULY 29, 2015      **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**      ASSUMPTION AGREEMENT

**Nature of debtor's interest**      DISTRIBUTOR      WRITERS GUILD OF AMERICA
                                                  7000 WEST 3RD ST
**State the term remaining**      _____      LOS ANGELES CA 90048

**List the contract number of any government contract**      _____

**2.2309.** **Title of contract**            NO ASSUMPTION AGREEMENT      **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**      ASSUMPTION AGREEMENT

**Nature of debtor's interest**      DISTRIBUTOR      WRITERS GUILD OF AMERICA
                                                  7000 WEST 3RD ST
**State the term remaining**      _____      LOS ANGELES CA 90048

**List the contract number of any government contract**      _____

**2.2310.** **Title of contract**            NO ASSUMPTION AGREEMENT      **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**      ASSUMPTION AGREEMENT

**Nature of debtor's interest**      DISTRIBUTOR      WRITERS GUILD OF AMERICA
                                                  7000 WEST 3RD ST
**State the term remaining**      _____      LOS ANGELES CA 90048

**List the contract number of any government contract**      _____

Debtor   **Open Road Films, LLC**                                          Case number *(if known)* **18-12012**

| 2.2311. | Title of contract | DISTRIBUTOR'S ASSUMPTION AGREEMENT DATED OCTOBER 27, 2016 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | ASSUMPTION AGREEMENT | |
| | Nature of debtor's interest | DISTRIBUTOR | WRITERS GUILD OF AMERICA 7000 WEST 3RD ST LOS ANGELES CA 90048 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.2312. | Title of contract | NO ASSUMPTION AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | ASSUMPTION AGREEMENT | |
| | Nature of debtor's interest | DISTRIBUTOR | WRITERS GUILD OF AMERICA 7000 WEST 3RD ST LOS ANGELES CA 90048 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.2313. | Title of contract | DISTRIBUTOR'S ASSUMPTION AGREEMENT DATED SEPTEMBER 9, 2015 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | ASSUMPTION AGREEMENT | |
| | Nature of debtor's interest | DISTRIBUTOR | WRITERS GUILD OF AMERICA 7000 WEST 3RD ST LOS ANGELES CA 90048 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.2314. | Title of contract | DISTRIBUTOR'S ASSUMPTION AGREEMENT DATED SEPTEMBER 16, 2014 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | ASSUMPTION AGREEMENT | |
| | Nature of debtor's interest | DISTRIBUTOR | WRITERS GUILD OF AMERICA 7000 WEST 3RD ST LOS ANGELES CA 90048 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.2315. | Title of contract | NO ASSUMPTION AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | ASSUMPTION AGREEMENT | |
| | Nature of debtor's interest | DISTRIBUTOR | WRITERS GUILD OF AMERICA 7000 WEST 3RD ST LOS ANGELES CA 90048 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

Debtor    **Open Road Films, LLC**                                                            Case number *(if known)* **18-12012**

2.2316.  **Title of contract**                DISTRIBUTOR'S ASSUMPTION AGREEMENT DATED          **State the name and mailing address**
                                              JANUARY 8, 2016                                    **for all other parties with whom the**
                                                                                                **debtor has an executory contract or**
         **State what the contract or**        ASSUMPTION AGREEMENT                             **unexpired lease**
         **lease is for**

         **Nature of debtor's interest**       DISTRIBUTOR                                      WRITERS GUILD OF AMERICA
                                                                                                7000 WEST 3RD ST
         **State the term remaining**          _____                  LOS ANGELES CA 90048

         **List the contract number of**       _____
         **any government contract**

2.2317.  **Title of contract**                NO ASSUMPTION AGREEMENT                           **State the name and mailing address**
                                                                                                **for all other parties with whom the**
                                                                                                **debtor has an executory contract or**
         **State what the contract or**        ASSUMPTION AGREEMENT                             **unexpired lease**
         **lease is for**

         **Nature of debtor's interest**       DISTRIBUTOR                                      WRITERS GUILD OF AMERICA
                                                                                                7000 WEST 3RD ST
         **State the term remaining**          _____                  LOS ANGELES CA 90048

         **List the contract number of**       _____
         **any government contract**

2.2318.  **Title of contract**                DISTRIBUTOR'S ASSUMPTION AGREEMENT DATED JULY     **State the name and mailing address**
                                              2, 2012                                           **for all other parties with whom the**
                                                                                                **debtor has an executory contract or**
         **State what the contract or**        ASSUMPTION AGREEMENT                             **unexpired lease**
         **lease is for**
                                                                                                WRITERS GUILD OF AMERICA
         **Nature of debtor's interest**       DISTRIBUTOR                                      7000 WEST 3RD ST
                                                                                                LOS ANGELES CA 90048
         **State the term remaining**          _____

         **List the contract number of**       _____
         **any government contract**

2.2319.  **Title of contract**                NO ASSUMPTION AGREEMENT                           **State the name and mailing address**
                                                                                                **for all other parties with whom the**
                                                                                                **debtor has an executory contract or**
         **State what the contract or**        ASSUMPTION AGREEMENT                             **unexpired lease**
         **lease is for**

         **Nature of debtor's interest**       DISTRIBUTOR                                      WRITERS GUILD OF AMERICA
                                                                                                7000 WEST 3RD ST
         **State the term remaining**          _____                  LOS ANGELES CA 90048

         **List the contract number of**       _____
         **any government contract**

2.2320.  **Title of contract**                NO ASSUMPTION AGREEMENT                           **State the name and mailing address**
                                                                                                **for all other parties with whom the**
                                                                                                **debtor has an executory contract or**
         **State what the contract or**        ASSUMPTION AGREEMENT                             **unexpired lease**
         **lease is for**

         **Nature of debtor's interest**       DISTRIBUTOR                                      WRITERS GUILD OF AMERICA
                                                                                                7000 WEST 3RD ST
         **State the term remaining**          _____                  LOS ANGELES CA 90048

         **List the contract number of**       _____
         **any government contract**

Debtor    **Open Road Films, LLC**                                      Case number *(if known)* **18-12012**

| 2.2321. | **Title of contract** | DISTRIBUTOR'S ASSUMPTION AGREEMENT DATED JANUARY 23, 2012 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ASSUMPTION AGREEMENT | |
| | **Nature of debtor's interest** | DISTRIBUTOR | WRITERS GUILD OF AMERICA 7000 WEST 3RD ST LOS ANGELES CA 90048 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.2322. | **Title of contract** | NO ASSUMPTION AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ASSUMPTION AGREEMENT | |
| | **Nature of debtor's interest** | DISTRIBUTOR | WRITERS GUILD OF AMERICA 7000 WEST 3RD ST LOS ANGELES CA 90048 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.2323. | **Title of contract** | NO ASSUMPTION AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ASSUMPTION AGREEMENT | |
| | **Nature of debtor's interest** | DISTRIBUTOR | WRITERS GUILD OF AMERICA 7000 WEST 3RD ST LOS ANGELES CA 90048 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.2324. | **Title of contract** | NO ASSUMPTION AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ASSUMPTION AGREEMENT | |
| | **Nature of debtor's interest** | DISTRIBUTOR | WRITERS GUILD OF AMERICA 7000 WEST 3RD ST LOS ANGELES CA 90048 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.2325. | **Title of contract** | DISTRIBUTOR'S ASSUMPTION AGREEMENT DATED MARCH 2, 2012 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ASSUMPTION AGREEMENT | |
| | **Nature of debtor's interest** | DISTRIBUTOR | WRITERS GUILD OF AMERICA 7000 WEST 3RD ST LOS ANGELES CA 90048 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

Debtor    **Open Road Films, LLC**                                              Case number *(if known)* **18-12012**

**2.2326.** **Title of contract**          NO ASSUMPTION AGREEMENT                     State the name and mailing address
                                                                                   for all other parties with whom the
          **State what the contract or**   ASSUMPTION AGREEMENT                     debtor has an executory contract or
          **lease is for**                                                         unexpired lease

          **Nature of debtor's interest**  DISTRIBUTOR                             WRITERS GUILD OF AMERICA
                                                                                   7000 WEST 3RD ST
          **State the term remaining**     _____        LOS ANGELES CA 90048

          **List the contract number of**  _____
          **any government contract**

**2.2327.** **Title of contract**          NO ASSUMPTION AGREEMENT                     State the name and mailing address
                                                                                   for all other parties with whom the
          **State what the contract or**   ASSUMPTION AGREEMENT                     debtor has an executory contract or
          **lease is for**                                                         unexpired lease

          **Nature of debtor's interest**  DISTRIBUTOR                             WRITERS GUILD OF AMERICA
                                                                                   7000 WEST 3RD ST
          **State the term remaining**     _____        LOS ANGELES CA 90048

          **List the contract number of**  _____
          **any government contract**

**2.2328.** **Title of contract**          NO ASSUMPTION AGREEMENT                     State the name and mailing address
                                                                                   for all other parties with whom the
          **State what the contract or**   ASSUMPTION AGREEMENT                     debtor has an executory contract or
          **lease is for**                                                         unexpired lease

          **Nature of debtor's interest**  DISTRIBUTOR                             WRITERS GUILD OF AMERICA
                                                                                   7000 WEST 3RD ST
          **State the term remaining**     _____        LOS ANGELES CA 90048

          **List the contract number of**  _____
          **any government contract**

**2.2329.** **Title of contract**          DISTRIBUTOR'S ASSUMPTION AGREEMENT DATED      State the name and mailing address
                                          APRIL 26, 2018                          for all other parties with whom the
                                                                                   debtor has an executory contract or
          **State what the contract or**   ASSUMPTION AGREEMENT                     unexpired lease
          **lease is for**
                                                                                   WRITERS GUILD OF AMERICA
          **Nature of debtor's interest**  DISTRIBUTOR                             7000 WEST 3RD ST
                                                                                   LOS ANGELES CA 90048
          **State the term remaining**     _____

          **List the contract number of**  _____
          **any government contract**

**2.2330.** **Title of contract**          NO ASSUMPTION AGREEMENT                     State the name and mailing address
                                                                                   for all other parties with whom the
          **State what the contract or**   ASSUMPTION AGREEMENT                     debtor has an executory contract or
          **lease is for**                                                         unexpired lease

          **Nature of debtor's interest**  DISTRIBUTOR                             WRITERS GUILD OF AMERICA
                                                                                   7000 WEST 3RD ST
          **State the term remaining**     _____        LOS ANGELES CA 90048

          **List the contract number of**  _____
          **any government contract**

Debtor    **Open Road Films, LLC**                                    Case number *(if known)* **18-12012**

| 2.2331. | **Title of contract** | NO ASSUMPTION AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ASSUMPTION AGREEMENT | |
| | **Nature of debtor's interest** | DISTRIBUTOR | WRITERS GUILD OF AMERICA |
| | **State the term remaining** | _____ | 7000 WEST 3RD ST |
| | **List the contract number of any government contract** | _____ | LOS ANGELES CA 90048 |

| 2.2332. | **Title of contract** | NO ASSUMPTION AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ASSUMPTION AGREEMENT | |
| | **Nature of debtor's interest** | DISTRIBUTOR | WRITERS GUILD OF AMERICA |
| | **State the term remaining** | _____ | 7000 WEST 3RD ST |
| | **List the contract number of any government contract** | _____ | LOS ANGELES CA 90048 |

| 2.2333. | **Title of contract** | NO ASSUMPTION AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ASSUMPTION AGREEMENT | |
| | **Nature of debtor's interest** | DISTRIBUTOR | WRITERS GUILD OF AMERICA |
| | **State the term remaining** | _____ | 7000 WEST 3RD ST |
| | **List the contract number of any government contract** | _____ | LOS ANGELES CA 90048 |

| 2.2334. | **Title of contract** | DISTRIBUTOR'S ASSUMPTION AGREEMENT DATED APRIL 23, 2014 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ASSUMPTION AGREEMENT | |
| | **Nature of debtor's interest** | DISTRIBUTOR | WRITERS GUILD OF AMERICA |
| | **State the term remaining** | _____ | 7000 WEST 3RD ST |
| | **List the contract number of any government contract** | _____ | LOS ANGELES CA 90048 |

| 2.2335. | **Title of contract** | DISTRIBUTOR'S ASSUMPTION AGREEMENT DATED JUNE 2, 2016 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ASSUMPTION AGREEMENT | |
| | **Nature of debtor's interest** | DISTRIBUTOR | WRITERS GUILD OF AMERICA |
| | **State the term remaining** | _____ | 7000 WEST 3RD ST |
| | **List the contract number of any government contract** | _____ | LOS ANGELES CA 90048 |

Debtor    **Open Road Films, LLC**                                                    Case number *(if known)* **18-12012**

---

| 2.2336. | **Title of contract** | NO ASSUMPTION AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | ASSUMPTION AGREEMENT | |
| | **Nature of debtor's interest** | DISTRIBUTOR | WRITERS GUILD OF AMERICA |
| | **State the term remaining** | _____ | 7000 WEST 3RD ST |
| | **List the contract number of any government contract** | _____ | LOS ANGELES CA 90048 |

| 2.2337. | **Title of contract** | DISTRIBUTOR'S ASSUMPTION AGREEMENT DATED OCTOBER 11, 2016 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | ASSUMPTION AGREEMENT | |
| | **Nature of debtor's interest** | DISTRIBUTOR | WRITERS GUILD OF AMERICA |
| | **State the term remaining** | _____ | 7000 WEST 3RD ST |
| | **List the contract number of any government contract** | _____ | LOS ANGELES CA 90048 |

| 2.2338. | **Title of contract** | NO ASSUMPTION AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | ASSUMPTION AGREEMENT | |
| | **Nature of debtor's interest** | DISTRIBUTOR | WRITERS GUILD OF AMERICA |
| | **State the term remaining** | _____ | 7000 WEST 3RD ST |
| | **List the contract number of any government contract** | _____ | LOS ANGELES CA 90048 |

| 2.2339. | **Title of contract** | NO ASSUMPTION AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | ASSUMPTION AGREEMENT | |
| | **Nature of debtor's interest** | DISTRIBUTOR | WRITERS GUILD OF AMERICA |
| | **State the term remaining** | _____ | 7000 WEST 3RD ST |
| | **List the contract number of any government contract** | _____ | LOS ANGELES CA 90048 |

| 2.2340. | **Title of contract** | DISTRIBUTOR'S ASSUMPTION AGREEMENT DATED DECEMBER 13, 2017 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | ASSUMPTION AGREEMENT | |
| | **Nature of debtor's interest** | DISTRIBUTOR | WRITERS GUILD OF AMERICA |
| | **State the term remaining** | _____ | 7000 WEST 3RD ST |
| | **List the contract number of any government contract** | _____ | LOS ANGELES CA 90048 |

---

Debtor   **Open Road Films, LLC**                                                    Case number *(if known)* **18-12012**

| 2.2341. | **Title of contract** | NO ASSUMPTION AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ASSUMPTION AGREEMENT | |
| | **Nature of debtor's interest** | DISTRIBUTOR | WRITERS GUILD OF AMERICA |
| | **State the term remaining** | _____ | 7000 WEST 3RD ST |
| | **List the contract number of any government contract** | _____ | LOS ANGELES CA 90048 |

| 2.2342. | **Title of contract** | DISTRIBUTOR'S ASSUMPTION AGREEMENT DATED MARCH 10, 2017 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ASSUMPTION AGREEMENT | |
| | **Nature of debtor's interest** | DISTRIBUTOR | WRITERS GUILD OF AMERICA |
| | **State the term remaining** | _____ | 7000 WEST 3RD ST |
| | **List the contract number of any government contract** | _____ | LOS ANGELES CA 90048 |

| 2.2343. | **Title of contract** | DISTRIBUTOR'S ASSUMPTION AGREEMENT DATED JUNE 5, 2014 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ASSUMPTION AGREEMENT | |
| | **Nature of debtor's interest** | DISTRIBUTOR | WRITERS GUILD OF AMERICA |
| | **State the term remaining** | _____ | 7000 WEST 3RD ST |
| | **List the contract number of any government contract** | _____ | LOS ANGELES CA 90048 |

| 2.2344. | **Title of contract** | DISTRIBUTOR'S ASSUMPTION AGREEMENT DATED NOVEMBER 6, 2014 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ASSUMPTION AGREEMENT | |
| | **Nature of debtor's interest** | DISTRIBUTOR | WRITERS GUILD OF AMERICA |
| | **State the term remaining** | _____ | 7000 WEST 3RD ST |
| | **List the contract number of any government contract** | _____ | LOS ANGELES CA 90048 |

| 2.2345. | **Title of contract** | NO ASSUMPTION AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ASSUMPTION AGREEMENT | |
| | **Nature of debtor's interest** | DISTRIBUTOR | WRITERS GUILD OF AMERICA |
| | **State the term remaining** | _____ | 7000 WEST 3RD ST |
| | **List the contract number of any government contract** | _____ | LOS ANGELES CA 90048 |

Debtor   **Open Road Films, LLC**                                           Case number *(if known)* **18-12012**

2.2346.  **Title of contract**              DISTRIBUTOR'S ASSUMPTION AGREEMENT DATED        **State the name and mailing address**
                                            MARCH 13, 2018                                   **for all other parties with whom the**
                                                                                             **debtor has an executory contract or**
        **State what the contract or**      ASSUMPTION AGREEMENT                             **unexpired lease**
        **lease is for**

        **Nature of debtor's interest**     DISTRIBUTOR                                      WRITERS GUILD OF AMERICA
                                                                                             7000 WEST 3RD ST
        **State the term remaining**        _____                   LOS ANGELES CA 90048

        **List the contract number of**     _____
        **any government contract**

2.2347.  **Title of contract**              NO ASSUMPTION AGREEMENT                          **State the name and mailing address**
                                                                                             **for all other parties with whom the**
        **State what the contract or**      ASSUMPTION AGREEMENT                             **debtor has an executory contract or**
        **lease is for**                                                                     **unexpired lease**

        **Nature of debtor's interest**     DISTRIBUTOR                                      WRITERS GUILD OF AMERICA
                                                                                             7000 WEST 3RD ST
        **State the term remaining**        _____                   LOS ANGELES CA 90048

        **List the contract number of**     _____
        **any government contract**

2.2348.  **Title of contract**              NO ASSUMPTION AGREEMENT                          **State the name and mailing address**
                                                                                             **for all other parties with whom the**
        **State what the contract or**      ASSUMPTION AGREEMENT                             **debtor has an executory contract or**
        **lease is for**                                                                     **unexpired lease**

        **Nature of debtor's interest**     DISTRIBUTOR                                      WRITERS GUILD OF AMERICA
                                                                                             7000 WEST 3RD ST
        **State the term remaining**        _____                   LOS ANGELES CA 90048

        **List the contract number of**     _____
        **any government contract**

2.2349.  **Title of contract**              DISTRIBUTOR'S ASSUMPTION AGREEMENT DATED        **State the name and mailing address**
                                            JANUARY 23, 2012                                 **for all other parties with whom the**
                                                                                             **debtor has an executory contract or**
        **State what the contract or**      ASSUMPTION AGREEMENT                             **unexpired lease**
        **lease is for**

        **Nature of debtor's interest**     DISTRIBUTOR                                      WRITERS GUILD OF AMERICA
                                                                                             7000 WEST 3RD ST
        **State the term remaining**        _____                   LOS ANGELES CA 90048

        **List the contract number of**     _____
        **any government contract**

2.2350.  **Title of contract**              NO ASSUMPTION AGREEMENT                          **State the name and mailing address**
                                                                                             **for all other parties with whom the**
        **State what the contract or**      ASSUMPTION AGREEMENT                             **debtor has an executory contract or**
        **lease is for**                                                                     **unexpired lease**

        **Nature of debtor's interest**     DISTRIBUTOR                                      WRITERS GUILD OF AMERICA
                                                                                             7000 WEST 3RD ST
        **State the term remaining**        _____                   LOS ANGELES CA 90048

        **List the contract number of**     _____
        **any government contract**

| | |
|---|---|
| Debtor **Open Road Films, LLC** | Case number *(if known)* **18-12012** |

**2.2351.** **Title of contract**  DISTRIBUTOR'S ASSUMPTION AGREEMENT DATED FEBRUARY 12, 2015

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**  ASSUMPTION AGREEMENT

**Nature of debtor's interest**  DISTRIBUTOR

WRITERS GUILD OF AMERICA
7000 WEST 3RD ST
LOS ANGELES CA 90048

**State the term remaining**  _____

**List the contract number of any government contract**  _____

**2.2352.** **Title of contract**  NO ASSUMPTION AGREEMENT

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**  ASSUMPTION AGREEMENT

**Nature of debtor's interest**  DISTRIBUTOR

WRITERS GUILD OF AMERICA
7000 WEST 3RD ST
LOS ANGELES CA 90048

**State the term remaining**  _____

**List the contract number of any government contract**  _____

**2.2353.** **Title of contract**  NO ASSUMPTION AGREEMENT

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**  ASSUMPTION AGREEMENT

**Nature of debtor's interest**  DISTRIBUTOR

WRITERS GUILD OF AMERICA
7000 WEST 3RD ST
LOS ANGELES CA 90048

**State the term remaining**  _____

**List the contract number of any government contract**  _____

**2.2354.** **Title of contract**  DISTRIBUTOR'S ASSUMPTION AGREEMENT DATED MAY 19, 2014

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**  ASSUMPTION AGREEMENT

**Nature of debtor's interest**  DISTRIBUTOR

WRITERS GUILD OF AMERICA
7000 WEST 3RD ST
LOS ANGELES CA 90048

**State the term remaining**  _____

**List the contract number of any government contract**  _____

**2.2355.** **Title of contract**  SILENT HOUSE - TRAILERS / ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED JANUARY 5,2012

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**  MUSIC LICENSE

**Nature of debtor's interest**  LICENSEE

X5 MUSIC GROUP
SLUSSPLAN 9, 3 TR
STOCKHOLM 111 30
SWEDEN

**State the term remaining**  _____

**List the contract number of any government contract**  _____

Debtor **Open Road Films, LLC**                                              Case number *(if known)* **18-12012**

**2.2356.** **Title of contract**                COMBINED SYNCHRONIZATION AND MASTER USE            **State the name and mailing address**
                                         LICENSE AGREEMENT (TRAILERS/ADVERTISING) "THE      **for all other parties with whom the**
                                         TIMPANI SWELL" DATED DECEMBER 25,2012               **debtor has an executory contract or**
                                                                                             **unexpired lease**
            **State what the contract or**      MUSIC LICENSE
            **lease is for**
                                                                                             X-IT MUSIC, INC.
            **Nature of debtor's interest**     LICENSEE                                      942 WILMER ST
                                                                                             VICTORIA BC V8S 4B7
            **State the term remaining**         _____           CANADA

            **List the contract number of**     _____
            **any government contract**

**2.2357.** **Title of contract**                COMBINED SYNCHRONIZATION AND MASTER USE            **State the name and mailing address**
                                         LICENSE AGREEMENT DATED NOVEMBER 17,2016             **for all other parties with whom the**
                                                                                             **debtor has an executory contract or**
            **State what the contract or**      MUSIC LICENSE                               **unexpired lease**
            **lease is for**
                                                                                             X-IT MUSIC, INC.
            **Nature of debtor's interest**     LICENSEE                                      942 WILMER ST
                                                                                             VICTORIA BC V8S 4B7
            **State the term remaining**         _____           CANADA

            **List the contract number of**     _____
            **any government contract**

**2.2358.** **Title of contract**                COMBINED SYNCHRONIZATION AND MASTER USE            **State the name and mailing address**
                                         LICENSE AGREEMENT DATED JUNE 29,2016                 **for all other parties with whom the**
                                                                                             **debtor has an executory contract or**
            **State what the contract or**      MUSIC LICENSE                               **unexpired lease**
            **lease is for**
                                                                                             X-IT MUSIC, INC.
            **Nature of debtor's interest**     LICENSEE                                      942 WILMER ST
                                                                                             VICTORIA BC V8S 4B7
            **State the term remaining**         _____           CANADA

            **List the contract number of**     _____
            **any government contract**

**2.2359.** **Title of contract**                COMBINED SYNCHRONIZATION AND MASTER USE            **State the name and mailing address**
                                         LICENSE AGREEMENT DATED AUGUST 31,2016               **for all other parties with whom the**
                                                                                             **debtor has an executory contract or**
            **State what the contract or**      MUSIC LICENSE                               **unexpired lease**
            **lease is for**
                                                                                             X-IT MUSIC, INC.
            **Nature of debtor's interest**     LICENSEE                                      942 WILMER ST
                                                                                             VICTORIA BC V8S 4B7
            **State the term remaining**         _____           CANADA

            **List the contract number of**     _____
            **any government contract**

**2.2360.** **Title of contract**                FIFTY SHADES OF BLACK - TRAILERS / ADVERTISING -   **State the name and mailing address**
                                         COMBINED SYNCHRONIZATION AND MASTER USE             **for all other parties with whom the**
                                         LICENSE AGREEMENT DATED DECEMBER 23,2015             **debtor has an executory contract or**
                                                                                             **unexpired lease**
            **State what the contract or**      MUSIC LICENSE
            **lease is for**
                                                                                             X-IT MUSIC, INC.
            **Nature of debtor's interest**     LICENSEE                                      942 WILMER ST
                                                                                             VICTORIA BC V8S 4B7
            **State the term remaining**         _____           CANADA

            **List the contract number of**     _____
            **any government contract**

Debtor   **Open Road Films, LLC**                                                                    Case number *(if known)* **18-12012**

| 2.2361. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED MAY 25,2018 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | X-IT MUSIC, INC.<br>942 WILMER ST<br>VICTORIA BC V8S 4B7<br>CANADA |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.2362. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED AUGUST 26,2013 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | X-IT MUSIC, INC.<br>942 WILMER ST<br>VICTORIA BC V8S 4B7<br>CANADA |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.2363. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED NOVEMBER 28,2017 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | X-IT MUSIC, INC.<br>942 WILMER ST<br>VICTORIA BC V8S 4B7<br>CANADA |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.2364. | **Title of contract** | THE NUT JOB 2 - TRAILERS/ADVERTISING - COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED MAY 11,2017 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | X-IT MUSIC, INC.<br>942 WILMER ST<br>VICTORIA BC V8S 4B7<br>CANADA |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.2365. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED AUGUST 19,2015 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | X-IT MUSIC, INC.<br>942 WILMER ST<br>VICTORIA BC V8S 4B7<br>CANADA |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

Debtor    **Open Road Films, LLC**                                                    Case number *(if known)* **18-12012**

**2.2366.** **Title of contract**            SABOTAGE - TRAILERS / ADVERTISING - COMBINED       **State the name and mailing address**
                                SYNCHRONIZATION AND MASTER USE LICENSE             **for all other parties with whom the**
                                AGREEMENT DATED MARCH 5,2014                        **debtor has an executory contract or**
                                                                                    **unexpired lease**
         **State what the contract or**     MUSIC LICENSE
         **lease is for**                                                           X-IT MUSIC, INC.
                                                                                    942 WILMER ST
         **Nature of debtor's interest**    LICENSEE                                VICTORIA BC V8S 4B7
                                                                                    CANADA
         **State the term remaining**       _____

         **List the contract number of**    _____
         **any government contract**

**2.2367.** **Title of contract**            SABOTAGE - TRAILERS / ADVERTISING - COMBINED       **State the name and mailing address**
                                SYNCHRONIZATION AND MASTER USE LICENSE             **for all other parties with whom the**
                                AGREEMENT - ADDENDUM TO ORIGINAL AGREEMENT -        **debtor has an executory contract or**
                                ADDITIONAL TIMINGS DATED NOVEMBER 19,2013           **unexpired lease**

         **State what the contract or**     MUSIC LICENSE                           X-IT MUSIC, INC.
         **lease is for**                                                           942 WILMER ST
                                                                                    VICTORIA BC V8S 4B7
         **Nature of debtor's interest**    LICENSEE                                CANADA

         **State the term remaining**       _____

         **List the contract number of**    _____
         **any government contract**

**2.2368.** **Title of contract**            SABOTAGE - TRAILERS / ADVERTISING - COMBINED       **State the name and mailing address**
                                SYNCHRONIZATION AND MASTER USE LICENSE             **for all other parties with whom the**
                                AGREEMENT DATED NOVEMBER 19,2013                    **debtor has an executory contract or**
                                                                                    **unexpired lease**
         **State what the contract or**     MUSIC LICENSE
         **lease is for**                                                           X-IT MUSIC, INC.
                                                                                    942 WILMER ST
         **Nature of debtor's interest**    LICENSEE                                VICTORIA BC V8S 4B7
                                                                                    CANADA
         **State the term remaining**       _____

         **List the contract number of**    _____
         **any government contract**

**2.2369.** **Title of contract**            COMBINED SYNCHRONIZATION AND MASTER USE            **State the name and mailing address**
                                LICENSE DATED JANUARY 18,2013                      **for all other parties with whom the**
                                                                                    **debtor has an executory contract or**
                                                                                    **unexpired lease**
         **State what the contract or**     MUSIC LICENSE
         **lease is for**                                                           X-IT MUSIC, INC.
                                                                                    942 WILMER ST
         **Nature of debtor's interest**    LICENSEE                                VICTORIA BC V8S 4B7
                                                                                    CANADA
         **State the term remaining**       _____

         **List the contract number of**    _____
         **any government contract**

**2.2370.** **Title of contract**            SILENT HOUSE - TRAILERS / ADVERTISING - COMBINED   **State the name and mailing address**
                                SYNCHRONIZATION AND MASTER USE LICENSE             **for all other parties with whom the**
                                AGREEMENT DATED JANUARY 5,2012                      **debtor has an executory contract or**
                                                                                    **unexpired lease**
         **State what the contract or**     MUSIC LICENSE
         **lease is for**                                                           X-IT MUSIC, INC.
                                                                                    942 WILMER ST
         **Nature of debtor's interest**    LICENSEE                                VICTORIA BC V8S 4B7
                                                                                    CANADA
         **State the term remaining**       _____

         **List the contract number of**    _____
         **any government contract**

Debtor **Open Road Films, LLC**                                      Case number *(if known)* **18-12012**

---

**2.2371.** **Title of contract**   COMBINED SYNCHRONIZATION AND MASTER USE
                                     LICENSE AGREEMENT DATED JULY 12,2016

**State what the contract or**   MUSIC LICENSE
**lease is for**

**Nature of debtor's interest**   LICENSEE

**State the term remaining**   _____

**List the contract number of**   _____
**any government contract**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

X-IT MUSIC, INC.
942 WILMER ST
VICTORIA BC V8S 4B7
CANADA

---

**2.2372.** **Title of contract**   COMBINED SYNCHRONIZATION AND MASTER USE
                                     LICENSE AGREEMENT DATED JULY 27,2016

**State what the contract or**   MUSIC LICENSE
**lease is for**

**Nature of debtor's interest**   LICENSEE

**State the term remaining**   _____

**List the contract number of**   _____
**any government contract**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

X-IT MUSIC, INC.
942 WILMER ST
VICTORIA BC V8S 4B7
CANADA

---

**2.2373.** **Title of contract**   COMBINED SYNCHRONIZATION AND MASTER USE
                                     LICENSE AGREEMENT DATED NOVEMBER 5,2015

**State what the contract or**   MUSIC LICENSE
**lease is for**

**Nature of debtor's interest**   LICENSEE

**State the term remaining**   _____

**List the contract number of**   _____
**any government contract**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

X-IT MUSIC, INC.
942 WILMER ST
VICTORIA BC V8S 4B7
CANADA

---

**2.2374.** **Title of contract**   COMBINED SYNCHRONIZATION AND MASTER USE
                                     LICENSE AGREEMENT DATED NOVEMBER 4,2015

**State what the contract or**   MUSIC LICENSE
**lease is for**

**Nature of debtor's interest**   LICENSEE

**State the term remaining**   _____

**List the contract number of**   _____
**any government contract**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

X-IT MUSIC, INC.
942 WILMER ST
VICTORIA BC V8S 4B7
CANADA

---

**2.2375.** **Title of contract**   THE GREY - TRAILERS / ADVERTISING - COMBINED
                                     SYNCHRONIZATION AND MASTER USE LICENSE
                                     AGREEMENT DATED JANUARY 19,2012

**State what the contract or**   MUSIC LICENSE
**lease is for**

**Nature of debtor's interest**   LICENSEE

**State the term remaining**   _____

**List the contract number of**   _____
**any government contract**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

X-IT MUSIC, INC.
942 WILMER ST
VICTORIA BC V8S 4B7
CANADA

---

Debtor    **Open Road Films, LLC**                                                 Case number *(if known)* **18-12012**

**2.2376.** **Title of contract**          THE GUNMAN - TRAILERS / ADVERTISING - COMBINED       **State the name and mailing address**
                                           SYNCHRONIZATION AND MASTER USE LICENSE              **for all other parties with whom the**
                                           AGREEMENT DATED DECEMBER 3,2014                     **debtor has an executory contract or**
                                                                                               **unexpired lease**
         **State what the contract or**    MUSIC LICENSE
         **lease is for**                                                                       X-IT MUSIC, INC.
                                                                                               942 WILMER ST
         **Nature of debtor's interest**   LICENSEE                                            VICTORIA BC V8S 4B7
                                                                                               CANADA
         **State the term remaining**      _____

         **List the contract number of**   _____
         **any government contract**

**2.2377.** **Title of contract**          THE GUNMAN - TRAILERS / ADVERTISING - COMBINED       **State the name and mailing address**
                                           SYNCHRONIZATION AND MASTER USE LICENSE              **for all other parties with whom the**
                                           AGREEMENT DATED FEBRUARY 7,2015                     **debtor has an executory contract or**
                                                                                               **unexpired lease**
         **State what the contract or**    MUSIC LICENSE
         **lease is for**                                                                       X-IT MUSIC, INC.
                                                                                               942 WILMER ST
         **Nature of debtor's interest**   LICENSEE                                            VICTORIA BC V8S 4B7
                                                                                               CANADA
         **State the term remaining**      _____

         **List the contract number of**   _____
         **any government contract**

**2.2378.** **Title of contract**          COMBINED SYNCHRONIZATION AND MASTER USE             **State the name and mailing address**
                                           LICENSE AGREEMENT DATED FEBRUARY 7,2013             **for all other parties with whom the**
                                                                                               **debtor has an executory contract or**
                                                                                               **unexpired lease**
         **State what the contract or**    MUSIC LICENSE
         **lease is for**                                                                       X-IT MUSIC, INC.
                                                                                               942 WILMER ST
         **Nature of debtor's interest**   LICENSEE                                            VICTORIA BC V8S 4B7
                                                                                               CANADA
         **State the term remaining**      _____

         **List the contract number of**   _____
         **any government contract**

**2.2379.** **Title of contract**          COMBINED SYNCHRONIZATION AND MASTER USE             **State the name and mailing address**
                                           LICENSE AGREEMENT DATED FEBRUARY 12,2013            **for all other parties with whom the**
                                                                                               **debtor has an executory contract or**
                                                                                               **unexpired lease**
         **State what the contract or**    MUSIC LICENSE
         **lease is for**                                                                       X-IT MUSIC, INC.
                                                                                               942 WILMER ST
         **Nature of debtor's interest**   LICENSEE                                            VICTORIA BC V8S 4B7
                                                                                               CANADA
         **State the term remaining**      _____

         **List the contract number of**   _____
         **any government contract**

**2.2380.** **Title of contract**          COMBINED SYNCHRONIZATION AND MASTER USE             **State the name and mailing address**
                                           LICENSE AGREEMENT DATED FEBRUARY 12,2013            **for all other parties with whom the**
                                                                                               **debtor has an executory contract or**
                                                                                               **unexpired lease**
         **State what the contract or**    MUSIC LICENSE
         **lease is for**                                                                       X-IT MUSIC, INC.
                                                                                               942 WILMER ST
         **Nature of debtor's interest**   LICENSEE                                            VICTORIA BC V8S 4B7
                                                                                               CANADA
         **State the term remaining**      _____

         **List the contract number of**   _____
         **any government contract**

Debtor    **Open Road Films, LLC**                                                    Case number *(if known)* **18-12012**

2.2381.  **Title of contract**                COMBINED SYNCHRONIZATION AND MASTER USE          **State the name and mailing address**
                                              LICENSE AGREEMENT DATED NOVEMBER 15,2014         **for all other parties with whom the**
                                                                                               **debtor has an executory contract or**
         **State what the contract or**       MUSIC LICENSE                                    **unexpired lease**
         **lease is for**

         **Nature of debtor's interest**      LICENSEE                                         X-IT MUSIC, INC.
                                                                                               942 WILMER ST
         **State the term remaining**         _____         VICTORIA BC V8S 4B7
                                                                                               CANADA
         **List the contract number of**      _____
         **any government contract**

2.2382.  **Title of contract**                COMBINED SYNCHRONIZATION AND MASTER USE          **State the name and mailing address**
                                              LICENSE AGREEMENT DATED OCTOBER 2,2015           **for all other parties with whom the**
                                                                                               **debtor has an executory contract or**
         **State what the contract or**       MUSIC LICENSE                                    **unexpired lease**
         **lease is for**

         **Nature of debtor's interest**      LICENSEE                                         X-IT MUSIC, INC.
                                                                                               942 WILMER ST
         **State the term remaining**         _____         VICTORIA BC V8S 4B7
                                                                                               CANADA
         **List the contract number of**      _____
         **any government contract**

2.2383.  **Title of contract**                COMBINED SYNCHRONIZATION AND MASTER USE          **State the name and mailing address**
                                              LICENSE AGREEMENT DATED OCTOBER 22,2015          **for all other parties with whom the**
                                                                                               **debtor has an executory contract or**
         **State what the contract or**       MUSIC LICENSE                                    **unexpired lease**
         **lease is for**

         **Nature of debtor's interest**      LICENSEE                                         X-IT MUSIC, INC.
                                                                                               942 WILMER ST
         **State the term remaining**         _____         VICTORIA BC V8S 4B7
                                                                                               CANADA
         **List the contract number of**      _____
         **any government contract**

2.2384.  **Title of contract**                COMBINED SYNCHRONIZATION AND MASTER USE          **State the name and mailing address**
                                              LICENSE AGREEMENT DATED AUGUST 17,2012           **for all other parties with whom the**
                                                                                               **debtor has an executory contract or**
         **State what the contract or**       MUSIC LICENSE                                    **unexpired lease**
         **lease is for**

         **Nature of debtor's interest**      LICENSEE                                         X-RAY DOG MUSIC, INC.
                                                                                               4011 WEST MAGNOLIA BLVD
         **State the term remaining**         _____         STE 101
                                                                                               BURBANK CA 91505
         **List the contract number of**      _____
         **any government contract**

2.2385.  **Title of contract**                SYNCHRONIZATION AND MASTER USE LICENSE DATED     **State the name and mailing address**
                                              JULY 30,2013                                     **for all other parties with whom the**
                                                                                               **debtor has an executory contract or**
         **State what the contract or**       MUSIC LICENSE                                    **unexpired lease**
         **lease is for**

         **Nature of debtor's interest**      LICENSEE                                         X-RAY DOG MUSIC, INC.
                                                                                               4011 WEST MAGNOLIA BLVD
         **State the term remaining**         _____         STE 101
                                                                                               BURBANK CA 91505
         **List the contract number of**      _____
         **any government contract**

Debtor  **Open Road Films, LLC**                                              Case number *(if known)* **18-12012**

---

2.2386. **Title of contract**           SYNCHRONIZATION AND MASTER USE LICENSE DATED          **State the name and mailing address**
                                        JANUARY 22,2013                                       **for all other parties with whom the**
                                                                                              **debtor has an executory contract or**
        **State what the contract or**  MUSIC LICENSE                                         **unexpired lease**
        **lease is for**
                                                                                              X-RAY DOG MUSIC, INC.
        **Nature of debtor's interest** LICENSEE                                              4011 WEST MAGNOLIA BLVD
                                                                                              STE 101
        **State the term remaining**    _____             BURBANK CA 91505

        **List the contract number of** _____
        **any government contract**


2.2387. **Title of contract**           THE FLUFFY MOVIE - TRAILERS / ADVERTISING -           **State the name and mailing address**
                                        COMBINED SYNCHRONIZATION AND MASTER USE               **for all other parties with whom the**
                                        LICENSE AGREEMENT DATED APRIL 3,2014                  **debtor has an executory contract or**
                                                                                              **unexpired lease**
        **State what the contract or**  MUSIC LICENSE
        **lease is for**                                                                      X-RAY DOG MUSIC, INC.
                                                                                              4011 WEST MAGNOLIA BLVD
        **Nature of debtor's interest** LICENSEE                                              STE 101
                                                                                              BURBANK CA 91505
        **State the term remaining**    _____

        **List the contract number of** _____
        **any government contract**


2.2388. **Title of contract**           SYNCHRONIZATION AND MUSIC USE LICENSE DATED           **State the name and mailing address**
                                        MAY 8,2014                                            **for all other parties with whom the**
                                                                                              **debtor has an executory contract or**
        **State what the contract or**  MUSIC LICENSE                                         **unexpired lease**
        **lease is for**
                                                                                              X-RAY DOG MUSIC, INC.
        **Nature of debtor's interest** LICENSEE                                              4011 WEST MAGNOLIA BLVD
                                                                                              STE 101
        **State the term remaining**    _____             BURBANK CA 91505

        **List the contract number of** _____
        **any government contract**


2.2389. **Title of contract**           SYNCHRONIZATION AND MASTER USE LICENSE                **State the name and mailing address**
                                        AGREEMENT - TV AND INTERNET - ONE WEEK ONLY           **for all other parties with whom the**
                                        (TRAILERS/ADVERTISING) "TITANS DRUMS" DATED           **debtor has an executory contract or**
                                        JANUARY 8,2013                                        **unexpired lease**

        **State what the contract or**  MUSIC LICENSE                                         X-RAY DOG MUSIC, INC.
        **lease is for**                                                                      4011 WEST MAGNOLIA BLVD
                                                                                              STE 101
        **Nature of debtor's interest** LICENSEE                                              BURBANK CA 91505

        **State the term remaining**    _____

        **List the contract number of** _____
        **any government contract**


2.2390. **Title of contract**           SYNCHRONIZATION AND MASTER USE LICENSE DATED          **State the name and mailing address**
                                        NOVEMBER 19,2014                                      **for all other parties with whom the**
                                                                                              **debtor has an executory contract or**
        **State what the contract or**  MUSIC LICENSE                                         **unexpired lease**
        **lease is for**
                                                                                              X-RAY DOG MUSIC, INC.
        **Nature of debtor's interest** LICENSEE                                              4011 WEST MAGNOLIA BLVD
                                                                                              STE 101
        **State the term remaining**    _____             BURBANK CA 91505

        **List the contract number of** _____
        **any government contract**

---

Debtor   **Open Road Films, LLC**                                      Case number *(if known)* **18-12012**

| 2.2391. | **Title of contract** | SYNCHRONIZATION AND MASTER USE LICENSE DATED JULY 30,2012 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | X-RAY DOG MUSIC, INC. 4011 WEST MAGNOLIA BLVD STE 101 BURBANK CA 91505 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.2392. | **Title of contract** | SYNCHRONIZATION AND MASTER USE LICENSE DATED JANUARY 12,2012 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | X-RAY DOG MUSIC, INC. 4011 WEST MAGNOLIA BLVD STE 101 BURBANK CA 91505 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.2393. | **Title of contract** | SYNCHRONIZATION AND MASTER USE LICENSE DATED DECEMBER 19,2014 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | X-RAY DOG MUSIC, INC. 4011 WEST MAGNOLIA BLVD STE 101 BURBANK CA 91505 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.2394. | **Title of contract** | ENGAGEMENT AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ENGAGEMENT LETTER | |
| | **Nature of debtor's interest** | CLIENTS | YOUNG CONAWAY STARGATT & TAYLOR, LLP 1000 NORTH KING STREET WILMINGTON DE 19801 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.2395. | **Title of contract** | AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | VENDOR AGREEMENT | |
| | **Nature of debtor's interest** | CUSTOMER | ZACHARY BILGORE UNKNOWN |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

Debtor    **Open Road Films, LLC**                                    Case number *(if known)* **18-12012**

2.2396. **Title of contract**              AGREEMENT                        State the name and mailing address
                                                                            for all other parties with whom the
       **State what the contract or**      VENDOR AGREEMENT                 debtor has an executory contract or
       **lease is for**                                                     unexpired lease

       **Nature of debtor's interest**     CUSTOMER                         ZD PRODS, INC.
                                                                            10990 WILSHIRE BLVD 8TH FL
       **State the term remaining**        _____  LOS ANGELES CA 90024

       **List the contract number of**     _____
       **any government contract**


2.2397. **Title of contract**              NIGHTCRAWLER - TRAILERS/ADVERTISING - COMBINED    State the name and mailing address
                                           SYNCHRONIZATION AND MASTER USE LICENSE            for all other parties with whom the
                                           AGREEMENT DATED OCTOBER 20,2014                   debtor has an executory contract or
                                                                                            unexpired lease
       **State what the contract or**      MUSIC LICENSE
       **lease is for**                                                     ZOOTORIAN PRODUCTIONS
                                                                            833 N EDINBURGH AVE 307
       **Nature of debtor's interest**     LICENSEE                         LOS ANGELES CA 90046

       **State the term remaining**        _____

       **List the contract number of**     _____
       **any government contract**


2.2398. **Title of contract**              COMBINED SYNCHRONIZATION AND MASTER USE     State the name and mailing address
                                           LICENSE AGREEMENT DATED MARCH 25,2016       for all other parties with whom the
                                                                                       debtor has an executory contract or
       **State what the contract or**      MUSIC LICENSE                               unexpired lease
       **lease is for**
                                                                           ZYNC MUSIC GROUP, LLC
       **Nature of debtor's interest**     LICENSEE                         243 MULBERRY ST STE 4R
                                                                            NEW YORK NY 10012
       **State the term remaining**        _____

       **List the contract number of**     _____
       **any government contract**


2.2399. **Title of contract**              COMBINED SYNCHRONIZATION AND MASTER USE     State the name and mailing address
                                           LICENSE AGREEMENT DATED FEBRUARY 3,2016     for all other parties with whom the
                                                                                       debtor has an executory contract or
       **State what the contract or**      MUSIC LICENSE                               unexpired lease
       **lease is for**
                                                                           ZYNC MUSIC GROUP, LLC
       **Nature of debtor's interest**     LICENSEE                         243 MULBERRY ST STE 4R
                                                                            NEW YORK NY 10012
       **State the term remaining**        _____

       **List the contract number of**     _____
       **any government contract**

<table>
<tr><td colspan="2" style="background:black;color:white"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td colspan="2"><strong>Debtor name:</strong> Open Road Films, LLC</td></tr>
<tr><td colspan="2"><strong>United States Bankruptcy Court for the:</strong> District of Delaware</td></tr>
<tr><td colspan="2"><strong>Case number (if known):</strong> 18-12012</td></tr>
</table>

☐ Check if this is an amended filing

<u>Official Form 206H</u>

# Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1.    Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2.    In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1.  BRIARCLIFF LLC | 2049 CENTURY PARK EAST 4TH FLOOR LOS ANGELES CA 90067 | BANK OF AMERICA, N.A. | ☑ D<br>☐ E/F<br>☐ G |
| 2.2.  EMPIRE PRODUCTIONS LLC | 2049 CENTURY PARK EAST 4TH FLOOR LOS ANGELES CA 90067 | BANK OF AMERICA, N.A. | ☑ D<br>☐ E/F<br>☐ G |
| 2.3.  OPEN ROAD INTERNATIONAL LLC | 2049 CENTURY PARK EAST 4TH FLOOR LOS ANGELES CA 90067 | BANK OF AMERICA, N.A. | ☑ D<br>☐ E/F<br>☐ G |
| 2.4.  OPEN ROAD INTERNATIONAL LLC | 2049 CENTURY PARK EAST 4TH FLOOR LOS ANGELES CA 90067 | RIVERSTONE PICTURES (SHOW DOGS) LIMITED | ☐ D<br>☐ E/F<br>☑ G |
| 2.5.  OPEN ROAD RELEASING, LLC | 2049 CENTURY PARK EAST 4TH FLOOR LOS ANGELES CA 90067 | BANK OF AMERICA, N.A. | ☑ D<br>☐ E/F<br>☐ G |
| 2.6.  OR PRODUCTIONS LLC | 2049 CENTURY PARK EAST 4TH FLOOR LOS ANGELES CA 90067 | BANK OF AMERICA, N.A. | ☑ D<br>☐ E/F<br>☐ G |

**SCHEDULE A/B: Assets – Real and Personal Property**
**Part 10: Intangibles and Intellectual Property**
**Question 61: Internet Domain Names and Websites**

| PLATFORM | LOGIN/USERNAME | ALT URLs/PAGES |
|---|---|---|
| **SHOW DOGS** | | |
| gmail | ShowDogsMovie2017@gmail.com | |
| Website | showdogs-movie.com | showdogsfilm.com; showdogsmov.com |
| Facebook | ShowDogsMov | |
| Instagram | ShowDogsMovie | |
| Twitter | ShowDogsMov | |
| Hashtag | #ShowDogsMovie | |
| | | |
| **THE SILENCE** | | |
| gmail | thesilencemov@gmail.com | |
| Website | thesilencemov.com | |
| Facebook | @thesilencemov | |
| Instagram | @thesilencemov | |
| Twitter | @thesilencemov | |
| Hashtag | #TheSilenceMovie | |
| | | |
| **HOTEL ARTEMIS** | | |
| gmail | hotelartemismovie@gmail.com | |
| Website | hotelartemisfilm.com | |
| Facebook | @hotelartemis | |
| Twitter | @hotelartemismov | |
| Instagram | @hotelartemismovie | |
| Hashtag | #HotelArtemis | |
| | | |
| **THE SECRET GARDEN** | | |
| gmail | thesecretgardenmovie@gmail.com | |
| Website | http://thesecretgardenmovie.com | |
| Facebook | @thesecretgardenmovie | |
| Instagram | @thesecretgardenmovie | |
| Twitter | @SecretGardenMov | |
| Hashtag | TBD | |
| | | |
| **SILENT HOUSE** | | |
| Twitter | Silent_House | |

| PLATFORM | LOGIN/USERNAME | ALT URLs/PAGES |
|---|---|---|
|  |  |  |
| **THE GREY** |  |  |
| Twitter | TheGreyMovie |  |
|  |  |  |
| **LOCKOUT** |  |  |
| Twitter | Lockoutmovie |  |
|  |  |  |
| **END OF WATCH** |  |  |
| Youtube | endofwatchmovie@gmail.com |  |
| gmail | endofwatchmovie@gmail.com |  |
| facebook | facebook.com/endofwatchmovie |  |
| Twitter | endofwatchmovie |  |
|  |  |  |
| **HIT & RUN** |  |  |
| Gmail | Hitandrunfilm@gmail.com |  |
| Facebook | facebook.com/hitandrunmovie |  |
| Twitter | HitAndRunMovie |  |
| Youtube.com | Hitandrunfilm@gmail.com |  |
|  |  |  |
| **SILENT HILL** |  |  |
| Facebook | FB.com/SilentHillRevelation |  |
| Twitter | twitter.com/SilentHillMovie |  |
| Gmail | SilentHillrevelation3d@gmail.com |  |
|  |  |  |
| **A HAUNTED HOUSE** |  |  |
| Gmail | AHHMovie@gmail.com |  |
| Twitter | twitter.com/ahhmovie |  |
| Facebook | facebook.com/Ahauntedhouse |  |
|  |  |  |
| **SIDE EFFECTS** |  |  |
| Gmail | sideeffectsfilm@gmail.com |  |
| Twitter | twitter.com/sideeffects |  |
| Facebook | fb.com/sideeffectsmovie |  |
| tumblr.com | ChanningTatumisMyBoyfriend.Tumblr.com | openRoad123 |
| Pinterest.com | pinterest.com/sideeffectsfilm |  |
|  |  |  |
|  |  |  |
|  |  |  |

| PLATFORM | LOGIN/USERNAME | ALT URLs/PAGES |
|---|---|---|
| **THE HOST** | | |
| Facebook | facebook.com/thehostmovie | |
| Twitter | TheHostFilm | |
| Youtube.com | TheHostFilm | |
| tumblr.com | TheSoulCenter.Tumblr.Com | Openroad123 |
| | | |
| **JOBS** | | |
| Gmail | thejobsmovieonline@gmail.com | |
| Instagram | JobstheFilm | |
| Twitter | Jobsthefilm | |
| Youtube.com | thejobsmovieonline@gmail.com | |
| Tumblr.com | http://jobsthefilm.tumblr.com/ | jobs5003 |
| - | - | |
| **MACHETE KILLS** | | |
| Gmail | machetehappens@gmail.com | |
| Facebook | facebook.com/machetekills | |
| Twitter | MacheteKills | |
| Tumblr.com | MacheteKillsMovie | |
| Instagram | MacheteKills | |
| Vine | MacheteDontVine | MacheteKills |
| Youtube.com | youtube.com/machetekillsmovie | |
| | | |
| **HOMEFRONT** | | |
| Youtube | Homefrontthemovie@gmail.com | |
| Twitter | HomeFrontMovie | |
| Facebook | https://www.facebook.com/HomeFrontMovie | |
| instagram | http://instagram.com/homefrontmovie | |
| | - | |
| **BELIEVE** | | |
| Twitter | believemovie | |
| Instagram | believemovie | |
| Snapchat | believemovie | |
| YouTube | justinbiebersbelieve@hotmail.com | |
| Facebook | https://www.facebook.com/JBBelieveMovie | |
| | | |
| | | |
| | | |
| | | |

| PLATFORM | LOGIN/USERNAME | ALT URLs/PAGES |
|---|---|---|
| **THE NUT JOB** | | |
| Twitter | TheNutJobMovie | |
| Tumblr.com | TheNutJobMovie | |
| Facebook | facebook.com/thenutjobmovie | |
| Youtube | thenutjobmovie@gmail.com | |
| | | |
| **SABOTAGE** | | |
| gmail | sabotagethemovie@gmail.com | |
| Twitter | SabotageMovie | |
| Tumblr.com | sabotagemovie.tumblr.com | |
| Instagram | instagram.com/sabotagemovie | |
| | | |
| **A HAUNTED HOUSE 2** | | |
| Gmail | AHHMovie@gmail.com | |
| Twitter | twitter.com/ahhmovie | |
| Facebook | facebook.com/Ahauntedhouse | |
| Youtube.com | youtube.com/ahauntedhouse2 | |
| Instagram | instagram.com/ahauntedhouse2 | |
| Vine | Vine.co/Ahhmovie | |
| snapchat | ahh2@digitalmediamanagement.com | |
| | | |
| **CHEF** | | |
| gmail.com | chefthemovie@gmail.com | |
| Twitter | Chefthefilm | |
| Vine | chefthefilm | |
| Instagram | instagram.com/chefthefilm | |
| Facebook | https://www.facebook.com/ChefTheFilm | |
| Pinterest | scooternuell@gmail.com | |
| | | |
| **THE FLUFFY MOVIE** | | |
| gmail.com | thefluffymovie2014@gmail.com | |
| Twitter | TheFluffyMovie | |
| Facebook | thefluffymovie | |
| Instagram | TheFluffyMovie | |
| Vine | TheFluffyMovie | |
| | | |
| | | |

| PLATFORM | LOGIN/USERNAME | ALT URLs/PAGES |
|---|---|---|
| **NIGHTCRAWLER** | | |
| gmail.com | nightcrawlerthemovie@gmail.com | |
| Twitter | SeeNightCrawler | |
| Facebook.com | nightcrawlermovie | |
| instagram | instagram.com/nightcrawlermovie | |
| | | |
| **ROSEWATER** | | |
| gmail.com | rosewatermovie | |
| Twitter | rosewatermovie | |
| Facebook | rosewatermovie | |
| | | |
| **THE LOFT** | | |
| gmail.com | theloftmovie2015@gmail.com | |
| Twitter | TheLoftMovie | |
| Facebook | Facebook.com/TheLoftMovie | |
| Instagram | Instagram.com/TheLoftMovie | |
| Pinterest | pinterest.com/theloftmovie | |
| Tumblr.com | Theloftthemovie.tumblr.com | |
| | | |
| **THE GUNMAN** | | |
| gmail.com | thegunmanmovie@gmail.com | |
| Twitter | thegunmanfilm | |
| Facebook | thegunmanmovie | |
| Instagram | http://instagram.com/thegunmanmovie | |
| Vine | scooternuell@gmail.com | |
| website | http://www.thegunmanthefilm.com/ | |
| Tumblr | thegunmanfilm.tumblr.com | |
| | | |
| **LITTLE BOY** | | |
| gmail.com | makingoflittleboy@gmail.com | |
| Twitter | littleboyfilm | |
| Instagram | littleboymovie | |
| Facebook | facebook.com/littleboymovie | |
| website | www.LittleBoyMovie.com | |
| | | |
| | | |
| | | |
| | | |

| PLATFORM | LOGIN/USERNAME | ALT URLs/PAGES |
|---|---|---|
| **DOPE (#dopemovie)** | | |
| gmail.com | **openroaddope@gmail.com** | |
| | Dopethefilm@gmail.com | |
| Facebook.com | facebook.com/DopeMovie | |
| | facebook.com/DopeTheFilm | |
| | Facebook.com/DopeTheMovie | |
| Twitter.com | Twitter.com/DopeMovie | |
| | Twitter.com/DopeTheMovie | |
| | Twitter.com/DopeTheFilm | |
| SnapChat | DopeMovie | |
| Instagram | DopeTheMovie | |
| SoundCloud | DopeMovie | |
| | Awreeoh | |
| Tumblr | dopethemovie.tumblr.com | |
| Vine | DopeMovie | |
| website | YouAreDope.com | |
| | | |
| **ROCK THE KASBAH** | | |
| gmail.com | RockTheKasbahMovie@gmail.com | |
| Twitter | https://twitter.com/KasbahMovie | |
| Facebook | Facebook.com/RockTheKasbahMovie | |
| Instagram | http://instagram.com/kasbahmovie | |
| Snapchat | KasbahMovie | |
| Vine | RockTheKasbahMovie@gmail.com | |
| tumblr | RockTheKasbahMovie@gmail.com | |
| website | rockthekasbahmovie.com | |
| | | |
| **FIFTY SHADES OF BLACK** | | |
| gmail.com | 50shadesofblackmovie@gmail.com | |
| Twitter | FSOBmovie | |
| Facebook | FiftyshadesofblackMovie | |
| Instagram | FiftyshadesofblackMovie | |
| Vine | FSOBmovie | |
| Website | 50shadesofblackmovie.com | |
| Tumblr | fiftyshadesofblackmovie.tumblr.com | |
| Marlon FB | babyway10@yahoo.com | |
| Marlon Tw | mahdick@aol.com | |

| PLATFORM | LOGIN/USERNAME | ALT URLs/PAGES |
|---|---|---|
|  |  |  |
|  |  |  |
| **SPOTLIGHT** |  |  |
| gmail.com | Spotlightthemovie@gmail.com |  |
| Twitter | twitter.com/SpotlightMovie |  |
| Facebook | www.facebook.com/SpotlightMovie |  |
| Instagram | instagram.com/spotlightmovie/ |  |
| website | spotlightthefilm.com |  |
|  |  |  |
| **TRIPLE 9** |  |  |
| gmail.com | TripleNineMovie@gmail.com |  |
| Facebook | fb.com/Triple9Movie |  |
| Twitter | Twitter.com/Triple9Movie |  |
| Vine | Vine.co/Triple9Movie |  |
| Instagram | Instagram.com/Triple9Movie |  |
| website | triple9movie.com |  |
| Tumblr | triple9movie.tumblr.com | Tripl39! |
|  |  |  |
| **MOTHER'S DAY** | #MothersDayMovie |  |
| gmail.com | mothersdaymovie2016@gmail.com |  |
| Twitter | Twitter.com/SeeMothersDay |  |
| Facebook | fb.com/seemothersday |  |
| Instagram | Instagram.com/SeeMothersDay |  |
| Pinterest | https://www.pinterest.com/SeeMothersDay/ |  |
| Website | www.SeeMothersDay.com |  |
| Tumblr.com | MothersDayMovie.tumblr.com |  |
|  |  |  |
| **SNOWDEN** |  |  |
| gmail.com | snowdenmovie@gmail.com |  |
| Twitter | SnowdenTheMovie | Twitter.com/snowdenthemovie |
| Facebook | Facebook.com/Snowdenthemovie |  |
| Instagram | Instagram.com/SnowdenTheMovie |  |
| Snapchat | SnowdenTheMovie |  |
| Website | snowdenfilm.com |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

| PLATFORM | LOGIN/USERNAME | ALT URLs/PAGES |
|---|---|---|
| **GLEASON** | | |
| gmail.com | gleasonmovie1@gmail.com | |
| Facebook | @GleasonMovie | |
| Twitter | @GleasonMovie | |
| Instagram | @GleasonMovie | |
| Website | GleasonMovie.com | |
| Tumblr | GleasonMovie | |
| | | |
| **MAX STEEL** | | |
| gmail.com | maxsteelmovie2016@gmail.com | |
| Facebook | @MaxSteelMovie | |
| Twitter | @MaxSteelMovie | |
| Instagram | @MaxSteelMovie | |
| Tumblr | maxsteelmovie2016@gmail.com | |
| | | |
| **SLEEPLESS** | | |
| gmail.com | sleeplessnightmovie@gmail.com | |
| Facebook.com | fb.com/sleeplessmovie | |
| Instagram | SleeplessMovie | SleeplessTheMovie / SleeplessTheMovie1@gmail.com |
| Twitter | SleeplessMovie | SleeplessFilm / sleeplessthemovie2@gmail.com |
| Website | sleeplessmovie.com | |
| | | |
| **COLLIDE** | | |
| gmail.com | collide2016@gmail.com | |
| Twitter.com | CollideTheMovie | |
| Facebook.com | CollideTheMovie | |
| instagram.com | CollideTheMovie | |
| Website | collidefilm.com | |
| | | |
| **BLEED FOR THIS** | | |
| site | http://bleedforthisfilm.com/?reqp=1&reqr= | |
| gmail.com | bleedforthismovie@gmail.com | |
| Facebook | https://www.facebook.com/BleedForThis | |
| Twitter | https://twitter.com/BleedForThis | |
| Instagram | https://instagram.com/bleedforthis | Vinny5x |
| Website | bleedforthisfilm.com | |

| PLATFORM | LOGIN/USERNAME | ALT URLs/PAGES |
|---|---|---|
| | | |
| **BEFORE I FALL** | | |
| gmail.com | BeforeIFall2017@gmail.com | |
| Facebook | @BeforeIFallFilm | |
| Twitter | @BeforeIFallFilm | |
| Instagram | @BeforeIFallFilm | |
| Snapchat | BeforeIFallFilm | |
| Website | BeforeIFallFilm.com | |
| | | |
| **SPARK** | | |
| gmail.com | sparkmovie2017@gmail.com | |
| gmail.com | sparkaspacetail@gmail.com | |
| Twitter | @SparkASpaceTail | |
| Instagram | @SparkASpaceTail | |
| Site | SparkASpaceTail.com | |
| | | |
| **THE PROMISE** | | |
| gmail.com | ThePromiseFilm2017 | |
| Facebook | ThePromiseTheFilm | |
| Twitter | @thepromisefilm | |
| Instagram | @ThePromiseFilm | |
| Site | ThePromise.movie | |
| Toolkit Site | ThePromise.movie/share | |
| Group Sales Site | ThePromiseGroupSales.com | |
| MailChimp | ThePromiseFilm2017 | |
| | | |
| **HOME AGAIN** | | |
| gmail.com | HomeAgainReese@gmail.com | |
| Facebook | @HomeAgainMovie | |
| Twitter | @HomeAgain_Movie | |
| Instagram | @homeagainmovie | |
| Website | HomeAgain-Movie.com | |
| Tumblr | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| PLATFORM | LOGIN/USERNAME | ALT URLs/PAGES |
|---|---|---|
| **THE NUT JOB** | | |
| Facebook | facebook.com/thenutjobmovie | |
| Twitter | TheNutJobMovie | |
| Instagram | TheNutJobMovie | |
| Tumblr.com | TheNutJobMovie | |
| Pinterest | thenutjobmovie@gmail.com | |
| Giphy | OpenRoadFilmsOnline+thenutjobmovie@gmail.com | |
| | | |
| **MARSHALL** | | |
| gmail.com | marshallmovie2017 | |
| Facebook | @MarshallMovie | |
| Twitter | @MarshallMovie | |
| Instagram | @MarshallMovie | |
| Website | MarshallMovie.com | |
| Hashtag | #MarshallMovie | |
| | | |
| **ALL I SEE IS YOU** | | |
| gmail | AllISeeIsYouMovie@gmail.com | |
| Website | AllISeeIsYouMovie.com | |
| Facebook | @AISIYMovie | |
| Instagram | @AISIYMovie | |
| Twitter | @AISIYMovie | |
| IG Specific Email Address | AllISeeIsYouMovieIG@gmail.com | |
| | ^ recovery email: OpenRoadFilmsOnline@gmail.com | |
| Hashtag | #AllISeeIsYouMovie | |
| | | |
| **MIDNIGHT SUN** | | |
| gmail | MidnightSunMovie2017@gmail.com | |
| Website | midnightsun-movie.com | midnightsunmov.com |
| Facebook | @midnightsunmov | |
| Instagram | @midnightsunmov | |
| Twitter | @MidnightSun_Mov | |
| GIPHY | MidnightSunMovie2017@gmail.com | |

**Fill in this information to identify the case:**

Debtor name: Open Road Films, LLC

United States Bankruptcy Court for the: District of Delaware

Case number (if known): 18-12012

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* ____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    10/22/2018
                MM/DD/YYYY

✗    */s/ Amir Agam*
_____
Signature of individual signing on behalf of debtor

Amir Agam
Printed name

Chief Restructuring Officer
Position or relationship to debtor