## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>OPEN ROAD FILMS, LLC, a Delaware limited liability company, *et al*.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 18-12012 (LSS)<br><br>(Jointly Administered)<br><br>**Requested Hearing Date:**<br>    October 25, 2018<br><br>**Requested Deadline to Object to (I) Stalking Horse Agreement, (II) Bid Protections, and (III) Amendments to Bid Procedures Order:**<br>    At the Commencement of the Hearing<br><br>Ref. Docket No. 160 |

### NOTICE OF FILING OF (I) STALKING HORSE AGREEMENT, (II) SUMMARY OF PROPOSED BID PROTECTIONS, AND (III) SUMMARY OF PROPOSED AMENDMENTS TO BID PROCEDURES ORDER

**PLEASE TAKE NOTICE** that, on October 9, 2018, the United States Bankruptcy Court for the District of Delaware (the "Court") entered the *Order: (1) Approving Bid and Sale Procedures, (2) Approving Assumption, Assignment and Cure Procedures and Related Notices, (3) Establishing Date for Auction and Approving Related Procedures, (4) Scheduling the Sale Hearing and Related Deadlines, and (5) Granting Related Relief* [Docket No. 160] (the "Bid Procedures Order").[2]

**PLEASE TAKE FURTHER NOTICE** that, as set forth on the record of the October 9, 2018 hearing, the Debtors have been actively negotiating regarding the terms of a Stalking Horse Agreement. As a result of those discussions, the Debtors have selected OR Acquisition Co, LLC as the Stalking Horse Purchaser and have entered into, subject to the approval of the Court, a Stalking Horse Agreement, dated October 23, 2018, with the Stalking Horse Purchaser, a copy of which is attached hereto as Exhibit A. The Stalking Horse Purchaser is not an "insider" or "affiliate" of any of the Debtors, as such terms are defined in the Bankruptcy Code.

---

[1] The Debtors and the last four digits of their respective federal taxpayer identification numbers are as follows: Open Road Films, LLC (4435-Del.); Open Road Releasing, LLC (4736-Del.); OR Productions LLC (5873-Del.); Briarcliff LLC (7304-Del.); Open Road International LLC (4109-Del.); and Empire Productions LLC (9375-Del.). The Debtors' address is 2049 Century Park East, 4th Floor, Los Angeles, CA 90067.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings given to them in the Bid Procedures Order.

**PLEASE TAKE FURTHER NOTICE** that, in light of the Debtors entry into the Stalking Horse Agreement, the Debtors have filed the *Debtors' Motion for Entry of an Order Authorizing and Approving Certain Bidding Protections and Amendments to Bid Procedures Order, and Granting Related Relief* contemporaneously herewith (the "Stalking Horse Approval Motion"). Pursuant to the Stalking Horse Approval Motion, the Debtors have requested that the Court (i) authorize and approve the Debtors' entry into the Stalking Horse Agreement (subject to final approval at the Sale Hearing); (ii) approve certain bidding protections in connection with the Stalking Horse Agreement (the "Bid Protections"); and (iii) approve certain amendments to the Bid Procedures Order (the "Amendments").

**PLEASE TAKE FURTHER NOTICE** that the Stalking Horse Agreement is for substantially all of the Debtors' assets.

**PLEASE TAKE FURTHER NOTICE** that the Bid Protections consist of (i) an expense reimbursement of up to $800,000 for the Stalking Horse Purchaser's reasonable and documented out-of-pocket costs, fees and expenses (including reasonable expenses of legal, financial advisory, accounting and other similar costs, fees and expenses) related to the sale and (ii) a breakup fee equal to $2,100,000 in the event the Debtors close an alternative transaction under the circumstances mandated by the Stalking Horse Agreement.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as Exhibit B is a summary of the Amendments.

**PLEASE TAKE FURTHER NOTICE THAT** the Debtors have requested that a hearing on the Stalking Horse Approval Motion be held on October 25, 2018 before the Honorable Laurie Selber Silverstein, in the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 6th Floor, Courtroom No. 2, Wilmington, Delaware 19801 (the "Hearing").

**PLEASE TAKE FURTHER NOTICE THAT** the Stalking Horse Agreement, the Bid Protections, and the Amendments remain subject to continuing review and negotiation and, therefore, the Debtors reserve all rights to make revisions thereto at or prior to the hearing on the Stalking Horse Approval Motion, and all of the Debtors' rights with respect to the Stalking Horse Agreement, the Bid Protections, and the Amendments are reserved.

[*Remainder of Page Intentionally Left Blank*]

**PLEASE TAKE FURTHER NOTICE THAT**, the Debtors have requested that objections, if any, to the Stalking Horse Approval Motion, including, without limitation, (i) the requested authorization to enter into the Stalking Horse Agreement, (ii) the approval of the Bid Protections, or (iii) the revisions to the Amendments be considered at the Hearing or, in the event that the Hearing is not scheduled for October 25, 2018, or October 26, 2018, be due earlier than the Hearing.

Dated: October 23, 2018

*/s/ Ian J. Bambrick*
Michael R. Nestor, Esq. (Bar No. 3526)
Robert F. Poppiti, Jr., Esq. (Bar No. 5052)
Ian J. Bambrick, Esq. (Bar No. 5455)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square, 1000 North King Street
Wilmington, Delaware 19801
Tel:   (302) 571-6600
Fax:   (302) 571-1253

and

Michael L. Tuchin, Esq.
Jonathan M. Weiss, Esq.
Sasha M. Gurvitz, Esq.
KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 Avenue of the Stars, 39th Floor
Los Angeles, CA 90067
Tel:   (310) 407-4000
Fax:   (310) 407-9090

*Counsel to Debtors and Debtors in Possession*