# **EXHIBIT B**

**Summary of Amendments**

## Summary of Amendments to Bid Procedures Order[3]

| Amended Paragraph | Amendment |
|---|---|
| 4(a) | Amended to include as a party entitled to receive a copy of any bid the following party: counsel for the Stalking Horse Bidder, Greenberg Traurig, LLP, Attn: Nathan A. Haynes, Esq., email: haynesn@gtlaw.com, and DLA Piper LLP (US), Attn: Robert J. Sherman, Esq., email: robert.j.sherman@dlapiper.com |
| 4(a) | Amended to require that, in addition to the other requirements set forth in the Bid Procedures Order for any Potential Bidder to participate in the bidding process, any Potential Bidder must, no later than November 2, 2018 at 5:00 p.m. (Eastern Time):<br><br>a. submit a "blacklined" or otherwise marked copy of the Proposed APA reflecting the differences between the Proposed APA and the Stalking Horse Agreement, a Word copy of which shall be provided to a Potential Bidder upon request.<br><br>b. provide in such Potential Bidder's bid for a Base Purchase Price in an amount greater than or equal to the sum of (A) the Base Purchase Price in the Stalking Horse Agreement, (B) the Bid Protections, and (C) the Minimum Overbid (as defined below) ("Minimum Initial Overbid Amount") |
| 4(b) | Amended to include the following at the end:<br><br>Notwithstanding the foregoing, any Secured Creditor or Secured Creditors that exercise(s) its or their credit bid right(s) shall pay to the Stalking Horse Bidder in cash the Break Up Fee and Expense Reimbursement at the closing of the sale to such Secured Creditor(s) to the extent such amounts are payable under the Stalking Horse Agreement.  Moreover, in the event of any transaction involving the direct or indirect sale or sales of all or substantially all or a portion of the Purchased Assets (as defined in the Stalking Horse Agreement) to a person or persons other than Stalking Horse Bidder, the Break Up Fee and Expense Reimbursement shall be paid from the proceeds of the sale at closing to the extent such amounts are payable under the Stalking Horse Agreement. |
| 8 | Paragraph 8 is replaced with the following:<br><br>Only the Qualified Bidders may bid at the Auction.  Each Qualified Bidder shall appear in person at the Auction, or through a duly authorized representative.  To the extent the Proposed APAs submitted by Qualified Bidders differ in any material respect, the CRO, in consultation with the Consultation Parties, may assign relative values to such differences, taking into account the relative burdens and benefits resulting from such differences, and shall afford a Qualified Bidder the opportunity to further modify such Proposed APA to reduce or eliminate any deduction in value assigned to such Proposed APA.  At the |

---

[3] Capitalized terms use d herein, but not otherwise defined, have the meanings given to them in the Stalking Horse Approval Motion.

| | |
|---|---|
| | commencement of the Auction, and following the processes described in the preceding sentence, the Debtors shall identify the bid that they have determined to be the highest and best offer, state terms of such bid and the identity of such bidder, and shall permit the Stalking Horse Bidder and all other Qualified Bidders to submit higher and better bids.  Each Qualified Bidder must bid in each round or it shall be disqualified from further bidding at the Auction.  Each subsequent bid must exceed the amount of the preceding bid by not less than $1,000,000 (the "Minimum Overbid") and shall not be modified in a manner that causes it no longer to be a Qualified Bid.  If the Stalking Horse Bidder bids at the Auction, it shall be entitled to a "credit bid" in the amount of the Bid Protections to be counted towards each bid.  All Qualified Bidders shall have the right to, at any time, request the Debtors use reasonable efforts to clarify any and all questions such Qualified Bidder may have regarding the then-current highest and best bid. |
| 10 | Paragraph 10 is replaced with the following:<br><br>If the Debtors do not receive any Qualified Bids other than the Stalking Horse Agreement, or receive Qualified Bids on portions of the Purchased Assets which do not have the purchase prices, in the aggregate, equal to or exceeding the Minimum Initial Overbid Amount, the Debtors shall not conduct the Auction with respect to the Purchased Assets, and instead shall seek approval of the sale of the Purchased Assets pursuant to the Stalking Horse Agreement at the Sale Hearing. |
| 15 | Amended to include as an Objection Recipient the following party:  counsel for the Stalking Horse Bidder, Greenberg Traurig, LLP, Attn: Nathan A. Haynes, Esq., email: haynesn@gtlaw.com, and DLA Piper LLP (US), Attn: Robert J. Sherman, Esq., email: robert.j.sherman@dlapiper.com. |
| NA | Order approving the Stalking Horse Approval Motion would also approve the proposed Amended Sale Notice. |