UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>OPEN ROAD FILMS, LLC, a Delaware limited liability company, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 18-12012 (LSS)<br><br>(Jointly Administered)<br><br>Ref. Docket No. 218 |

## ORDER SHORTENING THE TIME FOR NOTICE OF DEBTORS' MOTION FOR ENTRY OF AN ORDER AUTHORIZING AND APPROVING CERTAIN BIDDING PROTECTIONS AND AMENDMENTS TO BID PROCEDURES ORDER, AND GRANTING RELATED RELIEF

Upon consideration of the motion (the "**Motion to Shorten**")[2] of the above-captioned debtors and debtors in possession (collectively, the "**Debtors**") for entry of an order, (a) shortening the time required for notice of the hearing to consider approval of the Bid Protections Motion so that it may be heard on October 25, 2018, or as soon thereafter as the Debtors may be heard, but in any event no later than five (5) business days after the filing of the Motion to Shorten, and (b) providing that any objections to the Bid Protections Motion are due at the commencement of the hearing thereon; and the Court having determined that, under the facts and circumstances of these Cases, granting the relief requested in the Motion to Shorten is appropriate; and it appearing that due and adequate notice of the Motion to Shorten has been given, and that no other or further notice need be given; and after due deliberation and sufficient cause appearing therefor, **IT IS HEREBY ORDERED THAT:**

1. The Motion to Shorten is granted as set forth herein.

---

[1] The Debtors and the last four digits of their respective federal taxpayer identification numbers are as follows: Open Road Films, LLC (4435-Del.); Open Road Releasing, LLC (4736-Del.); OR Productions LLC (5873-Del.); Briarcliff LLC (7304-Del.); Open Road International LLC (4109-Del.); and Empire Productions LLC (9375-Del.). The Debtors' address is 2049 Century Park East, 4th Floor, Los Angeles, CA 90067.

[2] All terms not otherwise defined herein shall be given the meanings ascribed to them in the Motion to Shorten.

01:23747230.2

    2. The Bid Protections Motion shall be heard (the "Hearing") on October 26, 2018 at 2:00 p.m. (ET).

    3. Any objections to the relief requested in the Bid Protections Motion shall be due at the commencement of the Hearing.

    4. This Court shall retain jurisdiction over any and all matters arising from or related to the implementation or interpretation of this Order.

Dated: October 23, 2018
   Wilmington, Delaware

                 Laurie Selber Silverstein
                 United States Bankruptcy Judge