# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>OPEN ROAD FILMS, LLC, a Delaware limited liability company, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 18-12012 (LSS)<br><br>(Jointly Administered)<br><br>**Hearing Date:  October 26, 2018 at 2:00 p.m. (ET)**<br>**Objection Deadline: Commencement of the hearing**<br><br>**Ref. Docket Nos. 217 and 220** |

### NOTICE OF HEARING REGARDING DEBTORS' MOTION FOR ENTRY OF AN ORDER AUTHORIZING AND APPROVING CERTAIN BIDDING PROTECTIONS AND AMENDMENTS TO BID PROCEDURES ORDER, AND GRANTING RELATED RELIEF

TO:   (I) THE U.S. TRUSTEE; (II) PROPOSED COUNSEL TO THE COMMITTEE; (III) THE AGENT; (IV) ALL OTHER PARTIES WHO WERE SERVED WITH THE BID PROCEDURES MOTION; AND (V) ALL PARTIES WHO, AS OF THE FILING OF THE MOTION, HAVE FILED A NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS IN THESE CASES PURSUANT TO BANKRUPTCY RULE 2002

**PLEASE TAKE NOTICE** that, on October 23, 2018, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Debtors' Motion for Entry of an Order Authorizing and Approving Certain Bidding Protections and Amendments to Bid Procedures Order, and Granting Related Relief* [Docket No. 217] (the "Motion").  A copy of the Motion is being served contemporaneously herewith.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the *Order Shortening the Time for Notice of Debtors' Motion for Entry of an Order Authorizing and Approving Certain Bidding Protections and Amendments to Bid Procedures Order, and Granting Related Relief* [Docket No. 220] a hearing to consider the motion has been scheduled for **October 26, 2018 at 2:00 P.M. (ET)** before the Honorable Laurie Selber Silverstein, in the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 6th Floor, Courtroom No. 2, Wilmington, Delaware 19801.

---

[1] The Debtors and the last four digits of their respective federal taxpayer identification numbers are as follows: Open Road Films, LLC (4435-Del.); Open Road Releasing, LLC (4736-Del.); OR Productions LLC (5873-Del.); Briarcliff LLC (7304-Del.); Open Road International LLC (4109-Del.); and Empire Productions LLC (9375-Del.).  The Debtors' address is 2049 Century Park East, 4th Floor, Los Angeles, CA 90067.

**PLEASE TAKE FURTHER NOTICE** that objections and responses, if any, to the Motion are due at the commencement of the Hearing.

Dated: October 23, 2018

/s/ Ian J. Bambrick
Michael R. Nestor, Esq. (Bar No. 3526)
Robert F. Poppiti, Jr., Esq. (Bar No. 5052)
Ian J. Bambrick, Esq. (Bar No. 5455)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square, 1000 North King Street
Wilmington, Delaware 19801
Tel:   (302) 571-6600
Fax:   (302) 571-1253

and

Michael L. Tuchin, Esq.
Jonathan M. Weiss, Esq.
Sasha M. Gurvitz, Esq.
KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 Avenue of the Stars, 39th Floor
Los Angeles, CA 90067
Tel:   (310) 407-4000
Fax:   (310) 407-9090

*Counsel to Debtors and Debtors in Possession*