IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>OPEN ROAD FILMS, LLC, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case Nos. 18-12012 (LSS), *et seq.*<br>(Jointly Administered)<br><br>**Re: Docket No(s). _____** |

**ORDER COMPELLING ASSUMPTION OR REJECTION OF EXECUTORY CONTRACTS WITH REDROVER CO. LTD., GRANTING ADEQUATE PROTECTION, AND GRANTING RELATED RELIEF**

UPON CONSIDERATION OF the Motion For Entry Of An Order Compelling Assumption Or Rejection Of Executory Contracts, Adequate Protection, And Related Relief (the "Motion") filed by Redrover Co. Ltd. ("Movant"), and any responses thereto; the Court finding that (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (ii) venue is proper in this district pursuant to 28 U.S.C. § 1409; (iii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and (iv) notice of the Motion was sufficient under the circumstances; it is HEREBY ORDERED as follows:

1. The Motion is GRANTED. All capitalized terms not otherwise defined herein shall have the respective meanings set forth in the Motion.

2. Each of the Agreements (as defined in the Motion) shall be deemed rejected by the Debtor automatically and without further order of the Court unless, within 28 days after entry of this order, the Debtor files a motion to assume them

and tenders in cash to Movant at the time of the filing the full amount owed to Movant at that time.

3. Effective at the same time as the rejection of the Agreements in connection with any of the Films, any other executory contract(s) between the Debtor and third parties regarding that/those respective Film(s) shall also be rejected.

4. The Debtor shall turn over to Movant any remaining deposits or escrows relating to P&A expenses under any of the Agreements, including but not limited to the Spark Escrow Account.

5. Notwithstanding this Court's Final Order, Pursuant to Sections 105(a), 361, 362, 363(c), 503(b), and 507(b) of the Bankruptcy Code, (I) Authorizing Debtors to Use Cash Collateral, (II) Granting Adequate Protection and (III) Granting Related Relief (Docket No. 135) (the "Cash Collateral Order"), the Debtors are hereby prohibited from using any revenues received on account of the Agreements except as set forth in the Agreements.

6. The Cash Collateral Order are the automatic stay are hereby modified to effectuate the terms of this order. This Court shall retain jurisdiction over any and all matters arising from or related to the interpretation and/or enforcement of

this order.

Dated:_____, 2018     _____
          Wilmington, Delaware    HON. LAURIE SELBER SILVERSTEIN
                                  UNITED STATES BANKRUPTCY JUDGE