UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>OPEN ROAD FILMS, LLC, a Delaware limited liability company, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 18-12012 (LSS)<br><br>(Jointly Administered) |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                    )   ss:
COUNTY OF KINGS     )

I, Calvin E. Dickson, declare:

1. I am over the age of 18 years and not a party to these chapter 11 cases.

2. I am employed by Donlin, Recano & Company, Inc. ("DRC"), 6201 15th Avenue, Brooklyn, NY 11219.

3. On the 17th day of October, 2018, at my direction and under my supervision, employees of DRC caused to serve the "*Notice of Proposed Assumption and Assignment of Executory Contracts and Unexpired Leases*" (Docket No. 172) upon the parties as set forth on Exhibit 1, attached hereto, via First Class US Mail.

---

[1] The Debtors and the last four digits of their respective federal taxpayer identification numbers are as follows: Open Road Films, LLC (4435-Del.); Open Road Releasing, LLC (4736-Del.); OR Productions LLC (5873-Del.); Briarcliff LLC (7304-Del.); Open Road International LLC (4109-Del.); and Empire Productions LLC (9375-Del.). The Debtors' address is 2049 Century Park East, 4th Floor, Los Angeles, CA 90067.

I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge. Executed this 23rd day of October, 2018, Brooklyn, New York.

                                                                      Calvin E. Dickson

Sworn before me this
23rd day of October, 2018

Notary Public

SUNG JAE KIM
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01KI6311176
COMM. EXP. September 14, 2021

OR000028A

# EXHIBIT 1

# Open Road Films, LLC, et al.
## Exhibit Page

Page # : 1 of 1                           10/17/2018 03:03:07 PM

| | | |
|---|---|---|
| 003687P002-1400A-028A<br>ALEXA PLATT<br>682 MUSKINGUM AVE<br>PACIFIC PALISADES CA 90272 | 003885P002-1400A-028A<br>DEAPLANETA<br>AVDA DIAGONAL 662664<br>BARCELONA  08034<br>SPAIN | 003685P002-1400A-028A<br>SAMUEL MARQUIS<br>11000 WEYBUM AVENUE #427<br>WESTWOOD CA 90024 |

Records Printed : **3**