# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>OPEN ROAD FILMS, LLC, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 18-12012 (LSS)<br><br>(Jointly Administered)<br><br>**Hearing Date: October 26, 2018 at 2:00 p.m.**<br>**Objection Deadline: At the Hearing**<br>**Ref. D.I. 216, 217, 220** |

**RESERVATION OF RIGHTS OF DIRECTORS GUILD OF AMERICA, INC.; SCREEN ACTORS GUILD-AMERICAN FEDERATION OF TELEVISION AND RADIO ARTISTS; WRITERS GUILD OF AMERICA, WEST, INC.; DIRECTORS GUILD OF AMERICA, INC.-PRODUCER PENSION AND HEALTH PLANS; SAG-AFTRA HEALTH PLAN AND SCREEN ACTORS GUILD-PRODUCERS PENSION PLAN; AND PRODUCER-WRITERS GUILD OF AMERICA PENSION PLAN AND WRITERS' GUILD-INDUSTRY HEALTH FUND AND THE MOTION PICTURE INDUSTRY PENSION AND HEALTH PLANS TO DEBTORS' MOTION FOR ENTRY OF AN ORDER AUTHORIZING AND APPROVING CERTAIN BIDDING PROTECTIONS AND AMENDMENTS TO BID PROCEDURES ORDER, AND GRANTING RELATED RELIEF**

The Directors Guild of America, Inc.; the Screen Actors Guild-American Federation of Television and Radio Artist;, the Writers Guild of America, West, Inc. (collectively, the "**Guilds**"); and their respective pension and health plans and the Motion Picture Industry Pension and Health Plans (collectively, with the Guilds, the "**Union Entities**"), by and through their undersigned counsel, hereby file this Reservation of Rights to Debtors' Motion for Entry of An Order Authorizing and Approving Certain Bidding Protections and Amendment to Bid Procedures Order, and Granting Related Relief [D.I. 217].

## BACKGROUND

1. Each Guild is the collective bargaining representative for directors, performers or writers, respectively, in the television and motion picture industry. A substantial portion of the compensation payable to Guild-represented employees comes in the form of "**Residuals**" – fees

payable to such employees as product produced subject to Guild collective bargaining agreements is exploited in markets beyond the market of initial release. Each Guild pension and health plan is a multiemployer ERISA fund, supported by contributions based on initial compensation and fringe payments calculated in the same fashion as Residuals. For most theatrical motion pictures ("**Motion Pictures**") produced under Guild collective bargaining agreements ("**Covered Motion Pictures**"),[1] one or more Guilds hold valid and perfected security interests, intended to secure performance of collective bargaining obligations, including payment of Residuals.

2. On September 6, 2018 (the "**Petition Date**"), the above-captioned "**Debtors**" filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code.

3. On the Petition Date, the Debtors filed their *Motion for Entry of an Order Establishing Bid and Sale Procedures Relating to the Sale of Substantially All of the Debtors' Assets* (the "**Bid Procedures Motion**")[D.I. 9].

4. On October 9, 2018, the Court entered an *Order: (1) Approving Bid and Sale Procedures, (2) Approving Assumption, Assignment and Cure Procedures and Related Notices, (3) Establishing Date for Auction and Approving Related Procedures, (4) Scheduling the Sale Hearing and Related Deadlines, and (5) Granting Related Relief* (the "**Bid Procedures Order**")[D.I. 160].

5. The Bid Procedures Order, among other things, established a Bid Deadline of November 2, 2018, scheduled an auction for November 7, 2018 (the "**Auction**") and a Sale Hearing of November 9, 2018 (the "**Sale Hearing**"). The Bid Procedures Order also contemplated

---

[1] The phrases "Motion Pictures" and "Covered Motion Pictures" generally refer to entertainment content produced for exploitation in any exhibition market, including, *inter alia*, theatrical, television, SVOD, etc.

that the Debtors may enter into a stalking horse agreement for the sale of the Debtors' assets and seek certain modifications to the Bid Procedures related to the selection of a stalking horse.

6. As contemplated by the Bid Procedures Order, on October 23, 2018, the Debtors' designated OR Acquisition Co, LLC (the "**Stalking Horse**") as the stalking horse and filed the *Notice of Filing of (I) Stalking Horse Agreement, (II) Summary of Proposed Bid Protections, and (III) Summary of Proposed Amendments to Bid Procedures Order* along with a Stalking Horse Asset Purchase Agreement (the "**Stalking Horse APA**") [D.I. 216] and a *Motion for Entry of An Order Authorizing and Approving Certain Bidding Protections and Amendments to Bid Procedures Order, and Granting Related Relief* (the "**Bid Protections Motion**")[D.I. 217].

7. A hearing on the Bid Protections Motion is scheduled for October 26, 2018 at 2:00 p.m. [D.I. 220].

## LIMITED OBJECTION AND RESERVATION OF RIGHTS

8. Since the Petition Date, the Union Entities have been in negotiations with counsel for the Debtors, Bank of America, and the Official Committee of Unsecured Creditors regarding issues related to the sale of Debtors' assets and other important issues in these bankruptcies.

9. The Union Entities have no issues with the requested Bid Protections; however, there are concerns triggered by the Stalking Horse APA. The Union Entities look forward to continuing productive discussion with counsel for the Debtors, the Stalking Horse and any successful bidder at Auction, prior to the Sale Hearing concerning certain terms of the Stalking Horse APA, and of any as yet to be filed proposed sale order.

10. While good-faith negotiations continue, the Union Entities file this reservation of rights with respect to any and all aspects of the proposed Stalking Horse APA and sale order.

LAW OFFICE OF SUSAN E. KAUFMAN, LLC

*/s/ Susan E. Kaufman*
Susan E. Kaufman, (DSB# 3381)
919 North Market Street, Suite 460
Wilmington, DE 19801
(302) 472-7420
(302) 792-7420 Fax
skaufman@skaufmanlaw.com

and

Joseph A. Kohanski
David E. Ahdoot
Kirk Prestegard
BUSH GOTTLIEB
A Law Corporation
500 North Central Avenue, Suite 800
Glendale, California 90103
(818) 973-3200 (telephone)
(818) 973-3201 (facsimile)
jkohanski@bushgottlieb.com


Counsel for Directors Guild of America, Inc.; Screen Actors Guild-American Federation of Television and Radio Artists; Writers Guild of America, West, Inc.; Directors Guild of America, Inc.-Producer Pension and Health Plans; SAG-AFTRA Health Plan and Screen Actors Guild-Producers Pension Plan; Producer-Writers Guild of America Pension Plan and Writers' Guild-Industry Health Fund and Motion Picture Industry Pension and Health Plans

Date: October 25, 2018