**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

------------------------------------------------------- X
In re:                                                   :
                                                         :
OPEN ROAD FILMS, LLC., *et al.*,[1]                      :     Chapter 11
                                                         :
        Debtors.  :     Case No. 18-12012 (LSS)
                                                         :
                                                         :     (Jointly Administered)
                                                         :
                                                         :
------------------------------------------------------- X

**NOTICE OF APPEARANCE AND
<u>REQUEST FOR SERVICE OF DOCUMENTS</u>**

PLEASE TAKE NOTICE that Netflix, Inc. (the "<u>Netflix</u>"), by and through its undersigned counsel, hereby appears in the captioned case pursuant to 11 U.S.C. § 1109(b) and requests, pursuant to Federal Rules of Bankruptcy Procedure 2002, 3017, 9007 and 9010, that copies of all notices and pleadings given or filed in the captioned case and all adversary and related proceedings be given and served upon the persons listed below at the following addresses:

| | |
|---|---|
| Vadim J. Rubinstein, Esq.<br>**LOEB & LOEB LLP**<br>345 Park Avenue<br>New York, New York 10154<br>Telephone: 212-407-4000<br>Facsimile: 212-407-4990<br>Email: vrubinstein@loeb.com | Lance N. Jurich<br>**LOEB & LOEB LLP**<br>10100 Santa Monica Blvd.<br>Los Angeles, CA 90067<br>Telephone: (310) 282-2000<br>Facsimile: (310) 282-2200<br>Email: ljurich@loeb.com |

---

[1] The Debtors and the last four digits of their respective federal taxpayer identification numbers are as follows: Open Road Films, LLC (4435-Del.); Open Road Releasing, LLC (4736-Del.); OR Productions LLC (5873-Del.); Briarcliff LLC (7304-Del.); Open Road International LLC (4109-Del.); and Empire Productions LLC (9375-Del.). The Debtors' address is 2049 Century Park East, 4th Floor, Los Angeles, CA 90067.

17009877.1
922222-11037

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral and whether transmitted or conveyed by mail, e-mail, facsimile, telephone, telegraph, telex, or otherwise filed or made with regard to the captioned case and proceedings therein.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance and Request for Service of Documents shall not be deemed or construed to be a consent or waiver by Netflix: (1) to the personal jurisdiction of the Bankruptcy Court; (2) to have final orders in non-core matters entered only after de novo review by a District Court Judge; (3) of the right to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; (4) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (5) of any other rights, claims, actions, setoffs, or recoupments to which Netflix is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments, Netflix expressly reserves.

Dated: New York, New York
October 26, 2018

           LOEB & LOEB, LLP

           /s/ Walter H. Curchack
           By:    Walter H. Curchack, Esq.
           Vadim J. Rubinstein
           345 Park Avenue
           New York, New York  10154
           Telephone:   (212) 407-4000
           Facsimile:    (212) 407-4990

           Bernard R. Given II
           10100 Santa Monica Blvd.
           Los Angeles, CA 90067
           (310) 282-2000

           *Counsel for Netflix, Inc.*

17009877.1
922222-11037

## CERTIFICATE OF SERVICE

I, Walter H. Curchack, hereby certify that on the 26th day of October, 2018, a true and correct copy of the above **Notice of Appearance and Request for Service of Documents** was served electronically concurrently with the filing of this Certificate of Service on the parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF notification.

Dated: New York, New York
October 26, 2018

                                            /s/ Walter H. Curchack
                              By:    Walter H. Curchack, Esq.