# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> OPEN ROAD FILMS, LLC, a Delaware limited liability company, *et al*.[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 18-12012 (LSS) <br><br> (Jointly Administered) |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Ann Kashishian, Esquire of Kashishian Law LLC, Delaware counsel to Richard Dutcher,[2] hereby enters her appearance pursuant to section 1109(b) of the Bankruptcy Code and Bankruptcy Rule 9010(b). Counsel hereby requests, pursuant to Bankruptcy Rules 2002, 3017, and 9007 and sections 342 and 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in these cases be given and served upon her at the following address, telephone number, facsimile number, and email address:

> Ann Kashishian, Esquire
> **KASHISHIAN LAW LLC**
> 501 Silverside Road
> Wilmington, DE 19809
> T. (484) 302-8417
> F. (484) 930-0091
> E. amk@kashishianlaw.com

---

[1] The Debtors and the last four digits of their respective federal taxpayer identification numbers are as follows: Open Road Films, LLC (4435-Del.); Open Road Releasing, LLC (4736-Del.); OR Productions LLC (5873-Del.); Briarcliff LLC (7304-Del.); Open Road International LLC (4109-Del.); and Empire Productions LLC (9375-Del.). The Debtors' address is 2049 Century Park East, 4th Floor, Los Angeles, CA 90067.

[2] Lead counsel to Mr. Dutcher, Stephen Silverman, Esquire of Stephen Silverman Law, has already filed a Notice of Appearance. *See* D.I. 185.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the rules specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, plan and disclosure statement, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail delivery, telephone, telegraph, telex, courier service, hand-delivery, electronic mail, internet, or otherwise filed or made with regard to the referenced cases and proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive Mr. Dutcher's (i) rights to have final orders in non-core matters entered only after de novo review by a higher court; (ii) rights to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) rights to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, set-offs, or recoupments to which Mr. Dutcher is or may be entitled to under agreements in law or in equity, all of which rights, claims, actions, defenses, set-offs, and recoupments expressly are reserved.

Dated: October 26, 2018				**KASHISHIAN LAW LLC,**

*/s/ Ann M. Kashishian*
Ann M. Kashishian (DE Bar No. 5622)
501 Silverside Road
Wilmington, DE  19809
T. (484) 302-8417
F. (484) 930-0091
E. amk@kashishianlaw.com

*Counsel to Richard Dutcher*