**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>OPEN ROAD FILMS, LLC, a Delaware limited liability company, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 18-12012 (LSS)<br><br>(Jointly Administered)<br><br>**Ref. Docket No. 172** |

**NOTICE OF FILING OF SCHEDULE OF**
**CONTRACTS WITH AMENDED CURE AMOUNTS**

TO:  (I) THE U.S. TRUSTEE; (II) COUNSEL TO THE COMMITTEE; (III) THE AGENT; (IV) THE COUNTERPARTIES IMPACTED BY THE AMENDMENTS TO THE PROPOSED CURE AMOUNTS; AND (V) ALL PARTIES WHO HAVE FILED A NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS IN THE CASES PURSUANT TO BANKRUPTCY RULE 2002

**PLEASE TAKE NOTICE** that, on October 12, 2018, Open Road Films, LLC and its debtor affiliates, as debtors and debtors in possession (collectively, the "Debtors") filed that certain *Notice of Proposed Assumption and Assignment of Executory Contracts and Unexpired Leases* [Docket No. 172] (the "Notice of Assumption and Assignment").[2]  You were previously served with the Notice of Assumption and Assignment because you may be a counterparty to a contract or lease with one or more of the Debtors (see footnote 1 below for a full listing of the Debtors).

**PLEASE TAKE FURTHER NOTICE** that attached as Exhibit 1 to the Notice of Assumption and Assignment was a schedule (the "Cure Schedule") of the Debtors' Contracts setting forth the amounts, if any, based upon the Debtors' books and records, that the Debtors assert are owed to cure, pursuant to section 365 of the Bankruptcy Code, any defaults existing under the Contracts through the anticipated date of the closing of the Sale Transaction.  This number includes amounts that the Debtors assert are (i) owed or accrued as of the Petition Date; and (ii) accrued or estimated to be accrued through and including November 30, 2018.

**PLEASE TAKE FURTHER NOTICE** that attached as Exhibit A hereto is a schedule (the "Schedule of Amended Cures")[3] **showing only the amendments the Debtors have made to the Cure Schedule since the filing of the Notice of Assumption and Assignment**.  Except as expressly modified by the Schedule of Amended Cures, the Cure Schedule and the cure amounts for the Contracts set forth therein have not changed since the filing of the Notice of Assumption and Assignment.  In addition, the inclusion of a Contract on the

---

[1]  The Debtors and the last four digits of their respective federal taxpayer identification numbers are as follows: Open Road Films, LLC (4435 Del.); Open Road Releasing, LLC (4736 Del.); OR Productions LLC (5873 Del.); Briarcliff LLC (7304 Del.); Open Road International LLC (4109 Del.); and Empire Productions LLC (9375 Del.).  The Debtors' address is 2049 Century Park East, 4th Floor, Los Angeles, CA 90067.

[2]  Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to such terms in the Notice of Assumption and Assignment.

[3]  Your receipt of this notice does not constitute an admission by the Debtors that your agreement actually constitutes an executory contract or an unexpired lease under section 365 of the Bankruptcy Code, and the Debtors expressly reserve the right to challenge the status of any agreement.

Schedule of Amended Cures does not mean that such Contract will be assumed or assigned in connection with the Sale, or that the Debtors will make any cure payment in connection with such Contract. The Debtors reserve all rights to further amend the Notice of Assumption and Assignment and the Cure Schedule as well as amend the Schedule of Amended Cures.

**PLEASE TAKE FURTHER NOTICE** that, in addition to reviewing this notice, you should read the Notice of Assumption and Assignment carefully as your rights may be affected by the transactions described therein.

**PLEASE TAKE FURTHER NOTICE** that the hearing on the sale of the Assets (the "Sale Hearing") before the Honorable Laurie Selber Silverstein, United States Bankruptcy Judge, 824 North Market Street, Wilmington, Delaware 19801, 6th Floor, Courtroom #2, has been set for **November 9, 2018 at 10:00 a.m. (Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE** that any objections to the assumption, assignment and sale of any Contract identified in this notice or the Notice of Assumption and Assignment (except with respect to the adequate assurance of future performance by the Qualified Bidder(s)), including to the amended cure amount set forth in the Schedule of Amended Cures, must be in writing, filed with the Bankruptcy Court, and be **actually received** by the Objection Notice Parties (as defined below) **no later than November 2, 2018 at 4:00 p.m. (Eastern Time)** (the "Assignment and Cure Objection Deadline"). Any such objections must set forth the specific defaults under the Contract and claim a specific monetary amount that differs from the cure amount, if any, specified by the Debtors. Other than the cure amounts listed on the Schedule of Amended Cures, the Debtors are not aware of any amounts owing, accrued, or estimated to accrue through and including November 30, 2018 under the Contracts listed therein. If any party believes that any additional amounts are owing, currently accrued, or estimated to accrue through and including November 30, 2018 under any Contract included on the Schedule of Amended Cures, such party must assert such claim in accordance with the procedures set forth above by the Assignment and Cure Objection Deadline or be forever barred from asserting such claim. **Each non-Debtor party to any Contract listed on the Schedule of Amended Cures that does not timely file an objection by the Assignment and Cure Objection Deadline shall be forever barred from objecting to the assignment, assumption and sale of the Contract and/or the cure amounts set forth in the Schedule of Amended Cures (except with respect to the adequate assurance of future performance by the Qualified Bidder(s)), including, without limitation, the right to assert any additional cure or other amounts with respect to the Contract arising or relating to any period prior to such assumption, and shall be deemed to have waived such default for all purposes.**

**PLEASE TAKE FURTHER NOTICE that the Debtors intend to request that the Bankruptcy Court order that any non-Debtor party to any Contract listed on the Schedule of Amended Cures that does not timely file an objection by the Assignment and Cure Objection Deadline be bound by the applicable cure amount(s) set forth in the Schedule of Amended Cures regardless of any audit or similar rights that may exist under the applicable Contract(s).**

**PLEASE TAKE FURTHER NOTICE** that the Objection Notice Parties are: (i) Open Road Films, LLC, 2049 Century Park East, 4th Floor, Los Angeles, CA 90067, Attn: James Ellis, Email: jellis@tangmp.com; (ii) co-counsel for the Debtors, Klee, Tuchin, Bogdanoff & Stern LLP, 1999 Avenue of the Stars, 39th Floor, Los Angeles, California 90067, Attn: Michael L. Tuchin, Esq. and Jonathan M, Weiss, Email: mtuchin@ktbslaw.com and jweiss@ktbslaw.com; (iii) co-counsel for the Debtors, Young Conaway Stargatt & Taylor, LLP, Rodney Square, 1000 North King Street, Wilmington, Delaware 19801, Attn: Michael Nestor, Esq. and Robert F. Poppiti, Jr., Esq., Email: mnestor@ycst.com and rpoppiti@ycst.com; (iv) counsel for the Committee, Pachulski Stang Ziehl & Jones LLP, 780 Third Avenue, 34th Floor, New York, NY 10017, Attn: Robert J. Feinstein, Esq., Scott L. Hazan Esq., and Colin R. Robinson, Esq., Email: rfeinstein@pszjlaw.com,

shazan@pszjlaw.com, and crobinson@pszjlaw.com; (v) counsel for the Agent, Paul Hastings LLP, 200 Park Avenue, New York, New York 10166, Attn: Andrew Tenzer, Esq., and Susan Williams, Esq., Email: andrewtenzer@paulhastings.com and susanwilliams@paulhastings.com, and Ashby & Geddes, P.A., Attn: Bill Bowden, Esq., Email: wbowden@ashbygeddes.com; (vi) counsel for the Stalking Horse Purchaser (if any); (vii) counsel for certain guilds, Bush Gottlieb, a Law Corporation, 801 North Brand Boulevard, Suite 950, Glendale, California, Attn: Joseph A. Kohanski, Esq., and David E. Ahdoot, Esq., Email: kohanski@bushgottlieb.com and dahdoot@bushgottlieb.com, and (viii) the Office of the United States Trustee for the District of Delaware, 844 King Street, Suite 2207, Wilmington, Delaware, 19801, Attn: Linda Richenderfer, Esq., Email: linda.richenderfer@usdoj.gov.

**PLEASE TAKE FURTHER NOTICE** that, if no objections are received by the Assignment and Cure Objection Deadline, the cure amounts set forth in the Schedule of Amended Cures shall be binding upon the non-Debtor party to the Contract for all purposes, and will constitute a final determination of total cure amounts required to be paid by the Debtors in connection with the assumption and assignment of the Contract.

**PLEASE TAKE FURTHER NOTICE** that if a timely objection is received and such objection cannot otherwise be resolved by the parties, the Bankruptcy Court may hear such objection at the Sale Hearing or at a later date set by the Court.

**PLEASE TAKE FURTHER NOTICE** that this notice as well as the Notice of Assumption and Assignment is subject to the fuller terms and conditions of the Bid Procedures Motion and the Bid Procedures Order, with such Bid Procedures Order controlling in the event of any conflict, and the Debtors encourage parties-in-interest to review such documents in their entirety. Parties with questions regarding the proposed assumption, assignment and sale procedures contained herein should contact the Debtors' counsel, contact information for which is reflected herein.

**PLEASE TAKE FURTHER NOTICE** that parties interested in receiving more information regarding the Sale Transaction and/or copies of any related document, including the Bid Procedures Motion or the Bid Procedures Order, may make a written request to: (i) co-counsel for the Debtors, Klee, Tuchin, Bogdanoff & Stern LLP, 1999 Avenue of the Stars, 39th Floor, Los Angeles, California 90067, Attn: Jonathan M. Weiss, Esq., Email: jweiss@ktbslaw.com; or (ii) co-counsel for the Debtors, Young Conaway Stargatt & Taylor, LLP, Rodney Square, 1000 North King Street, Wilmington, Delaware 19801, Attn: Robert F. Poppiti, Jr., Esq., Email: rpoppiti@ycst.com. In addition, copies of the Bid Procedures Motion, the Bid Procedures Order and this Notice of Assumption and Assignment are on file with the Clerk of the Bankruptcy Court, Third Floor, 824 Market Street, Wilmington, Delaware 19801, and available for download on the dedicated website of the claims and noticing agent for the Chapter 11 Cases, Donlin, Recano & Company, Inc., at https://www.donlinrecano.com/Clients/orf/Index, by clicking on the tab "Sale Related Documents." To the extent that the Debtors enter into a Stalking Horse Agreement, the Stalking Horse Agreement and the Stalking Horse Agreement Notice will also be available on the "Sale Related Documents" tab.

3

01:23763743.3

| | |
|---|---|
| Dated: October 30, 2018<br>Wilmington, Delaware | */s/ Ian J. Bambrick*<br>Michael R. Nestor, Esq. (Bar No. 3526)<br>Robert F. Poppiti, Jr., Esq. (Bar No. 5052)<br>Ian J. Bambrick, Esq. (Bar No. 5455)<br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>Rodney Square, 1000 North King Street<br>Wilmington, Delaware 19801<br>Tel:    (302) 571-6600<br>Fax:    (302) 571-1253<br><br>and<br><br>Michael L. Tuchin, Esq.<br>Jonathan M. Weiss, Esq.<br>Sasha M. Gurvitz, Esq.<br>KLEE, TUCHIN, BOGDANOFF & STERN LLP<br>1999 Avenue of the Stars, 39th Floor<br>Los Angeles, CA 90067<br>Tel:    (310) 407-4000<br>Fax:    (310) 407-9090<br><br>*Counsel to Debtors and Debtors in Possession* |