**Exhibit A**

**Schedule of Amended Cures**

| # | Contract Counterparty | Contract Type | Contract Description | Film Title (If Applicable) | As of: 9/5/18 | Between 9/6/18 - 11/30/18 | TOTAL CURE AMOUNT |
|---|---|---|---|---|---|---|---|
| | | | **Contract Information** | | **Estimated accrual as of / between:** | | |
| | | | | **Participations** | | | |
| 4 | Awesomeness Distribution, LLC | Acquisition Agreements | Distribution Rights Acquisition Agreement dated May 13, 2016<br>Amendment #1 to Distribution Rights Acquisition Agreement dated April 14, 2017 | Before I Fall | $ 162,004.00 | $ 7,144.00 | $ 169,148.00 |
| 5 | Believe Film Partners, LLC | Acquisition Agreements | Distribution Rights Acquisition Agreement dated October 1, 2013<br>Amendment #1 to Agreement dated December 11, 2013 | Believe | $ 172,736.00 | $ 34,723.00 | $ 207,459.00 |
| 7 | Sous Chef, LLC | Acquisition Agreements | Distribution Rights Acquisition Agreement dated May 20, 2013<br>Amendment #1 to Agreement dated February 14, 2014 | Chef | $ 97,351.00 | $ 11,161.00 | $ 108,512.00 |
| ~~8~~ | ~~Good Films Enterprise, LLC~~ | ~~Acquisition Agreements~~ | ~~Production, Financing And Distribution Agreement dated November 4, 2016~~<br>~~Production, Financing And Distribution Agreement Side Letter dated November 4, 2016~~<br>~~Amendment No. 1 to Production, Financing And Distribution Agreement Side Letter dated October 12, 2017~~ | ~~City of Lies~~ | ~~$ 0.00~~ | ~~$ 0.00~~ | ~~$ 0.00~~ |
| 9 | MFP Collide, LLC (c/o IM Global, LLC) / EastWest Bank | Acquisition Agreements | Distribution Rights Acquisition Agreement dated December 16, 2016<br>Amendment #1 to Distribution Rights Acquisition Agreement dated February, 2017 | Collide | $ 511,775.00 | $ 38,762.16 | $ 550,537.16 |
| 14 | El Paso Productions, Inc. c/o Stankevich - Gochman, LLP (o/b/o Liam Neeson) | Acquisition Agreements | Agreement | Grey, The | $ 45,944.00 | $ 9,421.78 | $ 55,365.78 |
| 15 | LD Entertainment, LLC | Acquisition Agreements | LD Executed Distribution Rights Acquisition Agreement - Grey, The dated September 6, 2011<br>First Amendment to Distribution Rights Acquisition Agreement | Grey, The | $ 145,329.00 | $ 140,531.88 | $ 285,860.88 |
| 16 | Endgame Releasing Company, LLC | Acquisition Agreements | Prints and Advertising Financing and Revenue Participation Agreement dated January 29, 2015<br>Letter Agreement dated March 10, 2015<br>Intercreditor Agreement dated March 10, 2015 | Gunman, The | $ 230,913.31 | $ 61,770.07 | $ 292,683.38 |
| 17 | Studiocanal, S.A. | Acquisition Agreements | Binding Term Sheet dated April 30, 2014<br>Addendum to Binding Term Sheet dated April 30, 2014 | Gunman, The | $ 37,943.00 | $ 10,149.88 | $ 48,092.88 |
| 18 | IM Global Film Fund, LLC | Acquisition Agreements | Distribution Rights Acquisition and Financing Agreement dated July 2, 2013 | Haunted House 2, A | $ 0.00 | $ 0.00 | 0.00 |
| | Endgame Releasing Company, LLC | Acquisition Agreements | Prints and Advertising Financing and Revenue Participation Agreement dated January 15 2014<br>Amendment to Prints and Advertising and Revenue Participation Agreement dated January 15, 2014<br>Copyright Mortgage and Assignment dated April 15, 2014<br>Intercreditor Agreement date April 10, 2014 | Haunted House 2, A | $ 0.00 | $ 26,509.99 | $ 26,509.99 |
| 19 | Endgame Releasing Company, LLC | Acquisition Agreements | Amended and Restated Distributor Interparty Agreement dated May 13, 2013<br>Amendment No. 1 to Amended and Restated Interparty Agreement dated December 2, 2015 | Haunted House, A | $ 13,147.76 | $ 21,118.49 | $ 34,266.25 |
| 20 | Smart Ass Productions, LLC | Acquisition Agreements | Distribution Rights Acquisition and Financing Agreement dated August 21, 2012<br>Amendment #1 to Agreement dated January 14, 2013 | Haunted House, A | $ 337,459.24 | $ 185,925.51 | $ 523,384.75 |
| 21 | Outrun The Movie, LLC | Acquisition Agreements | Short-Form Distribution Rights Acquisition Agreement dated January 11, 2012<br>First Amendment to Distribution Rights Acquisition Agreement | Hit & Run | $ 29,341.00 | $ 18,934.36 | $ 49,314.36 |
| 22 | BBG Home Again, LLC | Acquisition Agreements | Distribution Rights Acquisition Agreement dated September 20, 2016<br>Amendment No. 1 to Distribution Rights Acquisition Agreement dated April 18, 2017 | Home Again | $ 2,424,170.00 | $ 54,689.06 | $ 2,478,859.06 |
| 23 | Homefront Productions, Inc. | Acquisition Agreements | Short-Form Distribution Rights Acquisition Agreement dated January 7, 2013 | Homefront | $ 0.00 | $ 0.00 | 0.00 |
| | Endgame Releasing Company, LLC | Acquisition Agreements | Prints and Advertising Financing and Revenue Participation Agreement dated August 27, 2013<br>Side Letter to Prints and Advertising Financing and Revenue Participation Agreement dated October 17, 2013<br>Letter Agreement dated September 3, 2014<br>Copyright Mortgage and Assignment dated October 22, 2013<br>Side Letter to Short Form Distribution Rights License Agreement date October 2013 | Homefront | $ 145,589.00 | $ 112,062.43 | $ 257,651.43 |
| 24 | Host, The Film Holdings, LLC | Acquisition Agreements | Distribution Rights Acquisition Agreement dated July 1, 2011<br>Amendment #1 to Agreement dated December 4, 2012 | Host, The | $ 23,723.00 | $ 8,171.33 | $ 31,894.33 |
| 25 | SPEGS, LLC (f/s/o Stephenie Meyer) | Acquisition Agreements | Agreement | Host, The | $ 8,658.00 | $ 2,982.23 | $ 11,640.23 |

| # | Contract Counterparty | Contract Type | Contract Description | Film Title (If Applicable) | As of: 9/5/18 | Between 9/6/18 - 11/30/18 | TOTAL CURE AMOUNT |
|---|---|---|---|---|---|---|---|
| 27 | Endgame Releasing Funding, LLC | Acquisition Agreements | Distributor Interparty Agreement date June 10, 2013 | Jobs | $ 3,799.00 | $ 1,938.15 | $ 5,737.15 |
| 28 | The Jobs Film, LLC | Acquisition Agreements | Amended and Restated Distribution Rights Acquisition and Financing Agreement dated February 21, 2018 | Jobs | $ 46,574.00 | $ 23,760.85 | $ 70,334.85 |
| 29 | Omnilab Media Pty. Ltd. | Acquisition Agreements | Distribution Rights Acquisition Agreement dated May 8, 2011<br>Second Amendment Distribution Rights Acquisition Agreement - Killer Elite dated September 2, 2011 | Killer Elite | $ 934,376.00 | $ 119,983.18 | $ 1,007,640.18 |
| 34 | Dolphin Max Steel Holdings, LLC | Acquisition Agreements | Distribution Rights Acquisition Agreement dated August 12, 2016<br>Distribution Rights Acquisition Agreement Side Letter dated August 22, 2016<br>Amendment to Distribution Rights Acquisition Agreement Side Letter dated January 31, 2017 | Max Steel | $ 591,496.08 | $ 356,656.92 | $ 948,153.00 |
| 38 | Redrover Co., Ltd. | Acquisition Agreements | Distribution Rights Acquisition and Financing Agreement dated August 11, 2016<br>Amendment No.1 to Distribution Rights Acquisition and Financing Agreement dated March 15, 2017 | Nut Job 2, The | $ 212,229.00 | $ 25,654.00 | $ 237,883.00 |
| 39 | Endgame Releasing Company, LLC | Acquisition Agreements | Prints and Advertising Financing and Revenue Participation Agreement dated October 28, 2013<br>Letter Agreement dated 2013<br>Copyright Mortgage and Assignment dated December 16, 2013<br>Intercreditor Agreement dated December 17, 2013 | Nut Job, The | $ 134,984.28 | $ 9,893.72 | $ 144,878.00 |
| 40 | Redrover Co., Ltd. | Acquisition Agreements | Short Form Amended and Re-stated Distribution Rights Acquisition and Financing Agreement dated July 16, 2013<br>First Amendment to Short Form Amended and Re-stated Distribution Rights Acquisition and Financing Agreement dated October 16, 2013<br>Second Amendment to Short Form Amended and Re-stated Distribution Rights Acquisition and Financing Agreement dated October 27, 2013 | Nut Job, The | $ 1,123,721.93 | $ 109,029.58 | $ 1,232,751.51 |
| 41 | Promise Distribution, LLC | Acquisition Agreements | Distribution Rights Acquisition Agreement dated December 9, 2016<br>Amendment #1 to Distribution Rights Acquisition Agreement dated April 18, 2017 | Promise, The | $ 1,859,182.00 | $ 0.00 | $ 1,859,182.00 |
| 46 | Happy Pill Distribution, LLC | Acquisition Agreements | Distribution Rights Acquisition Agreement dated April 6, 2012 | Side Effects | $ 0.00 | $ 0.00 | $ 0.00 |
|  | Endgame Releasing Funding, LLC | Acquisition Agreements | Distributor Interparty Agreement dated June 19, 2012 | Side Effects | $ 25,070.00 | $ 1,413.97 | $ 26,483.97 |
| 50 | Sacha, Inc. | Acquisition Agreements | Distribution Rights Acquisition Agreement dated January 13, 2015<br>Amendment to Distribution Rights Acquisition Agreement dated April 23, 2015<br>Amendment #2 to Agreement dated February 18, 2016<br>Amendment #3 to Agreement dated April 29, 2016 | Snowden | $ 0.00 | $ 0.00 | $ 0.00 |
|  | Endgame Releasing Company, LLC | Acquisition Agreements | Amended and Restated Financing and Revenue Participation Agreement dated as of December 17, 2015<br>Amendment #1 to Agreement dated as of February 1, 2016<br>Amendment #2 to Agreement dated as of September 12, 2016<br>Intercreditor Agreement date December 17, 2015<br>Amendment #2 to Agreement dated as of September 12, 2016 | Snowden | $ 633,325.93 | $ 66,695.94 | $ 700,021.87 |
| 51 | Redrover Co., Ltd. | Acquisition Agreements | Distribution Rights Acquisition Agreement dated August 1, 2016<br>Amendment to Distribution Rights Acquisition Agreement dated June 1, 2017 | Spark | $ 172,188.89 | $ 31,460.06 | $ 203,648.94 |
| 52 | Spotlight Film, LLC | Acquisition Agreements | Distribution Rights Acquisition Agreement dated October 15, 2014<br>Amendment No. 1 to Agreement Distribution Rights Acquisition Agreement dated March 27, 2015<br>Amendment No. 2 to Agreement Distribution Rights Acquisition Agreement dated September 11, 2015<br>Amendment No. 3 to Agreement Distribution Rights Acquisition Agreement dated March 10, 2016 | Spotlight | $ 42,582.00 | $ 14,701.00 | $ 57,283.00 |
| 54 | 999 Holdings, LLC | Acquisition Agreements | Amendment #1 to Agreement dated May 12, 2015 | Triple Nine | $ 40,363.00 | $ 43,872.02 | $ 84,235.02 |
| | | | | **Residuals** | | | |
| 58 | American Federation of Musicians & Film Musicians Secondary Markets Fund | Assumption Agreements | No Assumption Agreement | 50 Shades Of Black | $ 0.00 | $ 0.00 | $ 0.00 |
| 63 | American Federation of Musicians & Film Musicians Secondary Markets Fund | Assumption Agreements | No Assumption Agreement | A.X.L. | $ 0.00 | $ 0.00 | $ 0.00 |

Please review the footnotes included at the bottom of each of the two schedules included herein

| | | | Contract Information | | | Estimated accrual as of / between: | | |
|---|---|---|---|---|---|---|---|---|
| # | Contract Counterparty | Contract Type | Contract Description | Film Title (If Applicable) | | As of: 9/5/18 | Between 9/6/18 - 11/30/18 | TOTAL CURE AMOUNT |
| 68 | American Federation of Musicians & Film Musicians Secondary Markets Fund | Assumption Agreements | No Assumption Agreement | All I See Is You | $ | 0.00 | $ 0.00 | $ 0.00 |
| 73 | American Federation of Musicians & Film Musicians Secondary Markets Fund | Assumption Agreements | No Assumption Agreement | Before I Fall | $ | 0.00 | $ 0.00 | $ 0.00 |
| 79 | American Federation of Musicians & Film Musicians Secondary Markets Fund | Assumption Agreements | No Assumption Agreement | Believe | $ | 0.00 | $ 0.00 | $ 0.00 |
| 84 | American Federation of Musicians & Film Musicians Secondary Markets Fund | Assumption Agreements | No Assumption Agreement | Bleed For This | $ | 0.00 | $ 0.00 | $ 0.00 |
| 89 | American Federation of Musicians & Film Musicians Secondary Markets Fund | Assumption Agreements | No Assumption Agreement | Chef | $ | 0.00 | $ 0.00 | $ 0.00 |
| 94 | American Federation of Musicians & Film Musicians Secondary Markets Fund | Assumption Agreements | No Assumption Agreement | Collide | $ | 0.00 | $ 0.00 | $ 0.00 |
| 99 | American Federation of Musicians & Film Musicians Secondary Markets Fund | Assumption Agreements | No Assumption Agreement | Dope | $ | 0.00 | $ 0.00 | $ 0.00 |
| 104 | American Federation of Musicians & Film Musicians Secondary Markets Fund | Assumption Agreements | No Assumption Agreement | Duck Duck Goose | $ | 0.00 | $ 0.00 | $ 0.00 |
| 109 | American Federation of Musicians & Film Musicians Secondary Markets Fund | Assumption Agreements | No Assumption Agreement | End Of Watch | $ | 0.00 | $ 0.00 | $ 0.00 |
| 114 | American Federation of Musicians & Film Musicians Secondary Markets Fund | Assumption Agreements | No Assumption Agreement | Fluffy Movie, The | $ | 0.00 | $ 0.00 | $ 0.00 |
| 119 | American Federation of Musicians & Film Musicians Secondary Markets Fund | Assumption Agreements | No Assumption Agreement | Gleason | $ | 0.00 | $ 0.00 | $ 0.00 |
| 124 | American Federation of Musicians & Film Musicians Secondary Markets Fund | Assumption Agreements | No Assumption Agreement | Grey, The | $ | 0.00 | $ 0.00 | $ 0.00 |
| 129 | American Federation of Musicians & Film Musicians Secondary Markets Fund | Assumption Agreements | No Assumption Agreement | Gunman, The | $ | 0.00 | $ 0.00 | $ 0.00 |
| 134 | American Federation of Musicians & Film Musicians Secondary Markets Fund | Assumption Agreements | No Assumption Agreement | Haunted House 2, A | $ | 0.00 | $ 0.00 | $ 0.00 |
| 139 | American Federation of Musicians & Film Musicians Secondary Markets Fund | Assumption Agreements | No Assumption Agreement | Haunted House, A | $ | 0.00 | $ 0.00 | $ 0.00 |
| 144 | American Federation of Musicians & Film Musicians Secondary Markets Fund | Assumption Agreements | No Assumption Agreement | Hit & Run | $ | 0.00 | $ 0.00 | $ 0.00 |
| 149 | American Federation of Musicians & Film Musicians Secondary Markets Fund | Assumption Agreements | No Assumption Agreement | Home Again | $ | 0.00 | $ 0.00 | $ 0.00 |
| 154 | American Federation of Musicians & Film Musicians Secondary Markets Fund | Assumption Agreements | No Assumption Agreement | Homefront | $ | 0.00 | $ 0.00 | $ 0.00 |
| 159 | American Federation of Musicians & Film Musicians Secondary Markets Fund | Assumption Agreements | No Assumption Agreement | Host, The | $ | 0.00 | $ 0.00 | $ 0.00 |

| | | Contract Information | | | | Estimated accrual as of / between: | | |
|---|---|---|---|---|---|---|---|---|
| # | Contract Counterparty | Contract Type | Contract Description | Film Title (If Applicable) | | As of: 9/5/18 | Between 9/6/18 - 11/30/18 | TOTAL CURE AMOUNT |
| 164 | American Federation of Musicians & Film Musicians Secondary Markets Fund | Assumption Agreements | No Assumption Agreement | Hotel Artemis | $ | 0.00 | $ 0.00 | $ 0.00 |
| 169 | American Federation of Musicians & Film Musicians Secondary Markets Fund | Assumption Agreements | No Assumption Agreement | Jobs | $ | 0.00 | $ 0.00 | $ 0.00 |
| 174 | American Federation of Musicians & Film Musicians Secondary Markets Fund | Assumption Agreements | No Assumption Agreement | Killer Elite | $ | 0.00 | $ 0.00 | $ 0.00 |
| 180 | American Federation of Musicians & Film Musicians Secondary Markets Fund | Assumption Agreements | No Assumption Agreement | Little Boy | $ | 0.00 | $ 0.00 | $ 0.00 |
| 185 | American Federation of Musicians & Film Musicians Secondary Markets Fund | Assumption Agreements | No Assumption Agreement | Loft, The | $ | 0.00 | $ 0.00 | $ 0.00 |
| 190 | American Federation of Musicians & Film Musicians Secondary Markets Fund | Assumption Agreements | Payroll Company Assumption Agreement | Machete Kills | $ | 0.00 | $ 0.00 | $ 0.00 |
| 195 | American Federation of Musicians & Film Musicians Secondary Markets Fund | Assumption Agreements | No Assumption Agreement | Marshall | $ | 0.00 | $ 0.00 | $ 0.00 |
| 200 | American Federation of Musicians & Film Musicians Secondary Markets Fund | Assumption Agreements | No Assumption Agreement | Max Steel | $ | 0.00 | $ 0.00 | $ 0.00 |
| 205 | American Federation of Musicians & Film Musicians Secondary Markets Fund | Assumption Agreements | No Assumption Agreement | Midnight Sun | $ | 0.00 | $ 0.00 | $ 0.00 |
| 211 | American Federation of Musicians & Film Musicians Secondary Markets Fund | Assumption Agreements | No Assumption Agreement | Mother's Day | $ | 0.00 | $ 0.00 | $ 0.00 |
| 216 | American Federation of Musicians & Film Musicians Secondary Markets Fund | Assumption Agreements | No Assumption Agreement | Nightcrawler | $ | 0.00 | $ 0.00 | $ 0.00 |
| 221 | American Federation of Musicians & Film Musicians Secondary Markets Fund | Assumption Agreements | No Assumption Agreement | Nut Job 2, The | $ | 0.00 | $ 0.00 | $ 0.00 |
| 226 | American Federation of Musicians & Film Musicians Secondary Markets Fund | Assumption Agreements | No Assumption Agreement | Nut Job, The | $ | 0.00 | $ 0.00 | $ 0.00 |
| 231 | American Federation of Musicians & Film Musicians Secondary Markets Fund | Assumption Agreements | No Assumption Agreement | Promise, The | $ | 0.00 | $ 0.00 | $ 0.00 |
| 236 | American Federation of Musicians & Film Musicians Secondary Markets Fund | Assumption Agreements | No Assumption Agreement | Rock The Kasbah | $ | 0.00 | $ 0.00 | $ 0.00 |
| 241 | American Federation of Musicians & Film Musicians Secondary Markets Fund | Assumption Agreements | No Assumption Agreement | Rosewater | $ | 0.00 | $ 0.00 | $ 0.00 |
| 246 | American Federation of Musicians & Film Musicians Secondary Markets Fund | Assumption Agreements | No Assumption Agreement | Sabotage | $ | 0.00 | $ 0.00 | $ 0.00 |
| 251 | American Federation of Musicians & Film Musicians Secondary Markets Fund | Assumption Agreements | No Assumption Agreement | Show Dogs | $ | 0.00 | $ 0.00 | $ 0.00 |
| 256 | American Federation of Musicians & Film Musicians Secondary Markets Fund | Assumption Agreements | Payroll Company Assumption Agreement | Side Effects | $ | 848.57 | $ 829.20 | $ 1,677.77 |

| Contract Information | | | | | Estimated accrual as of / between: | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| # | Contract Counterparty | Contract Type | Contract Description | Film Title (If Applicable) | As of: 9/5/18 | Between 9/6/18 - 11/30/18 | TOTAL CURE AMOUNT |
| 261 | American Federation of Musicians & Film Musicians Secondary Markets Fund | Assumption Agreements | No Assumption Agreement | Silent Hill | $ 0.00 | $ 0.00 | $ 0.00 |
| 267 | American Federation of Musicians & Film Musicians Secondary Markets Fund | Assumption Agreements | No Assumption Agreement | Silent House | $ 0.00 | $ 0.00 | $ 0.00 |
| 272 | American Federation of Musicians & Film Musicians Secondary Markets Fund | Assumption Agreements | No Assumption Agreement | Sleepless | $ 0.00 | $ 0.00 | $ 0.00 |
| 277 | American Federation of Musicians & Film Musicians Secondary Markets Fund | Assumption Agreements | No Assumption Agreement | Snowden | $ 0.00 | $ 0.00 | $ 0.00 |
| 282 | American Federation of Musicians & Film Musicians Secondary Markets Fund | Assumption Agreements | No Assumption Agreement | Spark | $ 0.00 | $ 0.00 | $ 0.00 |
| 287 | American Federation of Musicians & Film Musicians Secondary Markets Fund | Assumption Agreements | No Assumption Agreement | Spotlight | $ 0.00 | $ 0.00 | $ 0.00 |
| 292 | American Federation of Musicians & Film Musicians Secondary Markets Fund | Assumption Agreements | No Assumption Agreement | Triple Nine | $ 0.00 | $ 0.00 | $ 0.00 |

**Note:**

**9/5/18 Amounts:** Estimated cure amounts as of 9/5/18 reflect amounts in the participation and residuals statements calculated through June 30, 2018 plus the Debtors' good faith estimate of additional amounts accrued through and including September 5, 2018 based on cash receipts. The amounts are presented on an accrual basis, and represent amounts accrued or estimated to be accrued during such time period regardless of when the amounts would ordinarily come payable.

**Accrued 9/6/18 - 11/30/18 Amounts:** Estimated cure costs as of 11/30/18 include the Debtors' good faith estimates of the participation and residual amounts that would accrue between 9/6/18 and 11/30/18 based on actual and projected cash receipts. The amounts are presented on an accrual basis, and represent amounts accrued or estimated to be accrued during such time period regardless of when the amounts would ordinarily come payable. These estimates do not assume any participation or residual amounts for this contract are paid during the bankruptcy prior to 11/30/18. To the extent amounts are paid during the bankruptcy through 11/30/18, such payments would directly reduce these estimated amounts.

This notice is not an admission by the Debtors as to the existence of any contract or lease or as to whether any of the contracts or leases set forth herein are actually executory or unexpired. Each contract and lease listed herein includes any and all modifications, amendments, supplements, restatements, or other agreements made directly or indirectly by any agreement, instrument, or other document that in any manner affects such contract or lease, without regard to whether such agreement, instrument, or other document is also listed herein.

For those items in strike through text, the cure schedule is being amended to remove such agreements. With respect to all other agreements listed herein, the cure schedule is being either (a) amended to include such agreements and the related information provided for herein, including the cure amounts listed herein, or (b) the cure amounts previously provided are being amended to reflect the amounts listed herein.

Contract Cure Notice: Schedule 2 – Non P&R Schedule
*Please review the footnotes included at the bottom of each of the two schedules included herein*

| | Contract Information | | | | Estimated accrual as of / between: | | |
|---|---|---|---|---|---|---|---|
| # | Contract Counterparty | Contract Type | Contract Description | Film Title (If Applicable) | As of: 9/5/18 | Between 9/6/18 - 11/30/18 | TOTAL CURE AMOUNT |
| **Parties with Known Cure Amounts** | | | | | | | |
| 55 | Cinemark USA | AP Vendors - Other | Agreement | | $ 57,537.50 | $ 0.00 | $ 57,537.50 |
| 77 | Digital Cinema Distribution Coalition, LLC | AP Vendors - Other | Services Agreement dated October 23, 2013 | | $ 260,492.50 | $ 0.00 | $ 260,492.50 |
| 135 | Jim Evans Studio, LLC | AP Vendors - Other | Agreement | | $ 15,000.00 | $ 0.00 | $ 15,000.00 |
| 145 | Le Studio Photography | AP Vendors - Other | Agreement | | $ 6,716.67 | $ 0.00 | $ 6,716.67 |
| 150 | Listen First Media | AP Vendors - Other | Executive Summary - Services, Fees and Term dated January 2, 2018 | | $ 23,000.00 | $ 0.00 | $ 23,000.00 |
| 177 | Officia Imaging, Inc. dba Office1 | AP Vendors - Other | Agreement | | $ 1,683.53 | $ 0.00 | $ 1,683.53 |
| 182 | Picture Head, LLC | AP Vendors - Asset | Agreement | | $ 194,540.00 | $ 0.00 | $ 194,540.00 |
| 252 | Universal Music Corp. | AP Vendors - Music | Motion Picture Trailer Synchronization Rights License dated May 16, 2018 | Hotel Artemis | $ 30,000.00 | $ 0.00 | $ 30,000.00 |
| 253 | Universal Music Enterprises | AP Vendors - Music | Letter Licensing Agreement dated May 2, 2018 | Show Dogs | $ 85,000.00 | $ 0.00 | $ 85,000.00 |
| 259 | Victor Orly Consulting | AP Vendors - Other | Agreement | | $ 585.82 | $ 0.00 | $ 585.82 |
| 260 | Vision Media Management & Fulfillment | AP Vendors - Asset | Marketing Services Agreement dated November 4, 2015 Terms and Conditions of Business dated May 5, 2015 | | $ 195,216.81 | $ 0.00 | $ 195,216.81 |
| **Parties without Known Cure Amounts** | | | | | | | |
| | DP Music Production, LLC | Music License | Combined Synchronization and Master Use License Agreement dated August 30, 2016 | Max Steel | $ 0.00 | $ 0.00 | $ 0.00 |
| | Really Slow Motion, Ltd. | Music License | Combined Synchronization and Master Use License Agreement dated August 30, 2016 | Max Steel | $ 0.00 | $ 0.00 | $ 0.00 |
| | Redcola, LLC | Music License | Combined Synchronization and Master Use License Agreement dated August 30, 2016 | Max Steel | $ 0.00 | $ 0.00 | $ 0.00 |
| | Sencit Music, LLC | Music License | Combined Synchronization and Master Use License Agreement dated August 30, 2016 | Max Steel | $ 0.00 | $ 0.00 | $ 0.00 |
| | Showtime Networks, Inc. | Exploitation Agreements | Letter Agreement dated May 6, 2016 | Various | $ 0.00 | $ 0.00 | $ 0.00 |
| ~~715~~ | ~~Endgame Releasing Company, LLC~~ | ~~Music License~~ | ~~Combined Synchronization and Master Use License Agreement dated August 30, 2016~~ | ~~Max Steel~~ | ~~$ 0.00~~ | ~~$ 0.00~~ | ~~$ 0.00~~ |
| ~~716~~ | ~~Endgame Releasing Funding, LLC~~ | ~~Music License~~ | ~~Combined Synchronization and Master Use License Agreement dated August 30, 2016~~ | ~~Max Steel~~ | ~~$ 0.00~~ | ~~$ 0.00~~ | ~~$ 0.00~~ |
| ~~1061~~ | ~~Mark Stuart~~ | ~~Music License~~ | ~~Agreement dated January 3, 2018~~ | ~~Show Dogs~~ | ~~$ 0.00~~ | ~~$ 0.00~~ | ~~$ 0.00~~ |
| ~~1952~~ | ~~Universal Music Enterprises~~ | ~~Music License~~ | ~~Agreement dated May 2, 2018~~ | ~~Show Dogs~~ | ~~$ 0.00~~ | ~~$ 0.00~~ | ~~$ 0.00~~ |

**Note:**

This notice is not an admission by the Debtors as to the existence of any contract or lease or as to whether any of the contracts or leases set forth herein are actually executory or unexpired. Each contract and lease listed herein includes any and all modifications, amendments, supplements, restatements, or other agreements made directly or indirectly by any agreement, instrument, or other document that in any manner affects such contract or lease, without regard to whether such agreement, instrument, or other document is also listed herein.

There are no accruals between 9/6/18 and 11/30/18 for non-P&R vendors, as any amounts accrued after 9/5/18 are anticipated to be paid in the ordinary course of business.

For those items in strike through text, the cure schedule is being amended to remove such agreements. With respect to all other agreements listed herein, the cure schedule is being either (a) amended to include such agreements and the related information provided for herein, including the cure amounts listed herein, or (b) the cure amounts previously provided are being amended to reflect the amounts listed herein.

Cure amounts for Digital Cinema Distribution Coalition, LLC and Cinemark USA will be reduced by any payments made by thid parties, including Lakeshore Entertainment.