IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **In re** <br><br> **OPEN ROAD FILMS, LLC, a Delaware limited liability company, et al.,** <br><br> **Debtors.** | Chapter 11 <br><br> Case No. 18-12012 (LSS) <br><br> (Jointly Administered) |

## NOTICE OF APPEARANCE AND DEMAND FOR NOTICES AND PAPERS

**PLEASE TAKE NOTICE** that, pursuant to § 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedures (the "Bankruptcy Rules"), Rosenthal, Monhait & Goddess, P.A. hereby appears as Delaware counsel, and Pillsbury Winthrop Shaw Pittman LLP hereby appears as principal counsel, on behalf of interested party Studiocanal S.A.S, ("Studiocanal"). The Interested party appears in the above-captioned cases, and requests, pursuant to Bankruptcy Rules 2002 and 9007 and § 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings in these cases be given and served upon the undersigned counsel as follows:

Norman M. Monhait, Esq. (DE 1040)
Edward B. Rosenthal, Esq. (DE 3131)
ROSENTHAL, MONHAIT & GODDESS, P.A.
919 N. Market Street, Suite 1401
P.O. Box 1070
Wilmington, Delaware 19899-1070
Tel: (302) 656-4433
Fax: (302) 658-7567
E-mail: nmonhait@rmgglaw.com
erosenthal@rmgglaw.com

Kathy A. Jorrie, Esquire
PILLSBURY WINTHROP SHAW PITTMAN LLP
725 South Figueroa Street, Suite 2800
Los Angeles, California 90017-5406
Tel: (213) 488-7251
Fax: (213) 226-4499
E-mail: kathy.jorrie@pillsburylaw.com

PLEASE TAKE FURTHER NOTICE that pursuant to 11 U.S.C. § 1109(b), the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion,

petition, pleading, request, complaint or demand, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, facsimile transmission or otherwise, that affect or seek to affect any right or interest of any creditor or other party in interest in this case with respect to Debtor or its property.

**PLEASE TAKE FURTHER NOTICE** that this request shall not be deemed or construed to be a waiver of any substantive or procedural rights of the Interested Parties.

Dated: October 31, 2018
Wilmington, Delaware

*/s/ Norman M. Monhait*
**ROSENTHAL, MONHAIT & GODDESS, P.A.**
Norman M. Monhait (DE 1040)
Edward B. Rosenthal (DE 3131)
919 N. Market Street, Suite 1401
Wilmington, Delaware 19801
Tel: (302) 656-4433
Fax: (302) 658-7567

**PILLSBURY WINTHROP SHAW PITTMAN LLP**
Kathy A. Jorrie, Esq. *(pro hac vice pending)*
725 South Figueroa Street, Suite 2800
Los Angeles, California 90017-5406
Tel: (213) 488-7251
Fax: (213) 226-4499

*Attorneys for Interested Party*
*Studiocanal S.A.S*