**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>OPEN ROAD FILMS, LLC, a Delaware limited liability company, *et al.*,[1]<br><br>　　　　　　Debtors. | Chapter 11<br><br>Case No.:  18-12012 (LSS)<br><br>(Jointly Administered)<br><br>**Ref. Docket Nos. 9, 124, 160, 217, and 239** |

## NOTICE OF FILING OF PROPOSED STALKING HORSE SALE ORDER

**PLEASE TAKE NOTICE** that, on September 6, 2018, the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") filed the *Debtors' Motion for Orders: (A)(I) Establishing Bid and Sale Procedures Relating to the Sale of Substantially All of the Debtors' Assets, (II) Authorizing the Debtors to Enter Into an Asset Purchase Agreement with Stalking Horse Bidder, (III) Establishing and Approving Procedures Relating to the Assumption, Assignment and Sale of Certain Executory Contracts and Unexpired Leases, Including Notice of Proposed Cure Amounts and (IV) Scheduling a Hearing to Consider the Proposed Sale and (B)(I) Approving the Sale of Substantially All of the Debtors' Assets, (II) Authorizing the Assumption, Assignment and Sale of Certain Executory Contracts and Unexpired Leases, and (III) Granting Certain Related Relief* [Docket No. 9] (the "Motion").[2]

**PLEASE TAKE FURTHER NOTICE** that, on October 1, 2018, the Debtors filed [Docket No. 124] a copy of the proposed Sale Order, which is Exhibit II to the Motion.

**PLEASE TAKE FURTHER NOTICE** that, on October 9, 2018, the Court entered an order approving, among other things, the proposed Bid Procedures [Docket No. 160] (the "Bid Procedures Order").

**PLEASE TAKE FURTHER NOTICE** that, subsequent to the entry of the Bid Procedures Order, on October 23, 2018, the Debtors filed the *Debtors' Motion for Entry of an Order Authorizing and Approving Certain Bidding Protections and Amendments to Bid Procedures Order, and Granting Related Relief* [Docket No. 217] (the "Bid Protections Motion"), which requested that the Court:  (i) authorize and approve the Debtors entry into that certain Asset Purchase Agreement, dated as of October 23, 2018 (the "Stalking Horse Agreement"), between the Debtors and OR Acquisition Co, LLC (the "Stalking Horse Bidder"), for the sale of substantially all of the Debtors' assets (subject to final approval at the Sale

---

[1]　The Debtors and the last four digits of their respective federal taxpayer identification numbers are as follows: Open Road Films, LLC (4435-Del.); Open Road Releasing, LLC (4736-Del.); OR Productions LLC (5873-Del.); Briarcliff LLC (7304-Del.); Open Road International LLC (4109-Del.); and Empire Productions LLC (9375-Del.).  The Debtors' address is 2049 Century Park East, 4th Floor, Los Angeles, CA 90067.

[2]　Capitalized terms used but not otherwise defined herein shall have the meanings given to them in the Motion.

Hearing); (ii) approve certain bidding protections in connection with the Stalking Horse Agreement; and (iii) approve certain amendments to the Bid Procedures.  On October 26, 2018, the Court entered an order [Docket No. 239] (the "Bid Protections Order") approving the relief requested in the Bid Protections Motion.

**PLEASE TAKE FURTHER NOTICE** that, in light of the Debtors' entry into the Stalking Horse Agreement and the Court's entry of the Bid Protections Order, the Debtors, in consultation with the Stalking Horse Bidder, have revised the proposed Sale Order (as revised, the "Proposed Stalking Horse Sale Order").  Attached hereto as **Exhibit 1** is a copy of the Proposed Stalking Horse Sale Order marked against the proposed Sale Order filed on October 1, 2018.

**PLEASE TAKE FURTHER NOTICE** that the Proposed Stalking Horse Sale Order remains subject to continuing review and negotiation by and among the Debtors, the Stalking Horse Bidder, and other interested parties.  As such, the Debtors reserve all rights to revise the Proposed Stalking Horse Sale Order at or prior to the Sale Hearing.

Dated:  October 31, 2018

*/s/ Ian J. Bambrick*

Michael R. Nestor, Esq. (Bar No. 3526)
Robert F. Poppiti, Jr., Esq. (Bar No. 5052)
Ian J. Bambrick, Esq. (Bar No. 5455)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square, 1000 North King Street
Wilmington, Delaware 19801
Tel:   (302) 571-6600
Fax:   (302) 571-1253

and

Michael L. Tuchin, Esq.
Jonathan M. Weiss, Esq.
Sasha M. Gurvitz, Esq.
KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 Avenue of the Stars, 39th Floor
Los Angeles, CA 90067
Tel:   (310) 407-4000
Fax:   (310) 407-9090

*Counsel to Debtors and Debtors in Possession*