UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>OPEN ROAD FILMS, LLC, a Delaware limited liability company, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 18-12012 (LSS)<br><br>(Jointly Administered) |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss:
COUNTY OF KINGS      )

I, Edward A. Calderon, declare:

1. I am over the age of 18 years and not a party to these chapter 11 cases.

2. I am employed by Donlin, Recano & Company, Inc. ("DRC"), 6201 15th Avenue, Brooklyn, NY 11219.

3. On the 31st day of October, 2018, at my direction and under my supervision, employees of DRC caused to serve the *Debtors' Reply in Support of Motion for Entry of an Order, Pursuant to Bankruptcy Code Section 365, Authorizing Rejection of Executory Contracts and Unexpired Leases* (Docket No. 249), via Federal Express Overnight Delivery upon the parties as set forth on Exhibit1; via Electronic Mail upon the parties as set forth on Exhibit 2; via First Class US Mail upon the parties as set forth on Exhibit 3, attached hereto.

I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge. Executed this 31st day of October, 2018, Brooklyn, New York.

*/s/ Edward A. Calderon*
Edward A. Calderon

Sworn before me this
31st day of October, 2018

*/s/ Sung Jae Kim*
Notary Public

SUNG JAE KIM
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01KI6211176
COMM. EXP. September 14, 2021

---

[1] The Debtors and the last four digits of their respective federal taxpayer identification numbers are as follows: Open Road Films, LLC (4435-Del.); Open Road Releasing, LLC (4736-Del.); OR Productions LLC (5873-Del.); Briarcliff LLC (7304-Del.); Open Road International LLC (4109-Del.); and Empire Productions LLC (9375-Del.). The Debtors' address is 2049 Century Park East, 4th Floor, Los Angeles, CA 90067.

ORF00041

**EXHIBIT 1**

**Open Road Films, LLC, et al.**
**Federal Express**
**Exhibit Page**

Page # : 1 of 1                                                                                     10/31/2018 05:53:14 PM

002887P002-1400A-041
BRYCE CAMPBELL
ADDRESS INTENTIONALLY OMITTED

Records Printed : **1**

**EXHIBIT 2**

| | | | |
|---|---|---|---|
| 000111P001-1400S-041<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>DAVID F. STABER, ESQ.<br>1700 PACIFIC AVENUE<br>DALLAS TX 75201-4624<br>DSTABER@AKINGUMP.COM | 000105P002-1400S-041<br>ASHBY & GEDDES, P.A.<br>WILLIAM P BOWDEN, ESQ<br>500 DELAWARE AVE<br>8TH FLOOR<br>WILMINGTON DE 19801-1150<br>WBOWDEN@ASHBYGEDDES.COM | 000129P001-1400S-041<br>BARNES & THORNBURG LLP<br>DAVID M POWLEN;KEVIN G COLLINS<br>1000 N WEST ST STE 1500<br>WILMINGTON DE 19801<br>DAVID.POWLEN@BTLAW.COM | 000129P001-1400S-041<br>BARNES & THORNBURG LLP<br>DAVID M POWLEN;KEVIN G COLLINS<br>1000 N WEST ST STE 1500<br>WILMINGTON DE 19801<br>KEVIN.COLLINS@BTLAW.COM |
| 000130P001-1400S-041<br>BARNES & THORNBURG LLP<br>PAUL LAURIN;JONATHAN WIGHT<br>2029 CENTURY PARK E STE 300<br>LOS ANGELES CA 90067<br>PLAURIN@BTLAW.COM | 000130P001-1400S-041<br>BARNES & THORNBURG LLP<br>PAUL LAURIN;JONATHAN WIGHT<br>2029 CENTURY PARK E STE 300<br>LOS ANGELES CA 90067<br>JWIGHT@BTLAW.COM | 000142P001-1400S-041<br>BUCHALTER, A PROFESSIONAL CORPORATION<br>PAMELA K WEBSTER<br>1000 WILSHIRE BLVD STE 1500<br>LOS ANGELES CA 90017<br>PWEBSTER@BUCHALTER.COM | 000108P001-1400S-041<br>BUSH GOTTLIEB, A LAW CORPORATION<br>JOSEPH KOHANSKI;DAVID AHDOOT;KIRK PRESTEGARD, KIEL<br>801 NORTH BRAND BLVD STE 950<br>GLENDALE CA 91203<br>JKOHANSKI@BUSHGOTTLIEB.COM |
| 000108P001-1400S-041<br>BUSH GOTTLIEB, A LAW CORPORATION<br>JOSEPH KOHANSKI;DAVID AHDOOT;KIRK PRESTEGARD, KIEL<br>801 NORTH BRAND BLVD STE 950<br>GLENDALE CA 91203<br>DAHDOOT@BUSHGOTTLIEB.COM | 000108P001-1400S-041<br>BUSH GOTTLIEB, A LAW CORPORATION<br>JOSEPH KOHANSKI;DAVID AHDOOT;KIRK PRESTEGARD, KIEL<br>801 NORTH BRAND BLVD STE 950<br>GLENDALE CA 91203<br>KPRESTEGARD@BUSHGOTTLIEB.COM | 000108P001-1400S-041<br>BUSH GOTTLIEB, A LAW CORPORATION<br>JOSEPH KOHANSKI;DAVID AHDOOT;KIRK PRESTEGARD, KIEL<br>801 NORTH BRAND BLVD STE 950<br>GLENDALE CA 91203<br>KIRELAND@BUSHGOTTLIEB.COM | 000150P001-1400S-041<br>CROSS & SIMON, LLC<br>CHRISTOPHER P. SIMON / KEVIN S. MANN<br>1105 NORTH MARKET STREET, SUITE 901<br>WILMINGTON DE 19801<br>csimon@crosslaw.com |
| 000150P001-1400S-041<br>CROSS & SIMON, LLC<br>CHRISTOPHER P. SIMON / KEVIN S. MANN<br>1105 NORTH MARKET STREET, SUITE 901<br>WILMINGTON DE 19801<br>kmann@crosslaw.com | 000117P001-1400S-041<br>DELAWARE ATTORNEY GENERAL<br>ATTN: BANKRUPTCY DEPARTMENT<br>CARVEL STATE OFFICE BUILDING<br>820 N FRENCH ST. 6TH FL<br>WILMINGTON DE 19801<br>ATTORNEY.GENERAL@STATE.DE.US | 000009P001-1400S-041<br>DELAWARE DIVISION OF REVENUE<br>ZILLAH A. FRAMPTON, BANKR. ADMIN.<br>CARVEL STATE OFFICE BUILD. 8TH FLOOR<br>820 N. FRENCH STREET<br>WILMINGTON DE 19801<br>FASNOTIFY@STATE.DE.US | 000119P001-1400S-041<br>DELAWARE SECRETARY OF STATE<br>CORPORATIONS FRANCHISE TAX<br>PO BOX 898<br>DOVER DE 19903<br>DOSDOC_FTAX@STATE.DE.US |
| 000122P001-1400S-041<br>DELAWARE STATE TREASURY<br>ATTN: BANKRUTPCY DEPARTMENT<br>820 SILVER LAKE BLVD STE 100<br>DOVER DE 19904<br>STATETREASURER@STATE.DE.US | 000138P003-1400S-041<br>ENTERTAINMENT ONE FILMS CANADA INC<br>LAUREN BLAIWAIS;EMILY HARRIS<br>134 PETER STREET STE 700<br>TORONTO ON M5V 2H2<br>CANADA<br>LBLAIWAIS@ENTONEGROUP.COM | 000138P003-1400S-041<br>ENTERTAINMENT ONE FILMS CANADA INC<br>LAUREN BLAIWAIS;EMILY HARRIS<br>134 PETER STREET STE 700<br>TORONTO ON M5V 2H2<br>CANADA<br>EHARRIS@ENTONEGROUP.COM | 000113P001-1400S-041<br>FOLEY AND LARDNER LLP<br>ASHLEY M MCDOW;FAHIM FARIVAR<br>555 SOUTH FLOWER ST STE 3300<br>LOS ANGELES CA 90071-2300<br>AMCDOW@FOLEY.COM |
| 000113P001-1400S-041<br>FOLEY AND LARDNER LLP<br>ASHLEY M MCDOW;FAHIM FARIVAR<br>555 SOUTH FLOWER ST STE 3300<br>LOS ANGELES CA 90071-2300<br>FFARIVAR@FOLEY.COM | 000151P001-1400S-041<br>HILLER LAW, LLC<br>Adam Hiller<br>1500 North French Street, 2nd Floor<br>WILMINGTON DE 19801<br>ahiller@adamhillerlaw.com | 000135P001-1400S-041<br>IRELL & MANELLA LLP<br>JEFFREY REISNER; KERRI LYMAN<br>840 NEWPORT CENTER DR STE 400<br>NEWPORT BEACH CA 92660-6324<br>JREISNER@IRELL.COM | 000135P001-1400S-041<br>IRELL & MANELLA LLP<br>JEFFREY REISNER; KERRI LYMAN<br>840 NEWPORT CENTER DR STE 400<br>NEWPORT BEACH CA 92660-6324<br>KLYMAN@IRELL.COM |

| | | | |
|---|---|---|---|
| 000147P001-1400S-041<br>KASHISHIAN LAW LLC<br>ANN KASHISHIAN, ESQ<br>501 SILVERSIDE ROAD<br>WILMINGTON DE 19809<br>AMK@KASHISHIANLAW.COM | 000146P001-1400S-041<br>KASIMA LLC<br>MICHAEL POLITI<br>100 ENTERPRISE DRIVE STE 505<br>ROCKAWAY NJ 07866<br>MIKE@DCIP.COM | 000146P001-1400S-041<br>KASIMA LLC<br>MICHAEL POLITI<br>100 ENTERPRISE DRIVE STE 505<br>ROCKAWAY NJ 07866<br>MARK@DCIP.COM | 000109P001-1400S-041<br>LAW OFFICE OF SUSAN E KAUFMAN LLC<br>SUSAN E KAUFMAN, ESQ<br>919 N MARKET ST STE 460<br>WILMINGTON DE 19801<br>SKAUFMAN@SKAUFMANLAW.COM |
| 000145P001-1400S-041<br>LOEB & LOEB LLP<br>LANCE N JURICH<br>10100 SANTA MONICA BLVD<br>LOS ANGELES CA 90067<br>LJURICH@LOEB.COM | 000144P001-1400S-041<br>LOEB & LOEB LLP<br>VADIM J RUBINSTEIN,ESQ<br>345 PARK AVE<br>NEW YORK NY 10154<br>VRUBINSTEIN@LOEB.COM | 000116P001-1400S-041<br>LUSKIN STERN & EISLER LLP<br>RICHARD STERN; STEPHAN E HORNUNG<br>ELEVEN TIMES SQUARE<br>NEW YORK NY 10036<br>STERN@LSELLP.COM | 000116P001-1400S-041<br>LUSKIN STERN & EISLER LLP<br>RICHARD STERN; STEPHAN E HORNUNG<br>ELEVEN TIMES SQUARE<br>NEW YORK NY 10036<br>HORNUNG@LSELLP.COM |
| 000132P001-1400S-041<br>PACHULSKI STANG ZIEHL & JONES LLP<br>COLIN R ROBINSON, ESQ<br>919 N MARKET ST, 17TH FLOOR<br>WILMINGTON DE 19801<br>CROBINSON@PSZJLAW.COM | 000131P001-1400S-041<br>PACHULSKI STANG ZIEHL & JONES LLP<br>ROBERT J FEINSTEIN;SCOTT L HAZAN<br>780 THIRD AVE, 34TH FLOOR<br>NEW YORK NY 10017<br>RFEINSTEIN@PSZJLAW.COM | 000131P001-1400S-041<br>PACHULSKI STANG ZIEHL & JONES LLP<br>ROBERT J FEINSTEIN;SCOTT L HAZAN<br>780 THIRD AVE, 34TH FLOOR<br>NEW YORK NY 10017<br>SHAZAN@PSZJLAW.COM | 000016P001-1400S-041<br>PAUL HASTINGS LLP<br>ANDREW V. TENZER<br>200 PARK AVENUE<br>NEW YORK NY 10166<br>ANDREWTENZER@PAULHASTINGS.COM |
| 000110P001-1400S-041<br>PAUL HASTINGS LLP<br>ANDREW V TENZER;SHLOMO MAZA<br>75 EAST 55TH ST<br>NEW YORK NY 10022<br>ANDREWTENZER@PAULHASTINGS.COM | 000110P001-1400S-041<br>PAUL HASTINGS LLP<br>ANDREW V TENZER;SHLOMO MAZA<br>75 EAST 55TH ST<br>NEW YORK NY 10022<br>SHLOMOMAZA@PAULHASTINGS.COM | 000015P001-1400S-041<br>PAUL HASTINGS LLP<br>SUSAN WILLIAMS<br>1999 AVENUE OF THE STARS<br>27TH FLOOR<br>LOS ANGELES CA 90067<br>SUSANWILLIAMS@PAULHASTINGS.COM | 000149P001-1400S-041<br>PILLSBURY WINTHROP SHAW PITTMAN LLP<br>KATHY A JORRIE, ESQ<br>725 SOUTH FIGUEROA ST STE 2800<br>LOS ANGELES CA 90017-5406<br>KATHY.JORRIE@PILLSBURYLAW.COM |
| 000128P001-1400S-041<br>PROCOPIO CORY HARGREAVES & SAVITCH LLP<br>GERALD P KENNEDY, ESQ<br>525 B STREET STE 2200<br>SAN DIEGO CA 92101<br>GERALD.KENNEDY@PROCOPIO.COM | 000136P002-1400S-041<br>REED SMITH LLP<br>KURT GWYNNE; JASON ANGELO<br>1201 N. MARKET ST STE 1500<br>WILMINGTON DE 19801<br>KGWYNNE@REEDSMITH.COM | 000136P002-1400S-041<br>REED SMITH LLP<br>KURT GWYNNE; JASON ANGELO<br>1201 N. MARKET ST STE 1500<br>WILMINGTON DE 19801<br>JANGELO@REEDSMITH.COM | 000114P001-1400S-041<br>REED SMITH LLP<br>MARSHA A HOUSTON;CHRISTOPHER O RIVAS<br>355 SOUTH GRAND AVE STE 2900<br>LOS ANGELES CA 90071-1514<br>MHOUSTON@REEDSMITH.COM |
| 000114P001-1400S-041<br>REED SMITH LLP<br>MARSHA A HOUSTON;CHRISTOPHER O RIVAS<br>355 SOUTH GRAND AVE STE 2900<br>LOS ANGELES CA 90071-1514<br>CRIVAS@REEDSMITH.COM | 000115P001-1400S-041<br>REED SMITH LLP<br>MICHAEL S SHERMAN<br>1901 AVE OF THE STARS STE 700<br>LOS ANGELES CA 90067<br>MSHERMAN@REEDSMITH.COM | 000137P001-1400S-041<br>RICHARDS LAYTON & FINGER PA<br>D J DEFRANCESCHI;M J MERCHANT;B M HAYWOOD<br>ONE RODNEY SQUARE<br>920 NORTH KING ST<br>WILMINGTON DE 19801<br>DEFRANCESCHI@RLF.COM | 000137P001-1400S-041<br>RICHARDS LAYTON & FINGER PA<br>D J DEFRANCESCHI;M J MERCHANT;B M HAYWOOD<br>ONE RODNEY SQUARE<br>920 NORTH KING ST<br>WILMINGTON DE 19801<br>MERCHANT@RLF.COM |

| | | | |
|---|---|---|---|
| 000137P001-1400S-041<br>RICHARDS LAYTON & FINGER PA<br>D J DEFRANCESCHI;M J MERCHANT;B M HAYWOOD<br>ONE RODNEY SQUARE<br>920 NORTH KING ST<br>WILMINGTON DE 19801<br>HAYWOOD@RLF.COM | 000141P001-1400S-041<br>ROBINS KAPLAN LLP<br>HOWARD J WEG;MICHAEL T DELANEY<br>2049 CENTURY PARK EAST STE 3400<br>LOS ANGELES CA 90067<br>HWEG@ROBINSKAPLAN.COM | 000141P001-1400S-041<br>ROBINS KAPLAN LLP<br>HOWARD J WEG;MICHAEL T DELANEY<br>2049 CENTURY PARK EAST STE 3400<br>LOS ANGELES CA 90067<br>MDELANEY@ROBINSKAPLAN.COM | 000148P001-1400S-041<br>ROSENTHAL MONHAIT & GODDESS PA<br>NORMAN M MONHAIT;EDWARD B ROSENTHAL<br>919 N MARKET ST STE 1401<br>P O BOX 1070<br>WILMINGTON DE 19899-1070<br>NMONHAIT@RMGGLAW.COM |
| 000148P001-1400S-041<br>ROSENTHAL MONHAIT & GODDESS PA<br>NORMAN M MONHAIT;EDWARD B ROSENTHAL<br>919 N MARKET ST STE 1401<br>P O BOX 1070<br>WILMINGTON DE 19899-1070<br>EROSENTHAL@RMGGLAW.COM | 000120P001-1400S-041<br>SECURITIES & EXCHANGE COMMISSION<br>NY REG OFFICE ATTN: BANKRUPTCY DEPT.<br>BROOKFIELD PL<br>200 VESEY ST STE 400<br>NEW YORK NY 10281-1022<br>BANKRUPTCYNOTICESSCHR@SEC.GOV | 000120P001-1400S-041<br>SECURITIES & EXCHANGE COMMISSION<br>NY REG OFFICE ATTN: BANKRUPTCY DEPT.<br>BROOKFIELD PL<br>200 VESEY ST STE 400<br>NEW YORK NY 10281-1022<br>NYROBANKRUPTCY@SEC.GOV | 000123P001-1400S-041<br>SECURITIES & EXCHANGE COMMISSION<br>PHIL. OFC - ATTN: BANKRUPTCY DEPT.<br>ONE PENN CENTER<br>1617 JFK BLVD. STE 520<br>PHILADELPHIA PA 19103<br>SECBANKRUPTCY@SEC.GOV |
| 000140P002-1400S-041<br>SHEPPARD MULLIN RICHTER & HAMPTON LLP<br>EDWARD H TILLINGHAST, ESQ<br>MICHAEL T DRISCOLL, ESQ<br>30 ROCKEFELLER PLAZA<br>NEW YORK NY 10112<br>ETILLINGHAST@SHEPPARDMULLIN.COM | 000140P002-1400S-041<br>SHEPPARD MULLIN RICHTER & HAMPTON LLP<br>EDWARD H TILLINGHAST, ESQ<br>MICHAEL T DRISCOLL, ESQ<br>30 ROCKEFELLER PLAZA<br>NEW YORK NY 10112<br>MDRISCOLL@SHEPPARDMULLIN.COM | 000107P001-1400S-041<br>SIDLEY AUSTIN LLP<br>ANNIE C WALLIS, ESQ<br>ONE SOUTH DEARBORN<br>CHICAGO IL 60603<br>AWALLIS@SIDLEY.COM | 000106P001-1400S-041<br>SIDLEY AUSTIN LLP<br>JENNIFER C HAGLE, ESQ<br>555 WEST FIFTH ST 40TH FLOOR<br>LOS ANGELES CA 90013<br>JHAGLE@SIDLEY.COM |
| 000007P002-1400S-041<br>US ATTORNEY FOR DELAWARE<br>CHARLES OBERLY C/O ELLEN SLIGHTS<br>1007 N. ORANGE STREET STE 700<br>PO BOX 2046<br>WILMINGTON DE 19899-2046<br>USADE.ECFBANKRUPTCY@USDOJ.GOV | 000133P001-1400S-041<br>VENABLE LLP<br>JAMIE L EDMONSON;DANIEL A O'BRIEN<br>1201 N MARKET ST STE 1400<br>WILMINGTON DE 19801<br>JLEDMONSON@VENABLE.COM | 000133P001-1400S-041<br>VENABLE LLP<br>JAMIE L EDMONSON;DANIEL A O'BRIEN<br>1201 N MARKET ST STE 1400<br>WILMINGTON DE 19801<br>DAOBRIEN@VENABLE.COM | 000134P001-1400S-041<br>VENABLE LLP<br>KEITH C OWENS<br>2049 CENTURY PARK EAST STE 2300<br>LOS ANGELES CA 90067<br>KCOWENS@VENABLE.COM |
| 000112P001-1400S-041<br>WHITEFORD, TAYLOR & PRESTON LLC<br>C. M. SAMIS; L.KATHERINE GOOD; AARON STULMAN<br>THE RENAISSANCE CENTRE<br>405 NORTH KING ST., STE 500<br>WILMINGTON DE 19801<br>CSAMIS@WTPLAW.COM | 000112P001-1400S-041<br>WHITEFORD, TAYLOR & PRESTON LLC<br>C. M. SAMIS; L.KATHERINE GOOD; AARON STULMAN<br>THE RENAISSANCE CENTRE<br>405 NORTH KING ST., STE 500<br>WILMINGTON DE 19801<br>KGOOD@WTPLAW.COM | 000112P001-1400S-041<br>WHITEFORD, TAYLOR & PRESTON LLC<br>C. M. SAMIS; L.KATHERINE GOOD; AARON STULMAN<br>THE RENAISSANCE CENTRE<br>405 NORTH KING ST., STE 500<br>WILMINGTON DE 19801<br>ASTULMAN@WTPLAW.COM | 000139P001-1400S-041<br>WYATT TARRANT & COMBS LLP<br>MARY L FULLINGTON<br>250 WEST MAIN ST STE 1600<br>LEXINGTON KY 40507<br>MFULLINGTON@WYATTFIRM.COM |

Records Printed : 68

# EXHIBIT 3

Case 18-12012-LSS   Doc 260   Filed 11/01/18   Page 9 of 11

Open Road Films, LLC, et al.
Exhibit Pages

Page # : 1 of 3                                                                                                                  10/31/2018 04:50:55 PM

| | | | |
|---|---|---|---|
| 000111P001-1400S-041<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>DAVID F. STABER, ESQ.<br>1700 PACIFIC AVENUE<br>DALLAS TX 75201-4624 | 000014P001-1400S-041<br>ARIZONA ATTORNEY GENERAL'S OFFICE<br>PO BOX 6123<br>MD 7611<br>PHOENIX AZ 85005-6123 | 000105P002-1400S-041<br>ASHBY & GEDDES, P.A.<br>WILLIAM P BOWDEN, ESQ<br>500 DELAWARE AVE<br>8TH FLOOR<br>WILMINGTON DE 19801-1150 | 000017P001-1400S-041<br>BANK OF AMERICA AS ADMIN. AGENT<br>333 S HOPE ST<br>13TH FL<br>LOS ANGELES CA 90071 |
| 000059P002-1400S-041<br>BANK OF AMERICA, N.A.<br>TIFFANY SHIN/AGENCY MANAGEMENT<br>HOUGHTON BANK. CTR MC WA3-132-01-01<br>10623 NE 68TH STREET<br>KIRKLAND WA 98033 | 000129P001-1400S-041<br>BARNES & THORNBURG LLP<br>DAVID M POWLEN;KEVIN G COLLINS<br>1000 N WEST ST STE 1500<br>WILMINGTON DE 19801 | 000130P001-1400S-041<br>BARNES & THORNBURG LLP<br>PAUL LAURIN;JONATHAN WIGHT<br>2029 CENTURY PARK E STE 300<br>LOS ANGELES CA 90067 | 000142P001-1400S-041<br>BUCHALTER, A PROFESSIONAL CORPORATION<br>PAMELA K WEBSTER<br>1000 WILSHIRE BLVD STE 1500<br>LOS ANGELES CA 90017 |
| 000108P001-1400S-041<br>BUSH GOTTLIEB, A LAW CORPORATION<br>JOSEPH KOHANSKI;DAVID AHDOOT;KIRK PRESTEGARD, KIEL<br>801 NORTH BRAND BLVD STE 950<br>GLENDALE CA 91203 | 000150P001-1400S-041<br>CROSS & SIMON, LLC<br>CHRISTOPHER P. SIMON / KEVIN S. MANN<br>1105 NORTH MARKET STREET, SUITE 901<br>WILMINGTON DE 19801 | 000117P001-1400S-041<br>DELAWARE ATTORNEY GENERAL<br>ATTN: BANKRUPTCY DEPARTMENT<br>CARVEL STATE OFFICE BUILDING<br>820 N FRENCH ST. 6TH FL<br>WILMINGTON DE 19801 | 000009P001-1400S-041<br>DELAWARE DIVISION OF REVENUE<br>ZILLAH A. FRAMPTON, BANKR. ADMIN.<br>CARVEL STATE OFFICE BUILD. 8TH FLOOR<br>820 N. FRENCH STREET<br>WILMINGTON DE 19801 |
| 000008P001-1400S-041<br>DELAWARE SECRETARY OF STATE<br>DIVISION OF CORPORATIONS<br>401 FEDERAL STREET, SUITE 4<br>DOVER DE 19901 | 000119P001-1400S-041<br>DELAWARE SECRETARY OF STATE<br>CORPORATIONS FRANCHISE TAX<br>PO BOX 898<br>DOVER DE 19903 | 000122P001-1400S-041<br>DELAWARE STATE TREASURY<br>ATTN: BANKRUPTCY DEPARTMENT<br>820 SILVER LAKE BLVD STE 100<br>DOVER DE 19904 | 000138P003-1400S-041<br>ENTERTAINMENT ONE FILMS CANADA INC<br>LAUREN BLAIWAIS;EMILY HARRIS<br>134 PETER STREET STE 700<br>TORONTO ON M5V 2H2<br>CANADA |
| 000113P001-1400S-041<br>FOLEY AND LARDNER LLP<br>ASHLEY M MCDOW;FAHIM FARIVAR<br>555 SOUTH FLOWER ST STE 3300<br>LOS ANGELES CA 90071-2300 | 000010P001-1400S-041<br>FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION, MS:A-340<br>PO BOX 2952<br>SACRAMENTO CA 95812-2952 | 000151P001-1400S-041<br>HILLER LAW, LLC<br>Adam Hiller<br>1500 North French Street, 2nd Floor<br>WILMINGTON DE 19801 | 000004P001-1400S-041<br>INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATION<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| 000005P003-1400S-041<br>INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATION<br>2970 MARKET STREET<br>MAIL STOP 5-Q30 133<br>PHILADELPHIA PA 19104-5016 | 000135P001-1400S-041<br>IRELL & MANELLA LLP<br>JEFFREY REISNER; KERRI LYMAN<br>840 NEWPORT CENTER DR STE 400<br>NEWPORT BEACH CA 92660-6324 | 000147P001-1400S-041<br>KASHISHIAN LAW LLC<br>ANN KASHISHIAN, ESQ<br>501 SILVERSIDE ROAD<br>WILMINGTON DE 19809 | 000146P001-1400S-041<br>KASIMA LLC<br>MICHAEL POLITI<br>100 ENTERPRISE DRIVE STE 505<br>ROCKAWAY NJ 07866 |
| 000109P001-1400S-041<br>LAW OFFICE OF SUSAN E KAUFMAN LLC<br>SUSAN E KAUFMAN, ESQ<br>919 N MARKET ST STE 460<br>WILMINGTON DE 19801 | 000144P001-1400S-041<br>LOEB & LOEB LLP<br>VADIM J RUBINSTEIN,ESQ<br>345 PARK AVE<br>NEW YORK NY 10154 | 000145P001-1400S-041<br>LOEB & LOEB LLP<br>LANCE N JURICH<br>10100 SANTA MONICA BLVD<br>LOS ANGELES CA 90067 | 000116P001-1400S-041<br>LUSKIN STERN & EISLER LLP<br>RICHARD STERN; STEPHAN E HORNUNG<br>ELEVEN TIMES SQUARE<br>NEW YORK NY 10036 |

# Open Road Films, LLC, et al.
## Exhibit Pages

Page # : 2 of 3                                                                                                           10/31/2018 04:50:55 PM

| | | | |
|---|---|---|---|
| 000011P001-1400S-041<br>MICHIGAN DEPT. OF TREASURY, TAX POL. DIV.<br>ATTN: LITIGATION LIAISON<br>430 WEST ALLEGAN STREET<br>2ND FLOOR, AUSTIN BUILDING<br>LANSING MI 48922 | 000006P002-1400S-041<br>OFFICE OF THE U.S. TRUSTEE<br>LINDA RICHENDERFER<br>844 KING STREET<br>SUITE 2207<br>WILMINGTON DE 19801 | 000125P001-1400S-041<br>ONE HUNDRED TOWERS LLC<br>CBRE INC<br>ATTN: VICE PRESIDENT, PROPERTY MANAGEMENT<br>2049 CENTURY PARK EAST<br>STE 1950<br>LOS ANGELES CA 90067-3283 | 000126P001-1400S-041<br>ONE HUNDRED TOWERS LLC<br>JP MORGAN ASSET MGT. GLOBAL REAL ASSETS<br>REAL ESTATE AMERICAS ATTN: BRIAN OKRENT, CEO<br>2029 CENTURY PARK EAST<br>SUITE 4150<br>LOS ANGELES CA 90067 |
| 000127P001-1400S-041<br>ONE HUNDRED TOWERS LLC<br>ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LL<br>ATTN: ANTON N. NATSIS, ESQ.<br>1901 AVENUE OF THE STARS<br>SUITE 1800<br>LOS ANGELES CA 90067 | 000131P001-1400S-041<br>PACHULSKI STANG ZIEHL & JONES LLP<br>ROBERT J FEINSTEIN;SCOTT L HAZAN<br>780 THIRD AVE, 34TH FLOOR<br>NEW YORK NY 10017 | 000132P001-1400S-041<br>PACHULSKI STANG ZIEHL & JONES LLP<br>COLIN R ROBINSON, ESQ<br>919 N MARKET ST, 17TH FLOOR<br>WILMINGTON DE 19801 | 000015P001-1400S-041<br>PAUL HASTINGS LLP<br>SUSAN WILLIAMS<br>1999 AVENUE OF THE STARS<br>27TH FLOOR<br>LOS ANGELES CA 90067 |
| 000016P001-1400S-041<br>PAUL HASTINGS LLP<br>ANDREW V. TENZER<br>200 PARK AVENUE<br>NEW YORK NY 10166 | 000110P001-1400S-041<br>PAUL HASTINGS LLP<br>ANDREW V TENZER;SHLOMO MAZA<br>75 EAST 55TH ST<br>NEW YORK NY 10022 | 000149P001-1400S-041<br>PILLSBURY WINTHROP SHAW PITTMAN LLP<br>KATHY A JORRIE, ESQ<br>725 SOUTH FIGUEROA ST STE 2800<br>LOS ANGELES CA 90017-5406 | 000128P001-1400S-041<br>PROCOPIO CORY HARGREAVES & SAVITCH LLP<br>GERALD P KENNEDY, ESQ<br>525 B STREET STE 2200<br>SAN DIEGO CA 92101 |
| 000114P001-1400S-041<br>REED SMITH LLP<br>MARSHA A HOUSTON;CHRISTOPHER O RIVAS<br>355 SOUTH GRAND AVE STE 2900<br>LOS ANGELES CA 90071-1514 | 000115P001-1400S-041<br>REED SMITH LLP<br>MICHAEL S SHERMAN<br>1901 AVE OF THE STARS STE 700<br>LOS ANGELES CA 90067 | 000136P002-1400S-041<br>REED SMITH LLP<br>KURT GWYNNE; JASON ANGELO<br>1201 N. MARKET ST STE 1500<br>WILMINGTON DE 19801 | 000137P001-1400S-041<br>RICHARDS LAYTON & FINGER PA<br>D J DEFRANCESCHI;M J MERCHANT;B M HAYWOOD<br>ONE RODNEY SQUARE<br>920 NORTH KING ST<br>WILMINGTON DE 19801 |
| 000141P001-1400S-041<br>ROBINS KAPLAN LLP<br>HOWARD J WEG;MICHAEL T DELANEY<br>2049 CENTURY PARK EAST STE 3400<br>LOS ANGELES CA 90067 | 000148P001-1400S-041<br>ROSENTHAL MONHAIT & GODDESS PA<br>NORMAN M MONHAIT;EDWARD B ROSENTHAL<br>919 N MARKET ST STE 1401<br>P O BOX 1070<br>WILMINGTON DE 19899-1070 | 000120P001-1400S-041<br>SECURITIES & EXCHANGE COMMISSION<br>NY REG OFFICE ATTN: BANKRUPTCY DEPT.<br>BROOKFIELD PL<br>200 VESEY ST STE 400<br>NEW YORK NY 10281-1022 | 000121P001-1400S-041<br>SECURITIES & EXCHANGE COMMISSION<br>SEC OF THE TREASURY OFFICE OF GEN COUNSEL<br>100 F ST NE<br>WASHINGTON DC 20549 |
| 000123P001-1400S-041<br>SECURITIES & EXCHANGE COMMISSION<br>PHIL. OFC - ATTN: BANKRUPTCY DEPT.<br>ONE PENN CENTER<br>1617 JFK BLVD. STE 520<br>PHILADELPHIA PA 19103 | 000140P002-1400S-041<br>SHEPPARD MULLIN RICHTER & HAMPTON LLP<br>EDWARD H TILLINGHAST, ESQ<br>MICHAEL T DRISCOLL, ESQ<br>30 ROCKEFELLER PLAZA<br>NEW YORK NY 10112 | 000106P001-1400S-041<br>SIDLEY AUSTIN LLP<br>JENNIFER C HAGLE, ESQ<br>555 WEST FIFTH ST 40TH FLOOR<br>LOS ANGELES CA 90013 | 000107P001-1400S-041<br>SIDLEY AUSTIN LLP<br>ANNIE C WALLIS, ESQ<br>ONE SOUTH DEARBORN<br>CHICAGO IL 60603 |
| 000013P001-1400S-041<br>SOCIAL SECURITY ADMINISTRATION<br>OFFICE OF THE GEN. COUNSEL, REGION 3<br>300 SPRING GARDEN STREET<br>PHILADELPHIA PA 19123 | 000143P001-1400S-041<br>STEPHEN SILVERMAN LAW<br>STEPHEN E SILVERMAN<br>6945 E SAHUARO DRIVE STE 125<br>SCOTTSDALE AZ 85254 | 000007P002-1400S-041<br>US ATTORNEY FOR DELAWARE<br>CHARLES OBERLY C/O ELLEN SLIGHTS<br>1007 N. ORANGE STREET STE 700<br>PO BOX 2046<br>WILMINGTON DE 19899-2046 | 000012P002-1400S-041<br>US EPA REG. 3, OFFICE OF REG. COUNSEL<br>ATTN: BANKRUPTCY DEPT.<br>1650 ARCH STREET<br>PHILADELPHIA PA 19103 |

# Open Road Films, LLC, et al.
## Exhibit Pages

Page # : 3 of 3                                                                                                          10/31/2018 04:50:55 PM

| 000133P001-1400S-041 | 000134P001-1400S-041 | 000112P001-1400S-041 | 000139P001-1400S-041 |
|---|---|---|---|
| VENABLE LLP | VENABLE LLP | WHITEFORD, TAYLOR & PRESTON LLC | WYATT TARRANT & COMBS LLP |
| JAMIE L EDMONSON;DANIEL A O'BRIEN | KEITH C OWENS | C. M. SAMIS; L.KATHERINE GOOD; AARON STULMAN | MARY L FULLINGTON |
| 1201 N MARKET ST STE 1400 | 2049 CENTURY PARK EAST STE 2300 | THE RENAISSANCE CENTRE | 250 WEST MAIN ST STE 1600 |
| WILMINGTON DE 19801 | LOS ANGELES CA 90067 | 405 NORTH KING ST., STE 500 | LEXINGTON KY 40507 |
|  |  | WILMINGTON DE 19801 |  |

Records Printed :   60