# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>OPEN ROAD FILMS, LLC, a Delaware limited liability company, *et al*.,[1]<br><br>                Debtors. | Chapter 11<br><br>Case No.: 18-12012 (LSS)<br><br>(Jointly Administered) |

## NOTICE OF APPEARANCE AND DEMAND
## FOR NOTICES AND SERVICE OF PAPERS

PLEASE TAKE NOTICE that the attorneys set forth below enter their appearance as counsel on behalf of American Multi-Cinema, Inc. aka AMC Theatres (hereinafter "AMC") and request that all notices given or required to be given pursuant to Bankruptcy Rules 2002 and 9007 or otherwise, including, but not limited to notices, applications, motions, petitions, orders, pleadings, complaints for demands, be given to and served upon them as follows:

| | |
|---|---|
| Matthew P. Austria<br>Austria Shrum LLC<br>1201 N. Orange Street, Ste. 502<br>Wilmington, Delaware 19801<br>Telephone: (302) 521-5197<br>Fax: (302) 543-6386<br>E-mail: maustria@austriashrum.com | Michael D. Fielding<br>Husch Blackwell LLP<br>4801 Main Street, Suite 1000<br>Kansas City, MO 64112<br>Telephone: (816) 983-8353<br>Fax: (816) 983-8080<br>E-mail: michael.fielding@huschblackwell.com |

PLEASE TAKE FURTHER NOTICE that neither this Entry of Appearance nor any subsequent appearance, pleading, claim, or suit is intended to waive (i) AMC's right to have final

---

[1] The Debtors and the last four digits of their respective federal taxpayer identification numbers are as follows: Open Road Films, LLC (4435 Del.); Open Road Releasing, LLC (4736 Del.); OR Productions LLC (5873 Del.); Briarcliff LLC (7304 Del.); Open Road International LLC (4109 Del.); and Empire Productions LLC (9375 Del.). The Debtors' address is 2049 Century Park East, 4th Floor, Los Angeles, CA 90067.

orders in <u>Stern</u> matters entered only by a district judge; (ii) AMC's right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) AMC's right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; (iv) any lack of venue or jurisdiction by this Court over this cause or any adversary proceeding, contested matter, or other proceeding; (v) the right to service under Bankruptcy Rule 7004 in adversary proceedings, and counsel is not appointed as its agent for service of process in any such adversary proceedings; or (vi) any other rights, claims, actions, defenses, setoffs or recoupments to which AMC is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments AMC expressly reserves.

Dated: November 1, 2018
Wilmington, Delaware

**AUSTRIA SHRUM LLC**

*/s/ Matthew P. Austria*
Matthew P. Austria (DE # 4827)
1201 N. Orange Street, Suite 502
Wilmington, DE 19801
Telephone: (302) 521-5197
Fax: (302) 543-6386
Email: maustria@austriashrum.com

-and-

**HUSCH BLACKWELL LLP**
Michael D. Fielding
4801 Main Street, Suite 1000
Kansas City, MO 64112
Telephone: (816) 983-8353
Fax: (816) 983-8080
Email: michael.fielding@huschblackwell.com

*Counsel for American Multi-Cinema, Inc. aka AMC Theatres*