IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| *In re*: | Chapter 11 |
| OPEN ROAD FILMS, LLC, *et al.*, | Case No. 18-12012 (LSS) |
| Debtors. | |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the attorney listed below enters her appearance as counsel to Sous Chef, LLC ("Sous Chef") pursuant to sections 342 and 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code") and Rules 2002, 3017, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Code"), and requests that all notices given or required to be given in the chapter 11 cases (the "Chapter 11 Cases") of the above-captioned debtors and debtors-in-possession (collectively, the "Debtors"), and all papers served or required to be served in the Chapter 11 Cases, be given and served upon:

Mary F. Caloway, Esquire
BUCHANAN INGERSOLL & ROONEY PC
919 N. Market Street, Suite 1500
Wilmington, DE 19801
Telephone: (302) 552-4200
Facsimile: (302) 552-4295
Email: mary.caloway@bipc.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand is not only for the notices and papers referred to in the sections of the Bankruptcy Code and the Bankruptcy Rules specified above, but also includes, without limitation, any and all orders and notices of any application, motion, petition, complaint, demand, request, or other pleading in the Chapter 11 Cases, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, electronically, or otherwise field with or delivered to the

Bankruptcy Clerk, Court or Judge (as those terms are defined in Bankruptcy Rule 9001), which affect the Debtors or property of the Debtors, or Sous Chef.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any later appearances, pleadings, proofs of claims, claims, or suits filed in the Chapter 11 Cases shall be deemed or construed as a waiver of any rights of Sous Chef to (i) have final orders in any non-core matters entered only after de novo review by a District Judge, (ii) trial by jury in any proceeding so triable in the Chapter 11 Cases or any case, controversy, or proceeding related the Chapter 11 Cases, (iii) have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments, as appropriate, to which Sous Chef is or may be entitled, either in law or in equity, under any agreements, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: November 2, 2018
Wilmington, Delaware

**BUCHANAN INGERSOLL & ROONEY PC**

*/s/ Mary F. Caloway*
Mary F. Caloway (No. 3059)
919 North Market Street, Suite 1500
Wilmington, Delaware 19801
(302) 552-4200 (telephone)
(302) 552-4295 (facsimile)
mary.caloway@bipc.com

.

*Attorneys for Sous Chef, LLC*