## CERTIFICATE OF SERVICE

I, Theodore J. Tacconelli, certify that I am not less than 18 years of age, and that service of the Objection of the Film Musicians Secondary Markets Fund to the Notice of Proposed Assumption and Assignment of Executory Contracts and Unexpired Leases as it Relates to the Film *Machete Kills* and the Declaration of James R. Cope was made on November 2, 2018, upon the following parties in the manner indicated:

See Attached Service List

Under penalty of perjury, I declare that the foregoing is true and correct.

    /s/ Theodore J. Tacconelli
Theodore J. Tacconelli (No. 2678)

## SERVICE LIST

**VIA FIRST CLASS MAIL and E-MAIL:**

James Ellis, Esq.
Open Road Films, LLC
2049 Century Park East, 4th Floor
Los Angelos, CA 90067
jellis@tangmp.com

Michael L. Tuchin, Esq
Jonathon M. Weiss, Esq.
Klee, Tuchin, Bogdanoff & Stern, LLP
1999 Avenue of the Stars, 39th Floor
Los Angelos, CA 90067
mtuchin@ktbslaw.com
jweiss@ktbslaw.com

Michael Nestor, Esq.
Robert F. Poppiti, Jr., Esq.
Young Conaway Stargatt & Taylor, LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
mnestor@ycst.com
rpoppitti@ycst.com

Andrew Tenzer, Esq.
Susan Williams, Esq.
Paul Hastings, LLP
200 Park Avenue
New York, NY 10166
andrewtenzer@paulhastings.com
susanwilliams@paulhastings.com

Joseph A. Kohanski, Esq.
David S. Ahdoot, Esq.
Bush Gottlieb
801 North Brand Blvd., Suite 950
Glendale, CA 91203
kohanski@bushgottlieb.com
dahdoot@bushgottlieb.com

Linda Richenderfer, Esq.
Office of the United States Trustee for the District of Delaware
844 North King Street, Suite 2207
Wilmington, DE 19801
linda.richenderfer@usdoj.gov

**VIA E-MAIL ONLY:**

Bill Bowden, Esq.
Ashby & Geddes, P.A.
Wbowden@ashbygeddes.com

**VIA CM/ECF:**

Robert J. Feeinstien, Esq.
Scott L. Hazan, Esq.
Colin R. Robinson, Esq.
Pachulski Stang Ziehl & Jones, LLP
780 Third Avenue, 34th Floor
New York, NY 10017