## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>OPEN ROAD FILMS, LLC, a Delaware limited liability company, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 18-12012 (LSS)<br><br>(Jointly Administered)<br><br>**Related Docket Nos. 9 & 288**<br>**Objection Deadline: November 2, 2018 at 4:00 p.m. (ET)**<br>**Hearing Date: November 9, 2018 at 10:00 a.m. (ET)** |

**DECLARATION OF CRAIG BAUMGARTEN IN SUPPORT OF THE OPPOSITION AND RESERVATION OF RIGHTS OF ALL I SEE PARTNERS 2015 L.P. TO DEBTORS' MOTION FOR ORDERS: (A)(I) ESTABLISHING BID AND SALE PROCEDURES RELATING TO THE SALE OF SUBSTANTIALLY ALL OF THE DEBTORS' ASSETS, (II) AUTHORIZING THE DEBTORS TO ENTER INTO AN ASSET PURCHASE AGREEMENT WITH STALKING HORSE BIDDER, (III) ESTABLISHING AND APPROVING PROCEDURES RELATING TO THE ASSUMPTION, ASSIGNMENT AND SALE OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES, INCLUDING NOTICE OF PROPOSED CURE AMOUNTS AND (IV) SCHEDULING A HEARING TO CONSIDER THE PROPOSED SALE AND (B)(I) APPROVING THE SALE OF SUBSTANTIALLY ALL OF THE DEBTORS' ASSETS, (II) AUTHORIZING THE ASSUMPTION, ASSIGNMENT AND SALE OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES, AND (III) GRANTING CERTAIN RELATED RELIEF**

---

[1] The Debtors and the last four digits of their respective federal taxpayer identification numbers are as follows: Open Road Films, LLC (4435 Del.); Open Road Releasing, LLC (4736 Del.); OR Productions LLC (5873 Del.); Briarcliff LLC (7304 Del.); Open Road International LLC (4109 Del.); and Empire Productions LLC (9375 Del.). The Debtors' address is 2049 Century Park East, 4th Floor, Los Angeles, CA 90067.

I, Craig Baumgarten, hereby declare:

1.      I am an authorized representative of All I See Partners 2015, L.P. ("AISP") and one of the producers of the film titled ALL I SEE IS YOU (the "Picture").  In these capacities, I was involved in the production of the Picture and certain post-production activities of AISP.  Except as otherwise provided, I have personal knowledge of the facts set forth herein and, if called as a witness, I could and would competently testify thereto.

2.      I am authorized to make and submit this declaration (the "Declaration") on behalf of ASIP in connection with the contemporaneously-filed *Opposition and Reservation of Rights of All I See Partners 2015, L.P. to Debtors' Motion for Orders: (A)(I) Establishing Bid and Sale Procedures relating to the Sale of Substantially All of the Debtors' Assets, (II) Authorizing the Debtors to Enter into an Asset Purchase Agreement with Stalking Horse Bidder, (III) Establishing and Approving Procedures relating to the Assumption, Assignment and Sale of Certain Executory Contracts and Unexpired Leases, including Notice of Proposed Cure Amounts and (IV) Scheduling a Hearing to Consider the Proposed Sale and (B)(I) Approving the Sale of Substantially All of the Debtors' Assets, (II) Authorizing the Assumption, Assignment and Sale of Certain Executory Contracts and Unexpired Leases, and (III) Granting Certain Related Relief* (the "Opposition").  Unless otherwise defined herein, all capitalized terms shall have the meaning ascribed to them in the Opposition.

3.      AISP developed and produced the motion picture titled ALL I SEE IS YOU.

4.      AISP owns the United States copyright in the Picture.

5.      On or about October 18, 2016, AISP and Open Road Films, LLC entered into that certain *Distribution Rights Acquisition and Financing Agreement*.  True and correct copies of portions of the Distribution Agreement are attached hereto as **Exhibit A**.

61490875.1

6.      In association with the theatrical release of the Picture, AISP provided to Open Road the sum of Four Million Eight Hundred Ninety One Thousand Three Hundred Seventy Dollars ($4,891,370) to pay for costs associated with the theatrical marketing and release of the Picture pursuant to an approved budget.  Based on information and documents provided by Open Road, the P&A Amount was deposited into a segregated and earmarked bank account in the name of Open Road with Bank of America and, thereafter, Open Road utilized a portion of the P&A Amount to pay the P&A expenses associated with the Picture.

7.      The Picture was released in the Territory on or about October 27, 2017.  Following the theatrical release of the Picture, Open Road provided certain accounting statements to AISP related to the revenues received and expenses incurred, including P&A expenses, associated with the distribution of the Picture.  A true and correct copy of the Distribution Accounting Statement for the Picture for the period ending June 30, 2018 (the "June 2018 Distribution Accounting Statement") is attached hereto as **Exhibit B**.  Based on the theatrical release date, Open Road should not have incurred any permitted P&A expenses after approximately December 31, 2017.

8.      Under the Distribution Agreements, AISP is entitled to conduct customary annual audits of the revenues and expenses related to the Picture.  AISP has yet to conduct its first annual audit of the Picture.

9.      Based on the amount of the AISP Funds and account in which the AISP Funds are held, I believe that the AISP Funds consist of the unutilized portion of the P&A Amount.

10.     True and correct copies of portions of the Open Road Schedule G identifying the Distribution Agreement are attached hereto as **Exhibit C**.  True and correct copies of portions of the Open Road SOFA are attached hereto as **Exhibit D**.

61490875.1

- 4 -

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing statements are true and correct.

Executed this 2nd day of November, 2018, at Vancouver, British Columbia, Canada.

_____
Craig Baumgarten

61490876.1