# EXHIBIT B

Open Road Films
2049 Century Park East, 4th Floor
Los Angeles, CA 90067



September 26, 2018

All I See Partners 2015 L.P.
c/o Linda Lichter
Lichter, Grossman, Nichols, Adler & Feldman
9200 Sunset Blvd., Suite 1200
West Hollywood, CA 90069

RE: All I See Is You
Period Ending: 6/30/2018

On behalf of OPEN ROAD FILMS, LLC, please find enclosed the cumulative Distribution Accounting Statement an                            for the period referenced above.

There are no amounts reflected as due on these statements.

If you have any questions concerning the above, please address them directly to Michael Bolkin at mbolkin@tangmp.com.

Kind Regards,

Mimi Tseng
Chief Financial Officer
310-620-2800
mtseng@tangmp.com

cc:
    Craig Baumgarten
    Graham Taylor
    Michael Selby
    Accounting
    Planning
    Legal



Page 2

All I See Is You Partners 2015 L.P.
ACCOUNTING STATEMENT FOR THE PERIOD ENDED: June 30, 2018

## All I See Is You
RELEASE DATE: 10/29/2017

| | Period Period Through 03/31/18 | Current Period 4/1/18-6/30/18 | Inception to Date |
|---|---|---|---|
| **Gross Corridor** | | | |
| Theatrical | $ | $ | $ |
| Home Entertainment [1] | | | |
| Pay Television | | | |
| Television | | | |
| Non-theatrical | | | |
| Less: Home Entertainment Expenses [1] | | | |
| Less: Residuals [2] | | | |
| Less: Taxes | | | |
| Less: Bonuses [3] | | | |
| Less: Other Distribution Expenses | | | |
| Less: Overhead Fee [4] | | | |
| **Total Adjusted Gross Receipts** | — | — | — |
| **Gross Corridor** | 10% | | |
| Less: Directing Fee [5] | | | |
| Less: Prior Statement Unrecouped Balance | | | |
| **Total Forster Corridor** [6] | $ | $ | $ |

Note 1: Home Entertainment Gross Receipts and Distribution Expenses as reported by sub-distributor to Open Road Films. Home Entertainment receipts and expenses defined per Distribution Rights Acquisition and Financing Agreement section 6.c.
Note 2: Residuals defined per Distribution Rights Acquisition and Financing Agreement Agreement Exhibit A.
Note 3: Box Office and Awards Bonuses definded per Distribution Rights Acquisition and Financing Agreement section 6.f and 6.g.
Note 4: Overhead Fee defined per Distribution Rights Acquisition and Financing Agreement Agreement section 6.a (ii)
Note 5: Directing Fee defined per Distribution Rights Acquisition and Financing Agreement Agreement section 6.d
Note 6: Forster Corridor defined per Distribution Rights Acquisition and Financing Agreement section 6.d.

**OPENROAD**

All I See Is You Partners 2015 L.P.
ACCOUNTING STATEMENT FOR THE PERIOD ENDED: June 30, 2018

### All I See Is You
RELEASE DATE: 10/29/2017

|  | Period Period Through 03/31/18 | Current Period 4/1/18-6/30/18 | Inception to Date |
|---|---|---|---|
| **Gross Receipts** |  |  |  |
| Theatrical - U.S. | $ |  |  |
| Theatrical - Puerto Rico & U.S. Virgin Islands |  |  |  |
| Home Entertainment [1] |  |  |  |
| Pay Television |  |  |  |
| Television |  |  |  |
| Non-theatrical |  |  |  |
| Total Gross Receipts | $ |  |  |
| **Distribution Fees [2]** |  |  |  |
| Distribution Fee - Theatrical |  |  |  |
| Distribution Fee - Theatrical Puerto Rico & U.S. Virgin Islands |  |  |  |
| Distribution Fee - Home Entertainment |  |  |  |
| Distribution Fee - Pay Television |  |  |  |
| Distribution Fee - Television |  |  |  |
| Distribution Fee - Non-Theatrical |  |  |  |
| Total Distribution Fees |  |  |  |
| **Net Receipts** | $ |  |  |
| **Distribution Expenses [3]** |  |  |  |
| Home Entertainment [1] |  |  |  |
| Residuals [4] |  |  |  |
| Taxes |  |  |  |
| Bonuses [5] |  |  |  |
| Other Distribution Expenses |  |  |  |
| Overhead Fee | — |  |  |
| Total Distribution Expenses |  |  |  |
| Balance of Gross Receipts | — |  |  |
| Recoupment of P&A Funds plus Interest (6) |  |  |  |
| Remaining Balance of Gross Receipts |  | $ - | $ - |
| Forster Corridor [7] | - | - | - |
| Balance of Gross Receipts | $ - | $ - | $ - |
| Distribution of Balance [8] |  |  |  |
|  |  | $ - | $ - |
|  | % - |  |  |
| Total Distribution of Balance |  | $ - | $ - |
| **Summary of Distribution to Producer** |  |  |  |
| Recoupment of P&A Funds plus Interest (6) |  | - | - |
| Forster Corridor |  | - | - |
| Balance of Gross Receipts |  | - | - |
| **Total Producer Share** | - | $ - | $ - |
| **Balance Due** | - | $ - | $ - |

Note 1: Home Entertainment Gross Receipts and Distribution Expenses as reported by sub-distributor to Open Road Films. Home Entertainment receipts and expenses defined per Distribution Rights Acquisition and Financing Agreement section 6.c.
Note 2: Distribution Fees defined per Distribution Rights Acquisition and Financing Agreement section 6.c.
Note 3: Distribution expenses calculated per Distribution Rights Acquisition and Financing Agreement Exhibit A section 3.
Note 4: Residuals defined per Distribution Rights Acquisition and Financing Agreement Exhibit A.
Note 5: Box Office and Awards Bonuses definded per Distribution Rights Acquisition and Financing Agreement section 6.f and 6.g.
Note 6: Interest on P&A calculated per Distribution Rights Acquisition and Financing Agreement 6.a (iii).
Note 7: Forster Corridor defined per Distribution Rights Acquisition and Financing Agreement section 6.d.
Note 8: Distribution of balance defined per Distribution Rights Acquisition and Financing Agreement 6.a.(v).

**Producer P&A plus Interest**

|  |  |  |  |
|---|---|---|---|
| Theatrical Media | (2,732,475) | - | (2,732,475) |
| Theatrical Prints & Distribution | (347,598) | (11,077) | (358,674) |
| Theatrical Marketing & Other | (1,452,013) | (16,663) | (1,468,676) |
| Total P&A | (4,532,086) | (27,740) | (4,559,825) |
| Interest on Producer P&A [6] | (99,781) | (55,365) | (155,146) |
| Total Producer P&A plus Interest | (4,631,867) | (83,104) | (4,714,971) |