# EXHIBIT C

| Fill in this information to identify the case: |
|---|
| **Debtor name:** Open Road Films, LLC |
| **United States Bankruptcy Court for the:** District of Delaware |
| **Case number (if known):** 18-12012 |

☐ Check if this is an amended filing

Official Form 206G
# Schedule G: Executory Contracts and Unexpired Leases  12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. Does the debtor have any executory contracts or unexpired leases?

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1. | Title of contract | BINDING TERM SHEET DATED APRIL 41, 2016 | 2.9 FILM DISTRIBUTION LTD. FIELDFISHER RIVERBANK HOUSE 2 SWAN LANE LONDON EC4R 3TT UNITED KINGDOM |
| | State what the contract or lease is for | ACQUISITION AGREEMENT | |
| | Nature of debtor's interest | DISTRIBUTOR | |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |
| 2.2. | Title of contract | AMENDMENT TO BINDING TERM SHEET DATED DECEMBER 14, 2016 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| | State what the contract or lease is for | ACQUISITION AGREEMENT | |
| | Nature of debtor's interest | DISTRIBUTOR | 2.9 FILM DISTRIBUTION LTD. FIELDFISHER RIVERBANK HOUSE 2 SWAN LANE LONDON EC4R 3TT UNITED KINGDOM |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |
| 2.3. | Title of contract | AMENDMENT NO.2 TO BINDING TERM SHEET DATED JULY 1, 2017 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| | State what the contract or lease is for | ACQUISITION AGREEMENT | |
| | Nature of debtor's interest | DISTRIBUTOR | 2.9 FILM DISTRIBUTION LTD. FIELDFISHER RIVERBANK HOUSE 2 SWAN LANE LONDON EC4R 3TT UNITED KINGDOM |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

Debtor **Open Road Films, LLC**      Case number *(if known)* **18-12012**

| | | | |
|---|---|---|---|
| 2.84. | **Title of contract** | DISTRIBUTION RIGHTS ACQUISITION AND FINANCING AGREEMENT DATED OCTOBER 18, 2016 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | ACQUISITION AGREEMENT | |
| | **Nature of debtor's interest** | DISTRIBUTOR | ALL I SEE PARTNERS 2015 L.P.<br>9200 SUNSET BLVD<br>STE 1200<br>WEST HOLLYWOOD CA 90069 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.85. | **Title of contract** | NO ASSUMPTION AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | ASSUMPTION AGREEMENT | |
| | **Nature of debtor's interest** | DISTRIBUTOR | ALLIANCE OF CANADIAN CINEMA, TELEVISION AND RADIO ARTISTS<br>300 - 380 WEST 2ND AVE<br>VANCOUVER BC V5Y 1C8<br>CANADA |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.86. | **Title of contract** | SCOPE OF WORK AGREEEMENT DATED APRIL 23, 2013 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | VENDOR AGREEMENT | |
| | **Nature of debtor's interest** | CUSTOMER | ALLIED INTEGRATED MARKETING<br>6908 HOLLYWOOD BLVD.<br>HOLLYWOOD CA 90028 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.87. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED MARCH 5,2012 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | ALLOY TRACKS<br>5650 CAMELLIA AVE<br>NORTH HOLLYWOOD CA 91601 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.88. | **Title of contract** | COMBINED SYNCHRONIZATION AND MASTER USE LICENSE AGREEMENT DATED FEBRUARY 7,2013 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | MUSIC LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | ALLOY TRACKS<br>5650 CAMELLIA AVE<br>NORTH HOLLYWOOD CA 91601 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |