# EXHIBIT D

| **Fill in this information to identify the case:** |
|---|
| **Debtor name:** Open Road Films, LLC |
| **United States Bankruptcy Court for the:** District of Delaware |
| **Case number (if known):** 18-12012 |

☐ Check if this is an amended filing

Official Form 207
# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy 04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

## Part 1: Income

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | Sources of revenue (Check all that apply) | Gross revenue (before deductions and exclusions) |
|---|---|---|---|
| From the beginning of the fiscal year to filing date: | From 1/1/2018 to 9/6/2018 | ☑ Operating a business<br>☐ Other: _____ | $63,124,903.49 |
| For prior year: | From 1/1/2017 to 12/31/2017 | ☑ Operating a business<br>☐ Other: _____ | $119,668,810.06 |
| For the year before that: | From 1/1/2016 to 12/31/2016 | ☑ Operating a business<br>☐ Other: _____ | $122,837,896.26 |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None

| | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|---|
| From the beginning of the fiscal year to filing date: | From 1/1/2018 to 9/6/2018 | INTEREST, CREDIT CARD REBATE | $8,011.74 |
| For prior year: | From 1/1/2017 to 12/31/2017 | INTEREST, CREDIT CARD REBATE | $8,197.63 |
| For the year before that: | From 1/1/2016 to 12/31/2016 | INTEREST, CREDIT CARD REBATE, SCREENING ROOM USAGE FEE | $45,620.16 |

| **Part 11:** | **Property the Debtor Holds or Controls That the Debtor Does Not Own** |
|---|---|

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| | Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|---|
| 21.1. | ALL I SEE PARTNERS 2015 L.P.<br>9200 SUNSET BLVD<br>STE 1200<br>WEST HOLLYWOOD CA 90069 | C/O BANK OF AMERICA,<br>ATTN: ANDRE BATALLER<br>2000 CLAYTON RD<br>CONCORD CA 94520-2425 | RESTRICTED CASH (ACCT: 0179) | $143,472.41 |

| | Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|---|
| 21.2. | DOLPHIN MAX STEEL HOLDINGS, LLC<br>2151 ST LEJEUNE RD<br>STE 150<br>CORAL GABLES FL 33134 | C/O BANK OF AMERICA,<br>ATTN: ANDRE BATALLER<br>2000 CLAYTON RD<br>CONCORD CA 94520-2425 | RESTRICTED CASH (ACCT: 3833) | $225,691.29 |

| | Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|---|
| 21.3. | IM GLOBAL FILM FUND, LLC<br>8201 BEVERLY BLVD<br>STE 500<br>BEVERLY HILLS CA 90048 | C/O BANK OF AMERICA,<br>ATTN: ANDRE BATALLER<br>2000 CLAYTON RD<br>CONCORD CA 94520-2425 | RESTRICTED CASH (ACCT: 6056) | $23,562.48 |

| | Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|---|
| 21.4. | LAKESHORE ENTERTAINMENT GROUP LLC<br>9268 W 3RD ST<br>BEVERLY HILLS CA 90210 | C/O BANK OF AMERICA,<br>ATTN: ANDRE BATALLER<br>2000 CLAYTON RD<br>CONCORD CA 94520-2425 | RESTRICTED CASH (ACCT: 6710) | $105,570.08 |

| | Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|---|
| 21.5.[1] | OFFICE1<br>3930 W ALI BABA LN<br>LAS VEGAS NV 89118 | 2049 CENTURY PARK EAST<br>4TH FLOOR<br>LOS ANGELES CA 90067 | LEASED PRINTERS | UNDETERMINED |

| | Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|---|
| 21.6. | REDROVER CO., LTD.<br>12F13F 20 PANGYOYEOKRO 146BEONGIL<br>BUNDANG-GU<br>SEONGNAM-SI, GYEONGGI-DO 13529<br>SOUTH KOREA | C/O BANK OF AMERICA,<br>ATTN: ANDRE BATALLER<br>2000 CLAYTON RD<br>CONCORD CA 94520-2425 | RESTRICTED CASH (ACCT: 9017) | $390,162.22 |

[1] REJECTED VIA COURT ORDER [DOCKET NO. 169]