## CERTIFICATE OF SERVICE

I, Matthew G. Summers, hereby certify that, on this 2nd day of November 2018, I caused a true and correct copy of the foregoing *Declaration of Craig Baumgarten in Support of the Opposition and Reservation of Rights of All I See Partners 2015 L.P. to Debtors' Motion for Orders: (A)(I) Establishing Bid and Sale Procedures Relating to the Sale of Substantially All of the Debtors' Assets, (II) Authorizing the Debtors to Enter into an Asset Purchase Agreement with Stalking Horse Bidder, (III) Establishing and Approving Procedures Relating to the Assumption, Assignment and Sale of Certain Executory Contracts and Unexpired Leases, Including Notice of Proposed Cure Amounts and (IV) Scheduling a Hearing to Consider the Proposed Sale and (B)(I) Approving the Sale of Substantially All of the Debtors' Assets, (II) Authorizing the Assumption, Assignment and Sale of Certain Executory Contracts and Unexpired Leases, and (III) Granting Certain Related Relief* to be served upon the individuals on the attached service list *via* first-class mail, or in the manner indicated.

Dated: November 2, 2018
Wilmington, Delaware

/s/ *Matthew G. Summers*
Matthew G. Summers (No. 5533)
BALLARD SPAHR LLP

61490876.1

Open Road Films, LLC
2049 Century Park East
4th Floor
Los Angeles, CA 90067
Attn: James Ellis

Michael R. Nestor, Esq.
Robert F. Poppiti, Jr., Esq.
Young Conaway Stargatt & Taylor, LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
**Hand Deliver**

Michael L. Tuchin, Esq.
Jonathan M. Weiss, Esq.
Klee, Tuchin, Bogdanoff & Stern LLP
1999 Avenue of the Stars, 39th Floor
Los Angeles, CA 90067

Robert J. Feinstein, Esq.
Scott L. Hazan, Esq.
Pachulski Stang Ziehl & Jones LLP
780 Third Avenue, 34th Floor
New York, NY 10017

Colin R. Robinson, Esq.
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street, 17th Floor
Wilmington, DE 19801
**Hand Deliver**

Andrew Tenzer, Esq.
Susan Williams, Esq.
Paul Hastings LLP
200 Park Avenue
New York, NY 10166

William P. Bowden, Esq.
Ashby & Geddes, P.A.
500 Delaware Avenue, #8
Wilmington, DE 19801
**Hand Deliver**

Nathan A. Haynes, Esq.
Greenberg Traurig, LLP
MetLife Building
200 Park Avenue
New York, NY 10166

Robert J. Sherman, Esq.
DLA Piper LLP (US)
2000 Avenue of the Stars
Suite 400 North Tower
Los Angeles, CA 90067-4704

Linda Richenderfer, Esq.
Office of the United States Trustee
844 King Street, Suite 2207
Wilmington, DE 19801
**Hand Deliver**

61490876.1