# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>OPEN ROAD FILMS, LLC, a Delaware Limited Liability Company, et al.,<br><br>                         Debtors. | Chapter 11<br><br>Case No. 18-12012 (LSS)<br> (Joint Administered) |

## NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Happy Pill Distribution, LLC and Happy Pill, LLC (collectively, "Happy Pill") hereby enter its appearances in the above-captioned cases by and through its counsel, Venable LLP, and pursuant to sections 102(1), 342 and 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"), rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and rule 2002-1(d) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), and such counsel hereby requests, pursuant to Bankruptcy Rules 2002, 9007, and 9010, Local Rule 2002-1(d) and sections 342 and 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in the above-captioned chapter 11 cases be given to and served upon the following:

| | |
|---|---|
| Jamie L. Edmonson<br>Daniel A. O'Brien<br>VENABLE LLP<br>1201 N. Market Street, Suite 1400<br>Wilmington, DE 19801<br>Tel: (302) 298-3535<br>Fax: (302) 298-3550<br>jledmonson@venable.com<br>daobrien@venable.com | Keith C. Owens<br>VENABLE LLP<br>2049 Century Park East, Suite 2300<br>Los Angeles, CA 90067<br>Tel: (310) 229-9900<br>Fax: (310) 229-9901<br>kcowens@venable.com |

**PLEASE TAKE FURTHER NOTICE** that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules and Local Rules specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading, or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, electronic filing, facsimile, or otherwise filed or made with regard to the referenced case and proceedings herein.

**PLEASE TAKE FURTHER NOTICE** that filing of this Notice of Appearance and Demand for Service of Papers shall not be deemed or construed to constitute a waiver of any substantive or procedural rights of Happy Pill, without limitation: (i) the right to have final orders in non-core matters entered only after de novo review by the United States District Court for the District of Delaware (the "District Court"), (ii) the right to trial by jury in any proceeding related to this case or any case, controversy, or proceeding related to this case, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which Happy Pill is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

**PLEASE TAKE FURTHER NOTICE** that the aforementioned attorneys further request that they be added to the official service list for notice of all contested matters, adversary proceedings, and other proceedings in this case.

Dated: November 2, 2018
Wilmington, Delaware

Respectfully submitted,

*/s/ Jamie L. Edmonson*
Jamie L. Edmonson (No. 4247)
Daniel A. O'Brien (No. 4897)
VENABLE LLP
1201 North Market Street, Suite 1400
Wilmington, DE 19801
Tel: 302.298.3535
Fax: 302.298.3550
jledmonson@venable.com
daobrien@venable.com

and

Keith C. Owens
VENABLE LLP
2049 Century Park East, Suite 2300
Los Angeles, CA 90067
Tel: 310.229.9900
Fax: 310.229.9901
kowens@venable.com

*Attorneys for Happy Pill Distribution, LLC and Happy Pill, LLC*

3