# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| OPEN ROADS FILMS, LLC, a Delaware Limited Liability Company, et al., | Case No. 18-12012 (LSS) (Jointly Administered) |
| Debtors. | **Hrg Date: November 9, 2018 at 10:00 a.m.** **Re: Docs. 9, 124, 166, 172, 243, 248 & 256** |

**RESERVATION OF RIGHTS OF ENDGAME RELEASING CO., LLC; ENDGAME RELEASING FUNDING, LLC; AND HAPPY PILL DISTRIBUTION, LLC TO DEBTORS' MOTION FOR AN ORDER (I) APPROVING THE SALE OF SUBSTANTIALLY ALL OF THE DEBTORS' ASSETS AND (II) AUTHORIZING THE ASSUMPTION, ASSIGNMENT AND SALE OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES**

Endgame Releasing Co., LLC and Endgame Releasing Funding, LLC (collectively, "Endgame"), and Happy Pill Distribution, LLC ("Happy Pill" and, together with Endgame, the "Reservation Counterparties"), by and through their undersigned counsel, hereby file this reservation of rights (the "Reservation of Rights") to the motion [Doc. 9] (the "Sale Motion")[1] filed by the above-captioned debtors (the "Debtors") for an order approving the sale of substantially all of the Debtors' assets and the assumption and assignment of certain executory contracts and unexpired leases and proposed cure amounts, among other things. In support of the Reservation of Rights, the Reservation Counterparties respectfully state as follows:

1. Endgame provides financing to a variety of film, television, and live stage productions across a wide range of genres through major studios and independent distributors. Since 2012, Endgame has provided Prints and Advertising Financing ("P&A Financing") pursuant to certain financing agreements (the "P&A Agreements") in connection with various motion

---

[1] All capitalized terms not defined herein shall have the definitions set forth in the Sale Motion.

pictures distributed by the Debtors including *Snowden*, *The Nut Job*, *Jobs*, *Side Effects*, *A Haunted House*, *A Haunted House 2*, *The Gunman*, *Homefront* (the "Pictures").

2.      Happy Pill is the producer of the motion picture *Side Effects*. Happy Pill entered into a distribution rights agreement (the "Distribution Agreement") with debtor Open Road Films, LLC ("ORF"), pursuant to which, among other things, Happy Pill granted ORF a license to distribute *Side Effects* in the United States and all of its territories, possessions, trusteeships, and commonwealths as set forth more fully in the Distribution Agreement.

3.      The P&A Agreements, the Distribution Agreement, and related agreements entitle Endgame, Happy Pill, and ORF (among others) to share in the gross receipts generated by the respective motion pictures pursuant to certain waterfall provisions contained in those agreements.

## Agreement to Extend the Objection Deadline

4.      The Reservation Counterparties are in continued discussions concerning treatment of their agreements both with respect to assumption and assignment and the proposed sale. In furtherance of these discussions, the Debtors and the Reservation Counterparties (collectively, the "Parties") agreed to extend the deadline for the Reservation Counterparties to object to the sale transaction and to the assumption, assignment or any other treatment of their respective agreements through and including November 6, 2018. The Parties' agreement to extend the objection deadline preserves all of the Reservation Counterparties' objections that otherwise must be filed by November 2, 2018, including, but not limited to, objections to the Debtors' proposed cure amounts, the extent to which a Reservation Counterparties' agreement may or must be assumed and assigned or rejected, and the Debtors' ability to sell substantially all of their assets including the Debtors' rights in the Pictures free and clear of the Reservation Counterparties' liens, claims, interests, or encumbrances.

5. The Debtors have agreed not challenge any objections filed by the Reservation Counterparties after the November 2, 2018 sale objection deadline through November 6, 2018 on the basis that any such objections are untimely. The Debtors' agreement is without prejudice to further extensions of the Reservation Counterparties' objection deadline.

### Reservation of Rights

6. The Reservation Counterparties further reserve all of their contractual and legal rights, remedies, claims and interests under their respective P&A Agreements, any other related agreements, and applicable law both as against the Debtors and any third party, including the right to object to, among other things, the proposed sale and the assumption, assumption and assignment or rejection of any contracts on any basis whatsoever.

Dated: November 2, 2018
Wilmington, Delaware

**VENABLE LLP**

 /s/ Jamie L. Edmonson
Jamie L. Edmonson (No. 4247)
Daniel A. O'Brien (No. 4897)
1201 North Market Street, Suite 1400
Wilmington, DE 19801
Tel: 302.298.3535
Fax: 302.298.3550
jledmonson@venable.com
daobrien@venable.com

and

Keith C. Owens (admitted *pro hac vice*)
2049 Century Park East, 23rd Floor
Los Angeles, CA 90067
Tel: 310.229.9900
Fax: 310.229.9901
kowens@venable.com

*Attorneys for the Reservation Counterparties*