**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>OPEN ROADS FILMS, LLC, a Delaware Limited Liability Company, et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 18-12012 (LSS)<br>(Jointly Administered)<br><br>**Hrg Date: November 9, 2018 at 10:00 a.m.**<br>**Re: Doc. 222** |

**RESERVATION OF RIGHTS OF ENDGAME RELEASING CO., LLC AND ENDGAME RELEASING FUNDING, LLC TO REDROVER CO. LTD.'S MOTION FOR ENTRY OF AN ORDER COMPELLING ASSUMPTION OR REJECTION OF EXECUTORY CONTRACTS, ADEQUATE PROTECTION, AND RELATED RELIEF**

Endgame Releasing Co., LLC and Endgame Releasing Funding, LLC (together, "Endgame"), by and through their undersigned counsel, hereby file this reservation of rights (the "Reservation of Rights") to *Redrover Co. Ltd.'s Motion for Entry of an Order Compelling Asumption or Rejection of Executory Contracts, Adequate Protection, and Related Relief* [Doc. 222] (the "Motion") filed by Redrover Co. Ltd. ("Redrover") and respectfully states as follows:

1. Endgame provides financing to a variety of film, television, and live stage productions across a wide range of genres through major studios and independent distributors. Since 2012, Endgame has provided Prints and Advertising Financing ("P&A Financing") to or for the benefit of the above-captioned debtors (the "Debtors") in connection with various motion pictures.

2. As set forth in the Motion, Redrover produces motion pictures including *The Nut Job* (the "Picture"). *See* Mot. ¶ 3 at 2. Redrover granted Open Road Films, LLC ("ORF") a license to distribute the Picture (the "Distribution Agreement") among other agreements that governs the distribution of gross receipts generated by the Picture between Redrover and ORF. *See id.*

3.      ORF sought and obtained P&A Financing from Endgame to fund the execution of ORF's obligations under the Distribution Agreement.  The financing agreement (the "P&A Agreement") and related agreements (collectively, the "Endgame Documents") require ORF to make payments to Endgame from the gross receipts generated by the Picture pursuant to a waterfall governs the priority of distributions owing under the Distribution Agreements. Pursuant to the P&A Agreement, ORF granted Endgame a security interest in the Distribution Agreement, the licensed rights and the products and proceeds thereof, and a copyright mortgage, among other collateral (collectively, the "Collateral").

**Reservation of Rights**

4.      While Endgame takes no position regarding the relief requested in the Motion as to the Debtors, Endgame reserves all of its contractual and legal rights, remedies, claims and interests under the Endgame Documents and applicable law including, without limitation, the right to object to the proposed assumption, assumption and assignment, or rejection of the Distribution Agreement to the extent that such assumption, assumption and assignment, or rejection purports to impair, amend or modify any of Endgame's rights under any Endgame Document as to Redrover, ORF, or any other third party.  Endgame further reserves the right to supplement this Response.

|  |  |
|---|---|
| Dated: November 2, 2018<br>Wilmington, Delaware | **VENABLE LLP**<br><br> /s/ Jamie L. Edmonson<br>Jamie L. Edmonson (No. 4247)<br>Daniel A. O'Brien (No. 4897)<br>1201 North Market Street, Suite 1400<br>Wilmington, DE 19801<br>Tel: 302.298.3535<br>Fax: 302.298.3550<br>jledmonson@venable.com<br>daobrien@venable.com<br><br>and<br><br>Keith C. Owens (admitted *pro hac vice*)<br>2049 Century Park East, 23rd Floor<br>Los Angeles, CA 90067<br>Tel: 310.229.9900<br>Fax: 310.229.9901<br>kowens@venable.com<br><br>*Attorneys for Endgame Releasing Co., LLC*<br>and *Endgame Releasing Funding, LLC* |