**IN THE UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>OPEN ROAD FILMS, LLC, a Delaware limited liability company, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 18-12012 (LSS)<br><br>(Jointly Administered)<br><br>**Requested Hearing Date:**<br>**November 9, 2018 at 10:00 a.m. (ET)**<br><br>**Requested Objection Deadline:**<br>**November 7, 2018 at 4:00 p.m. (ET)** |

## NOTICE OF MOTION OF VIACOM INTERNATIONAL INC. PURSUANT TO SECTIONS 362(d) AND 553 OF THE BANKRUPTCY CODE FOR RELIEF FROM THE AUTOMATIC STAY TO EFFECTUATE SETOFF

PLEASE TAKE NOTICE that on November 2, 2018, Viacom International Inc., by and through its undersigned counsel, filed the **Motion Of Viacom International Inc. Pursuant To Sections 362(d) And 553 Of The Bankruptcy Code For Relief From The Automatic Stay To Effectuate Setoff** (the "Motion").

PLEASE TAKE FURTHER NOTICE that responses, if any, to the Motion, must: (a) be filed with the Clerk of the Bankruptcy Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **November 7, 2018 at 4:00 p.m. (ET) (REQUESTED)** (the "Response Deadline"); and (b) be served so as to be received by the undersigned counsel on or before the Response Deadline.

PLEASE TAKE FURTHER NOTICE THAT A HEARING ON THE MOTION WILL BE HELD ON **NOVEMBER 9, 2018 AT 10:00 A.M. (ET) (REQUESTED)** BEFORE THE HONORABLE LAURIE SELBER SILVERSTEIN AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, 6TH FLOOR, COURTROOM #2, WILMINGTON, DELAWARE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

---

[1] The Debtors and the last four digits of their respective federal taxpayer identification numbers are as follows: Open Road Films, LLC (4435-Del.); Open Road Releasing, LLC (4736-Del.); OR Productions LLC (5873-Del.); Briarcliff LLC (7304-Del.); Open Road International LLC (4109-Del.); and Empire Productions LLC (9375-Del.). The Debtors' address is 2049 Century Park East, 4th Floor, Los Angeles, CA 90067.

| | |
|---|---|
| Dated: Wilmington, Delaware<br>November 2, 2018 | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Derek C. Abbott*<br>Derek C. Abbott (No. 3376)<br>Matthew B. Harvey (No. 5186)<br>1201 North Market Street, 16th Floor<br>Wilmington, Delaware 19801<br>Telephone: (302) 658-9200<br>Facsimile: (302) 658-3989<br>Email: dabbott@mnat.com<br>          mharvey@mnat.com<br><br>-and-<br><br>LUSKIN, STERN & EISLER LLP<br>Richard Stern<br>Stephan E. Hornung<br>Eleven Times Square<br>New York, New York 10036<br>Telephone:  (212) 597-8200<br>Facsimile:  (212) 974-3205<br>Email:  luskin@lsellp.com<br>stern@lsellp.com<br>hornung@lsellp.com<br><br>*Counsel for Viacom International Inc.* |

12339684.1