# EXHIBIT A

[Outstanding Advertising Invoices]

| Advertising Type | Outstanding Amount |
|---|---|
| Linear Advertising: | $5,861,931.30 |
| Digital Advertising: | $150,000.00 |
| Total | $6,011,931.30 |

**OPEN ROAD FILMS OPEN AR - LINEAR**
As of 9/11/2018

| CoCd | Company Name | Advertiser | Brand | Invoice Date | Invoice Number | Network | Org. Inv Amt | Open Amount |
|---|---|---|---|---|---|---|---:|---:|
| 1302 | Viacom International Inc | OPEN ROAD FILMS | HOTEL ARTEMIS | 7/1/2018 | CC18060971 | CMC | 204,635.80 | 204,635.80 |
| 1302 | Viacom International Inc | OPEN ROAD FILMS | HOTEL ARTEMIS | 7/1/2018 | CC18060972 | CMC | 148,750.00 | 148,750.00 |
| 1302 | Viacom International Inc | OPEN ROAD FILMS | HOTEL ARTEMIS | 7/1/2018 | M118061005 | MTV | 70,731.05 | 70,731.05 |
| 1302 | Viacom International Inc | OPEN ROAD FILMS | HOTEL ARTEMIS | 7/1/2018 | V118061134 | VH1 | 78,103.95 | 78,103.95 |
| 1302 | Viacom International Inc | OPEN ROAD FILMS | HOTEL ARTEMIS | 6/10/2018 | NN18060031 | NAN | 54,897.25 | 54,897.25 |
| 1302 | Viacom International Inc | OPEN ROAD FILMS | HOTEL ARTEMIS | 5/27/2018 | NN18050461 | NAN | 93,852.75 | 93,852.75 |
| 1302 | Viacom International Inc | OPEN ROAD FILMS | HOTEL ARTEMIS | 5/27/2018 | CC18050577 | CMC | 92,864.20 | 92,864.20 |
| 1302 | Viacom International Inc | OPEN ROAD FILMS | HOTEL ARTEMIS | 5/27/2018 | V118050630 | VH1 | 70,646.05 | 70,646.05 |
| 1302 | Viacom International Inc | OPEN ROAD FILMS | HOTEL ARTEMIS | 5/27/2018 | M118050661 | MTV | 99,268.95 | 99,268.95 |
| 1302 | Viacom International Inc | OPEN ROAD FILMS | SHOW DOGS | 5/20/2018 | TN18050016 | N | 44,755.05 | 44,755.05 |
| 1302 | Viacom International Inc | OPEN ROAD FILMS | SHOW DOGS | 5/20/2018 | NN18050045 | NAN | 265,614.80 | 265,614.80 |
| 1302 | Viacom International Inc | OPEN ROAD FILMS | SHOW DOGS | 5/20/2018 | V118050084 | VH1 | 159,735.40 | 159,735.40 |
| 1302 | Viacom International Inc | OPEN ROAD FILMS | SHOW DOGS | 5/20/2018 | NK18050021 | NIC | 1,306,489.95 | 1,306,489.95 |
| 1302 | Viacom International Inc | OPEN ROAD FILMS | SHOW DOGS | 5/20/2018 | NT18050013 | NTO | 44,613.95 | 44,613.95 |
| 1302 | Viacom International Inc | OPEN ROAD FILMS | SHOW DOGS | 4/29/2018 | NK18040250 | NIC | 677,509.50 | 677,509.50 |
| 1302 | Viacom International Inc | OPEN ROAD FILMS | SHOW DOGS | 4/29/2018 | NT18040108 | NTO | 14,637.00 | 14,637.00 |
| 1302 | Viacom International Inc | OPEN ROAD FILMS | SHOW DOGS | 4/29/2018 | V118040559 | VH1 | 52,764.60 | 52,764.60 |
| 1302 | Viacom International Inc | OPEN ROAD FILMS | SHOW DOGS | 4/29/2018 | NN18040422 | NAN | 83,735.20 | 83,735.20 |
| 1302 | Viacom International Inc | OPEN ROAD FILMS | SHOW DOGS | 4/29/2018 | TN18040142 | N | 14,494.20 | 14,494.20 |
| 1302 | Viacom International Inc | OPEN ROAD FILMS | MIDNIGHT SUN | 4/1/2018 | NK18030481 | NIC | 17,926.50 | 17,926.50 |
| 1302 | Viacom International Inc | OPEN ROAD FILMS | MIDNIGHT SUN | 4/1/2018 | NK18030482 | NIC | 930,954.00 | 930,954.00 |
| 1302 | Viacom International Inc | OPEN ROAD FILMS | MIDNIGHT SUN | 4/1/2018 | M218030612 | MT2 | 7,721.40 | 7,721.40 |
| 1302 | Viacom International Inc | OPEN ROAD FILMS | MIDNIGHT SUN | 4/1/2018 | LG18030683 | LOG | 29,303.75 | 29,303.75 |
| 1302 | Viacom International Inc | OPEN ROAD FILMS | MIDNIGHT SUN | 4/1/2018 | NN18030863 | NAN | 236,118.95 | 236,118.95 |
| 1302 | Viacom International Inc | OPEN ROAD FILMS | MIDNIGHT SUN | 4/1/2018 | M118031010 | MTV | 340,000.00 | 340,000.00 |
| 1302 | Viacom International Inc | OPEN ROAD FILMS | MIDNIGHT SUN | 4/1/2018 | M118031011 | MTV | 93,432.00 | 93,432.00 |
| 1302 | Viacom International Inc | OPEN ROAD FILMS | MIDNIGHT SUN | 4/1/2018 | V118031152 | VH1 | 56,821.65 | 56,821.65 |
| 1302 | Viacom International Inc | OPEN ROAD FILMS | MIDNIGHT SUN | 4/1/2018 | TN18030310 | N | 140,920.65 | 140,920.65 |
| 1302 | Viacom International Inc | OPEN ROAD FILMS | SHOW DOGS | 3/25/2018 | NK18030170 | NIC | 595,000.00 | 595,000.00 |
| 1302 | Viacom International Inc | OPEN ROAD FILMS | MIDNIGHT SUN | 3/18/2018 | CC18030093 | CMC | 32,739.45 | 32,739.45 |
| 1302 | Viacom International Inc | OPEN ROAD FILMS | MIDNIGHT SUN | 3/18/2018 | TC18030086 | TVC | 10,537.45 | 10,537.45 |
| 1302 | Viacom International Inc | OPEN ROAD FILMS | MIDNIGHT SUN | 3/18/2018 | VC18030032 | VHR | 6,354.60 | 6,354.60 |
| 1302 | Viacom International Inc | OPEN ROAD FILMS | MIDNIGHT SUN | 3/4/2018 | TV18030017 | TVL | 24,115.35 | 24,115.35 |
| | | | | | | **Sub Total** | | **6,100,045.40** |
| | | | | | | **Credits** | | **238,114.10** |
| | | | | | | **Total Linear** | | **5,861,931.30** |

**OPEN ROAD FILMS OPEN AR - DIGITAL**
**As of 9/11/2018**

| CoCd | Company Name | Advertiser | Brand | Invoice Date | Network | Org. Inv Amt | Open Amount |
|---|---|---|---|---|---|---|---|
| 1302 | Viacom International Inc | OPEN ROAD FILMS | SHOW DOG | 4/30/2018 | NIC | 34,123.03 | 34,123.03 |
| 1302 | Viacom International Inc | OPEN ROAD FILMS | SHOW DOG | 4/30/2018 | NKM | 20,877.38 | 20,877.38 |
| 1302 | Viacom International Inc | OPEN ROAD FILMS | SHOW DOG | 5/31/2018 | NIC | 57,394.51 | 57,394.51 |
| 1302 | Viacom International Inc | OPEN ROAD FILMS | SHOW DOG | 5/31/2018 | NKM | 37,605.08 | 37,605.08 |
| | | | | | **Total Digital** | | **150,000.00** |