## **EXHIBIT B**

[Pre-Petition Payments Due Under Viacom License Agreements]

| Agreement | Film | Amount Due | Contractual Due Date |
|---|---|---|---|
| Viacom Media Networks Standard Acquisition Agreement Form dated October 10, 2013, as amended (Contract Nos. 2005, 2006, 2013) | "End of Watch" | $104,167 | August 15, 2018 |
| Viacom Media Networks Standard Acquisition Agreement Form dated October 10, 2013, as amended (Contract Nos. 2005, 2006, 2013) | "Machete Kills" | $45,046 | August 15, 2018 |
| Viacom Media Networks Program License Agreement dated March 8, 2013 (Contract No. 1993) | "Haunted House" | $174,727 | August 21, 2018 |
| **Total Pre-Petition Payments Due** | | **$323,940** | |