## EXHIBIT C

[Proposed Order]

## IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>OPEN ROAD FILMS, LLC, a Delaware<br>limited liability company, *et al.*,[4]<br><br>Debtors. | Chapter 11<br><br>Case No. 18-12012 (LSS)<br><br>(Jointly Administered) |

### ORDER GRANTING VIACOM INTERNATIONAL INC.'S MOTION
### FOR RELIEF FROM THE AUTOMATIC STAY TO PERMIT SETOFF UNDER
### SECTION 553 OF THE BANKRUPTCY CODE

Upon the motion (the "Motion") of Viacom International Inc (the "Viacom International") for relief from the automatic stay to permit setoff under section 553 of the Bankruptcy Code; and the Court finding that it has jurisdiction to consider the Motion; and finding adequate notice of such Motion having been given; and after notice and an opportunity for hearing, the Court having concluded that cause exists to grant the relief sought by Viacom International; it is hereby

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that the automatic stay is modified to permit Viacom International to effectuate the setoff of the Pre-Petition License Fees owed to debtor Open Road Films as of the Petition Date against the Prepetition Claim of Viacom International against Open Road Films in the Debtors' bankruptcy cases; and it is further

**ORDERED** that the fourteen day stay contemplated by Bankruptcy Rule 4001(a)(3) is hereby waived, and this Order shall become effective immediately upon its entry; and it is further

---

[4] The Debtors and the last four digits of their respective federal taxpayer identification numbers are as follows: Open Road Films, LLC (4435-Del.); Open Road Releasing, LLC (4736-Del.); OR Productions LLC (5873-Del.); Briarcliff LLC (7304-Del.); Open Road International LLC (4109-Del.); and Empire Productions LLC (9375-Del.). The Debtors' address is 2049 Century Park East, 4th Floor, Los Angeles, CA 90067.

**ORDERED**, that this Court shall retain jurisdiction over any and all matters arising from or related to the implementation or interpretation of this Order.

Dated: November __, 2018
    Wilmington, Delaware

_____
HONORABLE LAURIE SELBER SILVERSTEIN
UNITED STATES BANKRUPTCY JUDGE