**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>OPEN ROAD FILMS, LLC, a Delaware limited liability company, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 18-12012 (LSS)<br><br>(Jointly Administered)<br><br>**Ref. Docket Nos. 9, 160, 216, 217, and 239** |

**NOTICE OF (I) FILING OF (A) UPDATED SCHEDULE OF PURCHASED TITLES AND (B) STALKING HORSE BIDDER'S SCHEDULE OF AVAILABLE CONTRACTS DESIGNATED AS ASSUMED CONTRACTS, AND (II) EXTENSION OF DESIGNATION CUT-OFF DATE**

**PLEASE TAKE NOTICE THAT** on October 23, 2018, the above-captioned debtors and debtors (collectively, the "Debtors") and OR Acquisition Co, LLC (the "Stalking Horse Bidder") entered into that certain Asset Purchase Agreement, dated as of October 23, 2018 (the "Stalking Horse Agreement"),[2] for the sale of substantially all of the Debtors' assets.

**PLEASE TAKE FURTHER NOTICE THAT** attached hereto as **Exhibit A** is a copy of updated Schedule 1.1(b) to the Stalking Horse Agreement (the "Updated Schedule 1.1(b)").

**PLEASE TAKE FURTHER NOTICE THAT** attached hereto as **Exhibit B** is a schedule of the Available Contracts designated by the Stalking Horse Bidder, pursuant to Section

---

[1] The Debtors and the last four digits of their respective federal taxpayer identification numbers are as follows: Open Road Films, LLC (4435-Del.); Open Road Releasing, LLC (4736-Del.); OR Productions LLC (5873-Del.); Briarcliff LLC (7304-Del.); Open Road International LLC (4109-Del.); and Empire Productions LLC (9375-Del.). The Debtors' address is 2049 Century Park East, 4th Floor, Los Angeles, CA 90067.

[2] The Stalking Horse Agreement is attached to the *Notice of Filing of (I) Stalking Horse Agreement, (II) Summary of Proposed Bid Protections, and (III) Summary of Proposed Amendments to Bid Procedures Order* [Docket No. 216]. Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Stalking Horse Agreement.

2.8(a) of the Stalking Horse Agreement, as Assumed Contracts (the "<u>Schedule of Assumed Contracts</u>").[3]

**PLEASE TAKE FURTHER NOTICE THAT** that the Debtors and the Stalking Horse Bidder have extended the Designation Cut-Off Date under the Stalking Horse Agreement until November 6, 2018 at 3:00 p.m. (ET) (i) for all Available Contracts that are not identified on the Schedule of Assumed Contracts and (ii) as noted on the Updated Schedule 1.1(b).

**PLEASE TAKE FURTHER NOTICE THAT** all rights of the Debtors and the Stalking Horse Bidder under the Stalking Horse Agreement are reserved, including, without limitation, to amend, supplement or otherwise modify the Updated Schedule 1.1(b) and the Schedule of Assumed Contracts.

Dated: November 3, 2018

/s/ Robert F. Poppiti, Jr.
Michael R. Nestor, Esq. (Bar No. 3526)
Robert F. Poppiti, Jr., Esq. (Bar No. 5052)
Ian J. Bambrick, Esq. (Bar No. 5455)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square, 1000 North King Street
Wilmington, Delaware 19801
Tel: (302) 571-6600  Fax: (302) 571-1253

and

Michael L. Tuchin, Esq.
Jonathan M. Weiss, Esq.
Sasha M. Gurvitz, Esq.
KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 Avenue of the Stars, 39th Floor
Los Angeles, CA 90067
Tel: (310) 407-4000  Fax: (310) 407-9090

*Counsel to Debtors and Debtors in Possession*

---

[3] For the avoidance of any confusion or doubt, the numbers identified on the left-hand side of the Schedule of Assumed Contracts under the column titled "#" are ***not*** intended to correspond to the numbers identified on the left-hand side of the exhibits attached to the *Notice of Proposed Assumption and Assignment of Executory Contracts and Unexpired Leases* [Docket No. 172] and the *Notice of Filing of Schedule of Contracts With Amended Cure Amounts* [Docket No. 248] under the columns titled "#".

01:23818465.3