# **EXHIBIT A**

Updated Schedule 1.1(b)

## SCHEDULE 1.1(b)

## TITLES

**Purchased Titles**

1. [Killer Elite][1]
2. The Grey
3. [Silent House]
4. Hit & Run
5. End Of Watch
6. Silent Hill
7. A Haunted House
8. Side Effects
9. The Host
10. Jobs
11. Machete Kills
12. Homefront
13. Justin Bieber - Believe
14. The Nut Job
15. Sabotage
16. A Haunted House 2
17. [Chef]
18. The Fluffy Movie
19. Nightcrawler
20. Rosewater
21. [The Loft]
22. Little Boy
23. The Gunman
24. Dope
25. Rock The Kasbah
26. Spotlight
27. Fifty Shades Of Black
28. Triple Nine
29. Mother's Day
30. Gleason
31. Snowden
32. [Max Steel]
33. Bleed For This
34. Sleepless
35. [Collide]
36. Before I Fall
37. [Spark]
38. [The Promise]
39. The Nut Job 2
40. All I See Is You
41. [Home Again]
42. Marshall
43. Midnight Sun
44. Show Dogs
45. Hotel Artemis

---

[1] The Designation Cut-Off Date for the Contracts containing the Title Rights for the bracketed titles on this Schedule 1.1(b) has been extended to November 6, 2018 at 3:00 p.m. (ET).  This Schedule 1.1(b) is to be updated thereafter to remove any bracketed titles for which such Contracts are not designated by Buyer as Assumed Contracts.

**Guild Titles**

1. [Killer Elite]
2. The Grey
3. [Silent House]
4. Hit & Run
5. End Of Watch
6. Silent Hill
7. A Haunted House
8. Side Effects
9. The Host
10. Jobs
11. Machete Kills
12. Homefront
13. Justin Bieber - Believe
14. The Nut Job
15. Sabotage
16. A Haunted House 2
17. [Chef]
18. The Fluffy Movie
19. Nightcrawler
20. Rosewater
21. [The Loft]
22. Little Boy
23. The Gunman
24. Dope
25. Rock The Kasbah
26. Spotlight
27. Fifty Shades Of Black
28. Triple Nine
29. Mother's Day
30. Snowden
31. [Max Steel]
32. Bleed For This
33. Sleepless
34. [Collide]
35. Before I Fall
36. [Spark]
37. [The Promise]
38. The Nut Job 2
39. All I See Is You
40. [Home Again]
41. Marshall
42. Midnight Sun
43. Show Dogs
44. Hotel Artemis