UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In Re: Open Road Films, LLC, et. al. Debtor

Case No.: 18-12012 (LSS) (Jointly Administered)
Reporting Period: September 6, 2018 to September 30, 2018

## MONTHLY OPERATING REPORT

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached | Affidavit/ Supplement Attached |
|---|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | Yes | | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1A | Yes | | |
| Schedule of Professional Fees Paid | MOR-1B | Yes | | |
| Copies of bank statements | | No | | |
| Cash disbursements journals | | No | | |
| Statement of Operations | MOR-2 | Yes | | |
| Balance Sheet | MOR-3 | Yes | | |
| Status of Post-petition Taxes | MOR-4 | Yes | | |
| Copies of IRS Form 6123 or payment receipt | | No | | |
| Copies of tax returns filed during reporting period | | No | | |
| Summary of Unpaid Post-petition Debts | MOR-4 | Yes | | |
| Listing of aged accounts payable | MOR-4 | No | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | Yes | | |
| Debtor Questionnaire | MOR-5 | Yes | | |

### Global Notes:

This Monthly Operating Report ("MOR") has been prepared solely for the purpose of complying with the monthly reporting requirements applicable in this bankruptcy case. The financial information contained herein is unaudited, limited in scope and as discussed below, not prepared in accordance with accounting principles generally accepted in the United States of America ("US GAAP").

The results of operations contained herein are not necessarily indicative of the results which may be expected from any other period or for the full year and may not necessarily reflect the results of operations, financial position and schedule of receipts and disbursements in the future. The amounts in MOR 3 currently classified as liabilities subject to compromise may be subject to future change as the Debtor completes their analysis of pre and post-petition liabilities. The Debtor cautions readers not to place undue reliance upon the MOR. There can be no assurance that such information is complete and the MOR may be subject to revision.

The Debtor filed bankruptcy on Thursday September 6, 2018

**I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.**

_____
Signature of Debtor

_____
Date

_____
Signature of Joint Debtor

_____
Date

_____ [signature]
Signature of Authorized Individual*

11/2/18
Date

Amir Agam
Printed Name of Authorized Individual

Chief Restructing Officer
Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

## MOR-1: CONSOLIDATING SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

| | | 18-12012 Open Road Films, LLC | 18-12013 Open Road Releasing, LLC | 18-12014 OR Productions LLC | 18-12015 Briarcliff LLC | 18-12016 Open Road International LLC | 18-12017 Empire Productions LLC | MONTH TOTAL | CUMULATIVE FILING TO DATE |
|---|---|---|---|---|---|---|---|---|---|
| **Total Receipts** | [1,2] | $ 1,540,436 | $ - | $ - | $ - | $ - | $ - | $ 1,540,436 | $ 1,540,436 |
| Total Distribution Outflows | [1] | (220,573) | - | - | - | - | - | (220,573) | (220,573) |
| Minimum Guarantees | [2] | - | - | - | - | - | - | - | - |
| Total Participation Outflows | [2] | - | - | - | - | - | - | - | - |
| Total Personnel & Other Operating Outflows | | (286,358) | - | - | - | - | - | (286,358) | (286,358) |
| *Net Inflows/(Outflows) from Operations* | | *$ 1,033,504* | *$ -* | *$ -* | *$ -* | *$ -* | *$ -* | *$ 1,033,504* | *$ 1,033,504* |
| Total Banking Outflows | | (11,409) | - | - | - | - | - | (11,409) | (11,409) |
| Net Credit Facility Inflows/(Outflows) | | - | - | - | - | - | - | - | - |
| Total Restructuring Outflows | | (1,375) | - | - | - | - | - | (1,375) | (1,375) |
| *Net Inflows/(Outflows)* | | *$ 1,020,720* | *$ -* | *$ -* | *$ -* | *$ -* | *$ -* | *$ 1,020,720* | *$ 1,020,720* |
| Opening Available Cash Balance | | $ 2,974,239 | $ 25,000 | $ 243,018 | $ - | $ - | $ - | $ 3,242,257 | $ 3,242,257 |
| *Ending Available Cash Balance* | [3] | *$ 3,994,959* | *$ 25,000* | *$ 243,018* | *$ -* | *$ -* | *$ -* | *$ 4,262,977* | *$ 4,262,977* |
| Ending Restricted Cash Balance | [3] | $ 1,104,412 | $ - | $ - | $ - | $ 2,473,605 | $ - | $ 3,578,017 | $ 3,578,017 |
| *Total Disbursements (from Above)* | | *$ (519,716)* | *$ -* | *$ -* | *$ -* | *$ -* | *$ -* | *$ (519,716)* | *$ (519,716)* |
| Less: Transfers between Debtors | | - | - | - | - | - | - | - | - |
| Add: Third-Party Disbursements fbo Debtors | | - | - | - | - | - | - | - | - |
| *Total Disbursements (for UST Fees)* | | *$ (519,716)* | *$ -* | *$ -* | *$ -* | *$ -* | *$ -* | *$ (519,716)* | *$ (519,716)* |

[1] Total Receipts are shown on a gross basis.
[2] Amounts collected by the Debtor on behalf of producers and subsequently passed along to those producers, including international collections, are not included.
[3] Ending Available Cash Balance represents cash available to the Debtor as of the end of the Reporting Period. Available Cash variance from bank balances relate restricted cash held in XXXXXXX7030 ($317,849) and float ($26,217);
Variance from total cash balance relates to float in Restricted Cash accounts ($27,811).

In Re: Open Road Films, LLC, et. al. Debtor

Case No.: 18-12012 (LSS) (Jointly Administered)
Reporting Period: September 6, 2018 to September 30, 2018

## MOR 1A: BANK RECONCILIATION

| BANK NAME | ACCOUNT DESCRIPTION | ACCOUNT NUMBER | ENDING BALANCE [1] |
|---|---|---|---:|
| Bank of America | Collection Account (Open Road Main) | XXXXXX7030 | $ 4,259,118 |
| Bank of America | Sweep Account (Not In Use) | XXXXXX9652 | $ - |
| Bank of America | Disbursement Account | XXXXXX5975 | $ 79,608 |
| Bank of America | Open Road Productions Collection Account | XXXXXX1547 | $ 243,018 |
| Bank of America | Open Road International Collection Account (Show Dogs International) | XXXXXX1180 | $ - |
| Bank of America | Open Road International Collection Account (A.X.L. International) - [2] | XXXXXX1185 | $ 2,473,695 |
| Bank of America | Open Road Films Collection Account (A.X.L. Domestic) - [2] | XXXXXX5985 | $ 173 |
| Bank of America | Service Deal P&A Account - [2] | XXXXXX6710 | $ 105,370 |
| Bank of America | Service Deal P&A Account - [2] | XXXXXX3833 | $ 138,036 |
| Bank of America | Service Deal P&A Account | XXXXXX9701 | $ - |
| Bank of America | Service Deal P&A Account - [2] | XXXXXX9017 | $ 400,206 |
| Bank of America | Service Deal P&A Account - [2] | XXXXXX6056 | $ 23,562 |
| Bank of America | Service Deal P&A Account | XXXXXX0888 | $ - |
| Bank of America | Service Deal P&A Account - [2] | XXXXXX0179 | $ 147,237 |
| Bank of America | Not In Use | XXXXXX7035 | $ - |
| Bank of America | OR Releasing Operating Account | XXXXXX7073 | $ 25,000 |
| OneWest Bank (CIT) | Not In Use | XXXXXX0445 | $ - |

[1] Amounts presented in this schedule are the bank balances as of the end of the Reporting Period. The Debtors have completed bank reconciliations for the activity of the Reporting Period.
[2] Indicates a Restricted Cash Account. Some or all of the amounts in these accounts may be the property of a non-Debtor third party.

In Re: Open Road Films, LLC, et. al. Debtor  
Case No.: 18-12012 (LSS) (Jointly Administered)  
Reporting Period: September 6, 2018 to September 30, 2018

## MOR 1B: SCHEDULE OF PROFESSIONAL FEES AND EXPENSES PAID

| Payee | Period Covered | Amount Approved | Payer | Payment Wire | Payment Date | Amount Paid Fees | Amount Paid Expenses | Case-to-date Fees | Case-to-date Expenses |
|---|---|---|---|---|---|---|---|---|---|
| FTI Consulting, Inc. | No Payments in Period | | | | | | | | |
| Klee, Tuchin, Bogdanoff & Stern, LLP | No Payments in Period | | | | | | | | |
| Young Conaway Stargatt & Taylor, LLP | No Payments in Period | | | | | | | | |
| Donlin, Recano & Company, Inc. | No Payments in Period | | | | | | | | |
| Paul Hastings LLP | No Payments in Period | | | | | | | | |
| Berkeley Research Group, LLC | No Payments in Period | | | | | | | | |
| Pachulski Stang Ziehl & Jones LLP | No Payments in Period | | | | | | | | |
| Dundon Advisers LLC | No Payments in Period | | | | | | | | |

Note: The following professionals are holding retainers:

    A) FTI Consulting, Inc.: $94,867.37  
    B) Klee Tuchin, Bogdanoff & Stern, LLP: $253,047.92  
    C) Young Conaway Stargatt & Taylor, LLP: $77,206.50  
    D) Donlin, Recano & Company, Inc.: $50,000.00

In Re: Open Road Films, LLC, et. al. Debtor

Case No.: 18-12012 (LSS) (Jointly Administered)
Reporting Period: September 6, 2018 to September 30, 2018
Cumulative Period: September 6, 2018 to September 30, 2018

## MOR 2: STATEMENT OF OPERATIONS [1]

| Case No. Debtor | 18-12012 Open Road Films, LLC | 18-12013 Open Road Releasing, LLC | 18-12014 OR Productions LLC | 18-12015 Briarcliff LLC | 18-12016 Open Road International LLC | 18-12017 Empire Productions LLC | Consolidation | MONTH TOTAL | CUMULATIVE FILING TO DATE |
|---|---|---|---|---|---|---|---|---|---|
| **REVENUES** | | | | | | | | | |
| Operating Revenue [2] | $ 6,545,817 | - | - | - | $ 200,000 | - | - | $ 6,745,817 | $ 6,745,817 |
| **OPERATING EXPENSE** | | | | | | | | | |
| Cost of Revenue [3] | (2,792,454) | | | | 6,500 | | | (2,785,954) | (2,785,954) |
| Selling, General and Administrative Expense | (55,269) | | | | | | | (55,269) | (55,269) |
| Payroll and Benefits Expense | (438,992) | | | | | | | (438,992) | (438,992) |
| Non-Recurring Operating Costs - Other | - | | | | - | | | - | - |
| **OPERATING INCOME** | 3,259,102 | - | - | - | 206,500 | - | - | 3,465,602 | 3,465,602 |
| **OTHER OPERATING INCOME (EXPENSE)** | | | | | | | | | |
| Other Income (Expense) | - | | | | | | | - | - |
| Interest Income (Expense) | (665,108) | | | | | | | (665,108) | (665,108) |
| Taxes | - | | | | | | | - | - |
| Depreciation and amortization | (7,113) | | | | | | | (7,113) | (7,113) |
| NET OPERATING INCOME (EXPENSE) | 2,586,880 | - | - | - | 206,500 | - | - | 2,793,380 | 2,793,380 |
| Restructuring Costs [4] | (2,119,956) | | | | | | | (2,119,956) | (2,119,956) |
| **Net Profit (Loss)** | $ 466,924 | $ - | $ - | $ - | $ 206,500 | $ - | $ - | $ 673,424 | $ 673,424 |

Notes:

[1] The unaudited financial statements have been derived from the books and records of the Debtor. The information furnished in this report includes primarily normal recurring adjustments, but not all of the adjustments that would typically be made for the annual financial statements in accordance with US GAAP. Furthermore, the monthly financial information contained herein has not been subjected to the same level of accounting review and testing that the Debtor applies in the preparation of its annual financial information in accordance with US GAAP. Accordingly, upon the application of such procedures, the financial information may be subject to change and that these changes could be material.

[2] The $200,000 of operating revenue at Open Road International LLC relates to foreign sales which have traditionally been recognized at Open Road International. Film costs related to this film are amortized at Open Road Films, LLC.

[3] The $6,500 positive amount in Cost of Revenue for Open Road International, LLC reflects the reversal of an accrual in a prior period, which should have been accrued at Open Road Films, LLC.

[4] Restructuring Costs include an adjustment of known applied pre-petition amounts to retainer balances of restructuring professionals ($0.2M) and accruals for September Restructuring Costs estimated by the Debtors ($1.9M); actual September Restructuring Costs for certain professionals are not known at this time and may materially change this amount. As amounts become known, adjustments will be made in future months.

In Re: Open Road Films, LLC, et. al. Debtor

Case No.: 18-12012 (LSS) (Jointly Administered)
Reporting Period: September 6, 2018 to September 30, 2018

## MOR 3: BALANCE SHEETS

| Case No.<br>Debtor | 18-12012<br>Open Road Films, LLC | 18-12013<br>Open Road Releasing, LLC | 18-12014<br>OR Productions LLC | 18-12015<br>Briarcliff LLC | 18-12016<br>Open Road International LLC | 18-12017<br>Empire Productions LLC |
|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | |
| **CURRENT ASSETS** | | | | | | |
| Cash and cash equivalents | $ 3,994,959 | $ 25,000 | $ 243,018 | $ - | $ 2,473,605 | $ - |
| Restricted cash | 1,104,412 | - | - | - | - | - |
| Accounts receivable, net | 31,078,371 | - | - | - | 8,114,317 | - |
| Inventories, net | 1,116,847 | - | - | - | - | - |
| Prepaid expenses | 2,364,366 | - | - | - | - | - |
| Film Costs | 20,104,198 | - | 518,282 | - | 5,190,830 | 539,472 |
| TOTAL CURRENT ASSETS | 59,763,153 | 25,000 | 761,300 | - | 15,778,751 | 539,472 |
| Property and equipment, net [1] | 141,425 | - | - | - | - | - |
| Other Assets | 1,613,443 | - | - | - | - | - |
| **TOTAL ASSETS** | $ 61,518,021 | $ 25,000 | $ 761,300 | $ - | $ 15,778,751 | $ 539,472 |
| **LIABILITIES** [3] | | | | | | |
| *LIABILITIES NOT SUBJECT TO COMPROMISE (POST-PETITION)* | | | | | | |
| Accounts payable | $ 17,817 | $ - | $ - | $ - | $ - | $ - |
| Accrued salaries and benefits | 203,552 | - | - | - | - | - |
| Other accrued liabilities | - | - | - | - | - | - |
| TOTAL POST-PETITION LIABILITIES | $ 221,369 | - | - | - | - | - |
| *LIABILITIES SUBJECT TO COMPROMISE (PRE-PETITION)* | | | | | | |
| Accounts payable | $ 49,092,783 | $ - | $ - | $ - | $ - | $ - |
| Accrued salaries and benefits | - | - | - | - | - | - |
| Other accrued liabilities [3] | 72,388,225 | 48,242 | 858,581 | 4,331 | (18,062,079) | 542,538 |
| Notes payable [4] | 90,750,000 | - | - | - | - | - |
| Deferred Compensation | - | - | - | - | - | - |
| Deferred Revenue | 14,302,510 | - | - | - | 7,808,435 | - |
| TOTAL PRE-PETITION LIABILITIES | 226,533,517 | 48,242 | 858,581 | 4,331 | (10,253,645) | 542,538 |
| **TOTAL LIABILITIES** | 226,754,886 | 48,242 | 858,581 | 4,331 | (10,253,645) | 542,538 |
| **MEMBERS' EQUITY** | | | | | | |
| Members capital | 25,000,000 | - | - | - | - | - |
| Distribution | - | - | - | - | - | - |
| Accumulated Deficit | (190,236,865) | (23,242) | (97,281) | (4,331) | 26,032,396 | (3,067) |
| NET MEMBERS' EQUITY | (165,236,865) | (23,242) | (97,281) | (4,331) | 26,032,396 | (3,067) |
| **TOTAL LIABILITIES AND MEMBERS' EQUITY** | $ 61,518,021 | $ 25,000 | $ 761,300 | $ - | $ 15,778,751 | $ 539,472 |

Notes:
[1] The amounts listed for Property and Equipment are the book value of the assets net of depreciation; the Debtors have not analyzed the salvage value of any property and equipment.
[2] The Debtor is in the process of reviewing accounts payable and liabilities; therefore, these figures may be subject to change.
[3] The negative Other Accrued Liability for Open Road International, LLC is driven by an intercompany receivable with Open Road Films, LLC.
[4] As set forth in the Schedules of Assets and Liabilities filed by the Debtors, the collateral value for the Notes Payable is undetermined.

In Re: Open Road Films, LLC, et. al. Debtor

Case No.: 18-12012 (LSS) (Jointly Administered)
Reporting Period: September 6, 2018 to September 30, 2018

## MOR 4: SUMMARY OF UNPAID POST-PETITION DEBTS

| | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
|---|---|---|---|---|---|---|
| | | NUMBER OF DAYS PAST DUE | | | | |
| Accounts payable[1] | 17,817 | - | - | - | - | 17,817 |
| Accrued salaries and benefits[1] | 203,552 | - | - | - | - | 203,552 |
| Other accrued liabilities[1] | - | - | - | - | - | - |
| **TOTAL POST-PETITION LIABILITIES** | 221,369 | - | - | - | - | 221,369 |

[1] The Debtor is in the process of reviewing accounts payable and liabilities; therefore, these figures may be subject to change; the Debtors believe that they are current on all post-petition tax liabilities.

In Re: Open Road Films, LLC, et. al. Debtor  Case No.: 18-12012 (LSS) (Jointly Administered)
Reporting Period: September 6, 2018 to September 30, 2018

## MOR 5: ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation [1] | Amounts |
|---|---|
| Total Accounts Receivable at the beginning of the reporting period | N/A |
| + A/R recognized during the period | |
| - Amount transferred during the period (to deferred revenue) | |
| - Amount collected and applied to A/R during the period | |
| **Total Accounts receivable at the end of the reporting period** | |

| Accounts Receivable Aging | Amounts |
|---|---|
| Current | 38,868,748 |
| 0 - 30 days past due | 323,940 |
| 31 - 60 days past due | - |
| 61 - 90 days past due | - |
| Over 90 days past due | - |
| Total Accounts Receivable | 39,192,688 |
| Amount considered uncollectible (Bad Debts) | - |
| **Accounts Receivables** | **39,192,688** |

## MOR-5: DEBTOR QUESTIONNAIRE

| | | Yes | No |
|---|---|---|---|
| 1 | Have any assets been sold or transferred outside of the normal course of business this reporting period? If yes, provide an explanation below. | | X |
| 2 | Have any funds been disbursed from any account other than a debtor in possession account in this reporting period? If yes, provide an explanation below. [2] | X | |
| 3 | Have all post-petition tax returns been timing filed? If no, provide an explanation below. | X | |
| 4 | Are workers compensation, general liability and other necessary insurance coverages in effect? If no, please provide an explanation below. | X | |
| 5 | Has any bank account been opened during the reporting period? If yes, provide documentation identifying the opened account(s). (1) If any investment account has been opened, provide the required documentation pursuant to the Delaware Local Rule 4001-3. | | X |

[1] The Debtors are still finalizing their rollforward of accounts receivable and anticipate having this included in the next MOR.

[2] As described in the Debtors' Motion to Approve Use of Cash Collateral [Docket No. 6], the Debtors advance cash to certain non-Debtor affiliates in order to cover payroll and other operational expenses.