# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>OPEN ROAD FILMS, LLC, a Delaware limited liability company, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 18-12012 (LSS)<br><br>(Jointly Administered)<br><br>Re: D.I. 296, 298 |

## ORDER SHORTENING NOTICE OF MOTION OF VIACOM INTERNATIONAL INC. PURSUANT TO SECTIONS 362(d) AND 553 OF THE BANKRUPTCY CODE FOR RELIEF FROM THE STAY TO EFFECTUATE SETOFF

Upon the motion (the "Motion to Shorten"),[2] of Viacom International Inc. pursuant to sections 102(1) and 105 of the Bankruptcy Code, Bankruptcy Rule 9006 and Local Rule 9006-1(e), requesting an order shortening notice to allow the *Motion of Viacom International Inc. Pursuant to Sections 362(d) and 553 of the Bankruptcy Code for Relief from the Stay to Effectuate Setoff* (the "Motion for Relief from Stay") to be considered at the hearing scheduled for November 9, 2018 at 10:00 a.m. (ET); and the Court having jurisdiction to consider the Motion to Shorten and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Motion to Shorten and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper in this district pursuant to 28 U.S.C. § 1409(a); and due and proper notice of the Motion to Shorten having been provided to the parties listed therein and no adverse interest being affected; and after due deliberation and sufficient cause appearing therefor,

---

[1] The Debtors and the last four digits of their respective federal taxpayer identification numbers are as follows: Open Road Films, LLC (4435-Del.); Open Road Releasing, LLC (4736-Del.); OR Productions LLC (5873-Del.); Briarcliff LLC (7304-Del.); Open Road International LLC (4109-Del.); and Empire Productions LLC (9375-Del.). The Debtors' address is 2049 Century Park East, 4th Floor, Los Angeles, CA 90067.

Case 18-12012-LSS    Doc 308    Filed 11/05/18    Page 2 of 2

IT IS HEREBY ORDERED THAT:

1. The Motion to Shorten is **GRANTED** as set forth herein.

2. The Motion for Relief from Stay will be considered at the hearing on and/or after **November 9, 2018 at 10:00 a.m. (ET)** (the "Sale Hearing") in conjunction with the Sale Motion.

3. Objections, if any, to the Motion for Relief from Stay shall be filed on or before **4:00 p.m. (ET) on November 8, 2018**.

4. This Court retains jurisdiction to construe and enforce the terms of this Order.

Dated: November 5, 2018
Wilmington, Delaware

_____
THE HONORABLE LAURIE SELBER SILVERSTEIN
UNITED STATES BANKRUPTCY JUDGE

---

[2] Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Motion to Shorten.

2