**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| OPEN ROAD FILMS, LLC, a Delaware | ) | Case No. 18-12012 (LSS) |
| limited liability company, *et al.*,[1] | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Hearing Date:** |
| | ) | **November 9, 2018 at 10:00 a.m. (ET)** |
| | ) | |
| | ) | **Objection Deadline:** |
| | ) | **At or before the Hearing Date** |
| | ) | |
| | ) | **Re: Docket Nos. 9, 166, 256 & 316** |

**NOTICE OF MOTION OF SHOWTIME NETWORKS INC. FOR ENTRY
OF AN ORDER AUTHORIZING SHOWTIME NETWORKS INC.
TO FILE UNDER SEAL THE LIMITED OBJECTION AND RESERVATION
OF RIGHTS OF SHOWTIME NETWORKS INC. TO PROPOSED SALE
FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES AND
OTHER INTERESTS**

PLEASE TAKE NOTICE that on November 6, 2018, Showtime Networks Inc., filed the **Motion Of Showtime Networks Inc. For Entry Of An Order Authorizing Showtime Networks Inc. To File Under Seal The Limited Objection And Reservation Of Rights Of Showtime Networks Inc. To Proposed Sale Free And Clear Of All Liens, Claims, Encumbrances And Other Interests** (the "Motion").

PLEASE TAKE FURTHER NOTICE that responses, if any, to the Motion, must: (a) be filed with the Clerk of the Bankruptcy Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **November 9, 2018 at 10:00 a.m. (ET)** (the "Response Deadline"); and (b) be served so as to be received by the undersigned counsel on or before the Response Deadline.

PLEASE TAKE FURTHER NOTICE THAT A HEARING ON THE MOTION WILL BE HELD ON **NOVEMBER 9, 2018 AT 10:00 A.M. (ET)** BEFORE THE

---

[1]     The Debtors and the last four digits of their respective federal taxpayer identification numbers are as follows: Open Road Films, LLC (4435-Del.); Open Road Releasing, LLC (4736-Del.); OR Productions LLC (5873-Del.); Briarcliff LLC (7304-Del.); Open Road International LLC (4109-Del.); and Empire Productions LLC (9375-Del.). The Debtors' address is 2049 Century Park East, 4th Floor, Los Angeles, CA 90067.

HONORABLE LAURIE SELBER SILVERSTEIN AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, 6TH FLOOR, COURTROOM #2, WILMINGTON, DELAWARE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

| | |
|---|---|
| Dated:  November 6, 2018<br>Wilmington, Delaware | **MORRIS, NICHOLS, ARSHT & TUNNELL LLP** |
| | /s/ *Derek C. Abbott* |
| | Derek C. Abbott (No. 3376)<br>1201 N. Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>Telephone:    (302) 658-9200<br>Fax:             (302) 658-3989<br>E-mail:        dabbott@mnat.com |

12345098.1