## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| OPEN ROAD FILMS, LLC, a Delaware limited liability company, *et al.*, | Case No. 18-12012 (LSS) |
| Debtors. | (Jointly Administered) |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the attached certification, the undersigned counsel moves the admission *pro hac vice* of Paul J. Laurin to represent BBG Home Again LLC in this matter.

Dated: November 5, 2018

BARNES & THORNBURG LLP

/s/ Kevin G. Collins
David M. Powlen (DE Bar No. 4978)
Kevin G. Collins (DE Bar No. 5149)
1000 N. West Street, Suite 1500
Wilmington, DE 19801
Telephone: (302) 300-3434
Facsimile: (302) 300-3456
Email: david.powlen@btlaw.com
Email: kevin.collins@btlaw.com

and

Paul J. Laurin
Jonathan Wight
2029 Century Park E, Suite 300
Los Angeles, CA 90067
Telephone: (310) 284-3785
Email: plaurin@btlaw.com
Email: jwight@btlaw.com

*Counsel to BBG Home Again LLC*

### ORDER GRANTING MOTION

**IT IS HEREBY ORDERED** counsel's motion for admission *pro hac vice* is granted.

_____
**LAURIE SELBER SILVERSTEIN**
**UNITED STATES BANKRUPTCY JUDGE**

Dated: Nov. 6, 2018

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

      Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised August 31, 2016. I further certify that the annual fee of $25.00 will be submitted to the Clerk of the Court for the District Court.

Dated: November 5, 2018                  /s/ *Paul J. Laurin*
                                            Paul J. Laurin
                                            Barnes & Thornburg LLP
                                            2029 Century Park East, Suite 300
                                            Los Angeles, CA 90067
                                            Tel: (310) 284-3785
                                            Fax: (310) 284-3894
                                            Email: paul.laurin@btlaw.com