**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| In re:<br><br>OPEN ROAD FILMS, LLC, a Delaware limited liability company, *et al.*[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 18-12012 (LSS)<br><br>(Jointly Administered)<br><br>**Ref. No.'s 187 & 292** |
|---|---|

**CERTIFICATION OF COUNSEL REGARDING PROPOSED ORDER GRANTING RICHARD DUTCHER'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

I, Ann M. Kashishian, Delaware counsel to Richard Dutcher ("**Movant**") in the above-captioned cases, hereby certify as follows:

1. On October 19, 2018, Movant filed *Richard Dutcher's Motion for Relief from the Automatic Stay* (the "**Stay Relief Motion**") [D.I. 187].

2. Objections to the Stay Relief Motion were due on November 2, 2018, and the Stay Relief Motion was scheduled for a hearing before this Court on November 9, 2018 at 10:00 a.m. (EST) (*see* D.I. 195].

3. The above-captioned debtors (the "**Debtors**") then filed the *Debtors' Limited Objection to Richard Dutcher's Motion for Relief from the Automatic Stay* (the "**Limited Objection**") [D.I. 292] on November 2, 2018.

4. No other parties objected to the Stay Relief Motion.

5. Movant and the Debtors subsequently resolved all disputes relating to the Stay Relief Motion and the Limited Objection through a revised proposed order granting the Stay Relief Motion (the "**Revised Proposed Order**"), attached hereto as **Exhibit A**.

---

[1] The Debtors and the last four digits of their respective federal taxpayer identification numbers are as follows: Open Road Films, LLC (4435-Del.); Open Road Releasing, LLC (4736-Del.); OR Productions LLC (5873-Del.); Briarcliff LLC (7304-Del.); Open Road International LLC (4109-Del.); and Empire Productions LLC (9375-Del.). The Debtors' address is 2049 Century Park East, 4th Floor, Los Angeles, CA 90067.

WHEREFORE, Movant respectfully requests that the Court enter the Revised Proposed Order at its earliest convenience without further notice or hearing.

Dated: November 6, 2018                    **KASHISHIAN LAW LLC,**

*/s/ Ann M. Kashishian*
Ann M. Kashishian (DE Bar No. 5622)
501 Silverside Road
Wilmington, DE  19809
T. (484) 302-8417
F. (484) 930-0091
E. amk@kashishianlaw.com

*Counsel to Richard Dutcher*