# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>OPEN ROAD FILMS, LLC, a Delaware limited liability company, *et al*.[1]<br><br>         Debtors. | Case No. 18-12012 (LSS)<br><br>(Jointly Administered) |

### CERTIFICATE OF SERVICE

I, Ann M. Kashishian, Esquire, hereby certify that on November 6, 2018, I caused a copy of the foregoing *Certification of Counsel Regarding Proposed Order Granting Richard Dutcher's Motion for Relief from the Automatic Stay* to be served electronically with the Court and served through the Court's CM/ECF system upon all registered electronic filers appearing in this case who consented to electronic service and via first class mail on the parties on the attached service list.

KASHISHIAN LAW LLC,

*/s/ Ann M. Kashishian*
Ann M. Kashishian (DE Bar No. 5622)
501 Silverside Road
Wilmington, DE 19809
T. (484) 302-8417
F. (484) 930-0091
Dated: November 6, 2018         E. amk@kashishianlaw.com

*Counsel to Richard Dutcher*

---

[1] The Debtors and the last four digits of their respective federal taxpayer identification numbers are as follows: Open Road Films, LLC (4435-Del.); Open Road Releasing, LLC (4736-Del.); OR Productions LLC (5873-Del.); Briarcliff LLC (7304-Del.); Open Road International LLC (4109-Del.); and Empire Productions LLC (9375-Del.). The Debtors' address is 2049 Century Park East, 4th Floor, Los Angeles, CA 90067.

**Service List**

| | | |
|---|---|---|
| Directors Guild of America, Inc., Motion Picture Industry Pension & Health Plans, Screen Actors Guild - American Federation of Television & Radio Artists, Screen Actors Guild-Producers Pension & Health Plans, Writers Guild Pension Plan and Industry Health Fund, and Writers Guild of America, West, Inc. c/o David E Ahdoot Bush Gottlieb 801 North Brand Boulevard Suite 950 Glendale, CA 91203 | 2.9 Distribution Ltd. & 2.9 Film Holding Ltd. c/o Keith P. Banner & Brian L. Davidoff Greenberg Glusker Fields Claman & Machti 1900 Avenue of the Stars 21st Floor Los Angeles, CA 90067 | Entertainment One Films Canada Inc. and certain of its affiliates c/o Lauren Blaiwais & Emily Harris 134 Peter Street, Suite 700 Toronto, M5V 2H2 |
| Official Committee of Unsecured Creditors c/o Jeffrey W. Dulberg, Scott L. Hazan, & Debra Grassgreen Pachulski Stang Ziehl & Jones LLP 10100 Santa Monica Blvd. 13th Floor Los Angeles, CA 90067-4100 | American Multi-Cinema, Inc. aka AMC Theatres c/o Michael D. Fielding Husch Blackwell LLP 4801 Main Street, Suite 1000 Kansas City, MO 64112 | MUFG Union Bank, N.A. c/o Jennifer C. Hagle Sidley Austin LLP 555 West Fifth Street Los Angeles, CA 90013 |
| Bank Leumi, USA & Universal Studios Home Entertainment LLC c/o Marsha A. Houston & Christopher O. Rivas Reed Smith LLP 355 South Grand Ave, Suite 2900 Los Angeles, CA 90071 | Directors Guild of America, Inc., Directors Guild of America, Inc. - Producer Pension and Health Plans, Motion Picture Industry Pension & Health Plans, Screen Actors Guild - American Federation of Television & Radio Artists, Screen Actors Guild-Producers Pension & Health Plans, and Writers Guild Pension Plan and Industry Health Fund, Writers Guild of America, West, Inc. c/o Kiel Ireland, Kirk Prestegard, & Joseph A. Kohanski | Studiocanal S.A.S. c/o Kathy A. Jorrie Pillsbury Winthrop Shaw Pittman LLP 725 South Figueroa Street, Suite 2800 Los Angeles, CA 90017-5406 |

|  | Bush Gottlieb<br>801 North Brand Boulevard<br>Suite 950<br>Glendale, CA 91203 |  |
|---|---|---|
| City National Bank & Netflix, Inc.<br>c/o Lance Jurich<br>Loeb & Loeb LLP<br>10100 Santa Monica Blvd.<br>Los Angeles, CA 90067 | Comerica Bank, a Texas banking association<br>c/o Kerri A Lyman<br>Irell & Manella LLP<br>840 Newport Center Drive<br>Suite 400<br>Newport Beach, CA 92660 | Kasima, LLC<br>c/o Michael Politi<br>100 Enterprise Drive<br>Suite 505<br>Rockaway, NJ 07866 |
| BBG Home Again LLC<br>c/o David Powlen<br>Barnes & Thornburg LLP<br>1000 North West Street<br>Suite 1200<br>Wilmington, DE 19801 | Bank Leumi, USA<br>c/o Michael Sherman<br>REED SMITH LLP<br>1901 Avenue of the Stars, Suite 700<br>Los Angeles, CA 90067-6078 | BLT Communications, LLC<br>c/o Jeffrey Slott<br>Law Offices of Jeffrey A. Slott<br>15760 Ventura Blvd. #1600<br>Encino, CA 91436 |
| East West Bank<br>c/o David Staber<br>Akin Gump Strauss Hauer & Feld LLP<br>1700 Pacific Avenue<br>Suite 4100<br>Dallas, TX 75201 | Bank of America, N.A.<br>Andrew Tenzer<br>Paul Hastings, LLP<br>75 East 55th Street<br>New York, NY 10022 | MUFG Union Bank, N.A.<br>c/o Annie Wallis, Esq.<br>One South Dearborn<br>Chicago, IL 60603 |
| BBG Home Again LLC<br>c/o Jonathan Wight<br>Barnes & Thornburg LLP<br>2029 Century Park East<br>Suite 300<br>Los Angeles, CA 90067 |  |  |