## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>OPEN ROAD FILMS, LLC, a Delaware limited liability company, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 18-12012 (LSS)<br><br>(Jointly Administered) |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                    ) ss:
COUNTY OF KINGS     )

I, Sung Kim, declare:

1. I am over the age of 18 years and not a party to these chapter 11 cases.

2. I am employed by Donlin, Recano & Company, Inc. ("DRC"), 6201 15th Avenue, Brooklyn, NY 11219.

3. On the 1st day of November, 2018, at my direction and under my supervision, employees of DRC caused to serve the *Second Monthly Application of Young Conaway Stargatt & Taylor, LLP for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period from October 1, 2018 Through October 28, 2018* (Dkt. No. 263) via Electronic Mail upon the parties as set forth on Exhibit 1; and via First Class US Mail upon the parties as set forth on Exhibit 2, attached hereto.

I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge. Executed this 5th day of November, 2018, Brooklyn, New York.

*/s/ Sung Jae Kim*
Sung Kim

Sworn before me this
5th day of November, 2018

*/s/ Notary Public*
Notary Public

Jungwoo Song
Notary Public, State of New York
No. 02SO6231374
Qualified in Kings County
Commission Expires; Nov. 22, 2018

---

[1] The Debtors and the last four digits of their respective federal taxpayer identification numbers are as follows: Open Road Films, LLC (4435-Del.); Open Road Releasing, LLC (4736-Del.); OR Productions LLC (5873-Del.); Briarcliff LLC (7304-Del.); Open Road International LLC (4109-Del.); and Empire Productions LLC (9375-Del.). The Debtors' address is 2049 Century Park East, 4th Floor, Los Angeles, CA 90067.

**EXHIBIT 1**

# Open Road Films, LLC, et al.
## Electronic Mail
## Exhibit Page

Page # : 1 of 1                                                                                       11/01/2018 05:39:51 PM

| | | | |
|---|---|---|---|
| 000105P002-1400S-043<br>ASHBY & GEDDES, P.A.<br>WILLIAM P BOWDEN, ESQ<br>500 DELAWARE AVE<br>8TH FLOOR<br>WILMINGTON DE 19801-1150<br>WBOWDEN@ASHBYGEDDES.COM | 000001P001-1400S-043<br>KLEE, TUCHIN, BOGDANOFF & STERN LLP<br>JONATHAN M. WEISS<br>1999 AVENUE OF THE STARS<br>39TH FLOOR<br>LOS ANGELES CA 90067-6049<br>JWEISS@KTBSLAW.COM | 000003P002-1400S-043<br>KLEE, TUCHIN, BOGDANOFF & STERN LLP<br>MICHAEL L. TUCHIN<br>1999 AVENUE OF THE STARS<br>39TH FLOOR<br>LOS ANGELES CA 90067-6049<br>MTUCHIN@KTBSLAW.COM | 000132P001-1400S-043<br>PACHULSKI STANG ZIEHL & JONES LLP<br>COLIN R ROBINSON, ESQ<br>919 N MARKET ST, 17TH FLOOR<br>WILMINGTON DE 19801<br>CROBINSON@PSZJLAW.COM |
| 000131P001-1400S-043<br>PACHULSKI STANG ZIEHL & JONES LLP<br>ROBERT J FEINSTEIN;SCOTT L HAZAN<br>780 THIRD AVE, 34TH FLOOR<br>NEW YORK NY 10017<br>RFEINSTEIN@PSZJLAW.COM | 000131P001-1400S-043<br>PACHULSKI STANG ZIEHL & JONES LLP<br>ROBERT J FEINSTEIN;SCOTT L HAZAN<br>780 THIRD AVE, 34TH FLOOR<br>NEW YORK NY 10017<br>SHAZAN@PSZJLAW.COM | 000016P001-1400S-043<br>PAUL HASTINGS LLP<br>ANDREW V. TENZER<br>200 PARK AVENUE<br>NEW YORK NY 10166<br>ANDREWTENZER@PAULHASTINGS.COM | 000015P001-1400S-043<br>PAUL HASTINGS LLP<br>SUSAN WILLIAMS<br>1999 AVENUE OF THE STARS<br>27TH FLOOR<br>LOS ANGELES CA 90067<br>SUSANWILLIAMS@PAULHASTINGS.COM |
| 000102P001-1400S-043<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>MICHAEL R. NESTOR<br>RODNEY SQUARE<br>1000 NORTH KING STREET<br>WILMINGTON DE 19801<br>MNESTOR@YCST.COM | 000104P001-1400S-043<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>ROBERT F. POPPITI, JR.<br>RODNEY SQUARE<br>1000 NORTH KING STREET<br>WILMINGTON DE 19801<br>RPOPPITI@YCST.COM | | |

Records Printed :    10

**EXHIBIT 2**

# Open Road Films, LLC, et al.
## Exhibit Page

Page # : 1 of 1                                                                                            11/01/2018 05:39:35 PM

| | | | |
|---|---|---|---|
| 000105P002-1400S-043<br>ASHBY & GEDDES, P.A.<br>WILLIAM P BOWDEN, ESQ<br>500 DELAWARE AVE<br>8TH FLOOR<br>WILMINGTON DE 19801-1150 | 000001P001-1400S-043<br>KLEE, TUCHIN, BOGDANOFF & STERN LLP<br>JONATHAN M. WEISS<br>1999 AVENUE OF THE STARS<br>39TH FLOOR<br>LOS ANGELES CA 90067-6049 | 000003P002-1400S-043<br>KLEE, TUCHIN, BOGDANOFF & STERN LLP<br>MICHAEL L. TUCHIN<br>1999 AVENUE OF THE STARS<br>39TH FLOOR<br>LOS ANGELES CA 90067-6049 | 000006P002-1400S-043<br>OFFICE OF THE U.S. TRUSTEE<br>LINDA RICHENDERFER<br>844 KING STREET<br>SUITE 2207<br>WILMINGTON DE 19801 |
| 000131P001-1400S-043<br>PACHULSKI STANG ZIEHL & JONES LLP<br>ROBERT J FEINSTEIN;SCOTT L HAZAN<br>780 THIRD AVE, 34TH FLOOR<br>NEW YORK NY 10017 | 000132P001-1400S-043<br>PACHULSKI STANG ZIEHL & JONES LLP<br>COLIN R ROBINSON, ESQ<br>919 N MARKET ST, 17TH FLOOR<br>WILMINGTON DE 19801 | 000015P001-1400S-043<br>PAUL HASTINGS LLP<br>SUSAN WILLIAMS<br>1999 AVENUE OF THE STARS<br>27TH FLOOR<br>LOS ANGELES CA 90067 | 000016P001-1400S-043<br>PAUL HASTINGS LLP<br>ANDREW V. TENZER<br>200 PARK AVENUE<br>NEW YORK NY 10166 |
| 000102P001-1400S-043<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>MICHAEL R. NESTOR<br>RODNEY SQUARE<br>1000 NORTH KING STREET<br>WILMINGTON DE 19801 | 000104P001-1400S-043<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>ROBERT F. POPPITI, JR.<br>RODNEY SQUARE<br>1000 NORTH KING STREET<br>WILMINGTON DE 19801 | | |

Records Printed :   10