**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| In re:<br><br>OPEN ROADS FILMS, LLC, a Delaware Limited Liability Company, et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 18-12012 (LSS)<br>(Jointly Administered) |
|---|---|

# EXHIBITS A - X

# (FILED UNDER SEAL)

# REDACTED IN ENTIRETY