# Exhibit A

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>OPEN ROAD FILMS, LLC, a Delaware Limited Liability Company, et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 18-12012 (LSS)<br>(Jointly Administered) |

**[PROPOSED] ORDER GRANTING ENDGAMES' MOTION TO FILE UNDER SEAL CERTAIN EXHIBITS TO THE DECLARATION OF JAMES D. STERN IN SUPPORT OF ENDGAMES' OBJECTION TO THE SALE MOTION**

Upon consideration of the motion (the "Motion")[1] of Endgame for entry of an order, pursuant to sections 105(a) and 107(b) of the Bankruptcy Code, Bankruptcy Rule 9018, and Local Rule 9018-1, authorizing Endgame to file under seal certain exhibits (the "Confidential Exhibits") appended to the Stern Declaration; the Court having found that due and proper notice of the Motion was provided under the particular circumstances and that no other or further notice need be provided; and the Court having determined that the legal and factual bases set forth in the Motion and at the hearing establish just cause for the relief granted herein,

**IT IS HEREBY ORDERED** as follows:

1. The Motion is GRANTED as set forth herein.

2. Endgame is authorized to file the unredacted Confidential Exhibits under seal.

3. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

4. Endgame is authorized to take all actions necessary to effectuate the relief granted in this Order.

---

[1] Capitalized terms not otherwise defined herein shall have the same definitions set forth in the Motion.

2

5. This Court shall retain jurisdiction with respect to any and all matters arising from or related to the implementation or interpretation of this Order.