**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| OPEN ROAD FILMS LLC, a Delaware limited liability company, *et al.*, | ) ) ) ) | Case No. 18-12012 (LSS) |
|  | ) | (Jointly Administered) |
| Debtors. | ) ) |  |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Andrew M. Parlen to represent Spotlight Film, LLC in this action.

KLEHR HARRISON HARVEY BRANZBURG LLP

*/s/ Michael W. Yurkewicz*
Michael W. Yurkewicz (DE Bar No. 4165)
919 Market Street, Suite 1000
Wilmington, Delaware 19801
Telephone: (302) 426-1189
Email: myurkewicz@klehr.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State California, the Bar of the State of New York, and the Bar of the District of Columbia and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/31/2016. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

*/s/ Andrew M. Parlen*
Andrew M. Parlen
**LATHAM & WATKINS LLP**
885 Third Avenue
New York, New York, 10022
Telephone: (212) 906-1200
Email: Andrew.parlen@lw.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

**Dated: November 9th, 2018**
**Wilmington, Delaware**

**LAURIE SELBER SILVERSTEIN**
**UNITED STATES BANKRUPTCY JUDGE**

PHIL1 7356325v.1