IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>OPEN ROAD FILMS, LLC, a Delaware limited liability company, *et al.*,[1]<br><br>                Debtors. | Chapter 11<br><br>Case No. 18-12012 (LSS)<br><br>(Jointly Administered)<br><br>**Re: D.I. 296** |

**CERTIFICATION OF COUNSEL IN SUPPORT OF ENTRY OF AN
ORDER GRANTING VIACOM INTERNATIONAL INC.'S MOTION
FOR RELIEF FROM THE AUTOMATIC STAY TO PERMIT SETOFF
UNDER SECTION 553 OF THE BANKRUPTCY CODE**

      The undersigned counsel for Viacom International Inc. ("Viacom International") hereby certifies as follows:

      1.    On November 2, 2018, Viacom International filed the *Motion of Viacom International Inc. Pursuant to Sections 362(d) and 553 of the Bankruptcy Code for Relief from the Automatic Stay to Effectuate Setoff* (D.I. 296) (the "Motion for Relief from Stay")[2] seeking relief from the automatic stay to allow Viacom International to effectuate its setoff rights against debtor Open Road Films, LLC ("Open Road Films") prior to the closing of any sale.

      2.    Pursuant to the proposed form of order attached hereto as **Exhibit A**, Viacom International and Open Road Films have agreed to modify the automatic stay to permit Viacom International to effectuate the setoff of Prepetition License Fees owed to Open Road Films in the

---

[1] The Debtors and the last four digits of their respective federal taxpayer identification numbers are as follows: Open Road Films, LLC (4435-Del.); Open Road Releasing, LLC (4736-Del.); OR Productions LLC (5873-Del.); Briarcliff LLC (7304-Del.); Open Road International LLC (4109-Del.); and Empire Productions LLC (9375-Del.).  The Debtors' address is 2049 Century Park East, 4th Floor, Los Angeles, CA 90067.

[2] Capitalized but undefined terms used herein shall have the meaning ascribed to them in the Motion for Relief from Stay.

amount of $315,000 against the Prepetition Claim of Viacom International against Open Road Films in the Debtors' bankruptcy cases.

3. The deadline for objections to the relief requested in the Motion for Relief from Stay was 4:00 p.m. (ET) on November 8, 2018. Viacom International received no other objections or responses to the Motion for Relief from Stay.

WHEREFORE, Viacom International respectfully requests that the Court enter the proposed order attached hereto as **Exhibit A** at its earliest convenience.

Dated: Wilmington, Delaware
November 9, 2018

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Derek C. Abbott
Derek C. Abbott (No. 3376)
Matthew B. Harvey (No. 5186)
1201 North Market Street, 16th Floor
Wilmington, Delaware 19801
Telephone: (302) 658-9200
Facsimile: (302) 658-3989
Email: dabbott@mnat.com
         mharvey@mnat.com

-and-

LUSKIN, STERN & EISLER LLP
Richard Stern
Stephan E. Hornung
Eleven Times Square
New York, New York 10036
Telephone: (212) 597-8200
Facsimile: (212) 974-3205
Email: luskin@lsellp.com
stern@lsellp.com
hornung@lsellp.com

*Counsel for Viacom International Inc.*