## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re | Chapter 11 |
| OPEN ROAD FILMS, LLC, a Delaware limited liability company, *et al*.,[1] | Case No.:  18-12012 (LSS) |
|  | (Jointly Administered) |
| Debtors. | **Ref. Docket No. 300 and 330** |

## NOTICE OF FURTHER EXTENSION OF
## DESIGNATION CUT-OFF DATE

**PLEASE TAKE NOTICE** that, on November 3, 2018, the above-captioned debtors and debtors in possession (the "Debtors") filed the *Notice of (I) Filing of (A) Updated Schedule of Purchased Titles and (B) Stalking Horse Bidder's Schedule of Available Contracts Designated as Assumed Contracts, and (II) Extension of Designation Cut-Off Date* [Docket No. 300] (the "Designation Notice").

**PLEASE TAKE FURTHER NOTICE** that, on November 6, 2018, the Debtors filed the *Notice of (I) Adjourned (A) Omnibus Hearing and (B) Sale Hearing, and (II) Further Extension of Designation Cut-Off Date* [Docket No. 330] (the "Designation Extension Notice") that, among other things, extended the Designation Cut-Off Date[2] under the Stalking Horse Agreement from November 6, 2018 at 3:00 p.m. (ET), until November 9, 2018 at 5:00 p.m. (ET), (i) for all Available Contracts that are not identified on the Schedule of Assumed Contracts (as defined in the Designation Notice) and (ii) for the Contracts containing the Title Rights for the bracketed titles on the Updated Schedule 1.1(b) (as defined in the Designation Notice) (the "Designation Extension Contracts").

**PLEASE TAKE FURTHER NOTICE** that, subsequent to the filing of the Designation Extension Notice, the Debtors and the Stalking Horse Bidder again extended the Designation Cut-Off Date under the Stalking Horse Agreement from November 9, 2018 at 5:00 p.m. (ET) until November 13, 2018 at 3:00 p.m. (ET) for the Designation Extension Contracts.

---

[1]  The Debtors and the last four digits of their respective federal taxpayer identification numbers are as follows: Open Road Films, LLC (4435-Del.); Open Road Releasing, LLC (4736-Del.); OR Productions LLC (5873-Del.); Briarcliff LLC (7304-Del.); Open Road International LLC (4109-Del.); and Empire Productions LLC (9375-Del.). The Debtors' address is 2049 Century Park East, 4th Floor, Los Angeles, CA 90067.

[2]  On October 23, 2018, the Debtors and OR Acquisition Co, LLC (the "Stalking Horse Bidder") entered into that certain Asset Purchase Agreement, dated as of October 23, 2018 (the "Stalking Horse Agreement"), for the sale of substantially all of the Debtors' assets.  The Stalking Horse Agreement is attached to the *Notice of Filing of (I) Stalking Horse Agreement, (II) Summary of Proposed Bid Protections, and (III) Summary of Proposed Amendments to Bid Procedures Order* [Docket No. 216].  Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Stalking Horse Agreement.

Dated:  November 9, 2018

*/s/ Ian J. Bambrick*
Michael R. Nestor, Esq. (Bar No. 3526)
Robert F. Poppiti, Jr., Esq. (Bar No. 5052)
Ian J. Bambrick, Esq. (Bar No. 5455)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Tel:    (302) 571-6600
Fax:    (302) 571-1253

and

Michael L. Tuchin, Esq.
Jonathan M. Weiss, Esq.
Sasha M. Gurvitz, Esq.
KLEE, TUCHIN, BOGDANOFF & STERN  LLP
1999 Avenue of the Stars, 39th Floor
Los Angeles, CA 90067
Tel:    (310) 407-4000
Fax:    (310) 407-9090

*Counsel to Debtors and Debtors in Possession*

01:23850765.3