# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>OPEN ROAD FILMS, LLC, a Delaware limited liability company, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 18-12012 (LSS)<br><br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK  )
                                        )  ss:
COUNTY OF KINGS     )

I, Sung Kim, declare:

1. I am over the age of 18 years and not a party to these chapter 11 cases.

2. I am employed by Donlin, Recano & Company, Inc. ("DRC"), 6201 15th Avenue, Brooklyn, NY 11219.

3. On the 9th day of November, 2018, at my direction and under my supervision, employees of DRC caused to serve the *Notice of Further Extension of Designation Cut-Off Date* (Dkt. No. 360) via Electronic Mail upon the parties as set forth on Exhibit 1; via Federal Express Overnight Delivery upon the parties as set forth on Exhibit 2; and via United States Postal Service Overnight upon the parties as set forth on Exhibit 3, attached hereto.

I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge. Executed this 12th day of November, 2018, Brooklyn, New York.

/s/ Sung Kim
Sung Kim

Sworn before me this
12th day of November, 2018

/s/ John Burlacu
Notary Public

JOHN BURLACU
Notary Public - State of New York
No. 01BU6376078
Qualified in Nassau County
My Comm. Expires June 4, 2022

---

[1] The Debtors and the last four digits of their respective federal taxpayer identification numbers are as follows: Open Road Films, LLC (4435-Del.); Open Road Releasing, LLC (4736-Del.); OR Productions LLC (5873-Del.); Briarcliff LLC (7304-Del.); Open Road International LLC (4109-Del.); and Empire Productions LLC (9375-Del.). The Debtors' address is 2049 Century Park East, 4th Floor, Los Angeles, CA 90067.

**EXHIBIT 1**

| | | | |
|---|---|---|---|
| 000111P001-1400S-049<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>DAVID F. STABER, ESQ.<br>1700 PACIFIC AVENUE<br>DALLAS TX 75201-4624<br>DSTABER@AKINGUMP.COM | 000105P002-1400S-049<br>ASHBY & GEDDES, P.A.<br>WILLIAM P BOWDEN, ESQ<br>500 DELAWARE AVE<br>8TH FLOOR<br>WILMINGTON DE 19801-1150<br>WBOWDEN@ASHBYGEDDES.COM | 000153P001-1400S-049<br>AUSTRIA SHRUM LLC<br>MATTHEW P AUSTRIA<br>1201 N ORANGE ST STE 502<br>WILMINGTON DE 19801<br>MAUSTRIA@AUSTRIASHRUM.COM | 000152P001-1400S-049<br>BALLARD SPAHR LLP<br>MATTHEW G SUMMERS;LAUREL D ROGLEN<br>919 N MARKET ST 11TH FLOOR<br>WILMINGTON DE 19801-3034<br>SUMMERSM@BALLARDSPAHR.COM |
| 000152P001-1400S-049<br>BALLARD SPAHR LLP<br>MATTHEW G SUMMERS;LAUREL D ROGLEN<br>919 N MARKET ST 11TH FLOOR<br>WILMINGTON DE 19801-3034<br>ROGLENL@BALLARDSPAHR.COM | 000129P001-1400S-049<br>BARNES & THORNBURG LLP<br>DAVID M POWLEN;KEVIN G COLLINS<br>1000 N WEST ST STE 1500<br>WILMINGTON DE 19801<br>DAVID.POWLEN@BTLAW.COM | 000129P001-1400S-049<br>BARNES & THORNBURG LLP<br>DAVID M POWLEN;KEVIN G COLLINS<br>1000 N WEST ST STE 1500<br>WILMINGTON DE 19801<br>KEVIN.COLLINS@BTLAW.COM | 000129P001-1400S-049<br>BARNES & THORNBURG LLP<br>DAVID M POWLEN;KEVIN G COLLINS<br>1000 N WEST ST STE 1500<br>WILMINGTON DE 19801<br>dpowlen@btlaw.com |
| 000129P001-1400S-049<br>BARNES & THORNBURG LLP<br>DAVID M POWLEN;KEVIN G COLLINS<br>1000 N WEST ST STE 1500<br>WILMINGTON DE 19801<br>kcollins@btlaw.com | 000130P001-1400S-049<br>BARNES & THORNBURG LLP<br>PAUL LAURIN;JONATHAN WIGHT<br>2029 CENTURY PARK E STE 300<br>LOS ANGELES CA 90067<br>PLAURIN@BTLAW.COM | 000130P001-1400S-049<br>BARNES & THORNBURG LLP<br>PAUL LAURIN;JONATHAN WIGHT<br>2029 CENTURY PARK E STE 300<br>LOS ANGELES CA 90067<br>JWIGHT@BTLAW.COM | 004021P001-1400A-049<br>BLANK ROME LLP<br>MICHAEL D DEBAECKE<br>1201 N MARKET ST<br>STE 800<br>WILMINGTON DE 19801<br>DEBAECKE@BLANKROME.COM |
| 004008P002-1400A-049<br>BLANK ROME LLP<br>RICK ANTONOFF<br>THE CHRYSLER BUILDING<br>405 LEXINGTON AVENUE<br>NEW YORK NY 10174<br>RANTONOFF@BLANKROME.COM | 004007P001-1400A-049<br>BLANK ROME LLP<br>STANLEY B TARR<br>BRYAN J. HALL<br>1201 N MARKET STREET SUITE 800<br>WILMINGTON DE 19801<br>TARR@BLANKROME.COM | 004007P001-1400A-049<br>BLANK ROME LLP<br>STANLEY B TARR<br>BRYAN J. HALL<br>1201 N MARKET STREET SUITE 800<br>WILMINGTON DE 19801<br>BHALL@BLANKROME.COM | 000142P001-1400S-049<br>BUCHALTER, A PROFESSIONAL CORPORATION<br>PAMELA K WEBSTER<br>1000 WILSHIRE BLVD STE 1500<br>LOS ANGELES CA 90017<br>PWEBSTER@BUCHALTER.COM |
| 000155P001-1400S-049<br>BUCHANAN INGERSOLL & ROONEY PC<br>MARY F CALOWAY,ESQ<br>919 N MARKET ST STE 1500<br>WILMINGTON DE 19801<br>MARY.CALOWAY@BIPC.COM | 000108P001-1400S-049<br>BUSH GOTTLIEB, A LAW CORPORATION<br>JOSEPH KOHANSKI;DAVID AHDOOT;KIRK PRESTEGARD, KIEL<br>801 NORTH BRAND BLVD STE 950<br>GLENDALE CA 91203<br>JKOHANSKI@BUSHGOTTLIEB.COM | 000108P001-1400S-049<br>BUSH GOTTLIEB, A LAW CORPORATION<br>JOSEPH KOHANSKI;DAVID AHDOOT;KIRK PRESTEGARD, KIEL<br>801 NORTH BRAND BLVD STE 950<br>GLENDALE CA 91203<br>DAHDOOT@BUSHGOTTLIEB.COM | 000108P001-1400S-049<br>BUSH GOTTLIEB, A LAW CORPORATION<br>JOSEPH KOHANSKI;DAVID AHDOOT;KIRK PRESTEGARD, KIEL<br>801 NORTH BRAND BLVD STE 950<br>GLENDALE CA 91203<br>KPRESTEGARD@BUSHGOTTLIEB.COM |
| 000108P001-1400S-049<br>BUSH GOTTLIEB, A LAW CORPORATION<br>JOSEPH KOHANSKI;DAVID AHDOOT;KIRK PRESTEGARD, KIEL<br>801 NORTH BRAND BLVD STE 950<br>GLENDALE CA 91203<br>KIRELAND@BUSHGOTTLIEB.COM | 004026P001-1400A-049<br>COLE SCHOTZ PC<br>NORMAN L PERNICK<br>PATRICK J. REILLEY<br>500 DELAWARE AVENUE SUITE 1410<br>WILMINGTON DE 19801<br>NPERNICK@COLESCHOTZ.COM | 004026P001-1400A-049<br>COLE SCHOTZ PC<br>NORMAN L PERNICK<br>PATRICK J. REILLEY<br>500 DELAWARE AVENUE SUITE 1410<br>WILMINGTON DE 19801<br>PREILLEY@COLESCHOTZ.COM | 000150P001-1400S-049<br>CROSS & SIMON, LLC<br>CHRISTOPHER P. SIMON / KEVIN S. MANN<br>1105 NORTH MARKET STREET, SUITE 901<br>WILMINGTON DE 19801<br>csimon@crosslaw.com |

| | | | |
|---|---|---|---|
| 000150P001-1400S-049<br>CROSS & SIMON, LLC<br>CHRISTOPHER P. SIMON / KEVIN S. MANN<br>1105 NORTH MARKET STREET, SUITE 901<br>WILMINGTON DE 19801<br>kmann@crosslaw.com | 000117P001-1400S-049<br>DELAWARE ATTORNEY GENERAL<br>ATTN: BANKRUPTCY DEPARTMENT<br>CARVEL STATE OFFICE BUILDING<br>820 N FRENCH ST. 6TH FL<br>WILMINGTON DE 19801<br>ATTORNEY.GENERAL@STATE.DE.US | 000009P001-1400S-049<br>DELAWARE DIVISION OF REVENUE<br>ZILLAH A. FRAMPTON, BANKR. ADMIN.<br>CARVEL STATE OFFICE BUILD. 8TH FLOOR<br>820 N. FRENCH STREET<br>WILMINGTON DE 19801<br>FASNOTIFY@STATE.DE.US | 000119P001-1400S-049<br>DELAWARE SECRETARY OF STATE<br>CORPORATIONS FRANCHISE TAX<br>PO BOX 898<br>DOVER DE 19903<br>DOSDOC_FTAX@STATE.DE.US |
| 000122P001-1400S-049<br>DELAWARE STATE TREASURY<br>ATTN: BANKRUTPCY DEPARTMENT<br>820 SILVER LAKE BLVD STE 100<br>DOVER DE 19904<br>STATETREASURER@STATE.DE.US | 000138P003-1400S-049<br>ENTERTAINMENT ONE FILMS CANADA INC<br>LAUREN BLAIWAIS;EMILY HARRIS<br>134 PETER STREET STE 700<br>TORONTO ON M5V 2H2<br>CANADA<br>LBLAIWAIS@ENTONEGROUP.COM | 000138P003-1400S-049<br>ENTERTAINMENT ONE FILMS CANADA INC<br>LAUREN BLAIWAIS;EMILY HARRIS<br>134 PETER STREET STE 700<br>TORONTO ON M5V 2H2<br>CANADA<br>EHARRIS@ENTONEGROUP.COM | 000113P001-1400S-049<br>FOLEY AND LARDNER LLP<br>ASHLEY M MCDOW;FAHIM FARIVAR<br>555 SOUTH FLOWER ST STE 3300<br>LOS ANGELES CA 90071-2300<br>AMCDOW@FOLEY.COM |
| 000113P001-1400S-049<br>FOLEY AND LARDNER LLP<br>ASHLEY M MCDOW;FAHIM FARIVAR<br>555 SOUTH FLOWER ST STE 3300<br>LOS ANGELES CA 90071-2300<br>FFARIVAR@FOLEY.COM | 004020P001-1400A-049<br>FRIEDMAN AND SPRINGWATER LLP<br>DERRICK HANSEN<br>1007 NORTH ORANGE STREET 4TH FLOOR<br>WILMINGTON DE 19801<br>DHANSEN@FRIEDMANSPRING.COM | 004022P001-1400A-049<br>FRIEDMAN AND SPRINGWATER LLP<br>ELLEN A FRIEDMAN ESQ<br>350 SANSOME STREET SUITE 210<br>SAN FRANCISCO CA 94104<br>EFRIEDMAN@FRIEDMANSPRING.COM | 004027P001-1400A-049<br>GREENBERG GLUSKER FIELDS CLAMAN AND MACHTINGE<br>BRIAN L DAVIDOFF<br>1900 AVENUE OF TH ESTARS<br>21ST FLOOR<br>LOS ANGELES CA 90067<br>BDAVIDOFF@GREENBERGGLUSKER.COM |
| 000151P001-1400S-049<br>HILLER LAW, LLC<br>Adam Hiller<br>1500 North French Street, 2nd Floor<br>WILMINGTON DE 19801<br>ahiller@adamhillerlaw.com | 000154P001-1400S-049<br>HUSCH BLACKWELL LLP<br>MICHAEL D FIELDING<br>4801 MAIN ST STE 1000<br>KANSAS CITY MO 64112<br>MICHAEL.FIELDING@HUSCHBLACKWELL.COM | 000135P001-1400S-049<br>IRELL & MANELLA LLP<br>JEFFREY REISNER; KERRI LYMAN<br>840 NEWPORT CENTER DR STE 400<br>NEWPORT BEACH CA 92660-6324<br>JREISNER@IRELL.COM | 000135P001-1400S-049<br>IRELL & MANELLA LLP<br>JEFFREY REISNER; KERRI LYMAN<br>840 NEWPORT CENTER DR STE 400<br>NEWPORT BEACH CA 92660-6324<br>KLYMAN@IRELL.COM |
| 004015P001-1400A-049<br>JENS C SCHNEIDER<br>LUDWIGSPLATZ 9<br>GIEBEN 35390<br>GERMANY<br>SCHNEIDER-ANWALT@T-ONLINE.DE | 000147P001-1400S-049<br>KASHISHIAN LAW LLC<br>ANN KASHISHIAN, ESQ<br>501 SILVERSIDE ROAD<br>WILMINGTON DE 19809<br>AMK@KASHISHIANLAW.COM | 000146P001-1400S-049<br>KASIMA LLC<br>MICHAEL POLITI<br>100 ENTERPRISE DRIVE STE 505<br>ROCKAWAY NJ 07866<br>MIKE@DCIP.COM | 000146P001-1400S-049<br>KASIMA LLC<br>MICHAEL POLITI<br>100 ENTERPRISE DRIVE STE 505<br>ROCKAWAY NJ 07866<br>MARK@DCIP.COM |
| 000158P001-1400S-049<br>KLEHR HARRISON HARVEY BRANZBURG LLP<br>DOMENIC E PACITTI;MICHAEL W YURKEWICZ<br>919 N MARKET ST STE 1000<br>WILMINGTON DE 19801-3062<br>DPACITTI@KLEHR.COM | 000158P001-1400S-049<br>KLEHR HARRISON HARVEY BRANZBURG LLP<br>DOMENIC E PACITTI;MICHAEL W YURKEWICZ<br>919 N MARKET ST STE 1000<br>WILMINGTON DE 19801-3062<br>MYURKEWICZ@KLEHR.COM | 000159P001-1400S-049<br>KLEHR HARRISON HARVEY BRANZBURG LLP<br>MORTON R BRANZBURG<br>1835 MARKET ST 14TH FLOOR<br>PHILADELPHIA PA 19103<br>MBRANZBURG@KLEHR.COM | 000156P001-1400S-049<br>LATHAM & WATKINS LLP<br>ANDREW M PARLEN<br>885 THIRD AVE<br>NEW YORK NY 10022<br>ANDREW.PARLEN@LW.COM |

# Open Road Films, LLC, et al.
## Electronic Mail
## Exhibit Pages

Page # : 3 of 5                                                              11/09/2018 07:40:43 PM

| | | | |
|---|---|---|---|
| 000157P001-1400S-049<br>LATHAM & WATKINS LLP<br>JASON B GOTT<br>330 NORTH WABASH AVE STE 2800<br>CHICAGO IL 60611<br>JASON.GOTT@LW.COM | 004012P001-1400A-049<br>LAW OFFICE OF JEFFREY A SLOTT<br>15760 VENTURA BOULEVARD SUITE 1600<br>ENCINO CA 91436<br>JSLOTT@AOL.COM | 000109P001-1400S-049<br>LAW OFFICE OF SUSAN E KAUFMAN LLC<br>SUSAN E KAUFMAN, ESQ<br>919 N MARKET ST STE 460<br>WILMINGTON DE 19801<br>SKAUFMAN@SKAUFMANLAW.COM | 000145P001-1400S-049<br>LOEB & LOEB LLP<br>LANCE N JURICH<br>10100 SANTA MONICA BLVD<br>LOS ANGELES CA 90067<br>LJURICH@LOEB.COM |
| 000144P001-1400S-049<br>LOEB & LOEB LLP<br>VADIM J RUBINSTEIN,ESQ<br>345 PARK AVE<br>NEW YORK NY 10154<br>VRUBINSTEIN@LOEB.COM | 000116P001-1400S-049<br>LUSKIN STERN & EISLER LLP<br>RICHARD STERN; STEPHAN E HORNUNG<br>ELEVEN TIMES SQUARE<br>NEW YORK NY 10036<br>STERN@LSELLP.COM | 000116P001-1400S-049<br>LUSKIN STERN & EISLER LLP<br>RICHARD STERN; STEPHAN E HORNUNG<br>ELEVEN TIMES SQUARE<br>NEW YORK NY 10036<br>HORNUNG@LSELLP.COM | 004018P001-1400A-049<br>MORRIS NICHOLS ARSHT AND TUNNELL LLP<br>DEREK C ABBOTT<br>MATTHEW B. HARVEY<br>1201 NORTH MARKET ST<br>16TH FLOOR<br>WILMINGTON DE 19801<br>DABBOTT@MNAT.COM |
| 004018P001-1400A-049<br>MORRIS NICHOLS ARSHT AND TUNNELL LLP<br>DEREK C ABBOTT<br>MATTHEW B. HARVEY<br>1201 NORTH MARKET ST<br>16TH FLOOR<br>WILMINGTON DE 19801<br>MHARVEY@MNAT.COM | 000132P001-1400S-049<br>PACHULSKI STANG ZIEHL & JONES LLP<br>COLIN R ROBINSON, ESQ<br>919 N MARKET ST, 17TH FLOOR<br>WILMINGTON DE 19801<br>CROBINSON@PSZJLAW.COM | 000131P001-1400S-049<br>PACHULSKI STANG ZIEHL & JONES LLP<br>ROBERT J FEINSTEIN;SCOTT L HAZAN<br>780 THIRD AVE, 34TH FLOOR<br>NEW YORK NY 10017<br>RFEINSTEIN@PSZJLAW.COM | 000131P001-1400S-049<br>PACHULSKI STANG ZIEHL & JONES LLP<br>ROBERT J FEINSTEIN;SCOTT L HAZAN<br>780 THIRD AVE, 34TH FLOOR<br>NEW YORK NY 10017<br>SHAZAN@PSZJLAW.COM |
| 000016P001-1400S-049<br>PAUL HASTINGS LLP<br>ANDREW V. TENZER<br>200 PARK AVENUE<br>NEW YORK NY 10166<br>ANDREWTENZER@PAULHASTINGS.COM | 000110P001-1400S-049<br>PAUL HASTINGS LLP<br>ANDREW V TENZER;SHLOMO MAZA<br>75 EAST 55TH ST<br>NEW YORK NY 10022<br>ANDREWTENZER@PAULHASTINGS.COM | 000110P001-1400S-049<br>PAUL HASTINGS LLP<br>ANDREW V TENZER;SHLOMO MAZA<br>75 EAST 55TH ST<br>NEW YORK NY 10022<br>SHLOMOMAZA@PAULHASTINGS.COM | 000015P001-1400S-049<br>PAUL HASTINGS LLP<br>SUSAN WILLIAMS<br>1999 AVENUE OF THE STARS<br>27TH FLOOR<br>LOS ANGELES CA 90067<br>SUSANWILLIAMS@PAULHASTINGS.COM |
| 000149P001-1400S-049<br>PILLSBURY WINTHROP SHAW PITTMAN LLP<br>KATHY A JORRIE, ESQ<br>725 SOUTH FIGUEROA ST STE 2800<br>LOS ANGELES CA 90017-5406<br>KATHY.JORRIE@PILLSBURYLAW.COM | 000128P001-1400S-049<br>PROCOPIO CORY HARGREAVES & SAVITCH LLP<br>GERALD P KENNEDY, ESQ<br>525 B STREET STE 2200<br>SAN DIEGO CA 92101<br>GERALD.KENNEDY@PROCOPIO.COM | 000136P002-1400S-049<br>REED SMITH LLP<br>KURT GWYNNE; JASON ANGELO<br>1201 N. MARKET ST STE 1500<br>WILMINGTON DE 19801<br>KGWYNNE@REEDSMITH.COM | 000136P002-1400S-049<br>REED SMITH LLP<br>KURT GWYNNE; JASON ANGELO<br>1201 N. MARKET ST STE 1500<br>WILMINGTON DE 19801<br>JANGELO@REEDSMITH.COM |
| 000114P001-1400S-049<br>REED SMITH LLP<br>MARSHA A HOUSTON;CHRISTOPHER O RIVAS<br>355 SOUTH GRAND AVE STE 2900<br>LOS ANGELES CA 90071-1514<br>MHOUSTON@REEDSMITH.COM | 000114P001-1400S-049<br>REED SMITH LLP<br>MARSHA A HOUSTON;CHRISTOPHER O RIVAS<br>355 SOUTH GRAND AVE STE 2900<br>LOS ANGELES CA 90071-1514<br>CRIVAS@REEDSMITH.COM | 000115P001-1400S-049<br>REED SMITH LLP<br>MICHAEL S SHERMAN<br>1901 AVE OF THE STARS STE 700<br>LOS ANGELES CA 90067<br>MSHERMAN@REEDSMITH.COM | 000137P001-1400S-049<br>RICHARDS LAYTON & FINGER PA<br>D J DEFRANCESCHI;M J MERCHANT;B M HAYWOOD<br>ONE RODNEY SQUARE<br>920 NORTH KING ST<br>WILMINGTON DE 19801<br>DEFRANCESCHI@RLF.COM |

000137P001-1400S-049
RICHARDS LAYTON & FINGER PA
D J DEFRANCESCHI;M J MERCHANT;B M HAYWOOD
ONE RODNEY SQUARE
920 NORTH KING ST
WILMINGTON DE 19801
MERCHANT@RLF.COM

000137P001-1400S-049
RICHARDS LAYTON & FINGER PA
D J DEFRANCESCHI;M J MERCHANT;B M HAYWOOD
ONE RODNEY SQUARE
920 NORTH KING ST
WILMINGTON DE 19801
HAYWOOD@RLF.COM

000141P001-1400S-049
ROBINS KAPLAN LLP
HOWARD J WEG;MICHAEL T DELANEY
2049 CENTURY PARK EAST STE 3400
LOS ANGELES CA 90067
HWEG@ROBINSKAPLAN.COM

000141P001-1400S-049
ROBINS KAPLAN LLP
HOWARD J WEG;MICHAEL T DELANEY
2049 CENTURY PARK EAST STE 3400
LOS ANGELES CA 90067
MDELANEY@ROBINSKAPLAN.COM

000148P001-1400S-049
ROSENTHAL MONHAIT & GODDESS PA
NORMAN M MONHAIT;EDWARD B ROSENTHAL
919 N MARKET ST STE 1401
P O BOX 1070
WILMINGTON DE 19899-1070
NMONHAIT@RMGGLAW.COM

000148P001-1400S-049
ROSENTHAL MONHAIT & GODDESS PA
NORMAN M MONHAIT;EDWARD B ROSENTHAL
919 N MARKET ST STE 1401
P O BOX 1070
WILMINGTON DE 19899-1070
EROSENTHAL@RMGGLAW.COM

000120P001-1400S-049
SECURITIES & EXCHANGE COMMISSION
NY REG OFFICE ATTN: BANKRUPTCY DEPT.
BROOKFIELD PL
200 VESEY ST STE 400
NEW YORK NY 10281-1022
BANKRUPTCYNOTICESSCHR@SEC.GOV

000120P001-1400S-049
SECURITIES & EXCHANGE COMMISSION
NY REG OFFICE ATTN: BANKRUPTCY DEPT.
BROOKFIELD PL
200 VESEY ST STE 400
NEW YORK NY 10281-1022
NYROBANKRUPTCY@SEC.GOV

000123P001-1400S-049
SECURITIES & EXCHANGE COMMISSION
PHIL. OFC - ATTN: BANKRUPTCY DEPT.
ONE PENN CENTER
1617 JFK BLVD. STE 520
PHILADELPHIA PA 19103
SECBANKRUPTCY@SEC.GOV

000140P002-1400S-049
SHEPPARD MULLIN RICHTER & HAMPTON LLP
EDWARD H TILLINGHAST, ESQ
MICHAEL T DRISCOLL, ESQ
30 ROCKEFELLER PLAZA
NEW YORK NY 10112
ETILLINGHAST@SHEPPARDMULLIN.COM

000140P002-1400S-049
SHEPPARD MULLIN RICHTER & HAMPTON LLP
EDWARD H TILLINGHAST, ESQ
MICHAEL T DRISCOLL, ESQ
30 ROCKEFELLER PLAZA
NEW YORK NY 10112
MDRISCOLL@SHEPPARDMULLIN.COM

004009P001-1400A-049
SHUMAKER MALLORY LLP
CLARISSE YOUNG SHUMAKER
BRETT J. WASSERMAN
333 S GRAND AVE SUITE 3400
LOS ANGELES CA 90071
YOUNGSHUMAKER@SMCOUNSEL.COM

004009P001-1400A-049
SHUMAKER MALLORY LLP
CLARISSE YOUNG SHUMAKER
BRETT J. WASSERMAN
333 S GRAND AVE SUITE 3400
LOS ANGELES CA 90071
WASSERMAN@SMCOUNSEL.COM

000107P001-1400S-049
SIDLEY AUSTIN LLP
ANNIE C WALLIS, ESQ
ONE SOUTH DEARBORN
CHICAGO IL 60603
AWALLIS@SIDLEY.COM

000106P001-1400S-049
SIDLEY AUSTIN LLP
JENNIFER C HAGLE, ESQ
555 WEST FIFTH ST 40TH FLOOR
LOS ANGELES CA 90013
JHAGLE@SIDLEY.COM

000007P002-1400S-049
US ATTORNEY FOR DELAWARE
CHARLES OBERLY C/O ELLEN SLIGHTS
1007 N. ORANGE STREET STE 700
PO BOX 2046
WILMINGTON DE 19899-2046
USADE.ECFBANKRUPTCY@USDOJ.GOV

000133P001-1400S-049
VENABLE LLP
JAMIE L EDMONSON;DANIEL A O'BRIEN
1201 N MARKET ST STE 1400
WILMINGTON DE 19801
JLEDMONSON@VENABLE.COM

000133P001-1400S-049
VENABLE LLP
JAMIE L EDMONSON;DANIEL A O'BRIEN
1201 N MARKET ST STE 1400
WILMINGTON DE 19801
DAOBRIEN@VENABLE.COM

000134P001-1400S-049
VENABLE LLP
KEITH C OWENS
2049 CENTURY PARK EAST STE 2300
LOS ANGELES CA 90067
KCOWENS@VENABLE.COM

000134P001-1400S-049
VENABLE LLP
KEITH C OWENS
2049 CENTURY PARK EAST STE 2300
LOS ANGELES CA 90067
kowens@venable.com

004019P001-1400A-049
VERITAS TECHNOLOGIES LLC
DAVID A LUCERO ESQ
DIRECTOR GLOBAL LITIGATION AND EMPLOYMENT LAW
2625 AUGUSTINE DR
SANTA CLARA CA 95054
DAVID.LUCERO@VERITAS.COM

004023P001-1400A-049
VORYS SATER SEYMOUR AND PEASE LLP
TIFFANY STRELOW COBB ESQ
52 EAST GAY ST
COLUMBUS OH 43215
TSCOBB@VORYS.COM

004016P001-1400A-049
WHITE AND WILLIAMS LLP
MARC S CASARINO
600 N KING STREET SUITE 800
WILMINGTON DE 19801
CASARINOM@WHITEANDWILLIAMS.COM

004017P001-1400A-049
WHITE AND WILLIAMS LLP
AMY E VULPIO
1650 MARKET STREET SUITE 1800
PHILADELPHIA PA 19103
VULPIOA@WHITEANDWILLIAMS.COM

**Open Road Films, LLC, et al.**
**Electronic Mail**
**Exhibit Pages**

Page # : 5 of 5                                                                                                             11/09/2018 07:40:43 PM

| | | | |
|---|---|---|---|
| 000112P001-1400S-049<br>WHITEFORD, TAYLOR & PRESTON LLC<br>C. M. SAMIS; L.KATHERINE GOOD; AARON STULMAN<br>THE RENAISSANCE CENTRE<br>405 NORTH KING ST., STE 500<br>WILMINGTON DE 19801<br>CSAMIS@WTPLAW.COM | 000112P001-1400S-049<br>WHITEFORD, TAYLOR & PRESTON LLC<br>C. M. SAMIS; L.KATHERINE GOOD; AARON STULMAN<br>THE RENAISSANCE CENTRE<br>405 NORTH KING ST., STE 500<br>WILMINGTON DE 19801<br>KGOOD@WTPLAW.COM | 000112P001-1400S-049<br>WHITEFORD, TAYLOR & PRESTON LLC<br>C. M. SAMIS; L.KATHERINE GOOD; AARON STULMAN<br>THE RENAISSANCE CENTRE<br>405 NORTH KING ST., STE 500<br>WILMINGTON DE 19801<br>ASTULMAN@WTPLAW.COM | 000139P001-1400S-049<br>WYATT TARRANT & COMBS LLP<br>MARY L FULLINGTON<br>250 WEST MAIN ST STE 1600<br>LEXINGTON KY 40507<br>MFULLINGTON@WYATTFIRM.COM |

Records Printed :   100

**EXHIBIT 2**

# Open Road Films, LLC, et al.
# Federal Express
# Exhibit Pages

Page # : 1 of 3                                                                                      11/09/2018 07:40:11 PM

| | | | |
|---|---|---|---|
| 000111P001-1400S-049<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>DAVID F. STABER, ESQ.<br>1700 PACIFIC AVE. STE 4100<br>DALLAS TX 75201-4624 | 000105P002-1400S-049<br>ASHBY & GEDDES, P.A.<br>WILLIAM P BOWDEN, ESQ<br>500 DELAWARE AVE<br>8TH FLOOR<br>WILMINGTON DE 19801-1150 | 000153P001-1400S-049<br>AUSTRIA SHRUM LLC<br>MATTHEW P AUSTRIA<br>1201 N ORANGE ST STE 502<br>WILMINGTON DE 19801 | 000152P001-1400S-049<br>BALLARD SPAHR LLP<br>MATTHEW G SUMMERS;LAUREL D ROGLEN<br>919 N MARKET ST 11TH FLOOR<br>WILMINGTON DE 19801-3034 |
| 000017P001-1400S-049<br>BANK OF AMERICA AS ADMIN. AGENT<br>333 S HOPE ST<br>13TH FL<br>LOS ANGELES CA 90071 | 000059P002-1400S-049<br>BANK OF AMERICA, N.A.<br>TIFFANY SHIN/AGENCY MANAGEMENT<br>HOUGHTON BANK. CTR MC WA3-132-01-01<br>10623 NE 68TH STREET<br>KIRKLAND WA 98033 | 000129P001-1400S-049<br>BARNES & THORNBURG LLP<br>DAVID M POWLEN;KEVIN G COLLINS<br>1000 N WEST ST STE 1500<br>WILMINGTON DE 19801 | 000130P001-1400S-049<br>BARNES & THORNBURG LLP<br>PAUL LAURIN;JONATHAN WIGHT<br>2029 CENTURY PARK E STE 300<br>LOS ANGELES CA 90067 |
| 004007P001-1400A-049<br>BLANK ROME LLP<br>STANLEY B TARR<br>BRYAN J. HALL<br>1201 N MARKET STREET SUITE 800<br>WILMINGTON DE 19801 | 004008P002-1400A-049<br>BLANK ROME LLP<br>RICK ANTONOFF<br>THE CHRYSLER BUILDING<br>405 LEXINGTON AVENUE<br>NEW YORK NY 10174 | 004021P001-1400A-049<br>BLANK ROME LLP<br>MICHAEL D DEBAECKE<br>1201 N MARKET ST<br>STE 800<br>WILMINGTON DE 19801 | 000142P001-1400S-049<br>BUCHALTER, A PROFESSIONAL CORPORATION<br>PAMELA K WEBSTER<br>1000 WILSHIRE BLVD STE 1500<br>LOS ANGELES CA 90017 |
| 000155P001-1400S-049<br>BUCHANAN INGERSOLL & ROONEY PC<br>MARY F CALOWAY,ESQ<br>919 N MARKET ST STE 1500<br>WILMINGTON DE 19801 | 000108P001-1400S-049<br>BUSH GOTTLIEB, A LAW CORPORATION<br>JOSEPH KOHANSKI;DAVID AHDOOT;KIRK PRESTEGARD, KIEL<br>801 NORTH BRAND BLVD STE 950<br>GLENDALE CA 91203 | 004024P001-1400A-049<br>CELLA LANGE AND CELLA LLP<br>BRIAN L CELLA ESQ<br>1600 SOUTH MAIN PLZ<br>STE 180<br>WALNUT CREEK CA 94596 | 004026P001-1400A-049<br>COLE SCHOTZ PC<br>NORMAN L PERNICK<br>PATRICK J. REILLEY<br>500 DELAWARE AVENUE SUITE 1410<br>WILMINGTON DE 19801 |
| 004028P001-1400A-049<br>COZEN OCONNOR<br>MARK FELGER<br>1201 NORTH MARKET STREET SUITE 1001<br>WILMINGTON DE 19801 | 000150P001-1400S-049<br>CROSS & SIMON, LLC<br>CHRISTOPHER P. SIMON / KEVIN S. MANN<br>1105 NORTH MARKET STREET, SUITE 901<br>WILMINGTON DE 19801 | 000117P001-1400S-049<br>DELAWARE ATTORNEY GENERAL<br>ATTN: BANKRUPTCY DEPARTMENT<br>CARVEL STATE OFFICE BUILDING<br>820 N FRENCH ST. 6TH FL<br>WILMINGTON DE 19801 | 000009P001-1400S-049<br>DELAWARE DIVISION OF REVENUE<br>ZILLAH A. FRAMPTON, BANKR. ADMIN.<br>CARVEL STATE OFFICE BUILD. 8TH FLOO<br>820 N. FRENCH STREET<br>WILMINGTON DE 19801 |
| 000008P001-1400S-049<br>DELAWARE SECRETARY OF STATE<br>DIVISION OF CORPORATIONS<br>401 FEDERAL STREET, SUITE 4<br>DOVER DE 19901 | 000122P001-1400S-049<br>DELAWARE STATE TREASURY<br>ATTN: BANKRUTPCY DEPARTMENT<br>820 SILVER LAKE BLVD STE 100<br>DOVER DE 19904 | 000138P003-1400S-049<br>ENTERTAINMENT ONE FILMS CANADA INC<br>LAUREN BLAIWAIS;EMILY HARRIS<br>134 PETER STREET STE 700<br>TORONTO ON M5V 2H2<br>CANADA | 004014P001-1400A-049<br>FERRY JOSEPH PA<br>THEODORE J TACCONELLI<br>824 MARKET ST<br>STE 1000<br>WILMINGTON DE 19801 |
| 000113P001-1400S-049<br>FOLEY AND LARDNER LLP<br>ASHLEY M MCDOW;FAHIM FARIVAR<br>555 SOUTH FLOWER ST STE 3300<br>LOS ANGELES CA 90071-2300 | 004029P001-1400A-049<br>FOLEY AND LARDNER LLP<br>ASHLEY M MCDOW<br>555 SOUTH FLOWER ST<br>STE 3300<br>LOS ANGELES CA 90071-2300 | 004010P001-1400A-049<br>FRIEDMAN AND SPRINGWATER LLP<br>DERRICK HANSEN<br>1007 NORTH ORANGE STREET 4TH FLOOR<br>4TH FLOOR<br>WILMINGTON DE 19801 | 004011P001-1400A-049<br>FRIEDMAN AND SPRINGWATER LLP<br>ELLEN A FRIEDMAN ESQ<br>350 SANSOME STREET SUITE 210<br>STE 210<br>SAN FRANCISCO CA 94104 |

# Open Road Films, LLC, et al.
# Federal Express
# Exhibit Pages

Page # : 2 of 3                                                                 11/09/2018 07:40:11 PM

| | | | |
|---|---|---|---|
| 004013P001-1400A-049<br>GREENBERG GLUSKER FIELDS<br>CLAMAN & MACHTINGER LLP<br>BRIAN L DAVIDOFF<br>1900 AVENUE OF THE STARS<br>21ST FLOOR<br>LOS ANGELES CA 90067 | 004027P001-1400A-049<br>GREENBERG GLUSKER FIELDS CLAMAN AND MACHTINGE<br>BRIAN L DAVIDOFF<br>1900 AVENUE OF TH ESTARS<br>21ST FLOOR<br>LOS ANGELES CA 90067 | 000151P001-1400S-049<br>HILLER LAW, LLC<br>Adam Hiller<br>1500 North French Street, 2nd Floor<br>WILMINGTON DE 19801 | 000154P001-1400S-049<br>HUSCH BLACKWELL LLP<br>MICHAEL D FIELDING<br>4801 MAIN ST STE 1000<br>KANSAS CITY MO 64112 |
| 000005P003-1400S-049<br>INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATION<br>2970 MARKET STREET<br>MAIL STOP 5-Q30.133<br>PHILADELPHIA PA 19104-5016 | 000135P001-1400S-049<br>IRELL & MANELLA LLP<br>JEFFREY REISNER; KERRI LYMAN<br>840 NEWPORT CENTER DR STE 400<br>NEWPORT BEACH CA 92660-6324 | 004015P001-1400A-049<br>JENS C SCHNEIDER<br>LUDWIGSPLATZ 9<br>GIEBEN 35390<br>GERMANY | 000147P001-1400S-049<br>KASHISHIAN LAW LLC<br>ANN KASHISHIAN, ESQ<br>501 SILVERSIDE ROAD<br>WILMINGTON DE 19809 |
| 000146P001-1400S-049<br>KASIMA LLC<br>MICHAEL POLITI<br>100 ENTERPRISE DRIVE STE 505<br>ROCKAWAY NJ 07866 | 000158P001-1400S-049<br>KLEHR HARRISON HARVEY BRANZBURG LLP<br>DOMENIC E PACITTI;MICHAEL W YURKEWICZ<br>919 N MARKET ST STE 1000<br>WILMINGTON DE 19801-3062 | 000159P001-1400S-049<br>KLEHR HARRISON HARVEY BRANZBURG LLP<br>MORTON R BRANZBURG<br>1835 MARKET ST 14TH FLOOR<br>PHILADELPHIA PA 19103 | 000156P001-1400S-049<br>LATHAM & WATKINS LLP<br>ANDREW M PARLEN<br>885 THIRD AVE<br>NEW YORK NY 10022 |
| 000157P001-1400S-049<br>LATHAM & WATKINS LLP<br>JASON B GOTT<br>330 NORTH WABASH AVE STE 2800<br>CHICAGO IL 60611 | 004012P001-1400A-049<br>LAW OFFICE OF JEFFREY A SLOTT<br>15760 VENTURA BOULEVARD SUITE 1600<br>ENCINO CA 91436 | 000109P001-1400S-049<br>LAW OFFICE OF SUSAN E KAUFMAN LLC<br>SUSAN E KAUFMAN, ESQ<br>919 N MARKET ST STE 460<br>WILMINGTON DE 19801 | 000144P001-1400S-049<br>LOEB & LOEB LLP<br>VADIM J RUBINSTEIN,ESQ<br>345 PARK AVE<br>NEW YORK NY 10154 |
| 000145P001-1400S-049<br>LOEB & LOEB LLP<br>LANCE N JURICH<br>10100 SANTA MONICA BLVD<br>LOS ANGELES CA 90067 | 000116P001-1400S-049<br>LUSKIN STERN & EISLER LLP<br>RICHARD STERN; STEPHAN E HORNUNG<br>ELEVEN TIMES SQUARE<br>NEW YORK NY 10036 | 004025P001-1400A-049<br>MARK M SHARF PC<br>MARK M SHARF ESQ<br>HOWARD HUGHES CTR<br>6080 CENTER DRIVE 6TH FLOOR<br>LOS ANGELES CA 90045 | 000011P001-1400S-049<br>MICHIGAN DEPT. OF TREASURY, TAX POL. DIV.<br>ATTN: LITIGATION LIAISON<br>430 WEST ALLEGAN STREET<br>2ND FLOOR, AUSTIN BUILDING<br>LANSING MI 48922 |
| 004018P001-1400A-049<br>MORRIS NICHOLS ARSHT AND TUNNELL LLP<br>DEREK C ABBOTT<br>MATTHEW B. HARVEY<br>1201 NORTH MARKET ST<br>16TH FLOOR<br>WILMINGTON DE 19801 | 000006P002-1400S-049<br>OFFICE OF THE U.S. TRUSTEE<br>LINDA RICHENDERFER<br>844 KING STREET<br>SUITE 2207<br>WILMINGTON DE 19801 | 000125P001-1400S-049<br>ONE HUNDRED TOWERS LLC<br>CBRE INC<br>ATTN: VICE PRESIDENT, PROPERTY MANAGEMENT<br>2049 CENTURY PARK EAST<br>STE 1950<br>LOS ANGELES CA 90067-3283 | 000126P001-1400S-049<br>ONE HUNDRED TOWERS LLC<br>JP MORGAN ASSET MGT. GLOBAL REAL ASSETS<br>REAL ESTATE AMERICAS ATTN: BRIAN OKRENT, CEO<br>2029 CENTURY PARK EAST<br>SUITE 4150<br>LOS ANGELES CA 90067 |
| 000127P001-1400S-049<br>ONE HUNDRED TOWERS LLC<br>ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LL<br>ATTN: ANTON N. NATSIS, ESQ.<br>1901 AVENUE OF THE STARS<br>SUITE 1800<br>LOS ANGELES CA 90067 | 000131P001-1400S-049<br>PACHULSKI STANG ZIEHL & JONES LLP<br>ROBERT J FEINSTEIN;SCOTT L HAZAN<br>780 THIRD AVE, 34TH FLOOR<br>NEW YORK NY 10017 | 000132P001-1400S-049<br>PACHULSKI STANG ZIEHL & JONES LLP<br>COLIN R ROBINSON, ESQ<br>919 N MARKET ST, 17TH FLOOR<br>WILMINGTON DE 19801 | 000015P001-1400S-049<br>PAUL HASTINGS LLP<br>SUSAN WILLIAMS<br>1999 AVENUE OF THE STARS<br>27TH FLOOR<br>LOS ANGELES CA 90067 |

# Open Road Films, LLC, et al.
# Federal Express
# Exhibit Pages

Page # : 3 of 3                                                                    11/09/2018 07:40:11 PM

| | | | |
|---|---|---|---|
| 000016P001-1400S-049<br>PAUL HASTINGS LLP<br>ANDREW V. TENZER<br>200 PARK AVENUE<br>NEW YORK NY 10166 | 000110P001-1400S-049<br>PAUL HASTINGS LLP<br>ANDREW V TENZER;SHLOMO MAZA<br>75 EAST 55TH ST<br>NEW YORK NY 10022 | 000149P001-1400S-049<br>PILLSBURY WINTHROP SHAW PITTMAN LLP<br>KATHY A JORRIE, ESQ<br>725 SOUTH FIGUEROA ST STE 2800<br>LOS ANGELES CA 90017-5406 | 000128P001-1400S-049<br>PROCOPIO CORY HARGREAVES & SAVITCH LLP<br>GERALD P KENNEDY, ESQ<br>525 B STREET STE 2200<br>SAN DIEGO CA 92101 |
| 000114P001-1400S-049<br>REED SMITH LLP<br>MARSHA A HOUSTON;CHRISTOPHER O RIVAS<br>355 SOUTH GRAND AVE STE 2900<br>LOS ANGELES CA 90071-1514 | 000115P001-1400S-049<br>REED SMITH LLP<br>MICHAEL S SHERMAN<br>1901 AVE OF THE STARS STE 700<br>LOS ANGELES CA 90067 | 000136P002-1400S-049<br>REED SMITH LLP<br>KURT GWYNNE; JASON ANGELO<br>1201 N. MARKET ST STE 1500<br>WILMINGTON DE 19801 | 000137P001-1400S-049<br>RICHARDS LAYTON & FINGER PA<br>D J DEFRANCESCHI;M J MERCHANT;B M HAYWOOD<br>ONE RODNEY SQUARE<br>920 NORTH KING ST<br>WILMINGTON DE 19801 |
| 000141P001-1400S-049<br>ROBINS KAPLAN LLP<br>HOWARD J WEG;MICHAEL T DELANEY<br>2049 CENTURY PARK EAST STE 3400<br>LOS ANGELES CA 90067 | 000120P001-1400S-049<br>SECURITIES & EXCHANGE COMMISSION<br>NY REG OFFICE ATTN: BANKRUPTCY DEPT.<br>BROOKFIELD PL<br>200 VESEY ST STE 400<br>NEW YORK NY 10281-1022 | 000121P001-1400S-049<br>SECURITIES & EXCHANGE COMMISSION<br>SEC OF THE TREASURY OFFICE OF GEN COUNSEL<br>100 F ST NE<br>WASHINGTON DC 20549 | 000123P001-1400S-049<br>SECURITIES & EXCHANGE COMMISSION<br>PHIL. OFC - ATTN: BANKRUPTCY DEPT.<br>ONE PENN CENTER<br>1617 JFK BLVD. STE 520<br>PHILADELPHIA PA 19103 |
| 000140P002-1400S-049<br>SHEPPARD MULLIN RICHTER & HAMPTON LLP<br>EDWARD H TILLINGHAST, ESQ<br>MICHAEL T DRISCOLL, ESQ<br>30 ROCKEFELLER PLAZA<br>NEW YORK NY 10112 | 004009P001-1400A-049<br>SHUMAKER MALLORY LLP<br>CLARISSE YOUNG SHUMAKER<br>BRETT J. WASSERMAN<br>333 S GRAND AVE SUITE 3400<br>LOS ANGELES CA 90071 | 000106P001-1400S-049<br>SIDLEY AUSTIN LLP<br>JENNIFER C HAGLE, ESQ<br>555 WEST FIFTH ST 40TH FLOOR<br>LOS ANGELES CA 90013 | 000107P001-1400S-049<br>SIDLEY AUSTIN LLP<br>ANNIE C WALLIS, ESQ<br>ONE SOUTH DEARBORN<br>CHICAGO IL 60603 |
| 000013P001-1400S-049<br>SOCIAL SECURITY ADMINISTRATION<br>OFFICE OF THE GEN. COUNSEL, REGION 3<br>300 SPRING GARDEN STREET<br>PHILADELPHIA PA 19123 | 000143P001-1400S-049<br>STEPHEN SILVERMAN LAW<br>STEPHEN E SILVERMAN<br>6945 E SAHUARO DRIVE STE 125<br>SCOTTSDALE AZ 85254 | 000012P002-1400S-049<br>US EPA REG. 3, OFFICE OF REG. COUNSEL<br>ATTN:  BANKRUPTCY DEPT.<br>1650 ARCH STREET<br>PHILADELPHIA PA 19103 | 000133P001-1400S-049<br>VENABLE LLP<br>JAMIE L EDMONSON;DANIEL A O'BRIEN<br>1201 N MARKET ST STE 1400<br>WILMINGTON DE 19801 |
| 000134P001-1400S-049<br>VENABLE LLP<br>KEITH C OWENS<br>2049 CENTURY PARK EAST STE 2300<br>LOS ANGELES CA 90067 | 004019P001-1400A-049<br>VERITAS TECHNOLOGIES LLC<br>DAVID A LUCERO ESQ<br>DIRECTOR GLOBAL LITIGATION AND EMPLOYMENT LAW<br>2625 AUGUSTINE DR<br>SANTA CLARA CA 95054 | 004023P001-1400A-049<br>VORYS SATER SEYMOUR AND PEASE LLP<br>TIFFANY STRELOW COBB ESQ<br>52 EAST GAY ST<br>COLUMBUS OH 43215 | 004016P001-1400A-049<br>WHITE AND WILLIAMS LLP<br>MARC S CASARINO<br>600 N KING STREET SUITE 800<br>WILMINGTON DE 19801 |
| 004017P001-1400A-049<br>WHITE AND WILLIAMS LLP<br>AMY E VULPIO<br>1650 MARKET STREET SUITE 1800<br>PHILADELPHIA PA 19103 | 000112P001-1400S-049<br>WHITEFORD, TAYLOR & PRESTON LLC<br>C. M. SAMIS; L.KATHERINE GOOD; AARON STULMAN<br>THE RENAISSANCE CENTRE<br>405 NORTH KING ST., STE 500<br>WILMINGTON DE 19801 | 000139P001-1400S-049<br>WYATT TARRANT & COMBS LLP<br>MARY L FULLINGTON<br>250 WEST MAIN ST STE 1600<br>LEXINGTON KY 40507 | |

Records Printed :  83

# EXHIBIT 3

# Open Road Films, LLC, et al.
# USPS Express Mail
# Exhibit Page

Page # : 1 of 1                                                                                                                     11/09/2018 07:40:27 PM

| 000014P001-1400S-049 | 000119P001-1400S-049 | 000010P001-1400S-049 | 000004P001-1400S-049 |
|---|---|---|---|
| ARIZONA ATTORNEY GENERAL'S OFFICE | DELAWARE SECRETARY OF STATE | FRANCHISE TAX BOARD | INTERNAL REVENUE SERVICE |
| PO BOX 6123 | CORPORATIONS FRANCHISE TAX | BANKRUPTCY SECTION, MS:A-340 | CENTRALIZED INSOLVENCY OPERATION |
| MD 7611 | PO BOX 898 | PO BOX 2952 | PO BOX 7346 |
| PHOENIX AZ 85005 | DOVER DE 19903- | SACRAMENTO CA 95812 | PHILADELPHIA PA 19101 |

| 000148P001-1400S-049 | 000007P002-1400S-049 |
|---|---|
| ROSENTHAL MONHAIT & GODDESS PA | US ATTORNEY FOR DELAWARE |
| NORMAN M MONHAIT;EDWARD B ROSENTHAL | CHARLES OBERLY C/O ELLEN SLIGHTS |
| 919 N MARKET ST STE 1401 | 1007 N. ORANGE STREET STE 700 |
| P O BOX 1070 | PO BOX 2046 |
| WILMINGTON DE 19899 | WILMINGTON DE 19899 |

Records Printed :   6