**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>OPEN ROAD FILMS, LLC, a Delaware limited liability company, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 18-12012 (LSS)<br><br>(Jointly Administered) |

**NOTICE OF (I) ADJOURNED (A) OMNIBUS HEARING AND (B) SALE HEARING AND (II) FURTHER EXTENSION OF DESIGNATION CUT-OFF DATE**

**PLEASE TAKE NOTICE THAT** that the omnibus hearing scheduled for November 14, 2018 at 1:30 p.m. (ET) has been rescheduled **for November 20, 2018 at 10:00 a.m. (ET)**. Accordingly, all matters previously scheduled to be heard on November 14, 2018 at 1:30 p.m. (ET) will now be heard **on November 20, 2018 at 10:00 a.m. (ET)**, including the *Debtors' Motion for Orders: (A)(I) Establishing Bid and Sale Procedures Relating to the Sale of Substantially All of the Debtors' Assets, (II) Authorizing the Debtors to Enter Into an Asset Purchase Agreement with Stalking Horse Bidder, (III) Establishing and Approving Procedures Relating to the Assumption, Assignment and Sale of Certain Executory Contracts and Unexpired Leases, Including Notice of Proposed Cure Amounts and (IV) Scheduling a Hearing to Consider the Proposed Sale and (B)(I) Approving the Sale of Substantially All of the Debtors' Assets, (II) Authorizing the Assumption, Assignment and Sale of Certain Executory Contracts and Unexpired Leases, and (III) Granting Certain Related Relief* [Docket No. 9] as it pertains to the hearing to consider approval of the sale of the Purchased Assets to the Stalking Horse Bidder.[2]

**PLEASE TAKE NOTICE** that, on November 3, 2018, the Debtors filed the *Notice of (I) Filing of (A) Updated Schedule of Purchased Titles and (B) Stalking Horse Bidder's Schedule of Available Contracts Designated as Assumed Contracts, and (II) Extension of Designation Cut-Off Date* [Docket No. 300] (the "Designation Notice").

**PLEASE TAKE FURTHER NOTICE** that, on November 9, 2018, the Debtors filed the *Notice of Further Extension of Designation Cut-Off Date* [Docket No. 360] (the "Further Designation Extension Notice") that further extended the Designation Cut-Off Date under the Stalking Horse Agreement from November 9, 2018 at 5:00 p.m. (ET), until November 13, 2018 at 3:00 p.m. (ET), (i) for all Available Contracts that are not identified on the Schedule

---

[1] The Debtors and the last four digits of their respective federal taxpayer identification numbers are as follows: Open Road Films, LLC (4435-Del.); Open Road Releasing, LLC (4736-Del.); OR Productions LLC (5873-Del.); Briarcliff LLC (7304-Del.); Open Road International LLC (4109-Del.); and Empire Productions LLC (9375-Del.). The Debtors' address is 2049 Century Park East, 4th Floor, Los Angeles, CA 90067.

[2] On October 23, 2018, the above-captioned debtors and debtors (the "Debtors") and OR Acquisition Co, LLC (the "Stalking Horse Bidder") entered into that certain Asset Purchase Agreement, dated as of October 23, 2018 (the "Stalking Horse Agreement"), for the sale of substantially all of the Debtors' assets. The Stalking Horse Agreement is attached to the *Notice of Filing of (I) Stalking Horse Agreement, (II) Summary of Proposed Bid Protections, and (III) Summary of Proposed Amendments to Bid Procedures Order* [Docket No. 216]. Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Stalking Horse Agreement.

of Assumed Contracts (as defined in the Designation Notice) and (ii) for the Contracts containing the Title Rights for the bracketed titles on the Updated Schedule 1.1(b) (as defined in the Designation Notice) (the "Designation Extension Contracts").

**PLEASE TAKE FURTHER NOTICE** that, subsequent to the filing of the Further Designation Extension Notice, the Debtors and the Stalking Horse Bidder again extended the Designation Cut-Off Date under the Stalking Horse Agreement from November 13, 2018 at 3:00 p.m. (ET) until November 16, 2018 at 3:00 p.m. (ET) for the Designation Extension Contracts.

Dated: November 13, 2018

/s/ Ian J. Bambrick
Michael R. Nestor, Esq. (Bar No. 3526)
Robert F. Poppiti, Jr., Esq. (Bar No. 5052)
Ian J. Bambrick, Esq. (Bar No. 5455)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Tel:    (302) 571-6600
Fax:    (302) 571-1253

and

Michael L. Tuchin, Esq.
Jonathan M. Weiss, Esq.
Sasha M. Gurvitz, Esq.
KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 Avenue of the Stars, 39th Floor
Los Angeles, CA 90067
Tel:    (310) 407-4000
Fax:    (310) 407-9090

*Counsel to Debtors and Debtors in Possession*