**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| OPEN ROAD FILMS, LLC, a Delaware limited liability company, *et al*.,[1] | Case No.:  18-12012 (LSS) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON NOVEMBER 20, 2018 AT 10:00 A.M. (ET)**

**CONTESTED MATTERS GOING FORWARD**

1.    Debtors' Motion for Orders: (A)(I) Establishing Bid and Sale Procedures Relating to the Sale of Substantially All of the Debtors' Assets, (II) Authorizing the Debtors to Enter Into an Asset Purchase Agreement with Stalking Horse Bidder, (III) Establishing and Approving Procedures Relating to the Assumption, Assignment and Sale of Certain Executory Contracts and Unexpired Leases, Including Notice of Proposed Cure Amounts and (IV) Scheduling a Hearing to Consider the Proposed Sale and (B)(I) Approving the Sale of Substantially All of the Debtors' Assets, (II) Authorizing the Assumption, Assignment and Sale of Certain Executory Contracts and Unexpired Leases, and (III) Granting Certain Related Relief [D.I. 9, 9/6/18]

| | |
|---|---|
| Response Deadlines: | November 2, 2018 at 4:00 p.m. (ET) for sale and cure responses (for the Official Committee of Unsecured Creditors, the deadline to object to the sale is 8:30 a.m. (ET) the day of the sale hearing) and November 7, 2018 at 4:00 p.m. (ET) for adequate assurance responses [Each deadline having been extended for certain parties] |
| Sale Responses Received: | See **Exhibit A** attached hereto |
| Cure and Adequate Assurance Responses Received:  See **Exhibit B** attached hereto | |

---

[1]    The Debtors and the last four digits of their respective federal taxpayer identification numbers are as follows: Open Road Films, LLC (4435-Del.); Open Road Releasing, LLC (4736-Del.); OR Productions LLC (5873-Del.); Briarcliff LLC (7304-Del.); Open Road International LLC (4109-Del.); and Empire Productions LLC (9375-Del.).  The Debtors' address is 2049 Century Park East, 4th Floor, Los Angeles, CA 90067.

Related Documents:

A.   Notice of Motion [D.I. 50, 9/7/18]

B.   Notice of Filing of (I) Proposed Sale Order and (II) Proposed Form APA [D.I. 124, 10/1/18]

C.   Order: (1) Approving Bid and Sale Procedures, (2) Approving Assumption, Assignment and Cure Procedures and Related Notices, (3) Establishing Date for Auction and Approving Related Procedures, (4) Scheduling the Sale Hearing and Related Deadlines, and (5) Granting Related Relief [D.I. 160, 10/9/18]

D.   Notice of Auction and Sale Hearing [D.I. 166, 10/11/18]

E.   Notice of Proposed Assumption and Assignment of Executory Contracts and Unexpired Leases [D.I. 172; 10/12/18]

F.   Submission of Affidavits of Publication Regarding Notice of Auction and sale Hearing [D.I. 183, 10/18/18]

G.   Notice of Filing of (I) Stalking Horse Agreement, (II) Summary of Proposed Bid Protections, and (III) Summary of Proposed Amendments to Bid Procedures Order [D.I. 216, 10/23/18]

H.   Order Authorizing and Approving Certain Bidding Protections, Amendments to Bid Procedures Order, and Granting Related Relief [D.I. 239, 10/26/18]

I.   Amended Notice of Auction and Sale Hearing [D.I. 243, 10/26/18]

J.   Notice of Filing of Schedule of Contracts with Amended Cure Amounts [D.I. 248, 10/30/18]

K.   Notice of Filing of Proposed Stalking Horse Order [D.I. 256, 10/31/18]

L.   Notice of Filing of Stalking Horse Bidder's Proposed Adequate Assurance of Future Performance [D.I. 299, 11/3/18]

M.   Notice of (I) Filing of (A) Updated Schedule of Purchased Titles and (B) Stalking Horse Bidder's Schedule of Available Contracts Designated as Assumed Contracts, and (II) Extension of Designation Cut-Off Date [D.I. 300, 11/3/18]

N.   Notice of Cancellation of Auction [D.I. 314, 11/5/18]

O.   Notice of (I) Adjourned (A) Omnibus Hearing and (B) Sale Hearing, and (II) Further Extension of Designation Cut-Off Date [D.I. 330, 11/6/18]

      P.       Notice of Further Extension of Designation Cut-Off Date [D.I. 360, 11/9/18]

      Q.      Notice of (I) Adjourned (A) Omnibus Hearing and (B) Sale Hearing and (II) Further Extension of Designation Cut-Off Date [D.I. 367, 11/13/18]

Status:    This matter is going forward.

2.    Redrover Co. Ltd.'s Motion for Entry of an Order Compelling Assumption or Rejection of Executory Contracts, Adequate Protection, and Related Relief [D.I. 222, 10/23/18]

Response Deadline:           November 2, 2018 at 4:00 p.m. (ET) [Extended until November 6, 2018 for the Debtors]

Responses Received:

      A.      Reservation of Rights of Endgame Releasing Co., LLC and Endgame Releasing Funding, LLC [D.I. 294, 11/2/18]

      B.      Debtors' Limited Objection [D.I. 325, 11/6/18]

Related Documents:           None

Status:    This matter is going forward.

3.    Motion of Showtime Networks Inc. for Entry of an Order Authorizing Showtime Networks Inc. to File Under Seal the Limited Objection and Reservation of Rights of Showtime Networks Inc. to Proposed Sale Free and Clear of All Liens, Claims, Encumbrances and Other Interests [D.I. 318, 11/6/18]

Response Deadline:           At the hearing

Related Documents:

      A.      Limited Objection and Reservation of Rights of Showtime Networks Inc. to Proposed Sale Free and Clear of All Liens, Claims, Encumbrances and Other Interests [D.I. 316, 11/6/18]

      B.      Exhibit A [D.I. 315, 11/6/18]

Responses Received:           None at this time

Status:    This matter is going forward.

4.      Endgame's Motion to File Under Seal Certain Exhibits to the Declaration of James D.
        Stern in Support of Endgame's Objection to the Sale Motion [D.I. 337, 11/6/18]

        Response Deadline:                          At the hearing

        Related Documents:

        A.      Declaration of James D. Stern in Support of Endgames' Objection to Debtors'
                Motion for an Order (I) Approving the Sale of Substantially all of the
                Debtors' Assets and (II) Authorizing the Assumption, Assignment and Sale of
                Certain Executory Contracts and Unexpired Leases [D.I. 335, 11/6/18]

        Responses Received:                         None at this time

        Status:      This matter is going forward.

Dated:  November 16, 2018                 */s/ Ian J. Bambrick*
                                          Michael R. Nestor, Esq. (Bar No. 3526)
                                          Robert F. Poppiti, Jr., Esq. (Bar No. 5052)
                                          Ian J. Bambrick, Esq. (Bar No. 5455)
                                          YOUNG CONAWAY STARGATT & TAYLOR, LLP
                                          Rodney Square
                                          1000 North King Street
                                          Wilmington, Delaware 19801
                                          Tel:    (302) 571-6600
                                          Fax:    (302) 571-1253

                                          and

                                          Michael L. Tuchin, Esq.
                                          Jonathan M. Weiss, Esq.
                                          Sasha M. Gurvitz, Esq.
                                          KLEE, TUCHIN, BOGDANOFF & STERN LLP
                                          1999 Avenue of the Stars, 39th Floor
                                          Los Angeles, CA 90067
                                          Tel:    (310) 407-4000
                                          Fax:    (310) 407-9090

                                          *Counsel to Debtors and Debtors in Possession*

**EXHIBIT A – SALE RESPONSES**

| | Docket No. | Date Provided or First Filed | Respondent | Status |
|---|---|---|---|---|
| 1 | 280 | 11/2/18 | Universal Music Enterprises, a Division of UMG Recordings, Inc., Universal Music Corp., Songs of Universal, Inc. and Universal Tunes, a Division of Songs of Universal Inc. | Going forward |
| 2 | 284 | 11/2/18 | Silver Reel Entertainment Mezzanine Fund, L.P. and Host Film Holdings, LLC | Going forward |
| 3 | 285 & 342 | 11/2/18 | The Film Musicians Secondary Markets Fund | Going forward |
| 4 | 286 | 11/2/18 | Fox 2000 Pictures, a division of Twentieth Century Fox Film Corporation | Going forward |
| 5 | 288 & 289 | 11/2/18 | All I See Partners 2015, L.P. | Going forward |
| 6 | 293 | 11/2/18 | Endgame Releasing Co., LLC, Endgame Releasing Funding, LLC and Happy Pill Distribution, LLC | Going forward |
| 7 | 295 & 353 | 11/2/18 | Viacom International Inc. and its affiliates, including Awesomeness Distribution, LLC and Paramount Pictures Corporation | Going forward |
| 8 | 305, 315, & 347 | 11/5/18 | Showtime Networks Inc. | Going forward |
| 9 | 307 | 11/5/18 | Entertainment One UK Limited, Entertainment One Benelux BV, Entertainment One Canada, Inc. | Going forward |
| 10 | 310 | 11/5/18 | Turner Entertainment Networks, Inc. | Going forward |
| 11 | 320 | 11/6/18 | Directors Guild of America, Inc., the Screen Actors Guild-American Federation of Television and Radio Artists, the Writers Guild of America, West, Inc. and their respective Pension and Health Plans, as well as the Motion Picture Industry Pension and Health Plans | Going forward |

| | Docket No. | Date Provided or First Filed | Respondent | Status |
|---|---|---|---|---|
| 12 | 333 | 11/6/18 | Happy Pill Distribution, LLC and Happy Pill, LLC | Going forward |
| 13 | 334 & 336 | 11/6/18 | Endgame Releasing Co., LLC and Endgame Releasing Funding, LLC | Going forward |
| 14 | 338 | 11/6/18 | Spotlight Film, LLC | Going forward |
| 15 | 344 | 11/7/18 | Redrover Co., Ltd. | Going forward |

2

## EXHIBIT B – CURE/ADEQUATE ASSURANCE RESPONSES

| | Docket No. | Date Provided or First Filed | Respondent | Status |
|---|---|---|---|---|
| 1 | Informal | 10/16/18 | Digital Cinema Distribution Coalition, LLC | Resolved |
| 2 | Informal | 10/19/18 | Good Films Enterprise, LLC | Resolved |
| 3 | Informal | 10/22/18 | Dolphin Max Steel Holdings, LLC | Resolved |
| 4 | Informal | 10/26/18 | Showtime Networks Inc. | Going forward |
| 5 | Informal | 10/26/18 | Cinemark USA | Resolved |
| 6 | Informal | 10/30/18 | Sheriff Production Inc./Jay Rodan | Going forward |
| 7 | Informal | 10/31/18 | FullScreen, Inc. | Resolved |
| 8 | 247 | 10/30/18 | mOcean Pictures, LLC | Going forward |
| 9 | 262 | 11/1/18 | FilmNation International, LLC | Going forward |
| 10 | 264 | 11/1/18 | Stampede Post Productions, Inc. | Going forward |
| 11 | 265 | 10/30/18 | BLT Communications, LLC | Going forward |
| 12 | 270 | 11/1/18 | American Multi-Cinema, Inc. aka AMC Theatres | Going forward |
| 13 | 272 | 11/2/18 | Scorpions GBR | Resolved |
| 14 | 273 | 11/2/18 | Universal Studios Home Entertainment LLC | Going forward |

|  | Docket No. | Date Provided or First Filed | Respondent | Status |
|---|---|---|---|---|
| 15 | 275 | 11/2/18 | Google LLC f/k/a Google Inc. | Going forward |
| 16 | 276 | 11/2/18 | Veritas Technologies LLC | Going forward |
| 17 | 279 | 11/2/18 | Studiocanal S.A.S. | Going forward |
| 18 | 280 | 11/2/18 | Universal Music Enterprises, a Division of UMG Recordings, Inc., Universal Music Corp., Songs of Universal, Inc. and Universal Tunes, a Division of Songs of Universal Inc. | Going forward |
| 19 | 282 | 11/2/18 | Sous Chef, LLC | Going forward |
| 20 | 283 & 342 | 11/2/18 | The Film Musicians Secondary Markets Fund | Going forward |
| 21 | 284 | 11/2/18 | Silver Reel Entertainment Mezzanine Fund, L.P. and Host Film Holdings, LLC | Going forward |
| 22 | 286 | 11/2/18 | Fox 2000 Pictures, a division of Twentieth Century Fox Film Corporation | Going forward |
| 23 | 287 | 11/2/18 | BBG Home Again LLC | Going forward |
| 24 | 288 & 289 | 11/2/18 | All I See Partners 2015, L.P. | Going forward |
| 25 | 290 | 11/2/18 | Lakeshore Entertainment Productions LLC | Going forward |
| 26 | 293, 334, & 336 | 11/2/18 | Endgame Releasing Co., LLC, Endgame Releasing Funding, LLC and Happy Pill Distribution, LLC | Going forward |
| 27 | 295 | 11/2/18 | Viacom International Inc. and its affiliates, including Awesomeness Distribution, LLC and Paramount Pictures Corporation | Going forward |
| 28 | 307 | 11/5/18 | Entertainment One UK Limited, Entertainment One Benelux BV, Entertainment One Canada, Inc. | Going forward |

2

|    | Docket No. | Date Provided or First Filed | Respondent | Status |
|----|-----------|------------------------------|-----------|--------|
| 29 | 319 | 11/6/18 | Directors Guild of America, Inc., the Screen Actors Guild-American Federation of Television and Radio Artists, the Writers Guild of America, West, Inc. and their respective Pension and Health Plans, as well as the Motion Picture Industry Pension and Health Plans | Going forward |
| 30 | 333 | 11/6/18 | Happy Pill Distribution, LLC and Happy Pill, LLC | Going forward |
| 31 | 338 | 11/6/18 | Spotlight Film, LLC | Going forward |
| 32 | 344 | 11/7/18 | Redrover Co., Ltd. | Going forward |
| 33 | 347 | 11/8/18 | Showtime Networks Inc. | Going forward |
| 34 | Informal | 11/13/18 | Listen First Media | Going forward |

3