**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In Re:<br><br>OPEN ROAD FILMS, LLC, et al.,<br><br>                    Debtors. | Chapter 11<br><br>Case No. 18-12012 (LSS)<br><br>(Jointly Administered) |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

    Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Nathaniel Ku, Esq. of Friedman & Springwater LLP to represent Universal Music Enterprises, a division of UMG Recordings, Inc., Universal Music Corp., Songs of Universal, Inc., and Universal Tunes, a division of Songs of Universal, Inc. in this action.

Dated: November 16, 2018

*/s/ Derrick Hansen*
Derrick Hansen (DE No. 6379)
Friedman & Springwater LLP
1007 North Orange Street, 4th Floor
Wilmington, DE 19801
Telephone: 650.906.2060
Email: dhansen@friedmanspring.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

    Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

Dated: November 16, 2018

*/s/ Nathaniel Ku*
Nathaniel Ku
Friedman & Springwater LLP
350 Sansome Street, Suite 210
San Francisco, CA 94104
Telephone: 415.834.3800
Email: nku@friedmanspring.com

**ORDER GRANTING MOTION**

    IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

{00803743 1}