**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| OPEN ROAD FILMS, LLC, a Delaware limited liability company, *et al.*,[1] | Case No.: 18-12012 (LSS) |
| | (Jointly Administered) |
| Debtors. | **Ref. Docket Nos. 9, 160, 216, 217, 239, 300, 330 and 360** |

**NOTICE OF (I) FILING OF (A) *FURTHER UPDATED*
SCHEDULE OF PURCHASED TITLES AND (B) STALKING HORSE
BIDDER'S *UPDATED* SCHEDULE OF AVAILABLE CONTRACTS DESIGNATED
AS ASSUMED CONTRACTS, AND (II) FURTHER EXTENSION OF
DESIGNATION CUT-OFF DATE**

**PLEASE TAKE NOTICE THAT** on October 23, 2018, the above-captioned debtors and debtors (collectively, the "Debtors") and OR Acquisition Co, LLC (the "Stalking Horse Bidder") entered into that certain Asset Purchase Agreement, dated as of October 23, 2018 (the "Stalking Horse Agreement"),[2] for the sale of substantially all of the Debtors' assets.

**PLEASE TAKE FURTHER NOTICE THAT**, on November 3, 2018, the Debtors filed (i) a copy of updated Schedule 1.1(b) to the Stalking Horse Agreement (the "Updated Schedule 1.1(b)") and (ii) a schedule of the Available Contracts designated by the Stalking Horse Bidder, pursuant to Section 2.8(a) of the Stalking Horse Agreement, as Assumed Contracts (the "Schedule of Assumed Contracts").

---

[1] The Debtors and the last four digits of their respective federal taxpayer identification numbers are as follows: Open Road Films, LLC (4435-Del.); Open Road Releasing, LLC (4736-Del.); OR Productions LLC (5873-Del.); Briarcliff LLC (7304-Del.); Open Road International LLC (4109-Del.); and Empire Productions LLC (9375-Del.). The Debtors' address is 2049 Century Park East, 4th Floor, Los Angeles, CA 90067.

[2] The Stalking Horse Agreement is attached to the *Notice of Filing of (I) Stalking Horse Agreement, (II) Summary of Proposed Bid Protections, and (III) Summary of Proposed Amendments to Bid Procedures Order* [Docket No. 216]. Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Stalking Horse Agreement.

**PLEASE TAKE FURTHER NOTICE THAT** attached hereto as **Exhibit A** is a **further updated** copy of Updated Schedule 1.1(b) (the "Further Updated Schedule 1.1(b)").[3]

**PLEASE TAKE FURTHER NOTICE THAT** attached hereto as **Exhibit C** is an **updated** Schedule of Assumed Contracts (the "Updated Schedule of Assumed Contracts").[4]

**PLEASE TAKE FURTHER NOTICE THAT** that the Debtors and the Stalking Horse Bidder have further extended the Designation Cut-Off Date under the Stalking Horse Agreement until **November 19, 2018 at 5:00 p.m. (ET)** (i) for all Available Contracts that are not identified on the Updated Schedule of Assumed Contracts and (ii) as noted on the Further Updated Schedule 1.1(b).

**PLEASE TAKE FURTHER NOTICE THAT** all rights of the Debtors and the Stalking Horse Bidder under the Stalking Horse Agreement are reserved, including, without limitation, to amend, supplement, or otherwise modify the Further Updated Schedule 1.1(b) and the Updated Schedule of Assumed Contracts.

---

[3] For ease of reference, attached hereto as **Exhibit B** is a comparison of the Further Updated Schedule 1.1(b) marked against the Updated Schedule 1.1(b).

[4] For ease of reference, attached hereto as **Exhibit D** is a copy of the Updated Schedule of Assumed Contracts marked to show the changes made to the Schedule of Assumed Contracts. Bolded font indicates a contract has been added to the Updated Schedule of Assumed Contracts and strike-through font indicates a contract has been removed from the Updated Schedule of Assumed Contracts. For the avoidance of any confusion or doubt, the numbers identified on the left-hand side of the Updated Schedule of Assumed Contracts under the column titled "#" are *not* intended to correspond to the numbers identified on the left-hand side of the exhibits attached to the *Notice of Proposed Assumption and Assignment of Executory Contracts and Unexpired Leases* [Docket No. 172] and the *Notice of Filing of Schedule of Contracts With Amended Cure Amounts* [Docket No. 248] under the columns titled "#".

Dated: November 16, 2018

*/s/ Ian J. Bambrick*
Michael R. Nestor, Esq. (Bar No. 3526)
Robert F. Poppiti, Jr., Esq. (Bar No. 5052)
Ian J. Bambrick, Esq. (Bar No. 5455)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square, 1000 North King Street
Wilmington, Delaware 19801
Tel: (302) 571-6600  Fax: (302) 571-1253

and

Michael L. Tuchin, Esq.
Jonathan M. Weiss, Esq.
Sasha M. Gurvitz, Esq.
KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 Avenue of the Stars, 39th Floor
Los Angeles, CA 90067
Tel: (310) 407-4000  Fax: (310) 407-9090

*Counsel to Debtors and Debtors in Possession*