# EXHIBIT 1

**Proposed Order**

01:23847113.2

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>OPEN ROAD FILMS, LLC, a Delaware limited liability company, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 18-12012 (LSS)<br><br>(Jointly Administered)<br><br>**Ref. Docket No.** \_\_\_\_\_ |

**ORDER (A) GRANTING LEAVE AND PERMISSION TO
FILE DEBTORS' OMNIBUS REPLY IN SUPPORT OF MOTION
TO (I) APPROVE THE SALE OF SUBSTANTIALLY ALL OF THE
DEBTORS' ASSETS, (II) AUTHORIZE THE ASSUMPTION, ASSIGNMENT,
AND SALE OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED
LEASES, AND (III) GRANT RELATED RELIEF AND (B) AUTHORIZING THE
DEBTORS TO EXCEED THE PAGE LIMITATION REQUIREMENTS**

Upon consideration of the motion (the "Motion")[2] of Open Road Films, LLC and its affiliated debtors and debtors in possession (the "Debtors") in the above-captioned chapter 11 cases (the "Cases") for the entry of an order, pursuant to Local Rules 9006-1(d) and 7007-2(a)(iv), (a) granting the Debtors leave and permission to file the Reply and (b) authorizing the Debtors to exceed the page limitation requirements related thereto; and it appearing that this Court has jurisdiction to consider the Motion in accordance with 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware dated as of February 29, 2012; and it appearing that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and it appearing that venue of this proceeding and the Motion is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that the relief requested in

---

[1] The Debtors and the last four digits of their respective federal taxpayer identification numbers are as follows: Open Road Films, LLC (4435-Del.); Open Road Releasing, LLC (4736-Del.); OR Productions LLC (5873-Del.); Briarcliff LLC (7304-Del.); Open Road International LLC (4109-Del.); and Empire Productions LLC (9375-Del.). The Debtors' address is 2049 Century Park East, 4th Floor, Los Angeles, CA 90067.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

01:23847113.2

the Motion and provided for herein is in the best interest of the Debtors, their estates and creditors and other parties in interest; and after due deliberation and sufficient cause appearing therefor,

### IT IS HEREBY ORDERED THAT:

1. The Motion is **GRANTED** as set forth herein.

2. Pursuant to Local Rule 9006-1(d), the Debtors are granted leave and permission to file the Reply, and the Reply is deemed timely filed and a matter of record in these Cases.

3. The Debtors are authorized to file the Reply in excess of the twenty-page limitation prescribed by Local Rule 7007-2(a)(iv) and the General Chambers Procedures.

4. This Court shall retain jurisdiction to interpret and enforce this Order.

01:23847113.2