**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>OPEN ROAD FILMS, LLC, a Delaware limited liability company, *et al.*,[1]<br><br>      Debtors. | Chapter 11<br><br>Case No.: 18-12012 (LSS)<br><br>(Jointly Administered)<br><br>**Ref. Docket Nos. 9, 160, 239, & 256** |

### NOTICE OF FILING OF *REVISED* PROPOSED STALKING HORSE SALE ORDER

   **PLEASE TAKE FURTHER NOTICE** that on October 31, 2018, the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") filed the *Notice of Filing of Proposed Stalking Horse Sale Order* [Docket No. 256] (the "Notice of Stalking Horse Sale Order").[2] Attached to the Notice of Stalking Horse Sale Order as Exhibit 1 was the Proposed Stalking Horse Sale Order.

   **PLEASE TAKE FURTHER NOTICE** that since the filing of the Notice of Stalking Horse Sale Order and the Proposed Stalking Horse Sale Order, the Debtors, in consultation with the Stalking Horse Bidder and other parties, have made certain revisions to the Proposed Stalking Horse Sale Order (the "Revised Proposed Stalking Horse Sale Order"). Attached hereto as **Exhibit A** is a comparison of the Revised Proposed Stalking Horse Sale Order marked against the Proposed Stalking Horse Sale Order.

   **PLEASE TAKE FURTHER NOTICE** that the Revised Proposed Stalking Horse Sale Order remains subject to continuing review and negotiation by and among the Debtors, the Stalking Horse Bidder, and other interested parties. As such, the Debtors reserve all rights to revise the Revised Proposed Stalking Horse Sale Order at or prior to the Sale Hearing.

---

[1] The Debtors and the last four digits of their respective federal taxpayer identification numbers are as follows: Open Road Films, LLC (4435-Del.); Open Road Releasing, LLC (4736-Del.); OR Productions LLC (5873-Del.); Briarcliff LLC (7304-Del.); Open Road International LLC (4109-Del.); and Empire Productions LLC (9375-Del.). The Debtors' address is 2049 Century Park East, 4th Floor, Los Angeles, CA 90067.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings given to them in the Notice of Stalking Horse Sale Order.

01:23882982.2

2

| | |
|---|---|
| Dated: November 20, 2018 | */s/ Ian J. Bambrick* |

Michael R. Nestor, Esq. (Bar No. 3526)
Robert F. Poppiti, Jr., Esq. (Bar No. 5052)
Ian J. Bambrick, Esq. (Bar No. 5455)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square, 1000 North King Street
Wilmington, Delaware 19801
Tel:    (302) 571-6600
Fax:    (302) 571-1253

and

Michael L. Tuchin, Esq.
Jonathan M. Weiss, Esq.
Sasha M. Gurvitz, Esq.
KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 Avenue of the Stars, 39th Floor
Los Angeles, CA 90067
Tel:    (310) 407-4000
Fax:    (310) 407-9090

*Counsel to Debtors and Debtors in Possession*