UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>OPEN ROAD FILMS, LLC, a Delaware limited liability company, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 18-12012 (LSS)<br><br>(Jointly Administered) |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK   )
                    )  ss:
COUNTY OF KINGS     )

I, Ted Tokuda, declare:

1. I am over the age of 18 years and not a party to these chapter 11 cases.

2. I am employed by Donlin, Recano & Company, Inc. ("DRC"), 6201 15th Avenue, Brooklyn, NY 11219.

3. On the 19th day of November, 2018, at my direction and under my supervision, employees of DRC caused to serve the following:

    (i) *Debtors' Omnibus Reply in Support of Motion to (I) Approve the Sale of Substantially All of the Debtors' Assets, (II) Authorize the Assumption, Assignment, and Sale of Certain Executory Contracts and Unexpired Leases, and (III) Grant Related Relief* [Docket No. 387];

    (ii) *Debtors' Motion for Entry of an Order Authorizing the Debtors to File Under Seal Certain Exhibits to the Declaration of Amir Agam in Support of the Debtors' Omnibus Sale Reply* [Docket No. 388];

---

[1] The Debtors and the last four digits of their respective federal taxpayer identification numbers are as follows: Open Road Films, LLC (4435-Del.); Open Road Releasing, LLC (4736-Del.); OR Productions LLC (5873-Del.); Briarcliff LLC (7304-Del.); Open Road International LLC (4109-Del.); and Empire Productions LLC (9375-Del.). The Debtors' address is 2049 Century Park East, 4th Floor, Los Angeles, CA 90067.

ORF00059

(iii)   *Debtors' Motion for an Order (A) Granting Leave and Permission to File Debtors' Omnibus Reply in Support of Motion to (I) Approve the Sale of Substantially All of the Debtors' Assets, (II) Authorize the Assumption, Assignment, and Sale of Certain Executory Contracts and Unexpired Leases, and (III) Grant Related Relief and (B) Authorizing the Debtors to Exceed the Page Limitation Requirements* [Docket No. 391]; and

(iv)   *Notice of Amended Agenda of Matters Scheduled for Hearing on November 20, 2018 at 10:00 a.m. (ET)* [Docket No. 393].

via Electronic Mail upon the parties as set forth on Exhibit 1, attached hereto; via facsimile upon the parties as set forth on Exhibit 2, attached hereto; via Federal Express Overnight Delivery upon the parties as set forth on Exhibit 3, attached hereto; and via United States Postal Service Overnight Delivery upon the parties as set forth on Exhibit 4, attached hereto.

I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge. Executed this 20th day of November, 2018, in Brooklyn, New York.

_____
Ted Tokuda

Sworn before me this
20th day of November, 2018

_____
Notary Public

Jungwoo Song
Notary Public, State of New York
No. 02SO6231374
Qualified in Kings County
Commission Expires; Nov. 22, 2018

**EXHIBIT 1**

| | | | |
|---|---|---|---|
| 000111P001-1400S-059<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>DAVID F. STABER, ESQ.<br>1700 PACIFIC AVENUE<br>DALLAS TX 75201-4624<br>DSTABER@AKINGUMP.COM | 000105P002-1400S-059<br>ASHBY & GEDDES, P.A.<br>WILLIAM P BOWDEN, ESQ<br>500 DELAWARE AVE<br>8TH FLOOR<br>WILMINGTON DE 19801-1150<br>WBOWDEN@ASHBYGEDDES.COM | 000153P001-1400S-059<br>AUSTRIA SHRUM LLC<br>MATTHEW P AUSTRIA<br>1201 N ORANGE ST STE 502<br>WILMINGTON DE 19801<br>MAUSTRIA@AUSTRIASHRUM.COM | 000152P001-1400S-059<br>BALLARD SPAHR LLP<br>MATTHEW G SUMMERS;LAUREL D ROGLEN<br>919 N MARKET ST 11TH FLOOR<br>WILMINGTON DE 19801-3034<br>SUMMERSM@BALLARDSPAHR.COM |
| 000152P001-1400S-059<br>BALLARD SPAHR LLP<br>MATTHEW G SUMMERS;LAUREL D ROGLEN<br>919 N MARKET ST 11TH FLOOR<br>WILMINGTON DE 19801-3034<br>ROGLENL@BALLARDSPAHR.COM | 000129P001-1400S-059<br>BARNES & THORNBURG LLP<br>DAVID M POWLEN;KEVIN G COLLINS<br>1000 N WEST ST STE 1500<br>WILMINGTON DE 19801<br>DAVID.POWLEN@BTLAW.COM | 000129P001-1400S-059<br>BARNES & THORNBURG LLP<br>DAVID M POWLEN;KEVIN G COLLINS<br>1000 N WEST ST STE 1500<br>WILMINGTON DE 19801<br>KEVIN.COLLINS@BTLAW.COM | 000129P001-1400S-059<br>BARNES & THORNBURG LLP<br>DAVID M POWLEN;KEVIN G COLLINS<br>1000 N WEST ST STE 1500<br>WILMINGTON DE 19801<br>dpowlen@btlaw.com |
| 000129P001-1400S-059<br>BARNES & THORNBURG LLP<br>DAVID M POWLEN;KEVIN G COLLINS<br>1000 N WEST ST STE 1500<br>WILMINGTON DE 19801<br>kcollins@btlaw.com | 000130P001-1400S-059<br>BARNES & THORNBURG LLP<br>PAUL LAURIN;JONATHAN WIGHT<br>2029 CENTURY PARK E STE 300<br>LOS ANGELES CA 90067<br>PLAURIN@BTLAW.COM | 000130P001-1400S-059<br>BARNES & THORNBURG LLP<br>PAUL LAURIN;JONATHAN WIGHT<br>2029 CENTURY PARK E STE 300<br>LOS ANGELES CA 90067<br>JWIGHT@BTLAW.COM | 004021P001-1400A-059<br>BLANK ROME LLP<br>MICHAEL D DEBAECKE<br>1201 N MARKET ST<br>STE 800<br>WILMINGTON DE 19801<br>DEBAECKE@BLANKROME.COM |
| 004008P002-1400A-059<br>BLANK ROME LLP<br>RICK ANTONOFF<br>THE CHRYSLER BUILDING<br>405 LEXINGTON AVENUE<br>NEW YORK NY 10174<br>RANTONOFF@BLANKROME.COM | 004007P001-1400A-059<br>BLANK ROME LLP<br>STANLEY B TARR<br>BRYAN J. HALL<br>1201 N MARKET STREET SUITE 800<br>WILMINGTON DE 19801<br>TARR@BLANKROME.COM | 004007P001-1400A-059<br>BLANK ROME LLP<br>STANLEY B TARR<br>BRYAN J. HALL<br>1201 N MARKET STREET SUITE 800<br>WILMINGTON DE 19801<br>BHALL@BLANKROME.COM | 000160P001-1400S-059<br>BUCHALTER, A PROFESSIONAL CORPORATION<br>JEANNIE KIM, ESQ<br>55 SECOND ST, 17TH FLOOR<br>SAN FRANCISCO CA 94105-3493<br>JKIM@BUCHALTER.COM |
| 000142P001-1400S-059<br>BUCHALTER, A PROFESSIONAL CORPORATION<br>PAMELA K WEBSTER<br>1000 WILSHIRE BLVD STE 1500<br>LOS ANGELES CA 90017<br>PWEBSTER@BUCHALTER.COM | 000155P001-1400S-059<br>BUCHANAN INGERSOLL & ROONEY PC<br>MARY F CALOWAY,ESQ<br>919 N MARKET ST STE 1500<br>WILMINGTON DE 19801<br>MARY.CALOWAY@BIPC.COM | 000108P001-1400S-059<br>BUSH GOTTLIEB, A LAW CORPORATION<br>JOSEPH KOHANSKI;DAVID AHDOOT;KIRK PRESTEGARD, KIEL<br>801 NORTH BRAND BLVD STE 950<br>GLENDALE CA 91203<br>JKOHANSKI@BUSHGOTTLIEB.COM | 000108P001-1400S-059<br>BUSH GOTTLIEB, A LAW CORPORATION<br>JOSEPH KOHANSKI;DAVID AHDOOT;KIRK PRESTEGARD, KIEL<br>801 NORTH BRAND BLVD STE 950<br>GLENDALE CA 91203<br>DAHDOOT@BUSHGOTTLIEB.COM |
| 000108P001-1400S-059<br>BUSH GOTTLIEB, A LAW CORPORATION<br>JOSEPH KOHANSKI;DAVID AHDOOT;KIRK PRESTEGARD, KIEL<br>801 NORTH BRAND BLVD STE 950<br>GLENDALE CA 91203<br>KPRESTEGARD@BUSHGOTTLIEB.COM | 000108P001-1400S-059<br>BUSH GOTTLIEB, A LAW CORPORATION<br>JOSEPH KOHANSKI;DAVID AHDOOT;KIRK PRESTEGARD, KIEL<br>801 NORTH BRAND BLVD STE 950<br>GLENDALE CA 91203<br>KIRELAND@BUSHGOTTLIEB.COM | 004026P001-1400A-059<br>COLE SCHOTZ PC<br>NORMAN L PERNICK<br>PATRICK J. REILLEY<br>500 DELAWARE AVENUE SUITE 1410<br>WILMINGTON DE 19801<br>NPERNICK@COLESCHOTZ.COM | 004026P001-1400A-059<br>COLE SCHOTZ PC<br>NORMAN L PERNICK<br>PATRICK J. REILLEY<br>500 DELAWARE AVENUE SUITE 1410<br>WILMINGTON DE 19801<br>PREILLEY@COLESCHOTZ.COM |

| | | | |
|---|---|---|---|
| 000150P001-1400S-059<br>CROSS & SIMON, LLC<br>CHRISTOPHER P. SIMON / KEVIN S. MANN<br>1105 NORTH MARKET STREET, SUITE 901<br>WILMINGTON DE 19801<br>csimon@crosslaw.com | 000150P001-1400S-059<br>CROSS & SIMON, LLC<br>CHRISTOPHER P. SIMON / KEVIN S. MANN<br>1105 NORTH MARKET STREET, SUITE 901<br>WILMINGTON DE 19801<br>kmann@crosslaw.com | 000117P001-1400S-059<br>DELAWARE ATTORNEY GENERAL<br>ATTN: BANKRUPTCY DEPARTMENT<br>CARVEL STATE OFFICE BUILDING<br>820 N FRENCH ST. 6TH FL<br>WILMINGTON DE 19801<br>ATTORNEY.GENERAL@STATE.DE.US | 000009P001-1400S-059<br>DELAWARE DIVISION OF REVENUE<br>ZILLAH A. FRAMPTON, BANKR. ADMIN.<br>CARVEL STATE OFFICE BUILD. 8TH FLOOR<br>820 N. FRENCH STREET<br>WILMINGTON DE 19801<br>FASNOTIFY@STATE.DE.US |
| 000119P001-1400S-059<br>DELAWARE SECRETARY OF STATE<br>CORPORATIONS FRANCHISE TAX<br>PO BOX 898<br>DOVER DE 19903<br>DOSDOC_FTAX@STATE.DE.US | 000122P001-1400S-059<br>DELAWARE STATE TREASURY<br>ATTN: BANKRUTPCY DEPARTMENT<br>820 SILVER LAKE BLVD STE 100<br>DOVER DE 19904<br>STATETREASURER@STATE.DE.US | 000138P003-1400S-059<br>ENTERTAINMENT ONE FILMS CANADA INC<br>LAUREN BLAIWAIS;EMILY HARRIS<br>134 PETER STREET STE 700<br>TORONTO ON M5V 2H2<br>CANADA<br>LBLAIWAIS@ENTONEGROUP.COM | 000138P003-1400S-059<br>ENTERTAINMENT ONE FILMS CANADA INC<br>LAUREN BLAIWAIS;EMILY HARRIS<br>134 PETER STREET STE 700<br>TORONTO ON M5V 2H2<br>CANADA<br>EHARRIS@ENTONEGROUP.COM |
| 000113P001-1400S-059<br>FOLEY AND LARDNER LLP<br>ASHLEY M MCDOW;FAHIM FARIVAR<br>555 SOUTH FLOWER ST STE 3300<br>LOS ANGELES CA 90071-2300<br>AMCDOW@FOLEY.COM | 000113P001-1400S-059<br>FOLEY AND LARDNER LLP<br>ASHLEY M MCDOW;FAHIM FARIVAR<br>555 SOUTH FLOWER ST STE 3300<br>LOS ANGELES CA 90071-2300<br>FFARIVAR@FOLEY.COM | 004020P001-1400A-059<br>FRIEDMAN AND SPRINGWATER LLP<br>DERRICK HANSEN<br>1007 NORTH ORANGE STREET 4TH FLOOR<br>WILMINGTON DE 19801<br>DHANSEN@FRIEDMANSPRING.COM | 004022P001-1400A-059<br>FRIEDMAN AND SPRINGWATER LLP<br>ELLEN A FRIEDMAN ESQ<br>350 SANSOME STREET SUITE 210<br>SAN FRANCISCO CA 94104<br>EFRIEDMAN@FRIEDMANSPRING.COM |
| 004027P001-1400A-059<br>GREENBERG GLUSKER FIELDS CLAMAN AND MACHTINGE<br>BRIAN L DAVIDOFF<br>1900 AVENUE OF TH ESTARS<br>21ST FLOOR<br>LOS ANGELES CA 90067<br>BDAVIDOFF@GREENBERGGLUSKER.COM | 000151P001-1400S-059<br>HILLER LAW, LLC<br>Adam Hiller<br>1500 North French Street, 2nd Floor<br>WILMINGTON DE 19801<br>ahiller@adamhillerlaw.com | 000154P001-1400S-059<br>HUSCH BLACKWELL LLP<br>MICHAEL D FIELDING<br>4801 MAIN ST STE 1000<br>KANSAS CITY MO 64112<br>MICHAEL.FIELDING@HUSCHBLACKWELL.COM | 000135P001-1400S-059<br>IRELL & MANELLA LLP<br>JEFFREY REISNER; KERRI LYMAN<br>840 NEWPORT CENTER DR STE 400<br>NEWPORT BEACH CA 92660-6324<br>JREISNER@IRELL.COM |
| 000135P001-1400S-059<br>IRELL & MANELLA LLP<br>JEFFREY REISNER; KERRI LYMAN<br>840 NEWPORT CENTER DR STE 400<br>NEWPORT BEACH CA 92660-6324<br>KLYMAN@IRELL.COM | 004015P001-1400A-059<br>JENS C SCHNEIDER<br>LUDWIGSPLATZ 9<br>GIEBEN 35390<br>GERMANY<br>SCHNEIDER-ANWALT@T-ONLINE.DE | 000147P001-1400S-059<br>KASHISHIAN LAW LLC<br>ANN KASHISHIAN, ESQ<br>501 SILVERSIDE ROAD<br>WILMINGTON DE 19809<br>AMK@KASHISHIANLAW.COM | 000146P001-1400S-059<br>KASIMA LLC<br>MICHAEL POLITI<br>100 ENTERPRISE DRIVE STE 505<br>ROCKAWAY NJ 07866<br>MIKE@DCIP.COM |
| 000146P001-1400S-059<br>KASIMA LLC<br>MICHAEL POLITI<br>100 ENTERPRISE DRIVE STE 505<br>ROCKAWAY NJ 07866<br>MARK@DCIP.COM | 000158P001-1400S-059<br>KLEHR HARRISON HARVEY BRANZBURG LLP<br>DOMENIC E PACITTI;MICHAEL W YURKEWICZ<br>919 N MARKET ST STE 1000<br>WILMINGTON DE 19801-3062<br>DPACITTI@KLEHR.COM | 000158P001-1400S-059<br>KLEHR HARRISON HARVEY BRANZBURG LLP<br>DOMENIC E PACITTI;MICHAEL W YURKEWICZ<br>919 N MARKET ST STE 1000<br>WILMINGTON DE 19801-3062<br>MYURKEWICZ@KLEHR.COM | 000159P001-1400S-059<br>KLEHR HARRISON HARVEY BRANZBURG LLP<br>MORTON R BRANZBURG<br>1835 MARKET ST 14TH FLOOR<br>PHILADELPHIA PA 19103<br>MBRANZBURG@KLEHR.COM |

| | | | |
|---|---|---|---|
| 000156P001-1400S-059<br>LATHAM & WATKINS LLP<br>ANDREW M PARLEN<br>885 THIRD AVE<br>NEW YORK NY 10022<br>ANDREW.PARLEN@LW.COM | 000157P001-1400S-059<br>LATHAM & WATKINS LLP<br>JASON B GOTT<br>330 NORTH WABASH AVE STE 2800<br>CHICAGO IL 60611<br>JASON.GOTT@LW.COM | 004012P001-1400A-059<br>LAW OFFICE OF JEFFREY A SLOTT<br>15760 VENTURA BOULEVARD SUITE 1600<br>ENCINO CA 91436<br>JSLOTT@AOL.COM | 000109P001-1400S-059<br>LAW OFFICE OF SUSAN E KAUFMAN LLC<br>SUSAN E KAUFMAN, ESQ<br>919 N MARKET ST STE 460<br>WILMINGTON DE 19801<br>SKAUFMAN@SKAUFMANLAW.COM |
| 000145P001-1400S-059<br>LOEB & LOEB LLP<br>LANCE N JURICH<br>10100 SANTA MONICA BLVD<br>LOS ANGELES CA 90067<br>LJURICH@LOEB.COM | 000144P001-1400S-059<br>LOEB & LOEB LLP<br>VADIM J RUBINSTEIN,ESQ<br>345 PARK AVE<br>NEW YORK NY 10154<br>VRUBINSTEIN@LOEB.COM | 000116P001-1400S-059<br>LUSKIN STERN & EISLER LLP<br>RICHARD STERN; STEPHAN E HORNUNG<br>ELEVEN TIMES SQUARE<br>NEW YORK NY 10036<br>STERN@LSELLP.COM | 000116P001-1400S-059<br>LUSKIN STERN & EISLER LLP<br>RICHARD STERN; STEPHAN E HORNUNG<br>ELEVEN TIMES SQUARE<br>NEW YORK NY 10036<br>HORNUNG@LSELLP.COM |
| 004018P001-1400A-059<br>MORRIS NICHOLS ARSHT AND TUNNELL LLP<br>DEREK C ABBOTT<br>MATTHEW B. HARVEY<br>1201 NORTH MARKET ST<br>16TH FLOOR<br>WILMINGTON DE 19801<br>DABBOTT@MNAT.COM | 004018P001-1400A-059<br>MORRIS NICHOLS ARSHT AND TUNNELL LLP<br>DEREK C ABBOTT<br>MATTHEW B. HARVEY<br>1201 NORTH MARKET ST<br>16TH FLOOR<br>WILMINGTON DE 19801<br>MHARVEY@MNAT.COM | 000132P001-1400S-059<br>PACHULSKI STANG ZIEHL & JONES LLP<br>COLIN R ROBINSON, ESQ<br>919 N MARKET ST, 17TH FLOOR<br>WILMINGTON DE 19801<br>CROBINSON@PSZJLAW.COM | 000131P001-1400S-059<br>PACHULSKI STANG ZIEHL & JONES LLP<br>ROBERT J FEINSTEIN;SCOTT L HAZAN<br>780 THIRD AVE, 34TH FLOOR<br>NEW YORK NY 10017<br>RFEINSTEIN@PSZJLAW.COM |
| 000131P001-1400S-059<br>PACHULSKI STANG ZIEHL & JONES LLP<br>ROBERT J FEINSTEIN;SCOTT L HAZAN<br>780 THIRD AVE, 34TH FLOOR<br>NEW YORK NY 10017<br>SHAZAN@PSZJLAW.COM | 000016P001-1400S-059<br>PAUL HASTINGS LLP<br>ANDREW V. TENZER<br>200 PARK AVENUE<br>NEW YORK NY 10166<br>ANDREWTENZER@PAULHASTINGS.COM | 000110P001-1400S-059<br>PAUL HASTINGS LLP<br>ANDREW V TENZER;SHLOMO MAZA<br>75 EAST 55TH ST<br>NEW YORK NY 10022<br>ANDREWTENZER@PAULHASTINGS.COM | 000110P001-1400S-059<br>PAUL HASTINGS LLP<br>ANDREW V TENZER;SHLOMO MAZA<br>75 EAST 55TH ST<br>NEW YORK NY 10022<br>SHLOMOMAZA@PAULHASTINGS.COM |
| 000015P001-1400S-059<br>PAUL HASTINGS LLP<br>SUSAN WILLIAMS<br>1999 AVENUE OF THE STARS<br>27TH FLOOR<br>LOS ANGELES CA 90067<br>SUSANWILLIAMS@PAULHASTINGS.COM | 000149P001-1400S-059<br>PILLSBURY WINTHROP SHAW PITTMAN LLP<br>KATHY A JORRIE, ESQ<br>725 SOUTH FIGUEROA ST STE 2800<br>LOS ANGELES CA 90017-5406<br>KATHY.JORRIE@PILLSBURYLAW.COM | 000128P001-1400S-059<br>PROCOPIO CORY HARGREAVES & SAVITCH LLP<br>GERALD P KENNEDY, ESQ<br>525 B STREET STE 2200<br>SAN DIEGO CA 92101<br>GERALD.KENNEDY@PROCOPIO.COM | 000136P002-1400S-059<br>REED SMITH LLP<br>KURT GWYNNE; JASON ANGELO<br>1201 N. MARKET ST STE 1500<br>WILMINGTON DE 19801<br>KGWYNNE@REEDSMITH.COM |
| 000136P002-1400S-059<br>REED SMITH LLP<br>KURT GWYNNE; JASON ANGELO<br>1201 N. MARKET ST STE 1500<br>WILMINGTON DE 19801<br>JANGELO@REEDSMITH.COM | 000114P001-1400S-059<br>REED SMITH LLP<br>MARSHA A HOUSTON;CHRISTOPHER O RIVAS<br>355 SOUTH GRAND AVE STE 2900<br>LOS ANGELES CA 90071-1514<br>MHOUSTON@REEDSMITH.COM | 000114P001-1400S-059<br>REED SMITH LLP<br>MARSHA A HOUSTON;CHRISTOPHER O RIVAS<br>355 SOUTH GRAND AVE STE 2900<br>LOS ANGELES CA 90071-1514<br>CRIVAS@REEDSMITH.COM | 000115P001-1400S-059<br>REED SMITH LLP<br>MICHAEL S SHERMAN<br>1901 AVE OF THE STARS STE 700<br>LOS ANGELES CA 90067<br>MSHERMAN@REEDSMITH.COM |

Case 18-12012-LSS    Doc 397    Filed 11/20/18    Page 7 of 16

# Open Road Films, LLC, et al.
## Electronic Mail
## Exhibit Pages

Page # : 4 of 5

11/19/2018 04:34:04 PM

| | | | |
|---|---|---|---|
| 000137P001-1400S-059<br>RICHARDS LAYTON & FINGER PA<br>D J DEFRANCESCHI;M J MERCHANT;B M HAYWOOD<br>ONE RODNEY SQUARE<br>920 NORTH KING ST<br>WILMINGTON DE 19801<br>DEFRANCESCHI@RLF.COM | 000137P001-1400S-059<br>RICHARDS LAYTON & FINGER PA<br>D J DEFRANCESCHI;M J MERCHANT;B M HAYWOOD<br>ONE RODNEY SQUARE<br>920 NORTH KING ST<br>WILMINGTON DE 19801<br>MERCHANT@RLF.COM | 000137P001-1400S-059<br>RICHARDS LAYTON & FINGER PA<br>D J DEFRANCESCHI;M J MERCHANT;B M HAYWOOD<br>ONE RODNEY SQUARE<br>920 NORTH KING ST<br>WILMINGTON DE 19801<br>HAYWOOD@RLF.COM | 000141P001-1400S-059<br>ROBINS KAPLAN LLP<br>HOWARD J WEG;MICHAEL T DELANEY<br>2049 CENTURY PARK EAST STE 3400<br>LOS ANGELES CA 90067<br>HWEG@ROBINSKAPLAN.COM |
| 000141P001-1400S-059<br>ROBINS KAPLAN LLP<br>HOWARD J WEG;MICHAEL T DELANEY<br>2049 CENTURY PARK EAST STE 3400<br>LOS ANGELES CA 90067<br>MDELANEY@ROBINSKAPLAN.COM | 000148P001-1400S-059<br>ROSENTHAL MONHAIT & GODDESS PA<br>NORMAN M MONHAIT;EDWARD B ROSENTHAL<br>919 N MARKET ST STE 1401<br>P O BOX 1070<br>WILMINGTON DE 19899-1070<br>NMONHAIT@RMGGLAW.COM | 000148P001-1400S-059<br>ROSENTHAL MONHAIT & GODDESS PA<br>NORMAN M MONHAIT;EDWARD B ROSENTHAL<br>919 N MARKET ST STE 1401<br>P O BOX 1070<br>WILMINGTON DE 19899-1070<br>EROSENTHAL@RMGGLAW.COM | 000120P001-1400S-059<br>SECURITIES & EXCHANGE COMMISSION<br>NY REG OFFICE ATTN: BANKRUPTCY DEPT.<br>BROOKFIELD PL<br>200 VESEY ST STE 400<br>NEW YORK NY 10281-1022<br>NYROBANKRUPTCY@SEC.GOV |
| 000123P001-1400S-059<br>SECURITIES & EXCHANGE COMMISSION<br>PHIL. OFC - ATTN: BANKRUPTCY DEPT.<br>ONE PENN CENTER<br>1617 JFK BLVD. STE 520<br>PHILADELPHIA PA 19103<br>SECBANKRUPTCY@SEC.GOV | 000140P002-1400S-059<br>SHEPPARD MULLIN RICHTER & HAMPTON LLP<br>EDWARD H TILLINGHAST, ESQ<br>MICHAEL T DRISCOLL, ESQ<br>30 ROCKEFELLER PLAZA<br>NEW YORK NY 10112<br>ETILLINGHAST@SHEPPARDMULLIN.COM | 000140P002-1400S-059<br>SHEPPARD MULLIN RICHTER & HAMPTON LLP<br>EDWARD H TILLINGHAST, ESQ<br>MICHAEL T DRISCOLL, ESQ<br>30 ROCKEFELLER PLAZA<br>NEW YORK NY 10112<br>MDRISCOLL@SHEPPARDMULLIN.COM | 004009P001-1400A-059<br>SHUMAKER MALLORY LLP<br>CLARISSE YOUNG SHUMAKER<br>BRETT J. WASSERMAN<br>333 S GRAND AVE SUITE 3400<br>LOS ANGELES CA 90071<br>YOUNGSHUMAKER@SMCOUNSEL.COM |
| 004009P001-1400A-059<br>SHUMAKER MALLORY LLP<br>CLARISSE YOUNG SHUMAKER<br>BRETT J. WASSERMAN<br>333 S GRAND AVE SUITE 3400<br>LOS ANGELES CA 90071<br>WASSERMAN@SMCOUNSEL.COM | 000107P001-1400S-059<br>SIDLEY AUSTIN LLP<br>ANNIE C WALLIS, ESQ<br>ONE SOUTH DEARBORN<br>CHICAGO IL 60603<br>AWALLIS@SIDLEY.COM | 000106P001-1400S-059<br>SIDLEY AUSTIN LLP<br>JENNIFER C HAGLE, ESQ<br>555 WEST FIFTH ST 40TH FLOOR<br>LOS ANGELES CA 90013<br>JHAGLE@SIDLEY.COM | 000007P002-1400S-059<br>US ATTORNEY FOR DELAWARE<br>CHARLES OBERLY C/O ELLEN SLIGHTS<br>1007 N. ORANGE STREET STE 700<br>PO BOX 2046<br>WILMINGTON DE 19899-2046<br>USADE.ECFBANKRUPTCY@USDOJ.GOV |
| 000133P001-1400S-059<br>VENABLE LLP<br>JAMIE L EDMONSON;DANIEL A O'BRIEN<br>1201 N MARKET ST STE 1400<br>WILMINGTON DE 19801<br>JLEDMONSON@VENABLE.COM | 000133P001-1400S-059<br>VENABLE LLP<br>JAMIE L EDMONSON;DANIEL A O'BRIEN<br>1201 N MARKET ST STE 1400<br>WILMINGTON DE 19801<br>DAOBRIEN@VENABLE.COM | 000134P001-1400S-059<br>VENABLE LLP<br>KEITH C OWENS<br>2049 CENTURY PARK EAST STE 2300<br>LOS ANGELES CA 90067<br>KCOWENS@VENABLE.COM | 000134P001-1400S-059<br>VENABLE LLP<br>KEITH C OWENS<br>2049 CENTURY PARK EAST STE 2300<br>LOS ANGELES CA 90067<br>kowens@venable.com |
| 004019P001-1400A-059<br>VERITAS TECHNOLOGIES LLC<br>DAVID A LUCERO ESQ<br>DIRECTOR GLOBAL LITIGATION AND EMPLOYMENT LAW<br>2625 AUGUSTINE DR<br>SANTA CLARA CA 95054<br>DAVID.LUCERO@VERITAS.COM | 004023P001-1400A-059<br>VORYS SATER SEYMOUR AND PEASE LLP<br>TIFFANY STRELOW COBB ESQ<br>52 EAST GAY ST<br>COLUMBUS OH 43215<br>TSCOBB@VORYS.COM | 004016P001-1400A-059<br>WHITE AND WILLIAMS LLP<br>MARC S CASARINO<br>600 N KING STREET SUITE 800<br>WILMINGTON DE 19801<br>CASARINOM@WHITEANDWILLIAMS.COM | 004017P001-1400A-059<br>WHITE AND WILLIAMS LLP<br>AMY E VULPIO<br>1650 MARKET STREET SUITE 1800<br>PHILADELPHIA PA 19103<br>VULPIOA@WHITEANDWILLIAMS.COM |

**Open Road Films, LLC, et al.**
**Electronic Mail**
**Exhibit Pages**

Page # : 5 of 5                                                                                                   11/19/2018 04:34:04 PM

| | | | |
|---|---|---|---|
| 000112P001-1400S-059<br>WHITEFORD, TAYLOR & PRESTON LLC<br>C. M. SAMIS; L.KATHERINE GOOD; AARON STULMAN<br>THE RENAISSANCE CENTRE<br>405 NORTH KING ST., STE 500<br>WILMINGTON DE 19801<br>CSAMIS@WTPLAW.COM | 000112P001-1400S-059<br>WHITEFORD, TAYLOR & PRESTON LLC<br>C. M. SAMIS; L.KATHERINE GOOD; AARON STULMAN<br>THE RENAISSANCE CENTRE<br>405 NORTH KING ST., STE 500<br>WILMINGTON DE 19801<br>KGOOD@WTPLAW.COM | 000112P001-1400S-059<br>WHITEFORD, TAYLOR & PRESTON LLC<br>C. M. SAMIS; L.KATHERINE GOOD; AARON STULMAN<br>THE RENAISSANCE CENTRE<br>405 NORTH KING ST., STE 500<br>WILMINGTON DE 19801<br>ASTULMAN@WTPLAW.COM | 000139P001-1400S-059<br>WYATT TARRANT & COMBS LLP<br>MARY L FULLINGTON<br>250 WEST MAIN ST STE 1600<br>LEXINGTON KY 40507<br>MFULLINGTON@WYATTFIRM.COM |

Records Printed :    100

**EXHIBIT 2**

**Open Road Films, LLC, et al.**
**Facsimile**
**Exhibit Page**

Page # : 1 of 1

11/19/2018 04:33:09 PM

| | | | |
|---|---|---|---|
| 000059P002-1400S-059<br>BANK OF AMERICA, N.A.<br>TIFFANY SHIN/AGENCY MANAGEMENT<br>HOUGHTON BANK. CTR MC WA3-132-01-01<br>10623 NE 68TH STREET<br>KIRKLAND WA 98033<br>Fax#: 415-343-0561 | 000004P001-1400S-059<br>INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATION<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346<br>Fax#: (267) 941-1015 | 000005P003-1400S-059<br>INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATION<br>2970 MARKET STREET<br>MAIL STOP 5-Q30 133<br>PHILADELPHIA PA 19104-5016<br>Fax#: (267) 941-1015 | 000006P002-1400S-059<br>OFFICE OF THE U.S. TRUSTEE<br>LINDA RICHENDERFER<br>844 KING STREET<br>SUITE 2207<br>WILMINGTON DE 19801<br>Fax#: (302) 573-6497 |
| 000143P001-1400S-059<br>STEPHEN SILVERMAN LAW<br>STEPHEN E SILVERMAN<br>6945 E SAHUARO DRIVE STE 125<br>SCOTTSDALE AZ 85254<br>Fax#: 480-400-1065 | | | |

Records Printed : **5**

**EXHIBIT 3**

# Open Road Films, LLC, et al.
# Federal Express
# Exhibit Pages

Page # : 1 of 3                                                                                                   11/19/2018 04:42:38 PM

| | | | |
|---|---|---|---|
| 000111P001-1400S-059<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>DAVID F. STABER, ESQ.<br>1700 PACIFIC AVE. STE 4100<br>DALLAS TX 75201-4624 | 000105P002-1400S-059<br>ASHBY & GEDDES, P.A.<br>WILLIAM P BOWDEN, ESQ<br>500 DELAWARE AVE<br>8TH FLOOR<br>WILMINGTON DE 19801-1150 | 000153P001-1400S-059<br>AUSTRIA SHRUM LLC<br>MATTHEW P AUSTRIA<br>1201 N ORANGE ST STE 502<br>WILMINGTON DE 19801 | 000152P001-1400S-059<br>BALLARD SPAHR LLP<br>MATTHEW G SUMMERS;LAUREL D ROGLEN<br>919 N MARKET ST 11TH FLOOR<br>WILMINGTON DE 19801-3034 |
| 000017P001-1400S-059<br>BANK OF AMERICA AS ADMIN. AGENT<br>333 S HOPE ST<br>13TH FL<br>LOS ANGELES CA 90071 | 000059P002-1400S-059<br>BANK OF AMERICA, N.A.<br>TIFFANY SHIN/AGENCY MANAGEMENT<br>HOUGHTON BANK. CTR MC WA3-132-01-01<br>10623 NE 68TH STREET<br>KIRKLAND WA 98033 | 000129P001-1400S-059<br>BARNES & THORNBURG LLP<br>DAVID M POWLEN;KEVIN G COLLINS<br>1000 N WEST ST STE 1500<br>WILMINGTON DE 19801 | 000130P001-1400S-059<br>BARNES & THORNBURG LLP<br>PAUL LAURIN;JONATHAN WIGHT<br>2029 CENTURY PARK E STE 300<br>LOS ANGELES CA 90067 |
| 004007P001-1400A-059<br>BLANK ROME LLP<br>STANLEY B TARR<br>BRYAN J. HALL<br>1201 N MARKET STREET SUITE 800<br>WILMINGTON DE 19801 | 004008P002-1400A-059<br>BLANK ROME LLP<br>RICK ANTONOFF<br>THE CHRYSLER BUILDING<br>405 LEXINGTON AVENUE<br>NEW YORK NY 10174 | 004021P001-1400A-059<br>BLANK ROME LLP<br>MICHAEL D DEBAECKE<br>1201 N MARKET ST<br>STE 800<br>WILMINGTON DE 19801 | 000142P001-1400S-059<br>BUCHALTER, A PROFESSIONAL CORPORATION<br>PAMELA K WEBSTER<br>1000 WILSHIRE BLVD STE 1500<br>LOS ANGELES CA 90017 |
| 000160P001-1400S-059<br>BUCHALTER, A PROFESSIONAL CORPORATION<br>JEANNIE KIM, ESQ<br>55 SECOND ST, 17TH FLOOR<br>SAN FRANCISCO CA 94105-3493 | 000155P001-1400S-059<br>BUCHANAN INGERSOLL & ROONEY PC<br>MARY F CALOWAY,ESQ<br>919 N MARKET ST STE 1500<br>WILMINGTON DE 19801 | 000108P001-1400S-059<br>BUSH GOTTLIEB, A LAW CORPORATION<br>JOSEPH KOHANSKI;DAVID AHDOOT;KIRK PRESTEGARD, KIEL<br>801 NORTH BRAND BLVD STE 950<br>GLENDALE CA 91203 | 004024P001-1400A-059<br>CELLA LANGE AND CELLA LLP<br>BRIAN L CELLA ESQ<br>1600 SOUTH MAIN PLZ<br>STE 180<br>WALNUT CREEK CA 94596 |
| 004026P001-1400A-059<br>COLE SCHOTZ PC<br>NORMAN L PERNICK<br>PATRICK J. REILLEY<br>500 DELAWARE AVENUE SUITE 1410<br>WILMINGTON DE 19801 | 004028P001-1400A-059<br>COZEN OCONNOR<br>MARK FELGER<br>1201 NORTH MARKET STREET SUITE 1001<br>WILMINGTON DE 19801 | 000150P001-1400S-059<br>CROSS & SIMON, LLC<br>CHRISTOPHER P. SIMON / KEVIN S. MANN<br>1105 NORTH MARKET STREET, SUITE 901<br>WILMINGTON DE 19801 | 000117P001-1400S-059<br>DELAWARE ATTORNEY GENERAL<br>ATTN:  BANKRUPTCY DEPARTMENT<br>CARVEL STATE OFFICE BUILDING<br>820 N FRENCH ST. 6TH FL<br>WILMINGTON DE 19801 |
| 000009P001-1400S-059<br>DELAWARE DIVISION OF REVENUE<br>ZILLAH A. FRAMPTON, BANKR. ADMIN.<br>CARVEL STATE OFFICE BUILD. 8TH FLOO<br>820 N. FRENCH STREET<br>WILMINGTON DE 19801 | 000008P001-1400S-059<br>DELAWARE SECRETARY OF STATE<br>DIVISION OF CORPORATIONS<br>401 FEDERAL STREET, SUITE 4<br>DOVER DE 19901 | 000122P001-1400S-059<br>DELAWARE STATE TREASURY<br>ATTN:  BANKRUTPCY DEPARTMENT<br>820 SILVER LAKE BLVD STE 100<br>DOVER DE 19904 | 000138P003-1400S-059<br>ENTERTAINMENT ONE FILMS CANADA INC<br>LAUREN BLAIWAIS;EMILY HARRIS<br>134 PETER STREET STE 700<br>TORONTO ON M5V 2H2<br>CANADA |
| 004014P001-1400A-059<br>FERRY JOSEPH PA<br>THEODORE J TACCONELLI<br>824 MARKET ST<br>STE 1000<br>WILMINGTON DE 19801 | 000113P001-1400S-059<br>FOLEY AND LARDNER LLP<br>ASHLEY M MCDOW;FAHIM FARIVAR<br>555 SOUTH FLOWER ST STE 3300<br>LOS ANGELES CA 90071-2300 | 004029P001-1400A-059<br>FOLEY AND LARDNER LLP<br>ASHLEY M MCDOW<br>555 SOUTH FLOWER ST<br>STE 3300<br>LOS ANGELES CA 90071-2300 | 004010P001-1400A-059<br>FRIEDMAN AND SPRINGWATER LLP<br>DERRICK HANSEN<br>1007 NORTH ORANGE STREET 4TH FLOOR<br>4TH FLOOR<br>WILMINGTON DE 19801 |

# Open Road Films, LLC, et al.
## Federal Express
### Exhibit Pages

Page # : 2 of 3                                                                                                          11/19/2018 04:42:38 PM

| | | | |
|---|---|---|---|
| 004011P001-1400A-059<br>FRIEDMAN AND SPRINGWATER LLP<br>ELLEN A FRIEDMAN ESQ<br>350 SANSOME STREET SUITE 210<br>STE 210<br>SAN FRANCISCO CA 94104 | 004013P001-1400A-059<br>GREENBERG GLUSKER FIELDS<br>CLAMAN & MACHTINGER LLP<br>BRIAN L DAVIDOFF<br>1900 AVENUE OF THE STARS<br>21ST FLOOR<br>LOS ANGELES CA 90067 | 004027P001-1400A-059<br>GREENBERG GLUSKER FIELDS CLAMAN AND MACHTINGE<br>BRIAN L DAVIDOFF<br>1900 AVENUE OF TH ESTARS<br>21ST FLOOR<br>LOS ANGELES CA 90067 | 000151P001-1400S-059<br>HILLER LAW, LLC<br>Adam Hiller<br>1500 North French Street, 2nd Floor<br>WILMINGTON DE 19801 |
| 000154P001-1400S-059<br>HUSCH BLACKWELL LLP<br>MICHAEL D FIELDING<br>4801 MAIN ST STE 1000<br>KANSAS CITY MO 64112 | 000005P003-1400S-059<br>INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATION<br>2970 MARKET STREET<br>MAIL STOP 5-Q30.133<br>PHILADELPHIA PA 19104-5016 | 000135P001-1400S-059<br>IRELL & MANELLA LLP<br>JEFFREY REISNER; KERRI LYMAN<br>840 NEWPORT CENTER DR STE 400<br>NEWPORT BEACH CA 92660-6324 | 004015P001-1400A-059<br>JENS C SCHNEIDER<br>LUDWIGSPLATZ 9<br>GIEBEN 35390<br>GERMANY |
| 000147P001-1400S-059<br>KASHISHIAN LAW LLC<br>ANN KASHISHIAN, ESQ<br>501 SILVERSIDE ROAD<br>WILMINGTON DE 19809 | 000146P001-1400S-059<br>KASIMA LLC<br>MICHAEL POLITI<br>100 ENTERPRISE DRIVE STE 505<br>ROCKAWAY NJ 07866 | 000158P001-1400S-059<br>KLEHR HARRISON HARVEY BRANZBURG LLP<br>DOMENIC E PACITTI;MICHAEL W YURKEWICZ<br>919 N MARKET ST STE 1000<br>WILMINGTON DE 19801-3062 | 000159P001-1400S-059<br>KLEHR HARRISON HARVEY BRANZBURG LLP<br>MORTON R BRANZBURG<br>1835 MARKET ST 14TH FLOOR<br>PHILADELPHIA PA 19103 |
| 000156P001-1400S-059<br>LATHAM & WATKINS LLP<br>ANDREW M PARLEN<br>885 THIRD AVE<br>NEW YORK NY 10022 | 000157P001-1400S-059<br>LATHAM & WATKINS LLP<br>JASON B GOTT<br>330 NORTH WABASH AVE STE 2800<br>CHICAGO IL 60611 | 004012P001-1400A-059<br>LAW OFFICE OF JEFFREY A SLOTT<br>15760 VENTURA BOULEVARD SUITE 1600<br>ENCINO CA 91436 | 000109P001-1400S-059<br>LAW OFFICE OF SUSAN E KAUFMAN LLC<br>SUSAN E KAUFMAN, ESQ<br>919 N MARKET ST STE 460<br>WILMINGTON DE 19801 |
| 000144P001-1400S-059<br>LOEB & LOEB LLP<br>VADIM J RUBINSTEIN,ESQ<br>345 PARK AVE<br>NEW YORK NY 10154 | 000145P001-1400S-059<br>LOEB & LOEB LLP<br>LANCE N JURICH<br>10100 SANTA MONICA BLVD<br>LOS ANGELES CA 90067 | 000116P001-1400S-059<br>LUSKIN STERN & EISLER LLP<br>RICHARD STERN; STEPHAN E HORNUNG<br>ELEVEN TIMES SQUARE<br>NEW YORK NY 10036 | 004025P001-1400A-059<br>MARK M SHARF PC<br>MARK M SHARF ESQ<br>HOWARD HUGHES CTR<br>6080 CENTER DRIVE 6TH FLOOR<br>LOS ANGELES CA 90045 |
| 000011P001-1400S-059<br>MICHIGAN DEPT. OF TREASURY, TAX POL. DIV.<br>ATTN: LITIGATION LIAISON<br>430 WEST ALLEGAN STREET<br>2ND FLOOR, AUSTIN BUILDING<br>LANSING MI 48922 | 004018P001-1400A-059<br>MORRIS NICHOLS ARSHT AND TUNNELL LLP<br>DEREK C ABBOTT<br>MATTHEW B. HARVEY<br>1201 NORTH MARKET ST<br>16TH FLOOR<br>WILMINGTON DE 19801 | 000006P002-1400S-059<br>OFFICE OF THE U.S. TRUSTEE<br>LINDA RICHENDERFER<br>844 KING STREET<br>SUITE 2207<br>WILMINGTON DE 19801 | 000125P001-1400S-059<br>ONE HUNDRED TOWERS LLC<br>CBRE INC<br>ATTN: VICE PRESIDENT, PROPERTY MANAGEMENT<br>2049 CENTURY PARK EAST<br>STE 1950<br>LOS ANGELES CA 90067-3283 |
| 000126P001-1400S-059<br>ONE HUNDRED TOWERS LLC<br>JP MORGAN ASSET MGT. GLOBAL REAL ASSETS<br>REAL ESTATE AMERICAS ATTN: BRIAN OKRENT, CEO<br>2029 CENTURY PARK EAST<br>SUITE 4150<br>LOS ANGELES CA 90067 | 000127P001-1400S-059<br>ONE HUNDRED TOWERS LLC<br>ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LL<br>ATTN: ANTON N. NATSIS, ESQ.<br>1901 AVENUE OF THE STARS<br>SUITE 1800<br>LOS ANGELES CA 90067 | 000131P001-1400S-059<br>PACHULSKI STANG ZIEHL & JONES LLP<br>ROBERT J FEINSTEIN;SCOTT L HAZAN<br>780 THIRD AVE, 34TH FLOOR<br>NEW YORK NY 10017 | 000132P001-1400S-059<br>PACHULSKI STANG ZIEHL & JONES LLP<br>COLIN R ROBINSON, ESQ<br>919 N MARKET ST, 17TH FLOOR<br>WILMINGTON DE 19801 |

# Open Road Films, LLC, et al.
# Federal Express
# Exhibit Pages

Page # : 3 of 3                                                                                                              11/19/2018 04:42:38 PM

| | | | |
|---|---|---|---|
| 000015P001-1400S-059<br>PAUL HASTINGS LLP<br>SUSAN WILLIAMS<br>1999 AVENUE OF THE STARS<br>27TH FLOOR<br>LOS ANGELES CA 90067 | 000016P001-1400S-059<br>PAUL HASTINGS LLP<br>ANDREW V. TENZER<br>200 PARK AVENUE<br>NEW YORK NY 10166 | 000110P001-1400S-059<br>PAUL HASTINGS LLP<br>ANDREW V TENZER;SHLOMO MAZA<br>75 EAST 55TH ST<br>NEW YORK NY 10022 | 000149P001-1400S-059<br>PILLSBURY WINTHROP SHAW PITTMAN LLP<br>KATHY A JORRIE, ESQ<br>725 SOUTH FIGUEROA ST STE 2800<br>LOS ANGELES CA 90017-5406 |
| 000128P001-1400S-059<br>PROCOPIO CORY HARGREAVES & SAVITCH LLP<br>GERALD P KENNEDY, ESQ<br>525 B STREET STE 2200<br>SAN DIEGO CA 92101 | 000114P001-1400S-059<br>REED SMITH LLP<br>MARSHA A HOUSTON;CHRISTOPHER O RIVAS<br>355 SOUTH GRAND AVE STE 2900<br>LOS ANGELES CA 90071-1514 | 000115P001-1400S-059<br>REED SMITH LLP<br>MICHAEL S SHERMAN<br>1901 AVE OF THE STARS STE 700<br>LOS ANGELES CA 90067 | 000136P002-1400S-059<br>REED SMITH LLP<br>KURT GWYNNE; JASON ANGELO<br>1201 N. MARKET ST STE 1500<br>WILMINGTON DE 19801 |
| 000137P001-1400S-059<br>RICHARDS LAYTON & FINGER PA<br>D J DEFRANCESCHI;M J MERCHANT;B M HAYWOOD<br>ONE RODNEY SQUARE<br>920 NORTH KING ST<br>WILMINGTON DE 19801 | 000141P001-1400S-059<br>ROBINS KAPLAN LLP<br>HOWARD J WEG;MICHAEL T DELANEY<br>2049 CENTURY PARK EAST STE 3400<br>LOS ANGELES CA 90067 | 000120P001-1400S-059<br>SECURITIES & EXCHANGE COMMISSION<br>NY REG OFFICE ATTN: BANKRUPTCY DEPT.<br>BROOKFIELD PL<br>200 VESEY ST STE 400<br>NEW YORK NY 10281-1022 | 000121P001-1400S-059<br>SECURITIES & EXCHANGE COMMISSION<br>SEC OF THE TREASURY OFFICE OF GEN COUNSEL<br>100 F ST NE<br>WASHINGTON DC 20549 |
| 000123P001-1400S-059<br>SECURITIES & EXCHANGE COMMISSION<br>PHIL. OFC - ATTN: BANKRUPTCY DEPT.<br>ONE PENN CENTER<br>1617 JFK BLVD. STE 520<br>PHILADELPHIA PA 19103 | 000140P002-1400S-059<br>SHEPPARD MULLIN RICHTER & HAMPTON LLP<br>EDWARD H TILLINGHAST, ESQ<br>MICHAEL T DRISCOLL, ESQ<br>30 ROCKEFELLER PLAZA<br>NEW YORK NY 10112 | 004009P001-1400A-059<br>SHUMAKER MALLORY LLP<br>CLARISSE YOUNG SHUMAKER<br>BRETT J. WASSERMAN<br>333 S GRAND AVE SUITE 3400<br>LOS ANGELES CA 90071 | 000106P001-1400S-059<br>SIDLEY AUSTIN LLP<br>JENNIFER C HAGLE, ESQ<br>555 WEST FIFTH ST 40TH FLOOR<br>LOS ANGELES CA 90013 |
| 000107P001-1400S-059<br>SIDLEY AUSTIN LLP<br>ANNIE C WALLIS, ESQ<br>ONE SOUTH DEARBORN<br>CHICAGO IL 60603 | 000013P001-1400S-059<br>SOCIAL SECURITY ADMINISTRATION<br>OFFICE OF THE GEN. COUNSEL, REGION 3<br>300 SPRING GARDEN STREET<br>PHILADELPHIA PA 19123 | 000143P001-1400S-059<br>STEPHEN SILVERMAN LAW<br>STEPHEN E SILVERMAN<br>6945 E SAHUARO DRIVE STE 125<br>SCOTTSDALE AZ 85254 | 000012P002-1400S-059<br>US EPA REG. 3, OFFICE OF REG. COUNSEL<br>ATTN: BANKRUPTCY DEPT.<br>1650 ARCH STREET<br>PHILADELPHIA PA 19103 |
| 000133P001-1400S-059<br>VENABLE LLP<br>JAMIE L EDMONSON;DANIEL A O'BRIEN<br>1201 N MARKET ST STE 1400<br>WILMINGTON DE 19801 | 000134P001-1400S-059<br>VENABLE LLP<br>KEITH C OWENS<br>2049 CENTURY PARK EAST STE 2300<br>LOS ANGELES CA 90067 | 004019P001-1400A-059<br>VERITAS TECHNOLOGIES LLC<br>DAVID A LUCERO ESQ<br>DIRECTOR GLOBAL LITIGATION AND EMPLOYMENT LAW<br>2625 AUGUSTINE DR<br>SANTA CLARA CA 95054 | 004023P001-1400A-059<br>VORYS SATER SEYMOUR AND PEASE LLP<br>TIFFANY STRELOW COBB ESQ<br>52 EAST GAY ST<br>COLUMBUS OH 43215 |
| 004016P001-1400A-059<br>WHITE AND WILLIAMS LLP<br>MARC S CASARINO<br>600 N KING STREET SUITE 800<br>WILMINGTON DE 19801 | 004017P001-1400A-059<br>WHITE AND WILLIAMS LLP<br>AMY E VULPIO<br>1650 MARKET STREET SUITE 1800<br>PHILADELPHIA PA 19103 | 000112P001-1400S-059<br>WHITEFORD, TAYLOR & PRESTON LLC<br>C. M. SAMIS; L.KATHERINE GOOD; AARON STULMAN<br>THE RENAISSANCE CENTRE<br>405 NORTH KING ST., STE 500<br>WILMINGTON DE 19801 | 000139P001-1400S-059<br>WYATT TARRANT & COMBS LLP<br>MARY L FULLINGTON<br>250 WEST MAIN ST STE 1600<br>LEXINGTON KY 40507 |

Records Printed : 84

**EXHIBIT 4**

# Open Road Films, LLC, et al.
# USPS Express Mail
# Exhibit Page

Page # : 1 of 1　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　11/19/2018 04:43:40 PM

| | | | |
|---|---|---|---|
| 000014P001-1400S-059<br>ARIZONA ATTORNEY GENERAL'S OFFICE<br>PO BOX 6123<br>MD 7611<br>PHOENIX AZ 85005 | 000119P001-1400S-059<br>DELAWARE SECRETARY OF STATE<br>CORPORATIONS FRANCHISE TAX<br>PO BOX 898<br>DOVER DE 19903- | 000010P001-1400S-059<br>FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION, MS:A-340<br>PO BOX 2952<br>SACRAMENTO CA 95812 | 000004P001-1400S-059<br>INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATION<br>PO BOX 7346<br>PHILADELPHIA PA 19101 |
| 000148P001-1400S-059<br>ROSENTHAL MONHAIT & GODDESS PA<br>NORMAN M MONHAIT;EDWARD B ROSENTHAL<br>919 N MARKET ST STE 1401<br>P O BOX 1070<br>WILMINGTON DE 19899 | 000007P002-1400S-059<br>US ATTORNEY FOR DELAWARE<br>CHARLES OBERLY C/O ELLEN SLIGHTS<br>1007 N. ORANGE STREET STE 700<br>PO BOX 2046<br>WILMINGTON DE 19899 | | |

Records Printed : 6