UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>OPEN ROAD FILMS, LLC, a Delaware limited liability company, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 18-12012 (LSS)<br><br>(Jointly Administered) |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     )  ss:
COUNTY OF KINGS      )

I, Edward A. Calderon, declare:

1. I am over the age of 18 years and not a party to these chapter 11 cases.

2. I am employed by Donlin, Recano & Company, Inc. ("DRC"), 6201 15th Avenue, Brooklyn, NY 11219.

3. On the 16th day of November, 2018, at my direction and under my supervision, employees of DRC caused to serve the *Summary of Second Monthly Application of Klee, Tuchin, Bogdanoff & Stern LLP, as Counsel for the Debtors and Debtors in Possession, for Compensation and Reimbursement of Expenses for the Period October 1, 2018 through October 31, 2018* (Docket No. 380), via Electronic Mail upon the parties as set forth on Exhibit 1; and via First Class US Mail upon the parties as set forth on Exhibit 2, attached hereto.

I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge. Executed this 20th day of November, 2018, Brooklyn, New York.

*/s/ Edward A. Calderon*
Edward A. Calderon

Sworn before me this
20th day of November, 2018

*/s/ Sung Jae Kim*
Notary Public

[SEAL: SUNG JAE KIM, NOTARY PUBLIC STATE OF NEW YORK, QUEENS COUNTY, LIC. #01KI6211176, COMM. EXP. September 14, 2021]

---

[1] The Debtors and the last four digits of their respective federal taxpayer identification numbers are as follows: Open Road Films, LLC (4435-Del.); Open Road Releasing, LLC (4736-Del.); OR Productions LLC (5873-Del.); Briarcliff LLC (7304-Del.); Open Road International LLC (4109-Del.); and Empire Productions LLC (9375-Del.). The Debtors' address is 2049 Century Park East, 4th Floor, Los Angeles, CA 90067.

**EXHIBIT 1**

**Open Road Films, LLC, et al.**
**Electronic Mail**
**Exhibit Page**

Page # : 1 of 1                                                                 11/16/2018 06:39:49 PM

| | | | |
|---|---|---|---|
| 000105P002-1400S-057<br>ASHBY & GEDDES, P.A.<br>WILLIAM P BOWDEN, ESQ<br>500 DELAWARE AVE<br>8TH FLOOR<br>WILMINGTON DE 19801-1150<br>WBOWDEN@ASHBYGEDDES.COM | 000001P001-1400S-057<br>KLEE, TUCHIN, BOGDANOFF & STERN LLP<br>JONATHAN M. WEISS<br>1999 AVENUE OF THE STARS<br>39TH FLOOR<br>LOS ANGELES CA 90067-6049<br>JWEISS@KTBSLAW.COM | 000003P002-1400S-057<br>KLEE, TUCHIN, BOGDANOFF & STERN LLP<br>MICHAEL L. TUCHIN<br>1999 AVENUE OF THE STARS<br>39TH FLOOR<br>LOS ANGELES CA 90067-6049<br>MTUCHIN@KTBSLAW.COM | 000132P001-1400S-057<br>PACHULSKI STANG ZIEHL & JONES LLP<br>COLIN R ROBINSON, ESQ<br>919 N MARKET ST, 17TH FLOOR<br>WILMINGTON DE 19801<br>CROBINSON@PSZJLAW.COM |
| 000131P001-1400S-057<br>PACHULSKI STANG ZIEHL & JONES LLP<br>ROBERT J FEINSTEIN;SCOTT L HAZAN<br>780 THIRD AVE, 34TH FLOOR<br>NEW YORK NY 10017<br>RFEINSTEIN@PSZJLAW.COM | 000131P001-1400S-057<br>PACHULSKI STANG ZIEHL & JONES LLP<br>ROBERT J FEINSTEIN;SCOTT L HAZAN<br>780 THIRD AVE, 34TH FLOOR<br>NEW YORK NY 10017<br>SHAZAN@PSZJLAW.COM | 000016P001-1400S-057<br>PAUL HASTINGS LLP<br>ANDREW V. TENZER<br>200 PARK AVENUE<br>NEW YORK NY 10166<br>ANDREWTENZER@PAULHASTINGS.COM | 000015P001-1400S-057<br>PAUL HASTINGS LLP<br>SUSAN WILLIAMS<br>1999 AVENUE OF THE STARS<br>27TH FLOOR<br>LOS ANGELES CA 90067<br>SUSANWILLIAMS@PAULHASTINGS.COM |
| 000102P001-1400S-057<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>MICHAEL R. NESTOR<br>RODNEY SQUARE<br>1000 NORTH KING STREET<br>WILMINGTON DE 19801<br>MNESTOR@YCST.COM | 000104P001-1400S-057<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>ROBERT F. POPPITI, JR.<br>RODNEY SQUARE<br>1000 NORTH KING STREET<br>WILMINGTON DE 19801<br>RPOPPITI@YCST.COM | | |

Records Printed :   10

**EXHIBIT 2**

# Open Road Films, LLC, et al.
## Exhibit Page

Page # : 1 of 1                                                                                                          11/16/2018 06:39:35 PM

| | | | |
|---|---|---|---|
| 000105P002-1400S-057<br>ASHBY & GEDDES, P.A.<br>WILLIAM P BOWDEN, ESQ<br>500 DELAWARE AVE<br>8TH FLOOR<br>WILMINGTON DE 19801-1150 | 000001P001-1400S-057<br>KLEE, TUCHIN, BOGDANOFF & STERN LLP<br>JONATHAN M. WEISS<br>1999 AVENUE OF THE STARS<br>39TH FLOOR<br>LOS ANGELES CA 90067-6049 | 000003P002-1400S-057<br>KLEE, TUCHIN, BOGDANOFF & STERN LLP<br>MICHAEL L. TUCHIN<br>1999 AVENUE OF THE STARS<br>39TH FLOOR<br>LOS ANGELES CA 90067-6049 | 000006P002-1400S-057<br>OFFICE OF THE U.S. TRUSTEE<br>LINDA RICHENDERFER<br>844 KING STREET<br>SUITE 2207<br>WILMINGTON DE 19801 |
| 000131P001-1400S-057<br>PACHULSKI STANG ZIEHL & JONES LLP<br>ROBERT J FEINSTEIN;SCOTT L HAZAN<br>780 THIRD AVE, 34TH FLOOR<br>NEW YORK NY 10017 | 000132P001-1400S-057<br>PACHULSKI STANG ZIEHL & JONES LLP<br>COLIN R ROBINSON, ESQ<br>919 N MARKET ST, 17TH FLOOR<br>WILMINGTON DE 19801 | 000015P001-1400S-057<br>PAUL HASTINGS LLP<br>SUSAN WILLIAMS<br>1999 AVENUE OF THE STARS<br>27TH FLOOR<br>LOS ANGELES CA 90067 | 000016P001-1400S-057<br>PAUL HASTINGS LLP<br>ANDREW V. TENZER<br>200 PARK AVENUE<br>NEW YORK NY 10166 |
| 000102P001-1400S-057<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>MICHAEL R. NESTOR<br>RODNEY SQUARE<br>1000 NORTH KING STREET<br>WILMINGTON DE 19801 | 000104P001-1400S-057<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>ROBERT F. POPPITI, JR.<br>RODNEY SQUARE<br>1000 NORTH KING STREET<br>WILMINGTON DE 19801 | | |

Records Printed :   10