**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>OPEN ROAD FILMS, LLC, a Delaware limited liability company, *et al.*,[1]<br><br>　　　　　　Debtors. | Chapter 11<br><br>Case No.: 18-12012 (LSS)<br><br>(Jointly Administered)<br><br>**Ref. Docket No. 9** |

**NOTICE OF TELEPHONIC STATUS CONFERENCE**
**SCHEDULED FOR NOVEMBER 27, 2018 AT 4:00 P.M. (ET)**

　　　　**PLEASE TAKE NOTICE** that, to the extent a proposed sale order is not submitted under certification of counsel and entered beforehand, a telephonic status conference will be held on **November 27, 2018 at 4:00 p.m. (ET)** (the "**Telephonic Status Conference**") with respect to the *Debtors' Motion for Orders: (A)(I) Establishing Bid and Sale Procedures Relating to the Sale of Substantially All of the Debtors' Assets, (II) Authorizing the Debtors to Enter Into an Asset Purchase Agreement with Stalking Horse Bidder, (III) Establishing and Approving Procedures Relating to the Assumption, Assignment and Sale of Certain Executory Contracts and Unexpired Leases, Including Notice of Proposed Cure Amounts and (IV) Scheduling a Hearing to Consider the Proposed Sale and (B)(I) Approving the Sale of Substantially All of the Debtors' Assets, (II) Authorizing the Assumption, Assignment and Sale of Certain Executory Contracts and Unexpired Leases, and (III) Granting Certain Related Relief* [Docket No. 9].

　　　　**PLEASE TAKE FURTHER NOTICE** that all parties wishing to participate in the Telephonic Status Conference must make prior arrangements with CourtCall by telephone at 866-582-6878, or via the internet at www.courtcall.com.

---

[1] The Debtors and the last four digits of their respective federal taxpayer identification numbers are as follows: Open Road Films, LLC (4435-Del.); Open Road Releasing, LLC (4736-Del.); OR Productions LLC (5873-Del.); Briarcliff LLC (7304-Del.); Open Road International LLC (4109-Del.); and Empire Productions LLC (9375-Del.). The Debtors' address is 2049 Century Park East, 4th Floor, Los Angeles, CA 90067.

01:23889716.1

|  |  |
|---|---|
| Dated:  November 21, 2018 | */s/ Robert F. Poppiti, Jr.* |
|  | Michael R. Nestor, Esq. (Bar No. 3526) |
|  | Robert F. Poppiti, Jr., Esq. (Bar No. 5052) |
|  | Ian J. Bambrick, Esq. (Bar No. 5455) |
|  | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|  | Rodney Square, 1000 North King Street |
|  | Wilmington, Delaware 19801 |
|  | Tel:   (302) 571-6600 |
|  | Fax:  (302) 571-1253 |
|  |  |
|  | and |
|  |  |
|  | Michael L. Tuchin, Esq. |
|  | Jonathan M. Weiss, Esq. |
|  | Sasha M. Gurvitz, Esq. |
|  | KLEE, TUCHIN, BOGDANOFF & STERN LLP |
|  | 1999 Avenue of the Stars, 39th Floor |
|  | Los Angeles, CA 90067 |
|  | Tel:   (310) 407-4000 |
|  | Fax:  (310) 407-9090 |
|  |  |
|  | *Counsel to Debtors and Debtors in Possession* |