# **EXHIBIT D**

Pages of the Third Schedule of Assumed Contracts with Changes

Schedule of Assumed Contracts[1]

| # | Contract Type | Contract Counterparty | Contract Description | Contract Date | Open Road Counterparty | Film Titles (if applicable) |
|---|---|---|---|---|---|---|
| 1 | Acquisition Agreements | Smart Ass Productions, LLC | Distribution Rights Acquisition and Financing Agreement | August 21, 2012 | Open Road Films, LLC | A Haunted House |
| 2 | Acquisition Agreements | Smart Ass Productions, LLC | Amendment #1 to Agreement | January 14, 2013 | Open Road Films, LLC | A Haunted House |
| 3 | Acquisition Agreements | IM Global Film Fund, LLC | Distribution Rights Acquisition and Financing Agreement | July 2, 2013 | Open Road Films, LLC | A Haunted House 2 |
| 4 | Acquisition Agreements | All I See Partners 2015 L.P. | Distribution Rights Acquisition and Financing Agreement | October 18, 2016 | Open Road Films, LLC | All I See Is You |
| 5 | Acquisition Agreements | Awesomeness Distribution, LLC | Distribution Rights Acquisition Agreement | May 13, 2016 | Open Road Films, LLC | Before I Fall |
| 6 | Acquisition Agreements | Awesomeness Distribution, LLC | Amendment #1 to Distribution Rights Acquisition Agreement | April 14, 2017 | Open Road Films, LLC | Before I Fall |
| 7 | Acquisition Agreements | Bleed For This, LLC | Bleed for This Binding Term Sheet | June 12, 2015 | Open Road Films, LLC | Bleed For This |
| 8 | Acquisition Agreements | Bleed For This, LLC | Bleed for This - First Amendment | January 13, 2016 | Open Road Films, LLC | Bleed For This |
| 11 | Acquisition Agreements | IM Global Film Fund, LLC | Distribution Rights Acquisition Agreement | December 16, 2016 | Open Road Films, LLC | Collide |
| 12 | Acquisition Agreements | IM Global Film Fund, LLC | Amendment #1 to Distribution Rights Acquisition Agreement | | Open Road Films, LLC | Collide |
| 13 | Acquisition Agreements | That's Dope, LLC | Distribution Rights Acquisition Agreement | January 24, 2015 | Open Road Films, LLC | Dope |
| 14 | Acquisition Agreements | Exclusive Media Distribution, LLC | Distribution Rights Acquisition Agreement | February 23, 2012 | Open Road Films, LLC | End Of Watch |
| 15 | Acquisition Agreements | Exclusive Media Distribution, LLC | Subsequent Productions Agreement | February 23, 2012 | Open Road Films, LLC | End Of Watch |
| 16 | Acquisition Agreements | Exclusive Media Distribution, LLC | Amendment #1 to Agreement | May 11, 2012 | Open Road Films, LLC | End Of Watch |
| 17 | Acquisition Agreements | Fifty Shades Productions, LLC | Amended And Restated Distribution Rights Acquisition and | June 17, 2015 | Open Road Films, LLC | Fifty Shades Of Black |

---

[1] Pursuant to Section 6.1 of the APA, following the Closing, Buyer shall assume obligations under any Collective Bargaining Agreement between any Seller Party and a Guild with respect to Guild Titles that are Purchased Titles; provided that Buyer will do so: (a) as a new company, and shall not be deemed to be a successor employer of any Seller Party; and (b) only as to Collective Bargaining Agreements associated with the Guild Titles that are Purchased Titles. Accordingly, reference to an assumption agreement in this Schedule of Assumed Contracts is in accordance with limitations set forth in the APA and Sale Order.

| # | Contract Type | Contract Counterparty | Contract Description | Contract Date | Open Road Counterparty | Film Titles (if applicable) |
|---|---|---|---|---|---|---|
|  | Agreements |  | Agreement | 16, 2015 | Films, LLC |  |
| 160 | Assumption Agreements | Screen Actors Guild | Distributor's Assumption Agreement Theatrical | January 14, 2015 | Open Road Films, LLC | The Loft |
| 161 | Assumption Agreements | Screen Actors Guild | Distributor's Assumption Agreement | September 2, 2013 | Open Road Films, LLC | The Nut Job |
| 162 | Assumption Agreements | Screen Actors Guild | Distributor's Assumption Agreement | July 24, 2017 | Open Road Films, LLC | The Nut Job 2 |
| 163 | Assumption Agreements | Writers Guild of America | Distributor's Assumption Agreement | December 13, 2017 | Open Road Films, LLC | The Nut Job 2 |
| 164 | Assumption Agreements | Directors Guild of America | Theatrical Distributor's Assumption Agreement | March 10, 2017 | Open Road Films, LLC | The Promise |
| 165 | Assumption Agreements | Screen Actors Guild | Distributor's Assumption Agreement Theatrical | March 10, 2017 | Open Road Films, LLC | The Promise |
| 166 | Assumption Agreements | Writers Guild of America | Distributor's Assumption Agreement | March 10, 2017 | Open Road Films, LLC | The Promise |
| 167 | Assumption Agreements | Directors Guild of America | Theatrical Distributor's Assumption Agreement | May 19, 2014 | Open Road Films, LLC | Triple Nine |
| 168 | Assumption Agreements | Screen Actors Guild | Distributor's Assumption Agreement | May 19, 2014 | Open Road Films, LLC | Triple Nine |
| 169 | Assumption Agreements | Writers Guild of America | Distributor's Assumption Agreement | May 19, 2014 | Open Road Films, LLC | Triple Nine |
| 170 | Exploitation Agreements | Pasatiempo Pictures Inc. | Amendment #1 to Distribution Agreement | February __, 2017 | Open Road Films, LLC | Collide |
| 171 | Exploitation Agreements | Pasatiempo Pictures Inc. | Distribution Agreement | April 24, 2018 | Open Road Films, LLC | Show Dogs |
| **172** | **Exploitation Agreements** | **FilmNation International, LLC and HBO Pacific Partners** | **First Supplemental Agreement in relation to the License Agreement** | **[December 7, 2017]** | **Open Road International, LLC** | **Sleepless** |
| 173 | Exploitation Agreements | Pasatiempo Pictures Inc. | Distribution Agreement | December 7, 2016 | Open Road Films, LLC | The Nut Job 2 |
| **175** | **Exploitation Agreements** | **FilmNation International, LLC and TF1 Video SAS** | **Notice and Acknowledgement of Assignment** | **November 30, 2015** | **Open Road International, LLC** | **Sleepless** |
| 176 | Exploitation Agreements | Pasatiempo Pictures Inc. | Distribution Agreement | December 17, 2015 | Open Road Films, LLC | 50 Shades of Black |
| 177 | Exploitation Agreements | Viacom International Inc. | License Agreement - "Haunted House" | March 8, 2013 | Open Road Films, LLC | A Haunted House |

| # | Contract Type | Contract Counterparty | Contract Description | Contract Date | Open Road Counterparty | Film Titles (if applicable) |
|---|---|---|---|---|---|---|
| 179 | Exploitation Agreements | Viacom International Inc. | License Agreement - "Haunted House 2" | June 9, 2014 | Open Road Films, LLC | A Haunted House 2 |
| 181 | Exploitation Agreements | Pasatiempo Pictures Inc. | Distribution Agreement | December 7, 2016 | Open Road Films, LLC | Before I Fall |
| 182 | Exploitation Agreements | Pasatiempo Pictures Inc. | Distribution Agreement | September 18, 2013 | Open Road Films, LLC | Believe |
| 183 | Exploitation Agreements | Pasatiempo Pictures Inc. | Distribution Agreement | December 17, 2015 | Open Road Films, LLC | Bleed For This |
| 185 | Exploitation Agreements | Pasatiempo Pictures Inc. | Distribution Agreement | December 7, 2016 | Open Road Films, LLC | Collide |
| 186 | Exploitation Agreements | Pasatiempo Pictures Inc. | Distribution Agreement | May 12, 2015 | Open Road Films, LLC | Dope |
| 187 | Exploitation Agreements | Viacom International Inc. | License Acquisition Agreement - "Dope" | July 22, 2015 | Open Road Films, LLC | Dope |
| 189 | Exploitation Agreements | Viacom International Inc. | Amendment to License Acquisition Agreement - "Dope" | February 9, 2016 | Open Road Films, LLC | Dope |
| 190 | Exploitation Agreements | IFC TV, LLC | Amendment No.1 to License Agreement | June 14, 2016 | Open Road Films, LLC | End of Watch |
| 191 | Exploitation Agreements | Participant Channel, Inc. | License Agreement - "End of Watch" | June 9, 2016 | Open Road Films, LLC | End of Watch |
| 192 | Exploitation Agreements | Pasatiempo Pictures Inc. | Distribution Agreement | July 31, 2012 | Open Road Films, LLC | End of Watch |
| 193 | Exploitation Agreements | Pasatiempo Pictures Inc. | Distribution Agreement | December 19, 2012 | Open Road Films, LLC | A Haunted House |
| 194 | Exploitation Agreements | Pasatiempo Pictures Inc. | Distribution Agreement | March 5, 2015 | Open Road Films, LLC | A Haunted House 2 |
| 195 | Exploitation Agreements | Comedy Partners | License Agreement - "Hit & Run" | August 16, 2012 | Open Road Films, LLC | Hit & Run |
| 197 | Exploitation Agreements | Pasatiempo Pictures Inc. | Distribution Agreement | July 31, 2012 | Open Road Films, LLC | Hit & Run |
| 198 | Exploitation Agreements | Turner Entertainment Networks, Inc. | License Agreement - "Hit & Run" | September 18, 2012 | Open Road Films, LLC | Hit & Run |
| **199** | **Exploitation Agreements** | **Entertainment One Films Canada Inc.** | **Motion Picture Distribution Agreement** | **November 3, 2016** | **Open Road Films, LLC** | **Home Again** |
| 200 | Exploitation Agreements | Pasatiempo Pictures Inc. | Distribution Agreement | September 18, 2013 | Open Road Films, LLC | Homefront |
| 201 | Exploitation | Cineplex Entertainment Limited | Exclusive Distribution Rights Term | May 4, | Open Road | Hotel Artemis |

11

| # | Contract Type | Contract Counterparty | Contract Description | Contract Date | Open Road Counterparty | Film Titles (if applicable) |
|---|---|---|---|---|---|---|
| | Agreements | Partnership | Sheet | 2018 | Films, LLC | |
| 202 | Exploitation Agreements | SONIFI Solutions, Inc. | Theatrical Program License | July 19, 2018 | Open Road Films, LLC | Hotel Artemis |
| 203 | Exploitation Agreements | Pasatiempo Pictures Inc. | Distribution Agreement | June 26, 2013 | Open Road Films, LLC | Jobs |
| 204 | Exploitation Agreements | Pasatiempo Pictures Inc. | Distribution Agreement | August 10, 2011 | Open Road Films, LLC | Killer Elite |
| 205 | Exploitation Agreements | Swank Motion Pictures, Inc. | Deal Memo | September 20, 2011 | Open Road Films, LLC | Killer Elite |
| 206 | Exploitation Agreements | Terry Steiner International, Inc. | Letter Agreement | July 21, 2011 | Open Road Films, LLC | Killer Elite |
| 207 | Exploitation Agreements | Viacom Media Networks | VMN Standard Acquisition Agreement Form | September 22, 2011 | Open Road Films, LLC | Killer Elite |
| 209 | Exploitation Agreements | Pasatiempo Pictures Inc. | Distribution Agreement | December 10, 2014 | Open Road Films, LLC | Little Boy |
| 210 | Exploitation Agreements | Pasatiempo Pictures Inc. | Distribution Agreement | June 26, 2013 | Open Road Films, LLC | Machete Kills |
| 211 | Exploitation Agreements | Pasatiempo Pictures Inc. | Distribution Agreement | February 18, 2016 | Open Road Films, LLC | Mother's Day |
| 212 | Exploitation Agreements | VAA Film Distributors Ltd | Distribution Agreement | October 29, 2015 | Open Road Films, LLC | Mother's Day |
| 213 | Exploitation Agreements | Pasatiempo Pictures Inc. | Distribution Agreement | March 5, 2014 | Open Road Films, LLC | Nightcrawler |
| 214 | Exploitation Agreements | Pasatiempo Pictures Inc. | Distribution Agreement | September 28, 2015 | Open Road Films, LLC | Rock the Kasbah |
| 215 | Exploitation Agreements | Pasatiempo Pictures Inc. | Distribution Agreement | September 3, 2014 | Open Road Films, LLC | Rosewater |
| 216 | Exploitation Agreements | Pasatiempo Pictures Inc. | Distribution Agreement | March 5, 2014 | Open Road Films, LLC | Sabotage |
| 217 | Exploitation Agreements | Telemundo Network Group, LLC | Film License Agreement - "Sabotage" | July 15, 2014 | Open Road Films, LLC | Sabotage |
| 219 | Exploitation Agreements | Universal Television Networks | Film License Agreement - "Sabotage" | May 27, 2014 | Open Road Films, LLC | Sabotage |
| 221 | Exploitation Agreements | Viacom International Inc. | License Acquisition Agreement - "Sabotoge" | June 9, 2014 | Open Road Films, LLC | Sabotage |
| **223** | **Exploitation Agreements** | **Entertainment One Benelux BV** | **Picture Certificate** | **2016** | **Open Road International,** | **Show Dogs** |

| # | Contract Type | Contract Counterparty | Contract Description | Contract Date | Open Road Counterparty | Film Titles (if applicable) |
|---|---|---|---|---|---|---|
| | | | | | LLC | |
| 225 | Exploitation Agreements | Entertainment One Benelux BV | Notice of Assignment - Picture Certificate | October, 2016 | Open Road International, LLC | Show Dogs |
| 227 | Exploitation Agreements | Entertainment One Benelux BV | Notice of Assignment and Distributor's Acceptance | October, 2016 | Open Road International, LLC | Show Dogs |
| 228 | Exploitation Agreements | Entertainment One Films Canada Inc. | Motion Picture Distribution Agreement | March 23, 2018 | Open Road International, LLC | Show Dogs |
| 229 | Exploitation Agreements | Entertainment One UK Limited | Notice of Assignment - Picture Certificate | October, 2016 | Open Road International, LLC | Show Dogs |
| 230 | Exploitation Agreements | FilmNation International, LLC and PT Prima Cinema Multimedia | International Distribution License Agreement | August 8, 2016 | Open Road International, LLC | Show Dogs |
| 231 | Exploitation Agreements | FilmNation International, LLC and PT Prima Cinema Multimedia | Notice and Acknowledgement of Assignment | August 30, 2016 | Open Road International, LLC | Show Dogs |
| 232 | Exploitation Agreements | FilmNation International, LLC and Blue Lantern LLC | International Distribution License Agreement | January 15, 2018 | Open Road International, LLC | Show Dogs |
| 233 | Exploitation Agreements | FilmNation International, LLC and Bona Entertainment Co. Ltd. | International Distribution License Agreement | August 15, 2016 | Open Road International, LLC | Show Dogs |
| 234 | Exploitation Agreements | FilmNation International, LLC and Bona Entertainment Co. Ltd. | Notice and Acknowledgement of Assignment | August 30, 2016 | Open Road International, LLC | Show Dogs |
| 235 | Exploitation Agreements | FilmNation International, LLC and Freeman Film Trade & Finance Ltd | International Distribution License Agreement | December 18, 2017 | Open Road International, LLC | Show Dogs |
| 236 | Exploitation Agreements | FilmNation International, LLC and Intercontinental Film Distributors (H.K.) Ltd. | International Distribution License Agreement | November 18, 2016 | Open Road International, LLC | Show Dogs |
| 237 | Exploitation Agreements | FilmNation International, LLC and Intercontinental Film Distributors (H.K.) Ltd. | Notice and Acknowledgement of Assignment | November 18, 2016 | Open Road International, LLC | Show Dogs |
| 238 | Exploitation | FilmNation International, LLC | International Distribution | August 5, | Open Road | Show Dogs |

| # | Contract Type | Contract Counterparty | Contract Description | Contract Date | Open Road Counterparty | Film Titles (if applicable) |
|---|---|---|---|---|---|---|
| | Agreements | and Viva Communications Inc. | License Agreement | 2016 | International, LLC | |
| 239 | Exploitation Agreements | FilmNation International, LLC and Viva Communications Inc. | Notice and Acknowledgement of Assignment | August 30, 2016 | Open Road International, LLC | Show Dogs |
| 240 | Exploitation Agreements | Freeway Cam B.V. and Stichting Freeway Custody | Collection Account Management Agreement | November 3, 2016 | Open Road International, LLC | Show Dogs |
| 241 | Exploitation Agreements | Freeway Cam B.V. and Stichting Freeway Custody | Senior Collection Account Management Agreement | November 3, 2016 | Open Road International, LLC | Show Dogs |
| 242 | Exploitation Agreements | Freeway Cam B.V. and Stichting Freeway Custody | Irrevocable Payment Instruction | November 3, 2016 | Open Road International, LLC | Show Dogs |
| 243 | Exploitation Agreements | Freeway Cam B.V. and Stichting Freeway Custody | OR Riverstone Collection Account Management Agreement | November 3, 2016 | Open Road Films, LLC Open Road International, LLC | Show Dogs |
| 244 | Exploitation Agreements | Freeway Cam B.V. and Stichting Freeway Custody | Amendment to the Senior Collection Account Management Agreement | October 3, 2017 | Open Road International, LLC | Show Dogs |
| 245 | Exploitation Agreements | Freeway Entertainment Kft. | Master Film License Agreement | July 21, 2016 | Open Road International, LLC | Show Dogs |
| 246 | Exploitation Agreements | Impuls Pictures AG | Notice of Acknowledgement of Assignment | October 19, 2016 | Open Road International, LLC | Show Dogs |
| 247 | Exploitation Agreements | Impuls Pictures AG | Letter Agreement RE: Show Dogs | October 19, 2016 | Open Road International, LLC | Show Dogs |
| 248 | Exploitation Agreements | Krisolta Film & TV (UK) Limited | Master Film License Agreement – SHOW DOGS | March 1, 2018 | Open Road International, LLC | Show Dogs |
| 249 | Exploitation Agreements | Neddy Dean Productions Limited | Show Dogs – Amendment to Transaction Documents | October 3, 2017 | Open Road International, LLC | Show Dogs |
| 251 | Exploitation | Roadshow Films Pty Ltd. | Notice of Picture for Qualifying | October | Open Road | Show Dogs |

14

| # | Contract Type | Contract Counterparty | Contract Description | Contract Date | Open Road Counterparty | Film Titles (if applicable) |
|---|---|---|---|---|---|---|
| | Agreements | | Pictures | 12, 2016 | International, LLC | |
| 252 | Exploitation Agreements | Roadshow Films Pty Ltd. | Side Letter to Notice of Picture | August 17, 2017 | Open Road International, LLC | Show Dogs |
| 253 | Exploitation Agreements | Roadshow Films Pty Ltd. | NOA Picture Certificate | October, 2016 | Open Road International, LLC | Show Dogs |
| **254** | **Exploitation Agreements** | **Roadshow Films Pty Ltd.** | **Notice of Assignment and Distributor's Acceptance** | **October, 2016** | **Open Road International, LLC** | **Show Dogs** |
| 255 | Exploitation Agreements | Sony Pictures Worldwide Acquisitions Inc. | Security Agreement and Mortgage of Copyright | December 9, 2016 | Open Road International, LLC | Show Dogs |
| 256 | Exploitation Agreements | Sony Pictures Worldwide Acquisitions Inc. | Picture Certificate | December 9, 2016 | Open Road International, LLC | Show Dogs |
| 257 | Exploitation Agreements | Ster Kinekor Entertainment, a division of Primedia (Pty) Ltd. | Letter Agreement RE: Show Dogs | October 12, 2016 | Open Road International, LLC | Show Dogs |
| **258** | **Exploitation Agreements** | **Ster Kinekor Entertainment, a division of Primedia (Pty) Ltd.** | **Notice and Acknowledgement of Assignment** | **October 13, 2016** | **Open Road International, LLC** | **Show Dogs** |
| **259** | **Exploitation Agreements** | **Telepool GmbH** | **Notice of Assignment and Distributor's Acceptance** | **October, 2016** | **Open Road International, LLC** | **Show Dogs** |
| 260 | Exploitation Agreements | Pasatiempo Pictures Inc. | Distribution Agreement | December 19, 2012 | Open Road Films, LLC | Side Effects |
| 261 | Exploitation Agreements | Pasatiempo Pictures Inc. | Distribution Agreement | July 31, 2012 | Open Road Films, LLC | Silent Hill Revelation |
| 262 | Exploitation Agreements | Paramount Pictures Corporation | Domestic Airlines and Military/Governmental Installations Term Sheet | March 16, 2012 | Open Road Films, LLC | Silent House |
| 263 | Exploitation Agreements | Pasatiempo Pictures Inc. | Distribution Agreement | January 16, 2012 | Open Road Films, LLC | Silent House |
| 264 | Exploitation Agreements | Swank Motion Pictures, Inc. | Deal Memo | March 16, 2012 | Open Road Films, LLC | Silent House |

| # | Contract Type | Contract Counterparty | Contract Description | Contract Date | Open Road Counterparty | Film Titles (if applicable) |
|---|---|---|---|---|---|---|
| 265 | Exploitation Agreements | Batrax Entertainment B.V. | Master License Agreement and corresponding Exhibit related to Splendid Film GmbH distribution agreement | March 1, 2015 | Open Road International, LLC | Sleepless |
| 266 | Exploitation Agreements | Film & TV House Limited | Master License Agreement and corresponding Exhibit related to Pris Audiovisuais S.A. distribution agreement | March 1, 2015 | Open Road International, LLC | Sleepless |
| 267 | **Exploitation Agreements** | **FilmNation International, LLC and Applause Entertainment Limited** | **International Distribution License Agreement** | **March 5, 2015** | **Open Road International, LLC** | **Sleepless** |
| 268 | **Exploitation Agreements** | **FilmNation International, LLC and Applause Entertainment Limited** | **Notice and Acknowledgement of Assignment** | **February 24, 2015** | **Open Road International, LLC** | **Sleepless** |
| 269 | **Exploitation Agreements** | **FilmNation International, LLC and Bravos Pictures Ltd.** | **International Distribution License Agreement** | **March 5, 2015** | **Open Road International, LLC** | **Sleepless** |
| 270 | **Exploitation Agreements** | **FilmNation International, LLC and Bravos Pictures Ltd.** | **Notice and Acknowledgement of Assignment** | **March 11, 2015** | **Open Road International, LLC** | **Sleepless** |
| 271 | **Exploitation Agreements** | **FilmNation International, LLC and HBO Pacific Partners** | **License Agreement** | **October 23, 2015** | **Open Road International, LLC** | **Sleepless** |
| 272 | **Exploitation Agreements** | **FilmNation International, LLC and HBO Pacific Partners** | **Notice Pursuant to UCC Section 9406 of Assignment and Irrevocable Direction to Pay and Account** | **January 14, 2016** | **Open Road International, LLC** | **Sleepless** |
| 273 | **Exploitation Agreements** | **FilmNation International, LLC and Huahua Media Co., Ltd.** | **International Distribution License Agreement** | **March 1, 2015** | **Open Road International, LLC** | **Sleepless** |
| 274 | **Exploitation Agreements** | **FilmNation International, LLC and Media Film International** | **International Distribution License Agreement** | **December 6, 2016** | **Open Road International, LLC** | **Sleepless** |
| 275 | **Exploitation Agreements** | **FilmNation International, LLC and mediaLog Corp.** | **International Distribution License Agreement** | **February 25, 2015** | **Open Road International, LLC** | **Sleepless** |
| 276 | **Exploitation Agreements** | **FilmNation International, LLC and mediaLog Corp.** | **Notice and Acknowledgement of Assignment** | **March 11, 2015** | **Open Road International,** | **Sleepless** |

16

| # | Contract Type | Contract Counterparty | Contract Description | Contract Date | Open Road Counterparty | Film Titles (if applicable) |
|---|---|---|---|---|---|---|
| | | | | | LLC | |
| 277 | Exploitation Agreements | FilmNation International, LLC and Octoarts Films | International Distribution License Agreement | February 24, 2015 | Open Road International, LLC | Sleepless |
| 278 | Exploitation Agreements | FilmNation International, LLC and Octoarts Films | Notice and Acknowledgement of Assignment | March 11, 2015 | Open Road International, LLC | Sleepless |
| 279 | Exploitation Agreements | FilmNation International, LLC and PT Prima Cinema Multimedia | International Distribution License Agreement | February 24, 2015 | Open Road International, LLC | Sleepless |
| 280 | Exploitation Agreements | FilmNation International, LLC and PT Prima Cinema Multimedia | Notice and Acknowledgement of Assignment | March 11, 2015 | Open Road International, LLC | Sleepless |
| 281 | Exploitation Agreements | FilmNation International, LLC and TF1 Video SAS | International Distribution License Agreement | November 30, 2015 | Open Road International, LLC | Sleepless |
| 282 | Exploitation Agreements | FilmNational International, LLC and Media Film International | International Distribution License Agreement | March 2, 2015 | Open Road International, LLC | Sleepless |
| 283 | Exploitation Agreements | FilmNational International, LLC and Media Film International | Notice and Acknowledgement of Assignment | March 11, 2015 | Open Road International, LLC | Sleepless |
| 284 | Exploitation Agreements | GEM Entertainment Kft. | Master License Agreement | March 1, 2015 | Open Road International, LLC | Sleepless |
| 285 | Exploitation Agreements | GEM Entertainment Kft. | First Amendment | December 22, 2016 | Open Road International, LLC | Sleepless |
| 287 | Exploitation Agreements | Pasatiempo Pictures Inc. | Distribution Agreement | December 7, 2016 | Open Road Films, LLC | Sleepless |
| 288 | Exploitation Agreements | Pasatiempo Pictures Inc. | Distribution Agreement | December 17, 2015 | Open Road Films, LLC | Snowden |
| 289 | Exploitation Agreements | Pasatiempo Pictures Inc. | Distribution Agreement | September 28, 2015 | Open Road Films, LLC | Spotlight |
| 290 | Exploitation Agreements | SCN Distribution | Binding Term Sheet License Agreement | November 25, 2014 | Open Road Films, LLC | The Fluffy Movie |
| 293 | Exploitation | SCN Distribution, LLC | Amendment to Binding Term Sheet | July 27, | Open Road | The Fluffy |

17

| # | Contract Type | Contract Counterparty | Contract Description | Contract Date | Open Road Counterparty | Film Titles (if applicable) |
|---|---|---|---|---|---|---|
|  | Agreements |  |  | 2016 | Films, LLC |  |
| 312 | Exploitation Agreements | Amazon Digital Services, LLC | First Amendment | January 1, 2016 | Open Road Films, LLC | Various |
| 313 | Exploitation Agreements | Amazon Digital Services, LLC | Digital Video License Agreement | January 1, 2017 | Open Road Films, LLC | Various |
| 315 | Exploitation Agreements | Amazon Digital Services, LLC | Second Amendment | April 25, 2017 | Open Road Films, LLC | Various |
| 316 | Exploitation Agreements | Apple, Inc. | Digital Video Distribution Agreement |  | Open Road Films, LLC | Various |
| 317 | Exploitation Agreements | Bravo Media, LLC | Film License Agreement - "Home Again" and "Mother's Day" | April 24, 2018 | Open Road Films, LLC | Various |
| 319 | Exploitation Agreements | El Ray Network, LLC | License Agreement - "The Loft", "Machete Kills", "Silent Hill", "Silent House", "Sabotage", "The Tank", "Gunman", "Nightcrawler" | March 14, 2017 | Open Road Films, LLC | Various |
| 321 | Exploitation Agreements | Elevation Pictures Corp. | A&E - Elevation Side Letter | September 12, 2016 | Open Road Films, LLC | Various |
| **322** | **Exploitation Agreements** | **Entertainment One Benelux BV** | **Output Agreement** | **June 18, 2015** | **Open Road International, LLC** | **Various** |
| **323** | **Exploitation Agreements** | **Entertainment One Benelux BV** | **Termination Agreement** | **October 26, 2016** | **Open Road International, LLC** | **Various** |
| **324** | **Exploitation Agreements** | **Entertainment One UK Limited** | **Output Agreement** | **April 1, 2015** | **Open Road International, LLC** | **Various** |
| **325** | **Exploitation Agreements** | **Entertainment One UK Limited** | **Output Agreement Amendment** | **December 8, 2016** | **Open Road International, LLC** | **Various** |
| 328 | Exploitation Agreements | IFC TV, LLC | License Agreement - 'End of Watch", "The Grey", "Homefront", "Killer Elite", "Machete Kills", "Silent Hill", "Silent House" | June 16, 2014 | Open Road Films, LLC | Various |
| 330 | Exploitation Agreements | IFC TV, LLC | Amendment No.2 to License Agreement | September 7, 2016 | Open Road Films, LLC | Various |
| 331 | Exploitation Agreements | IFC TV, LLC | Amendment No.3 to License Agreement | March 14, 2017 | Open Road Films, LLC | Various |

19

| # | Contract Type | Contract Counterparty | Contract Description | Contract Date | Open Road Counterparty | Film Titles (if applicable) |
|---|---|---|---|---|---|---|
| 2031 | Music License | Selectracks, Inc. | Combined Synchronization and Master Use License Agreement | November 5, 2015 | Open Road Films, LLC | Triple 9 |
| 2032 | Music License | Montage Music | Combined Synchronization and Master Use License Agreement | October 2, 2015 | Open Road Films, LLC | Triple 9 |
| 2033 | Music License | Pfeifer Broz Music, Inc. | Combined Synchronization and Master Use License Agreement | October 22, 2015 | Open Road Films, LLC | Triple 9 |
| 2034 | Music License | Really Slow Motion Ltd. | Combined Synchronization and Master Use License Agreement | February 17, 2016 | Open Road Films, LLC | Triple 9 |
| 2064 | Acquisition Agreement | El Paso Productions, Inc. c/o Stankevich – Gochman, LLP (o/b/o/ Liam Neeson) | Agreement | | Open Road Films, LLC | The Grey |
| 2065 | Acquisition Agreement | SPEGS, LLC (f/s/o Stephanie Meyer) | Agreement | | Open Road Films, LLC | The Grey |
| 2069 | AP Vendors – Music | Universal Music Enterprises | Letter Licensing Agreement dated May 2, 2018 | | Open Road Films, LLC | Show Dogs |
| 2070 | AP Vendors – Music | Universal Music Corp. | Motion Picture Trailer Synchronization Rights License | May 16, 2018 | Open Road Films, LLC | Hotel Artemis |
| **2071** | **AP Vendors – Asset** | **Picture Head, LLC** | **Agreement** | | **Open Road Films, LLC** | **Various** |
| **2073** | **Assumption Agreements** | **American Federation of Musicians & Film Musicians Secondary Markets Fund** | **Payroll Company Assumption Agreement** | | **Open Road Films, LLC** | **Machete Kills** |
| **2074** | **Assumption Agreements** | **American Federation of Musicians & Film Musicians Secondary Markets Fund** | **Payroll Company Assumption Agreement** | | **Open Road Films, LLC** | **Side Effects** |
| 2076 | Exploitation Agreements | Showtime Networks, Inc. | Letter Agreement | May 6, 2016 | Open Road Films, LLC | Various |
| 2077 | AP Vendors - Asset | Stampede Post Productions, Inc. | Agreement | | Open Road Films, LLC | Various |
| **2078** | **AP Vendors - Asset** | **Deluxe Digital Cinema, Inc.** | **Distribution and Other Services Agreement dated June 16, 2015** | | **Open Road Films, LLC** | **Various** |
| **2079** | **AP Vendors - Asset** | **Light Iron Digital, LLC** | **Agreement** | | **Open Road Films, LLC** | **Various** |
| **2080** | **AP Vendors - Asset** | **Pixelogic Media Partners, LLC.** | **Agreement** | | **Open Road Films, LLC** | **Various** |
| **2081** | **AP Vendors - Asset** | **Deluxe Media Creative Services, Inc.** | **Agreement** | | **Open Road Films, LLC** | **Various** |

| # | Contract Type | Contract Counterparty | Contract Description | Contract Date | Open Road Counterparty | Film Titles (if applicable) |
|---|---|---|---|---|---|---|
| **2082** | **AP Vendors - Asset** | **Deluxe MediaVu** | **Agreement** | | **Open Road Films, LLC** | **Various** |
| **2083** | **AP Vendors - Asset** | **Deluxe Toronto, Ltd.** | **Agreement** | | **Open Road Films, LLC** | **Various** |
| 2084 | AP Vendors - Music | Rhino Entertainment | Sound Recording Synchronization License dated May 16, 2018<br>Sound Recording Synchronization License dated March 23, 2018 | | Open Road Films, LLC | Hotel Artemis; Show Dogs |
| 2085 | AP Vendors - Music | Domino Publishing Company of America, Inc. | License Agreement dated April 27, 2018 | | Open Road Films, LLC | Hotel Artemis |
| 2086 | AP Vendors - Music | Warner/Chappell Music, Inc. | Trailer Synchronization License Agreement dated May 11, 2018<br>Synchronization and Master Recording License Agreement dated May 15, 2018<br>Trailer Synchronization License Agreement dated January 30, 2017 | | Open Road Films, LLC | Hotel Artemis; Show Dogs |
| 2087 | AP Vendors - Music | Sony/ATV Music Publishing, Inc. dba Extreme Group Holdings, LLC | License Agreement dated April 25, 2018 | | Open Road Films, LLC | Show Dogs |
| 2088 | AP Vendors - Music | Sindee Levin | Agreement | | Open Road Films, LLC | Show Dogs |
| 2089 | AP Vendors - Music | Riptide Music, Inc. | Agreement | | Open Road Films, LLC | Show Dogs |
| 2090 | AP Vendors - Music | 5 Alarm Music | Non-Exclusive Synchronization/Master Use License Agreement dated July 26, 2017 | | Open Road Films, LLC | Show Dogs |
| 2091 | AP Vendors - Music | Sencit Music, LLC | Combined Synchronization and Master Use License Agreement dated May 21, 2018 | | Open Road Films, LLC | Hotel Artemis |
| 2264 | AP Vendors – Music | Bank Robber Music, LLC o/b/o Drag City Records | Master Use License Agreement | April 16, 2018 | Open Roade Films, LLC | Hotel Artemis |
| **2265** | **Exploitation Agreements** | **iN DEMAND L.L.C.** | **License Agreement** | **October 11, 2018** | **Open Road Films, LLC** | **Various** |
| **2266** | **Exploitation Agreements** | **Riverstone Pictures (Show Dogs) Limited** | **License Agreement** | **October 10, 2018** | **Open Road International, LLC** | **Show Dogs** |

131

| # | Contract Type | Contract Counterparty | Contract Description | Contract Date | Open Road Counterparty | Film Titles (if applicable) |
|---|---|---|---|---|---|---|
| 2267 | Acquisition Agreements | Fox 2000 | Partial Lien Release Agreement | | | Before I Fall |