**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| | : | Case No. 18-12012 (LSS) |
| OPEN ROAD FILMS, LLC, a Delaware limited liability company, *et al.*,[1] | : : | (Jointly Administered) |
| | : | |
| Debtors. | : | **Ref. Docket Nos. 160 & 216** |

**NOTICE OF FILING OF FIRST AMENDMENT**
**TO STALKING HORSE AGREEMENT**

**PLEASE TAKE NOTICE** that, on October 23, 2018, the above-captioned debtors and debtors in possession (the "**Debtors**") filed the *Notice of Filing of (I) Stalking Horse Agreement, (II) Summary of Proposed Bid Protections, and (III) Summary of Proposed Amendment to Bid Procedures Order* [Docket No. 216] (the "**Notice**").[2] Attached to the Notice as Exhibit A was a stalking horse agreement, dated October 23, 2018 (the "**Stalking Horse APA**").

**PLEASE TAKE FURTHER NOTICE** that the Debtors and the Stalking Horse Purchaser have entered into an amendment, dated November 30, 2018, to the Stalking Horse APA (the "**Amendment**"), and a copy of the Amendment is attached hereto as **Exhibit 1**. The Amendment, among other things, extends the deadline to close the sale of the Debtors' assets to the Stalking Horse Purchaser to December 21, 2018.

**PLEASE TAKE FURTHER NOTICE** that the Debtors intend to seek entry of an order authorizing and approving the Debtors' entry into the Stalking Horse APA as amended at the hearing currently scheduled for December 13, 2018 at 10:00 a.m. (ET) (the "**Hearing**"). The Debtors reserve all rights to modify the Stalking Horse APA and the Amendment at or prior to the Hearing.

*[Signature page follows]*

---

[1] The Debtors and the last four digits of their respective federal taxpayer identification numbers are as follows: Open Road Films, LLC (4435 Del.); Open Road Releasing, LLC (4736 Del.); OR Productions LLC (5873 Del.); Briarcliff LLC (7304 Del.); Open Road International LLC (4109 Del.); and Empire Productions LLC (9375 Del.). The Debtors' address is 1800 Century Park East, Suite 600, Los Angeles, California 90067.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Notice.

01:23927251.1

Dated:  December 4, 2018                         */s/ Ian J. Bambrick*
Michael R. Nestor, Esq. (Bar No. 3526)
Robert F. Poppiti, Jr., Esq. (Bar No. 5052)
Ian J. Bambrick, Esq. (Bar No. 5455)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square, 1000 North King Street
Wilmington, Delaware 19801
Tel:    (302) 571-6600
Fax:   (302) 571-1253
Email: mnestor@ycst.com
            rpoppiti@ycst.com
            ibambrick@ycst.com

and

Michael L. Tuchin, Esq.
Whitman L. Holt, Esq.
Jonathan M. Weiss, Esq.
KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 Avenue of the Stars, 39th Floor
Los Angeles, CA 90067
Tel:    (310) 407-4000
Fax:   (310) 407-9090
Email: mtuchin@ktbslaw.com
            wholt@ktbslaw.com
            jweiss@ktbslaw.com

*Counsel to Debtors and Debtors in Possession*