# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| OPEN ROAD FILMS, LLC, a Delaware limited liability company, *et al*.,[1] | Case No.:  18-12012 (LSS) |
| Debtors. | (Jointly Administered) |
| | **Ref. Docket No. 300, 330, 360, 384, 404, & 416** |

## NOTICE OF FURTHER EXTENSION OF DESIGNATION CUT-OFF DATE

**PLEASE TAKE NOTICE** that, on November 28, 2018, the above-captioned debtors and debtors in possession (the "Debtors") filed the *Notice of Further Extension of Designation Cut-Off Date* [Docket No. 416] (the "Designation Extension Notice") that, among other things, extended the Designation Cut-Off Date[2] under the Stalking Horse Agreement from November 28, 2018 at 5:00 p.m. (ET), until December 10, 2018 at 5:00 p.m. (ET), (i) for all Available Contracts that are not identified on the Schedule of Assumed Contracts (as defined in the *Notice of (I) Filing of (A) Fourth Schedule of Purchased Titles and (B) Stalking Horse Bidder's Third Schedule of Available Contracts Designated as Assumed Contracts, and (II) Further Extension of Designation Cut-Off Date* [Docket No. 404] (the "Third Designation Notice")) and (ii) for the Contracts containing the Title Rights for the bracketed titles on the Fourth Schedule 1.1(b) (as defined in the Third Designation Notice) (the "Designation Extension Contracts").  The Designation Cut-Off Date had previously been extended several times by the agreement of the Debtors and the Stalking Horse Bidder. *See* Docket Nos. 300, 330, 360, 384, and 404.

**PLEASE TAKE FURTHER NOTICE** that, subsequent to the filing of the Designation Extension Notice, the Debtors and the Stalking Horse Bidder again extended the Designation Cut-Off Date under the Stalking Horse Agreement from December 10, 2018 at 5:00 p.m. (ET) until December 12, 2018 at 5:00 p.m. (ET) for the Designation Extension Contracts.

---

[1]  The Debtors and the last four digits of their respective federal taxpayer identification numbers are as follows: Open Road Films, LLC (4435-Del.); Open Road Releasing, LLC (4736-Del.); OR Productions LLC (5873-Del.); Briarcliff LLC (7304-Del.); Open Road International LLC (4109-Del.); and Empire Productions LLC (9375-Del.). The Debtors' address is 2049 Century Park East, 4th Floor, Los Angeles, CA 90067.

[2]  On October 23, 2018, the Debtors and OR Acquisition Co, LLC (the "Stalking Horse Bidder") entered into that certain Asset Purchase Agreement, dated as of October 23, 2018 (the "Stalking Horse Agreement"), for the sale of substantially all of the Debtors' assets.  The Stalking Horse Agreement is attached to the *Notice of Filing of (I) Stalking Horse Agreement, (II) Summary of Proposed Bid Protections, and (III) Summary of Proposed Amendments to Bid Procedures Order* [Docket No. 216].  Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Stalking Horse Agreement.

Dated:  December 10, 2018          */s/ Ian J. Bambrick*
                                   Michael R. Nestor, Esq. (Bar No. 3526)
                                   Robert F. Poppiti, Jr., Esq. (Bar No. 5052)
                                   Ian J. Bambrick, Esq. (Bar No. 5455)
                                   YOUNG CONAWAY STARGATT & TAYLOR, LLP
                                   Rodney Square
                                   1000 North King Street
                                   Wilmington, Delaware 19801
                                   Tel:    (302) 571-6600
                                   Fax:    (302) 571-1253

                                   and

                                   Michael L. Tuchin, Esq.
                                   Jonathan M. Weiss, Esq.
                                   Sasha M. Gurvitz, Esq.
                                   KLEE, TUCHIN, BOGDANOFF & STERN  LLP
                                   1999 Avenue of the Stars, 39th Floor
                                   Los Angeles, CA 90067
                                   Tel:    (310) 407-4000
                                   Fax:    (310) 407-9090

                                   *Counsel to Debtors and Debtors in Possession*

01:23947416.2