**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| OPEN ROAD FILMS, LLC, a Delaware limited liability company, *et al.*,[1] | Case No.: 18-12012 (LSS) |
| | (Jointly Administered) |
| Debtors. | **Ref. Docket Nos. 9, 160, 239, 256, & 394** |

**NOTICE OF FILING OF *SECOND REVISED* PROPOSED STALKING HORSE SALE ORDER**

**PLEASE TAKE FURTHER NOTICE** that, on October 31, 2018, the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") filed the *Notice of Filing of Proposed Stalking Horse Sale Order* [Docket No. 256] (the "Notice of Stalking Horse Sale Order").[2] Attached to the Notice of Stalking Horse Sale Order as Exhibit 1 was the Proposed Stalking Horse Sale Order.

**PLEASE TAKE FURTHER NOTICE** that, on November 20, 2018, the Debtors filed the *Notice of Filing of* Revised *Proposed Stalking Horse Sale Order* [Docket No. 394] (the "Notice of Revised Stalking Horse Sale Order"). Attached to the Notice of Revised Stalking Horse Sale Order as Exhibit A was a comparison of a revised Proposed Stalking Horse Sale Order (the "Revised Proposed Stalking Horse Sale Order") marked against the Proposed Stalking Horse Sale Order.

**PLEASE TAKE FURTHER NOTICE** that, since the filing of the Notice of Revised Stalking Horse Sale Order, the Debtors, in consultation with the Stalking Horse Bidder and other parties, have made certain revisions to the Revised Proposed Stalking Horse Sale Order (the "Second Revised Proposed Stalking Horse Sale Order"). Attached hereto as **Exhibit A** is a comparison of the Second Revised Proposed Stalking Horse Sale Order marked against the Revised Proposed Stalking Horse Sale Order.

---

[1] The Debtors and the last four digits of their respective federal taxpayer identification numbers are as follows: Open Road Films, LLC (4435-Del.); Open Road Releasing, LLC (4736-Del.); OR Productions LLC (5873-Del.); Briarcliff LLC (7304-Del.); Open Road International LLC (4109-Del.); and Empire Productions LLC (9375-Del.). The Debtors' address is 1800 Century Park East, Suite 600, Los Angeles, California 90067.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings given to them in the Notice of Stalking Horse Sale Order.

**PLEASE TAKE FURTHER NOTICE** that the Second Revised Proposed Stalking Horse Sale Order remains subject to continuing review and negotiation by and among the Debtors, the Stalking Horse Bidder, and other interested parties. As such, the Debtors reserve all rights to further revise the Second Revised Proposed Stalking Horse Sale Order at or prior to the Sale Hearing.

| | |
|---|---|
| Dated: December 12, 2018 | */s/ Robert F. Poppiti, Jr.* |
| | Michael R. Nestor, Esq. (Bar No. 3526) |
| | Robert F. Poppiti, Jr., Esq. (Bar No. 5052) |
| | Ian J. Bambrick, Esq. (Bar No. 5455) |
| | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| | Rodney Square, 1000 North King Street |
| | Wilmington, Delaware 19801 |
| | Tel:   (302) 571-6600 |
| | Fax:  (302) 571-1253 |
| | |
| | and |
| | |
| | Michael L. Tuchin, Esq. |
| | Jonathan M. Weiss, Esq. |
| | Sasha M. Gurvitz, Esq. |
| | KLEE, TUCHIN, BOGDANOFF & STERN LLP |
| | 1999 Avenue of the Stars, 39th Floor |
| | Los Angeles, CA 90067 |
| | Tel:   (310) 407-4000 |
| | Fax:  (310) 407-9090 |
| | |
| | *Counsel to Debtors and Debtors in Possession* |