## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| OPEN ROAD FILMS, LLC, a Delaware limited liability company, *et al.*,[1] | Case No.:  18-12012 (LSS) |
| Debtors. | (Jointly Administered) |
| 2.9 FILM HOLDING LTD. | |
| and | |
| 2.9 DISTRIBUTION LTD., | |
| Plaintiffs, | Adv. Pro. No. 18-50887 (LSS) |
| v. | |
| OPEN ROAD FILMS, LLC, | |
| and | |
| BANK OF AMERICA, N.A., | |
| Defendants. | |

## NOTICE OF AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON DECEMBER 17, 2018 AT 2:00 P.M. (ET)

### RESOLVED MATTERS

1.    Debtors' Motion for an Order Establishing Procedures for Sales of Certain Miscellaneous Assets Outside the Ordinary Course of Business Free and Clear of All Liens, Claims, Interests and Encumbrances Pursuant To Section 363 of the Bankruptcy Code [D.I. 246, 10/30/18]

Response Deadline:                         November 13, 2018 at 4:00 p.m. (ET)

Responses Received:                       None

---

[1]    The Debtors and the last four digits of their respective federal taxpayer identification numbers are as follows: Open Road Films, LLC (4435-Del.); Open Road Releasing, LLC (4736-Del.); OR Productions LLC (5873-Del.); Briarcliff LLC (7304-Del.); Open Road International LLC (4109-Del.); and Empire Productions LLC (9375-Del.).  The Debtors' address 1800 Century Park East, Suite 600, Los Angeles, CA 90067.

Related Documents:

    A.    Order Establishing Procedures for Sales of Certain Miscellaneous Assets Outside the Ordinary Course of Business Free and Clear of All Liens, Claims, Interests and Encumbrances Pursuant To Section 363 of the Bankruptcy Code [D.I. 374, 11/15/18]

Status:    An order has been entered.

2.    Debtors' First Motion for Entry of an Order, Pursuant to Bankruptcy Rules 9006 and 9027, Extending the Period Within Which the Debtors May Remove Actions Pursuant to 28 U.S.C. § 1452 [D.I. 405, 11/26/18]

Response Deadline:    December 10, 2018 at 4:00 p.m. (ET)

Responses Received:    None

Related Documents:

    A.    Certificate of No Objection [D.I. 436, 12/11/18]

    B.    Order, Pursuant to Bankruptcy Rules 9006 and 9027, Extending the Period Within Which the Debtors May Remove Actions Pursuant to 28 U.S.C. § 1452 [D.I. 444, 12/12/18]

Status:    An order has been entered.

3.    Debtors' Motion for an Order Amending Case Caption to Reflect Change of Address Nunc Pro Tunc to November 26, 2018 [D.I. 406, 11/26/18]

Response Deadline:    December 10, 2018 at 4:00 p.m. (ET)

Responses Received:    None

Related Documents:

    A.    Certificate of No Objection [D.I. 437, 12/11/18]

    B.    Order Amending Case Caption to Reflect Change of Address Nunc Pro Tunc to November 26, 2018 [D.I. 445, 12/12/18]

Status:    An order has been entered.

**UNCONTESTED MATTERS – CERTIFICATIONS FILED**

4.      Motion of Clune Construction Company, LP for Relief from the Automatic Stay [D.I. 238, 10/26/18]

Response Deadline:                    December 10, 2018 at 4:00 p.m. (ET) [Extended until December 12, 2018 for the Debtors]

Responses Received:

      A.      Informal comments from the Debtors

Related Documents:

      B.      Certification of Counsel [D.I. 449, 12/13/18]

      C.      Proposed Order

Status:      A revised proposed order has been submitted under Certification of Counsel. No hearing is required unless the Court has questions.

5.      Debtors' Motion Pursuant to Sections 501 and 502 of the Bankruptcy Code, Bankruptcy Rules 2002 and 3003(c)(3), and Local Rule 2002-1(e) for Order (I) Establishing Deadlines for Filing Proofs of Claim, Administrative Claims Incurred on or Before December 20, 2018, and Section 503(b)(9) Claims and (II) Approving the Form and Manner of Notice Thereof [D.I. 407, 11/26/18]

Response Deadline:                    December 10, 2018 at 4:00 p.m. (ET)

Responses Received:

      A.      Informal comments from the Office of the United States Trustee

Related Documents:

      B.      Certification of Counsel [D.I. 448, 12/12/18]

      C.      Proposed Order

Status:      A revised proposed order has been submitted under Certification of Counsel. No hearing is required unless the Court has questions.

01:23938538.1

**PRETRIAL CONFERENCE**

6.      *2.9 Film Holding Ltd., et al., v. Open Road Films LLC, et al. [Adv. No. 18-50887]*
        Complaint for Declaratory and Interpleader Relief [D.I. 162, 10/9/18]

        Response Deadline:                          November 13, 2018 at 4:00 p.m. (ET)

        Responses Received:

            A.      Answer of Bank of America, N.A. to Complaint for Declaratory and
                    Interpleader Relief [D.I. 7, 11/13/18]

            B.      Open Road Films LLC's Answer and Affirmative Defenses to Complaint for
                    Declaratory and Interpleader Relief [D.I. 8, 11/13/18]

        Related Documents:

            C.      Summons and Notice of Pretrial Conference in an Adversary Proceeding [D.I.
                    3, 10/11/18]

            D.      Notice of Filing of Proposed Scheduling Order [D.I. 9, 12/11/18]

        Status:     This matter is going forward as a pretrial conference.


Dated:  December 13, 2018                    */s/ Ian J. Bambrick*
                                             Michael R. Nestor, Esq. (Bar No. 3526)
                                             Robert F. Poppiti, Jr., Esq. (Bar No. 5052)
                                             Ian J. Bambrick, Esq. (Bar No. 5455)
                                             YOUNG CONAWAY STARGATT & TAYLOR, LLP
                                             Rodney Square
                                             1000 North King Street
                                             Wilmington, Delaware 19801
                                             Tel:    (302) 571-6600
                                             Fax:    (302) 571-1253

                                             and

                                             Michael L. Tuchin, Esq.
                                             Jonathan M. Weiss, Esq.
                                             Sasha M. Gurvitz, Esq.
                                             KLEE, TUCHIN, BOGDANOFF & STERN LLP
                                             1999 Avenue of the Stars, 39th Floor
                                             Los Angeles, CA 90067
                                             Tel:    (310) 407-4000
                                             Fax:    (310) 407-9090

                                             *Counsel to Debtors and Debtors in Possession*