# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| OPEN ROAD FILMS, LLC, a Delaware limited liability company, *et al*.,[1] | Case No.: 18-12012 (LSS) |
| | (Jointly Administered) |
| Debtors. | |

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON DECEMBER 19, 2018 AT 2:30 P.M. (ET)

### CONTESTED MATTERS GOING FORWARD

1. Debtors' Motion for Orders: (A)(I) Establishing Bid and Sale Procedures Relating to the Sale of Substantially All of the Debtors' Assets, (II) Authorizing the Debtors to Enter Into an Asset Purchase Agreement with Stalking Horse Bidder, (III) Establishing and Approving Procedures Relating to the Assumption, Assignment and Sale of Certain Executory Contracts and Unexpired Leases, Including Notice of Proposed Cure Amounts and (IV) Scheduling a Hearing to Consider the Proposed Sale and (B)(I) Approving the Sale of Substantially All of the Debtors' Assets, (II) Authorizing the Assumption, Assignment and Sale of Certain Executory Contracts and Unexpired Leases, and (III) Granting Certain Related Relief [D.I. 9, 9/6/18]

   Response Deadlines: November 2, 2018 at 4:00 p.m. (ET) for sale and cure responses (for the Official Committee of Unsecured Creditors, the deadline to object to the sale is 8:30 a.m. (ET) the day of the sale hearing) and November 7, 2018 at 4:00 p.m. (ET) for adequate assurance responses [Each deadline having been extended for certain parties]

   Sale Responses Received: See **Exhibit A** attached hereto

   Cure and Adequate Assurance Responses Received: See **Exhibit B** attached hereto

---

[1] The Debtors and the last four digits of their respective federal taxpayer identification numbers are as follows: Open Road Films, LLC (4435-Del.); Open Road Releasing, LLC (4736-Del.); OR Productions LLC (5873-Del.); Briarcliff LLC (7304-Del.); Open Road International LLC (4109-Del.); and Empire Productions LLC (9375-Del.). The Debtors' address 1800 Century Park East, Suite 600, Los Angeles, CA 90067.

Related Documents:

A. Notice of Motion [D.I. 50, 9/7/18]

B. Notice of Filing of (I) Proposed Sale Order and (II) Proposed Form APA [D.I. 124, 10/1/18]

C. Order: (1) Approving Bid and Sale Procedures, (2) Approving Assumption, Assignment and Cure Procedures and Related Notices, (3) Establishing Date for Auction and Approving Related Procedures, (4) Scheduling the Sale Hearing and Related Deadlines, and (5) Granting Related Relief [D.I. 160, 10/9/18]

D. Notice of Auction and Sale Hearing [D.I. 166, 10/11/18]

E. Notice of Proposed Assumption and Assignment of Executory Contracts and Unexpired Leases [D.I. 172; 10/12/18]

F. Submission of Affidavits of Publication Regarding Notice of Auction and sale Hearing [D.I. 183, 10/18/18]

G. Notice of Filing of (I) Stalking Horse Agreement, (II) Summary of Proposed Bid Protections, and (III) Summary of Proposed Amendments to Bid Procedures Order [D.I. 216, 10/23/18]

H. Order Authorizing and Approving Certain Bidding Protections, Amendments to Bid Procedures Order, and Granting Related Relief [D.I. 239, 10/26/18]

I. Amended Notice of Auction and Sale Hearing [D.I. 243, 10/26/18]

J. Notice of Filing of Schedule of Contracts with Amended Cure Amounts [D.I. 248, 10/30/18]

K. Notice of Filing of Proposed Stalking Horse Order [D.I. 256, 10/31/18]

L. Notice of Filing of Stalking Horse Bidder's Proposed Adequate Assurance of Future Performance [D.I. 299, 11/3/18]

M. Notice of (I) Filing of (A) Updated Schedule of Purchased Titles and (B) Stalking Horse Bidder's Schedule of Available Contracts Designated as Assumed Contracts, and (II) Extension of Designation Cut-Off Date [D.I. 300, 11/3/18]

N. Notice of Cancellation of Auction [D.I. 314, 11/5/18]

O. Notice of (I) Adjourned (A) Omnibus Hearing and (B) Sale Hearing, and (II) Further Extension of Designation Cut-Off Date [D.I. 330, 11/6/18]

P.  Notice of Further Extension of Designation Cut-Off Date [D.I. 360, 11/9/18]

Q.  Notice of (I) Adjourned (A) Omnibus Hearing and (B) Sale Hearing and (II) Further Extension of Designation Cut-Off Date [D.I. 367, 11/13/18]

R.  Notice of (I) Filing of (A) *Further Updated* Schedule of Purchased Titles and (B) Stalking Horse Bidder's *Updated* Schedule of Available Contracts Designated as Assumed Contracts, and (II) Further Extension of Designation Cut-Off Date [D.I. 384, 11/16/18]

S.  Debtors' Omnibus Reply in Support of Motion to (I) Approve the Sale of Substantially All of the Debtors' Assets, (II) Authorize the Assumption, Assignment, and Sale of Certain Executory Contracts and Unexpired Leases, and (III) Grant Related Relief [Sealed Version at D.I. 386, 11/19/18; Redacted Version at D.I. 387; 11/19/18]

T.  Debtors' Motion for Entry of an Order Authorizing the Debtors to File Under Seal Certain Exhibits to the Declaration of Amir Agam in Support of the Debtors' Omnibus Sale Reply [D.I. 388, 11/19/18]

U.  Debtors' Motion for an Order (A) Granting Leave and Permission to File Debtors' Omnibus Reply in Support of Motion to (I) Approve the Sale of Substantially All of the Debtors' Assets, (II) Authorize the Assumption, Assignment, and Sale of Certain Executory Contracts and Unexpired Leases, and (III) Grant Related Relief and (B) Authorizing the Debtors to Exceed the Page Limitation Requirements [D.I. 391, 11/19/18]

V.  Notice of Filing of *Revised* Proposed Stalking Horse Sale Order [D.I. 394, 11/20/18]

W.  Notice of (I) Filing of (A) *Fourth* Schedule of Purchased Titles and (B) Stalking Horse Bidder's *Third* Schedule of Available Contracts Designated as Assumed Contracts, and (II) Further Extension of Designation Cut-Off Date [D.I. 404, 11/21/18]

X.  Notice of Further Extension of Designation Cut-Off Date [D.I. 416, 11/28/18]

Y.  Notice of Filing of First Amendment to Stalking Horse Agreement [D.I. 425, 12/4/18]

Z.  Notice of Further Extension of Designation Cut-Off Date [D.I. 432, 12/10/18]

AA. Notice of Filing of *Second Revised* Proposed Stalking Horse Sale Order [D.I. 439, 12/12/18]

BB. Notice of Filing of *Third Revised* Proposed Stalking Horse Sale Order [D.I. 446, 12/12/18]

CC. Notice of Filing of *Fourth Revised* Proposed Stalking Horse Sale Order [D.I. 457, 12/12/18]

DD. Notice of Further Extension of Designation Cut-Off Date [D.I. 461, 12/13/18]

Status: This matter is going forward.

2. Redrover Co. Ltd.'s Motion for Entry of an Order Compelling Assumption or Rejection of Executory Contracts, Adequate Protection, and Related Relief [D.I. 222, 10/23/18]

Response Deadline: November 2, 2018 at 4:00 p.m. (ET) [Extended until November 6, 2018 for the Debtors]

Responses Received:

A. Reservation of Rights of Endgame Releasing Co., LLC and Endgame Releasing Funding, LLC [D.I. 294, 11/2/18]

B. Debtors' Limited Objection [D.I. 325, 11/6/18]

Related Documents: None

Status: This matter is going forward.

Dated: December 17, 2018

*/s/ Robert F. Poppiti, Jr.*
Michael R. Nestor, Esq. (Bar No. 3526)
Robert F. Poppiti, Jr., Esq. (Bar No. 5052)
Ian J. Bambrick, Esq. (Bar No. 5455)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Tel:   (302) 571-6600
Fax:  (302) 571-1253

and

        Michael L. Tuchin, Esq.
Jonathan M. Weiss, Esq.
Sasha M. Gurvitz, Esq.
KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 Avenue of the Stars, 39th Floor
Los Angeles, CA 90067
Tel:   (310) 407-4000
Fax:  (310) 407-9090

*Counsel to Debtors and Debtors in Possession*

**EXHIBIT A – SALE RESPONSES**

|   | Docket No. | Date Provided or First Filed | Respondent | Status |
|---|---|---|---|---|
| 1 | 280 | 11/2/18 | Universal Music Enterprises, a Division of UMG Recordings, Inc., Universal Music Corp., Songs of Universal, Inc. and Universal Tunes, a Division of Songs of Universal Inc. | Resolved in principle |
| 2 | 284 | 11/2/18 | Silver Reel Entertainment Mezzanine Fund, L.P. and Host Film Holdings, LLC | Resolved in principle |
| 3 | 285 & 342 | 11/2/18 | The Film Musicians Secondary Markets Fund | Resolved in principle |
| 4 | 286 | 11/2/18 | Fox 2000 Pictures, a division of Twentieth Century Fox Film Corporation | Resolved |
| 5 | 288 & 289 | 11/2/18 | All I See Partners 2015, L.P. | Resolved in principle |
| 6 | 293 | 11/2/18 | Endgame Releasing Co., LLC, Endgame Releasing Funding, LLC and Happy Pill Distribution, LLC | Resolved in principle |
| 7 | 295 & 353 | 11/2/18 | Viacom International Inc. and its affiliates, including Awesomeness Distribution, LLC and Paramount Pictures Corporation | Resolved in principle |
| 8 | 305, 315, & 347 | 11/5/18 | Showtime Networks Inc. | Resolved in principle |
| 9 | 307 | 11/5/18 | Entertainment One UK Limited, Entertainment One Benelux BV, Entertainment One Canada, Inc. | Resolved |
| 10 | 310 | 11/5/18 | Turner Entertainment Networks, Inc. | Resolved |
| 11 | 320 | 11/6/18 | Directors Guild of America, Inc., the Screen Actors Guild-American Federation of Television and Radio Artists, the Writers Guild of America, West, Inc. and their respective Pension and Health Plans, as well as the Motion Picture Industry Pension and Health Plans | Resolved |

|    | Docket No. | Date Provided or First Filed | Respondent | Status |
|----|------------|------------------------------|------------|--------|
| 12 | 333 | 11/6/18 | Happy Pill Distribution, LLC and Happy Pill, LLC | Resolved in principle |
| 13 | 334 & 336 | 11/6/18 | Endgame Releasing Co., LLC and Endgame Releasing Funding, LLC | Resolved in principle |
| 14 | 338 | 11/6/18 | Spotlight Film, LLC | Resolved in principle |
| 15 | 344 | 11/7/18 | Redrover Co., Ltd. | Resolved in principle |

**EXHIBIT B – CURE/ADEQUATE ASSURANCE RESPONSES**

|  | Docket No. | Date Provided or First Filed | Respondent | Status |
|---|---|---|---|---|
| 1 | Informal | 10/16/18 | Digital Cinema Distribution Coalition, LLC | Resolved |
| 2 | Informal | 10/19/18 | Good Films Enterprise, LLC | Resolved |
| 3 | Informal | 10/22/18 | Dolphin Max Steel Holdings, LLC | Resolved |
| 4 | Informal | 10/26/18 | Showtime Networks Inc. | Resolved in principle |
| 5 | Informal | 10/26/18 | Cinemark USA | Resolved |
| 6 | Informal | 10/31/18 | FullScreen, Inc. | Resolved |
| 7 | 247 | 10/30/18 | mOcean Pictures, LLC | Moot |
| 8 | 262 | 11/1/18 | FilmNation International, LLC | Moot |
| 9 | 264 | 11/1/18 | Stampede Post Productions, Inc. | Resolved |
| 10 | 265 | 10/30/18 | BLT Communications, LLC | Moot |
| 11 | 270 | 11/1/18 | American Multi-Cinema, Inc. aka AMC Theatres | Moot |
| 12 | 272 | 11/2/18 | Scorpions GBR | Resolved |
| 13 | 273 | 11/2/18 | Universal Studios Home Entertainment LLC | Resolved |
| 14 | 275 | 11/2/18 | Google LLC f/k/a Google Inc. | Moot |

|    | Docket No. | Date Provided or First Filed | Respondent | Status |
|----|---|---|---|---|
| 15 | 276 | 11/2/18 | Veritas Technologies LLC | Moot |
| 16 | 279 | 11/2/18 | Studiocanal S.A.S. | Resolved in principle |
| 17 | 280 | 11/2/18 | Universal Music Enterprises, a Division of UMG Recordings, Inc., Universal Music Corp., Songs of Universal, Inc. and Universal Tunes, a Division of Songs of Universal Inc. | Resolved in principle |
| 18 | 282 | 11/2/18 | Sous Chef, LLC | Resolved in principle |
| 19 | 283 & 342 | 11/2/18 | The Film Musicians Secondary Markets Fund | Resolved |
| 20 | 284 | 11/2/18 | Silver Reel Entertainment Mezzanine Fund, L.P. and Host Film Holdings, LLC | Resolved in principle |
| 21 | 286 | 11/2/18 | Fox 2000 Pictures, a division of Twentieth Century Fox Film Corporation | Resolved |
| 22 | 287 | 11/2/18 | BBG Home Again LLC | Resolved in principle |
| 23 | 288 & 289 | 11/2/18 | All I See Partners 2015, L.P. | Resolved in principle |
| 24 | 290 | 11/2/18 | Lakeshore Entertainment Productions LLC | Moot |
| 25 | 293, 334, & 336 | 11/2/18 | Endgame Releasing Co., LLC, Endgame Releasing Funding, LLC and Happy Pill Distribution, LLC | Resolved in principle |
| 26 | 295 | 11/2/18 | Viacom International Inc. and its affiliates, including Awesomeness Distribution, LLC and Paramount Pictures Corporation | Resolved in principle |
| 27 | 307 | 11/5/18 | Entertainment One UK Limited, Entertainment One Benelux BV, Entertainment One Canada, Inc. | Resolved |

|    | Docket No. | Date Provided or First Filed | Respondent | Status |
|----|------------|------------------------------|------------|--------|
| 28 | 319 | 11/6/18 | Directors Guild of America, Inc., the Screen Actors Guild-American Federation of Television and Radio Artists, the Writers Guild of America, West, Inc. and their respective Pension and Health Plans, as well as the Motion Picture Industry Pension and Health Plans | Resolved in principle |
| 29 | 333 | 11/6/18 | Happy Pill Distribution, LLC and Happy Pill, LLC | Resolved in principle |
| 30 | 338 | 11/6/18 | Spotlight Film, LLC | Resolved in principle |
| 31 | 344 | 11/7/18 | Redrover Co., Ltd. | Resolved in principle |
| 32 | 347 | 11/8/18 | Showtime Networks Inc. | Resolved in principle |
| 33 | Informal | 11/13/18 | Listen First Media | Moot |
| 34 | 385 | 11/19/18 | Sous Chef, LLC—Supplemental | Resolved in principle |
| 35 | Informal | 11/6/18 | El Paso Productions, Inc. | Resolved |
| 36 | 450 | 11/12/18 | Roadshow Films Pty Ltd. | The parties are working to resolve this objection |

01:23973718.1