# **EXHIBIT A**

Fifth Schedule 1.1(b)

01:23975299.3

## SCHEDULE 1.1(b)

## TITLES

**Purchased Titles**

1. Killer Elite
2. The Grey
3. Silent House
4. Hit & Run
5. End Of Watch
6. Silent Hill
7. A Haunted House
8. Side Effects
9. The Host
10. Jobs
11. Machete Kills
12. Homefront
13. Justin Bieber - Believe
14. The Nut Job
15. Sabotage
16. A Haunted House 2
17. Chef
18. The Fluffy Movie
19. Nightcrawler
20. Rosewater
21. [The Loft][1]
22. Little Boy
23. The Gunman
24. Dope
25. Rock The Kasbah
26. Spotlight
27. Fifty Shades Of Black
28. Triple Nine
29. Mother's Day
30. Gleason
31. Snowden
32. Max Steel
33. Bleed For This
34. Sleepless
35. Collide
36. Before I Fall
37. Spark
38. The Promise
39. The Nut Job 2
40. All I See Is You
41. Home Again
42. Marshall
43. Midnight Sun
44. Show Dogs
45. Hotel Artemis

---

[1] The Designation Cut-Off Date for the Contracts containing the Title Rights for the bracketed title on this Schedule 1.1(b) has been extended to December 19, 2018 at 12:00 p.m. (ET).  This Schedule 1.1(b) is to be updated thereafter to remove any bracketed title for which such Contracts are not designated by Buyer as Assumed Contracts.

**Guild Titles**

1. Killer Elite
2. The Grey
3. Silent House
4. Hit & Run
5. End Of Watch
6. Silent Hill
7. A Haunted House
8. Side Effects
9. The Host
10. Jobs
11. Machete Kills
12. Homefront
13. Justin Bieber - Believe
14. The Nut Job
15. Sabotage
16. A Haunted House 2
17. Chef
18. The Fluffy Movie
19. Nightcrawler
20. Rosewater
21. [The Loft]
22. Little Boy
23. The Gunman
24. Dope
25. Rock The Kasbah
26. Spotlight
27. Fifty Shades Of Black
28. Triple Nine
29. Mother's Day
30. Snowden
31. Max Steel
32. Bleed For This
33. Sleepless
34. Collide
35. Before I Fall
36. Spark
37. The Promise
38. The Nut Job 2
39. All I See Is You
40. Home Again
41. Marshall
42. Midnight Sun
43. Show Dogs
44. Hotel Artemis