# **EXHIBIT D**

Pages of the Fourth Schedule of Assumed Contracts with Changes

Schedule of Assumed Contracts[1]

| # | Contract Type | Contract Counterparty | Contract Description | Contract Date | Open Road Counterparty | Film Titles (if applicable) |
|---|---|---|---|---|---|---|
| 1 | Acquisition Agreements | Smart Ass Productions, LLC | Distribution Rights Acquisition and Financing Agreement | August 21, 2012 | Open Road Films, LLC | A Haunted House |
| 2 | Acquisition Agreements | Smart Ass Productions, LLC | Amendment #1 to Agreement | January 14, 2013 | Open Road Films, LLC | A Haunted House |
| 3 | Acquisition Agreements | IM Global Film Fund, LLC | Distribution Rights Acquisition and Financing Agreement | July 2, 2013 | Open Road Films, LLC | A Haunted House 2 |
| 4 | Acquisition Agreements | All I See Partners 2015 L.P. | Distribution Rights Acquisition and Financing Agreement | October 18, 2016 | Open Road Films, LLC | All I See Is You |
| 5 | Acquisition Agreements | Awesomeness Distribution, LLC | Distribution Rights Acquisition Agreement | May 13, 2016 | Open Road Films, LLC | Before I Fall |
| 6 | Acquisition Agreements | Awesomeness Distribution, LLC | Amendment #1 to Distribution Rights Acquisition Agreement | April 14, 2017 | Open Road Films, LLC | Before I Fall |
| 7 | Acquisition Agreements | Bleed For This, LLC | Bleed for This Binding Term Sheet | June 12, 2015 | Open Road Films, LLC | Bleed For This |
| 8 | Acquisition Agreements | Bleed For This, LLC | Bleed for This - First Amendment | January 13, 2016 | Open Road Films, LLC | Bleed For This |
| 9 | Acquisition Agreements | Sous Chef, LLC | Distribution Rights Acquisition Agreement | 20-May-13 | Open Road Films, LLC | Chef |
| 10 | Acquisition Agreements | Sous Chef, LLC | Amendment #1 to Agreement | 14-Feb-14 | Open Road Films, LLC | Chef |
| 11 | Acquisition Agreements | IM Global Film Fund, LLC | Distribution Rights Acquisition Agreement | December 16, 2016 | Open Road Films, LLC | Collide |
| 12 | Acquisition Agreements | IM Global Film Fund, LLC | Amendment #1 to Distribution Rights Acquisition Agreement | | Open Road Films, LLC | Collide |
| 13 | Acquisition Agreements | That's Dope, LLC | Distribution Rights Acquisition Agreement | January 24, 2015 | Open Road Films, LLC | Dope |
| 14 | Acquisition Agreements | Exclusive Media Distribution, LLC | Distribution Rights Acquisition Agreement | February 23, 2012 | Open Road Films, LLC | End Of Watch |
| 15 | Acquisition Agreements | Exclusive Media Distribution, LLC | Subsequent Productions Agreement | February 23, 2012 | Open Road Films, LLC | End Of Watch |

---

[1] Pursuant to Section 6.1 of the APA, following the Closing, Buyer shall assume obligations under any Collective Bargaining Agreement between any Seller Party and a Guild with respect to Guild Titles that are Purchased Titles; provided that Buyer will do so: (a) as a new company, and shall not be deemed to be a successor employer of any Seller Party; and (b) only as to Collective Bargaining Agreements associated with the Guild Titles that are Purchased Titles. Accordingly, reference to an assumption agreement in this Schedule of Assumed Contracts is in accordance with limitations set forth in the APA and Sale Order.

| # | Contract Type | Contract Counterparty | Contract Description | Contract Date | Open Road Counterparty | Film Titles (if applicable) |
|---|---|---|---|---|---|---|
|  | Agreements |  | Rights Acquisition Agreement | 2017 | Films, LLC |  |
| 81 | Acquisition Agreements | 999 Holdings, LLC | Distribution Rights Acquisition Agreement | April 1, 2014 | Open Road Films, LLC | Triple Nine |
| 82 | Acquisition Agreements | 999 Holdings, LLC | Amendment #1 to Agreement | May 12, 2015 | Open Road Films, LLC | Triple Nine |
| 83 | Assumption Agreements | Directors Guild of America | Theatrical Distributor's Assumption Agreement | September 21, 2015 | Open Road Films, LLC | A Haunted House 2 |
| 84 | Assumption Agreements | Screen Actors Guild | Distributor's Assumption Agreement | August 23, 2013 | Open Road Films, LLC | A Haunted House 2 |
| 85 | Assumption Agreements | Directors Guild of America | Theatrical Distributor's Assumption Agreement | August 29, 2017 | Open Road Films, LLC | All I See Is You |
| 86 | Assumption Agreements | Writers Guild of America | Distributor's Assumption Agreement | October 27, 2016 | Open Road Films, LLC | Before I Fall |
| 87 | Assumption Agreements | Directors Guild of America | Theatrical Distributor's Assumption Agreement | September 9, 2015 | Open Road Films, LLC | Bleed For This |
| 88 | Assumption Agreements | Screen Actors Guild | Distributor's Assumption Agreement Theatrical | November 12, 2015 | Open Road Films, LLC | Bleed For This |
| 89 | Assumption Agreements | Writers Guild of America | Distributor's Assumption Agreement | September 9, 2015 | Open Road Films, LLC | Bleed For This |
| 90 | **Assumption Agreements** | **Directors Guild of America** | **Theatrical Distributor's Assumption Agreement** | **18-Sep-14** | **Open Road Films, LLC** | **Chef** |
| 91 | **Assumption Agreements** | **Screen Actors Guild** | **Distributor's Assumption Agreement Theatrical** | **1-Jul-13** | **Open Road Films, LLC** | **Chef** |
| 92 | **Assumption Agreements** | **Writers Guild of America** | **Distributor's Assumption Agreement** | **16-Sep-14** | **Open Road Films, LLC** | **Chef** |
| 93 | Assumption Agreements | Directors Guild of America | Theatrical Distributor's Assumption Agreement | January 8, 2016 | Open Road Films, LLC | Dope |
| 94 | Assumption Agreements | Screen Actors Guild | Distributor's Assumption Agreement Theatrical | January 8, 2016 | Open Road Films, LLC | Dope |
| 95 | Assumption Agreements | Writers Guild of America | Distributor's Assumption Agreement | January 8, 2016 | Open Road Films, LLC | Dope |
| 96 | Assumption Agreements | Directors Guild of America | Theatrical Distributor's Assumption Agreement | July 2, 2012 | Open Road Films, LLC | End Of Watch |
| 97 | Assumption Agreements | Screen Actors Guild | Distributor's Assumption Agreement | July 2, 2012 | Open Road Films, LLC | End Of Watch |
| 98 | Assumption Agreements | Writers Guild of America | Distributor's Assumption Agreement | July 2, 2012 | Open Road Films, LLC | End Of Watch |

| # | Contract Type | Contract Counterparty | Contract Description | Contract Date | Open Road Counterparty | Film Titles (if applicable) |
|---|---|---|---|---|---|---|
| | | | | | LLC | |
| 173 | Exploitation Agreements | Pasatiempo Pictures Inc. | Distribution Agreement | December 7, 2016 | Open Road Films, LLC | The Nut Job 2 |
| 175 | Exploitation Agreements | FilmNation International, LLC and TF1 Video SAS | Notice and Acknowledgement of Assignment | November 30, 2015 | Open Road International, LLC | Sleepless |
| 176 | Exploitation Agreements | Pasatiempo Pictures Inc. | Distribution Agreement | December 17, 2015 | Open Road Films, LLC | 50 Shades of Black |
| 177 | Exploitation Agreements | Viacom International Inc. | License Agreement - "Haunted House" | March 8, 2013 | Open Road Films, LLC | A Haunted House |
| 179 | Exploitation Agreements | Viacom International Inc. | License Agreement - "Haunted House 2" | June 9, 2014 | Open Road Films, LLC | A Haunted House 2 |
| 181 | Exploitation Agreements | Pasatiempo Pictures Inc. | Distribution Agreement | December 7, 2016 | Open Road Films, LLC | Before I Fall |
| 182 | Exploitation Agreements | Pasatiempo Pictures Inc. | Distribution Agreement | September 18, 2013 | Open Road Films, LLC | Believe |
| 183 | Exploitation Agreements | Pasatiempo Pictures Inc. | Distribution Agreement | December 17, 2015 | Open Road Films, LLC | Bleed For This |
| **184** | **Exploitation Agreements** | **Pasatiempo Pictures Inc.** | **Distribution Agreement** | **5-Mar-14** | **Open Road Films, LLC** | **Chef** |
| 185 | Exploitation Agreements | Pasatiempo Pictures Inc. | Distribution Agreement | December 7, 2016 | Open Road Films, LLC | Collide |
| 186 | Exploitation Agreements | Pasatiempo Pictures Inc. | Distribution Agreement | May 12, 2015 | Open Road Films, LLC | Dope |
| 187 | Exploitation Agreements | Viacom International Inc. | License Acquisition Agreement - "Dope" | July 22, 2015 | Open Road Films, LLC | Dope |
| 189 | Exploitation Agreements | Viacom International Inc. | Amendment to License Acquisition Agreement - "Dope" | February 9, 2016 | Open Road Films, LLC | Dope |
| 190 | Exploitation Agreements | IFC TV, LLC | Amendment No.1 to License Agreement | June 14, 2016 | Open Road Films, LLC | End of Watch |
| 191 | Exploitation Agreements | Participant Channel, Inc. | License Agreement - "End of Watch" | June 9, 2016 | Open Road Films, LLC | End of Watch |
| 192 | Exploitation Agreements | Pasatiempo Pictures Inc. | Distribution Agreement | July 31, 2012 | Open Road Films, LLC | End of Watch |
| 193 | Exploitation Agreements | Pasatiempo Pictures Inc. | Distribution Agreement | December 19, 2012 | Open Road Films, LLC | A Haunted House |
| 194 | Exploitation | Pasatiempo Pictures Inc. | Distribution Agreement | March 5, | Open Road | A Haunted |

| # | Contract Type | Contract Counterparty | Contract Description | Contract Date | Open Road Counterparty | Film Titles (if applicable) |
|---|---|---|---|---|---|---|
| 246 | Exploitation Agreements | Impuls Pictures AG | Notice of Acknowledgement of Assignment | October 19, 2016 | Open Road International, LLC | Show Dogs |
| 247 | Exploitation Agreements | Impuls Pictures AG | Letter Agreement RE: Show Dogs | October 19, 2016 | Open Road International, LLC | Show Dogs |
| 248 | Exploitation Agreements | Krisolta Film & TV (UK) Limited | Master Film License Agreement – SHOW DOGS | March 1, 2018 | Open Road International, LLC | Show Dogs |
| 249 | Exploitation Agreements | Neddy Dean Productions Limited | Show Dogs – Amendment to Transaction Documents | October 3, 2017 | Open Road International, LLC | Show Dogs |
| ~~251~~ | ~~Exploitation Agreements~~ | ~~Roadshow Films Pty Ltd.~~ | ~~Notice of Picture for Qualifying Pictures~~ | ~~October 12, 2016~~ | ~~Open Road International, LLC~~ | ~~Show Dogs~~ |
| ~~252~~ | ~~Exploitation Agreements~~ | ~~Roadshow Films Pty Ltd.~~ | ~~Side Letter to Notice of Picture~~ | ~~August 17, 2017~~ | ~~Open Road International, LLC~~ | ~~Show Dogs~~ |
| ~~253~~ | ~~Exploitation Agreements~~ | ~~Roadshow Films Pty Ltd.~~ | ~~NOA Picture Certificate~~ | ~~October, 2016~~ | ~~Open Road International, LLC~~ | ~~Show Dogs~~ |
| ~~254~~ | ~~Exploitation Agreements~~ | ~~Roadshow Films Pty Ltd.~~ | ~~Notice of Assignment and Distributor's Acceptance~~ | ~~October, 2016~~ | ~~Open Road International, LLC~~ | ~~Show Dogs~~ |
| 255 | Exploitation Agreements | Sony Pictures Worldwide Acquisitions Inc. | Security Agreement and Mortgage of Copyright | December 9, 2016 | Open Road International, LLC | Show Dogs |
| 256 | Exploitation Agreements | Sony Pictures Worldwide Acquisitions Inc. | Picture Certificate | December 9, 2016 | Open Road International, LLC | Show Dogs |
| 257 | Exploitation Agreements | Ster Kinekor Entertainment, a division of Primedia (Pty) Ltd. | Letter Agreement RE: Show Dogs | October 12, 2016 | Open Road International, LLC | Show Dogs |
| 258 | Exploitation Agreements | Ster Kinekor Entertainment, a division of Primedia (Pty) Ltd. | Notice and Acknowledgement of Assignment | October 13, 2016 | Open Road International, LLC | Show Dogs |
| 259 | Exploitation Agreements | Telepool GmbH | Notice of Assignment and Distributor's Acceptance | October, 2016 | Open Road International, | Show Dogs |

| # | Contract Type | Contract Counterparty | Contract Description | Contract Date | Open Road Counterparty | Film Titles (if applicable) |
|---|---|---|---|---|---|---|
| | Agreements | | | 2015 | International, LLC | |
| 346 | Exploitation Agreements | Paramount Pictures Corporation | Amendment #2 | January 26, 2015 | Open Road Films, LLC | Various |
| 347 | Exploitation Agreements | Paramount Pictures Corporation | Amendment #3 | July 21, 2015 | Open Road Films, LLC | Various |
| 348 | Exploitation Agreements | Paramount Pictures Corporation | Amendment #4 | January 1, 2016 | Open Road Films, LLC | Various |
| 349 | Exploitation Agreements | Paramount Pictures Corporation | International Airlines Term Sheet - Amendment #1 | October 20, 2016 | Open Road International, LLC | Various |
| 350 | Exploitation Agreements | Paramount Pictures Corporation | Amendment #5 | April 6, 2017 | Open Road Films, LLC | Various |
| 351 | Exploitation Agreements | Participant Channel, Inc. | License Acquisition Agreement - "End of Watch", "Machete Kills" and "Homefront" | October 10, 2013 | Open Road Films, LLC | Various |
| 352 | Exploitation Agreements | Post Modern Group | Non-Theatrical Distribution Agreement | February 1, 2014 | Open Road Films, LLC | Various |
| 353 | Exploitation Agreements | Redbox Automated Retail, LLC | Video-On-Demand and Electronic Sell-Through License Agreement | July 19, 2018 | Open Road Films, LLC | Various |
| ~~354~~ | ~~Exploitation Agreements~~ | ~~Roadshow Films Pty Ltd.~~ | ~~Output Agreement~~ | ~~January 31, 2015~~ | ~~Open Road International, LLC~~ | ~~Various~~ |
| 355 | Exploitation Agreements | Showtime Networks Inc. | Exclusive Theatrical Output Agreement | August 20, 2013 | Open Road Films, LLC | Various |
| 356 | Exploitation Agreements | Showtime Networks Inc. | Letter Agreement | October 29, 2013 | Open Road Films, LLC | Various |
| 357 | Exploitation Agreements | Showtime Networks Inc. | Letter Agreement | April 11, 2014 | Open Road Films, LLC | Various |
| 358 | Exploitation Agreements | Showtime Networks Inc. | Letter Agreement | April 28, 2014 | Open Road Films, LLC | Various |
| 360 | Exploitation Agreements | Showtime Networks Inc. | Letter Agreement | October 30, 2017 | Open Road Films, LLC | Various |
| 361 | Exploitation Agreements | Showtime Networks Inc. | Letter Agreement | December 1, 2017 | Open Road Films, LLC | Various |
| 362 | Exploitation Agreements | Showtime Networks Inc. | Letter Agreement | April 26, 2018 | Open Road Films, LLC | Various |

| # | Contract Type | Contract Counterparty | Contract Description | Contract Date | Open Road Counterparty | Film Titles (if applicable) |
|---|---|---|---|---|---|---|
| 544 | Music License | Audio Brewery LLC | Combined Synchronization and Master Use License Agreement | June 29, 2016 | Open Road Films, LLC | Bleed for This |
| 545 | Music License | Robert Etoll Productions, Inc. | Combined Synchronization and Master Use License Agreement | June 29, 2016 | Open Road Films, LLC | Bleed for This |
| 546 | Music License | Pusher, LLC | Combined Synchronization and Master Use License Agreement | June 26, 2016 | Open Road Films, LLC | Bleed for This |
| 547 | Music License | J Trax, LLC | Combined Synchronization and Master Use License Agreement | June 29, 2016 | Open Road Films, LLC | Bleed for This |
| 548 | Music License | Massive Noise Machine | Combined Synchronization and Master Use License Agreement | June 29, 2016 | Open Road Films, LLC | Bleed for This |
| 549 | Music License | Crash Pad Music | Combined Synchronization and Master Use License Agreement | June 29, 2016 | Open Road Films, LLC | Bleed for This |
| 550 | Music License | Brand X Music, LLC | Combined Synchronization and Master Use License Agreement | June 29, 2016 | Open Road Films, LLC | Bleed for This |
| 551 | Music License | Universal Music Corp., Songs of Universal, Inc. and Universal Tunes, a Division of Songs of Universal, Inc. | Motion Picture Trailer Synchronization Rights License | August 11, 2016 | Open Road Films, LLC | Bleed for This |
| 552 | Music License | Beggars Group Media Limited | Master Recording License Agreement Film Trailer | July 15, 2016 | Open Road Films, LLC | Bleed for This |
| 553 | Music License | Montage Music | Combined Synchronization and Master Use License Agreement | June 29, 2016 | Open Road Films, LLC | Bleed for This |
| 554 | Music License | Louder Productions LLC | Combined Synchronization and Master Use License Agreement | June 29, 2016 | Open Road Films, LLC | Bleed for This |
| 555 | Music License | West One Music Group Inc. | Combined Synchronization and Master Use License Agreement | June 29, 2016 | Open Road Films, LLC | Bleed for This |
| 556 | Music License | X-IT Music Inc. | Combined Synchronization and Master Use License Agreement | August 31, 2016 | Open Road Films, LLC | Bleed for This |
| 557 | Music License | Hi-Finesse Music and Sound LLC | Combined Synchronization and Master Use License Agreement | June 29, 2016 | Open Road Films, LLC | Bleed for This |
| 558 | Music License | Hi-Finesse Music and Sound LLC | Combined Synchronization and Master Use License Agreement | August 31, 2016 | Open Road Films, LLC | Bleed for This |
| 559 | Music License | EMI Entertainment World, Inc. | Synchronization License Agreement (Film/Trailer) | 8-May-14 | Open Road Films, LLC | Chef |
| 560 | Music License | Codigo Music, LLC | Combined Synchronization and Master Use License Agreement | 21-Mar-14 | Open Road Films, LLC | Chef |
| 561 | Music License | Imagem Music | Agreement | 26-Jun- | Open Road | Chef |

| # | Contract Type | Contract Counterparty | Contract Description | Contract Date | Open Road Counterparty | Film Titles (if applicable) |
|---|---|---|---|---|---|---|
| | | | | 14 | Films, LLC | |
| 562 | Music License | Universal Music Enterprises, a Division of UMG Recordings, Inc. | Master Use License Agreement | 3-Jun-14 | Open Road Films, LLC | Chef |
| 563 | Music License | Universal Music Enterprises, a Division of UMG Recordings, Inc. | Combined Synchronization and Master Use License Agreement | 21-Mar-14 | Open Road Films, LLC | Chef |
| 564 | Music License | GR Entertainment Inc. | Combined Synchronization and Master Use License Agreement | 21-Mar-14 | Open Road Films, LLC | Chef |
| 565 | Music License | The Audio Group | Combined Synchronization and Master Use License Agreement | January 18, 2017 | Open Road Films, LLC | Collide |
| 566 | Music License | Position Music | Master/Synchronization Use License Agreement | January 18, 2017 | Open Road Films, LLC | Collide |
| 567 | Music License | Riptide Music Group, LLC | Non-Exclusive Composition(s) & Master Recording(s) Synchronization License Agreement | February 1, 2016 | Open Road Films, LLC | Collide |
| 568 | Music License | Selectracks, Inc. | Combined Synchronization and Master Use License Agreement | May 20, 2018 | Open Road Films, LLC | Dope |
| 569 | Music License | Montage Music | Combined Synchronization and Master Use License Agreement | May 15, 2015 | Open Road Films, LLC | Dope |
| 570 | Music License | Audiomachine | Combined Synchronization and Master Use License Agreement | May 21, 2015 | Open Road Films, LLC | Dope |
| 571 | Music License | Alibi Music LP | Combined Synchronization and Master Use License Agreement | May 29, 2015 | Open Road Films, LLC | Dope |
| 572 | Music License | DP Music Production, LLC | Combined Synchronization and Master Use License Agreement | May 15, 2015 | Open Road Films, LLC | Dope |
| 573 | Music License | Hi-Finesse Music and Sound LLC | Combined Synchronization and Master Use License Agreement | May 15, 2015 | Open Road Films, LLC | Dope |
| 574 | Music License | Universal Music - Z Tunes LLC | Motion Picture Trailer Synchronization Rights License | June 23, 2015 | Open Road Films, LLC | Dope |
| 575 | Music License | Sony/ATV Music Publishing LLC | Synchronization License Agreement (Film/Trailer) | July 17, 2015 | Open Road Films, LLC | Dope |
| 576 | Music License | Sony Music Entertainment | Letter | May 27, 2015 | Open Road Films, LLC | Dope |
| 577 | Music License | Powerhouse Music Productions, LLC | Combined Synchronization and Master Use License Agreement | May 15, 2015 | Open Road Films, LLC | Dope |

| # | Contract Type | Contract Counterparty | Contract Description | Contract Date | Open Road Counterparty | Film Titles (if applicable) |
|---|---|---|---|---|---|---|
| 2019 | Music License | Sony Music Entertainment | Combined Synchronization and Master Use License Agreement | February 25, 2016 | Open Road Films, LLC | Triple 9 |
| 2020 | Music License | Soul Assassins, Inc. | Combined Synchronization and Master Use License Agreement | October 2, 2015 | Open Road Films, LLC | Triple 9 |
| 2021 | Music License | Sony Music Entertainment | Combined Synchronization and Master Use License Agreement | October 2, 2015 | Open Road Films, LLC | Triple 9 |
| 2022 | Music License | Synchronic LLC | Combined Synchronization and Master Use License Agreement | February 3, 2016 | Open Road Films, LLC | Triple 9 |
| 2023 | Music License | Riptide Music Group, LLC | Non-Exclusive Composition & Master Recording Synchronization License Agreement | November 6, 2015 | Open Road Films, LLC | Triple 9 |
| 2024 | Music License | Alibi Music LP | Combined Synchronization and Master Use License Agreement | October 22, 2015 | Open Road Films, LLC | Triple 9 |
| 2025 | Music License | The Hit House LLC | Combined Synchronization and Master Use License Agreement | January 27, 2016 | Open Road Films, LLC | Triple 9 |
| 2026 | Music License | J Trax LLC | Combined Synchronization and Master Use License Agreement | October 2, 2015 | Open Road Films, LLC | Triple 9 |
| 2027 | Music License | X-It Music Inc. | Combined Synchronization and Master Use License Agreement | October 22, 2015 | Open Road Films, LLC | Triple 9 |
| 2028 | Music License | Imagem Production Music LLC | Combined Synchronization and Master Use License Agreement | October 2, 2015 | Open Road Films, LLC | Triple 9 |
| 2029 | Music License | Alibi Music LP | Combined Synchronization and Master Use License Agreement | February 19, 2016 | Open Road Films, LLC | Triple 9 |
| 2030 | Music License | Massive Noise Machine | Combined Synchronization and Master Use License Agreement | October 22, 2015 | Open Road Films, LLC | Triple 9 |
| 2031 | Music License | Selectracks, Inc. | Combined Synchronization and Master Use License Agreement | November 5, 2015 | Open Road Films, LLC | Triple 9 |
| 2032 | Music License | Montage Music | Combined Synchronization and Master Use License Agreement | October 2, 2015 | Open Road Films, LLC | Triple 9 |
| 2033 | Music License | Pfeifer Broz Music, Inc. | Combined Synchronization and Master Use License Agreement | October 22, 2015 | Open Road Films, LLC | Triple 9 |
| 2034 | Music License | Really Slow Motion Ltd. | Combined Synchronization and Master Use License Agreement | February 17, 2016 | Open Road Films, LLC | Triple 9 |
| 2035 | Interparty Agreement | Smart Ass Productions, LLC<br>Endgame Releasing Funding, LLC,<br>Comerica Bank | Distributor Interparty Agreement | 21-Sep-12 | Open Road Films, LLC | A Haunted House |

| # | Contract Type | Contract Counterparty | Contract Description | Contract Date | Open Road Counterparty | Film Titles (if applicable) |
|---|---|---|---|---|---|---|
| 2036 | Interparty Agreement | Smart Ass Productions, LLC<br>Endgame Releasing Funding, LLC,<br>Comerica Bank | Amended and Restated Distributor Interparty Agreement | 13-May-13 | Open Road Films, LLC | A Haunted House |
| 2037 | Interparty Agreement | Smart Ass Productions, LLC<br>Endgame Releasing Funding, LLC,<br>Comerica Bank | Amendment No.1 to Amended and Restated Distributor Interparty Agreement | 2-Dec-15 | Open Road Films, LLC | A Haunted House |
| 2038 | Mortgage Agreement | Smart Ass Productions, LLC | Copyright Mortgage and Assignment | 21-Aug-12 | Open Road Films, LLC | A Haunted House |
| 2048 | Intercreditor Agreement | Riverstone Pictures (Show Dogs) Limited | Intercreditor Agreement | 3-Nov-16 | Open Road Films, LLC,<br>Open Road International, LLC | Show Dogs |
| 2049 | Intercreditor Agreement | Bank of America, N.A.<br>Riverstone Pictures (Sleepless) Limited | Intercreditor Agreement | 14-Jun-15 | Open Road Films, LLC,<br>Open Road International, LLC | Sleepless |
| 2061 | Interparty Agreement | The Jobs Film LLC<br>Endgame Releasing Funding, LLC,<br>Juelle Entertainment, Inc.<br>Three Point Capital, LLC<br>Comerica Bank<br>ProSight Specialty Management Company, Inc. | Distributor Interparty Agreement | 10-Jun-13 | Open Road Films, LLC | Jobs |
| 2064 | Acquisition Agreement | El Paso Productions, Inc. c/o Stankevich – Gochman, LLP (o/b/o/ Liam Neeson) | Agreement | | Open Road Films, LLC | The Grey |
| 2065 | Acquisition Agreement | SPEGS, LLC (f/s/o Stephanie Meyer) | Agreement | | Open Road Films, LLC | The Grey |
| 2069 | AP Vendors – Music | Universal Music Enterprises | Letter Licensing Agreement dated May 2, 2018 | | Open Road Films, LLC | Show Dogs |
| 2070 | AP Vendors – | Universal Music Corp. | Motion Picture Trailer | May 16, | Open Road | Hotel Artemis |

| # | Contract Type | Contract Counterparty | Contract Description | Contract Date | Open Road Counterparty | Film Titles (if applicable) |
|---|---|---|---|---|---|---|
| | | | Agreement dated January 30, 2017 | | | |
| 2087 | AP Vendors - Music | Sony/ATV Music Publishing, Inc. dba Extreme Group Holdings, LLC | License Agreement dated April 25, 2018 | | Open Road Films, LLC | Show Dogs |
| 2088 | AP Vendors - Music | Sindee Levin | Agreement | | Open Road Films, LLC | Show Dogs |
| 2089 | AP Vendors - Music | Riptide Music, Inc. | Agreement | | Open Road Films, LLC | Show Dogs |
| 2090 | AP Vendors - Music | 5 Alarm Music | Non-Exclusive Synchronization/Master Use License Agreement dated July 26, 2017 | | Open Road Films, LLC | Show Dogs |
| 2091 | AP Vendors - Music | Sencit Music, LLC | Combined Synchronization and Master Use License Agreement dated May 21, 2018 | | Open Road Films, LLC | Hotel Artemis |
| 2264 | AP Vendors – Music | Bank Robber Music, LLC o/b/o Drag City Records | Master Use License Agreement | April 16, 2018 | Open Roade Films, LLC | Hotel Artemis |
| 2265 | Exploitation Agreements | iN DEMAND L.L.C. | License Agreement | October 11, 2018 | Open Road Films, LLC | Various |
| 2266 | Exploitation Agreements | Riverstone Pictures (Show Dogs) Limited | License Agreement | October 10, 2018 | Open Road International, LLC | Show Dogs |
| 2267 | Acquisition Agreements | Fox 2000 | Partial Lien Release Agreement | | | Before I Fall |
| **2268** | **Assumption Agreements** | **International Alliance Of Theatrical Stage Employees** | **No Assumption Agreement** | | **Open Road Films, LLC** | **Fifty Shades Of Black** |
| **2269** | **Assumption Agreements** | **Screen Actors Guild** | **No Assumption Agreement** | | **Open Road Films, LLC** | **All I See Is You** |
| **2270** | **Assumption Agreements** | **Writers Guild of America** | **No Assumption Agreement** | | **Open Road Films, LLC** | **All I See Is You** |
| **2271** | **Assumption Agreements** | **Screen Actors Guild** | **No Assumption Agreement** | | **Open Road Films, LLC** | **Before I Fall** |
| **2272** | **Assumption Agreements** | **Directors Guild of America** | **No Assumption Agreement** | | **Open Road Films, LLC** | **Justin Bieber - Believe** |
| **2276** | **Assumption Agreements** | **International Alliance Of Theatrical Stage Employees** | **No Assumption Agreement** | | **Open Road Films, LLC** | **Chef** |
| **2277** | **Assumption** | **Screen Actors Guild** | **No Assumption Agreement** | | **Open Road** | **Collide** |

| # | Contract Type | Contract Counterparty | Contract Description | Contract Date | Open Road Counterparty | Film Titles (if applicable) |
|---|---|---|---|---|---|---|
| | Agreements | | | | Films, LLC | |
| 2278 | Assumption Agreements | Writers Guild of America | No Assumption Agreement | | Open Road Films, LLC | Collide |
| 2279 | Assumption Agreements | International Alliance Of Theatrical Stage Employees | No Assumption Agreement | | Open Road Films, LLC | Dope |
| 2280 | Assumption Agreements | International Alliance Of Theatrical Stage Employees | No Assumption Agreement | | Open Road Films, LLC | End Of Watch |
| 2281 | Assumption Agreements | Directors Guild of America | No Assumption Agreement | | Open Road Films, LLC | The Fluffy Movie |
| 2282 | Assumption Agreements | International Alliance Of Theatrical Stage Employees | No Assumption Agreement | | Open Road Films, LLC | The Fluffy Movie |
| 2283 | Assumption Agreements | International Alliance Of Theatrical Stage Employees | No Assumption Agreement | | Open Road Films, LLC | The Grey |
| 2284 | Assumption Agreements | Screen Actors Guild | No Assumption Agreement | | Open Road Films, LLC | The Gunman |
| 2285 | Assumption Agreements | Writers Guild of America | No Assumption Agreement | | Open Road Films, LLC | A Haunted House 2 |
| 2286 | Assumption Agreements | International Alliance Of Theatrical Stage Employees | No Assumption Agreement | | Open Road Films, LLC | A Haunted House 2 |
| 2287 | Assumption Agreements | Directors Guild of America | No Assumption Agreement | | Open Road Films, LLC | A Haunted House |
| 2288 | Assumption Agreements | Screen Actors Guild | No Assumption Agreement | | Open Road Films, LLC | A Haunted House |
| 2289 | Assumption Agreements | Writers Guild of America | No Assumption Agreement | | Open Road Films, LLC | A Haunted House |
| 2290 | Assumption Agreements | International Alliance Of Theatrical Stage Employees | No Assumption Agreement | | Open Road Films, LLC | A Haunted House |
| 2291 | Assumption Agreements | Writers Guild of America | No Assumption Agreement | | Open Road Films, LLC | Home Again |
| 2292 | Assumption Agreements | International Alliance Of Theatrical Stage Employees | No Assumption Agreement | | Open Road Films, LLC | Home Again |
| 2293 | Assumption Agreements | Directors Guild of America | No Assumption Agreement | | Open Road Films, LLC | Homefront |
| 2294 | Assumption Agreements | Screen Actors Guild | No Assumption Agreement | | Open Road Films, LLC | Homefront |
| 2295 | Assumption Agreements | Writers Guild of America | No Assumption Agreement | | Open Road Films, LLC | Homefront |

| # | Contract Type | Contract Counterparty | Contract Description | Contract Date | Open Road Counterparty | Film Titles (if applicable) |
|---|---|---|---|---|---|---|
| 2296 | Assumption Agreements | International Alliance Of Theatrical Stage Employees | No Assumption Agreement | | Open Road Films, LLC | Homefront |
| 2297 | Assumption Agreements | Directors Guild of America | No Assumption Agreement | | Open Road Films, LLC | The Host |
| 2298 | Assumption Agreements | Screen Actors Guild | No Assumption Agreement | | Open Road Films, LLC | The Host |
| 2299 | Assumption Agreements | Writers Guild of America | No Assumption Agreement | | Open Road Films, LLC | The Host |
| 2300 | Assumption Agreements | International Alliance Of Theatrical Stage Employees | No Assumption Agreement | | Open Road Films, LLC | The Host |
| 2301 | Assumption Agreements | Media Entertainment And Arts Alliance | No Assumption Agreement | | Open Road Films, LLC | Killer Elite |
| 2302 | Assumption Agreements | Directors Guild of America | No Assumption Agreement | | Open Road Films, LLC | Little Boy |
| 2303 | Assumption Agreements | Writers Guild of America | No Assumption Agreement | | Open Road Films, LLC | Little Boy |
| 2304 | Assumption Agreements | Writers Guild of America | No Assumption Agreement | | Open Road Films, LLC | The Loft |
| 2305 | Assumption Agreements | International Alliance Of Theatrical Stage Employees | No Assumption Agreement | | Open Road Films, LLC | The Loft |
| 2306 | Assumption Agreements | American Federation of Musicians & Film Musicians Secondary Markets Fund & Film Musicians Secondary Markets Fund | Payroll CompanyAssumption Agreement | | Open Road Films, LLC | Machete Kills |
| 2307 | Assumption Agreements | International Alliance Of Theatrical Stage Employees | No Assumption Agreement | | Open Road Films, LLC | Machete Kills |
| 2308 | Assumption Agreements | International Alliance Of Theatrical Stage Employees | No Assumption Agreement | | Open Road Films, LLC | Marshall |
| 2309 | Assumption Agreements | Directors Guild of America | No Assumption Agreement | | Open Road Films, LLC | Max Steel |
| 2310 | Assumption Agreements | International Alliance Of Theatrical Stage Employees | No Assumption Agreement | | Open Road Films, LLC | Max Steel |
| 2311 | Assumption Agreements | Directors Guild of America | No Assumption Agreement | | Open Road Films, LLC | Midnight Sun |
| 2312 | Assumption Agreements | Screen Actors Guild | Distributor's Assumption Agreement Theatrical | 11-Oct-16 | Open Road Films, LLC | Midnight Sun |

| # | Contract Type | Contract Counterparty | Contract Description | Contract Date | Open Road Counterparty | Film Titles (if applicable) |
|---|---|---|---|---|---|---|
| 2313 | Assumption Agreements | Writers Guild of America | Distributor's Assumption Agreement | 11-Oct-16 | Open Road Films, LLC | Midnight Sun |
| 2314 | Assumption Agreements | International Alliance Of Theatrical Stage Employees | No Assumption Agreement | | Open Road Films, LLC | Midnight Sun |
| 2315 | Assumption Agreements | Writers Guild of America | No Assumption Agreement | | Open Road Films, LLC | Mother's Day |
| 2316 | Assumption Agreements | International Alliance Of Theatrical Stage Employees | No Assumption Agreement | | Open Road Films, LLC | Mother's Day |
| 2317 | Assumption Agreements | Screen Actors Guild | No Assumption Agreement | | Open Road Films, LLC | Nightcrawler |
| 2318 | Assumption Agreements | Writers Guild of America | No Assumption Agreement | | Open Road Films, LLC | Nightcrawler |
| 2319 | Assumption Agreements | International Alliance Of Theatrical Stage Employees | No Assumption Agreement | | Open Road Films, LLC | Nightcrawler |
| 2320 | Assumption Agreements | International Alliance Of Theatrical Stage Employees | No Assumption Agreement | | Open Road Films, LLC | The Promise |
| 2321 | Assumption Agreements | International Alliance Of Theatrical Stage Employees | No Assumption Agreement | | Open Road Films, LLC | Rock The Kasbah |
| 2322 | Assumption Agreements | Writers Guild of America | No Assumption Agreement | | Open Road Films, LLC | Sabotage |
| 2323 | Assumption Agreements | International Alliance Of Theatrical Stage Employees | No Assumption Agreement | | Open Road Films, LLC | Sabotage |
| 2324 | Assumption Agreements | International Alliance Of Theatrical Stage Employees | No Assumption Agreement | | Open Road Films, LLC | Show Dogs |
| 2325 | Assumption Agreements | Writers Guild of America | No Assumption Agreement | | Open Road Films, LLC | Side Effects |
| 2326 | Assumption Agreements | International Alliance Of Theatrical Stage Employees | No Assumption Agreement | | Open Road Films, LLC | Side Effects |
| 2327 | Assumption Agreements | Screen Actors Guild | No Assumption Agreement | | Open Road Films, LLC | Silent Hill |
| 2328 | Assumption Agreements | Alliance of Canadian Cinema, Television and Radio Artists | No Assumption Agreement | | Open Road Films, LLC | Silent Hill |
| 2329 | Assumption Agreements | Writers Guild of America | No Assumption Agreement | | Open Road Films, LLC | Sleepless |
| 2330 | Assumption Agreements | International Alliance Of Theatrical Stage Employees | No Assumption Agreement | | Open Road Films, LLC | Sleepless |
| 2331 | Assumption | Screen Actors Guild | No Assumption Agreement | | Open Road | Snowden |

| # | Contract Type | Contract Counterparty | Contract Description | Contract Date | Open Road Counterparty | Film Titles (if applicable) |
|---|---|---|---|---|---|---|
| | Agreements | | | | Films, LLC | |
| 2332 | Assumption Agreements | International Alliance Of Theatrical Stage Employees | No Assumption Agreement | | Open Road Films, LLC | Spotlight |
| 2333 | Assumption Agreements | International Alliance Of Theatrical Stage Employees | No Assumption Agreement | | Open Road Films, LLC | Triple Nine |
| 2354 | Interparty Agreement | Happy Pill Distribution, LLC, Endgame Releasing Funding, LLC and Film Finances, Inc. | Distributor Interparty Agreement | 19-Jun-12 | Open Road Films, LLC | Side Effects |
| 2355 | Interparty Agreement | Rpsd2, The Welsh Ministers, Pinewood Film Advisors (W) Ltd, Riverstone Solutions 2 Limited, Riverstone Pictures (Show Dogs) Limited, Neddy Dean Productions Limited, Ndp (Show Dogs) Limited, Filmnation International, LLC, Film Finances Inc., City National Bank, N.A | Interparty Agreement Relating To The Film Provisionally Entitled "Show Dogs" | 3-Nov-18 | Open Road Films, LLC, <br><br> Open Road International, LLC | Show Dogs |
| 2356 | Acquisition Agreement | Nu Image, Inc obo Homefront Productions, Inc. <br><br> Endgame Releasing Company, LLC | Amendment to Acquisition Agreement | 03-Sept-2014 | Open Road Films, LLC | Homefront |