# **EXHIBIT E**

Schedule of Extended Contracts

| # | Contract Type | Contract Counterparty | Contract Description | Contract Date | Open Road Counterparty | Film Titles (if applicable) |
|---|---|---|---|---|---|---|
| 2039 | Acquisition Agreement | Endgame Releasing Company, LLC | Prints and Advertising Financing and Revenue Participation Agreement | 15-Jan-14 | Open Road Films, LLC | A Haunted House 2 |
| 2040 | Acquisition Agreement | Endgame Releasing Company, LLC | Amendment to Agreement | 15-Jan-14 | Open Road Films, LLC | A Haunted House 2 |
| 2041 | Mortgage Agreement | Endgame Releasing Company, LLC | Copyright Mortgage and Assignment | 15-Apr-14 | Open Road Films, LLC | A Haunted House 2 |
| 2042 | Intercreditor Agreement | Endgame Releasing Company, LLC, Bank of America, N.A. | Intercreditor Agreement | 10-Apr-14 | Open Road Films, LLC | A Haunted House 2 |
| 2043 | Acquisition Agreement | Endgame Releasing Company, LLC | Prints and Advertising Financing and Revenue Participation Agreement | 27-Aug-13 | Open Road Films, LLC | Homefront |
| 2044 | Acquisition Agreement | Endgame Releasing Company, LLC | Letter Agreement | 3-Sep-14 | Open Road Films, LLC | Homefront |
| 2045 | Mortgage Agreement | Endgame Releasing Company, LLC | Copyright Mortgage and Assignment | 22-Oct-13 | Open Road Films, LLC | Homefront |
| 2046 | Acquisition Agreement | Endgame Releasing Company, LLC | Side Letter to Prints and Advertising Financing and Revenue Participation Agreement | 17-Oct-13 | Open Road Films, LLC | Homefront |
| 2047 | Acquisition Agreement | Endgame Releasing Company, LLC | Side Letter to Short-Form Distribution Rights License Agreement | October_, 2013 | Open Road Films, LLC | Homefront |
| 2050 | Acquisition Agreement | Endgame Releasing Company, LLC | Amendment #1 to Agreement | 1-Feb-16 | Open Road Films, LLC | Snowden |
| 2051 | Intercreditor Agreement | Endgame Releasing Company, LLC, Bank of America, N.A. | Intercreditor Agreement | 17-Dec-15 | Open Road Films, LLC | Snowden |
| 2052 | Acquisition Agreement | Endgame Releasing Company, LLC | Prints and Advertising Financing and Revenue Participation Agreement | 29-Jan-15 | Open Road Films, LLC | The Gunman |
| 2053 | Acquisition Agreement | Endgame Releasing Company, LLC | Letter Agreement | 10-Mar-15 | Open Road Films, LLC | The Gunman |
| 2054 | Intercreditor Agreement | Endgame Releasing Company, LLC, Bank of America, N.A. | Intercreditor Agreement | 10-Mar-15 | Open Road Films, LLC | The Gunman |
| 2056 | Mortgage Agreement | Endgame Releasing Company, LLC | Copyright Mortgage and Assignment | 16-Dec-13 | Open Road Films, LLC | The Nut Job |
| 2057 | Intercreditor Agreement | Endgame Releasing Company, LLC, Bank of America, N.A. | Intercreditor Agreement | 17-Dec-13 | Open Road Films, LLC | The Nut Job |
| 2058 | Acquisition Agreement | Endgame Releasing Delivery Achnowledgment Letter | Letter Agreement | 2013 | Open Road Films, LLC | The Nut Job |
| 2059 | Acquisition Agreement | Endgame Releasing Delivery Achnowledgment Letter | Prints and Advertising Financing and Revenue Participation Agreement | 28-Oct-13 | Open Road Films, LLC | The Nut Job |
| 2060 | Intercreditor Agreement | Redrover Co., Ltd. Endgame Releasing Company, LLC | Intercreditor Agreement | 17-Dec-13 | Open Road Films, LLC | The Nut Job |
| 2062 | Acquisition Agreement | Endgame Releasing Company, LLC | Amendment #2 to Agreement | 12-Sep-16 | Open Road Films, LLC | Snowden |
| 2063 | Acquisition Agreement | Endgame Releasing Company, LLC, Bank of America, N.A. | Amended and Restated Financing and Revenue Participation Agreement | 17-Dec-15 | Open Road Films, LLC | Snowden |

| # | Contract Type | Contract Counterparty | Contract Description | Contract Date | Open Road Counterparty | Film Titles (if applicable) |
|---|---|---|---|---|---|---|
| 71 | Acquisition Agreements | Loft International NV | Distribution Rights Acquisition and Financing Agreement | 14-Aug-14 | Open Road Films, LLC | The Loft |
| 72 | Acquisition Agreements | Loft International NV | Amendment #1 to Agreement | 31-Oct-14 | Open Road Films, LLC | The Loft |
| 73 | Acquisition Agreements | Loft International NV | Amendment #2 to Agreement | 16-Dec-14 | Open Road Films, LLC | The Loft |
| 159 | Assumption Agreements | Directors Guild of America | Theatrical Distributor's Assumption Agreement | 16-Jan-15 | Open Road Films, LLC | The Loft |
| 160 | Assumption Agreements | Screen Actors Guild | Distributor's Assumption Agreement Theatrical | 14-Jan-15 | Open Road Films, LLC | The Loft |
| 303 | Exploitation Agreements | Pasatiempo Pictures Inc. | Distribution Agreement | 10-Dec-14 | Open Road Films, LLC | The Loft |
| 1905 | Music License | Redcola LLC | Combined Synchronization and Master Use License Agreement | 19-Dec-14 | Open Road Films, LLC | The Loft |
| 1906 | Music License | Sencit Music, LLC | Combined Synchronization and Master Use License Agreement | 13-Jan-15 | Open Road Films, LLC | The Loft |
| 1907 | Music License | Sencit Music, LLC | Combined Synchronization and Master Use License Agreement | 19-Dec-14 | Open Road Films, LLC | The Loft |
| 1908 | Music License | Audiomachine | Combined Synchronization and Master Use License Agreement | 25-Nov-14 | Open Road Films, LLC | The Loft |
| 1909 | Music License | Montage Music | Combined Synchronization and Master Use License Agreement | 19-Dec-14 | Open Road Films, LLC | The Loft |
| 1910 | Music License | Alibi Music, LP | Combined Synchronization and Master Use License Agreement | 25-Nov-14 | Open Road Films, LLC | The Loft |
| 1911 | Music License | Audiomachine | Combined Synchronization and Master Use License Agreement | 19-Dec-14 | Open Road Films, LLC | The Loft |
| 1912 | Music License | Position Music, Inc. | Master/Synchronization Use License Agreement | 4-Jan-15 | Open Road Films, LLC | The Loft |
| 1913 | Music License | Audiomachine | Combined Synchronization and Master Use License Agreement | 5-Jan-15 | Open Road Films, LLC | The Loft |
| 1914 | Music License | Robert Etoll Productions, Inc. | Combined Synchronization and Master Use License Agreement | 12-Jan-15 | Open Road Films, LLC | The Loft |
| 1915 | Music License | Phantom Power, LLC | Combined Synchronization and Master Use License Agreement | 19-Dec-14 | Open Road Films, LLC | The Loft |
| 1916 | Music License | Position Music, Inc. | Master/Synchronization Use License Agreement | 20-Jan-15 | Open Road Films, LLC | The Loft |
| 1917 | Music License | Immediate Music LLC | Combined Synchronization and Master Use License Agreement | 19-Dec-14 | Open Road Films, LLC | The Loft |
| 1918 | Music License | Phantom Power, LLC | Combined Synchronization and Master Use License Agreement | 20-Jan-15 | Open Road Films, LLC | The Loft |
| 1919 | Music License | Moss Landing | Combined Synchronization and Master Use License Agreement | 5-Jan-15 | Open Road Films, LLC | The Loft |
| 1920 | Music License | Montage Music | Combined Synchronization and Master Use License Agreement | 25-Nov-14 | Open Road Films, LLC | The Loft |
| 1921 | Music License | Pitch Hammer Music, LLC | Combined Synchronization and Master Use License Agreement | 13-Jan-15 | Open Road Films, LLC | The Loft |
| 1922 | Music License | Synchronic LLC | Combined Synchronization and Master Use License Agreement | 19-Dec-14 | Open Road Films, LLC | The Loft |
| 1923 | Music License | Robert Etoll Productions, Inc. | Combined Synchronization and Master Use License Agreement | 19-Dec-14 | Open Road Films, LLC | The Loft |
| 1924 | Music License | Massive Noise Machine | Combined Synchronization and Master Use License Agreement | 22-Jan-15 | Open Road Films, LLC | The Loft |
| 1925 | Music License | Pfeifer Broz Music, Inc. | Combined Synchronization and Master Use License Agreement | 25-Nov-14 | Open Road Films, LLC | The Loft |
| 1926 | Music License | Audiomachine | Combined Synchronization and Master Use License Agreement | 19-Dec-14 | Open Road Films, LLC | The Loft |
| 1927 | Music License | Audiomachine | Combined Synchronization and Master Use License Agreement | 20-Jan-15 | Open Road Films, LLC | The Loft |
| 1928 | Music License | Hi-Finesse Music and Sound LLC | Combined Synchronization and Master Use License Agreement | 19-Dec-14 | Open Road Films, LLC | The Loft |
| 1929 | Music License | Audiowithin LLC | Combined Synchronization and Master Use License Agreement | 13-Jan-15 | Open Road Films, LLC | The Loft |
| 1930 | Music License | Robert Etoll Productions, Inc. | Combined Synchronization and Master Use License Agreement | 13-Jan-15 | Open Road Films, LLC | The Loft |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1931 | Music License | Phantom Power, LLC | Combined Synchronization and Master Use License Agreement | 13-Jan-15 | Open Road Films, LLC | The Loft |
| 1932 | Music License | Massive Noise Machine | Combined Synchronization and Master Use License Agreement | 25-Nov-14 | Open Road Films, LLC | The Loft |
| 1933 | Music License | Audiomachine | Combined Synchronization and Master Use License Agreement | 13-Jan-15 | Open Road Films, LLC | The Loft |
| 1934 | Music License | Brand X Music, LLC | Combined Synchronization and Master Use License Agreement | 25-Nov-14 | Open Road Films, LLC | The Loft |
| 1935 | Music License | Synchronic LLC | Combined Synchronization and Master Use License Agreement | 22-Jan-15 | Open Road Films, LLC | The Loft |
| 1936 | Music License | Hi-Finesse Music and Sound LLC | Combined Synchronization and Master Use License Agreement | 26-Jan-15 | Open Road Films, LLC | The Loft |
| 1937 | Music License | Sencit Music, LLC | Combined Synchronization and Master Use License Agreement | 20-Jan-15 | Open Road Films, LLC | The Loft |
| 1938 | Music License | Juan Howard Music/Jonathan Howard | Combined Synchronization and Master Use License Agreement | 19-Dec-14 | Open Road Films, LLC | The Loft |
| 1939 | Music License | Alibi Music, LP | Combined Synchronization and Master Use License Agreement | 22-Jan-15 | Open Road Films, LLC | The Loft |
| 1940 | Music License | Massive Noise Machine | Combined Synchronization and Master Use License Agreement | 22-Jan-15 | Open Road Films, LLC | The Loft |
| 1941 | Music License | Playa Publishing, LLC | Combined Synchronization and Master Use License Agreement | 5-Jan-15 | Open Road Films, LLC | The Loft |
| 1942 | Music License | Brand X Music, LLC | Combined Synchronization and Master Use License Agreement | 19-Dec-14 | Open Road Films, LLC | The Loft |
| 1943 | Music License | Music Beyond LLC | Combined Synchronization and Master Use License Agreement | 19-Dec-14 | Open Road Films, LLC | The Loft |
| 1944 | Music License | Hi-Finesse Music and Sound LLC | Combined Synchronization and Master Use License Agreement | 19-Dec-14 | Open Road Films, LLC | The Loft |
| 1945 | Music License | FirstCom Music, a unit of Universal Musix - Z Tunes LLC | Short Form Master Recording and Synchronization License | 1-May-15 | Open Road Films, LLC | The Loft |
| 1946 | Music License | Lyric House, LLC | Combined Synchronization and Master Use License Agreement | 25-Nov-14 | Open Road Films, LLC | The Loft |
| 1947 | Music License | Sencit Music, LLC | Combined Synchronization and Master Use License Agreement | 19-Dec-14 | Open Road Films, LLC | The Loft |
| 1948 | Music License | Redcola LLC | Combined Synchronization and Master Use License Agreement | 19-Dec-14 | Open Road Films, LLC | The Loft |
| 1949 | Music License | Brand X Music, LLC | Combined Synchronization and Master Use License Agreement | 16-Jan-15 | Open Road Films, LLC | The Loft |
| 1950 | Music License | Revolution 9 Inc. | Combined Synchronization and Master Use License Agreement | 19-Dec-14 | Open Road Films, LLC | The Loft |
| 1951 | Music License | Phantom Power LLC | Combined Synchronization and Master Use License Agreement | 25-Nov-14 | Open Road Films, LLC | The Loft |
| 1952 | Music License | Winco Global Music | Combined Synchronization and Master Use License Agreement | 20-Jan-15 | Open Road Films, LLC | The Loft |
| 1953 | Music License | Phantom Power, LLC | Combined Synchronization and Master Use License Agreement | 27-Jan-15 | Open Road Films, LLC | The Loft |
| 1954 | Music License | Warner/Chappell Production Music, Inc. o/b/o Warner/Chappell Music, Inc.* | Synchronization License | 21-Jan-15 | Open Road Films, LLC | The Loft |
| 1955 | Music License | DP Music Production, LLC | Combined Synchronization and Master Use License Agreement | 13-Jan-15 | Open Road Films, LLC | The Loft |
| 1956 | Music License | Confidential Music, Inc. | Combined Synchronization and Master Use License Agreement | 19-Dec-14 | Open Road Films, LLC | The Loft |
| 1957 | Music License | Music Beyond LLC | Combined Synchronization and Master Use License Agreement | 13-Jan-15 | Open Road Films, LLC | The Loft |
| 1958 | Music License | Soundscapes Publishing, Inc. | Combined Synchronization and Master Use License Agreement | 25-Nov-14 | Open Road Films, LLC | The Loft |
| 1959 | Music License | Music Beyond LLC | Combined Synchronization and Master Use License Agreement | 25-Nov-14 | Open Road Films, LLC | The Loft |
| 1960 | Music License | Moss Landing | Combined Synchronization and Master Use License Agreement | 13-Jan-15 | Open Road Films, LLC | The Loft |
| 1961 | Music License | Make It Rain, LLC d/b/a Ninja Tracks | Master Use & Synchronization License | 10-Jan-15 | Open Road Films, LLC | The Loft |
| 1962 | Music License | Hi-Finesse Music and Sound LLC | Combined Synchronization and Master Use License Agreement | 25-Nov-14 | Open Road Films, LLC | The Loft |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1963 | Music License | Sencit Music, LLC | Combined Synchronization and Master Use License Agreement | | 2-Jan-15 | Open Road Films, LLC | The Loft |
| 1964 | Music License | X-Ray Dog Music, Inc.* | Synchronization and Master Use License | | 19-Dec-14 | Open Road Films, LLC | The Loft |
| 1965 | Music License | Razor & Tie Direct, LLC | Master Use License | | 16-Dec-14 | Open Road Films, LLC | The Loft |
| 1966 | Music License | Wama, Inc. o/b/o Big Yellow Dog, LLC | Master Use License | | 17-Dec-14 | Open Road Films, LLC | The Loft |
| 1967 | Music License | Razor & Tie Publishing, LLC d/b/a Songs of Razor & Tie (ASCAP) | Synchronization License | | 16-Dec-14 | Open Road Films, LLC | The Loft |
| 1968 | Music License | Wama, Inc. o/b/o International Dog Music | Synchronization License - All Media | | 17-Dec-14 | Open Road Films, LLC | The Loft |
| 1969 | Music License | Pusher LLC | Combined Synchronization and Master Use License Agreement | | 26-Jan-15 | Open Road Films, LLC | The Loft |
| 1970 | Music License | Non-Stop Music Library, LC | Synchronization and Master Recording License | | 5-Jan-15 | Open Road Films, LLC | The Loft |
| 1971 | Music License | Selectracks, Inc. | Combined Synchronization and Master Use License Agreement | | 13-Jan-15 | Open Road Films, LLC | The Loft |
| 1972 | Music License | Phantom Power, LLC | Combined Synchronization and Master Use License Agreement | | 19-Dec-14 | Open Road Films, LLC | The Loft |
| 1973 | Music License | Alibi Music, LP | Combined Synchronization and Master Use License Agreement | | 5-Jan-15 | Open Road Films, LLC | The Loft |
| 1974 | Music License | X-It Music Inc. | Combined Synchronization and Master Use License Agreement | | 15-Nov-14 | Open Road Films, LLC | The Loft |
| 1975 | Music License | Distortion Partnership LLC | Combined Synchronization and Master Use License Agreement | | 25-Nov-14 | Open Road Films, LLC | The Loft |
| 1976 | Music License | Methodic Doubt Music, LLC | Combined Synchronization and Master Use License Agreement | | 12-Dec-14 | Open Road Films, LLC | The Loft |