# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

In Re: Open Road Films, LLC, et. al. Debtor

Case No.: 18-12012 (LSS) (Jointly Administered)
Reporting Period: November 1, 2018 to November 30, 2018

## MONTHLY OPERATING REPORT

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached | Affidavit/ Supplement Attached |
|---|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | Yes | | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1A | Yes | | |
| Schedule of Professional Fees Paid | MOR-1B | Yes | | |
| Copies of bank statements | | No | | |
| Cash disbursements journals | | No | | |
| Statement of Operations | MOR-2 | Yes | | |
| Balance Sheet | MOR-3 | Yes | | |
| Status of Post-petition Taxes | MOR-4 | Yes | | |
| Copies of IRS Form 6123 or payment receipt | | No | | |
| Copies of tax returns filed during reporting period | | No | | |
| Summary of Unpaid Post-petition Debts | MOR-4 | Yes | | |
| Listing of aged accounts payable | MOR-4 | No | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | Yes | | |
| Debtor Questionnaire | MOR-5 | Yes | | |

Global Notes:
This Monthly Operating Report ("MOR") has been prepared solely for the purpose of complying with the monthly reporting requirements applicable in this bankruptcy case. The financial information contained herein is unaudited, limited in scope and as discussed below, not prepared in accordance with accounting principles generally accepted in the United States of America ("US GAAP").

The results of operations contained herein are not necessarily indicative of the results which may be expected from any other period or for the full year and may not necessarily reflect the results of operations, financial position and schedule of receipts and disbursements in the future. The amounts in MOR-3 currently classified as liabilities subject to compromise may be subject to future change as the Debtor completes their analysis of pre and post-petition liabilities. The Debtor cautions readers not to place undue reliance upon the MOR. There can be no assurance that such information is complete and the MOR may be subject to revision.

The Debtors filed bankruptcy on Thursday September 6, 2018.

Note that the Debtors expect to close the sale of the majority of their assets in December 2018, which will result in substantial changes to their balance sheets.

**I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.**

Signature of Debtor _____ Date _____

Signature of Joint Debtor _____ Date _____

Signature of Authorized Individual* _____/s/_____ Date 12/20/18

Printed Name of Authorized Individual: Amir Agam

Title of Authorized Individual: Chief Restructuring Officer

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

Case No.: 18-12012 (LSS) (Jointly Administered)
Reporting Period: November 1, 2018 to November 30, 2018
Cumulative Period: September 6, 2018 to November 30, 2018

## MOR-1: CONSOLIDATING SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

| | Case No. Debtor | | 18-12012 Open Road Films, LLC | 18-12013 Open Road Releasing, LLC | 18-12014 OR Productions LLC | 18-12015 Briarcliff LLC | 18-12016 Open Road International LLC | 18-12017 Empire Productions LLC | MONTH TOTAL | CUMULATIVE FILING TO DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| **Total Receipts** | [1] | $ | 3,248,507 | $ - | $ - | $ - | $ - | $ - | $ 3,248,507 | $ 10,290,262 |
| Total Distribution Outflows | [1] | | (186,208) | - | - | - | - | - | (186,208) | (496,679) |
| Minimum Guarantees | | | - | - | - | - | - | - | - | - |
| Total Participation Outflows | | | (122,075) | - | - | - | - | - | (122,075) | (122,075) |
| Total Personnel & Other Operating Outflows | [2] | | (470,471) | - | - | - | - | - | (470,471) | (1,411,568) |
| *Net Inflows/(Outflows) from Operations* | | $ | 2,469,752 | $ - | $ - | $ - | $ - | $ - | $ 2,469,752 | $ 8,259,940 |
| Total Banking Outflows | | | (1,496,067) | - | - | - | - | - | (1,496,067) | (2,688,854) |
| Net Credit Facility Inflows/(Outflows) | | | - | - | - | - | - | - | - | - |
| Total Restructuring Outflows | | | (1,954,732) | - | - | - | - | - | (1,954,732) | (2,326,217) |
| *Net Inflows/(Outflows)* | | $ | (981,047) | $ - | $ - | $ - | $ - | $ - | $ (981,047) | $ 3,244,870 |
| **Opening Available Cash Balance** | | $ | 7,205,681 | $ 25,000 | $ 243,018 | $ - | $ - | $ - | $ 7,473,699 | $ 3,242,257 |
| *Ending Available Cash Balance* | [3] | $ | 6,224,634 | $ 25,000 | $ 243,018 | $ - | $ - | $ - | $ 6,492,652 | $ 6,487,127 |
| **Ending Restricted Cash Balance** | [3] | $ | 819,013 | $ - | $ - | $ - | $ - | $ - | $ 819,013 | $ 819,013 |
| *Total Disbursements (from Above)* | | $ | (4,229,553) | $ - | $ - | $ - | $ - | $ - | $ (4,229,553) | $ (7,045,392) |
| Less: Transfers between Debtors | | | - | - | - | - | - | - | - | - |
| Add: Third-Party Disbursements fbo Debtors | | | - | - | - | - | - | - | - | - |
| *Total Disbursements (for UST Fees)* | | $ | (4,229,553) | $ - | $ - | $ - | $ - | $ - | $ (4,229,553) | $ (7,045,392) |

[1] Total Receipts are shown on a gross basis.
[2] Total Personnel & Other Operating Outflows includes $403,386 transferred to non-Debtor affiliate Global Road Entertainment ("GRE") to fund ORF's payroll and portion of payroll for Shared Employees (partially offset by $113,000 of payroll funded by a production counterparty). No additional payments to non-Debtor affiliates were made during the reporting period.
[3] Ending Available Cash Balance represents cash available to the Debtor as of the end of the Reporting Period. Available Cash variance from bank balances (shown on MOR-1A) relate to restricted cash held in XXXXXX7030 ($6,930) and float ($23,079).

In Re:   Open Road Films, LLC, et. al. Debtor  
Case No.: 18-12012 (LSS) (Jointly Administered)  
Reporting Period: November 1, 2018 to November 30, 2018

## MOR 1A: BANK RECONCILIATION

| BANK NAME | ACCOUNT DESCRIPTION | ACCOUNT NUMBER | ENDING BALANCE [1] |
|---|---|---|---:|
| Bank of America | Collection Account (Open Road Main) | XXXXXX7030 | $ 6,197,708 |
| Bank of America | Sweep Account (Not In Use) | XXXXXX9652 | $ - |
| Bank of America | Disbursement Account | XXXXXX5975 | $ 56,934 |
| Bank of America | Open Road Productions Collection Account | XXXXXX1547 | $ 243,018 |
| Bank of America | Open Road International Collection Account (Show Dogs International) | XXXXXX1180 | $ - |
| Bank of America | Open Road International Collection Account (A.X.L. International) - [2] | XXXXXX1185 | $ - |
| Bank of America | Open Road Films Collection Account (A.X.L. Domestic) - [2] | XXXXXX5985 | $ 173 |
| Bank of America | Service Deal P&A Account - [2] | XXXXXX6710 | $ 102,870 |
| Bank of America | Service Deal P&A Account - [2] | XXXXXX3833 | $ 138,036 |
| Bank of America | Service Deal P&A Account | XXXXXX9701 | $ - |
| Bank of America | Service Deal P&A Account - [2] | XXXXXX9017 | $ 400,206 |
| Bank of America | Service Deal P&A Account - [2] | XXXXXX6056 | $ 23,562 |
| Bank of America | Service Deal P&A Account | XXXXXX0888 | $ - |
| Bank of America | Service Deal P&A Account - [2] | XXXXXX0179 | $ 147,237 |
| Bank of America | Not In Use | XXXXXX7035 | $ - |
| Bank of America | OR Releasing Operating Account | XXXXXX7073 | $ 25,000 |
| OneWest Bank (CIT) | Not In Use | XXXXXX0445 | $ - |

[1] Amounts presented in this schedule are the bank balances as of the end of the Reporting Period. The Debtors have completed bank reconciliations for the activity of the Reporting Period.

[2] Indicates a Restricted Cash Account. Some or all of the amounts in these accounts may be the property of a non-Debtor third party.

## MOR 1B: SCHEDULE OF PROFESSIONAL FEES AND EXPENSES PAID [1,2]

| Payee | Period Covered | Amount Approved | Payer | Payment Wire | Payment Date(s) | Amount Paid Fees | Amount Paid Expenses | Case-to-date Fees | Case-to-date Expenses |
|---|---|---|---|---|---|---|---|---|---|
| FTI Consulting, Inc. | 9/24/18 - 11/4/18 | $1,273,748.59 | Open Road Films, LLC | X | 11/7/18; 11/16/18 | $ 1,246,551.50 | $ 27,197.09 | $ 1,606,581.50 | $ 35,976.56 |
| Klee, Tuchin, Bogdanoff & Stern, LLP | 9/6/18-9/30/18 | $281,718.53 | Open Road Films, LLC | X | 11/14/18 | $ 270,773.20 | $ 10,945.33 | $ 270,773.20 | $ 10,945.33 |
| Young Conaway Stargatt & Taylor, LLP | 9/6/18-10/31/18 | $157,450.47 | Open Road Films, LLC | X | 11/4/18; 11/30/18 | $ 149,718.00 | $ 7,732.47 | $ 149,718.00 | $ 7,732.47 |
| Donlin, Recano & Company, Inc. | 9/6/18-10/31/18 | $107,360.19 | Open Road Films, LLC | X | 11/30/18 | $ 84,990.79 | $ 22,369.40 | $ 84,990.79 | $ 22,369.40 |
| Paul Hastings LLP | No Payments in Period | | | | | | | | |
| Berkeley Research Group, LLC | No Payments in Period | | | | | | | | |
| Pachulski Stang Ziehl & Jones LLP | 9/14/18-9/30/18 | $91,535.61 | Open Road Films, LLC | X | 11/30/18 | $ 91,043.60 | $ 492.01 | $ 91,043.60 | $ 492.01 |
| Dundon Advisers LLC | No Payments in Period | | | | | | | | |
| Bush Gottlieb, A Law Corporation | 8/1/18-9/30/18 | $49,795.13 | Open Road Films, LLC | X | 11/30/18 | $ 46,147.50 | $ 3,647.63 | $ 46,147.50 | $ 3,647.63 |

[1] Note: The following professionals are holding retainers:
    A) FTI Consulting, Inc.:    $94,867.37
    B) Klee Tuchin, Bogdanoff & Stern, LLP:    $253,047.92
    C) Young Conaway Stargatt & Taylor, LLP: $77,206.50
    D) Donlin, Recano & Company, Inc.:    $50,000.00

[2] The difference between Restructuring Outflows on MOR-1 and Professional Fees and Expenses paid in MOR-1A relates to the following: $19,537 Donlin Recano fees and expenses credited against retainer balance; $5,200 U.S. Trustee Fees; and $7,460 employee termination costs.

## MOR 2: STATEMENT OF OPERATIONS [1]

| Case No. Debtor | 18-12012 Open Road Films, LLC | 18-12013 Open Road Releasing, LLC | 18-12014 OR Productions LLC | 18-12015 Briarcliff LLC | 18-12016 Open Road International LLC | 18-12017 Empire Productions LLC | Consolidation | MONTH TOTAL | CUMULATIVE FILING TO DATE |
|---|---|---|---|---|---|---|---|---|---|
| **REVENUES** | | | | | | | | | |
| Operating Revenue | $ 6,554,965 | $ - | $ - | $ - | $ - | $ - | $ - | $ 6,554,965 | $ 12,676,901 |
| **OPERATING EXPENSE** | | | | | | | | | |
| Cost of Revenue | (3,326,189) | - | - | - | - | - | - | (3,326,189) | (8,904,597) |
| Selling, General and Administrative Expense | (137,150) | - | - | - | - | - | - | (137,150) | (418,994) |
| Payroll and Benefits Expense | (390,838) | - | - | - | - | - | - | (390,838) | (1,239,247) |
| Non-Recurring Operating Costs - Other | - | - | - | - | - | - | - | - | - |
| **OPERATING INCOME** | **2,700,788** | **-** | **-** | **-** | **-** | **-** | **-** | **2,700,788** | **2,114,063** |
| **OTHER OPERATING INCOME (EXPENSE)** | | | | | | | | | |
| Other Income (Expense) | - | - | - | - | - | - | - | - | - |
| Interest Income (Expense) | (774,377) | - | - | - | - | - | - | (774,377) | (2,213,862) |
| Taxes | - | - | - | - | - | - | - | - | - |
| Depreciation and amortization | (143,480) | - | - | - | - | - | - | (143,480) | (159,070) |
| **NET OPERATING INCOME (EXPENSE)** | **1,782,931** | **-** | **-** | **-** | **-** | **-** | **-** | **1,782,931** | **(258,869)** |
| Restructuring Costs [2] | (1,639,202) | - | - | - | - | - | - | (1,639,202) | (6,701,881) |
| **Net Profit (Loss)** | $ 143,729 | $ - | $ - | $ - | $ - | $ - | $ - | $ 143,729 | $ (6,960,751) |

Notes:

[1] The unaudited financial statements have been derived from the books and records of the Debtors. The information furnished in this report includes primarily normal recurring adjustments, but not all of the adjustments that would typically be made for the annual financial statements in accordance with US GAAP. Furthermore, the monthly financial information contained herein has not been subjected to the same level of accounting review and testing that the Debtors apply in the preparation of its annual financial information in accordance with US GAAP. Accordingly, upon the application of such procedures, the financial information may be subject to change and that these changes could be material.

[2] Restructuring Costs include accruals for November Restructuring Costs estimated by the Debtors ($1.9M) offset by lower than estimated actuals for October Restructuring Costs ($0.3M); actual November Restructuring Costs for certain professionals are not known at this time and may materially change this amount. As amounts become known, adjustments will be made in future months.

## MOR 3: BALANCE SHEETS [1]

| Case No. Debtor | 18-12012 Open Road Films, LLC | 18-12013 Open Road Releasing, LLC | 18-12014 OR Productions LLC | 18-12015 Briarcliff LLC | 18-12016 Open Road International LLC | 18-12017 Empire Productions LLC |
|---|---:|---:|---:|---:|---:|---:|
| **ASSETS** | | | | | | |
| *CURRENT ASSETS* | | | | | | |
| Cash and cash equivalents | $ 6,224,633 | $ 25,000 | $ 243,018 | $ - | $ - | $ - |
| Restricted cash | 819,014 | - | - | - | - | - |
| Accounts receivable, net | 27,082,637 | - | - | - | 5,025,197 | - |
| Inventories, net [2] | 1,116,847 | - | - | - | - | - |
| Prepaid expenses | 2,388,908 | - | - | - | - | - |
| Film Costs | 18,144,834 | - | 518,282 | - | 5,190,830 | 539,472 |
| **TOTAL CURRENT ASSETS** | **55,776,872** | **25,000** | **761,300** | **-** | **10,216,026** | **539,472** |
| Property and equipment, net [3] | 259,131 | - | - | - | - | - |
| Other Assets | 1,375,527 | - | - | - | - | - |
| **TOTAL ASSETS** | **$ 57,411,530** | **$ 25,000** | **$ 761,300** | **$ -** | **$ 10,216,026** | **$ 539,472** |
| **LIABILITIES [4]** | | | | | | |
| *LIABILITIES NOT SUBJECT TO COMPROMISE (POST-PETITION)* | | | | | | |
| Accounts payable | $ 509,578 | $ - | $ - | $ - | $ - | $ - |
| Accrued salaries and benefits | 115,784 | - | - | - | - | - |
| Other accrued liabilities | - | - | - | - | - | - |
| **TOTAL POST-PETITION LIABILITIES** | **625,362** | **-** | **-** | **-** | **-** | **-** |
| *LIABILITIES SUBJECT TO COMPROMISE (PRE-PETITION)* | | | | | | |
| Accounts payable | 49,344,852 | - | - | - | - | - |
| Accrued salaries and benefits | - | - | - | - | - | - |
| Other accrued liabilities [5] | 75,300,638 | 48,567 | 858,906 | 4,656 | (21,150,874) | 542,863 |
| Notes payable [6] | 90,750,000 | - | - | - | - | - |
| Deferred Compensation | - | - | - | - | - | - |
| Deferred Revenue | 13,629,588 | - | - | - | 5,334,830 | - |
| **TOTAL PRE-PETITION LIABILITIES** | **229,025,078** | **48,567** | **858,906** | **4,656** | **(15,816,045)** | **542,863** |
| **TOTAL LIABILITIES** | **229,650,440** | **48,567** | **858,906** | **4,656** | **(15,816,045)** | **542,863** |
| **MEMBERS' EQUITY** | | | | | | |
| Members capital | 25,000,000 | - | - | - | - | - |
| Distribution | - | - | - | - | - | - |
| Accumulated Deficit | (197,238,910) | (23,567) | (97,606) | (4,656) | 26,032,071 | (3,392) |
| **NET MEMBERS' EQUITY** | **(172,238,910)** | **(23,567)** | **(97,606)** | **(4,656)** | **26,032,071** | **(3,392)** |
| **TOTAL LIABILTIES AND MEMBERS' EQUITY** | **$ 57,411,530** | **$ 25,000** | **$ 761,300** | **$ -** | **$ 10,216,026** | **$ 539,472** |

Notes:

[1] The unaudited financial statements have been derived from the books and records of the Debtors. The information furnished in this report includes primarily normal recurring adjustments, but not all of the adjustments that would typically be made for the annual financial statements in accordance with US GAAP. Furthermore, the monthly financial information contained herein has not been subjected to the same level of accounting review and testing that the Debtors apply in the preparation of its annual financial information in accordance with US GAAP. Accordingly, upon the application of such procedures, the financial information may be subject to change and that these changes could be material.

[2] Inventory balances are updated on a quarterly basis.

[3] The amounts listed for Property and Equipment are the book value of the assets net of depreciation; the Debtors have not analyzed the salvage value of any property and equipment.

[4] The Debtors are in the process of reviewing accounts payable and liabilities; therefore, these figures may be subject to change.

[5] The negative Other Accrued Liability for Open Road International, LLC is driven by an intercompany receivable with Open Road Films, LLC.

[6] As set forth in the Schedules of Assets and Liabilities filed by the Debtors, the collateral value for the Notes Payable is undetermined.

In Re:    Open Road Films, LLC, et. al. Debtor

Case No.: 18-12012 (LSS) (Jointly Administered)
Reporting Period: November 1, 2018 to November 30, 2018

**MOR 4: SUMMARY OF UNPAID POST-PETITION DEBTS**

| | \multicolumn{6}{c}{NUMBER OF DAYS PAST DUE} |
|---|---|---|---|---|---|---|
| | **Current** | **0-30** | **31-60** | **61-90** | **Over 90** | **Total** |
| Accounts payable[1] | 509,578 | - | - | - | - | 509,578 |
| Accrued salaries and benefits[1] | 115,784 | - | - | - | - | 115,784 |
| Other accrued liabilities[1] | - | - | - | - | - | - |
| **TOTAL POST-PETITION LIABILITIES** | **625,362** | **-** | **-** | **-** | **-** | **625,362** |

[1] The Debtors are in the process of reviewing accounts payable and liabilities; therefore, these figures may be subject to change; the Debtors believe that they are current on all post-petition tax liabilities.

In Re:   Open Road Films, LLC, et. al. Debtor                                    Case No.: 18-12012 (LSS) (Jointly Administered)
                                                                                 Reporting Period: November 1, 2018 to November 30, 2018

## MOR 5: ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amounts |
|---|---:|
| Total Accounts Receivable at the beginning of the reporting period [1] | 30,861,525 |
|  + Amount incurred during the period | 4,713,786 |
|  - Amount reclassified during the period [2] | (721,867) |
|  - Amount collected during the period [3] | (2,745,611) |
| **Total Accounts receivable at the end of the reporting period** | **32,107,833** |

| Accounts Receivable Aging | Amounts |
|---|---:|
|   Current | 32,107,833 |
|   0 - 30 days past due | - |
|   31 - 60 days past due | - |
|   61 - 90 days past due | - |
|   Over 90 days past due | - |
|     Total Accounts Receivable | 32,107,833 |
|   Amount considered uncollectible (Bad Debts) | - |
| **Accounts Receivables** | **32,107,833** |

## MOR-5: DEBTOR QUESTIONNAIRE

|  |  | Yes | No |
|---|---|:---:|:---:|
| 1 | Have any assets been sold or transferred outside of the normal course of business this reporting period? If yes, provide an explanation below. [4] | **X** |  |
| 2 | Have any funds been disbursed from any account other than a debtor in possession account in this reporting period? If yes, provide an explanation below. [5] | **X** |  |
| 3 | Have all post-petition tax returns been timing filed? If no, provide an explanation below. | **X** |  |
| 4 | Are workers compensation, general liability and other necessary insurance coverages in effect? If no, please provide an explanation below. | **X** |  |
| 5 | Has any bank account been opened during the reporting period? If yes, provide documentation identifying the opened account(s).  (1) If any investment account has been opened, provide the required documentation pursuant to the Delaware Local Rule 4001-3. |  | **X** |

[1] Includes a $616K adjustment (increase) to Open Road Films, LLC's October ending A/R balance.
[2] Amount reclassified includes non-cash adjustments to reflect the overall net position of a film for a given window.
These adjustments primarily include reclassifications between A/R, deferred revenue and accrued expenses.
[3] The Debtors have reconciled the amount collected in MOR-5 to cash receipts in MOR-1. The difference from cash receipts
in MOR-1 relates to home entertainment and non-theatrical collections that are shown on a net basis (actual cash collected)
in MOR-5 and electronic sell-thru (EST)/video-on-demand (VOD) receipts that are not included in A/R.
[4] The Debtors sold a small number of equipment assets to certain individuals for approximately $7K at the end of November.
The checks were deposited in December, and as such, activity relating to these transactions will be included in the Debtors'
next Monthly Operating Report.
[5] As described in the Debtors' Motion to Approve Use of Cash Collateral [Docket No. 6], the Debtors advance cash to
certain non-Debtor affiliates in order to cover payroll and other operational expenses.