**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| Open Road Films, LLC | : | Case No. 18-12012 (LSS) |
| | : | |
| | : | Jointly Administered |
| | : | **AMENDED** NOTICE OF |
| Debtor(s). | | APPOINTMENT OF |
| ---------------------------------- | : | COMMITTEE OF UNSECURED |
| | : | CREDITORS |

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned cases:

1. **Bank Leumi USA**, Attn: Christopher Goll, 579 Fifth Avenue, New York, NY 10017, Phone: 212-626-1154, Fax: 212-626-1244

2. **The Walt Disney Company**, Attn: 77 West 66th Street, 15th floor, New York, NY 10023, Phone: 212-456-7176, Fax: 646-505-6769

3. **NBC Universal Media LLC,** Attn: John Roussey, 30 Rockefeller Center, 1221 6th Avenue, 27th floor, New York, NY 10112, Phone: 818-777-7601, 818-866-2314

4. **Twenty-First Century Fox, Inc.,** Attn: Susy Li, Fox Cable Networks Services, 2121 Avenue of the Stars, 12th Floor, Suite 1291, Los Angeles, CA 90067, Phone: 310-369-2173


ANDREW R. VARA
Acting United States Trustee, Region 3


 /s/ *Linda Richenderfer* for
T. PATRICK TINKER
ASSISTANT UNITED STATES TRUSTEE

DATED: January 15, 2019

Attorney assigned to this Case: Linda Richenderfer, Esq., Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' Counsel: Michael Nestor, Esq., Phone: 302-571-6600, Fax: 302-571-1253