**UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>OPEN ROAD FILMS, LLC, a Delaware limited liability company, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 18-12012 (LSS)<br><br>(Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON JANUARY 31, 2019 AT 10:00 A.M. (ET)**

**\*\*AS NO MATTERS ARE GOING FORWARD, THIS HEARING
HAS BEEN CANCELLED WITH PERMISSION FROM THE COURT\*\***

**RESOLVED MATTERS**

1.  Debtors' Motion for Entry of an Order, Pursuant to Section 1121(d) of the Bankruptcy Code, Extending the Exclusive Periods for the Filing of a Chapter 11 Plan and the Solicitation and Acceptance Thereof  [D.I. 512, 1/3/19]

    Response Deadline:            January 17, 2019 at 4:00 p.m. (ET)

    Responses Received:           None

    Related Documents:

    A.   Certificate of No Objection [D.I. 536, 1/18/19]

    B.   Order, Pursuant to Section 1121(d) of the Bankruptcy Code, Extending the Exclusive Periods for the Filing of a Chapter 11 Plan and the Solicitation and Acceptance Thereof  [D.I. 537, 1/24/19]

    Status:   An order has been entered.

---

[1] The Debtors and the last four digits of their respective federal taxpayer identification numbers are as follows: Open Road Films, LLC (4435-Del.); Open Road Releasing, LLC (4736-Del.); OR Productions LLC (5873-Del.); Briarcliff LLC (7304-Del.); Open Road International LLC (4109-Del.); and Empire Productions LLC (9375-Del.).  The Debtors' address 1800 Century Park East, Suite 600, Los Angeles, CA 90067.

2.  Debtors' Motion for Entry of an Order, Pursuant to Bankruptcy Code Section 365, Authorizing Rejection of Certain Executory Contracts [D.I. 520, 1/10/19]

    Response Deadline:     January 24, 2019 at 4:00 p.m. (ET)

    Responses Received:    None

    Related Documents:

    A.  Certificate of No Objection [D.I. 541, 1/28/19]

    B.  Order, Pursuant to Bankruptcy Code Section 365, Authorizing Rejection of Certain Executory Contracts [D.I. 542, 1/29/19]

    Status:   An order has been entered.

## FEE APPLICATIONS

3.  First Interim Fee Applications [See **Exhibit A** attached hereto]

    Response Deadline:     January 10, 2019 at 4:00 p.m. (ET)
                           [Extended for the United States Trustee]

    Responses Received:    None at this time

    Related Documents:     See **Exhibit A** attached hereto

    Status:   By agreement of the parties, this matter has been adjourned until February 26, 2019 at 10:00 a.m. (ET). In the event that the United States Trustee indicates prior to the February 26th hearing that the United States Trustee has no objections to the First Interim Fee Applications (or any such objections are resolved), the parties anticipate submitting proposed orders for such applications under certification of counsel prior to such hearing.

Dated:  January 29, 2019

*/s/ Robert F. Poppiti, Jr.*
Michael R. Nestor, Esq. (Bar No. 3526)
Robert F. Poppiti, Jr., Esq. (Bar No. 5052)
Ian J. Bambrick, Esq. (Bar No. 5455)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Tel:   (302) 571-6600
Fax:   (302) 571-1253

and

Michael L. Tuchin, Esq.
Jonathan M. Weiss, Esq.
Sasha M. Gurvitz, Esq.
KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 Avenue of the Stars, 39th Floor
Los Angeles, CA 90067
Tel:  (310) 407-4000
Fax:  (310) 407-9090

*Counsel to Debtors and Debtors in Possession*

## EXHIBIT A – INDEX OF FIRST INTERIM FEE APPLICATIONS

A. **Klee, Tuchin, Bogdanoff & Stern LLP [D.I. 490, 12/20/18]**

   1. First Monthly Application of Klee, Tuchin, Bogdanoff & Stern LLP, as Counsel for the Debtors and Debtors in Possession, for Compensation and Reimbursement of Expenses for the Period September 6, 2018 through September 30, 2018 [D.I. 201, 10/22/18]

   2. Certificate of No Objection [D.I. 371, 11/14/18]

   3. Second Monthly Application of Klee, Tuchin, Bogdanoff & Stern LLP, as Counsel for the Debtors and Debtors in Possession, for Compensation and Reimbursement of Expenses for the Period October 1, 2018 through October 31, 2018 [D.I. 380, 11/16/18]

   4. Certificate of No Objection [D.I. 431, 12/10/18]

   5. Third Monthly Application of Klee, Tuchin, Bogdanoff & Stern LLP, as Counsel for the Debtors and Debtors in Possession, for Compensation and Reimbursement of Expenses for the Period November 1, 2018 through November 30, 2018 [D.I. 468, 12/17/18]

   6. Certificate of No Objection [D.I. 519, 1/8/19]

B. **Young Conaway Stargatt & Taylor, LLP [D.I. 490, 12/20/18]**

   1. First Monthly Application for Allowance of Compensation and Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period from September 6, 2018 through September 30, 2018 [D.I. 188, 10/19/18]

   2. Certificate of No Objection [D.I. 369, 11/13/18]

   3. Second Monthly Application of Young Conaway Stargatt & Taylor, LLP for Allowance of Compensation and Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period from October 1, 2018 through October 28, 2018 [D.I. 263, 11/1/18]

   4. Certificate of No Objection [D.I. 412, 11/27/18]

   5. Third Monthly Application of Young Conaway Stargatt & Taylor, LLP for Allowance of Compensation and Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period from October 29, 2018 through November 30, 2018 [D.I. 440, 12/12/18]

   6. Certificate of No Objection [D.I. 514, 1/3/19]

**C.** **Donlin, Recano & Company, Inc. [D.I. 490, 12/20/18]**

  1. First Monthly Application of Donlin, Recano & Company, Inc. for Compensation for Services Rendered and Reimbursement of Expenses as Administrative Agent to the Debtors for the Period September 6, 2018 through October 31, 2018 [D.I. 417, 11/28/18]

  2. Certificate of No Objection [D.I. 492, 12/20/18]

  3. Second Monthly Application of Donlin, Recano & Company, Inc. for Compensation for Services Rendered and Reimbursement of Expenses as Administrative Agent to the Debtors for the Period November 1, 2018 through November 30, 2018 [D.I. 443, 12/12/18]

  4. Certificate of No Objection [D.I. 516, 1/4/19]

**D.** **Pachulski, Stang, Ziehl & Jones LLP [D.I. 494, 12/20/18]**

  1. First Monthly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Counsel to the Official Committee of Unsecured Creditors for the Period from September 14, 2018 through September 30, 2018 [D.I. 339, 11/6/18]

  2. Certificate of No Objection [D.I. 418, 11/28/18]

  3. Second Monthly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Counsel to the Official Committee of Unsecured Creditors for the Period from October 1, 2018 through October 31, 2018 [D.I. 413, 11/27/18]

  4. Certificate of No Objection [D.I. 487, 12/20/18]

  5. Third Monthly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Counsel to the Official Committee of Unsecured Creditors for the Period from November 1, 2018 through November 30, 2018 [D.I. 488, 12/20/18]

  6. Certificate of No Objection [D.I. 532, 1/17/19]