**UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>OPEN ROAD FILMS, LLC, a Delaware limited liability company, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 18-12012 (LSS)<br><br>(Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON APRIL 30, 2019 AT 10:00 A.M. (ET)**

**RESOLVED MATTER**

1.  Debtors' Second Motion for Entry of an Order, Pursuant to Section 1121(d) of the Bankruptcy Code, Extending the Exclusive Periods for the Filing of a Chapter 11 Plan and the Solicitation and Acceptance Thereof [D.I. 617, 3/26/19]

    Response Deadline:     April 9, 2019 at 4:00 p.m. (ET)

    Responses Received:    None

    Related Documents:

    A.  Order, Pursuant to Section 1121(d) of the Bankruptcy Code, Extending the Exclusive Periods for the Filing of a Chapter 11 Plan and the Solicitation and Acceptance Thereof [D.I. 640, 4/11/19]

    Status:  An order has been entered.

**CONTESTED MATTER GOING FORWARD**

2.  Motion of Sous Chef, LLC to Compel Payment of Fees and Expenses Resulting From Violation of Sale Order [D.I. 592, 3/7/19]

    Response Deadline:     March 25, 2019 at 4:00 p.m. (ET) [Extended for the Buyer and the Debtors]

    Responses Received:

    A.  OR Acquisition Co, LLC's Response to Motion to Compel Payment of Fees and Expenses Resulting From Violation of Sale Order [D.I. 652, 4/23/19]

---

[1] The Debtors and the last four digits of their respective federal taxpayer identification numbers are as follows: Open Road Films, LLC (4435-Del.); Open Road Releasing, LLC (4736-Del.); OR Productions LLC (5873-Del.); Briarcliff LLC (7304-Del.); Open Road International LLC (4109-Del.); and Empire Productions LLC (9375-Del.). The Debtors' address 1800 Century Park East, Suite 600, Los Angeles, CA 90067.

| | Related Documents: | None |
|---|---|---|

Status: The Debtors have been advised by the movant that this matter is going forward on a contested basis.

**FEE APPLICATIONS**

3. Second Interim Fee Applications [See **Exhibit A** attached hereto]

   Response Deadline: April 10, 2019 at 4:00 p.m. (ET) or April 20, 2019 at 4:00 p.m. (ET), as applicable

   Responses Received:

   A. Informal comments from the United States Trustee regarding second interim fee request of Young Conaway Stargatt & Taylor, LLP

   B. Informal comments from the United States Trustee regarding second interim fee request of Pachulski Stang Ziehl & Jones LLP

   Related Documents: See **Exhibit A** attached hereto

   C. Certification of Counsel Regarding *Proposed* Order Approving Second Interim Fee Requests of Debtors' Professionals for the Period From December 1, 2018 through February 28, 2019 [D.I. 646, 4/17/19]

   D. *Proposed* Order Approving Second Interim Fee Requests of Debtors' Professionals for the Period From December 1, 2018 through February 28, 2019

   E. Notice of Hearing [D.I. 654, 4/24/19]

   F. Certification of No Objection Regarding Second Quarterly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Counsel for the Official Committee of Unsecured Creditors for the Period from December 1, 2018 through February 28, 2019 [D.I. 659, 4/25/19]

   G. *Proposed* Order Granting Second Quarterly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Counsel for the Official Committee of Unsecured Creditors for the Period from December 1, 2018 through February 28, 2019

   H. Certification of No Objection Regarding First Quarterly Application for Compensation and Reimbursement of Expenses of Dundon Advisors LLC as Financial Advisor to the Official Committee of Unsecured Creditors for the Period from September 17, 2018 through December 31, 2018 [D.I. 656, 4/25/19]

I. *Proposed* Order Granting First Quarterly Application for Compensation and Reimbursement of Expenses of Dundon Advisors LLC as Financial Advisor to the Official Committee of Unsecured Creditors for the Period from September 17, 2018 through December 31, 2018

Status: No objections were received with respect to the interim fee application of Dundon Advisors LLC, the United States Trustee's comments with respect to Pachulski Stang Ziehl & Jones LLP's interim fee application have been resolved, and Certificates of No Objection have been filed by the Committee. The United States Trustee's comments with respect to Young Conaway's interim fee application have been resolved, and a proposed order with respect to the Debtors' professionals has been filed under Certification of Counsel by the Debtors. No hearing is required unless the Court has questions.

Dated: April 26, 2019

*/s/ Robert F. Poppiti, Jr.*
Michael R. Nestor, Esq. (Bar No. 3526)
Robert F. Poppiti, Jr., Esq. (Bar No. 5052)
Ian J. Bambrick, Esq. (Bar No. 5455)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Tel:   (302) 571-6600
Fax:   (302) 571-1253

and

Michael L. Tuchin, Esq.
Jonathan M. Weiss, Esq.
Sasha M. Gurvitz, Esq.
KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 Avenue of the Stars, 39th Floor
Los Angeles, CA 90067
Tel:   (310) 407-4000
Fax:   (310) 407-9090

*Counsel to Debtors and Debtors in Possession*

## EXHIBIT A – INDEX OF SECOND INTERIM FEE APPLICATIONS

A. **Klee, Tuchin, Bogdanoff & Stern LLP [D.I. 610, 3/20/19]**

1. Fourth Monthly Fee Application as Counsel to the Debtors for the Period From December 1, 2018 Through December 31, 2018 [D.I. 526, 1/14/19]

2. Certificate of No Objection [D.I. 552, 2/5/19]

3. Fifth Monthly Fee Application as Counsel to the Debtors for the Period From January 1, 2019 Through January 31, 2019 [D.I. 558, 2/12/19]

4. Certificate of No Objection [D.I. 590, 3/6/19]

5. Sixth Monthly Fee Application as Counsel to the Debtors for the Period From February 1, 2019 Through February 28, 2019 [D.I. 597, 3/11/19]

6. Certificate of No Objection [D.I. 631, 4/2/19]

B. **Young Conaway Stargatt & Taylor, LLP [D.I. 610, 3/20/19]**

1. Fourth Monthly Fee Application as Counsel to the Debtors for the Period From December 1, 2018 Through December 31, 2018 [D.I. 518, 1/7/19]

2. Certificate of No Objection [D.I. 544, 1/29/19]

3. Fifth Monthly Fee Application as Counsel to the Debtors for the Period From January 1, 2019 Through January 31, 2019 [D.I. 553, 2/7/19]

4. Certificate of No Objection [D.I. 586, 3/1/19]

5. Sixth Monthly Fee Application as Counsel to the Debtors for the Period From February 1, 2019 Through February 28, 2019 [D.I. 591, 3/7/19]

6. Certificate of No Objection [D.I. 622, 3/29/19]

C. **Donlin, Recano & Company, Inc. [D.I. 610, 3/20/19]**

1. Third Monthly Fee Application as Administrative Agent to the Debtors for the Period From December 1, 2018 Through December 31, 2018 [D.I. 539, 1/24/19]

2. Certificate of No Objection [D.I. 567, 2/19/19]

3. Fourth Monthly Fee Application as Administrative Agent to the Debtors for the Period From January 1, 2019 Through January 31, 2019 [D.I. 568, 2/19/19]

4. Certificate of No Objection [D.I. 601, 3/13/19]

5. Fifth Monthly Fee Application as Administrative Agent to the Debtors for the Period From February 1, 2019 Through February 28, 2019 [D.I. 604, 3/15/19]

6. Certificate of No Objection [D.I. 636, 4/8/19]

D. **Pachulski Stang Ziehl & Jones LLP [D.I. 613, 3/20/19]**

1. Fourth Monthly Fee Application as Counsel to the Official Committee of Unsecured Creditors for the Period From December 1, 2018 Through December 31, 2018 [D.I. 560, 2/13/19]

2. Certificate of No Objection [D.I. 593, 3/7/19]

3. Fifth Monthly Fee Application as Counsel to the Official Committee of Unsecured Creditors for the Period From January 1, 2019 Through January 31, 2019 [D.I. 611, 3/20/19]

4. Certificate of No Objection [D.I. 657, 4/25/19]

5. Sixth Monthly Fee Application as Counsel to the Official Committee of Unsecured Creditors for the Period From February 1, 2019 Through February 28, 2019 [D.I. 612, 3/20/19]

6. Certificate of No Objection [D.I. 658, 4/25/19]

E. **Dundon Advisors LLC [D.I. 614, 3/20/19]**

1. First Monthly Fee Application as Financial Advisor to the Official Committee of Unsecured Creditors for the Period From September 17, 2018 Through October 31, 2018 [D.I. 540, 1/25/19]

2. Certificate of No Objection [D.I. 569, 2/22/19]

3. Second Monthly Fee Application as Financial Advisor to the Official Committee of Unsecured Creditors for the Period From November 1, 2018 Through December 31, 2018 [D.I. 576, 2/25/19]

4. Certificate of No Objection [D.I. 607, 3/19/19]

5. Notice of Filing of Corrected Exhibit A to Second Monthly Fee Application as Financial Advisor to the Official Committee of Unsecured Creditors for the Period From November 1, 2018 Through December 31, 2018 [D.I. 648, 4/19/19]

01:24426633.1