**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>OPEN ROAD FILMS, LLC, a Delaware limited liability company, *et al.*,[1]<br><br>　　　　　　Debtors. | Chapter 11<br><br>Case No.: 18-12012 (LSS)<br><br>(Jointly Administered) |

**NOTICE AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON MAY 16, 2019 AT 2:00 P.M. (ET)**

**CONTESTED MATTERS GOING FORWARD**

1. Motion of Sous Chef, LLC to Compel Payment of Fees and Expenses Resulting From Violation of Sale Order [D.I. 592, 3/7/19]

    Response Deadline:　　　　　　　March 25, 2019 at 4:00 p.m. (ET) [Extended for the Buyer and the Debtors]

    Responses Received:

    A.　OR Acquisition Co, LLC's Response to Motion to Compel Payment of Fees and Expenses Resulting From Violation of Sale Order [D.I. 652, 4/23/19]

    Related Documents:

    B.　Reply of Sous Chef, LLC in Support of Motion to Compel Payment of Fees and Expenses Resulting from Violation of Sale Order [D.I. 680, 5/13/19]

    Status:　The Debtors have been advised that this matter is going forward on a contested basis.

2. Motion of Bank Leumi USA for an Order Clarifying Sale Order Pursuant to Federal Rule of Civil Procedure 60(b), Federal Rule of Bankruptcy Procedure 9024, and 11 U.S.C. § 105(a) [D.I. 644, 4/16/19]

    Response Deadline:　　　　　　　May 9, 2019 at 4:00 p.m. (ET)

---

[1] The Debtors and the last four digits of their respective federal taxpayer identification numbers are as follows: Open Road Films, LLC (4435-Del.); Open Road Releasing, LLC (4736-Del.); OR Productions LLC (5873-Del.); Briarcliff LLC (7304-Del.); Open Road International LLC (4109-Del.); and Empire Productions LLC (9375-Del.). The Debtors' address 1800 Century Park East, Suite 600, Los Angeles, CA 90067.

Responses Received:

A. Objection of Entertainment One UK Limited to Motion of Bank Leumi USA for an Order Clarifying Sale Order Pursuant to Federal Rule of Civil Procedure 60(b), Federal Rule of Bankruptcy Procedure 9024, and 11 U.S.C. § 105(a) [D.I. 676, 5/9/19]

Related Documents:

B. Notice of Filing of Corrected Exhibit D to Motion of Bank Leumi USA for an Order Clarifying Sale Order Pursuant to Federal Rule of Civil Procedure 60(b), Federal Rule of Bankruptcy Procedure 9024, and 11 U.S.C. § 105(a) [D.I. 645, 4/16/19]

C. Amended Notice of Motion [D.I. 647, 4/18/19]

D. Reply in Further Support of Motion of Bank Leumi USA for an Order Clarifying Sale Order Pursuant to Federal Rule of Civil Procedure 60(b), Federal Rule of Bankruptcy Procedure 9024, and 11 U.S.C. § 105(a) [D.I. 679, 5/13/19]

Status: The Debtors have been advised that this matter is going forward on a contested basis.

Dated: May 14, 2019
Wilmington, Delaware

*/s/ Robert F. Poppiti, Jr.*
Michael R. Nestor, Esq. (Bar No. 3526)
Robert F. Poppiti, Jr., Esq. (Bar No. 5052)
Ian J. Bambrick, Esq. (Bar No. 5455)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Tel:  (302) 571-6600
Fax:  (302) 571-1253

and

Michael L. Tuchin, Esq.
Jonathan M. Weiss, Esq.
Sasha M. Gurvitz, Esq.
KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 Avenue of the Stars, 39th Floor
Los Angeles, CA 90067
Tel:  (310) 407-4000
Fax:  (310) 407-9090

*Counsel to Debtors and Debtors in Possession*