## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| OPEN ROAD FILMS, LLC, a Delaware limited liability company, *et al*.,[1] | Case No.: 18-12012 (LSS) |
| Debtors. | (Jointly Administered) |

### NOTICE OF AGENDA OF MATTERS SCHEDULED
### FOR HEARING ON AUGUST 21, 2019 AT 2:00 P.M. (ET)

### UNCONTESTED MATTER GOING FORWARD

1.   Debtors' Motion for Entry of an Order (I) Approving Disclosure Statement, (II) Fixing Voting Record Date, (III) Scheduling Plan Confirmation Hearing and Approving Form and Manner of Related Notice and Objection Procedures, (IV) Approving Solicitation Packages and Procedures and Deadlines for Soliciting, Receiving, and Tabulating Votes on the Plan, and (V) Approving Form of Ballot and Notice to Non-Voting Classes [D.I. 771, 7/17/19]

Response Deadline:            August 14, 2019 at 4:00 p.m. (ET) [Extended until August 19, 2019 at 12:00 p.m. (ET) for the Office of the United States Trustee]

Responses Received:

    A.   Informal response from the Office of the United States Trustee

Related Documents:

    B.   Joint Chapter 11 Plan of Liquidation Proposed by Debtors and Official Committee of Unsecured Creditors [D.I. 769, 7/17/19]

    C.   Disclosure Statement for Joint Chapter 11 Plan of Liquidation Proposed by Debtors and Official Committee of Unsecured Creditors [D.I. 770, 7/17/19]

---

[1]   The Debtors and the last four digits of their respective federal taxpayer identification numbers are as follows: Open Road Films, LLC (4435-Del.); Open Road Releasing, LLC (4736-Del.); OR Productions LLC (5873-Del.); Briarcliff LLC (7304-Del.); Open Road International LLC (4109-Del.); and Empire Productions LLC (9375-Del.). The Debtors' address 1800 Century Park East, Suite 600, Los Angeles, CA 90067.

D.    Notice of Hearing to Consider Approval of Disclosure Statement [D.I. 772, 7/17/19]

Status:    The Debtors have worked with the United States Trustee to resolve her informal response, and have done so through certain revisions to the proposed order for this matter and the proposed plan.  This matter is going forward on an uncontested basis.

Dated:  August 19, 2019

/s/ Ian J. Bambrick
Michael R. Nestor, Esq. (Bar No. 3526)
Robert F. Poppiti, Jr., Esq. (Bar No. 5052)
Ian J. Bambrick, Esq. (Bar No. 5455)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Tel:    (302) 571-6600
Fax:    (302) 571-1253

and

Michael L. Tuchin, Esq.
Jonathan M. Weiss, Esq.
Sasha M. Gurvitz, Esq.
KLEE, TUCHIN, BOGDANOFF & STERN  LLP
1999 Avenue of the Stars, 39th Floor
Los Angeles, CA 90067
Tel:    (310) 407-4000
Fax:    (310) 407-9090

*Counsel to Debtors and Debtors in Possession*