## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>OPEN ROAD FILMS, LLC, a Delaware limited liability company, *et al.*[1],<br><br>Debtors. | Chapter 11<br><br>Case No.: 18-12012 (LSS)<br><br>(Jointly Administered) |

### NOTICE OF WITHDRAWAL OF PROOFS OF
### CLAIM NO. 316 AND 317 FILED BY DOLPHIN MAX STEEL HOLDINGS, LLC

On or about January 25, 2019, Dolphin Max Steel Holdings, LLC ("Dolphin Max Steel") filed proofs of claim number 316 and 317 (together, the "Dolphin Max Steel Claims") in the above-captioned cases. Dolphin Max Steel hereby voluntarily withdraws the Dolphin Max Steel Claims with prejudice.

Dated: August 28, 2019

DOLPHIN MAX STEEL HOLDINGS, LLC

By: /s/ *William O'Dowd*
Name: William O'Dowd
Title: Authorized Signatory

---

[1] The Debtors and the last four digits of their taxpayer identification numbers include: Open Road Films, LLC (4435-Del.); Open Road Releasing, LLC (4736-Del.); OR Productions LLC (5873-Del.); Briarcliff LLC (7304- Del.); Open Road International LLC (4109-Del.); and Empire Productions LLC (9375-Del.). The Debtors' address is 1800 Century Park East, Suite 600, Los Angeles, CA 90067. Additional affiliated entities, including, but not limited to, IM Global LLC, Global Road Entertainment Television LLC (f/k/a IM Global TV LLC), Tang Media Partners LLC, and Global Road Entertainment LLC, are not debtors in these Cases and have not commenced chapter 11 cases.

US-DOCS\110342587.1