**UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE**

| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| OPEN ROAD FILMS, LLC, a Delaware limited liability company, *et al.*,[1] | : | Case No. 18-12012 (LSS) |
| | : | |
| | : | (Jointly Administered) |
| Debtors. | : | |
| | | Objection Deadline: September 20, 2019 at 4:00 p.m. (ET) |

**NOTICE OF FILING OF ELEVENTH STAFFING AND COMPENSATION
REPORT OF FTI CONSULTING, INC. FOR THE PERIOD
JULY 1, 2019 THROUGH JULY 31, 2019**

   **PLEASE TAKE NOTICE** that in, accordance with that certain *Order, Pursuant to 11 U.S.C. §§ 105(a) and 363(b), Authorizing the Debtors to (I) Employ and Retain FTI Consulting, Inc. to Provide the Debtors a Chief Restructuring Officer and Certain Additional Personnel and (II) Designate Amir Agam as Chief Restructuring Officer for the Debtors* Nunc Pro Tunc *to the Petition Date* (the "Retention Order"), FTI Consulting, Inc. ("FTI") has filed its staffing and compensation report for the period of July 1, 2019, through and including July 31, 2019 (the "Staffing and Compensation Report"), with the United States Bankruptcy Court for the District of Delaware (the "Court").

   **PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Staffing and Compensation Report (each, an "Objection") must be made in accordance with the Retention Order and must be filed and served upon the undersigned counsel so as to be received on or before September 20, 2019 at 4:00 p.m. (ET) (the "Objection Deadline").

   **PLEASE TAKE FURTHER NOTICE** that all compensation and staffing included in the Staffing and Compensation Report shall be subject to review by the Court, and in the event an Objection is filed and remains unresolved by agreement of the objecting party, the Debtors and FTI: (i) all rights of the objecting party, the Debtors, and FTI are reserved; and (ii) the Debtors shall deduct an amount equal to the unresolved amount objected to from the next payment to FTI for fees and expenses incurred in connection with FTI's engagement under the Retention Order until such Objection is resolved, either by agreement of the objecting party, the Debtors and FTI or by order of the Court.

---

[1] The Debtors and the last four digits of their respective federal taxpayer identification numbers are as follows: Open Road Films, LLC (4435 Del.); Open Road Releasing, LLC (4736 Del.); OR Productions LLC (5873 Del.); Briarcliff LLC (7304 Del.); Open Road International LLC (4109 Del.); and Empire Productions LLC (9375 Del.). The Debtors' address is 1800 Century Park East, Suite 600, Los Angeles, California 90067.

24804115.2

**PLEASE TAKE FURTHER NOTICE** that, subject to any Objections as set forth above and in the Retention Order, the Debtors are authorized, but not directed, to pay, in the ordinary course of business, in accordance with the Engagement Letter and the Retention Order, all amounts invoiced by FTI for fees and expenses incurred in connection with FTI's engagement under the Retention Order.

Dated: August 30, 2019

*/s/ Shane M. Reil*
Michael R. Nestor, Esq. (Bar No. 3526)
Robert F. Poppiti, Jr., Esq. (Bar No. 5052)
Ian J. Bambrick, Esq. (Bar No. 5455)
Shane M. Reil, Esq. (Bar No. 6195)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square, 1000 North King Street
Wilmington, Delaware 19801
Tel:    (302) 571-6600
Fax:    (302) 571-1253
Email: mnestor@ycst.com
         rpoppiti@ycst.com
         ibambrick@ycst.com
         sreil@ycst.com

and

Michael L. Tuchin, Esq.
Jonathan M. Weiss, Esq.
KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 Avenue of the Stars, 39th Floor
Los Angeles, CA 90067
Tel:    (310) 407-4000
Fax:    (310) 407-9090
Email: mtuchin@ktbslaw.com
         jweiss@ktbslaw.com

*Counsel to Debtors and Debtors in Possession*

24804115.2

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| | : Case No. 18-12012 (LSS) |
| OPEN ROAD FILMS, LLC, a Delaware limited liability company, *et al.*,[1] | : |
| | : (Jointly Administered) |
| | : |
| Debtors. | : **Objection Deadline: September 20, 2019 at 4:00 p.m. (ET)** |

**ELEVENTH STAFFING AND COMPENSATION REPORT OF FTI CONSULTING,
INC. FOR THE PERIOD JULY 1, 2019 THROUGH JULY 31, 2019**

| | |
|---|---|
| Name of Applicant: | FTI Consulting, Inc. |
| Authorized to provide professional services to: | Debtors and Debtors in Possession |
| Date of retention: | October 2, 2018, *nunc pro tunc* to Petition Date |
| Period for which compensation and reimbursement is sought: | July 1, 2019 through July 31, 2019 |
| Amount of compensation sought as actual, reasonable, and necessary: | $ 64,317.00 |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | $ 0.00 |
| Exhibit A: | Summary of FTI Consulting, Inc. Fees |
| Exhibit B: | Summary of FTI Consulting, Inc. Professional Fees By Consultant |
| Exhibit C: | Summary of FTI Consulting, Inc. Fees By Project Activity |
| Exhibit D: | FTI Consulting, Inc. Detailed Time and Fee Statement |

---

[1] The Debtors and the last four digits of their respective federal taxpayer identification numbers are as follows: Open Road Films, LLC (4435 Del.); Open Road Releasing, LLC (4736 Del.); OR Productions LLC (5873 Del.); Briarcliff LLC (7304 Del.); Open Road International LLC (4109 Del.); and Empire Productions LLC (9375 Del.). The Debtors' address is 1800 Century Park East, 6th Floor, Los Angeles, CA 90067.

2

FTI Consulting, Inc. ("FTI") hereby provides its Eleventh staffing and compensation report for the period July 1, 2019 through July 31, 2019 (the "Eleventh Staffing and Compensation Report" and the "Eleventh Staffing and Compensation Report Period", as the context indicates) in accordance with that certain *Order, Pursuant to 11 U.S.C. Section 105(a) and 363(b), Authorizing the Debtors to (I) Employ and Retain FTI Consulting, Inc. Providers of the Debtors' Chief Restructuring Officer and Certain Additional Personnel and (II) Designating Amir Agam as Chief Restructuring Officer for the Debtors Nunc Pro Tunc to the Petition Date* [Docket No. 134] (the "Retention Order").

As set forth in the Eleventh Staffing and Compensation Report, FTI incurred $64,317.00 in aggregate compensation and $0.00 for actual and necessary expenses during the Eleventh Staffing and Compensation Report Period.

**WHEREFORE**, pursuant to the Retention Order, FTI hereby submits its Eleventh Staffing and Compensation Report for the Eleventh Staffing and Compensation Report Period.

Dated: August 30, 2019
      Los Angeles, California

                                  */s/ Amir Agam*
                                  Name: Amir Agam
                                  Title:  Senior Managing Director
                                             FTI Consulting, Inc.
                                  Email: Amir.Agam@FTIConsulting.com

**Open Road Films, LLC, et. al. (the "Debtors")**
**Case No. 18-12012 (LSS)**
**Summary of FTI Consulting, Inc. Fees**
**For the Period July 1, 2019 Through July 31, 2019**

| Fee Category | | Amount |
|---|---|---|
| Time Total | $ | 64,317.00 |
| Expenses Billed | | - |
| **Staffing Report Total** | **$** | **64,317.00** |

*Exhibit "A"*

**Open Road Films, LLC, et al. (the "Debtors")**
**Case No. 18-12012 (LSS)**

**Summary of FTI Consulting, Inc. Professional Fees By Professional**
**For the Period July 1, 2019 Through July 31, 2019**

| Professional | Title | Rate | Hours | Total |
|---|---|---|---|---|
| Agam, Amir M | Sr Managing Dir | $960 | 24.9 | $23,904.00 |
| Cohen, Asher | Managing Dir | $840 | 0.8 | $672.00 |
| Ellis, Matthew | Director | $705 | 55.8 | $39,339.00 |
| Yoshimura, Michael | Director | $670 | 0.6 | $402.00 |
| **Total Hours and Fees** | | | **82.1** | **$64,317.00** |

**Open Road Films, LLC, et al. (the "Debtors")**
**Case No. 18-12012 (LSS)**

**Summary of FTI Consulting, Inc. Fees By Activity and Professional**
**For the Period July 1, 2019 Through July 30, 2019**

| Activity/Professional | Title | Rate | Hours | Total |
|---|---|---|---|---|
| **Business / Library Sale Process** | | | | |
| Agam, Amir M | Sr Managing Dir | $960 | 7.6 | $7,296.00 |
| Cohen, Asher | Managing Dir | $840 | 0.8 | $672.00 |
| Ellis, Matthew | Director | $705 | 6.0 | $4,230.00 |
| | | Activity Total | 14.4 | $12,198.00 |
| **Case Strategy / Communications with Debtors' Counsel** | | | | |
| Agam, Amir M | Sr Managing Dir | $960 | 0.5 | $480.00 |
| | | Activity Total | 0.5 | $480.00 |
| **Claims Management & Analysis** | | | | |
| Agam, Amir M | Sr Managing Dir | $960 | 3.6 | $3,456.00 |
| Ellis, Matthew | Director | $705 | 3.8 | $2,679.00 |
| | | Activity Total | 7.4 | $6,135.00 |
| **Communications or Research for Unsecured Creditors or their Counsel** | | | | |
| Agam, Amir M | Sr Managing Dir | $960 | 0.5 | $480.00 |
| Ellis, Matthew | Director | $705 | 1.6 | $1,128.00 |
| | | Activity Total | 2.1 | $1,608.00 |
| **Fee Application Preparation** | | | | |
| Agam, Amir M | Sr Managing Dir | $960 | 0.4 | $384.00 |
| Ellis, Matthew | Director | $705 | 4.1 | $2,890.50 |
| | | Activity Total | 4.5 | $3,274.50 |
| **Interim Management – Cash Management and Reporting** | | | | |
| Agam, Amir M | Sr Managing Dir | $960 | 2.7 | $2,592.00 |
| Ellis, Matthew | Director | $705 | 12.4 | $8,742.00 |
| | | Activity Total | 15.1 | $11,334.00 |
| **Interim Management – Operations** | | | | |
| Agam, Amir M | Sr Managing Dir | $960 | 5.8 | $5,568.00 |
| Ellis, Matthew | Director | $705 | 14.7 | $10,363.50 |
| | | Activity Total | 20.5 | $15,931.50 |

**Open Road Films, LLC, et al. (the "Debtors")**
**Case No. 18-12012 (LSS)**

**Summary of FTI Consulting, Inc. Fees By Activity and Professional**
**For the Period July 1, 2019 Through July 30, 2019**

| Activity/Professional | Title | Rate | Hours | Total |
|---|---|---|---|---|
| **Misc. Asset Sales** | | | | |
| Ellis, Matthew | Director | $705 | 0.3 | $211.50 |
| | | Activity Total | 0.3 | $211.50 |
| **Monthly Operating Reports** | | | | |
| Agam, Amir M | Sr Managing Dir | $960 | 0.7 | $672.00 |
| Ellis, Matthew | Director | $705 | 9.5 | $6,697.50 |
| | | Activity Total | 10.2 | $7,369.50 |
| **Plan and Disclosure Statement** | | | | |
| Agam, Amir M | Sr Managing Dir | $960 | 2.9 | $2,784.00 |
| Ellis, Matthew | Director | $705 | 2.1 | $1,480.50 |
| | | Activity Total | 5.0 | $4,264.50 |
| **Work on Motions or Court Filings** | | | | |
| Agam, Amir M | Sr Managing Dir | $960 | 0.2 | $192.00 |
| Ellis, Matthew | Director | $705 | 1.3 | $916.50 |
| Yoshimura, Michael | Director | $670 | 0.6 | $402.00 |
| | | Activity Total | 2.1 | $1,510.50 |
| | | **TOTALS** | **82.1** | **$64,317.00** |

**Open Road Films, LLC, et al. (the "Debtors")**
**Case No. 18-12012 (LSS)**
**FTI Consulting, Inc. Detailed Time and Fee Statement**
**For the Period July 1, 2019 Through July 31, 2019**

| Professional | Rate | Date | Hours Billed | Total | Description |
|---|---|---|---|---|---|
| **Activity Classification: Business / Library Sale Process** | | | | | |
| Agam, Amir M | $960 | 07/01/2019 | 1.4 | 1,344.00 | Call with J. Weiss, J. Yi, R. Smith (KTBS), and M. Ellis (FTI) on holdback / sale issues. Call with same group and A. Tenzer (PH) and K. Herman (BRG) on same. Emails on trailing sale issues. |
| Ellis, Matthew | $705 | 07/01/2019 | 1.5 | 1,057.50 | Call with A. Agam (FTI), KTBS, BRG and PH regarding holdback; Call with J. Weiss, J. Yi, R. Smith (KTBS), and A. Agam (FTI) regarding holdback and other sale-related issues; Work on transfer of assets to Buyer. |
| Ellis, Matthew | $705 | 07/03/2019 | 0.5 | 352.50 | Work on buyer request. |
| Agam, Amir M | $960 | 07/05/2019 | 0.2 | 192.00 | Follow up on post-close issues. |
| Agam, Amir M | $960 | 07/07/2019 | 0.6 | 576.00 | Follow up on post-close issues, including drafting correspondence. |
| Agam, Amir M | $960 | 07/08/2019 | 0.5 | 480.00 | Follow up on holdback release. |
| Ellis, Matthew | $705 | 07/08/2019 | 0.6 | 423.00 | Review holdback claim information. |
| Agam, Amir M | $960 | 07/09/2019 | 0.6 | 576.00 | Follow up on holdback issues. |
| Agam, Amir M | $960 | 07/10/2019 | 1.1 | 1,056.00 | Review email information and follow up related to holdback amounts. Research holdback issues. |
| Agam, Amir M | $960 | 07/11/2019 | 1.1 | 1,056.00 | Review email information and follow up related to holdback amounts. |
| Ellis, Matthew | $705 | 07/11/2019 | 0.7 | 493.50 | Work on holdback claims items. |
| Agam, Amir M | $960 | 07/13/2019 | 0.4 | 384.00 | Follow up on holdback amounts. |
| Agam, Amir M | $960 | 07/14/2019 | 0.6 | 576.00 | Research into holdback issues / review holdback notice. |
| Agam, Amir M | $960 | 07/15/2019 | 0.7 | 672.00 | Follow up on holdback issues. |
| Ellis, Matthew | $705 | 07/19/2019 | 0.4 | 282.00 | Address Buyer request. |
| Agam, Amir M | $960 | 07/24/2019 | 0.2 | 192.00 | Follow up on holdback amounts. |
| Cohen, Asher | $840 | 07/24/2019 | 0.8 | 672.00 | Call with Buyer and escrow issues. |
| Ellis, Matthew | $705 | 07/25/2019 | 0.4 | 282.00 | Work on transfer of assets to Buyer. |
| Ellis, Matthew | $705 | 07/26/2019 | 1.0 | 705.00 | Work on transfer of assets to Buyer. |
| Agam, Amir M | $960 | 07/29/2019 | 0.2 | 192.00 | Follow up on holdback status / issues. |
| Ellis, Matthew | $705 | 07/30/2019 | 0.9 | 634.50 | Remit purchased title receipts to Buyer; Work on transfer of assets to Buyer. |
| | | **Total For Activity** | **14.4** | **$12,198.00** | |
| **Activity Classification: Case Strategy / Communications with Debtors' Counsel** | | | | | |
| Agam, Amir M | $960 | 07/08/2019 | 0.5 | 480.00 | Participate in call with Board, J. Weiss (KTBS) on Plan and Disclosure Statement. |

**Open Road Films, LLC, et al. (the "Debtors")**
**Case No. 18-12012 (LSS)**
**FTI Consulting, Inc. Detailed Time and Fee Statement**
**For the Period July 1, 2019 Through July 31, 2019**

| Professional | Rate | Date | Hours Billed | Total | Description |
|---|---|---|---|---|---|
| **Activity Classification: Case Strategy / Communications with Debtors' Counsel** | | | | | |
| | Total For Activity | | 0.5 | $480.00 | |
| **Activity Classification: Claims Management & Analysis** | | | | | |
| Ellis, Matthew | $705 | 07/01/2019 | 0.9 | 634.50 | Discuss claims analysis with B. Brower (ORF). |
| Agam, Amir M | $960 | 07/03/2019 | 0.3 | 288.00 | Review landlord claim. |
| Agam, Amir M | $960 | 07/08/2019 | 0.3 | 288.00 | Follow up on claims resolution issues. |
| Ellis, Matthew | $705 | 07/08/2019 | 0.3 | 211.50 | Work on claims analysis. |
| Agam, Amir M | $960 | 07/09/2019 | 0.4 | 384.00 | Folllow up on claims issues. |
| Agam, Amir M | $960 | 07/10/2019 | 1.5 | 1,440.00 | Call with B. Levine (Pachulski), J. Weiss (KTBS), M. Ellis (FTI) on claims.  Follow up on same.  Review claims information. |
| Ellis, Matthew | $705 | 07/10/2019 | 0.7 | 493.50 | Call with B. Levine (Pachulski), J. Weiss (KTBS), A. Agam (FTI) on claims. |
| Ellis, Matthew | $705 | 07/22/2019 | 0.5 | 352.50 | Review claims analysis. |
| Ellis, Matthew | $705 | 07/25/2019 | 1.0 | 705.00 | Work on resolving priority claims. |
| Agam, Amir M | $960 | 07/29/2019 | 0.4 | 384.00 | Follow up on landlord claim and declaration. |
| Agam, Amir M | $960 | 07/30/2019 | 0.7 | 672.00 | Call with counsel and Committee professionals on claims. Follow up on claims issues. |
| Ellis, Matthew | $705 | 07/30/2019 | 0.4 | 282.00 | Attend claims call with Pachulski, KTBS, Dundon and A. Agam (FTI). |
| | Total For Activity | | 7.4 | $6,135.00 | |
| **Activity Classification: Communications or Research for Unsecured Creditors or their Counsel** | | | | | |
| Ellis, Matthew | $705 | 07/03/2019 | 0.3 | 211.50 | Address Dundon diligence question. |
| Ellis, Matthew | $705 | 07/15/2019 | 0.3 | 211.50 | Address UCC requests. |
| Ellis, Matthew | $705 | 07/16/2019 | 0.5 | 352.50 | Call with Dundon; address related requests. |
| Ellis, Matthew | $705 | 07/26/2019 | 0.5 | 352.50 | Call with Dundon regarding cash budget; emails related to the same. |
| Agam, Amir M | $960 | 07/31/2019 | 0.5 | 480.00 | Discuss case progress with P. Hurvitz (Dundon). |
| | Total For Activity | | 2.1 | $1,608.00 | |
| **Activity Classification: Fee Application Preparation** | | | | | |
| Ellis, Matthew | $705 | 07/25/2019 | 0.8 | 564.00 | Work on June billing / staffing report. |

**Open Road Films, LLC, et al. (the "Debtors")**
**Case No. 18-12012 (LSS)**
**FTI Consulting, Inc. Detailed Time and Fee Statement**
**For the Period July 1, 2019 Through July 31, 2019**

| Professional | Rate | Date | Hours Billed | Total | Description |
|---|---|---|---|---|---|
| **Activity Classification:  Fee Application Preparation** | | | | | |
| Agam, Amir M | $960 | 07/26/2019 | 0.3 | 288.00 | Review fee statement for June. |
| Ellis, Matthew | $705 | 07/26/2019 | 3.1 | 2,185.50 | Work on June staffing report. |
| Agam, Amir M | $960 | 07/27/2019 | 0.1 | 96.00 | Review fee statement for June. |
| Ellis, Matthew | $705 | 07/29/2019 | 0.2 | 141.00 | Work on June staffing report. |
| | **Total For Activity** | | **4.5** | **$3,274.50** | |
| **Activity Classification:  Interim Management – Cash Management and Reporting** | | | | | |
| Agam, Amir M | $960 | 07/01/2019 | 0.3 | 288.00 | Review payments and send wires. |
| Ellis, Matthew | $705 | 07/01/2019 | 2.3 | 1,621.50 | Review and make payments; Work on June variance report and updated cash budget. |
| Agam, Amir M | $960 | 07/02/2019 | 0.3 | 288.00 | Review and approve variance report. |
| Ellis, Matthew | $705 | 07/02/2019 | 4.7 | 3,313.50 | Work on June variance report; Work on weekly cash budget through 9/30. |
| Agam, Amir M | $960 | 07/03/2019 | 0.8 | 768.00 | Review cash forecast. |
| Agam, Amir M | $960 | 07/05/2019 | 0.2 | 192.00 | Review and approve wires. |
| Ellis, Matthew | $705 | 07/05/2019 | 0.5 | 352.50 | Work on June variance report. |
| Agam, Amir M | $960 | 07/08/2019 | 0.2 | 192.00 | Discuss cash issues with M. Ellis (FTI). |
| Ellis, Matthew | $705 | 07/08/2019 | 1.6 | 1,128.00 | Discuss cash issues with A. Agam (FTI); Work on updated cash budget. |
| Ellis, Matthew | $705 | 07/09/2019 | 0.6 | 423.00 | Work on updated weekly cash budget. |
| Ellis, Matthew | $705 | 07/12/2019 | 1.4 | 987.00 | Produce cash budget variance analysis. |
| Ellis, Matthew | $705 | 07/22/2019 | 0.4 | 282.00 | Make payments. |
| Agam, Amir M | $960 | 07/25/2019 | 0.3 | 288.00 | Review and send payments.  Respond to emails. |
| Agam, Amir M | $960 | 07/26/2019 | 0.3 | 288.00 | Follow up on outgoing payments / staffing. |
| Agam, Amir M | $960 | 07/27/2019 | 0.2 | 192.00 | Make payment.  Follow up on development deal payment. |
| Agam, Amir M | $960 | 07/29/2019 | 0.1 | 96.00 | Review accounts and follow up on payment. |
| Ellis, Matthew | $705 | 07/29/2019 | 0.5 | 352.50 | Make payments. |
| Ellis, Matthew | $705 | 07/30/2019 | 0.4 | 282.00 | Make payments. |
| | **Total For Activity** | | **15.1** | **$11,334.00** | |
| **Activity Classification:  Interim Management – Operations** | | | | | |
| Agam, Amir M | $960 | 07/01/2019 | 0.4 | 384.00 | Respond to emails on various case issues. |

**Open Road Films, LLC, et al. (the "Debtors")**
**Case No. 18-12012 (LSS)**
**FTI Consulting, Inc. Detailed Time and Fee Statement**
**For the Period July 1, 2019 Through July 31, 2019**

| Professional | Rate | Date | Hours Billed | Total | Description |
|---|---|---|---|---|---|
| **Activity Classification: Interim Management – Operations** | | | | | |
| Ellis, Matthew | $705 | 07/01/2019 | 1.2 | 846.00 | Address various operational items (residuals, vendor items, taxes, producer requests). |
| Ellis, Matthew | $705 | 07/02/2019 | 0.9 | 634.50 | Work on closing vendor account; Work on producer request. |
| Agam, Amir M | $960 | 07/03/2019 | 0.4 | 384.00 | Respond to case emails. |
| Ellis, Matthew | $705 | 07/03/2019 | 2.4 | 1,692.00 | Work on producer requests; Work on tax items, other operational items. |
| Agam, Amir M | $960 | 07/08/2019 | 1.6 | 1,536.00 | Respond to ORF emails.  Calls on tax issues. |
| Ellis, Matthew | $705 | 07/08/2019 | 4.0 | 2,820.00 | Address producer requests; Attend tax calls with A. Agam (FTI); review tax information; Call with B. Brower (ORF) regarding vendor items / producer requests. |
| Agam, Amir M | $960 | 07/09/2019 | 0.3 | 288.00 | Respond to emails on miscellaneous issues. |
| Ellis, Matthew | $705 | 07/09/2019 | 0.5 | 352.50 | Address various operational items (tax items, vendor items). |
| Ellis, Matthew | $705 | 07/11/2019 | 0.6 | 423.00 | Address various operational items (tax items, producer items). |
| Ellis, Matthew | $705 | 07/12/2019 | 0.4 | 282.00 | Address various operational items (residuals, vendor items). |
| Agam, Amir M | $960 | 07/15/2019 | 0.2 | 192.00 | Respond to various case emails. |
| Ellis, Matthew | $705 | 07/15/2019 | 0.3 | 211.50 | Work on IT items. |
| Agam, Amir M | $960 | 07/17/2019 | 0.3 | 288.00 | Follow up on miscellaneous case issues.  Send wires. |
| Ellis, Matthew | $705 | 07/17/2019 | 1.0 | 705.00 | Address operational items (vendors, IT). |
| Ellis, Matthew | $705 | 07/18/2019 | 0.4 | 282.00 | Address vendor items. |
| Ellis, Matthew | $705 | 07/19/2019 | 0.3 | 211.50 | Address vendor/producer items. |
| Agam, Amir M | $960 | 07/21/2019 | 0.2 | 192.00 | Review case critical dates. |
| Ellis, Matthew | $705 | 07/22/2019 | 1.0 | 705.00 | Address various operational items (vendor, tax, IT items). |
| Agam, Amir M | $960 | 07/24/2019 | 0.3 | 288.00 | Review / respond to various case emails. |
| Ellis, Matthew | $705 | 07/26/2019 | 0.4 | 282.00 | Work on operational items (HR, tax, vendor items). |
| Agam, Amir M | $960 | 07/30/2019 | 1.0 | 960.00 | Call with counsel on case issue; Review and approve wires. Email correspondence.  Follow up on tax issues. |
| Agam, Amir M | $960 | 07/31/2019 | 1.1 | 1,056.00 | Follow up on operational issues.  Call with B. Rivera (Tang Industries) regarding taxes; follow-up call with M. Ellis (FTI). |
| Ellis, Matthew | $705 | 07/31/2019 | 1.3 | 916.50 | Address various operational items (IT items, tax items, wires); Call with B. Rivera (Tang Industries) regarding taxes; follow-up call with A. Agam (FTI). |
| | | **Total For Activity** | **20.5** | **$15,931.50** | |
| **Activity Classification: Misc. Asset Sales** | | | | | |
| Ellis, Matthew | $705 | 07/30/2019 | 0.3 | 211.50 | Work on sale of Title. |

**Open Road Films, LLC, et al. (the "Debtors")**
**Case No. 18-12012 (LSS)**
**FTI Consulting, Inc. Detailed Time and Fee Statement**
**For the Period July 1, 2019 Through July 31, 2019**

| Professional | Rate | Date | Hours Billed | Total | Description |
|---|---|---|---|---|---|
| **Activity Classification: Misc. Asset Sales** | | | | | |
| | **Total For Activity** | | **0.3** | **$211.50** | |
| **Activity Classification: Monthly Operating Reports** | | | | | |
| Ellis, Matthew | $705 | 07/08/2019 | 0.2 | 141.00 | Work on MOR. |
| Ellis, Matthew | $705 | 07/15/2019 | 5.9 | 4,159.50 | Work on MOR. |
| Agam, Amir M | $960 | 07/16/2019 | 0.7 | 672.00 | Review MOR. |
| Ellis, Matthew | $705 | 07/16/2019 | 2.7 | 1,903.50 | Address questions on MOR; Work on MOR. |
| Ellis, Matthew | $705 | 07/17/2019 | 0.7 | 493.50 | Work on MOR. |
| | **Total For Activity** | | **10.2** | **$7,369.50** | |
| **Activity Classification: Plan and Disclosure Statement** | | | | | |
| Ellis, Matthew | $705 | 07/02/2019 | 0.6 | 423.00 | Review and provide comments on disclosure statement. |
| Agam, Amir M | $960 | 07/03/2019 | 0.1 | 96.00 | Follow up on Plan / DS issues. |
| Agam, Amir M | $960 | 07/05/2019 | 1.2 | 1,152.00 | Review Plan / DS drafts. |
| Ellis, Matthew | $705 | 07/08/2019 | 0.4 | 282.00 | Review disclosure statement. |
| Agam, Amir M | $960 | 07/11/2019 | 0.7 | 672.00 | Follow up on Plan / DS issues. |
| Agam, Amir M | $960 | 07/15/2019 | 0.3 | 288.00 | Follow up on Plan / DS issues. |
| Agam, Amir M | $960 | 07/17/2019 | 0.6 | 576.00 | Follow up on disclosure statement issues. |
| Ellis, Matthew | $705 | 07/17/2019 | 1.1 | 775.50 | Work on disclosure statement. |
| | **Total For Activity** | | **5.0** | **$4,264.50** | |
| **Activity Classification: Work on Motions or Court Filings** | | | | | |
| Ellis, Matthew | $705 | 07/02/2019 | 0.4 | 282.00 | Work on DRC request related to sale of development project. |
| Yoshimura, Michael | $670 | 07/16/2019 | 0.6 | 402.00 | Work on supplemental disclosure. |
| Agam, Amir M | $960 | 07/17/2019 | 0.2 | 192.00 | Review supplemental declaration. |
| Ellis, Matthew | $705 | 07/17/2019 | 0.9 | 634.50 | Work on supplemental disclosure. |
| | **Total For Activity** | | **2.1** | **$1,510.50** | |

**Open Road Films, LLC, et al. (the "Debtors")**
**Case No. 18-12012 (LSS)**
**FTI Consulting, Inc. Detailed Time and Fee Statement**
**For the Period July 1, 2019 Through July 31, 2019**

| Professional | Rate | Date | Hours Billed | Total | Description |
|---|---|---|---|---|---|
| **Grand Total of Hours and Fees** | | | **82.1** | **$64,317.00** | |