**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>OPEN ROAD FILMS, LLC, a Delaware limited liability company, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 18-12012 (LSS)<br><br>(Jointly Administered) |

**USA TODAY AFFIDAVIT OF PUBLICATION FOR**
**NOTICE OF (I) APPROVAL OF DISCLOSURE STATEMENT, (II) ESTABLISHMENT OF VOTING RECORD DATE, (III) HEARING ON CONFIRMATION OF PLAN AND PROCEDURES AND DEADLINE FOR OBJECTING TO CONFIRMATION OF PLAN, AND (IV) PROCEDURES AND DEADLINE FOR VOTING ON PLAN**

Dated: August 30, 2019
    Brooklyn, New York

DONLIN, RECANO & COMPANY, INC.

_____
Nora Morales
Director
6201 15th Avenue
Brooklyn, New York 11219
Telephone: 212-481-1411
Email: nmorales@donlinrecano.com

---

[1] The Debtors and the last four digits of their respective federal taxpayer identification numbers are as follows: Open Road Films, LLC (4435-Del.); Open Road Releasing, LLC (4736-Del.); OR Productions LLC (5873-Del.); Briarcliff LLC (7304-Del.); Open Road International LLC (4109-Del.); and Empire Productions LLC (9375-Del.). The Debtors' address is 1800 Century Park East, Suite 600, Los Angeles, CA 90067.



## VERIFICATION OF PUBLICATION

**COMMONWEALTH OF VIRGINIA**
**COUNTY OF FAIRFAX**

Being duly sworn, Vanessa Salvo says that she is the principal clerk of USA TODAY, and is duly authorized by USA TODAY to make this affidavit, and is fully acquainted with the facts stated herein: on **Wednesday, August 28, 2019**, the following legal advertisement – **Open Road Films, LLC**– was published in the national edition of **USA TODAY.**

_____
Principal Clerk of USA TODAY
August 29, 2019

This  29  day of  August  month
  2019  year.

_____
Notary Public

# Basements are moving up in the world

## Finished space is a must for sellers

**Andria Cheng**
Special to USA TODAY

Mary Weichert, a real estate agent in Chatham, New Jersey, for 20 years, has seen a shift in expectations for finished basements. They're no longer just a nice-to-have feature for your home – they're a must-have if you want to put your house on the market.

"Buyers expect to come down to the basement and open up to a nice room," Weichert says. "They like their basement to be additional living space."

With this change, the basement is moving beyond its traditional role of storage or laundry space and expanding to everything from a suite with guest bathroom and kitchenette to a home theater or office.

"It really is a space that should be developed," Weichert says.

Nearly three-fifths of homeowners say their top reason to remodel a basement is to "add features and improve livability," according to the most recent basement remodeling impact study by the National Association of Realtors and National Association of the Remodeling Industry. More than four-fifths of homeowners say they "have a greater desire to be home" since finishing their basements.

"People are putting more money into the basement," says Dennis Gehman, owner of a design remodeling company in Harleysville, Pennsylvania. His firm gets inquiries about basement projects about once


Basement projects can be done on a variety of budgets. Dennis Gahmen, owner of a design remodeling company, has done projects between $40,000 and $250,000. HORUS PHOTOGRAPHY

a week and completes about five to six a year.

### Keep water out

With the basement below ground, the No. 1 thing homeowners should do is make sure the area is professionally waterproofed, Weichert says.

Weichert also advises installing a dehumidifier to keep moisture out.

### What's your budget?

Gehman, who has been in the remodeling business for decades, says his company has handled basement projects that range from a kids' playroom for less than $40,000 to a furnished home theater in an 1,800-square-foot space outfitted with a bathroom and bar. The price tag for that? About $250,000.

"Talk with your contractor or designer to decide what budget you have," he says. "Start with your dream and work back down. Maybe do phase 1 here one year and phase 2 the following year."

The midrange of basement remodeling projects costs an average $71,000 nationwide, according to Remodeling Magazine's most recent Cost vs. Value study on basements. It estimates that homeowners could recoup 70% of their costs when they sell the house.

### Brighten it up

Lighting is a critical component of an inviting basement, so industry experts advise plenty of recessed LED lighting as well as accent lighting or side table lamps. Homeowners can replace existing small windows with larger ones to let in more natural light.

Good lighting will make a basement "feel like a natural living space," says Lucy O'Brien, an interior designer in Philadelphia.

Mirrors, as well as metallic or any other "highly reflective" wallpaper on the ceiling, also are good tricks to reflect light and liven up a basement space that's "usually dingy and not very interesting," she says.

If homeowners want to make their ceilings feel higher, they can skip a dropped ceiling and leave the electrical wiring and existing structure of the wood beams exposed and paint them white, Weichert says.

"That would give you the illusion of a higher ceiling," she says. "You go with a very industrial look with exposed ceiling. You want everything as light and bright as possible."

### Vinyl flooring

Even though carpet traditionally has been used for basement flooring because it's "softer and warmer," Gehman says luxury vinyl plank or vinyl tile flooring is "taking off."

"It looks really good and it's pretty inexpensive compared with tile or wood," he says, adding that most of the vinyl flooring comes with a lifetime warranty for residential use.

Hardwood isn't recommended for a basement because of moisture that may lie underground, he says.

### Flow with the house

Approach decorating your basement as you would the rest of your house.

"Add textiles, pillows and that warmth that you'd put in your upstairs living room," O'Brien says.

If a house's design is open concept, homeowners should follow the same plan for their basement, Weichert says. People "want to walk downstairs (and) feel it's an extension of the first or second floor."

# Arby's president to lead Papa John's

**Billy Kobin**
USA TODAY NETWORK

Papa John's is passing the pizza chain's top job to another veteran in fast food – Arby's President Rob Lynch.

Papa John's, based in Louisville, Kentucky, announced Tuesday morning that Lynch would replace Steve Ritchie as president and CEO, effective immediately.

Bloomberg first reported Monday night that Papa John's had selected Lynch as CEO.

The move represents the latest shakeup for the country's third-largest pizza delivery company, which has fought to improve its image and financial stock since the summer of 2018, when founder John Schnatter admitted using a racial slur in a media training session.

Schnatter, the longtime face of Papa John's and its ad campaigns, was stripped of his chairmanship of the company's board of directors and also lost his multimillion-dollar endorsement contract.

Sales plummeted last year, with Papa John's seeing a decline of $72 million in net income and closing nearly 190 stores.

Lynch has been president of Arby's since 2017. The Atlanta-based fast-food restaurant chain, known for its roast beef sandwiches, has more than 3,300 locations worldwide.

"I am humbled and excited by the opportunity to work with this outstanding team to help make Papa John's the best pizza company in the world," Lynch said in a statement. "Papa John's has the most loved pizza in the industry, incredibly dedicated team members and

> Lynch's priority at Papa John's is "to focus the company … on the brand's tremendous future potential, building on Papa John's history of great food, outstanding customer service and passionate team members."

franchisees that have proven their resilience and commitment, and a long history of innovation that puts the company at the front of where the food service industry is going."

Lynch joined Arby's in 2013 as its chief marketing officer, where he created the company's "We Have the Meats" campaign.

He has worked for Proctor & Gamble Co. and Heinz as well as for Louisville-based Yum Brands, where he served as vice president of brand marketing for Taco Bell.

His priority at Papa John's is "to focus the company and its franchisees on the brand's tremendous future potential, building on Papa John's history of great food, outstanding customer service and passionate team members," the statement said.

Lynch replaces Ritchie, who took over as Papa John's CEO in January 2018 after Schnatter stepped down from the role, a few months after he criticized NFL leadership and blamed national anthem protests by football players for declining sales.

Jeff Smith, the chairman of Papa John's board of directors, said he was "thrilled to welcome (Lynch) to Papa John's at this pivotal moment in the company's history."

Schnatter has been trimming his stake in Papa John's shares. Last week, he earned more than $30 million after selling more than 700,000 shares.

As part of efforts to rejuvenate its image, Papa John's announced in March that NBA Hall of Famer Shaquille O'Neal would join the its board and be its brand ambassador.

## MARKETPLACE TODAY

For advertising information: 1.800.397.0070    www.russelljohns.com/usat

### NOTICES

**LEGAL NOTICE**

UNITED STATES BANKRUPTCY COURT, DISTRICT OF DELAWARE
In re OPEN ROAD FILMS, LLC, a Delaware   Chapter 11, Case No.: 18-12012 (LSS)
limited liability company, et al.,[1]    (Jointly Administered)
Debtors.                                  Re Docket No. 819

NOTICE OF (I) APPROVAL OF DISCLOSURE STATEMENT, (II) ESTABLISHMENT OF VOTING RECORD DATE, (III) HEARING ON CONFIRMATION OF PLAN AND PROCEDURES AND DEADLINE FOR OBJECTING TO CONFIRMATION OF PLAN, AND (IV) PROCEDURES AND DEADLINE FOR VOTING ON PLAN
PLEASE TAKE NOTICE OF THE FOLLOWING: [legal notice text continues]

### LEGAL NOTICE

IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE
In re: FTD Companies, Inc., et al.,[1]   Chapter 11, Case No. 19-11240 (LSS)
Debtors.                                  (Jointly Administered)

NOTICE OF BAR DATES FOR FILING PROOFS OF CLAIM AND ASSERTION OF POSTPETITION ADMINISTRATIVE EXPENSE CLAIMS
TO ANY CREDITORS OF THE ABOVE-CAPTIONED ENTITIES (THE "DEBTORS"): [legal notice text continues]

## GET YOUR BUSINESS NOTICED!
Print • Online Classifieds • Web Banners
Call Us Today To Advertise!
**(800) 397-0070**

## Did you know?

Newspaper's generated content is so valuable it's taken & repeated, posted, copied, condensed, broadcasted, tweeted, discussed, edited and emailed countless times throughout the day by others?



Discover the effective power of USA TODAY Classifieds advertising!
Contact us today! Call 1-800-397-0070 or email sales@russelljohns.com