**UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| OPEN ROAD FILMS, LLC, a Delaware limited liability company, *et al.*,[1] | Case No.: 18-12012 (LSS) |
| Debtors. | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON SEPTEMBER 23, 2019 AT 3:00 P.M. (ET)**

**ADJOURNED MATTERS**

1. Official Committee of Unsecured Creditors' (I) Objection to Claim Nos. 334, 336, 338, and 340 Asserted by Creative Artists Agency, LLC and (II) Request for a Limited Waiver of Local Rule 3007-1(f)(iii), to the Extent Such Rule May Apply [D.I. 815, 8/21/19]

    Response Deadline:          September 4, 2019 at 4:00 p.m. (ET)

    Responses Received:         None

    Related Documents:          None

    Status:   This matter is adjourned until November 6, 2019 at 2:00 p.m. (ET).

2. Official Committee of Unsecured Creditors' (I) Objection to Claim No. 298 and Claim No. 299 Asserted by One Hundred Towers L.L.C. and (II) Request for a Limited Waiver of Local Rule 3007-1(f)(iii), to the Extent Such Rule May Apply [D.I. 816, 8/21/19]

    Response Deadline:          September 4, 2019 at 4:00 p.m. (ET)

    Responses Received:         None

    Related Documents:          None

    Status:   This matter is adjourned until November 6, 2019 at 2:00 p.m. (ET).

---

[1] The Debtors and the last four digits of their respective federal taxpayer identification numbers are as follows: Open Road Films, LLC (4435-Del.); Open Road Releasing, LLC (4736-Del.); OR Productions LLC (5873-Del.); Briarcliff LLC (7304-Del.); Open Road International LLC (4109-Del.); and Empire Productions LLC (9375-Del.). The Debtors' address 1800 Century Park East, Suite 600, Los Angeles, CA 90067.

25145295.1

**UNCONTESTED MATTER – CERTIFICATION FILED**

3. Debtors' Fourth Motion for Entry of an Order, Pursuant to Bankruptcy Rules 9006 and 9027, Extending the Period Within Which the Debtors May Remove Actions Pursuant to 28 U.S.C. § 1452 [D.I. 836, 9/3/19]

   Response Deadline:     September 16, 2019 at 4:00 p.m. (ET)

   Responses Received:    None

   Related Documents:

       A.   Certificate of No Objection [D.I. 855, 9/17/19]

       B.   Proposed Order

   Status:   No objections have been received, and a Certificate of No Objection has been filed. No hearing is required unless the Court has questions.

Dated: September 19, 2019

*/s/ Robert F. Poppiti, Jr.*
Michael R. Nestor, Esq. (Bar No. 3526)
Robert F. Poppiti, Jr., Esq. (Bar No. 5052)
Ian J. Bambrick, Esq. (Bar No. 5455)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Tel:   (302) 571-6600
Fax:   (302) 571-1253

and

Michael L. Tuchin, Esq.
Jonathan M. Weiss, Esq.
Sasha M. Gurvitz, Esq.
KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 Avenue of the Stars, 39th Floor
Los Angeles, CA 90067
Tel:   (310) 407-4000
Fax:   (310) 407-9090

*Counsel to Debtors and Debtors in Possession*