**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>OPEN ROAD FILMS, LLC, a Delaware limited liability company, *et al.*,[1]<br><br>　　　　　　　　Debtors. | Chapter 11<br><br>Case No.: 18-12012 (LSS)<br><br>(Jointly Administered) |

**NOTICE OF AMENDED[2] AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON OCTOBER 2, 2019 AT 1:30 P.M. (ET)**

**Hearing Location:**  United States Bankruptcy Court for the District of Delaware
　　　　　　　　　824 N. Market Street
　　　　　　　　　5th Floor, Courtroom No. 6
　　　　　　　　　Wilmington, DE 19801

**UNCONTESTED MATTERS – CERTIFICATIONS FILED**

1. Official Committee of Unsecured Creditors' First (Non-Substantive) Objection to Certain (A) Amended and Superseded Claims, (B) Duplicative Claims, (C) Misclassified Priority Claims, and (D) Late-Filed Claims [D.I. 834, 8/30/19]

    Response Deadline:　　　　　　　　September 13, 2019 at 4:00 p.m. (ET)

    Responses Received:　　　　　　　Informal comments from The McGregor Company ("McGregor")

    Related Documents:

    　　A.　Certification of Counsel [D.I. 882, 9/30/19]

    　　B.　Proposed Order

    Status:　The Committee and McGregor have agreed to adjourn the Committee's objection to McGregor's claim **to the hearing scheduled for November 6, 2019 at 2:00 p.m. (ET).** No responses were received to the remaining objections to claims and the Committee **has submitted a revised proposed form of order under certification of counsel.** No hearing is required unless the Court has questions.

---

[1]　The Debtors and the last four digits of their respective federal taxpayer identification numbers are as follows: Open Road Films, LLC (4435-Del.); Open Road Releasing, LLC (4736-Del.); OR Productions LLC (5873-Del.); Briarcliff LLC (7304-Del.); Open Road International LLC (4109-Del.); and Empire Productions LLC (9375-Del.). The Debtors' address 1800 Century Park East, Suite 600, Los Angeles, CA 90067.

[2]　**Amended items appear in bold.**

25145360.3

2. Official Committee of Unsecured Creditors' Second (Substantive) Objection to Certain (A) No Liability Claims and (B) Misclassified Claims [D.I. 835, 8/30/19]

    Response Deadline:    September 13, 2019 at 4:00 p.m. (ET)

    Responses Received:    None

    Related Documents:

        A. Notice of Submission of Proofs of Claim In Connection With the Official Committee of Unsecured Creditors' Second (Substantive) Objection to Certain (A) No Liability Claims and (B) Misclassified Claims [D.I. 856, 9/18/19]

        B. Certificate of No Objection [D.I. 877, 9/27/19]

        C. Proposed Order

    Status: No objections have been received and a Certificate of No Objection has been filed. No hearing is required unless the Court has questions.

## MATTER GOING FORWARD – CONFIRMATION OF CHAPTER 11 PLAN

3. Joint Chapter 11 Plan of Liquidation Proposed by Debtors and Official Committee of Unsecured Creditors [D.I. 769, 7/17/19]

    Response Deadline:    September 25, 2019 at 4:00 p.m. (ET), extended to September 26, 2019 at 4:00 p.m. for the U.S. Trustee

    Responses Received:    None

    Related Documents:

        A. Order (I) Approving Disclosure Statement, (II) Fixing Voting Record Date, (III) Scheduling Plan Confirmation Hearing and Approving Form and Manner of Related Notice and Objection Procedures, (IV) Approving Solicitation Packages and Procedures and Deadlines for Soliciting, Receiving and Tabulating Votes on the Plan, and (V) Approving the Form of Ballot and Notice to Non-Voting Plan Classes [D.I. 819, 8/22/19]

        B. Disclosure Statement for Joint Chapter 11 Plan of Liquidation Proposed by Debtors and Official Committee of Unsecured Creditors (Solicitation Version) [D.I. 821, 8/22/19]

    C.    Notice of (I) Approval of Disclosure Statement, (II) Establishment of Voting Record Date, (III) Hearing on Confirmation of Plan and Procedures and Deadline for Objecting to Confirmation of Plan, and (IV) Procedures and Deadline for Voting on Plan [D.I. 822, 8/22/19]

    D.    Notice of Filing of *Proposed* Findings of Fact, Conclusions of Law, and Order Confirming Joint Chapter 11 Plan of Liquidation Proposed by Debtors and Official Committee of Unsecured Creditors [D.I. 853, 9/16/19]

    E.    Notice of Filing of Plan Supplement for Joint Chapter 11 Plan of Liquidation Proposed by Debtors and Official Committee of Unsecured Creditors, Including (I) Assumption of Contracts and Leases, (II) Fixing of Cure Amounts, and (III) Deadline to Object Thereto [D.I. 854, 9/16/19]

    F.    Notice of Amended Schedule of Assumed Agreements [D.I. 861, 9/19/19]

    G.    Declaration of John Burlacu on Behalf of Donlin, Recano & Company, Inc. Regarding Voting and Tabulation of Ballots Accepting and Rejecting the Joint Chapter 11 Plan of Liquidation Proposed by Debtors and Official Committee of Unsecured Creditors [D.I. 876, 9/27/19]

    H.    Memorandum of Law in Support of Confirmation of Joint Chapter 11 Plan of Liquidation Proposed by Debtors and Official Committee of Unsecured Creditors [D.I. 879, 9/27/19]

    I.    Declaration of Amir Agam in Support of Confirmation of Joint Chapter 11 Plan of Liquidation Proposed by Debtors and Official Committee of Unsecured Creditors [D.I. 880, 9/27/19]

<u>Status</u>:    This matter is going forward on an uncontested basis.

Dated: September 30, 2019

*/s/Ian J. Bambrick*
Michael R. Nestor, Esq. (Bar No. 3526)
Robert F. Poppiti, Jr., Esq. (Bar No. 5052)
Ian J. Bambrick, Esq. (Bar No. 5455)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Tel:   (302) 571-6600
Fax:   (302) 571-1253

and

Michael L. Tuchin, Esq.
Jonathan M. Weiss, Esq.
Sasha M. Gurvitz, Esq.
KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 Avenue of the Stars, 39th Floor
Los Angeles, CA 90067
Tel:   (310) 407-4000
Fax:   (310) 407-9090

*Counsel to Debtors and Debtors in Possession*