**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>OPEN ROAD FILMS, LLC, a Delaware limited liability company, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 18-12012 (LSS)<br><br>(Jointly Administered)<br><br>**Ref. Dkt. No. 895** |

**NOTICE OF (I) CONFIRMATION AND EFFECTIVE DATE OF THE JOINT CHAPTER 11 PLAN OF LIQUIDATION PROPOSED BY DEBTORS AND OFFICIAL COMMITTEE OF UNSECURED CREDITORS, AND (II) DEADLINE UNDER THE PLAN AND THE CONFIRMATION ORDER TO FILE PROFESSIONAL FEE CLAIMS, ADMINISTRATIVE EXPENSE CLAIMS, AND REJECTION CLAIMS**

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

1.    **Entry of the Confirmation Order**.  On October 3, 2019, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered an order [Dkt. No. 895] (the "Confirmation Order") confirming the *Joint Chapter 11 Plan of Liquidation Proposed by Debtors and Official Committee of Unsecured Creditors* attached as Exhibit A to the Confirmation Order (together with all exhibits thereto, and as may be amended, modified, or supplemented, the "Plan")[2] in the chapter 11 cases of the above captioned debtors and debtors in possession (collectively, the "Debtors").

2.    **Effective Date of the Plan**.  The Effective Date of the Plan is **October 7, 2019**.

3.    **Deadline to File Professional Fee Claims**.  **As provided in Section 11.3 of the Plan and in the Confirmation Order, all Professional Persons requesting compensation or reimbursement of expenses incurred after the Petition Date and prior to the Effective Date must file and serve, on all parties entitled to notice thereof, a Fee Application for final allowance of compensation and reimbursement of expenses no later than November 6, 2019** (*i.e.*, **thirty (30) calendar days after the Effective Date) and any objections to such applications must be made no later than November 20, 2019 and in accordance with applicable rules of the Bankruptcy Court.**

4.    **Administrative Expense Claim Bar Date**.  **As provided in Section 11.2 of the Plan and in the Confirmation Order, all requests for payment of all Administrative Expenses arising on or after December 21, 2018, other than for which a request and/or proof of Claim has previously been filed, must be Filed and served on the Liquidating Debtors and the U.S. Trustee by no later than November 6, 2019** (*i.e.*, **thirty (30) calendar days after the Effective Date).**

---

[1]  The Debtors and the last four digits of their respective federal taxpayer identification numbers are as follows: Open Road Films, LLC (4435-Del.); Open Road Releasing, LLC (4736-Del.); OR Productions LLC (5873-Del.); Briarcliff LLC (7304-Del.); Open Road International LLC (4109-Del.); and Empire Productions LLC (9375-Del.). The Debtors' address is 1800 Century Park East, Suite 600, Los Angeles, California 90067.

[2]  Capitalized terms used but not otherwise defined in this Notice have the meanings ascribed to them in the Plan.

5. **Deadline to File Contract and Lease Rejection Damage Claims**. As provided for in Article VI of the Plan and in the Confirmation Order, except for any executory contracts or unexpired leases (i) that previously were assumed or rejected by an order of the Bankruptcy Court, pursuant to section 365 of the Bankruptcy Code, (ii) that are listed for assumption by the Debtors as of the Effective Date in a Plan Supplement to be filed and served on affected non-Debtor counterparties, (iii) as to which a motion for approval of the assumption or rejection of such contract or lease has been Filed and served prior to the Effective Date, (iv) that constitute contracts of insurance in favor of, or that benefit, the Debtors or the Estates, or (v) that were previously sold, conveyed or otherwise assigned pursuant to Final Order, **each executory contract and unexpired lease entered into by the Debtors prior to the Petition Date that has not previously expired or terminated pursuant to its own terms shall be deemed rejected pursuant to section 365 of the Bankruptcy Code as of the Effective Date**. Without limiting the foregoing, the indemnification obligations in favor of the Debtors' current officers, managers, and representatives, to the extent not previously rejected, shall be assumed as of the Effective Date, and all other pre-Effective Date indemnification obligations of the Debtors shall be deemed rejected as of the Effective Date to the extent that such obligations are contained in executory contracts within the meaning of section 365 of the Bankruptcy Code. **If the rejection of an executory contract or unexpired lease pursuant to the Plan or otherwise gives rise to a Claim by the other party or parties to such contract or lease, such Claim shall be forever barred and shall not be enforceable against the Debtors or their Estates unless a proof of Claim is Filed and served on the Plan Administrator and its counsel no later than November 6, 2019** (*i.e.*, thirty (30) calendar days after the Effective Date).

6. **Copies of Confirmation Order**. The Confirmation Order may be examined free of charge at www.donlinrecano.com/openroad. The Confirmation Order is also on file with the Bankruptcy Court and may be viewed by accessing the Bankruptcy Court's website at www.ecf.deb.uscourts.gov. To access documents on the Bankruptcy Court's website, you will need a PACER password and login, which can be obtained at www.pacer.gov.

Dated: October 7, 2019
      Wilmington, Delaware

*/s/ Robert F. Poppiti, Jr.*

| | |
|---|---|
| Michael R. Nestor, Esq. (Bar No. 3526) | Michael L. Tuchin, Esq. |
| Robert F. Poppiti, Jr., Esq. (Bar No. 5052) | Jonathan M. Weiss, Esq. |
| Ian J. Bambrick, Esq. (Bar No. 5455) | KLEE, TUCHIN, BOGDANOFF & STERN LLP |
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | 1999 Avenue of the Stars |
| Rodney Square | 39th Floor |
| 1000 North King Street | Los Angeles, CA 90067 |
| Wilmington, Delaware 19801 | Tel: (310) 407-4031 |
| Tel: (302) 571-4757 | Fax: (310) 407-9090 |
| Fax: (302) 571-1253 | |

*Counsel to the Debtors and Debtors in Possession*