## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>OPEN ROAD FILMS, LLC, a Delaware limited liability company, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 18-12012 (LSS)<br><br>(Jointly Administered) |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                                            ) ss:
COUNTY OF KINGS          )

I, Ted Tokuda, declare:

1. I am over the age of 18 years and not a party to these chapter 11 cases.

2. I am employed by Donlin, Recano & Company, Inc. ("DRC"), 6201 15th Avenue, Brooklyn, NY 11219.

3. On the 7th day of October, 2019, at my direction and under my supervision, employees of DRC caused to serve the *Thirteenth Staffing and Compensation Report of FTI Consulting, Inc. for the Period September 1, 2019 Through September 30, 2019* (Docket No. 901) to be served via Electronic Mail upon the parties as set forth on Exhibit 1; and via First Class US Mail upon the parties as set forth on Exhibit 2, attached hereto.

I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge. Executed this 8th day of October, 2019, Brooklyn, New York.

By _____
Ted Tokuda

Sworn before me this
8th day of October, 2019

_____
Notary Public

JOHN BURLACU
Notary Public - State of New York
No. 01BU6376078
Qualified in Nassau County
My Comm. Expires June 4, 2022

---

[1] The Debtors and the last four digits of their respective federal taxpayer identification numbers are as follows: Open Road Films, LLC (4435-Del.); Open Road Releasing, LLC (4736-Del.); OR Productions LLC (5873-Del.); Briarcliff LLC (7304-Del.); Open Road International LLC (4109-Del.); and Empire Productions LLC (9375-Del.). The Debtors' address is 1800 Century Park East, Suite 600, Los Angeles, CA 90067.

ORF00171

# EXHIBIT 1

**Open Road Films, LLC, et al.**
**Electronic Mail**
**Exhibit Page**

| 000131P001-1400S-176 | 000131P001-1400S-176 | 000132P001-1400S-176 |
|---|---|---|
| PACHULSKI STANG ZIEHL & JONES LLP | PACHULSKI STANG ZIEHL & JONES LLP | PACHULSKI STANG ZIEHL & JONES LLP |
| ROBERT J FEINSTEIN;SCOTT L HAZAN | ROBERT J FEINSTEIN;SCOTT L HAZAN | COLIN R ROBINSON, ESQ |
| 780 THIRD AVE, 34TH FLOOR | 780 THIRD AVE, 34TH FLOOR | 919 N MARKET ST, 17TH FLOOR |
| NEW YORK NY 10017 | NEW YORK NY 10017 | WILMINGTON DE 19801 |
| RFEINSTEIN@PSZJLAW.COM | SHAZAN@PSZJLAW.COM | CROBINSON@PSZJLAW.COM |

Records Printed :   3

# EXHIBIT 2

# Open Road Films, LLC, et al.
## Exhibit Page

Page # : 1 of 1                                                                 10/07/2019 02:09:53 PM

| | | |
|---|---|---|
| 000006P002-1400S-176<br>OFFICE OF THE U.S. TRUSTEE<br>LINDA RICHENDERFER<br>844 KING STREET<br>SUITE 2207<br>WILMINGTON DE 19801 | 000131P001-1400S-176<br>PACHULSKI STANG ZIEHL & JONES LLP<br>ROBERT J FEINSTEIN;SCOTT L HAZAN<br>780 THIRD AVE, 34TH FLOOR<br>NEW YORK NY 10017 | 000132P001-1400S-176<br>PACHULSKI STANG ZIEHL & JONES LLP<br>COLIN R ROBINSON, ESQ<br>919 N MARKET ST, 17TH FLOOR<br>WILMINGTON DE 19801 |

Records Printed :   3