IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>OPEN ROAD FILMS, LLC, a Delaware limited<br>liability company, *et al.*[1]<br><br>                           Debtors. | Chapter 11<br><br>Case No.: 18-12012 (LSS)<br><br>(Jointly Administered)<br><br>**Re: Docket No. 868 and 869** |

**CERTIFICATION OF COUNSEL REGARDING OMNIBUS ORDER
APPROVING CERTAIN QUARTERLY FEE APPLICATIONS ON AN INTERIM
BASIS FOR THE PROFESSIONALS OF THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS**

      1.     The undersigned counsel for the Official Committee of Unsecured

Creditors (the "Committee") hereby submits, the proposed *Omnibus Order Approving Certain*

*Quarterly Fee Applications on an Interim Basis for the Professionals of the Official Committee*

*of Unsecured Creditors* (the "Proposed Order"). The Proposed Order is attached hereto as

Exhibit 1.

      2.     Respective certifications of no objection have been filed regarding each

pending quarterly fee application.

      3.     Pachulski Stang Ziehl & Jones LLP ("PSZJ") received informal comments

to the *Fourth Quarterly Application for Compensation and for Reimbursement of Expenses of*

*Pachulski Stang Ziehl & Jones LLP, as Counsel for the Official Committee of Unsecured*

---

[1] The Debtors and the last four digits of their taxpayer identification numbers include: Open Road Films, LLC (4435-Del.); Open Road Releasing, LLC (4736-Del.); OR Productions LLC (5873-Del.); Briarcliff LLC (7304-Del.); Open Road International LLC (4109-Del.); and Empire Productions LLC (9375-Del.). The Debtors' address is 2049 Century Park East, 4th Floor, Los Angeles, CA 90067. Additional affiliated entities, including, but not limited to, IM Global LLC, Global Road Entertainment Television LLC (f/k/a IM Global TV LLC), Tang Media Partners LLC, and Global Road Entertainment LLC, are not debtors in these Cases and have not commenced chapter 11 cases.

*Creditors for the Period from June 1, 2019 through August 31, 2019* (the "Application") [Docket No. 869] from the Office of the United States Trustee (the "UST"). PSZJ has agreed to reduce its total fees in the amount of $279.39 and expenses in the amount of $1,145.00. This agreed reduction is reflected in the Proposed Order.

3.      The respective quarterly fee applications are scheduled for hearing on November 6, 2019 at 2:00 p.m. (prevailing Eastern time).

4.      Accordingly, the Committee respectfully requests that the Court enter the Proposed Order at its earliest convenience.


Dated: November 4, 2019
       Wilmington, Delaware

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Colin R. Robinson*
Robert J. Feinstein (NY Bar No. 1767805)
Scott L. Hazan (NY Bar No. 1002013)
Colin R. Robinson (DE Bar No. 5524)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899 (Courier 19801)
Telephone: 302-652-4100
Facsimile:  302-652-4400
E-mail: rfeinstein@pszjlaw.com
         shazan@pszjlaw.com
         crobinson@pszjlaw.com

*Counsel for the Official Committee of Unsecured Creditors*

2