IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>OPEN ROAD FILMS, LLC, a Delaware limited liability company, *et al.*[1],<br><br>Debtors. | Chapter 11<br><br>Case No.: 18-12012 (LSS)<br><br>(Jointly Administered) |

**Objection Deadline:  November 27, 2019 at 4:00 p.m.**
**Hearing Date:  Scheduled only if Necessary**

**THIRTEENTH MONTHLY APPLICATION**
**FOR COMPENSATION AND REIMBURSEMENT OF**
**EXPENSES OF PACHULSKI STANG ZIEHL & JONES LLP,**
**AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED**
**CREDITORS FOR THE PERIOD SEPTEMBER 1, 2019 THROUGH OCTOBER 7, 2019**

| | |
|---|---|
| Name of Applicant: | Pachulski Stang Ziehl & Jones LLP |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | September 14, 2018 by Order entered October 24, 2018 |
| Period for which Compensation and Reimbursement is Sought: | September 1, 2019 – October 7,  2019 |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $93,998.00 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $5,982.42 |

This is a:     x  monthly     ___ interim     ___ final application.

---

[1] The Debtors and the last four digits of their taxpayer identification numbers include:  Open Road Films, LLC (4435-Del.); Open Road Releasing, LLC (4736-Del.); OR Productions LLC (5873-Del.); Briarcliff LLC (7304-Del.); Open Road International LLC (4109-Del.); and Empire Productions LLC (9375-Del.). The Debtors' address is 2049 Century Park East, 4th Floor, Los Angeles, CA 90067. Additional affiliated entities, including, but not limited to, IM Global LLC, Global Road Entertainment Television LLC (f/k/a IM Global TV LLC), Tang Media Partners LLC, and Global Road Entertainment LLC, are not debtors in these Cases and have not commenced chapter 11 cases.

The total time expended for preparation of this monthly fee application is approximately 5.5 hours and the corresponding compensation requested is approximately $2,172.50.

## PRIOR MONTHLY APPLICATIONS FILED

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 11/06/18 | 09/14/18 – 09/30/18 | $113,804.50 | $492.01 | $91,043.60 | $492.01 |
| 11/27/18 | 10/01/18 – 10/31/18 | $188,428.75 | $4,886.30 | $150,743.00 | $4,886.30 |
| 12/20/18 | 11/01/18 – 11/30/18 | $103,004.00 | $2,562.69 | $82,403.20 | $2,562.69 |
| 02/13/19 | 12/01/18 – 12/31/18 | $103,210.50 | $1,893.35 | $82,568.40 | $1,893.35 |
| 03/20/19 | 01/01/19 – 01/31/19 | $46,897.50 | $2,538.19 | $37,197.40 | $2,538.19 |
| 03/20/19 | 02/01/19 – 02/28/19 | $44,221.50 | $1,353.20 | $35,377.20 | $1,353.20 |
| 06/07/19 | 03/01/19 – 03/31/19 | $47,957.00 | $4,290.22 | $38,365.60 | $4,290.22 |
| 06/07/19 | 04/01/19 – 04/30/19 | $45,035.50 | $2,524.46 | $36,028.40 | $2,524.46 |
| 06/20/19 | 05/01/19 – 05/31/19 | $36,288.50 | $2,317.15 | $29,030.80 | $2,317.15 |
| 09/18/19 | 06/01/19 – 06/30/19 | $78,824.50 | $2,073.42 | $63,059.60 | $2,073.42 |
| 09/20/19 | 07/01/19 – 07/31/19 | $28,599.50 | $1,870.58 | $22,879.60 | $1,870.58 |
| 11/06/19 | 08/01/19 – 08/31/19 | $89,287.00 | $3,046.40 | $71,429.60 | $3,046.40 |

## PSZ&J PROFESSIONALS

| Name of Professional Individual | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice | Hourly Billing Rate (including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Robert J. Feinstein | Partner 2001; Member NY Bar since 1982 | $1,145.00 | 2.60 | $2,977.00 |
| | Travel time | $572.50 | 5.00 | $2,862.50 |
| Scott L. Hazan | Partner 2017; Member NY Bar since 1974 | $1,145.00 | 1.00 | $1,145.00 |
| Andrew R. Caine | Partner 1989/2013; Member CA Bar since 1983 | $1,050.00 | 0.40 | $420.00 |
| Jeffrey W. Dulberg | Partner 2004; Member CA Bar since 1995 | $850.00 | 28.70 | $24,395.00 |
| Beth E. Levine | Of Counsel 2002; Member of NY and NJ Bars since 1993 | $795.00 | 45.30 | $36,013.50 |
| Colin R. Robinson | Of Counsel 2012; Member of DE Bar since 2010; Member of NJ and PA Bars since 2001 | $795.00 | 4.00 | $3,180.00 |

| Name of Professional Individual | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice | Hourly Billing Rate (including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Peter J. Keane | Of Counsel 2018; Member of DE Bar since 2010; Member of NH Bar since 2010; PA Bar since 2008 | $695.00 | 0.30 | $208.50 |
| La Asia S. Canty | Paralegal 2017 | $395.00 | 36.80 | $14,536.00 |
| Patricia E. Cuniff | Paralegal 2000 | $395.00 | 15.40 | $6,083.00 |
| Andrea R. Paul | Case Management Assistant | $325.00 | 1.00 | $325.00 |
| Beatrice M. Koveleski | Case Management Assistant | $325.00 | 0.10 | $32.50 |
| Charles J. Bouzoukis | Case Management Assistant | $325.00 | 4.70 | $1,527.50 |
| Karen S. Neil | Case Management Assistant | $325.00 | 0.90 | $292.50 |

Grand Total:      $93,998.00
Total Hours:      146.20
Blended Rate:     $642.94

### COMPENSATION BY CATEGORY

| Project Categories | Total Hours | Total Fees |
|---|---|---|
| Asset Analysis/Recovery | 0.40 | $420.00 |
| Asset Disposition | 0.30 | $255.00 |
| Case Administration | 6.60 | $2,645.50 |
| Claims Administration/Objections | 89.40 | $62,312.00 |
| Compensation of Prof./Others | 2.20 | $1,109.50 |
| Financing | 0.40 | $158.00 |
| Hearing | 3.90 | $1,717.00 |
| Non-Working Travel | 5.00 | $2,862.50 |
| PSZ&J Compensation | 23.80 | $9,606.50 |
| Plan & Disclosure Statement | 14.20 | $12,912.00 |
| **Total** | **146.20** | **$93,998.00** |

## EXPENSE SUMMARY

| Expense Category | Service Provider[2] (if applicable) | Total Expenses |
|---|---|---|
| Auto Travel Expense | | $178.57 |
| Conference Call | | $229.65 |
| Delivery/Courier Service | Advita | $1,105.00 |
| Pacer – Court Research | | $381.70 |
| Postage | | $1,164.30 |
| Reproduction Expense | | $1,135.80 |
| Reproduction/ Scan Copy | | $480.40 |
| Research | Everlaw | $1,000.00 |
| Travel Expense | Amtrak | $307.00 |
| **Total** | | **$5,982.42** |

---

[2] PSZ&J may use one or more service providers. The service providers identified herein below are the primary service providers for the categories described.

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>OPEN ROAD FILMS, LLC, a Delaware limited<br>liability company, *et al.*,<br><br>                            Debtors. | Chapter 11<br><br>Case No.: 18-12012 (LSS)<br><br>(Jointly Administered) |

**Objection Deadline: November 27, 2019 at 4:00 p.m.**
**Hearing Date: Scheduled only if Necessary**

**THIRTEENTH MONTHLY APPLICATION
FOR COMPENSATION AND REIMBURSEMENT OF
EXPENSES OF PACHULSKI STANG ZIEHL & JONES LLP,
AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS FOR THE PERIOD SEPTEMBER 1, 2019 THROUGH OCTOBER 7, 2019**

Pursuant to sections 330 and 331 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (collectively, the "Bankruptcy Rules"), and the Court's *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals*, entered on September 28, 2018 [Docket No. 110] (the "Compensation Procedures Order"), Pachulski Stang Ziehl & Jones LLP ("PSZ&J" or the "Firm"), counsel for the Official Committee of Unsecured Creditors (the "Committee"), hereby submits its *Thirteenth Monthly Application for Compensation and for Reimbursement of Expenses for the Period September 1, 2019 through October 7, 2019* (the "Application").

By this Application, PSZ&J seeks (i) a monthly interim allowance of compensation in the amount of $93,998.00 and actual and necessary expenses in the amount of

---

[1] The Debtors and the last four digits of their taxpayer identification numbers include: Open Road Films, LLC (4435-Del.); Open Road Releasing, LLC (4736-Del.); OR Productions LLC (5873-Del.); Briarcliff LLC (7304-Del.); Open Road International LLC (4109-Del.); and Empire Productions LLC (9375-Del.). The Debtors' address is 2049 Century Park East, 4th Floor, Los Angeles, CA 90067. Additional affiliated entities, including, but not limited to, IM Global LLC, Global Road Entertainment Television LLC (f/k/a IM Global TV LLC), Tang Media Partners LLC, and Global Road Entertainment LLC, are not debtors in these Cases and have not commenced chapter 11 cases.

$5,982.42 for a total allowance of $99,980.42 and (ii) payment of $75,198.40 (80% of the

allowed fees pursuant to the Compensation Procedures Order) and reimbursement of $5,982.42

(100% of the allowed expenses pursuant to the Compensation Procedures Order) for a total

payment of $81,180.82 for the period September 1, 2019 through October 7, 2019 (the "Interim

Period"). In support of this Application, PSZ&J respectfully represents as follows:

### Background

1.      On September 6, 2018 (the "Petition Date"), each of the Debtors filed a

voluntary petition with this Court under chapter 11 of the Bankruptcy Code. The Debtors are

operating their businesses and managing their properties as debtors in possession pursuant to

sections 1107(a) and 1108 of the Bankruptcy Code. No trustee or examiner has been appointed

in these Cases.

2.      On September 14, 2018, the Office of the United States Trustee appointed

the Committee pursuant to section 1102 of the Bankruptcy Code. On January 15, 2019, the

Office of the United States Trustee filed the *Amended Notice of Appointment of Committee of

Unsecured Creditors* [Docket No. 527]. The Committee consists of the following four (4)

members: (i) Bank Leumi USA; (ii) NBC Universal Media LLC; (iii) The Walt Disney

Company; and (iv) Twenty-First Century Fox, Inc.

3.      On September 28, 2018, the Court signed the *Order Establishing

Procedures for Interim Compensation and Reimbursement of Expenses* [Docket No. 110] (the

"Compensation Procedures Order"), authorizing certain professionals and members of any

official committee ("Professionals") to submit monthly applications for interim compensation

and reimbursement for expenses, pursuant to the procedures specified therein. The

Compensation Procedures Order provides, among other things, that a Professional may submit

monthly fee applications.  If no objections are made within twenty-one (21) days after service of

the monthly fee application the Debtors are authorized to pay the Professional eighty percent

(80%) of the requested fees and one hundred percent (100%) of the requested expenses.

Beginning with the period ending November 30, 2018, and at three-month intervals or such other

intervals convenient to the Court, each Professional shall file and serve an interim application for

allowance of the amounts sought in its monthly fee applications for that period.  All fees and

expenses paid are on an interim basis until final allowance by the Court.

4.      The retention of PSZ&J, as counsel to the Committee, was approved

effective as of September 14, 2018, by this Court's *Order Authorizing and Approving the

Retention of Pachulski Stang Ziehl & Jones LLP as Counsel to the Official Committee of

Unsecured Creditors Nunc Pro Tunc to September 14, 2018*, signed on October 24, 2018

[Docket No. 224] (the "Retention Order").  The Retention Order authorized PSZ&J to be

compensated on an hourly basis and to be reimbursed for actual and necessary out-of-pocket

expenses.

5.      On October 3, 2019, the Court entered its *Findings of Fact, Conclusions of

Law, and Order Confirming Joint Chapter 11 Plan of Liquidation Proposed By Debtors and

Official Committee of Unsecured Creditors* [Docket No. 895], which confirmed the Joint Chapter

11 Plan of Liquidation Proposed By Debtors and Official Committee of Unsecured Creditors

[Docket No. 895-A]. The Plan became effective on October 7, 2019.

**PSZ&J'S APPLICATION FOR COMPENSATION AND
FOR REIMBURSEMENT OF EXPENSES**

6.      All services for which PSZ&J requests compensation were performed for

or on behalf of the Committee.  PSZ&J has received no payment and no promises for payment

from any source other than the Debtors for services rendered or to be rendered in any capacity

whatsoever in connection with the matters covered by this Application.  There is no agreement or

understanding between PSZ&J and any other person other than the partners of PSZ&J for the

sharing of compensation to be received for services rendered in this case.  PSZ&J has not

received a retainer in this case.

### Fee Statements

7.    The fee statements for the Interim Period are attached hereto as **Exhibit A**.

These statements contain daily time logs describing the time spent by each attorney and

paraprofessional during the Interim Period.  To the best of PSZ&J's knowledge, this Application

complies with sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules and the

Compensation Procedures Order.  PSZ&J's time reports are initially handwritten by the attorney

or paralegal performing the described services.  The time reports are organized on a daily basis.

PSZ&J is particularly sensitive to issues of "lumping" and, unless time was spent in one time

frame on a variety of different matters for a particular client, separate time entries are set forth in

the time reports.  PSZ&J's charges for its professional services are based upon the time, nature,

extent and value of such services and the cost of comparable services other than in a case under

the Bankruptcy Code.  PSZ&J has reduced its charges related to any non-working travel time to

fifty percent (50%) of PSZ&J's standard hourly rate.  To the extent it is feasible, PSZ&J

professionals attempt to work during travel.

### Actual and Necessary Expenses

8.    A summary of actual and necessary expenses incurred by PSZ&J for the

Interim Period is attached hereto as part of **Exhibit A**.  PSZ&J customarily charges $0.10 per

page for photocopying expenses related to cases, such as this, arising in Delaware.  PSZ&J's

photocopying machines automatically record the number of copies made when the person that is

doing the copying enters the client's account number into a device attached to the photocopier.
PSZ&J summarizes each client's photocopying charges on a daily basis.

9.    PSZ&J charges $0.25 per page for out-going facsimile transmissions.
There is no additional charge for long distance telephone calls on faxes.  The charge for outgoing
facsimile transmissions reflects PSZ&J's calculation of the actual costs incurred by PSZ&J for
the machines, supplies and extra labor expenses associated with sending telecopies and is
reasonable in relation to the amount charged by outside vendors who provide similar services.
PSZ&J does not charge the Committee for the receipt of faxes in this case.

10.    With respect to providers of on-line legal research services (e.g., LEXIS
and WESTLAW), PSZ&J charges the standard usage rates these providers charge for
computerized legal research.  PSZ&J bills its clients the actual amounts charged by such
services, with no premium.  Any volume discount received by PSZ&J is passed on to the client.

11.    PSZ&J believes the foregoing rates are the market rates that the majority
of law firms charge clients for such services.  In addition, PSZ&J believes that such charges are
in accordance with the American Bar Association's ("ABA") guidelines, as set forth in the
ABA's Statement of Principles, dated January 12, 1995, regarding billing for disbursements and
other charges.

## Summary of Services Rendered

12.    The names of the timekeepers of PSZ&J who have rendered professional
services in this case during the Interim Period are set forth in the attached **Exhibit A**.  PSZ&J, by
and through such persons, has prepared and assisted in the preparation of various motions and
orders submitted to the Court for consideration, advised the Committee on a regular basis with
respect to various matters in connection with the Debtors' bankruptcy cases, and performed all

necessary professional services which are described and narrated in detail below. PSZ&J's efforts have been extensive due to the size and complexity of the Debtors' bankruptcy cases.

<u>**Summary of Services by Project**</u>

13.    The services rendered by PSZ&J during the Interim Period can be grouped into the categories set forth below. PSZ&J attempted to place the services provided in the category that best relates to such services. However, because certain services may relate to one or more categories, services pertaining to one category may in fact be included in another category. These services performed, by categories, are generally described below, with a more detailed identification of the actual services provided set forth on the attached **Exhibit A**. **Exhibit A** identifies the attorneys and paraprofessionals who rendered services relating to each category, along with the number of hours for each individual and the total compensation sought for each category.

**A.**    <u>**Asset Analysis/Recovery**</u>

14.    Time billed to this category relates to the review and analysis of the Debtor's assets. During the Interim Period, the Firm reviewed insider payment data.

Fees: $420.00        Hours: 0.40

**B.**    <u>**Asset Disposition**</u>

15.    Time billed to this category relates to the Debtors' disposition of estate assets. During the Interim Period, the Firm corresponded regarding Raven.

Fees: $255.00        Hours: 0.30

**C.**    <u>**Case Administration**</u>

16.    This category relates to work regarding administration of these cases. During the Interim Period, the Firm, among other things: (i) maintained a memorandum of

critical dates; (ii) maintained and updated task lists; (iii) reviewed and analyzed correspondence and pleadings and forwarded them to the appropriate parties; (iv) maintained document control; and (v) corresponded regarding case status.

Fees: $2,645.50        Hours: 6.60

**D.    Claims Administration/Objections**

      17.    Time billed to this category relates to work regarding claims administration and claims objections.  During the Interim Period, the Firm: (i) addressed issues with respect to various claims and conferred and corresponded regarding the same; (ii) prepared objections to claims, related exhibits, and conferred and corresponded regarding the same; (iii) drafted correspondence to the Committee regarding Landlords and resolution of landlord claims; (iv) prepared a notice of satisfied claims; (v) reviewed stipulations resolving claims; (vi) prepared for hearing on claim objections; (vii) engaged in settlement discussions and discussed strategy regarding the same; (viii) conferred and corresponded with claimants/counsel; (ix) served notices of deposition and discovery requests upon Creative Artists Agency and One Hundred Towers, engaged in discussions with counsel regarding issues with respect to the same and settlement negotiations; (x) conferred and corresponded regarding the confidentiality agreement; (xi) prepared notices of submission and claims binders for Court; and (xii) conducted research in connection with claim objection issues.

Fees: $62,312.00        Hours: 89.40

**E.    Comp. of Professionals/Others**

      18.    This category relates to compensation of estate professionals other than the Committee.  During the Interim Period, the Firm reviewed professional fee applications and filed and served Dundon's monthly fee statements and fee application.

Fees: $1,109.50          Hours: 2.20

**F.    Financing**

19.    Time billed to this category relates to the Debtors' use of cash collateral. During the Interim Period, the Firm drafted a stipulation extending the challenge deadline.

Fees: $158.00          Hours: 0.40

**G.    Hearing**

20.    Time billed to this category relates to the firm's preparation for and attendance at hearings.

Fees: $1,126.50          Hours: 2.10

**H.    Non-Working Travel**

21.    During the Interim Period, the Firm incurred non-working time while traveling on case matters. Such time is billed at one-half the normal rate.

Fees: $2,862.50          Hours: 5.00

**I.    PSZ&J Compensation**

22.    Time billed to this category relates to the preparation of the Firm's monthly fee statements and fourth interim fee application.

Fees: $1,717.00          Hours: 3.90

**J.    Plan & Disclosure Statement**

23.    During the Interim Period, the Firm, among other things: (i) continued drafting the confirmation order and conferred and corresponded regarding the same; (ii) continued drafting the plan supplement and conferred and corresponded regarding the same; (iii) reviewed draft notice of effective date and conferred and corresponded regarding the same; (iv); conferred and corresponded regarding post-confirmation and transition issues, including

participation on a transition call; (v) reviewed confirmation brief and declarations; (vi)

corresponded regarding voting issues; and (vii) prepared for and attended confirmation hearing.

Fees: $12,912.00       Hours: 14.20

**Valuation of Services**

24. Attorneys and paraprofessionals of PSZ&J expended a total of 146.20

hours in connection with their representation of the Committee during the Interim Period, as

follows:

**PSZ&J PROFESSIONALS**

| Name of Professional Individual | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice | Hourly Billing Rate (including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Robert J. Feinstein | Partner 2001; Member NY Bar since 1982 | $1,145.00 | 2.60 | $2,977.00 |
| | Travel time | $572.50 | 5.00 | $2,862.50 |
| Scott L. Hazan | Partner 2017; Member NY Bar since 1974 | $1,145.00 | 1.00 | $1,145.00 |
| Andrew R. Caine | Partner 1989/2013; Member CA Bar since 1983 | $1,050.00 | 0.40 | $420.00 |
| Jeffrey W. Dulberg | Partner 2004; Member CA Bar since 1995 | $850.00 | 28.70 | $24,395.00 |
| Beth E. Levine | Of Counsel 2002; Member of NY and NJ Bars since 1993 | $795.00 | 45.30 | $36,013.50 |
| Colin R. Robinson | Of Counsel 2012; Member of DE Bar since 2010; Member of NJ and PA Bars since 2001 | $795.00 | 4.00 | $3,180.00 |
| Peter J. Keane | Of Counsel 2018; Member of DE Bar since 2010; Member of NH Bar since 2010; PA Bar since 2008 | $695.00 | 0.30 | $208.50 |
| La Asia S. Canty | Paralegal 2017 | $395.00 | 36.80 | $14,536.00 |
| Patricia E. Cuniff | Paralegal 2000 | $395.00 | 15.40 | $6,083.00 |
| Andrea R. Paul | Case Management Assistant | $325.00 | 1.00 | $325.00 |
| Beatrice M. Koveleski | Case Management Assistant | $325.00 | 0.10 | $32.50 |
| Charles J. Bouzoukis | Case Management Assistant | $325.00 | 4.70 | $1,527.50 |
| Karen S. Neil | Case Management Assistant | $325.00 | 0.90 | $292.50 |

|                    |             |
|--------------------|-------------|
| **Grand Total:**   | **$93,998.00** |
| **Total Hours:**   | **146.20**  |
| **Blended Rate:**  | **$642.94** |

25.    The nature of work performed by these persons is fully set forth in **Exhibit A** attached hereto.  These are PSZ&J's normal hourly rates for work of this character.  The reasonable value of the services rendered by PSZ&J for the Committee during the Interim Period is $89,287.00.

26.    In accordance with the factors enumerated in section 330 of the Bankruptcy Code, it is respectfully submitted that the amount requested by PSZ&J is fair and reasonable given (a) the complexity of these cases, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under the Bankruptcy Code.  Moreover, PSZ&J has reviewed the requirements of Del. Bankr. LR 2016-2 and the Compensation Procedures Order and believes that this Application complies with such Rule and Order.

WHEREFORE, PSZ&J respectfully requests that, for the period September 1, 2019 through October 7, 2019, (i) an interim allowance be made to PSZ&J for compensation in the amount of $93,998.00 and actual and necessary expenses in the amount of $5,982.42 for a total allowance of $99,980.42 and (ii) payment of $75,198.40 (80% of the allowed fees pursuant to the Compensation Procedures Order) and reimbursement of $5,982.42  (100% of the allowed expenses pursuant to the Compensation Procedures Order) for a total payment of $81,180.82 and for such other and further relief as this Court may deem just and proper.

Dated:  November 6, 2019

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Colin R. Robinson*

Robert J. Feinstein (NY Bar No. 1767805)
Scott L. Hazan (NY Bar No. 1002013)
Colin R. Robinson (DE Bar No. 5524)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899 (Courier 19801)
Telephone: 302-652-4100
Facsimile:  302-652-4400
E-mail:   rfeinstein@pszjlaw.com
            shazan@pszjlaw.com
            crobinson@pszjlaw.com

*Counsel for the Official Committee of Unsecured
Creditors*

## **DECLARATION**

STATE OF DELAWARE        :
                                               :
COUNTY OF NEW CASTLE  :

      Robert J. Feinstein, after being duly sworn according to law, deposes and says:

      a)      I am a partner with the applicant law firm Pachulski Stang Ziehl & Jones LLP, and have been admitted to appear before this Court, *pro hac vice.*

      b)      I am familiar with many of the legal services rendered by Pachulski Stang Ziehl & Jones LLP as counsel to the Committee.  Capitalized terms used in this Declaration have the same meanings ascribed in the *Thirteenth Monthly Application for Compensation and for Reimbursement of Expenses for the Period September 1, 2019 through October 7, 2019* (the "Application").

      c)      I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief.  Moreover, I have reviewed Del. Bankr. LR 2016-2, the Compensation Procedures Order signed on or about September 28, 2018, and submit that the Application substantially complies with such rule and orders.

                          */s/ Robert J. Feinstein*
                          Robert J. Feinstein