# -SIGN-IN SHEET

CASE NAME:    Open Road Films, LLC.    COURTROOM NO.: 2

CASE NO.    18-12012  LSS    DATE:    12/4/19

## PLEASE PRINT CLEARLY OR YOUR APPEARANCE CANNOT BE CORRECTLY NOTED!

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Colin N. Robinson | Pachulski Stang Ziehl & Tons | Plan Administrator |
| Peter Hurwitz | Province Advisors | Plan Administrator |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

# Court Conference

U.S. Bankruptcy Court-District of Delaware

Confirmed Telephonic Appearance Schedule

Honorable Laurie Selber Silverstein #2

Calendar Date: 12/04/2019

Calendar Time: 02:00 PM ET

Amended Calendar  Dec 4 2019 7:12AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
|--------|--------|-----------|--------|------------|--------|-----------|-----------|-----------|-------------|
| | | Open Road Films, LLC | 18-12012 | Hearing | 10224038 | Amir Agam | (212) 452-6012 ext. | FTI Consulting, Inc. | Debtor, Open Road Films, LLC / LIVE |
| | | Open Road Films, LLC | 18-12012 | Hearing | 10228162 | Asher Cohen | (302) 576-2673 ext. | FTI Consulting, Inc. | Debtor, Open Road Films, LLC / LIVE |
| | | Open Road Films, LLC | 18-12012 | Hearing | 10228105 | Beth E. Levine | (302) 778-6401 ext. | Pachulski Stang Ziehl & Jones | Creditor, Committee of Unsecured Creditors / LIVE |
| | | Open Road Films, LLC | 18-12012 | Hearing | 10224052 | Jonathan M. Weiss | (310) 407-4008 ext. | Klee, Tuchin, Bogdanoff & Stern | Debtor, Open Road Films, LLC / LIVE |

Raymond Reyes ext. 881

CourtConfCal2009