**MCMAHON SEREPCA LLP**
255-B Constitution Drive, Suite 1047
Menlo Park, CA 94025
650-637-0600

FILED
2020 MAR 27 AM 8: 57

US BANKRUPTCY COURT
DISTRICT OF DELAWARE

## NOTICE OF CHANGE OF LEGAL COUNSEL ADDRESS
## AND
## CREDITOR CHANGE OF ADDRESS TO RECEIVE PAYMENTS

March 24, 2020

**VIA FEDERAL EXPRESS**
Clerk's Office
U.S. Bankruptcy Court
District of Delaware
824 Market Street N.
Third Floor
Wilmington, DE 19801

Re:   Cases (defined below)

Attention Clerk of the U.S. Bankruptcy Court of the District of Delaware:

We are legal counsel for Facebook, Inc. ("**Facebook**"), a creditor in the cases listed on **Exhibit A** attached hereto, (the "**Cases**").

You are hereby directed to file this letter in the docket of each of the Cases, and you are hereby further notified and directed to, effective immediately:

1. **Change the address of McMahon Serepca LLP for all notices and correspondence concerning the Cases.**

From the old address:

   Facebook, Inc.
   c/o David M. Serepca
   McMahon Serepca LLP
   985 Industrial Road, Suite 201
   San Carlos, CA 94070
   650-637-0600
   david@msllp.com

Clerk of the U.S. Bankruptcy Court
District of Delaware
March 24, 2020

To the new address:

    Facebook, Inc.
    c/o David M. Serepca
    McMahon Serepca LLP
    255-B Constitution Drive, Suite 1047
    Menlo Park, CA 94025
    650-637-0600
    david@msllp.com

    **2.  Change the address of Facebook to receive payments related to the Cases,**

From the old address:

    Facebook, Inc.
    Attention:  Hossain Mostaghim or Chelsea Thomas
    1601 Willow Road
    Menlo Park, CA 94025

To the new address:

    Facebook, Inc.
    Attention:  Accounts Receivable – Bankruptcy
    15161 Collections Center Drive
    Chicago, IL 60693

    The above changes listed in 1 and 2 above should also be reflected on the records and website for each of the respective claims agents, as applicable.

Very truly yours,

*Elizabeth M. Kurr*
Elizabeth M. Kurr, Esq.

Encl.

## EXHIBIT A
### To Notice of Change of Legal Counsel Address and Creditor Change of Address to Receive Payments
### To U.S. Bankruptcy Court District of Delaware from McMahon Serepca LLP
### Dated March 24, 2020

1. Orexigen Therapeutics, Inc., Case No. 18-10518

2. EBH Topco, LLC, Case No. 18-11212 and Elements Behavioral Health, Inc. Case No. 18-11214

3. Brookstone, Inc., Case No. 18-11781

4. Open Road Films, LLC, Case No. 18-12012

5. RMBR Liquidation, Inc. (f/k/a Things Remembered, Inc.), Case No. 19-10234

6. Z Gallerie, LLC, Case No. 19-10488

7. Sizmek Technologies, Inc., Case No. 19-10974, Sizmek DSP, Inc., Case No. 19-10973

8. Charlotte Russe, Inc., Case No. 19-10214

9. Charming Charlie LLC, Case No. 19-11537, Charming Charlie USA, Inc., Case No. 19-11539

10. GUE Liquidation, Inc. (f/k/a/ FTD, Inc.), Case No. 19-11241, GUE Liquidation Commerce LLC (f/k/a Provide Commerce LLC), Case No. 19-11252, GUE Liquidation Creations, Inc. (f/k/a Provide Creations, Inc.), Case No. 19-11254

11. Loot Crate, Inc., Case No. 19-11791

12. Sugarfina, Inc., Case No. 19-11973