# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>OPEN ROAD FILMS, LLC, a Delaware limited liability company, et al.[1],<br><br>Debtors. | Chapter 11<br><br>Case No.: 18-12012 (LSS)<br><br>(Jointly Administered)<br><br>**Re: Docket No. 970** |

## ORDER GRANTING MOTION OF THE PLAN ADMINISTRATOR TO EXTEND TIME TO OBJECT TO CLAIMS

Upon consideration of the motion (the "Motion")[2] of John Roussey (the "Plan Administrator"), acting on behalf of Open Road Films, LLC, and its affiliated debtors and debtors in possession (collectively, the "Debtors" and subsequent to the Effective Date (as defined herein), the "Liquidating Debtors") in the above-captioned bankruptcy case for entry of an order (this "Order") extending the time by which the Plan Administrator has authority to object to Claims; and upon consideration of the Motion having been given; and it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that this proceeding is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and it appearing that venue of the proceeding and this Motion are proper pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice having been given; and no further notice being required; and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED, that the relief sought in the Motion is granted; and it is further

---

[1] The Liquidating Debtors and the last four digits of their taxpayer identification numbers include: Open Road Films, LLC (4435-Del.); Open Road Releasing, LLC (4736-Del.); OR Productions LLC (5873-Del.); Briarcliff LLC (7304-Del.); Open Road International LLC (4109-Del.); and Empire Productions LLC (9375-Del.). The Debtors' address is 1800 Century Park East, Suite 600, Los Angeles, CA 90067. Additional affiliated entities, including, but not limited to, IM Global LLC, Global Road Entertainment Television LLC (f/k/a IM Global TV LLC), Tang Media Partners LLC, and Global Road Entertainment LLC, are not debtors in these Cases and have not commenced chapter 11 cases.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

ORDERED, that the Objection Deadline by which the Plan Administrator must object to Claims is extended to and including October 1, 2020; and it is further

ORDERED, that nothing in this Order shall prejudice the Plan Administrator's right to seek further extensions of the Objection Deadline from this Court; and it is further

ORDERED, that this Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

*[Signature]*

**Dated: April 9th, 2020**
**Wilmington, Delaware**

2

DOCS_DE:227903.2 64202/002