## EXHIBIT A

**Proposed Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>OPEN ROAD FILMS, LLC, a Delaware limited liability company, *et al.*[1],<br><br>Debtors. | Chapter 11<br><br>Case No.: 18-12012 (LSS)<br><br>(Jointly Administered)<br><br>Re Docket No: _____ |

### ORDER (I) SUSTAINING PLAN ADMINISTRATOR'S FOURTH (NON-SUBSTANTIVE) OBJECTION TO CERTAIN (A) DUPLICATIVE CLAIMS AND (B) INSUFFICIENT DOCUMENTATION CLAIMS

Upon consideration of the *Plan Administrator's Fourth (Non-Substantive) Objection to Certain (A) Duplicative Claims and (B) Insufficient Documentation Claims* (the "Fourth Omnibus Objection");[2] and the Court having considered the Hurwitz Declaration in support of the Fourth Omnibus Objection; and it appearing that notice of the Fourth Omnibus Objection was good and sufficient upon the particular circumstances and that no other or further notice need be given; and the Court having considered the Fourth Omnibus Objection, the claims listed on **Exhibit 1** and **Exhibit 2** attached thereto, and any responses thereto; and upon the record herein; and after due deliberation thereon; and good and sufficient cause appearing therefor; it is hereby

**FOUND AND DETERMINED THAT:**

---

[1] The Liquidating Debtors and the last four digits of their taxpayer identification numbers include: Open Road Films, LLC (4435-Del.); Open Road Releasing, LLC (4736-Del.); OR Productions LLC (5873-Del.); Briarcliff LLC (7304-Del.); Open Road International LLC (4109-Del.); and Empire Productions LLC (9375-Del.). The Debtors' address is 1800 Century Park East, Suite 600, Los Angeles, CA 90067. Additional affiliated entities, including, but not limited to, IM Global LLC, Global Road Entertainment Television LLC (f/k/a IM Global TV LLC), Tang Media Partners LLC, and Global Road Entertainment LLC, are not debtors in these Cases and have not commenced chapter 11 cases.

[2] Capitalized terms used but not defined in this Order shall have the meanings ascribed to them in the Fourth Omnibus Objection.

1. The Fourth Omnibus Objection is a core proceeding under 28 U.S.C. § 157(b)(2); and

2. Each holder of a claim (as to each, a "<u>Claim</u>") listed on **<u>Exhibit 1</u>** and **<u>Exhibit 2</u>** attached to the Fourth Omnibus Objection and attached hereto was properly and timely served with a copy of the Fourth Omnibus Objection, this Order, the accompanying exhibits, and the notice; and

3. Any entity known to have an interest in the Claims subject to the Fourth Omnibus Objection has been afforded reasonable opportunity to respond to, or be heard regarding, the relief requested in the Fourth Omnibus Objection; and

4. The relief requested in the Fourth Omnibus Objection is in the best interests of the Liquidating Debtors' creditors, Estates, and other parties in interest; and it is therefore

ORDERED, that the Fourth Omnibus Objection is SUSTAINED; and is further

ORDERED, that each of the Duplicative Claims listed on the attached **<u>Exhibit 1</u>** is hereby disallowed and expunged in its entirety, without prejudice to the treatment of any claim listed in the "Remaining Claim" column on **<u>Exhibit 1</u>**; and it is further

ORDERED, that each of the Insufficient Documentation Claims listed on the attached **<u>Exhibit 2</u>** is hereby disallowed and expunged in its entirety; and it is further

ORDERED, that to the extent applicable to the Objection, Local Rules 3007-1(f)(i) and (iii) are hereby waived; and it is further

ORDERED, that nothing in the Fourth Omnibus Objection or this Order shall be

construed as an allowance of any Claim, including, but not limited to, any of the Remaining Claims or Surviving Claims, and all of the Plan Administrator's rights and the rights of other parties in interest to object to any of the Claims or any other claims (filed or not) which may be asserted against the Debtors on any other grounds, including, but not limited to, 11 U.S.C. § 502(d), are preserved. Additionally, should one or more of the grounds of objection stated in the Fourth Omnibus Objection be dismissed, the Plan Administrator's rights and the rights of other parties in interest to object on other stated grounds or on any other grounds that they discovers during the pendency of these cases are further preserved; and it is further

ORDERED, that the rights of the Liquidating Debtors to setoff, counterclaim and recoupment including, but not limited to, in respect of security deposits, against the allowed amount of any Claims are preserved; and it is further

ORDERED, that this Court shall retain jurisdiction over any matters related to or arising from the Fourth Omnibus Objection or the implementation of this Order; and it is further

ORDERED, that each Claim and the objections by the Plan Administrator to such Claim, as set forth on **Exhibit 1** and **Exhibit 2** hereto, constitutes a separate contested matter as contemplated by Bankruptcy Rule 9014 and Local Rule 3007-1. This Order shall be deemed a separate Order with respect to each Claim. Any stay of this Order pending appeal by any claimants whose Claims are subject to this Order shall only apply to the contested matter which involves such claimant and shall not act to stay the applicability and/or finality of this Order with respect to the other contested matters listed in the Fourth Omnibus Objection or this Order.

3

# EXHIBIT 1

**OPEN ROAD FILMS, LLC**
**Duplicative Claims**
**Exhibit 1**

| Name of Claimant | Debtor | Remaining Claim Number | Duplicate or Amended Claim to be Disallowed | Claim Amount | Surviving POC Amount | Reason for Disallowance |
|---|---|---|---|---|---|---|
| CREATIVE ARTISTS AGENCY, LLC ATTN.: DAVID SOOKIAZIAN 2000 AVENUE OF THE STARS LOS ANGELES, CA 90067 CREATIVE ARTISTS AGENCY, LLC ERIKA SCHREIBER 405 LEXINGTON AVE, 21ST FL NEW YORK, NY 10174 | Open Road Releasing, LLC | 333 | 335 | $653,750.00 | $653,750.00 | Effect of substantive consolidation; claim to be expunged. Duplicative of Claim No. 333 |
| CREATIVE ARTISTS AGENCY, LLC ATTN.: DAVID SOOKIAZIAN 2000 AVENUE OF THE STARS LOS ANGELES, CA 90067 CREATIVE ARTISTS AGENCY, LLC ERIKA SCHREIBER 405 LEXINGTON AVE, 21ST FL NEW YORK, NY 10174 | Open Road Films, LLC | 333 | 337 | $653,750.00 | $653,750.00 | Effect of substantive consolidation; claim to be expunged. Duplicative of Claim No. 333 |
| CREATIVE ARTISTS AGENCY, LLC ATTN.: DAVID SOOKIAZIAN 2000 AVENUE OF THE STARS LOS ANGELES, CA 90067 CREATIVE ARTISTS AGENCY, LLC ERIKA SCHREIBER 405 LEXINGTON AVE, 21ST FL NEW YORK, NY 10174 | OR Productions LLC | 333 | 339 | $653,750.00 | $653,750.00 | Effect of substantive consolidation; claim to be expunged. Duplicative of Claim No. 333 |

**OPEN ROAD FILMS, LLC**
**Duplicative Claims**
**Exhibit 1**

| Name of Claimant | Debtor | Remaining Claim Number | Duplicate or Amended Claim to be Disallowed | Claim Amount | Surviving POC Amount | Reason for Disallowance |
|---|---|---|---|---|---|---|
| SPOTIFY USA INC<br>C/O MORRISON AND FOERSTER LLP<br>ATTN: LORENZO MARINUZZI &<br>KATHERINE E. RICHARDSON ARNOULD<br>250 WEST 55TH ST<br>NEW YORK, NY 10019 | Open Road Releasing, LLC | 301 | 305 | $499,999.99 | $499,999.99 | Effect of substantive consolidation; claim to be expunged duplicative of Claim No. 301[1] |
| SPOTIFY USA INC<br>C/O MORRISON AND FOERSTER LLP<br>ATTN: LORENZO MARINUZZI &<br>KATHERINE E. RICHARDSON ARNOULD<br>250 WEST 55TH ST<br>NEW YORK, NY 10019 | OR Productions LLC | 301 | 306 | $499,999.99 | $499,999.99 | Effect of substantive consolidation; claim to be expunged duplicative of Claim No. 301 |
| SPOTIFY USA INC<br>C/O MORRISON AND FOERSTER LLP<br>ATTN: LORENZO MARINUZZI &<br>KATHERINE E. RICHARDSON ARNOULD<br>250 WEST 55TH ST<br>NEW YORK, NY 10019 | Briarcliff LLC | 301 | 308 | $499,999.99 | $499,999.99 | Effect of substantive consolidation; claim to be expunged duplicative of Claim No. 301 |
| C/O MORRISON AND FOERSTER LLP<br>ATTN: LORENZO MARINUZZI &<br>KATHERINE E. RICHARDSON ARNOULD | Open Road International LLC | 301 | 310 | $499,999.99 | $499,999.99 | Effect of substantive consolidation; claim to be expunged duplicative of Claim No. 301 |

---

[1] The Plan Administrator has also objected to Claim No. 301 in this Fourth Omnibus Objection and seeks to have the claim disallowed and expunged as unsupported by the Debtors' Books and Records.

DOCS_NY:40237.2 64202/003

**OPEN ROAD FILMS, LLC**
**Duplicative Claims**
**Exhibit 1**

| Name of Claimant | Debtor | Remaining Claim Number | Duplicate or Amended Claim to be Disallowed | Claim Amount | Surviving POC Amount | Reason for Disallowance |
|---|---|---|---|---|---|---|
| 250 WEST 55TH ST<br>NEW YORK, NY 10019 | | | | | | |
| C/O MORRISON AND FOERSTER LLP<br>ATTN: LORENZO MARINUZZI &<br>KATHERINE E. RICHARDSON ARNOULD<br>250 WEST 55TH ST<br>NEW YORK, NY 10019 | Empire Productions LLC | 301 | 311 | $499,999.99 | $499,999.99 | Effect of substantive consolidation; claim to be expunged duplicative of Claim No. 301 |

# **EXHIBIT 2**

**OPEN ROAD FILMS, LLC**
**Insufficient Documentation Claims**
**Exhibit 2**

| Name of Claimant | Claim Number | Claim Amount | Reason for Disallowance |
|---|---|---|---|
| ALLIED INTEGRATED MARKETING<br>C/O JOSEPH H. MATZKIN, ESQ.<br>30 FEDERAL STREET, 7TH FLOOR<br>BOSTON, MA 02110<br><br>ALLIED INTEGRATED MARKETING<br>ALLIED ADVERTISING LP<br>PO BOX 845382<br>BOSTON, MA 02284 | 170 | $716,292.18 | No documentation attached to claim.[1] |
| BANK ROBBER MUSIC LLC<br>ATTN: DOUGLAS SMITH<br>40 EXCHANGE PL, STE 1900<br>NEW YORK, NY 10005 | 6 | $55,000.00 | Insufficient documentation attached to claim. |
| BLT COMMUNICATIONS LLC<br>C/O LAW OFFCES OF JEFFREY A SLOTT<br>ATTN: JEFFREY A SLOTT, ESQ.<br>15760 VENTURA BLVD STE 1600<br>ENCINO, CA 91436 | 72 | $468,903.26 | Insufficient documentation attached to claim. Supporting documentation filed with the proof of claim does not show that this is an obligation of the Debtor. |
| BOND CREATIVE LLC<br>SETH ALTHOFF<br>1157 N HIGHLAND AVE<br>LOS ANGELES, CA 90038 | 34 | $109,664.44 | Insufficient documentation attached to claim. |
| BRIGADE MARKETING LLC<br>ATTN: TOM CUNHA<br>116 WEST 23RD ST STE 500<br>NEW YORK, NY 10011 | 113 | $116,625.00 | Insufficient documentation attached to claim. |

---

[1] The Plan Administrator has also objected to Claim No. 170 in its Fifth Omnibus Objection and, to the extent that this Objection is not granted, seeks to have the claim disallowed and expunged as unsupported by the Debtors' Books and Records.

**OPEN ROAD FILMS, LLC**
**Insufficient Documentation Claims**
**Exhibit 2**

| Name of Claimant | Claim Number | Claim Amount | Reason for Disallowance |
|---|---|---|---|
| DIGITAL CINEMA DISTRIBUTION COALITION LLC<br>ATTN: JOHN NOHELTY<br>1840 CENTURY PK EAST STE 550<br>LOS ANGELES, CA 90067 | 140 | $260,492.50 | Insufficient documentation attached to claim. A copy of an agreement with the Debtor has not been provided. |
| FACEBOOK INC<br>C/O DAVID SEREPCA<br>MCMAHON SEREPCA LLP<br>985 INDUSTRIAL RD, SUITE 201<br>SAN CARLOS, CA 94070<br><br>FACEBOOK, INC.<br>ATTN: HOSSAIN MOSTAGHIM, COLLECTIONS MANAGER<br>1601 WILLOW ROAD<br>MENLO PARK CA 94025 | 99 | $1,694,325.03 | Insufficient documentation attached to claim. |
| GIARONOMO PRODUCTIONS INC<br>ATTN: JOSEPH GRACEFFO<br>1501 BROADWAY, STE 705<br>NEW YORK, NY 10036 | 1 | $450,337.50 | Insufficient documentation attached to claim. A copy of an agreement with the Debtor has not been provided. |
| LATHAM & WATKINS LLP<br>ATTN: JEFFREY E. BJORK, ESQ.<br>ADAM E. MALATESTA, ESQ.<br>355 SOUTH GRAND AVENUE, SUITE 100<br>LOS ANGELES, CA 90071-1560<br><br>LATHAM & WATKINS LLP<br>ATTN.: MARVIN S. PUTNAM, ESQ.<br>KENNETH T. DEUTSCH, ESQ. | 71 | $555,376.41 | Insufficient documentation attached to claim. Supporting documentation filed with the proof of claim does not show that this is an obligation of the Debtor. |

2

**OPEN ROAD FILMS, LLC**
**Insufficient Documentation Claims**
**Exhibit 2**

| Name of Claimant | Claim Number | Claim Amount | Reason for Disallowance |
|---|---|---|---|
| 10250 CONSTELLATION BLVD., SUITE 1100 LOS ANGELES, CA 90067 | | | |
| MOCEAN LLC A/K/A MOCEAN PICTURES LLC ATTN: RALUCA HIRINIA & ROSHONE HARMON 2440 S SEPULVEDA BLVD, STE 150 LOS ANGELES, CA 90064 | 80 | $422,444.32 | Insufficient documentation attached to claim. Supporting documentation filed with the proof of claim does not show that this is an obligation of the Debtor.[2] |
| NATIONAL RESEARCH GROUP INC ATTN: JAMES MCNAMARA 5780 W JEFFERSON BLVD LOS ANGELES, CA 90016 | 11 | $347,130.00 | Insufficient documentation attached to claim. A copy of an agreement with the Debtor has not been provided. |
| PROMOSHOP INC ATTN: KARIN MEYER 5420 MCCONNELL AVE LOS ANGELES, CA 90066 | 70 | $56,521.84 | Insufficient documentation attached to claim. Supporting documentation filed with the proof of claim does not show that this is an obligation of the Debtor. |
| SCREEN ENGINE ASI LLC ATTN: NICK SINGER, LEGAL DEPT 1925 CENTURY PK EAST, SUITE 950 LOS ANGELES, CA 90067 | 37 | $46,255.76 | Insufficient documentation attached to claim. |

---

[2] The Plan Administrator has also objected to Claim No. 80 in its Fifth Omnibus Objection and, to the extent that this Objection is not granted, seeks to have the claim disallowed and expunged as unsupported by the Debtors' Books and Records.

3

**OPEN ROAD FILMS, LLC**
**Insufficient Documentation Claims**
**Exhibit 2**

| Name of Claimant | Claim Number | Claim Amount | Reason for Disallowance |
|---|---|---|---|
| SONY ELECTRONICS INC<br>ATTN: RICK BLAZIER<br>115 W CENTURY RD STE 250<br>PARAMUS, NJ 07652 | 169 | $266,970.00 | Insufficient documentation attached to claim. A copy of an agreement with the Debtor has not been provided. |
| THE WALL GROUP LA LLC<br>C/O ENDEAVOR<br>ATTN: COURTNEY BRAUN<br>9601 WILSHIRE BLVD 3RD FL<br>BEVERLY HILLS, CA 90210 | 176 | $3,884.00 | No documentation attached to claim. |
| THINKLATINO INC<br>ATTN: ROCIO PRADO KISSLING<br>24311 SYLVAN GLEN RD<br>CALABASAS, CA 91302 | 3 | $36,440.00 | No documentation attached to claim.[3] |
| TOTALLYHER MEDIA LLC<br>JOSH ELLINGWOOD<br>5140 GOLDLEAF CIR, 1ST FL<br>LOS ANGELES, CA 90056 | 148 | $25,000.00 | No documentation attached to claim.[4] |

4

---

[3] The Plan Administrator has also objected to Claim No. 3 in its Fifth Omnibus Objection and, to the extent that this Objection is not granted, seeks to have the claim disallowed and expunged as unsupported by the Debtors' Books and Records.

[4] The Plan Administrator has also objected to Claim No. 148 in its Fifth Omnibus Objection and, to the extent that this Objection is not granted, seeks to have the claim and, to the extent that this Objection is not granted, seeks to have the claim disallowed and expunged as unsupported by the Debtors' Books and Records.

**OPEN ROAD FILMS, LLC**
**Insufficient Documentation Claims**
**Exhibit 2**

| Name of Claimant | Claim Number | Claim Amount | Reason for Disallowance |
|---|---|---|---|
| ZUFFA INTERNATIONAL LLC<br>AKA ULTIMATE FIGHTING CHAMPIONSHIP (UFC)<br>C/O ENDEAVOR<br>ATTN: REBECCA LITMAN<br>11 MADISON AVE, 17TH FLOOR<br>NEW YORK, NY 10010 | 111 | $450,000.00 | No documentation attached to claim.[5] |

---

[5] The Plan Administrator has also objected to Claim No. 111 in its Fifth Omnibus Objection and, to the extent that this Objection is not granted, seeks to have the claim disallowed and expunged as unsupported by the Debtors' Books and Records.