IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>OPEN ROAD FILMS, LLC, a Delaware limited liability company, *et al*.[1,]<br><br>Debtors. | Chapter 11<br><br>Case No.: 18-12012 (LSS)<br><br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Colin R. Robinson, hereby certify that on the 29th day of May, 2020, I caused a copy of the following document(s) to be served on the individuals on the attached service list(s) in the manner indicated:

**Notice of Plan Administrator's Fourth (Non-Substantive) Objection to Certain (A) Duplicative and (B) Insufficient Documentation Claims; and**

**Plan Administrator's Fourth (Non-Substantive) Objection to Certain (A) Duplicative and (B) Insufficient Documentation Claims.**

*/s/ Colin R. Robinson*
Colin R. Robinson (DE Bar No. 5524)

---

[1] The Debtors and the last four digits of their taxpayer identification numbers include: Open Road Films, LLC (4435-Del.); Open Road Releasing, LLC (4736-Del.); OR Productions LLC (5873-Del.); Briarcliff LLC (7304-Del.); Open Road International LLC (4109-Del.); and Empire Productions LLC (9375-Del.). The Debtors' address is 2049 Century Park East, 4th Floor, Los Angeles, CA 90067. Additional affiliated entities, including, but not limited to, IM Global LLC, Global Road Entertainment Television LLC (f/k/a IM Global TV LLC), Tang Media Partners LLC, and Global Road Entertainment LLC, are not debtors in these Cases and have not commenced chapter 11 cases.

Open Road Films, LLC 2002 Service List
(FCM)
Case No. 18-12012 (LSS)
Document No. 221095
01 – Interoffice
18 – Hand Delivery
46 – First Class Mail
01 – Foreign First Class Mail

(Counsel for the Plan Administrator)
Colin R. Robinson, Esquire
Pachulski Stang Ziehl & Jones, LLP
919 N. Market Street, 17th Floor
Wilmington, DE 19801

(Counsel for the Plan Administrator)
Robert J. Feinstein, Esquire
Scott L. Hazan, Esquire
Pachulski Stang Ziehl & Jones LLP
780 Third Avenue, 36th Floor
New York, NY 10017-2024

**Hand Delivery**
(Counsel for the Debtors)
Young Conaway Stargatt & Taylor LLP
Michael R. Nestor, Esquire
Sean M. Beach, Esquire
Robert F. Poppiti, Jr., Esquire
Rodney Square, 1000 North King Street
Wilmington, DE 19801

**Hand Delivery**
(Counsel to Secured Lender; Bank of America, N.A.)
Ashby & Geddes, P.A.
William P Bowden, Esquire
500 Delaware Avenue, 8th Floor
Wilmington, DE 19801-1150

**Hand Delivery**
(Counsel for BBG Home Again LLC)
Barnes & Thornburg LLP
David M Powlen, Esquire
Kevin G Collins, Esquire
1000 N West Street, Suite 1500,
Wilmington, DE 19801

**Hand Delivery**
(Counsel for Directors Guild of America Inc., Screen Actors Guild; American Federation of Television and Radio Artists; Writers Guild of America Inc.; West Inc.; Directors Guild of America Inc.-Producer Pension and Health Plans; Screen Actors Guild Producers, Pension and Health Plans; Writers Guild Pension Plan and Industry Health Fund; The Motion Picture Industry Pension and Health Plans)
Law Office of Susan E Kaufman LLC
Susan E Kaufman, Esquire
919 N Market Street, Suite 460,
Wilmington, DE 19801

**Hand Delivery**
(Counsel for East West Bank)
Potter Anderson & Corroon LLP
C. M. Samis, Esquire
L. Katherine Good, Esquire
Aaron Stulman, Esquire
1313 N. Market Street, 6th Floor
Wilmington, DE 19801

**Hand Delivery**
(Government Entity)
Office Of The U.S. Trustee
Linda Richenderfer, Esquire
844 King Street, Suite 2207
Wilmington, DE 19801

**Hand Delivery**
(Government Entity)
US Attorney for Delaware
David C. Weiss, Esquire c/o Ellen Slights, Esquire
Hercules Building
1313 N. Market Street, Suite 400
Wilmington, DE 19899

**Hand Delivery**
(Government Agency)
Kathleen Jennings, Esquire
Delaware Attorney General
Carvel State Office Building,
820 N French Street, 6th Floor
Wilmington, DE 19801

**Hand Delivery**
(Government Entity)
Delaware Division of Revenue
Zillah A. Frampton, Bankruptcy Administrator
Carvel State Office Building
820 N. French Street, 8th Floor
Wilmington, DE 19801

**Hand Delivery**
(Counsel to Endgame Releasing Co., LLC and Endgame Releasing Funding, LLC)
Daniel A. O'Brien, Esquire
Venable LLP
1201 N. Market Street, Suite 1400
Wilmington, DE 19801

**Hand Delivery**
(Counsel for Entertainment One Films Canada Inc. and certain of its affiliates)
Daniel J. DeFranceschi, Esquire
Michael J. Merchant, Esquire
Brett M. Haywood, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801

**Hand Delivery**
(Counsel for All I See Partners 2015 L.P.)
Matthew G. Summers, Esquire
Laurel D. Roglen, Esquire
Ballard Spahr LLP
919 N. Market Street, 11th Floor
Wilmington, DE 19801-3034

**Hand Delivery**
(Counsel for American Multi-Cinema, Inc. aka AMC Theatres)
Matthew P. Austria, Esquire
Austria Legal, LLC
1007 North Orange Street, 4th Floor
Wilmington, DE 19801

**Hand Delivery**
(Counsel to Comerica Bank, a Texas banking association)
Kurt F. Gwynne, Esquire
Jason D. Angelo, Esquire
Reed Smith LLP
1201 N. Market Street, 5th Floor
Wilmington, DE 19801

**Hand Delivery**
(Counsel for Interested Party Studiocanal S.A.S)
Norman M. Monhait, Esquire
Edward B. Rosenthal, Esquire
Rosenthal, Monhait & Goddess, P.A.
919 N. Market Street, Suite 1401
PO Box 1070
Wilmington, DE 19899-1070

**Hand Delivery**
(Counsel for Sous Chef, LLC)
Mary F. Caloway, Esquire
Buchanan Ingersoll & Rooney PC
919 North Market Street, Suite 990
Wilmington, DE 19801

**Hand Delivery**
(Counsel for Happy Pill Distribution, LLC
and Happy Pill, LLC)
Daniel A. O'Brien, Esquire
Venable LLP
1201 North Market Street, Suite 1400
Wilmington, DE 19801

**Hand Delivery**
(Counsel for Spotlight Film, LLC)
Domenic E. Pacitti, Esquire
Michael W. Yurkewicz, Esquire
Klehr Harrison Harvey Branzburg LLP
919 N. Market Street, Suite 1000
Wilmington, DE 19801-3062

**First Class Mail**
(Government Entity)
Delaware Secretary Of State
Division of Corporations
401 Federal Street, Suite 4,
Dover, DE 19901

**First Class Mail**
(Government Entity)
Delaware Secretary Of State
Corporations Franchise Tax
PO Box 898
Dover, DE 19903

**First Class Mail**
(Government Agency)
Delaware State Treasury
Attn: Bankruptcy Department
820 Silver Lake Boulevard, Suite 100
Dover, DE 19904

**First Class Mail**
(Government Entity)
Franchise Tax Board
Bankruptcy Section, MS:A-340
PO Box 2952,
Sacramento, CA 95812-2952

**First Class Mail**
(Government Entity)
Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346,
Philadelphia, PA 19101-7346

**First Class Mail**
(Government Entity)
Internal Revenue Service
Centralized Insolvency Operation
2970 Market Street, Mail Stop 5-Q30 133
Philadelphia, PA 19104-5016

**First Class Mail**
(Government Entity)
Michigan Department of Treasury, Tax Pol.
Division
Attn: Litigation Liaison
430 West Allegan Street, 2nd Floor|
Austin Building
Lansing, MI 48922

**First Class Mail**
(Government Agency)
Securities & Exchange Commission
NY Regional Office
Attn: Bankruptcy Dept.
Brookfield Place
200 Vesey Street, Suite 400
New York, NY 10281-1022

**First Class Mail**
(Government Agency)
Securities & Exchange Commission
Secretary of Treasury
Office of General Counsel
100 F Street NE
Washington, DC 20549

**First Class Mail**
(Govt. Agency
Securities & Exchange Commission
Philadelphia Office
Attn: Bankruptcy Department
One Penn Center
1617 JFK Boulevard, Suite 520
Philadelphia, PA  19103

**First Class Mail**
(Government Entity)
Social Security Administration
Office of the General Counsel, Region 3
300 Spring Garden Street,
Philadelphia, PA  19123

**First Class Mail**
(Government Entity)
US EPA Region 3, Office Of Region
Counsel
Attn: Bankruptcy Department
1650 Arch Street
Philadelphia, PA  19103

**First Class Mail**
([Proposed] Counsel for the Debtors)
Klee, Tuchin, Bogdanoff & Stern LLP
Jonathan M. Weiss, Esquire
Sasha M. Gurvitz, Esquire
Michael L. Tuchin, Esquire
1999 Avenue of the Stars, 39th Floor
Los Angeles, CA  90067-6049

**First Class Mail**
(Counsel For East West Bank)
Akin Gump Strauss Hauer & Feld LLP
David F. Staber, Esquire
2300 N. Field Street, Suite 1800
Dallas, TX  75201-2481

**First Class Mail**
(Secured Lender)
Bank of America as Administrative Agent
333 S. Hope Street, 13th Floor
Los Angeles, CA  90071

**First Class Mail**
(Counsel For BBG Home Again LLC
Barnes & Thornburg LLP
Paul Laurin, Esquire
Jonathan Wight, Esquire
2029 Century Park E Suite 300,
Los Angeles, CA  90067

**First Class Mail**
(Counsel for Directors Guild of America
Inc., Screen Actors Guild; American
Federation of Television and Radio Artists;
Writers Guild of America Inc.; West Inc.;
Directors Guild of America Inc.-Producer
Pension and Health Plans; Screen Actors
Guild Producers, Pension and Health Plans;
Writers Guild Pension Plan and Industry
Health Fund; The Motion Picture Industry
Pension and Health Plans)
Bush Gottlieb, A Law Corporation
Joseph Kohanski, Esquire
David Ahdoot, Esquire
Kirk PreStegard, Esquire
Kiel Ireland, Esquire
801 North Brand Boulevard, Suite 950,
Glendale, CA  91203

**First Class Mail**
(Counsel For Lakeshore Entertainment
Productions LLC)
Foley And Lardner LLP
Ashley M McDow, Esquire
555 South Flower Street, Suite 3300,
Los Angeles, CA  90071-2300

**First Class Mail**
(Counsel for Viacom International Inc. and
Its Affiliates)
Luskin Stern & Eisler LLP
Richard Stern, Esquire
Stephan E Hornung, Esquire
Eleven Times Square,
New York, NY  10036

**First Class Mail**
(Landlord)
One Hundred Towers LLC
CBRE Inc.
Attn: Vice President, Property Management
2049 Century Park East, Suite 1950
Los Angeles, CA  90067-3283

**First Class Mail**
(Landlord)
One Hundred Towers LLC
JPMorgan Asset Management, Global Real Assets
Real Estate Americas
Brian Okrent, CEO
2029 Century Park East, Suite 4150
Los Angeles, CA  90067

**First Class Mail**
(Landlord)
One Hundred Towers LLC
Allen Matkins Leck Gamble Mallory & Natsis LL
Anton N. Natsis, Esquire
1901 Avenue of the Stars, Suite 1800
Los Angeles, CA  90067

**First Class Mail**
(Counsel To Secured Lender)
Paul Hastings LLP
Susan Williams, Esquire
1999 Avenue of the Stars, 27th Floor
Los Angeles, CA  90067

**First Class Mail**
(Counsel To Secured Lender)
Paul Hastings LLP
Andrew V. Tenzer, Esquire
200 Park Avenue
New York, NY  10166

**First Class Mail**
(Counsel for Bank of America N.A.)
Paul Hastings LLP
Andrew V Tenzer, Esquire
Shlomo Maza, Esquire
75 East 55th Street
New York, NY  10022

**First Class Mail**
(Counsel For Loren Schwartz)
Procopio Cory Hargreaves & Savitch LLP
Gerald P Kennedy, Esquire
525 B Street, Suite 2200,
San Diego, CA  92101

**First Class Mail**
(Counsel to Bank Leumi USA; Universal Studios Home Entertainment LLC)
Reed Smith LLP
Marsha A Houston, Esquire
Christopher O. Rivas, Esquire
355 South Grand Avenue, Suite 2900
Los Angeles, CA  90071-1514

**First Class Mail**
(Counsel to Bank Leumi USA)
Reed Smith LLP
Michael S Sherman, Esquire
1901 Avenue of the Stars, Suite 700,
Los Angeles, CA  90067

**First Class Mail**
(Counsel for MUFG Union Bank N.A.)
Sidley Austin LLP
Jennifer C Hagle, Esquire
555 West Fifth Street, 40th Floor,
Los Angeles, CA  90013

**First Class Mail**
(Counsel for MUFG Union Bank N.A.)
Sidley Austin LLP
Annie C Wallis, Esquire
One South Dearborn,
Chicago, IL  60603

**First Class Mail**
(Counsel for Scripps Networks LLC d/b/a Food Network; Discovery, Inc.; Discovery Licensing Inc.; Discoverycom LLC; Scripps Networks LLC d/b/a HGTV)
Mary L. Fullington, Esquire
Wyatt, Tarrant & Combs, LLP
250 West Main Street, Suite 1600
Lexington, KY 40507

**First Class Mail**
(Counsel for Snap, Inc.)
Edward H. Tillinghast, Esquire
Michael T. Driscoll, Esquire
Sheppard Mullin Richter & Hampton LLP
30 Rockefeller Plaza
New York, NY 10112

**First Class Mail**
(Counsel for All I See Partners 2015 L.P)
Howard J. Weg, Esquire
Michael T. Delaney, Esquire
Robins Kaplan LLP
2049 Century Park East, Suite 3400
Los Angeles, CA 90067

**First Class Mail**
(Counsel for City National Bank; Netflix, Inc.; Kasima, LLC)
Vadim J. Rubinstein, Esquire
Loeb & Loeb LLP
345 Park Avenue
New York, NY 10154

**First Class Mail**
(Counsel for City National Bank; Netflix, Inc.; Kasima, LLC)
Lance N. Jurich, Esquire
Loeb & Loeb LLP
10100 Santa Monica Boulevard, Suite 2200
Los Angeles, CA 90067

**First Class Mail**
(Counsel for American Multi-Cinema, Inc. aka AMC Theatres)
Michael D. Fielding
Husch Blackwell LLP
4801 Main Street, Suite 1000
Kansas City, MO 64112

**First Class Mail**
(Counsel for Interested Party Studiocanal S.A.S)
Kathy A. Jorrie, Esquire
Pillsbury Winthrop Shaw Pittman LLP
725 South Figueroa Street, Suite 2800
Los Angeles, CA 90017-5406

**First Class Mail**
(Counsel for Spotlight Film, LLC)
Morton R. Branzburg, Esquire
Klehr Harrison Harvey Branzburg LLP
1835 Market Street, 14th Floor
Philadelphia, PA 19103

**First Class Mail**
(Counsel for Spotlight Film, LLC)
Andrew M. Parlen, Esquire
Latham & Watkins LLP
885 Third Avenue
New York, NY 10022

**First Class Mail**
(Counsel for Spotlight Film, LLC)
Jason B. Gott, Esquire
Latham & Watkins LLP
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611

**First Class Mail**
(Counsel for Iron Mountain Information Management, LLC
Joseph Corrigan, Esquire
Iron Mountain Information Management, LLC
One Federal Street
Boston, MA 02110

**First Class Mail**
(Counsel for WM Group West Engineers)
Cristina Medina, Esquire
Collins Collins Muir + Stewart
1100 El Centro Street
South Pasadena, CA  91030

**First Class Mail**
(Government Entity)
Laura L. McCloud, Esquire
Office of the Attorney General
Bankruptcy Division
PO Box 20207
Nashville, TN  37202-0207

**First Class Mail**
(Counsel to Facebook, Inc.)
David M. Serepea, Esq.
McMahon Serepea LLP
255-B Constitution Drive, Suite 1047
Menlo Park, CA  94025

**Foreign First Class Mail**
(Entertainment One Films Canada Inc. and
certain of its affiliates)
Lauren Blaiwais
Emily Harris
Entertainment One Films Canada Inc.
134 Peter Street, Suite 700
Toronto, Ontario M5V 2H2

Open Road Films, LLC Fourth Omnibus Objection to Claims Service List (FCM)
Case No. 18-12012 (LSS)
Document No. 228834
28 – First Class Mail

**FIRST CLASS MAIL**
CREATIVE ARTISTS AGENCY, LLC
ATTN.: DAVID SOOKIAZIAN
2000 AVENUE OF THE STARS
LOS ANGELES, CA 90067

**FIRST CLASS MAIL**
CREATIVE ARTISTS AGENCY, LLC
ERIKA SCHREIBER
405 LEXINGTON AVE, 21ST FL
NEW YORK, NY 10174

**FIRST CLASS MAIL**
CREATIVE ARTISTS AGENCY, LLC
ATTN.: DAVID SOOKIAZIAN
2000 AVENUE OF THE STARS
LOS ANGELES, CA 90067

**FIRST CLASS MAIL**
CREATIVE ARTISTS AGENCY, LLC
ERIKA SCHREIBER
405 LEXINGTON AVE, 21ST FL
NEW YORK, NY 10174

**FIRST CLASS MAIL**
CREATIVE ARTISTS AGENCY, LLC
ATTN.: DAVID SOOKIAZIAN
2000 AVENUE OF THE STARS
LOS ANGELES, CA 90067

**FIRST CLASS MAIL**
CREATIVE ARTISTS AGENCY, LLC
ERIKA SCHREIBER
405 LEXINGTON AVE, 21ST FL
NEW YORK, NY 10174

**FIRST CLASS MAIL**
SPOTIFY USA INC
C/O MORRISON AND FOERSTER LLP
ATTN: LORENZO MARINUZZI &
KATHERINE E. RICHARDSON ARNOULD
250 WEST 55TH ST
NEW YORK, NY 10019

**FIRST CLASS MAIL**
ALLIED INTEGRATED MARKETING
C/O JOSEPH H. MATZKIN, ESQ.
30 FEDERAL STREET, 7TH FLOOR
BOSTON, MA 02110

**FIRST CLASS MAIL**
ALLIED INTEGRATED MARKETING
ALLIED ADVERTISING LP
PO BOX 845382
BOSTON, MA 02284

**FIRST CLASS MAIL**
BANK ROBBER MUSIC LLC
ATTN: DOUGLAS SMITH
40 EXCHANGE PL, STE 1900
NEW YORK, NY 10005

**FIRST CLASS MAIL**
BLT COMMUNICATIONS LLC
C/O LAW OFFICES OF JEFFREY A SLOTT
ATTN: JEFFREY A SLOTT, ESQ.
15760 VENTURA BLVD., STE 1600
ENCINO, CA 91436

**FIRST CLASS MAIL**
BOND CREATIVE LLC
SETH ALTHOFF
1157 N HIGHLAND AVE
LOS ANGELES, CA 90038

**FIRST CLASS MAIL**
BRIGADE MARKETING LLC
ATTN: TOM CUNHA
116 WEST 23RD ST., STE 500
NEW YORK, NY 10011

**FIRST CLASS MAIL**
DIGITAL CINEMA DISTRIBUTION COALITION LLC
ATTN: JOHN NOHELTY
1840 CENTURY PK EAST STE 550
LOS ANGELES, CA 90067

**FIRST CLASS MAIL**
FACEBOOK INC
C/O DAVID SEREPCA
MCMAHON SEREPCA LLP
985 INDUSTRIAL RD, SUITE 201
SAN CARLOS, CA 94070

**FIRST CLASS MAIL**
FACEBOOK, INC.
ATTN: HOSSAIN MOSTAGHIM,
COLLECTIONS MANAGER
1601 WILLOW ROAD
MENLO PARK CA 94025

**FIRST CLASS MAIL**
GIARONOMO PRODUCTIONS INC
ATTN: JOSEPH GRACEFFO
1501 BROADWAY, STE 705
NEW YORK, NY 10036

**FIRST CLASS MAIL**
LATHAM & WATKINS LLP
ATN: JEFFREY E. BJORK, ESQ.
ADAM E. MALATESTA, ESQ.
355 SOUTH GRAND AVENUE, SUITE 100
LOS ANGELES, CA 90071-1560

**FIRST CLASS MAIL**
LATHAM & WATKINS LLP
ATTN.: MARVIN S. PUTNAM, ESQ.
KENNETH T. DEUTSCH, ESQ.
10250 CONSTELLATION BLVD., SUITE 1100
LOS ANGELES, CA 90067

**FIRST CLASS MAIL**
MOCEAN LLC
A/K/A MOCEAN PICTURES LLC
ATTN: RALUCA HIRINIA &
ROSHONE HARMON
2440 S SEPULVEDA BLVD, STE 150
LOS ANGELES, CA 90064

**FIRST CLASS MAIL**
NATIONAL RESEARCH GROUP INC
ATTN: JAMES MCNAMARA
5780 W JEFFERSON BLVD
LOS ANGELES, CA 90016

**FIRST CLASS MAIL**
PROMOSHOP INC
ATTN: KARIN MEYER
5420 MCCONNELL AVE
LOS ANGELES, CA 90066

**FIRST CLASS MAIL**
SCREEN ENGINE ASI LLC
ATTN: NICK SINGER, LEGAL DEPT
1925 CENTURY PK EAST, SUITE 950
LOS ANGELES, CA 90067

**FIRST CLASS MAIL**
SONY ELECTRONICS INC
ATTN: RICK BLAZIER
115 W CENTURY RD., STE 250
PARAMUS, NJ 07652

**FIRST CLASS MAIL**
THE WALL GROUP LA LLC
C/O ENDEAVOR
ATTN: COURTNEY BRAUN
9601 WILSHIRE BLVD., 3RD FL
BEVERLY HILLS, CA 90210

**FIRST CLASS MAIL**
THINKLATINO INC
ATTN: ROCIO PRADO KISSLING
24311 SYLVAN GLEN RD
CALABASAS, CA 91302

**FIRST CLASS MAIL**
TOTALLYHER MEDIA LLC
JOSH ELLINGWOOD
5140 GOLDLEAF CIR, 1ST FL
LOS ANGELES, CA 90056

**FIRST CLASS MAIL**
ZUFFA INTERNATIONAL LLC
AKA ULTIMATE FIGHTING
CHAMPIONSHIP (UFC)
C/O ENDEAVOR
ATTN: REBECCA LITMAN
11 MADISON AVE, 17TH FLOOR
NEW YORK, NY 10010