# EXHIBIT A

**Proposed Order**

DOCS_NY:40270.3 64202/003

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>OPEN ROAD FILMS, LLC, a Delaware limited liability company, *et al.*[1],<br><br>                              Debtors. | Chapter 11<br><br>Case No.: 18-12012 (LSS)<br><br>(Jointly Administered)<br><br>**Re Docket No.** |

### ORDER (I) SUSTAINING PLAN ADMINISTRATOR'S
### FIFTH (SUBSTANTIVE) OBJECTION TO CERTAIN (A) NO
### LIABILITY CLAIMS AND (B) REDUCE AND ALLOW CLAIMS

Upon consideration of the *Plan Administrator's Fifth (Substantive) Objection to Certain (A) No Liability Claims and (B) Reduce and Allow Claims* (the "Fifth Omnibus Objection");[2] and the Court having considered the Hurwitz Declaration in support of the Fifth Omnibus Objection; and it appearing that notice of the Fifth Omnibus Objection was good and sufficient upon the particular circumstances and that no other or further notice need be given; and the Court having considered the Fifth Omnibus Objection, the claims listed on **Exhibit 1** and **Exhibit 2** attached thereto, and any responses thereto; and upon the record herein; and after due deliberation thereon; and good and sufficient cause appearing therefor; it is hereby

**FOUND AND DETERMINED THAT:**

1.      The Fifth Omnibus Objection is a core proceeding under 28 U.S.C.

---

[1] The Liquidating Debtors and the last four digits of their taxpayer identification numbers include:  Open Road Films, LLC (4435-Del.); Open Road Releasing, LLC (4736-Del.); OR Productions LLC (5873-Del.); Briarcliff LLC (7304-Del.); Open Road International LLC (4109-Del.); and Empire Productions LLC (9375-Del.). The Debtors' address is 1800 Century Park East, Suite 600, Los Angeles, CA 90067.  Additional affiliated entities, including, but not limited to, IM Global LLC, Global Road Entertainment Television LLC (f/k/a IM Global TV LLC), Tang Media Partners LLC, and Global Road Entertainment LLC, are not debtors in these Cases and have not commenced chapter 11 cases.

[2] Capitalized terms used but not defined in this Order shall have the meanings ascribed to them in the Fifth Omnibus Objection.

§ 157(b)(2); and

2.      Each holder of a claim (as to each, a "Claim") listed on **Exhibit 1** and

**Exhibit 2** attached to the Fifth Omnibus Objection and attached hereto was properly and timely

served with a copy of the Fifth Omnibus Objection, this Order, the accompanying exhibits, and

the notice; and

3.      Any entity known to have an interest in the Claims subject to the Fifth

Omnibus Objection has been afforded reasonable opportunity to respond to, or be heard

regarding, the relief requested in the Fifth Omnibus Objection; and

4.      The relief requested in the Fifth Omnibus Objection is in the best

interests of the Debtors' creditors, Estates, and other parties in interest; and it is therefore

ORDERED, that the Fifth Omnibus Objection is SUSTAINED; and is further

ORDERED, that each of the No Liability Claims listed on the attached **Exhibit 1**

is hereby disallowed and expunged in its entirety; and is further

ORDERED, that each of Reduce & Allow Claims listed on the attached **Exhibit**

**2** is hereby disallowed in part and reduced and allowed in the amount indicated; and it is further

ORDERED, that except with respect to the Reduce and Allow Claims, nothing in

the Fifth Omnibus Objection or this Order shall be construed as an allowance of any Claim, and

all of the Plan Administrator's rights and the rights of other parties in interest to object to any of

the Claims or any other claims (filed or not) which may be asserted against the Debtors on any

other grounds, including, but not limited to, 11 U.S.C. § 502(d), are preserved.  Additionally,

should one or more of the grounds of objection stated in the Fifth Omnibus Objection be

2

dismissed, the Plan Administrator's and the rights of other parties in interest to object on other stated grounds or on any other grounds that they discover during the pendency of these cases are further preserved; and it is further

ORDERED, that for the avoidance of doubt and to the extent applicable, Local Rule 3007-1(f)(iii) is hereby deemed waived with respect to the relief requested in the Objection and granted by this Order; and it is further

ORDERED, that the rights of the Liquidating Debtors to setoff, counterclaim and recoupment including, but not limited to, in respect of security deposits, against the allowed amount of any Claims are preserved; and it is further

ORDERED, that this Court shall retain jurisdiction over any matters related to or arising from the Fifth Omnibus Objection or the implementation of this Order; and it is further

ORDERED, that each Claim and the objections by the Plan Administrator to such Claim, as set forth on **Exhibit 1** and **Exhibit 2** hereto, constitutes a separate contested matter as contemplated by Bankruptcy Rule 9014 and Local Rule 3007-1.  This Order shall be deemed a separate Order with respect to each Claim.  Any stay of this Order pending appeal by any claimants whose Claims are subject to this Order shall only apply to the contested matter which involves such claimant and shall not act to stay the applicability and/or finality of this Order with respect to the other contested matters listed in the Fifth Omnibus Objection or this Order.

DOCS_NY:40270.3 64202/003

# **EXHIBIT 1**

**OPEN ROAD FILMS, LLC**
**No Liability Claims to be Disallowed and Expunged**
**Exhibit 1**

| Name of Claimant | Claim Number | Claim Amount | Reason for Disallowance |
|---|---|---|---|
| 42 WEST LLC<br>ATTN: GREG O'CONNOR<br>600 THIRD AVE, 23RD FLR<br>NEW YORK, NY 10016 | 219 | $63,501.91 | Claim has no basis in the Debtors' books and records. Supporting documents filed with the proof of claim indicate that the underlying contract is with Global Road Entertainment LLC which is not a debtor in this case. Debtors have no liability for this claim. |
| ALAMO DRAFTHOUSE CINEMA LLC<br>ATTN: SEAN BROWN<br>612A E 6TH ST<br>AUSTIN, TX 78701 | 79 | $62,300.00 | Claim has no basis in the Debtors' books and records. Supporting documents filed with the proof of claim indicate the agreement is with Global Road Entertainment LLC which is not a debtor in this case. Debtors have no liability for this claim. |
| ALLIED INTEGRATED MARKETING<br>C/O JOSEPH H. MATZKIN, ESQ.<br>30 FEDERAL STREET, 7TH FLOOR<br>BOSTON, MA 02110<br><br>ALLIED INTEGRATED MARKETING<br>ALLIED ADVERTISING LP<br>PO BOX 84582<br>BOSTON, MA 02284 | 170 | $716,292.18 | Claim has no basis in the Debtors' books and records and is not supported by any documentation or other information. Debtors have no liability for this claim. |
| AMC NETWORK ENTERTAINMENT LLC<br>ATTM: STANLEY KOPEC<br>11 PENN PLAZA, 16TH FLOOR<br>NEW YORK, NY 10001 | 63 | $989,750.25 | Claim has no basis in the Debtors' books and records. Debtors' book and records reflect that Claimant does not have a contract with any Debtor entity and that this is an obligation of MullenLowe U.S. Inc. ("MullenLowe"), which is not a debtor in this case. Debtors have no liability for this claim. |
| AMERICAN MULTI CINEMA INC<br>AKA AMC OR AMC THEATRES<br>C/O HUSCH BLACKWELL LLP<br>ATTN: MICHAEL D. FIELDING | 108 | $759,181.78 | Claim has no basis in the Debtors' books and records. Supporting documents filed with the proof of claim indicate the agreement is with Global Road Entertainment LLC which is not a debtor in this case. Debtors have no liability for this claim. |

1

**OPEN ROAD FILMS, LLC**
**No Liability Claims to be Disallowed and Expunged**
**Exhibit 1**

| Name of Claimant | Claim Number | Claim Amount | Reason for Disallowance |
|---|---|---|---|
| 4801 MAIN STREET STE 1000 KANSAS CITY, MO 64112<br><br>AMC THEATRES ATTN: ROBERT SEEFELDT, VP, LEGAL ONE AMC WAY 11500 ASH STREET LEAWOOD, KS 66211 | | | |
| ANDREASEN, ERIK 2147 EWING ST LOS ANGELES, CA 90039 | 88 | $12,850.00 (Unsecured Priority)<br><br>$134,842.52 (General Unsecured) | Claim has no basis in the Debtors' books and records. Employment agreement that allegedly forms the basis for the claim is signed by non-debtor IM Global LLC. Claim does not establish that the release that was a condition precedent for severance was signed within the requisite twenty days or that claimant mitigated his damages as required by the agreement. Debtors have no liability for this claim. |
| BURNS, LORI 3634 CALLE JAZMIN CALABASAS CA 91302 | 57 | $12,850.00 (Unsecured Priority)<br><br>$117,150.00 (General Unsecured) | Claim has no basis in the Debtors' books and records. Supporting documents filed with the proof of claim show that the employment agreement is signed by non-debtor IM Global LLC. Claim does not establish that the release that was a condition precedent for severance was signed within the requisite twenty days or that claimant mitigated her damages as required by the agreement. Debtors have no liability for this claim. |
| CITY EVENTIONS USA LLC MARIA LALLY 1333 BROADWAY, SUITE 502 NEW YORK, NY 10018 | 206 | $29,440.00 | Claim has no basis in the Debtors' books and records. Debtors' book and records reflect that Claimant does not have a contract with any Debtor entity. Debtors have no liability for this claim. |

2

**OPEN ROAD FILMS, LLC**
**No Liability Claims to be Disallowed and Expunged**
**Exhibit 1**

| Name of Claimant | Claim Number | Claim Amount | Reason for Disallowance |
|---|---|---|---|
| CITYBRIDGE LLC<br>ATTENTION: LEGAL DEPT<br>10 HUDSON YARDS 26TH FLOOR<br>NEW YORK, NY 10001 | 271 | $95,000.00 | Claim has no basis in the Debtors' books and records. Supporting documents filed with the proof of claim indicate the agreement is with Global Road Entertainment LLC which is not a debtor in this case. Debtors have no liability for this claim. |
| COOKING CHANNEL<br>C/O WYATT TARRANT AND COMBS LLP<br>ATTN: MARY L FULLINGTON<br>250 WEST MAIN ST STE 1600<br>LEXINGTON, KY 40507<br><br>LEAH MONTESANO<br>DISCOVERY, INC.<br>ONE DISCOVERY PLACE<br>SILVER SPRING MD 20910 | 188 | $62,050.00 | Claim has no basis in the Debtors' books and records.  Supporting documents filed with the proof of claim indicate invoices were addressed to MullenLowe which is not a debtor in this case. Debtors have no liability for this claim. |
| CREEM, MATT<br>1050 S GRAND AVE, UNIT 1610<br>LOS ANGELES, CA 90015 | 46 | $12,850.00<br>(Unsecured Priority)<br><br>$112,150.00<br>(General Unsecured) | Claim has no basis in the Debtors' books and records.  Supporting documents filed with the proof of claim show that the employment agreement upon which the claim is based is signed by non-debtor IM Global LLC. Claim does not establish that the release that was a condition precedent for severance was signed within the requisite twenty days or that claimant mitigated his damages as required by the agreement.  Debtors have no liability for this claim. |
| DEUTSCH, JOSHUA, ESQ.<br>C/O CAROLINE R. DJANG<br>BEST BEST & KRIEGER LLP<br>18101 VON KARMAN AVE., SUITE 1000<br>IRVINE, CA 92612<br><br>JOSHUA DEUTSCH, ESQ.<br>418 S. SWALL DRIVE | 95 | $1,250,000.00 | Claim has no basis in the Debtors' books and records. Debtors have no liability for this claim. |

3

OPEN ROAD FILMS, LLC
No Liability Claims to be Disallowed and Expunged
Exhibit 1

| Name of Claimant | Claim Number | Claim Amount | Reason for Disallowance |
|---|---|---|---|
| BEVERLY HILLS CA 90211 | | | |
| DISCOVERY INC C/O WYATT TARRANT AND COMBS LLP ATTN: MARY L FULLINGTON 250 WEST MAIN ST STE 1600 LEXINGTON, KY 40507<br><br>LEAH MONTESANO DISCOVERY, INC. ONE DISCOVERY PLACE SILVER SPRING MD 20910 | 191 | $1,282,750.30 | Claim has no basis in the Debtors' books and records. Debtors' book and records reflect that Claimant does not have a contract with any Debtor entity. Supporting documents filed with the proof of claim indicate invoices were addressed to MullenLowe which is not a debtor in this case. Debtors have no liability for this claim. |
| EDMODO INC ATTN: MARK COSTIGAN 1200 PARK PL, SUITE 400 SAN MATEO, CA 94403 | 172 | $30,916.11 | Claim has no basis in the Debtors' books and records. Debtors' book and records reflect that Claimant does not have a contract with any Debtor entity and that this is an obligation of Mullenlowe, which is not a debtor in this case. Debtors have no liability for this claim. |
| FAY, RICHARD M 5481 COLLINGWOOD CIR CALABASAS, CA 91302 | 66 | $12,850.00 (Unsecured Priority)<br><br>$362,150.00 (General Unsecured) | Claim has no basis in the Debtors' books and records. Claimant did not sign the employment contract attached to the proof of claim. Further, there is no indication that the required release was signed or that the claimant is entitled to severance. Debtors have no liability for this claim. |
| FORD, BROOKE 1739 SOUTH HOLT AVE LOS ANGELES, CA 90035 | 184 | $12,850.00 (Unsecured Priority)<br><br>$97,150.00 (General Unsecured) | Claim has no basis in the Debtors' books and records. Supporting documents filed with the proof of claim indicate the employment contract is with Global Road Entertainment LLC which is not a debtor in this case. Claim does not establish that the release that was a condition precedent for severance was signed within the |

4

**OPEN ROAD FILMS, LLC**
**No Liability Claims to be Disallowed and Expunged**
**Exhibit 1**

| Name of Claimant | Claim Number | Claim Amount | Reason for Disallowance |
|---|---|---|---|
| | | | requisite twenty days or that claimant mitigated his damages as required by the agreement. Debtors have no liability for this claim. |
| FOX CABLE NETWORKS SVCS<br>C/O BARNES AND THORNBURG LLP<br>ATTN: PAUL J LAURIN<br>2029 CENTURY PK EAST STE 300<br>LOS ANGELES, CA 90067<br><br>SCOTT THOMSON<br>DIRECTOR OF CREDIT & COLLECTIONS<br>FOX CABLE NETWORKS SERVICES<br>1211 AVENUE OF THE AMERICAS<br>28TH FLOOR<br>NEW YORK, NY 10036 | 171 | $1,016,416.50 | Claim has no basis in the Debtors' books and records. Debtors' book and records reflect that Claimant does not have a contract with any Debtor entity. Supporting documents filed with the proof of claim indicate invoices were addressed to Mullen and/or Mullen Advertising, which are not debtors in this case. The Debtors have no liability for this claim. |
| FRIEDMAN, SANDY<br>FRIEDMAN, SANFORD M<br>7245 ROCK RIDGE TER<br>WEST HILLS, CA 91307-1267 | 156 | $12,850.00<br>(Unsecured Priority)<br><br>$112,150.00<br>(General Unsecured) | Claim has no basis in the Debtors' books and records. Supporting documents filed with the proof of claim indicate the employment contract is with Global Road Entertainment LLC which is not a debtor in this case. Claim does not establish that the release that was a condition precedent for severance was signed within the requisite twenty days or that claimant mitigated his damages as required by the agreement.  The Debtors have no liability to for this claim. |
| GIMLET MEDIA INC<br>ATTN: CHRISTINA SULLIVAN<br>41 FLATBUSH AVE 7TH FL<br>BROOKLYN, NY 11217 | 109 | $28,010.00 | Claim has no basis in the Debtors' book and records. Debtors' book and records reflect that Claimant does not have a contract with any Debtor entity and that this is an obligation of Mullenlowe, which is not a debtor in this case.  The Debtors have no liability for this claim. |

5

OPEN ROAD FILMS, LLC

No Liability Claims to be Disallowed and Expunged

Exhibit 1

| Name of Claimant | Claim Number | Claim Amount | Reason for Disallowance |
|---|---|---|---|
| GOOGLE LLC FKA GOOGLE INC<br>C/O WHITE AND WILLIAMS LLP<br>AMY E VULPIO<br>1650 MARKET ST FL 18<br>PHILADELPHIA, PA 19103<br><br>GOOGLE LLC F/K/A GOOGLE INC.<br>ATTN: DAVID CURTIN<br>1600 AMPHITHEATRE PKWY<br>MOUNTAIN VIEW CA 94043 | 23 | $2,884,925.34 | Claim has no basis in the Debtors' books and records. Debtors' book and records reflect that Claimant does not have a contract with any Debtor entity. Supporting documents filed with the proof of claim indicate invoices were addressed to MullenLowe and/or Mullen Communications, Inc..., which are not debtors in this case. The Debtors have no liability for this claim. |
| HOME AND GARDEN TELEVISION<br>C/O WYATT TARRANT AND COMBS LLP<br>ATTN: MARY L FULLINGTON<br>250 WEST MAIN ST STE 1600<br>LEXINGTON, KY 40507<br><br>LEAH MONTESANO<br>DISCOVERY, INC.<br>ONE DISCOVERY PLACE<br>SILVER SPRING MD 20910 | 190 | $166,600.00 | Claim has no basis in the Debtors' books and records. Debtors' book and records reflect that Claimant does not have a contract with any Debtor entity. Supporting documents filed with the proof of claim indicate invoices were addressed to Mullenlowe U.S. which is not a debtor in this case. The Debtors have no liability for this claim. |
| IHEART MEDIA INC<br>ATTN: CARRIE DIVIN<br>20880 STONE OAK PKWY<br>SAN ANTONIO, TX 78258 | 147 | $327,023.57 | Claim has no basis in the Debtors' books and records. Debtors' book and records reflect that Claimant does not have a contract with any Debtor entity and that this is an obligation of Mullen Advertising, which is not a debtor in this case. The Debtors have no liability for this claim. |

6

**OPEN ROAD FILMS, LLC**
**No Liability Claims to be Disallowed and Expunged**
**Exhibit 1**

| Name of Claimant | Claim Number | Claim Amount | Reason for Disallowance |
|---|---|---|---|
| JUSTWATCH INC<br>ONE BOSTON PLACE, SUITE 2600<br>BOSTON, MA 02108 | 103 | $380,000.00 | Claim has no basis in the Debtors' books and records. Debtors' book and records reflect that Claimant does not have a contract with any Debtor entity. Supporting documents filed with the proof of claim indicate invoices were addressed to Mullen Communications, Inc. or MullenLowe, which are not debtors in this case. The Debtors have no liability for this claim. |
| LA LIVE PROPERTIES LLC AKA LA LIVE AND AKA LA LIVE THEATER<br>C/O ARENT FOX LLP<br>ATTN: RICHARD D. BUCKLEY<br>555 W 5TH ST 48TH FL<br>LOS ANGELES, CA 90013-1065<br><br>TAK-WONG – FINANCE<br>800 W. OLYMPIC BLVD, SUITE #305<br>LOS ANGELES, CA 90015 | 297 | $35,000.00 | Claim has no basis in the Debtors' books and records. Debtors' book and records reflect that Claimant does not have a contract with any Debtor entity.  The Debtors have no liability for this claim. |
| MEDIABRANDS WORLDWIDE INC<br>C/O INTERPUBLIC GROUP<br>ATTN: WILLIAM H CROSBY, JR<br>909 THIRD AVE, 24TH FLOOR<br>NEW YORK, NY 10022<br><br>MEDIABRANDS WORLDWIDE INC.<br>ATTN: SHLOMI HELALI<br>100 WEST 33RD STREET<br>NEW YORK NY 10001<br><br>JONATHAN L. FLAXER | 313 | $1,258,910.00 | Claim has no basis in the Debtors' books and records.  Debtors' books and records reflect that Claimant does not have a contract with any Debtor entity.  The Debtors have no liability for this claim. |

7

**OPEN ROAD FILMS, LLC**
**No Liability Claims to be Disallowed and Expunged**
**Exhibit 1**

| Name of Claimant | Claim Number | Claim Amount | Reason for Disallowance |
|---|---|---|---|
| GOLENBOCK EISEMAN ASSOR BELL & PESKOE LLP 711 THIRD AVENUE, 17TH FLOOR NEW YORK, NY 10017 | | | |
| MOCEAN LLC A/K/A MOCEAN PICTURES LLC ATTN: RALUCA HIRINIA & ROSHONE HARMON 2440 S SEPULVEDA BLVD, STE 150 LOS ANGELES, CA 90064 | 80 | $422,444.32 | Claim has no basis in the Debtors' books and records and is not supported by any documentation or other information. Debtors' book and records reflect that Claimant does not have a contract with any Debtor entity. The Debtors have no liability for this claim. |
| MULLENLOWE US INC C/O INTERPUBLIC GROUP WILLIAM H CROSBY JR 909 THIRD AVE, 24TH FLOOR NEW YORK, NY 10022 | 312 | $101,996.00 | Claim has no basis in the Debtors' books and records.  Debtors' books and records reflect that Claimant does not have a contract with any Debtor entity.  The Debtors have no liability for this claim. |
| NBCUNIVERSAL MEDIA LLC ATTN: MARY MCKENNA 30 ROCKEFELLER PLZ 1221 CAMPUS NEW YORK, NY 10112 | 116 | $3,964,668.58 | Claim has no basis in the Debtors' books and records. Debtors' book and records reflect that Claimant does not have a contract with any Debtor entity and that this is an obligation of MullenLowe U.S. Inc. ("MullenLowe"), which is not a debtor in this case.  Debtors have no liability for this claim. |
| NOT ORDINARY MEDIA LLC ATTN: BRENT NEILL, COO 600 WILSHIRE BLVD, SUITE 1500 LOS ANGELES, CA 90017 | 320 | $225,000.00 | Claim has no basis in the Debtors' books and records. Debtors' book and records reflect that Claimant does not have a contract with any Debtor entity. Supporting documents filed with the proof of claim indicate invoices were addressed to Show Dogs Trailer 2, Show Dogs, Q2, and Mullenlowe, none of which are Debtors in these cases.  The Debtors have no liability for this claim. |

8

OPEN ROAD FILMS, LLC

No Liability Claims to be Disallowed and Expunged

Exhibit 1

| Name of Claimant | Claim Number | Claim Amount | Reason for Disallowance |
|---|---|---|---|
| OUTFRONT MEDIA LLC<br>C/O CLAUDIO E IANNITELLI<br>IANNITELLI MARCOLINI PC<br>5353 NORTH 16TH ST STE 315<br>PHOENIX, AZ 85016 | 101 | $86,190.00 | Claim has no basis in the Debtors' books and records. Debtors' books and records reflect that Claimant does not have a contract with any Debtor entity. The Debtors have no liability for this claim. |
| PAN, JACK<br>304 16TH PL<br>MANHATTAN BEACH, CA 90266-4629 | 45 | $12,850.00<br>(Unsecured Priority)<br><br>$337,150.00<br>(General Unsecured) | Claim has no basis in the Debtors' books and records. Supporting documents filed with the proof of claim show that the employment agreement upon which it is based is unsigned. Claim does not establish that the release that was a condition precedent for severance was signed within the requisite twenty days or that claimant mitigated his damages as required by the agreement. The Debtors have no liability for this claim. |
| PANDORA MEDIA INC<br>C/O BIALSON BERGEN & SCHWAB<br>ATTN: LAWRENCE SCHWAB<br>& THOMAS GAA<br>633 MENLO AVE, STE 100<br>MENLO PARK, CA 94025 | 77 | $374,000.00 | Claim has no basis in the Debtors' books and records. Debtors' book and records reflect that Claimant does not have a contract with any Debtor entity. Supporting documents filed with the proof of claim indicate invoices were addressed to Mullen Communications, Inc. or Mullenlowe, which are not debtors in this case. The Debtors have no liability for this claim. |
| PLACEIQ INC<br>ATTN: LAUREN LEGUIZAMON<br>1065 AVE OF THE AMERICAS 18TH FLR<br>NEW YORK, NY 10018 | 69 | $75,000.00 | Claim has no basis in the Debtors' books and records. Debtors' book and records reflect that Claimant does not have a contract with any Debtor entity and that this is an obligation of Mullenlowe, which is not a debtor in this case. The Debtors have no liability for this claim. |
| PXL BROS LLC<br>ATTN: MATTHEW MICHALOWSKI<br>849 S BROADWAY STE 602<br>LOS ANGELES, CA 90014 | 114 | $11,000.00 | Claim has no basis in the Debtors' books and records. Supporting documents filed with the proof of claim indicate that the underlying contract is with Global Road Entertainment LLC which |

9

**OPEN ROAD FILMS, LLC**
**No Liability Claims to be Disallowed and Expunged**
**Exhibit 1**

| Name of Claimant | Claim Number | Claim Amount | Reason for Disallowance |
|---|---|---|---|
| | | | is not a debtor in this case. The Debtors have no liability for this claim. |
| ROADSHOW FILMS PTY LTD ATTN: PHILIP KENNEDY 1 GARDEN ST SOUTH YARRA, VIC3141 AUSTRALIA | 238 | $1,368,329.00 | Claim has no basis in the Debtors' books and records and is not supported by any documentation or other information. The Debtors' book and records do not reflect that the referenced Agreement is an obligation of Open Road Films, LLC. No liability to the Debtor for this claim. |
| RUBIN, DAVID 3617 GRAND VIEW BLVD LOS ANGELES, CA 90066 | 130 | $12,850.00 (Unsecured Priority) $211,800.00 (General Unsecured) | Claim has no basis in the Debtors' books and records. Supporting documents filed with the proof of claim indicate the employment contract is with Global Road Entertainment LLC which is not a debtor in this case. Claim does not establish that the release that was a condition precedent for severance was signed within the requisite twenty days or that claimant mitigated his damages as required by the agreement. The Debtors have no liability for this claim. |
| SCHWARTZ, LOREN 12500 OSPREY LN #3 PLAYA VISTA, CA 90094 | 295 | $486,400.00 | Claim has no basis in the Debtors' books and records. Supporting documents filed with proof of claim indicate that counsel represents an individual, not a debtor in these cases. The Debtors have no liability for this claim. |
| SETH SPECTOR 10916 ASHTON AVE APT 303 LOS ANGELES, CA 90024 | 47 | $12,850.00 (Unsecured Priority) $39,650.00 (General Unsecured) | Claim has no basis in the Debtors' books and records. Proof of claim asserts a severance claim against Debtor Open Road Films, LLC. Supporting documents filed with the proof of claim indicate the employment contract is with Global Road Entertainment LLC which is not a debtor in these cases. Claim does not establish that the release that was a condition precedent for severance was signed within the requisite twenty days or that claimant mitigated his |

10

**OPEN ROAD FILMS, LLC**
**No Liability Claims to be Disallowed and Expunged**
**Exhibit 1**

| Name of Claimant | Claim Number | Claim Amount | Reason for Disallowance |
|---|---|---|---|
| | | | damages as required by the agreement.  The Debtors have no liability for this claim. |
| SNAP INC.<br>ATTN: LEGAL<br>3000 31ST STREET, SUITE C<br>SANTA MONICA CA 90405<br><br>SNAP INC<br>C/O SHEPPARD MULLIN RICHTER AND HAMPTON LLP<br>ATTN: EDWARD H TILLINGHAST III ESQ<br>30 ROCKEFELLER PLAZA<br>NEW YORK, NY 10112 | 152 | $942,320.20 | Claim has no basis in the Debtors' books and records. Debtors' book and records reflect that Claimant does not have a contract with any Debtor entity. Supporting documents filed with the proof of claim indicate invoices were addressed to MullenLowe and/or Mediahub, which are not debtors in these cases.  The Debtors have no liability for this claim. |
| SOMMERFELD, TIMOTHY R<br>1513 ADDISON RD<br>PALOS VERDES, CA 90274 | 18 | $12,850.00<br>(Unsecured Priority)<br><br>$178,909.80<br>(General Unsecured) | Claim has no basis in the Debtors' books and records. Supporting documents filed with the proof of claim show that the employment agreement that allegedly forms the basis for the claim is signed by IM Global LLC which is not a debtor in these cases.  Claim does not establish that the release that was a condition precedent for severance was signed within the requisite twenty days or that claimant mitigated his damages as required by the agreement.  The Debtors have no liability for this claim. |
| SPOTIFY USA INC<br>C/O MORRISON AND FOERSTER LLP<br>ATTN: LORENZO MARINUZZI & KATHERINE E. RICHARDSON ARNOULD<br>250 WEST 55TH ST<br>NEW YORK, NY 10019<br><br>ADAM CHEN<br>LEGAL COUNSEL | 301 | $499,999.99 | Claim has no basis in the Debtors' books and records and is not supported by any documentation or other information. The Debtors have no liability for this claim. |

11

DOCS_NY:40236.5 64202/003

**OPEN ROAD FILMS, LLC**
**No Liability Claims to be Disallowed and Expunged**
**Exhibit 1**

| Name of Claimant | Claim Number | Claim Amount | Reason for Disallowance |
|---|---|---|---|
| SPOTIFY USA INC.<br>150 GREENWICH STREET, FLOOR 62<br>NEW YORK, NY 10007 | | | |
| SWISHER PRODUCTIONS LLC<br>ATTN: NATHAN SWISHER<br>1438 N GOWER ST<br>BLDG 6060, STE 300 BOX 3<br>HOLLYWOOD, CA 90028 | 183 | $371,468.94 | Claim has no basis in the Debtors' books and records. Supporting documents filed with the proof of claim indicate this is an obligation of Global Road Entertainment LLC which is not a debtor in this case. The Debtors have no liability for this claim. |
| TELEVISION FOOD NETWORK<br>C/O WYATT TARRANT AND COMBS LLP<br>ATTN: MARY L FULLINGTON<br>250 WEST MAIN ST STE 1600<br>LEXINGTON, KY 40507<br><br>LEAH MONTESANO<br>DISCOVERY, INC.<br>ONE DISCOVERY PLACE<br>SILVER SPRING MD 20910 | 189 | $340,000.00 | Claim has no basis in the Debtors' books and records. Debtors' book and records reflect that Claimant does not have a contract with any Debtor entity. Supporting documents filed with the proof of claim indicate invoices were addressed to Mullenlowe U.S. which is not a debtor in these cases. The Debtors have no liability for this claim. |
| THE CW NETWORK LLC<br>C/O GLICKFELD FIELDS AND JACOBSON LLP<br>ATTN: LAWRENCE M JACOBSON<br>8383 WILSHIRE BOULEVARD SUITE 341<br>BEVERLY HILLS, CA 90211<br><br>THE CW NETWORK LLC<br>ATTN: DANA ABEL<br>3300 W. OLIVE AVENUE, #3074<br>BURBANK CALIFORNIA 91505 | 179 | $639,425.01 | Claim has no basis in the Debtors' books and records. Debtors' book and records reflect that Claimant does not have a contract with any Debtor entity. Supporting documents filed with the proof of claim indicate invoices were addressed to MullenLowe and/or Mullen Lowe/Mediahub, which are not debtors in these cases. The Debtors have no liability for this claim. |

12

OPEN ROAD FILMS, LLC
No Liability Claims to be Disallowed and Expunged
Exhibit 1

| Name of Claimant | Claim Number | Claim Amount | Reason for Disallowance |
|---|---|---|---|
| THINKLATINO INC<br>ATTN: ROCIO PRADO KISSLING<br>24311 SYLVAN GLEN RD<br>CALABASAS, CA 91302 | 3 | $36,440.00 | Claim has no basis in the Debtors' books and records and is not supported by any documentation or other information. The Debtors have no liability for this claim. |
| TOTALLYHER MEDIA LLC<br>JOSH ELLINGWOOD<br>5140 GOLDLEAF CIR 1ST FL<br>LOS ANGELES, CA 90056 | 148 | $25,000.00 | Claim has no basis in the Debtors' books and records and is not supported by any documentation or other information.  The Debtors have no liability for this claim. |
| TRESENSA INC<br>443 PARK AVE SOUTH, SUITE 506<br>NEW YORK, NY 10016 | 38 | $200,000.00 | Claim has no basis in the Debtors' books and records. Debtors' book and records reflect that Claimant does not have a contract with any Debtor entity and that this is an obligation of Mullenlowe, which is not a debtor in these cases.  The Debtors have no liability for this claim. |
| TURNER BROADCASTING SALES INC<br>C/O VORYS SATER SEYMOUR & PEASE LLP<br>TIFFANY S COBB<br>52 EAST GAY ST<br>COLUMBUS, OH 43215 | 256 | $3,808,468.82 | Claim has no basis in the Debtors' books and records. Debtors' book and records reflect that Claimant does not have a contract with any Debtor entity and that this is an obligation of Mullenlowe U.S. which is not a debtor in these cases.  The Debtors have no liability for this claim. |
| TWITTER INC<br>ATTN: NICOLE LEIER<br>CREDIT AND COLLECTIONS<br>1355 MARKET STREET, SUITE 900<br>SAN FRANCISCO, C 94104 | 14 | $631,158.31 | Claim has no basis in the Debtors' books and records. Debtors' book and records reflect that Claimant does not have a contract with any Debtor entity. Supporting documents filed with the proof of claim indicate invoices were addressed to Mediabrands Worldwide, Inc or Mediahub/Mullen Lowe Group, which are not debtors in these cases.  The Debtors have no liability for this claim. |

13

**OPEN ROAD FILMS, LLC**
**No Liability Claims to be Disallowed and Expunged**
**Exhibit 1**

| Name of Claimant | Claim Number | Claim Amount | Reason for Disallowance |
|---|---|---|---|
| UNIVISION COMMUNICATIONS INC C/O SZABO ASSOCIATES ATTN: SANDI G. HENDERSON 3355 LENOX RD NE, STE 945 ATLANTA, GA 30326 | 21 | $637,500.00 | Claim has no basis in the Debtors' books and records. Debtors' book and records reflect that Claimant does not have a contract with any Debtor entity and that this is an obligation of MullenLowe, which is not a debtor in these cases. The Debtors have no liability for this claim. |
| VIACOM INC ATTN: SARAH HARP C/O LISA SOLAZZO 1515 BROADWAY NEW YORK NY 10036 | 314 | $6,515,264.55 | Claim has no basis in the Debtors' books and records. Debtors' book and records reflect that Claimant does not have a contract with any Debtor entity. Supporting documents filed with the proof of claim indicate invoices were addressed to Mullen Lowe U.S. which is not a debtor in this case. The Debtors have no liability for this claim. |
| ZOIS, JOHN 3496 WADE STREET LOS ANGELES, CA 90066 | 98 | $12,850.00 (Unsecured Priority) $74,300.00 (General Unsecured) | Claim has no basis in the Debtors' books and records. Proof of claim asserts a severance claim against Debtor Open Road Films, L.L.C. Supporting documents filed with the proof of claim indicate the employment contract is with Global Road Entertainment LLC which is not a debtor in these cases. . Claim does not establish that the release that was a condition precedent for severance was signed within the requisite twenty days or that claimant mitigated his damages as required by the agreement. The Debtors have no liability for this claim. |
| ZUFFA INTERNATIONAL LLC A/K/A ULTIMATE FIGHTING CHAMPIONSHIP (UFC) C/O ENDEAVOR ATTN: REBECCA LITMAN 11 MADISON AVE, 17TH FLOOR NEW YORK, NY 10010 | 111 | $450,000.00 | Claim has no basis in the Debtors' books and records and is not supported by any documentation or other information. The Debtors have no liability for this claim. |

14

# **EXHIBIT 2**

OPEN ROAD FILMS, LLC
Reduce and Allow
Exhibit 2

| Name of Claimant | Claim Number | Claim Amount | Modified Claim Amount | Reason for Modification |
|---|---|---|---|---|
| AVALON TRANSPORTATION LLC ATTN: MARISSA LAGUDA 1000 CORPORATE POINTE, SUITE 150 CULVER CITY, CA 90230 | 25 | $2,130,677.00 | $21,306.77 | Claimant asserts a general unsecured claim in the amount of $2,130,677.00. Pursuant to the Debtors' books and records, the amount owed to claimant is $21,306.77. Further, there appears to be a decimal translation error from the invoice to the claim. Accordingly, the general unsecured claim should be reduced to $21,306.77. |
| AVALON TRANSPORTATION LLC ATTN: MARISSA LAGUDA 1000 CORPORATE POINTE, SUITE 150 CULVER CITY, CA 90230 | 139 | $25,580.31 | $14,468.91 | Claimant asserts a general unsecured claim in the amount of $25,580.31. Pursuant to the Debtors' books and records, the amount owed to claimant is $14,468.91. Accordingly, the general unsecured claim should be reduced to $19,775.00. |
| COMSCORE INC C/O RENTRAK CORPORATION 11950 DEMOCRACY DRIVE, SUITE 600 RESTON VA 20190 | 126 | $142,361.09 | $97,249.98 | Claimant asserts a general unsecured claim in the amount of $142,361.09. Pursuant to the Debtors' books and records, the amount owed to claimant is $97,249.98. Accordingly, the general unsecured claim should be reduced to $97,249.98. |
| DISNEY WORLD WIDE SERVICES ATTN: ADRIAN TUSTIN 1180 CELEBRATION BLVD, FLOOR 2 CELEBRATION, FL 34747 | 229 | $5,553,246.14 | $1,854,817.76 | Claimant asserts a general unsecured claim in the amount of $5,553,246.14. Pursuant to the Debtors' books and records, the amount owed to claimant by Debtor is $1,854,817.76. The remaining $3,698,428.38 is an obligation of Global Road Entertainment, LLC, which is not a debtor. Accordingly, the general |

**OPEN ROAD FILMS, LLC**
**Reduce and Allow**
**Exhibit 2**

| Name of Claimant | Claim Number | Claim Amount | Modified Claim Amount | Reason for Modification |
|---|---|---|---|---|
| ERWIN PENLAND LLC<br>110 E COURT ST STE 400<br>GREENVILLE, SC 29601 | 300 | $279,738.84 | TBD | unsecured claim should be reduced to $1,854,817.76. |
| | | | | Reduce to the extent amounts were paid by Lakeshore. |
| FILM SOLUTIONS LLC<br>ATTN: KARLA O' LEARY<br>1121 S FLOWER ST<br>BURBANK, CA 91502 | 174 | $3,998.37 | $2,303.75 | Claimant asserts a general unsecured claim in the amount of $3,998.37.  Pursuant to the Debtors' books and records, the amount owed to claimant by Debtor is $2,303.75. Accordingly, the general unsecured claim should be reduced to $2,303.75. |
| GDC DIGITAL CINEMA NETWORK (USA), LLC<br>ATTN: KEN HWANG<br>1016 WEST MAGNOLIA BLVD.<br>BURBANK CALIFORNIA 91506<br><br>GDC DIGITAL CINEMA NETWORK (USA), LLC<br>ATTN: GENERAL MANAGER<br>3500 W. OLIVE AVENUE, SUITE 940<br>BURBANK, CA 95105<br><br>GDC DIGITAL CINEMA NETWORK LIMITED<br>ATTN: CHIEF EXECUTIVE OFFICER<br>UNIT 1-7, 20TH FLOOR, KODAK HOUSE 2<br>39 HEALTHY STREET EAST, NORTH POINT<br>HONG KONG | 62 | $399,478.00 | $391,628.00 | Claimant asserts a general unsecured claim in the amount of $399,478.00.  Pursuant to the Debtors' books and records, the amount owed to claimant is $391,628.00. Accordingly, the general unsecured claim should be reduced to $391,628.00. |

2

**OPEN ROAD FILMS, LLC**
Reduce and Allow
Exhibit 2

| Name of Claimant | Claim Number | Claim Amount | Modified Claim Amount | Reason for Modification |
|---|---|---|---|---|
| GLASER WEIL FINK HOWARD AVCHEN AND SHAPIRO LLP<br>ATTN: ELIAS DABAIE, ESQ.<br>10250 CONSTELLATION BLVD STE 19<br>LOS ANGELES, CA 90067 | 104 | $23,783.67 | $18,082.50 | Claimant asserts a general unsecured claim in the amount of $23,783.67. Pursuant to the Debtors' books and records, the amount owed to claimant by the Debtor is $18,082.50. Accordingly, the general unsecured claim should be reduced to $18,082.50. |
| JIM EVANS STUDIO LLC<br>ATTN: JIM EVANS<br>2305 LIVE OAK MEADOW RD<br>MALIBU, CA 90265 | 49 | $30,000.00 | $15,000.00 | Claimant asserts a general unsecured claim in the amount of $30,000.00. The invoices submitted with the proof of claim only reflect $15,000.00 owed by the Debtor. Accordingly, the general unsecured claim should be reduced to $15,000.00. |
| JUNKET PRODUCTIONS INC<br>ATTN: SUZANNE TRAPP<br>5 OLD FARM LN<br>HARTSDALE, NY 10530 | 97 | $75,566.00 | TBD | Reduce to the extent amounts were paid by Lakeshore. |
| LE STUDIO PHOTOGRAPHY<br>26520 ROYAL VISTA CT<br>CANYON COUNTRY, CA 91351 | 138 | $11,850.00 | $10,350.00 | Claimant asserts a general unsecured claim in the amount of $11,850.00. Pursuant to the Debtors' books and records, the amount owed to claimant by the Debtor is $10,350.00. Accordingly, the general unsecured claim should be reduced to $10,350.00. |

3

**OPEN ROAD FILMS, LLC**
**Reduce and Allow**
**Exhibit 2**

| Name of Claimant | Claim Number | Claim Amount | Modified Claim Amount | Reason for Modification |
|---|---|---|---|---|
| LUONG, DAVID<br>1717 EAST BADILLO ST<br>COVINA, CA 91724 | 93 | $2,760.00 | $2,400.00 | Claimant asserts a general unsecured claim in the amount of $2,760.00. Pursuant to the Debtors' books and records, the amount owed to claimant by Debtor is $2,400.00. Accordingly, the general unsecured claim should be reduced to $2,400.00. |
| SCRABBLE VENTURES LLC<br>C/O GREENBERG GLUSKER ET AL<br>JEFFREY A KRIEGER<br>1900 AVENUE OF THE STARS, STE 2100<br>LOS ANGELES, CA 90067<br><br>SCRABBLE VENTURES, LLC<br>MICHAEL PHIPPS<br>CFO AND SECRETARY<br>10550 CAMDEN DRIVE<br>CYPRESS CA 90630 | 117 | $25,900.00 | $19,775.00 | Claimant asserts a general unsecured claim in the amount of $25,900.00. Pursuant to the Debtors' books and records, the amount owed to claimant is $19,775.00. Accordingly, the general unsecured claim should be reduced to $19,775.00. |
| THE DOG AGENCY LLC<br>135 MADISON AVE, 5TH FL<br>NEW YORK, NY 10016 | 22 | $75,000.00 | $25,000.00 | Claimant asserts a general unsecured claim in the amount of $75,000.00. Pursuant to the Debtors' books and records, the amount owed to claimant by Debtor is $25,000.00. The remaining $50,000.00 is an obligation of MullenLowe MediaHub, which is not a debtor. Accordingly, the general unsecured claim should be reduced to $25,000.00. |

4

**OPEN ROAD FILMS, LLC**
**Reduce and Allow**
**Exhibit 2**

| Name of Claimant | Claim Number | Claim Amount | Modified Claim Amount | Reason for Modification |
|---|---|---|---|---|
| TRAILER PARK INC A/K/A ART MACHINE 6922 HOLLYWOOD BLVD LOS ANGELES, CA 90028 | 65 | $251,964.79 | | Claimant asserts a general unsecured claim in the amount of $251,964.79. Pursuant to the Debtors' books and records, the amount owed to claimant is $193,414.79. Accordingly, the general unsecured claim should be reduced to $193,414.79. |

5