# EXHIBIT B

## Hurwitz Declaration

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>OPEN ROAD FILMS, LLC, a Delaware limited liability company, *et al.*[1],<br><br>                              Debtors. | Chapter 11<br><br>Case No.: 18-12012 (LSS)<br><br>(Jointly Administered) |

### DECLARATION OF PETER HURWITZ IN SUPPORT OF
### PLAN ADMINISTRATOR'S FIFTH (SUBSTANTIVE) OBJECTION TO
### CERTAIN (A) NO LIABILITY CLAIMS AND (B) REDUCE AND ALLOW CLAIMS

I, Peter Hurwitz, hereby declare under penalty of perjury, pursuant to section 1746 of title

28 of the United States Code, as follows:

1.    I am a Managing Director at Dundon Advisers LLC ("Dundon"),

Financial Advisor to John Roussey (the "Plan Administrator"), acting on behalf of Open Road

Films, LLC and its affiliated debtors and debtors in possession (the "Liquidating Debtors") in

the above-captioned chapter 11 cases. I submit this Declaration in support of the *Plan*

*Administrator's Fifth (Substantive) Objection to Certain (A) No Liability Claims and (B)*

*Reduce and Allow Claims* (the "Fifth Omnibus Objection").[2]

---

[1] The Liquidating Debtors and the last four digits of their taxpayer identification numbers include:  Open Road Films, LLC (4435-Del.); Open Road Releasing, LLC (4736-Del.); OR Productions LLC (5873-Del.); Briarcliff LLC (7304-Del.); Open Road International LLC (4109-Del.); and Empire Productions LLC (9375-Del.). The Debtors' address is 1800 Century Park East, Suite 600, Los Angeles, CA 90067.  Additional affiliated entities, including, but not limited to, IM Global LLC, Global Road Entertainment Television LLC (f/k/a IM Global TV LLC), Tang Media Partners LLC, and Global Road Entertainment LLC, are not debtors in these Cases and have not commenced chapter 11 cases.

[2] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Fifth Omnibus Objection.

2. Except as otherwise indicated herein, I have personal knowledge of the matters and issues set forth herein or have gained knowledge of such matters from my review of the relevant documents, or from information provided to me.

3. I make this Declaration based on my review of the No Liability Claims and Reduce & Allow Claims referenced in the Objection, together with any supporting or related documentation.

4. The Debtors have made their books and records available to Dundon.

5. I and the appropriate personnel, in conjunction with the Liquidating Debtors' professionals diligently reviewed and analyzed in good faith the No Liability Claims and the Reduce & Allow Claims identified in the Objection.

6. I have familiarity with the claims review process and the related objection process. In that capacity, I have reviewed the No Liability Claims and Reduce & Allow Claims referenced in the Objection, and am directly familiar with the information contained therein.  Additionally, I read the Objection and the Proposed Order with respect to the Objection. Some of the bases for the Objection contained herein relate to matters within the knowledge of other agents of the Plan Administrator and Liquidating Debtors and are based on information I received from them.

7. Each of the No Liability Claims listed on **Exhibit 1** to the Proposed Order is a claim each of the No Liability Claims seeks recovery for amounts for which the Debtors and estates are not liable and/or on its face, does not reflect a liability of any of the Debtors.

8.    I and other of the Plan Administrator's professionals reviewed the No Liability Claims and determined that the No Liability Claims should be disallowed and expunged from the claims register because each of No Liability Claims is a claim that seeks recovery for amounts for which the Debtors are not liable.

9.    Each of the Reduce & Allow Claims listed on **Exhibit 2** to the Proposed Order overstate the amount for which the Debtors' and their estates are liable.

10.    I and other of the Plan Administrator's professionals reviewed the Reduce & Allow Claims and determined that the amounts asserted therein should be disallowed in part and reduced and allowed in the amounts indicated on **Exhibit 2**.  Accordingly, to ensure the accuracy of the claims register, the Plan Administrator requests that the Court partially disallow the Reduce & Allow Claims and reduce and allow such claims in the amounts indicated on **Exhibit 2**.

11.    Accordingly, based upon my review of the No Liability Claims and the Reduce & Allow Claims subject to the Objection, I believe that the relief sought in the Objection is in the best interests of the Debtors, the estates, and creditors.

Dated: May 26 , 2020

Peter Hurwitz

DOCS_NY:40270.2 64202/003