IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>OPEN ROAD FILMS, LLC, a Delaware limited liability company, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 18-12012 (LSS)<br><br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Colin R. Robinson, hereby certify that on the 29th day of May, 2020, I caused a copy of the following document(s) to be served on the individuals on the attached service list(s) in the manner indicated:

**Notice of Plan Administrator's Fifth (Substantive) Objection to Certain (A) No Liability Claims and (B) Reduce and Allow Claims; and**

**Plan Administrator's Fifth (Substantive) Objection to Certain (A) No Liability Claims and (B) Reduce and Allow Claims.**

/s/ Colin R. Robinson
Colin R. Robinson (DE Bar No. 5524)

---

[1] The Debtors and the last four digits of their taxpayer identification numbers include: Open Road Films, LLC (4435-Del.); Open Road Releasing, LLC (4736-Del.); OR Productions LLC (5873-Del.); Briarcliff LLC (7304-Del.); Open Road International LLC (4109-Del.); and Empire Productions LLC (9375-Del.). The Debtors' address is 2049 Century Park East, 4th Floor, Los Angeles, CA 90067. Additional affiliated entities, including, but not limited to, IM Global LLC, Global Road Entertainment Television LLC (f/k/a IM Global TV LLC), Tang Media Partners LLC, and Global Road Entertainment LLC, are not debtors in these Cases and have not commenced chapter 11 cases.

Open Road Films, LLC 2002 Service List
(FCM)
Case No. 18-12012 (LSS)
Document No. 221095
01 – Interoffice
18 – Hand Delivery
46 – First Class Mail
01 – Foreign First Class Mail


(Counsel for the Plan Administrator)
Colin R. Robinson, Esquire
Pachulski Stang Ziehl & Jones, LLP
919 N. Market Street, 17th Floor
Wilmington, DE  19801

(Counsel for the Plan Administrator)
Robert J. Feinstein, Esquire
Scott L. Hazan, Esquire
Pachulski Stang Ziehl & Jones LLP
780 Third Avenue, 36th Floor
New York, NY 10017-2024

**Hand Delivery**
(Counsel for the Debtors)
Young Conaway Stargatt & Taylor LLP
Michael R. Nestor, Esquire
Sean M. Beach, Esquire
Robert F. Poppiti, Jr., Esquire
Rodney Square, 1000 North King Street
Wilmington, DE  19801

**Hand Delivery**
(Counsel to Secured Lender; Bank of America, N.A.)
Ashby & Geddes, P.A.
William P Bowden, Esquire
500 Delaware Avenue, 8th Floor
Wilmington, DE  19801-1150

**Hand Delivery**
(Counsel for BBG Home Again LLC)
Barnes & Thornburg LLP
David M Powlen, Esquire
Kevin G Collins, Esquire
1000 N West Street, Suite 1500,
Wilmington, DE  19801

**Hand Delivery**
(Counsel for Directors Guild of America Inc., Screen Actors Guild; American Federation of Television and Radio Artists; Writers Guild of America Inc.; West Inc.; Directors Guild of America Inc.-Producer Pension and Health Plans; Screen Actors Guild Producers, Pension and Health Plans; Writers Guild Pension Plan and Industry Health Fund; The Motion Picture Industry Pension and Health Plans)
Law Office of Susan E Kaufman LLC
Susan E Kaufman, Esquire
919 N Market Street, Suite 460,
Wilmington, DE  19801

**Hand Delivery**
(Counsel for East West Bank)
Potter Anderson & Corroon LLP
C. M. Samis, Esquire
L. Katherine Good, Esquire
Aaron Stulman, Esquire
1313 N. Market Street, 6th Floor
Wilmington, DE  19801

**Hand Delivery**
(Government Entity)
Office Of The U.S. Trustee
Linda Richenderfer, Esquire
844 King Street, Suite 2207
Wilmington, DE  19801

**Hand Delivery**
(Government Entity)
US Attorney for Delaware
David C. Weiss, Esquire c/o Ellen Slights, Esquire
Hercules Building
1313 N. Market Street, Suite 400
Wilmington, DE 19899

**Hand Delivery**
(Government Agency)
Kathleen Jennings, Esquire
Delaware Attorney General
Carvel State Office Building,
820 N French Street, 6th Floor
Wilmington, DE 19801

**Hand Delivery**
(Government Entity)
Delaware Division of Revenue
Zillah A. Frampton, Bankruptcy Administrator
Carvel State Office Building
820 N. French Street, 8th Floor
Wilmington, DE 19801

**Hand Delivery**
(Counsel to Endgame Releasing Co., LLC and Endgame Releasing Funding, LLC)
Daniel A. O'Brien, Esquire
Venable LLP
1201 N. Market Street, Suite 1400
Wilmington, DE 19801

**Hand Delivery**
(Counsel for Entertainment One Films Canada Inc. and certain of its affiliates)
Daniel J. DeFranceschi, Esquire
Michael J. Merchant, Esquire
Brett M. Haywood, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801

**Hand Delivery**
(Counsel for All I See Partners 2015 L.P.)
Matthew G. Summers, Esquire
Laurel D. Roglen, Esquire
Ballard Spahr LLP
919 N. Market Street, 11th Floor
Wilmington, DE 19801-3034

**Hand Delivery**
(Counsel for American Multi-Cinema, Inc. aka AMC Theatres)
Matthew P. Austria, Esquire
Austria Legal, LLC
1007 North Orange Street, 4th Floor
Wilmington, DE 19801

**Hand Delivery**
(Counsel to Comerica Bank, a Texas banking association)
Kurt F. Gwynne, Esquire
Jason D. Angelo, Esquire
Reed Smith LLP
1201 N. Market Street, 5th Floor
Wilmington, DE 19801

**Hand Delivery**
(Counsel for Interested Party Studiocanal S.A.S)
Norman M. Monhait, Esquire
Edward B. Rosenthal, Esquire
Rosenthal, Monhait & Goddess, P.A.
919 N. Market Street, Suite 1401
PO Box 1070
Wilmington, DE 19899-1070

**Hand Delivery**
(Counsel for Sous Chef, LLC)
Mary F. Caloway, Esquire
Buchanan Ingersoll & Rooney PC
919 North Market Street, Suite 990
Wilmington, DE 19801

**Hand Delivery**
(Counsel for Happy Pill Distribution, LLC and Happy Pill, LLC)
Daniel A. O'Brien, Esquire
Venable LLP
1201 North Market Street, Suite 1400
Wilmington, DE 19801

**Hand Delivery**
(Counsel for Spotlight Film, LLC)
Domenic E. Pacitti, Esquire
Michael W. Yurkewicz, Esquire
Klehr Harrison Harvey Branzburg LLP
919 N. Market Street, Suite 1000
Wilmington, DE 19801-3062

**First Class Mail**
(Government Entity)
Delaware Secretary Of State
Division of Corporations
401 Federal Street, Suite 4,
Dover, DE 19901

**First Class Mail**
(Government Entity)
Delaware Secretary Of State
Corporations Franchise Tax
PO Box 898
Dover, DE 19903

**First Class Mail**
(Government Agency)
Delaware State Treasury
Attn: Bankruptcy Department
820 Silver Lake Boulevard, Suite 100
Dover, DE 19904

**First Class Mail**
(Government Entity)
Franchise Tax Board
Bankruptcy Section, MS:A-340
PO Box 2952,
Sacramento, CA 95812-2952

**First Class Mail**
(Government Entity)
Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346,
Philadelphia, PA 19101-7346

**First Class Mail**
(Government Entity)
Internal Revenue Service
Centralized Insolvency Operation
2970 Market Street, Mail Stop 5-Q30 133
Philadelphia, PA 19104-5016

**First Class Mail**
(Government Entity)
Michigan Department of Treasury, Tax Pol. Division
Attn: Litigation Liaison
430 West Allegan Street, 2nd Floor
Austin Building
Lansing, MI 48922

**First Class Mail**
(Government Agency)
Securities & Exchange Commission
NY Regional Office
Attn: Bankruptcy Dept.
Brookfield Place
200 Vesey Street, Suite 400
New York, NY 10281-1022

**First Class Mail**
(Government Agency)
Securities & Exchange Commission
Secretary of Treasury
Office of General Counsel
100 F Street NE
Washington, DC 20549

**First Class Mail**
(Govt. Agency
Securities & Exchange Commission
Philadelphia Office
Attn: Bankruptcy Department
One Penn Center
1617 JFK Boulevard, Suite 520
Philadelphia, PA 19103

**First Class Mail**
(Government Entity)
Social Security Administration
Office of the General Counsel, Region 3
300 Spring Garden Street,
Philadelphia, PA 19123

**First Class Mail**
(Government Entity)
US EPA Region 3, Office Of Region Counsel
Attn: Bankruptcy Department
1650 Arch Street
Philadelphia, PA 19103

**First Class Mail**
([Proposed] Counsel for the Debtors)
Klee, Tuchin, Bogdanoff & Stern LLP
Jonathan M. Weiss, Esquire
Sasha M. Gurvitz, Esquire
Michael L. Tuchin, Esquire
1999 Avenue of the Stars, 39th Floor
Los Angeles, CA 90067-6049

**First Class Mail**
(Counsel For East West Bank)
Akin Gump Strauss Hauer & Feld LLP
David F. Staber, Esquire
2300 N. Field Street, Suite 1800
Dallas, TX 75201-2481

**First Class Mail**
(Secured Lender)
Bank of America as Administrative Agent
333 S. Hope Street, 13th Floor
Los Angeles, CA 90071

**First Class Mail**
(Counsel For BBG Home Again LLC
Barnes & Thornburg LLP
Paul Laurin, Esquire
Jonathan Wight, Esquire
2029 Century Park E Suite 300,
Los Angeles, CA 90067

**First Class Mail**
(Counsel for Directors Guild of America Inc., Screen Actors Guild; American Federation of Television and Radio Artists; Writers Guild of America Inc.; West Inc.; Directors Guild of America Inc.-Producer Pension and Health Plans; Screen Actors Guild Producers, Pension and Health Plans; Writers Guild Pension Plan and Industry Health Fund; The Motion Picture Industry Pension and Health Plans)
Bush Gottlieb, A Law Corporation
Joseph Kohanski, Esquire
David Ahdoot, Esquire
Kirk PreStegard, Esquire
Kiel Ireland, Esquire
801 North Brand Boulevard, Suite 950,
Glendale, CA 91203

**First Class Mail**
(Counsel For Lakeshore Entertainment Productions LLC)
Foley And Lardner LLP
Ashley M McDow, Esquire
555 South Flower Street, Suite 3300,
Los Angeles, CA 90071-2300

**First Class Mail**
(Counsel for Viacom International Inc. and Its Affiliates)
Luskin Stern & Eisler LLP
Richard Stern, Esquire
Stephan E Hornung, Esquire
Eleven Times Square,
New York, NY 10036

**First Class Mail**
(Landlord)
One Hundred Towers LLC
CBRE Inc.
Attn: Vice President, Property Management
2049 Century Park East, Suite 1950
Los Angeles, CA  90067-3283

**First Class Mail**
(Landlord)
One Hundred Towers LLC
JPMorgan Asset Management, Global Real Assets
Real Estate Americas
Brian Okrent, CEO
2029 Century Park East, Suite 4150
Los Angeles, CA  90067

**First Class Mail**
(Landlord)
One Hundred Towers LLC
Allen Matkins Leck Gamble Mallory & Natsis LL
Anton N. Natsis, Esquire
1901 Avenue of the Stars, Suite 1800
Los Angeles, CA  90067

**First Class Mail**
(Counsel To Secured Lender)
Paul Hastings LLP
Susan Williams, Esquire
1999 Avenue of the Stars, 27th Floor
Los Angeles, CA  90067

**First Class Mail**
(Counsel To Secured Lender)
Paul Hastings LLP
Andrew V. Tenzer, Esquire
200 Park Avenue
New York, NY  10166

**First Class Mail**
(Counsel for Bank of America N.A.)
Paul Hastings LLP
Andrew V Tenzer, Esquire
Shlomo Maza, Esquire
75 East 55th Street
New York, NY  10022

**First Class Mail**
(Counsel For Loren Schwartz)
Procopio Cory Hargreaves & Savitch LLP
Gerald P Kennedy, Esquire
525 B Street, Suite 2200,
San Diego, CA  92101

**First Class Mail**
(Counsel to Bank Leumi USA; Universal Studios Home Entertainment LLC)
Reed Smith LLP
Marsha A Houston, Esquire
Christopher O. Rivas, Esquire
355 South Grand Avenue, Suite 2900
Los Angeles, CA  90071-1514

**First Class Mail**
(Counsel to Bank Leumi USA)
Reed Smith LLP
Michael S Sherman, Esquire
1901 Avenue of the Stars, Suite 700,
Los Angeles, CA  90067

**First Class Mail**
(Counsel for MUFG Union Bank N.A.)
Sidley Austin LLP
Jennifer C Hagle, Esquire
555 West Fifth Street, 40th Floor,
Los Angeles, CA  90013

**First Class Mail**
(Counsel for MUFG Union Bank N.A.)
Sidley Austin LLP
Annie C Wallis, Esquire
One South Dearborn,
Chicago, IL  60603

**First Class Mail**
(Counsel for Scripps Networks LLC d/b/a
Food Network; Discovery, Inc.; Discovery
Licensing Inc.; Discoverycom LLC; Scripps
Networks LLC d/b/a HGTV)
Mary L. Fullington, Esquire
Wyatt, Tarrant & Combs, LLP
250 West Main Street, Suite 1600
Lexington, KY 40507

**First Class Mail**
(Counsel for Snap, Inc.)
Edward H. Tillinghast, Esquire
Michael T. Driscoll, Esquire
Sheppard Mullin Richter & Hampton LLP
30 Rockefeller Plaza
New York, NY 10112

**First Class Mail**
(Counsel for All I See Partners 2015 L.P)
Howard J. Weg, Esquire
Michael T. Delaney, Esquire
Robins Kaplan LLP
2049 Century Park East, Suite 3400
Los Angeles, CA 90067

**First Class Mail**
(Counsel for City National Bank; Netflix,
Inc.; Kasima, LLC)
Vadim J. Rubinstein, Esquire
Loeb & Loeb LLP
345 Park Avenue
New York, NY 10154

**First Class Mail**
(Counsel for City National Bank; Netflix,
Inc.; Kasima, LLC)
Lance N. Jurich, Esquire
Loeb & Loeb LLP
10100 Santa Monica Boulevard, Suite 2200
Los Angeles, CA 90067

**First Class Mail**
(Counsel for American Multi-Cinema, Inc.
aka AMC Theatres)
Michael D. Fielding
Husch Blackwell LLP
4801 Main Street, Suite 1000
Kansas City, MO 64112

**First Class Mail**
(Counsel for Interested Party Studiocanal
S.A.S)
Kathy A. Jorrie, Esquire
Pillsbury Winthrop Shaw Pittman LLP
725 South Figueroa Street, Suite 2800
Los Angeles, CA 90017-5406

**First Class Mail**
(Counsel for Spotlight Film, LLC)
Morton R. Branzburg, Esquire
Klehr Harrison Harvey Branzburg LLP
1835 Market Street, 14th Floor
Philadelphia, PA 19103

**First Class Mail**
(Counsel for Spotlight Film, LLC)
Andrew M. Parlen, Esquire
Latham & Watkins LLP
885 Third Avenue
New York, NY 10022

**First Class Mail**
(Counsel for Spotlight Film, LLC)
Jason B. Gott, Esquire
Latham & Watkins LLP
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611

**First Class Mail**
(Counsel for Iron Mountain Information
Management, LLC
Joseph Corrigan, Esquire
Iron Mountain Information Management,
LLC
One Federal Street
Boston, MA 02110

**First Class Mail**
(Counsel for WM Group West Engineers)
Cristina Medina, Esquire
Collins Collins Muir + Stewart
1100 El Centro Street
South Pasadena, CA  91030

**First Class Mail**
(Government Entity)
Laura L. McCloud, Esquire
Office of the Attorney General
Bankruptcy Division
PO Box 20207
Nashville, TN  37202-0207

**First Class Mail**
(Counsel to Facebook, Inc.)
David M. Serepea, Esq.
McMahon Serepea LLP
255-B Constitution Drive, Suite 1047
Menlo Park, CA  94025

**Foreign First Class Mail**
(Entertainment One Films Canada Inc. and
certain of its affiliates)
Lauren Blaiwais
Emily Harris
Entertainment One Films Canada Inc.
134 Peter Street, Suite 700
Toronto, Ontario M5V 2H2

OPEN ROAD - FIFTH OMNIBUS CLAIM
OBJECTION SERVICE LIST
CASE NO.: 18-12012 (LSS)
DOCUMENT NO. 228829
84 – FIRST CLASS MAIL
02 – FOREIGN FIRST CLASS

**FIRST CLASS MAIL**
42 WEST LLC
ATTN: GREG O'CONNOR
600 THIRD AVENUE, 23RD FLOOR
NEW YORK, NY  10016

**FIRST CLASS MAIL**
ALAMO DRAFTHOUSE CINEMA LLC
ATTN: SEAN BROWN
612A E 6TH STREET
AUSTIN, TX  78701

**FIRST CLASS MAIL**
ALLIED INTEGRATED MARKETING
C/O JOSEPH H. MATZKIN, ESQ.
30 FEDERAL STREET, 7TH FLOOR
BOSTON, MA  02110

**FIRST CLASS MAIL**
ALLIED INTEGRATED MARKETING
ALLIED ADVERTISING LP
PO BOX 845382
BOSTON, MA  02284

**FIRST CLASS MAIL**
AMC NETWORK ENTERTAINMENT LLC
ATTM: STANLEY KOPEC
11 PENN PLAZA, 16TH FLOOR
NEW YORK, NY  10001

**FIRST CLASS MAIL**
AMERICAN MULTI CINEMA INC
AKA AMC OR AMC THEATRES
C/O HUSCH BLACKWELL LLP
ATTN: MICHAEL D. FIELDING
4801 MAIN STREET, SUITE 1000
KANSAS CITY, MO  64112

**FIRST CLASS MAIL**
AMC THEATRES
ATTN: ROBERT SEEFELDT, VP, LEGAL
ONE AMC WAY
11500 ASH STREET
LEAWOOD, KS  66211

**FIRST CLASS MAIL**
ANDREASEN, ERIK
2147 EWING ST
LOS ANGELES, CA 90039

**FIRST CLASS MAIL**
BURNS, LORI
3634 CALLE JAZMIN
CALABASAS CA  91302

**FIRST CLASS MAIL**
CITY EVENTIONS USA LLC
MARIA LALLY
1333 BROADWAY, SUITE 502
NEW YORK, NY  10018

**FIRST CLASS MAIL**
CITYBRIDGE LLC
ATTENTION: LEGAL DEPT
10 HUDSON YARDS 26TH FLOOR
NEW YORK, NY  10001

**FIRST CLASS MAIL**
COOKING CHANNEL
C/O WYATT TARRANT AND COMBS LLP
ATTN: MARY L FULLINGTON
250 WEST MAIN ST STE 1600
LEXINGTON, KY  40507

**FIRST CLASS MAIL**
LEAH MONTESANO
DISCOVERY, INC.
ONE DISCOVERY PLACE
SILVER SPRING MD  20910

**FIRST CLASS MAIL**
CREEM, MATT
1050 S GRAND AVE, UNIT 1610
LOS ANGELES, CA  90015

**FIRST CLASS MAIL**
DEUTSCH, JOSHUA, ESQ.
C/O CAROLINE R. DJANG
BEST BEST & KRIEGER LLP
18101 VON KARMAN AVE., SUITE 1000
IRVINE, CA  92612

**FIRST CLASS MAIL**
JOSHUA DEUTSCH, ESQ.
418 S. SWALL DRIVE
BEVERLY HILLS CA  90211

**FIRST CLASS MAIL**
DISCOVERY INC
C/O WYATT TARRANT AND COMBS LLP
ATTN: MARY L FULLINGTON
250 WEST MAIN ST STE 1600
LEXINGTON, KY  40507

**FIRST CLASS MAIL**
LEAH MONTESANO
DISCOVERY, INC.
ONE DISCOVERY PLACE
SILVER SPRING MD  20910

**FIRST CLASS MAIL**
EDMODO INC
ATTN: MARK COSTIGAN
1200 PARK PL SUITE 400
SAN MATEO, CA  94403

**FIRST CLASS MAIL**
FAY, RICHARD M
5481 COLLINGWOOD CIR
CALABASAS, CA  91302

**FIRST CLASS MAIL**
FORD, BROOKE
1739 SOUTH HOLT AVE
LOS ANGELES, CA  90035

**FIRST CLASS MAIL**
FOX CABLE NETWORKS SVCS
C/O BARNES AND THORNBURG LLP
ATTN: PAUL J LAURIN
2029 CENTURY PK EAST STE 300
LOS ANGELES, CA  90067

**FIRST CLASS MAIL**
SCOTT THOMSON
DIRECTOR OF CREDIT & COLLECTIONS
FOX CABLE NETWORKS SERVICES
1211 AVENUE OF THE AMERICAS
28TH FLOOR
NEW YORK, NY  10036

**FIRST CLASS MAIL**
FRIEDMAN, SANDY
FRIEDMAN, SANFORD M
7245 ROCK RIDGE TER
WEST HILLS, CA  91307-1267

**FIRST CLASS MAIL**
GIMLET MEDIA INC
ATTN: CHRISTINA SULLIVAN
41 FLATBUSH AVE 7TH FL
BROOKLYN, NY  11217

**FIRST CLASS MAIL**
GOOGLE LLC FKA GOOGLE INC
C/O WHITE AND WILLIAMS LLP
AMY E VULPIO
1650 MARKET ST FL 18
PHILADELPHIA, PA  19103

**FIRST CLASS MAIL**
GOOGLE LLC F/K/A GOOGLE INC.
ATTN: DAVID CURTIN
1600 AMPHITHEATRE PKWY
MOUNTAIN VIEW CA  94043

**FIRST CLASS MAIL**
HOME AND GARDEN TELEVISION
C/O WYATT TARRANT AND COMBS LLP
ATTN: MARY L FULLINGTON
250 WEST MAIN ST STE 1600
LEXINGTON, KY  40507

**FIRST CLASS MAIL**
LEAH MONTESANO
DISCOVERY, INC.
ONE DISCOVERY PLACE
SILVER SPRING MD  20910

**FIRST CLASS MAIL**
IHEART MEDIA INC
ATTN: CARRIE DIVIN
20880 STONE OAK PKWY
SAN ANTONIO, TX 78258

**FIRST CLASS MAIL**
JUSTWATCH INC
ONE BOSTON PLACE, SUITE 2600
BOSTON, MA  02108

**FIRST CLASS MAIL**
LA LIVE PROPERTIES LLC AKA LA LIVE AND AKA LA LIVE THEATER
C/O ARENT FOX LLP
ATTN: RICHARD D. BUCKLEY
555 W 5TH ST 48TH FL
LOS ANGELES, CA  90013-1065

**FIRST CLASS MAIL**
TAK-WONG – FINANCE
800 W. OLYMPIC BLVD, SUITE #305
LOS ANGELES, CA  90015

**FIRST CLASS MAIL**
MEDIABRANDS WORLDWIDE INC
C/O INTERPUBLIC GROUP
ATTN: WILLIAM H CROSBY, JR
909 THIRD AVE, 24TH FLOOR
NEW YORK, NY  10022

**FIRST CLASS MAIL**
MEDIABRANDS WORLDWIDE INC.
ATTN: SHLOMI HELALI
100 WEST 33RD STREET
NEW YORK NY  10001

**FIRST CLASS MAIL**
JONATHAN L. FLAXER
GOLENBOCK EISEMAN ASSOR BELL & PESKOE LLP
711 THIRD AVENUE, 17TH FLOOR
NEW YORK NY  10017

**FIRST CLASS MAIL**
MOCEAN LLC
A/K/A MOCEAN PICTURES LLC
ATTN: RALUCA HIRINIA & ROSHONE HARMON
2440 S SEPULVEDA BLVD, STE 150
LOS ANGELES, CA  90064

**FIRST CLASS MAIL**
MULLENLOWE US INC
C/O INTERPUBLIC GROUP
WILLIAM H CROSBY JR
909 THIRD AVE, 24TH FLOOR
NEW YORK, NY  10022

**FIRST CLASS MAIL**
NBCUNIVERSAL MEDIA LLC
ATTN: MARY MCKENNA
30 ROCKEFELLER PLZ 1221 CAMPUS
NEW YORK, NY  10112

**FIRST CLASS MAIL**
NOT ORDINARY MEDIA LLC
ATTN: BRENT NEILL, COO
600 WILSHIRE BLVD, SUITE 1500
LOS ANGELES, CA  90017

**FIRST CLASS MAIL**
OUTFRONT MEDIA LLC
C/O CLAUDIO E IANNITELLI
IANNITELLI MARCOLINI PC
5353 NORTH 16TH ST STE 315
PHOENIX, AZ  85016

**FIRST CLASS MAIL**
PAN, JACK
304 16TH PLACE
MANHATTAN BEACH, CA 90266-4629

**FIRST CLASS MAIL**
PANDORA MEDIA INC
C/O BIALSON BERGEN & SCHWAB
ATTN: LAWRENCE SCHWAB
 & THOMAS GAA
633 MENLO AVE, STE 100
MENLO PARK, CA 94025

**FIRST CLASS MAIL**
PLACEIQ INC
ATTN: LAUREN LEGUIZAMON
1065 AVE OF THE AMERICAS 18TH FLR
NEW YORK, NY 10018

**FIRST CLASS MAIL**
PXL BROS LLC
ATTN: MATTHEW MICHALOWSKI
849 S BROADWAY STE 602
LOS ANGELES, CA 90014

**FIRST CLASS MAIL**
RUBIN, DAVID
3617 GRAND VIEW BLVD
LOS ANGELES, CA 90066

**FIRST CLASS MAIL**
SCHWARTZ, LOREN
12500 OSPREY LN #3
PLAYA VISTA, CA 90094

**FIRST CLASS MAIL**
SETH SPECTOR
10916 ASHTON AVE APT 303
LOS ANGELES, CA 90024

**FIRST CLASS MAIL**
SNAP INC.
ATTN: LEGAL
3000 31ST STREET, SUITE C
SANTA MONICA CA 90405

**FIRST CLASS MAIL**
SNAP INC
C/O SHEPPARD MULLIN RICHTER AND HAMPTON LLP
ATTN: EDWARD H TILLINGHAST III ESQ
30 ROCKEFELLER PLAZA
NEW YORK, NY 10112

**FIRST CLASS MAIL**
SOMMERFELD, TIMOTHY R
1513 ADDISON RD
PALOS VERDES, CA 90274

**FIRST CLASS MAIL**
SPOTIFY USA INC
C/O MORRISON AND FOERSTER LLP
ATTN: LORENZO MARINUZZI
 & KATHERINE E. RICHARDSON ARNOULD
250 WEST 55TH STREET
NEW YORK, NY 10019

**FIRST CLASS MAIL**
ADAM CHEN
LEGAL COUNSEL
SPOTIFY USA INC.
150 GREENWICH STREET, FLOOR 62
NEW YORK, NY 10007

**FIRST CLASS MAIL**
SWISHER PRODUCTIONS LLC
ATTN: NATHAN SWISHER
1438 N GOWER ST
BLDG 6060, STE 300 BOX 3
HOLLYWOOD, CA 90028

**FIRST CLASS MAIL**
TELEVISION FOOD NETWORK
C/O WYATT TARRANT AND COMBS LLP
ATTN: MARY L FULLINGTON
250 WEST MAIN ST STE 1600
LEXINGTON, KY  40507

**FIRST CLASS MAIL**
LEAH MONTESANO
DISCOVERY, INC.
ONE DISCOVERY PLACE
SILVER SPRING MD  20910

**FIRST CLASS MAIL**
THE CW NETWORK LLC
C/O GLICKFELD FIELDS AND JACOBSON LLP
ATTN: LAWRENCE M JACOBSON
8383 WILSHIRE BOULEVARD SUITE 341
BEVERLY HILLS, CA  90211

**FIRST CLASS MAIL**
THE CW NETWORK LLC
ATTN: DANA ABEL
3300 W. OLIVE AVENUE, #3074
BURBANK CA  91505

**FIRST CLASS MAIL**
THINKLATINO INC
ATTN: ROCIO PRADO KISSLING
24311 SYLVAN GLEN RD
CALABASAS, CA  91302

**FIRST CLASS MAIL**
TOTALLYHER MEDIA LLC
JOSH ELLINGWOOD
5140 GOLDLEAF CIR 1ST FL
LOS ANGELES, CA  90056

**FIRST CLASS MAIL**
TRESENSA INC
443 PARK AVE SOUTH, SUITE 506
NEW YORK, NY  10016

**FIRST CLASS MAIL**
TURNER BROADCASTING SALES INC
C/O VORYS SATER SEYMOUR & PEASE LLP
TIFFANY S COBB
52 EAST GAY STREET
COLUMBUS, OH  43215

**FIRST CLASS MAIL**
TWITTER INC
ATTN: NICOLE LEIER
CREDIT AND COLLECTIONS
1355 MARKET STREET, SUITE 900
SAN FRANCISCO, C 94104

**FIRST CLASS MAIL**
UNIVISION COMMUNICATIONS INC
C/O SZABO ASSOCIATES
ATTN: SANDI G. HENDERSON
3355 LENOX RD NE, STE 945
ATLANTA, GA  30326

**FIRST CLASS MAIL**
VIACOM INC
ATTN: SARAH HARP C/O LISA SOLAZZO
1515 BROADWAY
NEW YORK NY 10036

**FIRST CLASS MAIL**
ZOIS, JOHN
3496 WADE STREET
LOS ANGELES, CA  90066

**FIRST CLASS MAIL**
ZUFFA INTERNATIONAL LLC A/K/A ULTIMATE FIGHTING CHAMPIONSHIP (UFC)
C/O ENDEAVOR
ATTN: REBECCA LITMAN
11 MADISON AVE, 17TH FLOOR
NEW YORK, NY  10010

**FIRST CLASS MAIL**
AVALON TRANSPORTATION LLC
ATTN: MARISSA LAGUDA
1000 CORPORATE POINTE, SUITE 150
CULVER CITY, CA  90230

**FIRST CLASS MAIL**
AVALON TRANSPORTATION LLC
ATTN: MARISSA LAGUDA
1000 CORPORATE POINTE, SUITE 150
CULVER CITY, CA  90230

**FIRST CLASS MAIL**
COMSCORE INC
C/O RENTRAK CORPORATION
11950 DEMOCRACY DRIVE, SUITE 600
RESTON VA  20190

**FIRST CLASS MAIL**
DISNEY WORLD WIDE SERVICES
ATTN: ADRIAN TUSTIN
1180 CELEBRATION BLVD, FLOOR 2
CELEBRATION, FL  34747

**FIRST CLASS MAIL**
ERWIN PENLAND LLC
110 E COURT ST STE 400
GREENVILLE, SC  29601

**FIRST CLASS MAIL**
FILM SOLUTIONS LLC
ATTN: KARLA O' LEARY
1121 S FLOWER ST
BURBANK, CA  91502

**FIRST CLASS MAIL**
GDC DIGITAL CINEMA NETWORK
(USA), LLC
ATTN: KEN HWANG
1016 WEST MAGNOLIA BLVD.
BURBANK CA  91506

**FIRST CLASS MAIL**
GDC DIGITAL CINEMA NETWORK
(USA), LLC
ATTN: GENERAL MANAGER
3500 W. OLIVE AVENUE, SUITE 940
BURBANK, CA  95105

**FIRST CLASS MAIL**
GLASER WEIL FINK HOWARD
AVCHEN
AND SHAPIRO LLP
ATTN: ELIAS DABAIE, ESQ.
10250 CONSTELLATION BLVD STE 19
LOS ANGELES, CA  90067

**FIRST CLASS MAIL**
JIM EVANS STUDIO LLC
ATTN: JIM EVANS
2305 LIVE OAK MEADOW RD
MALIBU, CA  90265

**FIRST CLASS MAIL**
JUNKET PRODUCTIONS INC
ATTN: SUZANNE TRAPP
5 OLD FARM LN
HARTSDALE, NY  10530

**FIRST CLASS MAIL**
LE STUDIO PHOTOGRAPHY
26520 ROYAL VISTA CT
CANYON COUNTRY, CA  91351

**FIRST CLASS MAIL**
LUONG, DAVID
1717 EAST BADILLO ST
COVINA, CA  91724

**FIRST CLASS MAIL**
SCRABBLE VENTURES LLC
C/O GREENBERG GLUSKER ET AL
JEFFREY A KRIEGER
1900 AVENUE OF THE STARS, STE 2100
LOS ANGELES, CA  90067

**FIRST CLASS MAIL**
SCRABBLE VENTURES, LLC
MICHAEL PHIPPS
CFO AND SECRETARY
10550 CAMDEN DRIVE
CYPRESS CA  90630

**FIRST CLASS MAIL**
THE DOG AGENCY LLC
135 MADISON AVE, 5TH FL
NEW YORK, NY  10016

**FIRST CLASS MAIL**
TRAILER PARK INC
A/K/A ART MACHINE
6922 HOLLYWOOD BLVD
LOS ANGELES, CA  90028

**FOREIGN FIRST CLASS**
ROADSHOW FILMS PTY LTD
ATTN: PHILIP KENNEDY
1 GARDEN STREET
SOUTH YARRA, VIC3141
AUSTRALIA

**FOREIGN FIRST CLASS**
GDC DIGITAL CINEMA NETWORK LIMITED
ATTN: CHIEF EXECUTIVE OFFICER
UNIT 1-7, 20TH FLOOR, KODAK HOUSE 2
39 HEALTHY STREET EAST, NORTH POINT
HONG KONG