JEFFREY A. SLOTT, ESQ. (SBN 103807)
LAW OFFICES OF JEFFREY A. SLOTT
A Professional Corporation
15760 Ventura Boulevard, Suite 1600
Encino, California 91436
Telephone:    (818) 995-1955
Facsimile:     (818) 995-0955

Attorneys for Creditor BLT Communications, LLC,
a limited liability company (Creditor No. 72)

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| In re:<br><br>OPEN ROAD FILMS, LLC, a Delaware limited liability company, et al,<br><br>　　　　　　　　Debtors. | Chapter 11<br><br>Case No.: 18-12012 (LSS)<br><br>(Jointly Administered)<br><br>Hearing Date: July 1, 2020 at 2:00 p.m. (ET) |
|---|---|

### RESPONSE OF CREDITOR BLT COMMUNICATIONS, LLC (CREDITOR NO. 72) TO FOURTH OBJECTION OF PLAN ADMINISTRATOR BASED ON ALLEGED INSUFFICIENT DOCUMENTATION

TO:    (i) the Office of the United States Trustee for the District of Delaware, (ii) the Debtors, (iii) the Claimants, and (iv) any person that, as of the filing of this Response, has filed a specific request for notices and papers.

**COMES NOW** Creditor BLT Communications, LLC, a limited liability company (Creditor No. 72) and hereby responds to the Fourth Objection to this Creditor's claim based upon alleged insufficient documentation. This response consists of the Declaration of Larry Clemens, Chief Financial Officer of this Creditor and Jeffrey A. Slott, General Counsel to this Creditor, both of which provide sufficient information and documentation upon which the Plan Administrator should rely in withdrawing its objection to this Creditor's claim. This Creditor's claim in the sum of Four Hundred Sixty Eight Thousand Nine Hundred Three Dollars and 26/100 ($468,903.26) is supported by the original Proof of Claim filed in this matter on September 28, 2018, the Amended Proof of Claim filed

1

in this matter on October 12, 2018, the attachments and exhibits to the Proof of Claim and Amended Proof of Claim filed by this Creditor, and upon the Declarations of Larry Clemens and Jeffrey A. Slott filed and served herewith. This Response is based on the undisputed facts that in July 2018 the Debtor instructed this Creditor to direct its invoices relating to services it provided to the Debtor to individuals and/or companies who were serving as the managers of the Debtor as of July 16, 2018 so that the invoices would be paid more readily according to statements and representations made by the Chief Executive Officer of the Debtor, Rob Friedman. The fact that the invoices are directed to those individuals and/or entities at the request of the Debtor does not invalidate or diminish the validity of the invoices or the obligation of the Debtor to pay them inasmuch as the work and services performed by this Creditor as reflected on such invoices was undertaken and performed for the Debtor and at the specific instance and request of the Debtor. The subject invoices, as identified in the attached Declarations are those of the Debtor, despite having been directed to individuals and/or entities then managing the Debtor. All communications with respect to the aforesaid claim on behalf of this Creditor should be directed to this Creditor's legal counsel referenced above.

DATED: June 10, 2020                              LAW OFFICES OF JEFFREY A. SLOTT

By: _____
JEFFREY A. SLOTT
Attorney for Creditor,
BLT Communications, LLC

## CERTIFICATE OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:

I am over 18 years of age and not a party to this action. I am a resident of or employed in the county where the mailing took place. My business address is 15760 Ventura Boulevard, Suite 1600, Encino, California 91436.

On **June 10, 2020**, I served the documents described as: **RESPONSE OF CREDITOR BLT COMMUNICATIONS, LLC (CREDITOR NO. 72) TO FOURTH OBJECTION OF PLAN ADMINISTRATOR BASED ON ALLEGED INSUFFICIENT DOCUMENTATION** on the interested parties in this action listed on the attached Service List.

[ X ]    **BY MAIL:** I deposited the sealed envelope with the United States Postal Service with the postage fully prepaid. I placed the envelope(s) for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

[ ]    **BY FACSIMILE:** I transmitted by facsimile machine, to the fax number(s) indicated below, a true and correct copy of the document(s) described above. The foregoing document was served by facsimile and the transmission was confirmed in writing as completed and without error.

[ ]    **OVERNIGHT FEDERAL EXPRESS DELIVERY:** I enclosed the document(s) in an envelope provided by Federal Express and addressed it to the person(s) at the address(es) below. I placed the envelope for collection and overnight delivery in a Federal Express drop box.

[X]    (Federal)   I declare that I am employed in the office of a member of the bar of this court in whose direction the service was made.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **June 10, 2020**, at Encino, California.

_____
DINA J. PRADO

## SERVICE LIST

Open Road Films, LLC
Attn: James Ellis
2049 Century Park East, 4th Floor
Los Angeles, CA 90067
Email: jellis@tangmp.com
*Debtor*

Klee, Tuchin, Bogdanoff & Stern LLP
Michael L. Tuchin, Esq.
Jonathan M. Weiss, Esq.
1999 Avenue of the Stars, 39th Floor
Los Angeles, CA 90067
Tel: 310-407-4000
Fax: 310-407-9090
Email: mtuchin@ktbslaw.com
jweiss@ktbslaw.com
*Co-Counsel for Debtors*

Young Conaway Stargatt & Taylor, LLP
Michael R. Nestor, Esq.
Robert F. Poppiti, Jr., Esq.
Rodney Square
1000 North King Street
Wilmington, DE 19801
Tel: 302-571-6600
Fax: 302-571-1253
Email: mnestor@ycst.com
rpoppiti@ycst.com
*Co-Counsel for Debtors*

Pachulski Stang Ziehl & Jones LLP
Robert J. Feinstein, Esq.
Scott L. Hazan, Esq.
Colin R. Robinson, Esq.
780 Third Avenue, 34th Floor
New York, NY 10017
Email: rfeinstein@pszjlaw.com
shazan@pszjlaw.com
crobinson@pszjlaw.com
*Counsel for the Committee*

CERTIFICATE OF SERVICE

Paul Hastings LLP
Andrew Tenzer, Esq.
Susan Williams, Esq.
200 Park Avenue
New York, NY 10166
Email: andrewtenzer@paulhastings.com
susanwilliams@paulhastings.com
*Counsel for the Agent*


Ashby & Geddes, P.A.
Bill Bowden, Esq.
500 Delaware Avenue, 8th Floor
Wilmington, DE 19801
*Email: wbowden@ashbygeddes.com*
*Counsel for the Agent*


None Listed
*Counsel for the Stalking Horse Purchaser* (if any)


Bush Gottlieb, A Law Corporation
Joseph A. Kohanski, Esq.
David E. Ahdoot, Esq.
801 North Brand Boulevard, Suite 950
Glendale, CA 91203
Email: kohanski@bushgottlieb.com
dahdoot@bushgottlieb.com
*Counsel for Certain Guilds*

Office of the United States Trustee
for the District of Delaware
Linda Richenderfer, Esq.
844 King Street, Suite 2207
Wilmington, DE 19801
Email: lindarichenderfer@usdoj.gov


Donlin, Recano & Company
Re: Open Road Films, LLC, et al.
6201 15th Avenue
Brooklyn, NY 11219
Tel: 212-481-1411
*Claims Agent*

- 3 -