JEFFREY A. SLOTT, ESQ. (SBN 103807)
LAW OFFICES OF JEFFREY A. SLOTT
A Professional Corporation
15760 Ventura Boulevard, Suite 1600
Encino, California 91436
Telephone:     (818) 995-1955
Facsimile:     (818) 995-0955

Attorneys for Creditor BLT Communications, LLC,
a limited liability company (Creditor No. 72)

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>OPEN ROAD FILMS, LLC, a Delaware limited liability company, *et al,*<br><br>Debtors. | Chapter 11<br><br>Case No.: 18-12012 (LSS)<br><br>(Jointly Administered)<br><br>**Hearing Date: July 1, 2020 at 2:00 p.m. (ET)** |

### DECLARATION OF LARRY CLEMENS IN SUPPORT OF CREDITOR NO. 72'S RESPONSE TO FOURTH OBJECTION OF PLAN ADMINISTRATOR TO THIS CREDITOR'S CLAIM BASED UPON ALLEGED INSUFFICIENT DOCUMENTATION

I, Larry Clemens, hereby declare under penalty of perjury, pursuant to section 1746 of title 28 of the United States Code, as follows.

1.        I am a member and Chief Financial Officer of BLT Communications, LLC, a California limited liability company ("BLT"). I submit this Declaration in support of the Response of BLT to the Plan Administrator's Fourth (Non-Substantive) Objection to Certain (A) Duplicative Claims and (B) Insufficient Documentation Claims (the "Fourth Omnibus Objection). Except as otherwise indicated herein, I have personal knowledge of the matters and issues set forth herein or have gained knowledge of such matters from my review of the relevant documents and from information provided to me by employees, staff and representatives of BLT. I make this Declaration based upon my review of the

Proof Claim filed by BLT in this proceeding, the Amended Proof of Claim filed by BLT in this proceeding, the Declaration of Jeffrey A. Slott filed and served herewith and all exhibits in support of such documents, as well as the Fourth Omnibus Objection.

2.     As a member and Chief Financial Officer of BLT, I am authorized to submit this Declaration on its behalf. Having reviewed the above documents including the Fourth Omnibus Objection, and having obtained additional information and documentation supporting the Claim of Creditor No. 72, I have concluded that the Claim submitted by this Creditor contains sufficient documentation, with the following explanation, as required by Bankruptcy Rule 3001.

3.     All of the invoices attached to the Proof of Claim and the Amended Proof of Claim of this Creditor were prepared in the ordinary course of the business of BLT, as were the Proof of Claim and Amended Proof of Claim. The Proof of Claim, Amended Proof of Claim and all exhibits and documentation attached thereto are either originals thereof created by BLT in the ordinary course of business, or are true and correct copies thereof which were created under my direct supervision and control. All of the entries on the Proof of Claim and Amended Proof of Claim, including all the invoices and other documentation attached to the Proof of Claim and Amended Proof of Claim were entered thereon on or about the dates indicated on each document. All of the exhibits and attachments to the Proof of Claim and the Amended Proof of Claim submitted by this Creditor are business records of BLT.

4.     All of the work and services reflected on the invoices and other documents attached to the Proof of Claim and Amended Proof of Claim were performed by BLT at the specific instance and request of authorized representatives of the Debtor, specifically Tim Sommerfeld, Rob Friedman, Melissa Martinez and Jennifer Sheridan. All of the invoices

directed to these individuals were directed to them at their specific instance, request and instruction. All of the services reflected on all of the invoices attached to the Proof of Claim and Amended Proof of Claim were performed directly and solely to Open Road Films, LLC, the Debtor.

5. At all times relevant to this claim, the Debtor, through the above-named individuals, represented to BLT that the above-named individuals were managers and/or authorized representatives of the Debtor. BLT was always instructed by the Debtor to send its invoices to "Open Road", "Global Road", and/or Tang Media Partners/Global Road Entertainment. At all times relevant to this Claim, the above-named individuals represented and warranted to BLT that the Debtor conducts business under various business names including "Open Road, Global Road, Global Road Entertainment and Tang Media Partners. All work and services requested and ordered by the Debtor through the above-named individuals or done on behalf of the Debtor, not on behalf of any other entities. Public records reflect the fact that Tang Media Partners and Global Road served as managers of the Debtor, occupied the same office space as the Debtor, were owned, managed and controlled by the same individuals as the Debtor, were represented by the same legal counsel as the Debtor, were represented by the same financial consultants and were engaged in the same business, to wit: film production and entertainment. At various times the Debtor conducted business under the names Global Road, Global Road Entertainment and Tang Media Partners.

6. The following BLT invoices dated July 16, 2018 were sent to Rob Friedman of Open Road and were directed to Global Road Entertainment specifically at the request of Rob Friedman:

| | |
|---|---|
| 61183 | 61189 |
| 61184 | 61190 |
| 61185 | 61191 |
| 61186 | 61192 |
| 61187 | 61193 |
| 61188 | 61269 |

3

Invoice No. 61440 attached to the Proof of Claim and Amended Proof of Claim was generated by BLT at the request of Jennifer Sheridan and was sent to her at Tang Media Partners/Global Road Entertainment, specifically at her request. It is noteworthy that the project referred to on that invoice, "Hotel Artemis" is the same project refereed to on many of the invoices sent to Tim Sommerfeld at Open Road (i.e., Invoice Nos. 60742-60745, etc.).

7.      The ledger of Open Road outstanding invoices as of October 10, 2018 was attached to the Amended Proof of Claim and accurately reflects a balance due and owing in the sum of Four Hundred Sixty Eight Thousand Nine Hundred Three Dollars and 26/100 ($468,903.26) as of that date.

8.      Along with the information and documentation provided in the Declaration of Jeffrey A. Slott filed and served herewith. BLT has provided *prima facie* evidence of the validity and amount of the claim of BLT as required by Section 502 of the Bankruptcy Code and Bankruptcy Rule 3001(f). Accordingly, this Creditor respectfully requests that the Court overrule the Fourth Omnibus Objection and accept this claim.

9.      Executed this 10th day of June, 2020 at Hollywood, California.

BLT Communications, LLC, a California limited liability company

By: _____
Larry Clemens, Chief Financial Officer

4

## CERTIFICATE OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:

I am over 18 years of age and not a party to this action. I am a resident of or employed in the county where the mailing took place. My business address is 15760 Ventura Boulevard, Suite 1600, Encino, California  91436.

On **June 10, 2020**, I served the documents described as : **DECLARATION OF LARRY CLEMENS IN SUPPORT OF CREDITOR NO. 72'S RESPONSE TO FOURTH OBJECTION OF PLAN ADMINISTRATOR BASED ON ALLEGED INSUFFICIENT DOCUMENTATION** on the interested parties in this action listed on the attached Service List.

**[ X ]    BY MAIL:** I deposited the sealed envelope with the United States Postal Service with the postage fully prepaid. I placed the envelope(s) for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

**[  ]    BY FACSIMILE:** I transmitted by facsimile machine, to the fax number(s) indicated below, a true and correct copy of the document(s) described above. The foregoing document was served by facsimile and the transmission was confirmed in writing as completed and without error.

**[ ]    OVERNIGHT FEDERAL EXPRESS DELIVERY:** I enclosed the document(s) in an envelope provided by Federal Express and addressed it to the person(s) at the address(es) below. I placed the envelope for collection and overnight delivery in a Federal Express drop box.

**[X]**    (Federal)  I declare that I am employed in the office of a member of the bar of this court in whose direction the service was made.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **June 10, 2020**, at Encino, California.

_____
DINA J. PRADO

### SERVICE LIST

Open Road Films, LLC
Attn: James Ellis
2049 Century Park East, 4th Floor
Los Angeles, CA 90067
Email: jellis@tangmp.com
*Debtor*

Klee, Tuchin, Bogdanoff & Stern LLP
Michael L. Tuchin, Esq.
Jonathan M. Weiss, Esq.
1999 Avenue of the Stars, 39th Floor
Los Angeles, CA 90067
Tel: 310-407-4000
Fax: 310-407-9090
Email: mtuchin@ktbslaw.com
jweiss@ktbslaw.com
*Co-Counsel for Debtors*


Young Conaway Stargatt & Taylor, LLP
Michael R. Nestor, Esq.
Robert F. Poppiti, Jr., Esq.
Rodney Square
1000 North King Street
Wilmington, DE 19801
Tel: 302-571-6600
Fax: 302-571-1253
Email: mnestor@ycst.com
rpoppiti@ycst.com
*Co-Counsel for Debtors*


Pachulski Stang Ziehl & Jones LLP
Robert J. Feinstein, Esq.
Scott L. Hazan, Esq.
Colin R. Robinson, Esq.
780 Third Avenue, 34th Floor
New York, NY 10017
Email: rfeinstein@pszjlaw.com
shazan@pszjlaw.com
crobinson@pszjlaw.com
*Counsel for the Committee*

**CERTIFICATE OF SERVICE**

Paul Hastings LLP
Andrew Tenzer, Esq.
Susan Williams, Esq.
200 Park Avenue
New York, NY 10166
Email:  andrewtenzer@paulhastings.com
susanwilliams@paulhastings.com
*Counsel for the Agent*


Ashby & Geddes, P.A.
Bill Bowden, Esq.
500 Delaware Avenue, 8th Floor
Wilmington, DE 19801
*Email:  wbowden@ashbygeddes.com*
*Counsel for the Agent*


None Listed
*Counsel for the Stalking Horse Purchaser* (if any)


Bush Gottlieb, A Law Corporation
Joseph A. Kohanski, Esq.
David E. Ahdoot, Esq.
801 North Brand Boulevard, Suite 950
Glendale, CA 91203
Email:  kohanski@bushgottlieb.com
dahdoot@bushgottlieb.com
*Counsel for Certain Guilds*

Office of the United States Trustee
for the District of Delaware
Linda Richenderfer, Esq.
844 King Street, Suite 2207
Wilmington, DE 19801
Email:  lindarichenderfer@usdoj.gov


Donlin, Recano & Company
Re: Open Road Films, LLC, et al.
6201 15th Avenue
Brooklyn, NY 11219
Tel:  212-481-1411
*Claims Agent*

- 3 -