JEFFREY A. SLOTT, ESQ. (SBN 103807)
LAW OFFICES OF JEFFREY A. SLOTT
A Professional Corporation
15760 Ventura Boulevard, Suite 1600
Encino, California 91436
Telephone:    (818) 995-1955
Facsimile:    (818) 995-0955

Attorneys for Creditor BLT Communications, LLC,
a limited liability company (Creditor No. 72)

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>OPEN ROAD FILMS, LLC, a Delaware limited liability company, *et al,*<br><br>        Debtors. | Chapter 11<br><br>Case No.: 18-12012 (LSS)<br><br>(Jointly Administered)<br><br>**Hearing Date: July 1, 2020 at 2:00 p.m. (ET)** |

## DECLARATION OF JEFFREY A. SLOTT IN SUPPORT OF CREDITOR NO. 72'S RESPONSE TO FOURTH OBJECTION OF PLAN ADMINISTRATOR TO THIS CREDITOR'S CLAIM BASED UPON ALLEGED INSUFFICIENT DOCUMENTATION

I, Jeffrey A. Slott, hereby declare under penalty of perjury, pursuant to section 1746 of title 28 of the United States Code, as follows.

1.     I am an attorney licensed to practice law before all state and federal courts located within the State of California. Except as otherwise indicated herein, I have personal knowledge of the matters and issues set forth herein or have gained knowledge of such matters from my review of the relevant documents or from information provided to me.

2.     I make this Declaration based upon my review of the Plan Administrator's Fourth Objection to Duplicative and Insufficient Documentation Claims (the "Fourth Omnibus Objection"), the Declaration of Larry Clemens filed and served herewith, the Proof of Claim filed in this case on

1

behalf of BLT Communications, LLC, a limited liability company ("BLT") identified in this proceeding as Creditor No. 72, as well as the Amended Proof of Claim filed by BLT in this proceeding. I have also reviewed and relied upon the exhibits and other attachments to the BLT Proof of Claim and Amended Proof of Claim.

3.       I serve as General Legal Counsel to BLT and its principals and have acted as such for approximately 30 years. I am familiar with BLT's business practices, including its services and its billing practices. BLT and its principals have been providing entertainment industry marketing services, including graphic art work, digital marketing services, and other forms of marketing and creative art services through all forms of media for approximately 30 years in Hollywood, California. BLT is the largest company of its type in the world and enjoys a reputation for providing the highest level of services to every major network, studio and television channel in the United States, and internationally.

4.       The BLT Proof of Claim in this case was filed on September 28, 2018. Shortly thereafter BLT realized that there were numerous invoices for services it rendered at the request of Open Road Films, LLC which had not been included in its original Proof of Claim. Accordingly, it filed an Amended Proof of Claim in the sum of Four Hundred Sixty Eight Thousand Nine Hundred Three Dollars and 26/100 ($468,903.26) on October 12, 2018. I signed the Proof of Claim and Amended Proof of Claim on behalf of BLT and caused it to be filed with the Court in this proceeding.

5.       I have reviewed the Declaration of Larry Clemens submitted in response to the Fourth Omnibus Objection. The information stated in the Declaration of Larry Clemens was brought to my attention after the Proof of Claim was filed on September 28, 2018, and is in fact the information which justified the preparation and filing of the Amended Proof of Claim.

It is clear from a review of the invoices directed to Rob Friedman, Melissa Martinez, Tim Sommerfeld and Jennifer Sheridan that they reflect services provided by BLT directly and specifically to and for Open Road Films, LLC at the request of Open Road Films, LLC. Cross-referencing the names of the projects on those invoices also supports this assertion.

6.      Open Road Films, LLC is a Delaware limited liability company doing business in the State of California since it registered to do so on February 1, 2011 (under a different name). The entity changed its name on April 28, 2011 and has conducted business in California at 2049 Century Park East, 4th Floor, Los Angeles, CA 90067 for most of its time in California. As of August 8, 2018, Rob Friedman was the Chief Executive Officer of Open Road Films, LLC. Attached hereto as Exhibit "1" and incorporated herein by this reference are public records reflecting the above information, including the fact that Open Road Films, LLC moved its offices to the offices of Tang Media Partners, LLC (located at 1800 Century Park East, 6th Floor, Los Angeles, CA 90067) after it filed for protection under Chapter 11 in the United States Bankruptcy Court for the District of Delaware.

7.      I have also obtained public filings relating to a company called Global Road Entertainment, LLC, a Delaware limited liability company registered to do business in the State of California as of November 1, 2017. Global Road Entertainment, LLC is located at 1800 Century Park East, Los Angeles, CA 90067 although in Suite No. 580. As of August 24, 2018, Global Road occupied the same office space as Open Road Films, LLC at 2049 Century Park East, 4th Floor, Los Angeles, CA 90067. At that time, Tang Media Partners, LLC also occupied office space at 2049 Century Park East, 4th Floor, Los Angeles, CA 90067. As of August 24, 2018, the managing member of Global Road Entertainment, LLC was Tang Media Partners, LLC. Tang Media Partners, LLC has also served as the managing member of Open Road Films, LLC at various times and continues to do so, at least as of September 4, 2019. True and correct copies of public records relating to Global Road

Entertainment, LLC which confirm the above information are collectively attached hereto as Exhibit "2" and are incorporated herein by this reference.

8.     Tang Media Partners, LLC is a Nevada limited liability company registered to do business in the State of California as of June 2, 2015.  It has maintained its addresses in the County of Los Angeles at 1800 Century Park East, Suite 500, Los Angeles, CA 90067 and at 2049 Century Park East, 4th Floor Los Angeles, CA 90067 during the entire time of its existence in California.  True and correct copies of the public records I have obtained relating to Tang Media Partners, LLC are collectively attached hereto as Exhibit "3" and are incorporated herein by this reference.

9.     Based on all of the above-described documents it is clear that there is *prima facie* evidence that Open Road Films, LLC, Global Road Entertainment, LLC and Tang Media Partners, LLC have interchangeably used the names of each entity to conduct business on behalf of each entity.  In particular, Open Road Films, LLC had conducted business as "Open Road", "Global Road Entertainment", and "Tang Media Partners".  It is clear from the Declaration of Larry Clemens on behalf of BLT that BLT was specifically advised of the use of such business names by each of the aforesaid entities interchangeably, and that Open Road Films, LLC utilized the services of BLT at various times while utilizing the names of the other entities.  It is also clear from the Declaration of Larry Clemens on behalf of BLT filed and served herewith that Open Road Films, LLC ordered services and products from BLT under instructions to send invoices therefor to the various other entities mentioned herein, including Open Road, Global Entertainment and Tang Media Partners.  The invoices directed to the other companies were so directed at the request and for the convenience of Open Road Films, LLC but do not change the fact that the products and services were ordered by, received by and used

by Open Road Films, LLC. It is noteworthy that none of the invoices are directed to nor addressed to "Global Road Entertainment, LLC", or to "Tang Media Partners, LLC" but rather, only to the fictitious business names used by Open Road which included Global Road, Global Road Entertainment and Tang Media Partners.

10.     The foregoing is additional information in support of the factual basis and legal argument upon which Claimant relies in opposing the Fourth Omnibus Objection of the Plan Administrator. I am authorized to accept all communications regarding the above on behalf of BLT and therefore all such communications should be directed to me regarding this Claim. If the Plan Administrator and/or the Court do not accept this Response of BLT to the Plan Administrator's Fourth Objection to Certain Duplicative Claims and Insufficient Documentation Claim as sufficient to establish prima facie evidence of the BLT Claim, I hereby request a formal hearing on the subject on behalf of BLT. I also request permission to attend such formal hearing via telephone or video conference. I request permission to attend the hearing on July 1, 2020 at 2:00 p.m. in this matter via telephone or video conference.

11.     Executed this 10th day of June, 2020 at Encino, California.

_____
JEFFREY A. SLOTT

# EXHIBIT "1"

**Alex Padilla**
**California Secretary of State**

 Business Search - Results

The California Business Search is updated daily and reflects work processed through Tuesday, June 2, 2020. Please refer to document **Processing Times** for the received dates of filings currently being processed. The data provided is not a complete or certified record of an entity.

- Select an entity name below to view additional information. Results are listed alphabetically in ascending order by entity name, or you can select a column title to change the sort order.
- To refine the search results, enter a word or a string of words in the "Narrow search results" box. The "Narrow search results" will search on all fields of the initial search results.
- For information on checking or reserving a name, refer to **Name Availability**.
- For information on requesting a more extensive search, refer to **Information Requests**.
- For help with searching an entity name, refer to **Search Tips**.
- For descriptions of the various fields and status types, refer to **Frequently Asked Questions**.

Results of search for LP/LLC Name keyword "open road films, llc" returned 1 entity record (out of 1 record found).

Show | 10 ▼ | entities per page

Narrow search results: [                    ]

| Entity Number ⬍ | Registration Date ⬍ | Status ⬍ | Entity Name ⬍ | Jurisdiction ⬍ | Agent for Service of Process ⬍ |
|---|---|---|---|---|---|
| 201104610236 | 02/01/2011 | ACTIVE | **OPEN ROAD FILMS, LLC** | DELAWARE | AMIR AGAM |

Showing 1 to 1 of 1 entities

**Previous** | 1 | **Next**

**Modify Search**    **New Search**

**Alex Padilla**
**California Secretary of State**

 Business Search - Entity Detail

The California Business Search is updated daily and reflects work processed through Tuesday, June 2, 2020. Please refer to document **Processing Times** for the received dates of filings currently being processed. The data provided is not a complete or certified record of an entity. Not all images are available online.

## 201104610236    OPEN ROAD FILMS, LLC

| | |
|---|---|
| **Registration Date:** | 02/01/2011 |
| **Jurisdiction:** | DELAWARE |
| **Entity Type:** | FOREIGN |
| **Status:** | ACTIVE |
| **Agent for Service of Process:** | AMIR AGAM |
| | 1800 CENTURY PARK EAST, 6TH FLOOR |
| | LOS ANGELES CA 90067 |
| **Entity Address:** | 1800 CENTURY PARK EAST, 6TH FLOOR |
| | LOS ANGELES CA 90067 |
| **Entity Mailing Address:** | 1800 CENTURY PARK EAST, 6TH FLOOR |
| | LOS ANGELES CA 90067 |
| **LLC Management** | * |

A Statement of Information is due EVERY ODD-NUMBERED year beginning five months before and through the end of February.

| Document Type ⇅ | File Date ⬇⬆ | PDF |
|---|---|---|
| SI-COMPLETE | 09/04/2019 | |
| SI-COMPLETE | 08/08/2018 | |
| AMENDMENT | 04/28/2011 | |
| REGISTRATION | 02/01/2011 | |

\* Indicates the information is not contained in the California Secretary of State's database.

**Note:** If the agent for service of process is a corporation, the address of the agent may be requested by ordering a status report.

- For information on checking or reserving a name, refer to **Name Availability**.
- If the image is not available online, for information on ordering a copy refer to **Information Requests**.
- For information on ordering certificates, status reports, certified copies of documents and copies of documents not currently available in the Business Search or to request a more extensive search for records, refer to **Information Requests**.
- For help with searching an entity name, refer to **Search Tips**.
- For descriptions of the various fields and status types, refer to **Frequently Asked Questions**.

**Modify Search**        **New Search**        **Back to Search Results**

201104610236



LLC-5   File # _____

## State of California
### Secretary of State

**LIMITED LIABILITY COMPANY
APPLICATION FOR REGISTRATION**

A $70.00 filing fee AND a certificate of good standing from an authorized public official of the jurisdiction of formation must accompany this form.

**IMPORTANT – Read instructions before completing this form.**

**FILED**
Office of the Secretary of State
of the State of California

**FEB 01 2011**

This Space For Filing Use Only



**ENTITY NAME** (End the name in item 1 with the words "Limited Liability Company," or the abbreviations "LLC" or "L.L.C." The words "Limited" and "Company" may be abbreviated to "Ltd." and "Co.," respectively.)

1. NAME UNDER WHICH THE FOREIGN LIMITED LIABILITY COMPANY PROPOSES TO REGISTER AND TRANSACT BUSINESS IN CALIFORNIA

REGAMC RELEASING, LLC

2. NAME OF THE FOREIGN LIMITED LIABILITY COMPANY, IF DIFFERENT FROM THAT ENTERED IN ITEM 1 ABOVE

**DATE AND PLACE OF ORGANIZATION**

3. THIS FOREIGN LIMITED LIABILITY COMPANY WAS FORMED ON  01 (MONTH) - 31 (DAY) - 2011 (YEAR)  IN  Delaware (STATE OR COUNTRY)

AND IS AUTHORIZED TO EXERCISE ITS POWERS AND PRIVILEGES IN THAT STATE OR COUNTRY.

**AGENT FOR SERVICE OF PROCESS** (If the agent is an individual, the agent must reside in California and both Items 4 and 5 must be completed. If the agent is a corporation, the agent must have on file with the California Secretary of State a certificate pursuant to Corporations Code section 1505 and Item 4 must be completed (leave Item 5 blank).

4. NAME OF AGENT FOR SERVICE OF PROCESS

CT CORPORATION SYSTEM

5. IF AN INDIVIDUAL, ADDRESS OF INITIAL AGENT FOR SERVICE OF PROCESS IN CALIFORNIA      CITY      STATE  CA    ZIP CODE

**APPOINTMENT** (The following statement is required by statute and should not be altered.)

6. IN THE EVENT THE ABOVE AGENT FOR SERVICE OF PROCESS RESIGNS AND IS NOT REPLACED, OR IF THE AGENT CANNOT BE FOUND OR SERVED WITH THE EXERCISE OF REASONABLE DILIGENCE, THE SECRETARY OF STATE OF THE STATE OF CALIFORNIA IS HEREBY APPOINTED AS THE AGENT FOR SERVICE OF PROCESS OF THIS FOREIGN LIMITED LIABILITY COMPANY.

**OFFICE ADDRESSES** (Do not abbreviate the name of the city.)

7. ADDRESS OF THE PRINCIPAL EXECUTIVE OFFICE      CITY AND STATE      ZIP CODE

920 Main Street, Suite 1400      Kansas City, MO   64105

8. ADDRESS OF THE PRINCIPAL OFFICE IN CALIFORNIA, IF ANY      CITY      STATE  CA    ZIP CODE

**EXECUTION**

9. I DECLARE I AM THE PERSON WHO EXECUTED THIS INSTRUMENT, WHICH EXECUTION IS MY ACT AND DEED.

January 31, 2011
DATE

SIGNATURE OF AUTHORIZED PERSON

Jon Oterberg CEO
TYPE OR PRINT NAME AND TITLE OF AUTHORIZED PERSON

LLC-5 (REV 04/2007)      APPROVED BY SECRETARY OF STATE



PAGE 1

*The First State*

I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY "REGAMC RELEASING, LLC" IS DULY FORMED UNDER THE LAWS OF THE STATE OF DELAWARE AND IS IN GOOD STANDING AND HAS A LEGAL EXISTENCE SO FAR AS THE RECORDS OF THIS OFFICE SHOW, AS OF THE FIRST DAY OF FEBRUARY, A.D. 2011.

AND I DO HEREBY FURTHER CERTIFY THAT THE ANNUAL TAXES HAVE NOT BEEN ASSESSED TO DATE.

4934293   8300

110100384

You may verify this certificate online
at corp.delaware.gov/authver.shtml

Jeffrey W. Bullock, Secretary of State

AUTHENTICATION: 8532369

DATE: 02-01-11

201104610236



# State of California
## Secretary of State

## LIMITED LIABILITY COMPANY
## APPLICATION FOR REGISTRATION
## CERTIFICATE OF AMENDMENT

**A $30.00 filing fee must accompany this form**
**IMPORTANT – Read Instructions before completing this form.**

**FILED**
In the office of the Secretary of State
of the State of California

**APR 28 2011**

This Space For Filing Use Only

---

1. Secretary of State File Number  201104610236

---

2. Name under which this foreign limited liability company is conducting business in California:
REGAMC Releasing, LLC

---

3. **COMPLETE ONLY THE SECTIONS WHERE INFORMATION IS BEING CHANGED. ADDITIONAL PAGES MAY BE ATTACHED, IF NECESSARY. CONSULT THE INSTRUCTIONS BEFORE COMPLETING THIS FORM.**

A. The name under which this foreign limited liability company conducts business in California. (End the name with the words "Limited Liability Company," or "Ltd. Liability Co.," or the abbreviations "LLC" or "L.L.C.")

Open Road Films, LLC

B. The name of the foreign limited liability company has been changed as follows and has been recorded in the home state or country:

Open Road Films, LLC

C. State or country of formation of the foreign limited liability company, if false or erroneous at time of registration.

D. Date on which the foreign limited liability company was formed, if false or erroneous at time of registration.

| | | | |
|---|---|---|---|
| E. Address of the principal executive office: | City | State | Zip Code |
| F. Address of the principal office in California: | City | State **CA** | Zip Code |

---

| 4. Future effective date, if any: | Month | Day | Year |
|---|---|---|---|

---

5. Number of pages attached, if any:

---

6. **Declaration:** It is hereby declared that I am the person who executed this instrument, which execution is my act and deed.

Signature of Authorized Person

April 26, 2011
Date

Craig Ramsey, Vice President and Treasurer
Type or Print Name and Title of Authorized Person
of REGAMC, LLC, Sole Member

---

**RETURN TO:**

| | |
|---|---|
| NAME | William Wolff, Sr. Corporate Paralegal |
| FIRM | O'Melveny & Myers LLP |
| ADDRESS | 1999 Avenue of the Stars, 7th Floor |
| CITY/STATE | Los Angeles, CA |
| ZIP CODE | 90067 |

SEC/STATE (REV. 03/2005)

FORM LLC-6 – FILING FEE: $30.00
Approved by Secretary of State

CA084 - 12/8/06 C T System Online

**Secretary of State**
**Statement of Information**
(Limited Liability Company)

**LLC-12**

18-C66737

**FILED**

In the office of the Secretary of State
of the State of California

AUG 08, 2018

**IMPORTANT** — Read instructions **before completing this form.**

**Filing Fee – $20.00**

**Copy Fees** – First page $1.00; each attachment page $0.50;
Certification Fee - $5.00 plus copy fees

**This Space For Office Use Only**

**1. Limited Liability Company Name** (Enter the exact name of the LLC. If you registered in California using an alternate name, see instructions.)

OPEN ROAD FILMS, LLC

| 2. 12-Digit Secretary of State File Number | 3. State, Foreign Country or Place of Organization (only if formed outside of California) |
|---|---|
| 201104610236 | DELAWARE |

**4. Business Addresses**

| | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| a. Street Address of Principal Office - Do not list a P.O. Box<br>2049 Century Park East, 4th Floor | Los Angeles | CA | 90067 |
| b. Mailing Address of LLC, **if different than item 4a**<br>2049 Century Park East, 4th Floor | Los Angeles | CA | 90067 |
| c. Street Address of **California** Office, if Item 4a is not in California - Do not list a P.O. Box<br>2049 Century Park East, 4th Floor | Los Angeles | CA | 90067 |

**5. Manager(s) or Member(s)**

If no **managers** have been appointed or elected, provide the name and address of each **member**. At least one name **and** address must be listed. If the manager/member is an individual, complete Items 5a and 5c (leave Item 5b blank). If the manager/member is an entity, complete Items 5b and 5c (leave Item 5a blank). Note: The LLC cannot serve as its own manager or member. If the LLC has additional managers/members, enter the name(s) and addresses on Form LLC-12A (see instructions).

| a. First Name, if an individual - Do not complete Item 5b | Middle Name | Last Name | Suffix |
|---|---|---|---|
| | | | |

| b. Entity Name - Do not complete Item 5a |
|---|
| Open Road Realeasing, LLC |

| c. Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 2049 Century Park East, 4th Floor | Los Angeles | CA | 90067 |

**6. Service of Process** (Must provide either Individual OR Corporation.)

**INDIVIDUAL** – Complete Items 6a and 6b only. Must include agent's full name and California street address.

| a. California Agent's First Name (if agent is **not** a corporation) | Middle Name | Last Name | Suffix |
|---|---|---|---|
| James | | Ellis | |

| b. Street Address (if agent is **not** a corporation) - **Do not enter a P.O. Box** | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 2049 Century Park East, 4th Floor | Los Angeles | CA | 90067 |

**CORPORATION** – Complete Item 6c only. Only include the name of the registered agent Corporation.

| c. California Registered Corporate Agent's Name (if agent is a corporation) – Do not complete Item 6a or 6b |
|---|
| |

**7. Type of Business**

| a. Describe the type of business or services of the Limited Liability Company |
|---|
| Film Distribution |

**8. Chief Executive Officer, if elected or appointed**

| a. First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|
| Rob | | Friedman | |

| b. Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 2049 Century Park East, 4th Floor | Los Angeles | CA | 90067 |

**9. The Information contained herein, including any attachments, is true and correct.**

| 08/08/2018 | Stephen Carroll | | Stubbs Alderton & Markiles LLP | |
|---|---|---|---|---|
| Date | Type or Print Name of Person Completing the Form | | Title | Signature |

**Return Address (Optional)** (For communication from the Secretary of State related to this document, or if purchasing a copy of the filed document enter the name of a person or company and the mailing address. This information will become public when filed. SEE INSTRUCTIONS BEFORE COMPLETING.)

Name:

Company:

Address:

City/State/Zip:

**Secretary of State**
**Statement of Information**
(Limited Liability Company)

**LLC-12**

19-D36958

# FILED

In the office of the Secretary of State
of the State of California

**SEP 04, 2019**

**This Space For Office Use Only**

**IMPORTANT — Read instructions before completing this form.**

**Filing Fee – $20.00**

**Copy Fees** – First page $1.00; each attachment page $0.50;
Certification Fee - $5.00 plus copy fees

**1. Limited Liability Company Name** (Enter the exact name of the LLC. If you registered in California using an alternate name, see instructions.)

OPEN ROAD FILMS, LLC

| 2. 12-Digit Secretary of State File Number | 3. State, Foreign Country or Place of Organization (only if formed outside of California) |
|---|---|
| 201104610236 | DELAWARE |

**4. Business Addresses**

| a. Street Address of Principal Office - Do not list a P.O. Box | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 1800 Century Park East, 6th Floor | Los Angeles | CA | 90067 |
| b. Mailing Address of LLC, **if different than item 4a** | City (no abbreviations) | State | Zip Code |
| 1800 Century Park East, 6th Floor | Los Angeles | CA | 90067 |
| c. Street Address of **California** Office, if Item 4a is not in California - Do not list a P.O. Box | City (no abbreviations) | State | Zip Code |
| 1800 Century Park East, 6th Floor | Los Angeles | CA | 90067 |

**5. Manager(s) or Member(s)**

If no **managers** have been appointed or elected, provide the name and address of each **member**. At least one name **and** address must be listed. If the manager/member is an individual, complete Items 5a and 5c (leave Item 5b blank). If the manager/member is an entity, complete Items 5b and 5c (leave Item 5a blank). Note: The LLC cannot serve as its own manager or member. If the LLC has additional managers/members, enter the name(s) and addresses on Form LLC-12A (see instructions).

| a. First Name, if an individual - Do not complete Item 5b | Middle Name | Last Name | Suffix |
|---|---|---|---|
| | | | |

| b. Entity Name - Do not complete Item 5a |
|---|
| Tang Media Partners, LLC |

| c. Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 1800 Century Park East, Ste 580 | Los Angeles | CA | 90067 |

**6. Service of Process** (Must provide either Individual OR Corporation.)

**INDIVIDUAL** – Complete Items 6a and 6b only. Must include agent's full name and California street address.

| a. California Agent's First Name (if agent is **not** a corporation) | Middle Name | Last Name | Suffix |
|---|---|---|---|
| Amir | | Agam | |

| b. Street Address (if agent is **not** a corporation) - **Do not enter a P.O. Box** | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 1800 Century Park East, 6th Floor | Los Angeles | CA | 90067 |

**CORPORATION** – Complete Item 6c only. Only include the name of the registered agent Corporation.

| c. California Registered Corporate Agent's Name (if agent is a corporation) – Do not complete Item 6a or 6b |
|---|
| |

**7. Type of Business**

| a. Describe the type of business or services of the Limited Liability Company |
|---|
| Film Production |

**8. Chief Executive Officer, if elected or appointed**

| a. First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|
| | | | |

| b. Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| | | | |

**9. The Information contained herein, including any attachments, is true and correct.**

| 09/04/2019 | Ben Brower | Accounting consultant | |
|---|---|---|---|
| Date | Type or Print Name of Person Completing the Form | Title | Signature |

**Return Address (Optional)** (For communication from the Secretary of State related to this document, or if purchasing a copy of the filed document enter the name of a person or company and the mailing address. This information will become public when filed. SEE INSTRUCTIONS BEFORE COMPLETING.)

Name: ⌐         ¬

Company:

Address:

City/State/Zip: ∟         ⌟

# EXHIBIT "2"

Alex Padilla
California Secretary of State

# Business Search - Results

The California Business Search is updated daily and reflects work processed through Tuesday, June 2, 2020. Please refer to document **Processing Times** for the received dates of filings currently being processed. The data provided is not a complete or certified record of an entity.

- Select an entity name below to view additional information. Results are listed alphabetically in ascending order by entity name, or you can select a column title to change the sort order.
- To refine the search results, enter a word or a string of words in the "Narrow search results" box. The "Narrow search results" will search on all fields of the initial search results.
- For information on checking or reserving a name, refer to **Name Availability**.
- For information on requesting a more extensive search, refer to **Information Requests**.
- For help with searching an entity name, refer to **Search Tips**.
- For descriptions of the various fields and status types, refer to **Frequently Asked Questions**.

Results of search for LP/LLC Name begins with "Global Road Entertainment" returned 1 entity record (out of 1 record found).

Show | 10 ▼ | entities per page

Narrow search results: [                    ]

| Entity Number ⇅ | Registration Date ⇅ | Status ⇅ | Entity Name ⇅ | Jurisdiction ⇅ | Agent for Service of Process ⇅ |
|---|---|---|---|---|---|
| 201730610062 | 11/01/2017 | ACTIVE | **GLOBAL ROAD ENTERTAINMENT LLC** | DELAWARE | JAMES ELLIS |

Showing 1 to 1 of 1 entities

Previous | **1** | Next

Modify Search    New Search

**Alex Padilla**
**California Secretary of State**

 Business Search - Entity Detail

The California Business Search is updated daily and reflects work processed through Tuesday, June 2, 2020. Please refer to document **Processing Times** for the received dates of filings currently being processed. The data provided is not a complete or certified record of an entity. Not all images are available online.

## 201730610062   GLOBAL ROAD ENTERTAINMENT LLC

| | |
|---|---|
| **Registration Date:** | 11/01/2017 |
| **Jurisdiction:** | DELAWARE |
| **Entity Type:** | FOREIGN |
| **Status:** | ACTIVE |
| **Agent for Service of Process:** | JAMES ELLIS |
| | 1800 CENTURY PARK EAST, SUITE 580 |
| | LOS ANGELES CA 90067 |
| **Entity Address:** | 1800 CENTURY PARK EAST, SUITE 580 |
| | LOS ANGELES CA 90067 |
| **Entity Mailing Address:** | 1800 CENTURY PARK EAST, SUITE 580 |
| | LOS ANGELES CA 90067 |
| **LLC Management** | * |

A Statement of Information is due EVERY ODD-NUMBERED year beginning five months before and through the end of November.

| Document Type ↕ | File Date ↓≣ | PDF |
|---|---|---|
| SI-COMPLETE | 05/14/2020 | |
| AMENDMENT | 01/03/2019 | |
| SI-COMPLETE | 08/24/2018 | |
| REGISTRATION | 11/01/2017 | |

* Indicates the information is not contained in the California Secretary of State's database.

**Note:** If the agent for service of process is a corporation, the address of the agent may be requested by ordering a status report.

- For information on checking or reserving a name, refer to **Name Availability**.
- If the image is not available online, for information on ordering a copy refer to **Information Requests**.
- For information on ordering certificates, status reports, certified copies of documents and copies of documents not currently available in the Business Search or to request a more extensive search for records, refer to **Information Requests**.
- For help with searching an entity name, refer to **Search Tips**.
- For descriptions of the various fields and status types, refer to **Frequently Asked Questions**.

**Modify Search**      **New Search**      **Back to Search Results**



**Secretary of State**

**Application to Register a Foreign Limited Liability Company (LLC)**

| LLC-5 |

**2017306 10062**



**FILED**
Secretary of State
State of California

NOV 0 1 2017 

---

**IMPORTANT — Read Instructions before completing this form.**

*Must be submitted with a current Certificate of Good Standing issued by the government agency where the LLC was formed. See Instructions.*

**Filing Fee** — **$70.00**

**Copy Fees** — First page $1.00; each attachment page $0.50; Certification Fee - $5.00

*Note: Registered LLCs in California may have to pay minimum $800 tax to the California Franchise Tax Board each year. For more information, go to https://www.ftb.ca.gov.*

This Space For Office Use Only

---

**1a. LLC Name** (Enter the exact name of the LLC as listed on your attached Certificate of Good Standing.)

Global Road Entertainment LLC

**1b. California Alternate Name, If Required** (See Instructions – Only enter an alternate name if the LLC name in 1a not available in California.)

**2.  LLC History** (See Instructions – Ensure that the formation date and jurisdiction match the attached Certificate of Good Standing.)

| a. Date LLC was formed in home jurisdiction (MM/DD/YYYY) | b. Jurisdiction (State, foreign country or place where this LLC is formed.) |
|---|---|
| 11 / 1 / 2017 | Delaware |

**c. Authority Statement** (Do not alter Authority Statement)

This LLC currently has powers and privileges to conduct business in the state, foreign country or place entered in Item 2b.

**3.  Business Addresses** (Enter the complete business addresses. Items 3a and 3b cannot be a P.O. Box or "in care of" an individual or entity.)

| a. Street Address of Principal Executive Office - Do not enter a P.O. Box | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 1800 Century Park E #580 | Los Angeles | CA | 90067 |

| b. Street Address of Principal Office in California, if any - Do not enter a P.O. Box | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 1800 Century Park E #580 | Los Angeles | CA | 90067 |

| c. Mailing Address of Principal Executive Office, if different than Item 3a | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| | | | |

**4.  Service of Process** (Must provide either Individual OR Corporation.)

INDIVIDUAL – Complete Items 4a and 4b only. Must include agent's full name and California street address.

| a. California Agent's First Name (if agent is not a corporation) | Middle Name | Last Name | Suffix |
|---|---|---|---|
| | | | |

| b. Street Address (if agent is not a corporation) - Do not enter a P.O. Box | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| | | CA | |

CORPORATION – Complete Item 4c only. Only include the name of the registered agent Corporation.

| c. California Registered Corporate Agent's Name (if agent is a corporation) – Do not complete Item 4a or 4b |
|---|
| C T Corporation System |

**5.  Read and Sign Below** (See Instructions. Title not required.)

I am authorized to sign on behalf of the foreign LLC.

Signature

Edward Schloss, Esq.
Type or Print Name

LLC-5 (REV 01/2017)

2017 California Secretary of State
www.sos.ca.gov/business/be

# Delaware

Page 1

### The First State

I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY "GLOBAL ROAD ENTERTAINMENT LLC" IS DULY FORMED UNDER THE LAWS OF THE STATE OF DELAWARE AND IS IN GOOD STANDING AND HAS A LEGAL EXISTENCE SO FAR AS THE RECORDS OF THIS OFFICE SHOW, AS OF THE FIRST DAY OF NOVEMBER, A.D. 2017.

AND I DO HEREBY FURTHER CERTIFY THAT THE ANNUAL TAXES HAVE BEEN ASSESSED TO DATE.

Jeffrey W. Bullock, Secretary of State

6600465  8300

SR# 20176887811

You may verify this certificate online at corp.delaware.gov/authver.shtml

Authentication: 203498305

Date: 11-01-17

20173061 0062

**Secretary of State**
**Statement of Information**
(Limited Liability Company)

**LLC-12**

18-C87194

**FILED**

In the office of the Secretary of State
of the State of California

AUG 24, 2018

**This Space For Office Use Only**

**IMPORTANT — Read instructions before completing this form.**

**Filing Fee – $20.00**

**Copy Fees** – First page $1.00; each attachment page $0.50;
Certification Fee - $5.00 plus copy fees

**1. Limited Liability Company Name** (Enter the exact name of the LLC. If you registered in California using an alternate name, see instructions.)

GLOBAL ROAD ENTERTAINMENT LLC

| 2. 12-Digit Secretary of State File Number | 3. State, Foreign Country or Place of Organization (only if formed outside of California) |
|---|---|
| 201730610062 | DELAWARE |

**4. Business Addresses**

| | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| a. Street Address of Principal Office - Do not list a P.O. Box<br>2049 Century Park East, 4th Floor | Los Angeles | CA | 90067 |
| b. Mailing Address of LLC, **if different than item 4a**<br>2049 Century Park East, 4th Floor | Los Angeles | CA | 90067 |
| c. Street Address of **California** Office, if Item 4a is not in California - Do not list a P.O. Box<br>2049 Century Park East, 4th Floor | Los Angeles | CA | 90067 |

**5. Manager(s) or Member(s)**

If no **managers** have been appointed or elected, provide the name and address of each **member**. At least one name **and** address must be listed. If the manager/member is an individual, complete Items 5a and 5c (leave Item 5b blank). If the manager/member is an entity, complete Items 5b and 5c (leave Item 5a blank). Note: The LLC cannot serve as its own manager or member. If the LLC has additional managers/members, enter the name(s) and addresses on Form LLC-12A (see instructions).

| a. First Name, if an individual - Do not complete Item 5b | Middle Name | Last Name | | Suffix |
|---|---|---|---|---|

| b. Entity Name - Do not complete Item 5a |
|---|
| Tang Media Partners Holdings LLC |

| c. Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 2049 Century Park East, 4th Floor | Los Angeles | CA | 90067 |

**6. Service of Process** (Must provide either Individual OR Corporation.)

**INDIVIDUAL** – Complete Items 6a and 6b only. Must include agent's full name and California street address.

| a. California Agent's First Name (if agent is **not** a corporation) | Middle Name | Last Name | | Suffix |
|---|---|---|---|---|

| b. Street Address (if agent is **not** a corporation) - **Do not enter a P.O. Box** | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| | | CA | |

**CORPORATION** – Complete Item 6c only. Only include the name of the registered agent Corporation.

| c. California Registered Corporate Agent's Name (if agent is a corporation) – Do not complete Item 6a or 6b |
|---|
| C T CORPORATION SYSTEM (C0168406) |

**7. Type of Business**

| a. Describe the type of business or services of the Limited Liability Company |
|---|
| Entertainment/Media |

**8. Chief Executive Officer, if elected or appointed**

| a. First Name | Middle Name | Last Name | | Suffix |
|---|---|---|---|---|

| b. Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|

**9. The Information contained herein, including any attachments, is true and correct.**

| 08/24/2018 | Stephen A Carroll | | Stubbs Alderton & Markiles, LLP | |
|---|---|---|---|---|
| Date | Type or Print Name of Person Completing the Form | Title | Signature | |

**Return Address (Optional)** (For communication from the Secretary of State related to this document, or if purchasing a copy of the filed document enter the name of a person or company and the mailing address. This information will become public when filed. SEE INSTRUCTIONS BEFORE COMPLETING.)

Name:
Company:
Address:
City/State/Zip:



**Secretary of State**

**Resignation of Agent For Service of Process**

**RA-100**

**IMPORTANT — Read Instructions before completing this form.**

There is No Fee for filing a Resignation of Agent Upon Whom Process May be Served

**Copy Fees —** First page $1.00; each attachment page $0.50; Certification Fee - $5.00

**Note:** If the entity from which you are resigning is a corporation, limited liability company, or limited partnership, you can go to the California Secretary of State's Business Search at *BusinessSearch.sos.ca.gov* to verify the exact name of the entity, entity file number, and that you are currently listed as agent for service of process.

**FILED**
Secretary of State
State of California

**JAN 0 3 2019**

This Space For Office Use Only

**1.  Entity Name** (Enter the exact name of the entity from which you are resigning as agent for service of process.)

GLOBAL ROAD ENTERTAINMENT LLC

**2.  Entity File Number** (Enter the file number issued to the business entity by the California Secretary of State.)

201730610062

**3.  Name of Resigning Agent for Service of Process**   (Enter your name, or if the agent for service of process is a corporation, enter the name of that corporation.)

CT CORPORATION SYSTEM

**4.  Statement of Resignation** (The following statement declares your intent to resign as agent for service of process. Do not alter.)

The undersigned herby resigns as agent upon whom process may be served in California for the above-name entity.

**5.  Read and Sign Below** (See Instructions. Office or title not required. Do not use a computer generated signature.)

I declare I am the person who signed this document, which execution is my act and deed.

Signature of Resigning Agent for Service of Process **or**
Signature of Representative of Resigning Agent, if the agent for service of process is a corporation

RA-100 (REV 04/2017)

2017 California Secretary of State
www.sos.ca.gov/business/be

**Secretary of State**
**Statement of Information**
(Limited Liability Company)

**LLC-12**

20-C03112

# FILED

In the office of the Secretary of State
of the State of California

MAY 14, 2020

**IMPORTANT** — Read instructions **before completing this form.**

**Filing Fee – $20.00**

**Copy Fees** – First page $1.00; each attachment page $0.50;
Certification Fee - $5.00 plus copy fees

**This Space For Office Use Only**

**1.  Limited Liability Company Name** (Enter the exact name of the LLC. If you registered in California using an alternate name, see instructions.)

GLOBAL ROAD ENTERTAINMENT LLC

| 2.  12-Digit Secretary of State File Number | 3.  State, Foreign Country or Place of Organization (only if formed outside of California) |
|---|---|
| 201730610062 | DELAWARE |

**4.  Business Addresses**

| a. Street Address of Principal Office - Do not list a P.O. Box | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 1800 Century Park East, Suite 580 | Los Angeles | CA | 90067 |

| b. Mailing Address of LLC, if different than item 4a | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 1800 Century Park East, Suite 580 | Los Angeles | CA | 90067 |

| c. Street Address of **California** Office, if Item 4a is not in California - Do not list a P.O. Box | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 1800 Century Park East, Suite 580 | Los Angeles | CA | 90067 |

**5.  Manager(s) or Member(s)**

If no **managers** have been appointed or elected, provide the name and address of each **member**. At least one name **and** address must be listed. If the manager/member is an individual, complete Items 5a and 5c (leave Item 5b blank). If the manager/member is an entity, complete Items 5b and 5c (leave Item 5a blank). Note: The LLC cannot serve as its own manager or member. If the LLC has additional managers/members, enter the name(s) and addresses on Form LLC-12A (see instructions).

| a. First Name, if an individual - Do not complete Item 5b | Middle Name | Last Name | Suffix |
|---|---|---|---|
| | | | |

| b. Entity Name - Do not complete Item 5a |
|---|
| Tang Media Partners Holdings LLC |

| c. Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 1800 Century Park East, Suite 580 | Los Angeles | CA | 90067 |

**6.  Service of Process** (Must provide either Individual OR Corporation.)

**INDIVIDUAL** – Complete Items 6a and 6b only.  Must include agent's full name and California street address.

| a. California Agent's First Name (if agent is **not** a corporation) | Middle Name | Last Name | Suffix |
|---|---|---|---|
| James | | Ellis | |

| b. Street Address (if agent is **not** a corporation) - **Do not enter a P.O. Box** | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 1800 Century Park East, Suite 580 | Los Angeles | CA | 90067 |

**CORPORATION** – Complete Item 6c only.  Only include the name of the registered agent Corporation.

| c. California Registered Corporate Agent's Name (if agent is a corporation) – Do not complete Item 6a or 6b |
|---|
| |

**7.  Type of Business**

| a. Describe the type of business or services of the Limited Liability Company |
|---|
| Entertainment/Media |

**8.  Chief Executive Officer, if elected or appointed**

| a. First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|
| | | | |

| b. Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| | | | |

**9.  The Information contained herein, including any attachments, is true and correct.**

| 05/14/2020 | Valerie Bono | Senior Counsel | |
|---|---|---|---|
| Date | Type or Print Name of Person Completing the Form | Title | Signature |

**Return Address (Optional)** (For communication from the Secretary of State related to this document, or if purchasing a copy of the filed document enter the name of a person or company and the mailing address. This information will become public when filed. SEE INSTRUCTIONS BEFORE COMPLETING.)

Name:

Company:

Address:

City/State/Zip:

# EXHIBIT "3"

**Alex Padilla**
**California Secretary of State**

 Business Search - Results

The California Business Search is updated daily and reflects work processed through Tuesday, June 2, 2020. Please refer to document **Processing Times** for the received dates of filings currently being processed. The data provided is not a complete or certified record of an entity.

- Select an entity name below to view additional information. Results are listed alphabetically in ascending order by entity name, or you can select a column title to change the sort order.
- To refine the search results, enter a word or a string of words in the "Narrow search results" box. The "Narrow search results" will search on all fields of the initial search results.
- For information on checking or reserving a name, refer to **Name Availability**.
- For information on requesting a more extensive search, refer to **Information Requests**.
- For help with searching an entity name, refer to **Search Tips**.
- For descriptions of the various fields and status types, refer to **Frequently Asked Questions**.

Results of search for LP/LLC Name begins with "Tang Media Partners" returned 3 entity records (out of 3 records found).

Show [ 10 ▼ ] entities per page

Narrow search results: [                    ]

| Entity Number ⇅ | Registration Date ⇅ | Status ⇅ | Entity Name ⇅ | Jurisdiction ⇅ | Agent for Service of Process ⇅ |
|---|---|---|---|---|---|
| 201710010049 | 04/07/2017 | SOS FORFEITED | **TANG MEDIA PARTNERS HOLDINGS LLC** | DELAWARE | C T CORPORATION SYSTEM (C0168406) |
| 201515310289 | 06/02/2015 | ACTIVE | **TANG MEDIA PARTNERS LLC** | NEVADA | JOSH GUTFREUND |
| 201617410213 | 06/17/2016 | ACTIVE | **TANG MEDIA PARTNERS SECURITIES LLC** | DELAWARE | C T CORPORATION SYSTEM (C0168406) |

Showing 1 to 3 of 3 entities

**Previous** [ 1 ] **Next**

[ Modify Search ]    [ New Search ]

**Alex Padilla**
**California Secretary of State**

 # Business Search - Entity Detail

The California Business Search is updated daily and reflects work processed through Tuesday, June 2, 2020. Please refer to document **Processing Times** for the received dates of filings currently being processed. The data provided is not a complete or certified record of an entity. Not all images are available online.

## 201515310289    TANG MEDIA PARTNERS LLC

| | |
|---|---|
| **Registration Date:** | 06/02/2015 |
| **Jurisdiction:** | NEVADA |
| **Entity Type:** | FOREIGN |
| **Status:** | ACTIVE |
| **Agent for Service of Process:** | JOSH GUTFREUND |
| | 1800 CENTURY PARK EAST, SUITE 580 |
| | LOS ANGELES CA 90067 |
| **Entity Address:** | 1800 CENTURY PARK EAST, SUITE 580 |
| | LOS ANGELES CA 90067 |
| **Entity Mailing Address:** | 1800 CENTURY PARK EAST, SUITE 580 |
| | LOS ANGELES CA 90067 |
| **LLC Management** | * |

A Statement of Information is due EVERY ODD-NUMBERED year beginning five months before and through the end of June.

| Document Type | ↓↑ File Date | ↓⥯ PDF |
|---|---|---|
| SI-NO CHANGE | 04/03/2020 | |
| SI-COMPLETE | 06/27/2017 | |
| REGISTRATION | 06/02/2015 | |

\* Indicates the information is not contained in the California Secretary of State's database.

**Note:** If the agent for service of process is a corporation, the address of the agent may be requested by ordering a status report.

- For information on checking or reserving a name, refer to **Name Availability**.
- If the image is not available online, for information on ordering a copy refer to **Information Requests**.
- For information on ordering certificates, status reports, certified copies of documents and copies of documents not currently available in the Business Search or to request a more extensive search for records, refer to **Information Requests**.
- For help with searching an entity name, refer to **Search Tips**.
- For descriptions of the various fields and status types, refer to **Frequently Asked Questions**.

| **Modify Search** | **New Search** | **Back to Search Results** |
|---|---|---|

**20151531 0289**

| LLC-5 | Application to Register a Foreign Limited Liability Company (LLC) |
|---|---|

To register in California an LLC from another state, country or other place, fill out this form, and submit for filing along with:

– A $70 filing fee, and
– A certificate of good standing, issued within the last six (6) months by the agency where the LLC was formed.
– A separate, non-refundable $15 service fee also must be included, if you **drop off** the completed form.

*Important!* LLCs in California may have to pay a minimum $800 yearly tax to the California Franchise Tax Board. For more information, go to https://www.ftb.ca.gov.

Registered LLCs cannot provide in California "professional services," as defined by California Corporations Code sections 13401(a) and 13401.3.

**FILED**
**Secretary of State**
**State of California**

JUN 0 2 2015

I C C
This Space For Office Use Only

For questions about this form, go to *www.sos.ca.gov/business/be/filing-tips.htm*

**LLC Name to be used for this LLC in California**

① a. TANG MEDIA PARTNERS LLC
    *LLC Name*      List the LLC name you use now (exactly as listed on your certificate of good standing)

   b.
    *Alternate Name*      If the LLC name in Item 1a does not comply with California Corporations Code section 17701.08; list an alternate name to be used in California exactly as it is to appear on the records of the California Secretary of State. The alternate name must include: LLC, L.L.C., Limited Liability Company, Limited Liability Co., Ltd. Liability Co. or Ltd. Liability Company; and may not include: bank, trust, trustee, incorporated, inc., corporation, or corp., insurer, or insurance company. For general entity name requirements and restrictions, go to www.sos.ca.gov/business/be/name-availability.htm.

**LLC History**

② a. Date your LLC was formed (MM, DD, YYYY):      01/20/2015

   b. State, country or other place where your LLC was formed:      NEVADA

   c. Your LLC currently has powers and privileges to conduct business in the state, country or other place listed above.

**Service of Process** (List a California resident or a California registered corporate agent that agrees to be your initial agent to accept service of process in case your LLC is sued. You may list any adult who lives in California. You may not list an LLC as the agent. Do not list an address if the agent is a California registered corporate agent and the agent's address for service of process is already on file.)

③ a. CHUAN QIAN
    *Agent's Name*

   b. 1800 CENTURY PARK EAST, SUITE 500,      LOS ANGELES    CA   90067
    *Agent's Street Address (if agent is not a corporation) - Do not list a P.O. Box*    *City (no abbreviations)*    *State*   *Zip*

If the agent listed above has resigned or cannot be found or served after reasonable attempts, the California Secretary of State will be appointed the agent for service of process for your LLC.

**LLC Addresses**

④ a. 8960 SPANISH RIDGE      LAS VEGAS    NV   89148
    *Street Address of Principal Executive Office - Do not list a P.O. Box*    *City (no abbreviations)*    *State*   *Zip*

   b. 1800 CENTURY PARK EAST, SUITE 500      LOS ANGELES    CA   90067
    *Street Address of Principal Office in California, if any - Do not list a P.O. Box*    *City (no abbreviations)*    *State*   *Zip*

   c.
    *Mailing Address of Principal Executive Office, if different from 4a or 4b*    *City (no abbreviations)*    *State*   *Zip*

**Read and sign below:**

I am authorized to sign this document under the laws of the state, country or other place where this LLC was formed.

►        DONALD TANG        Manager
  *Sign here*              *Print your name here*         *Your business title*

| Make check/money order payable to: Secretary of State | By Mail | Drop-Off |
|---|---|---|
| Upon filing, we will return one (1) uncertified copy of your filed document for free, and will certify the copy upon request and payment of a $5 certification fee. | Secretary of State Business Entities, P.O. Box 944228 Sacramento, CA 94244-2280 | Secretary of State 1500 11th Street., 3rd Floor Sacramento, CA 95814 |

Corporations Code §§ 17701.04, 17701.08, 17708.02, Revenue and Taxation Code § 17941
LLC-5 (REV 01/2014)

2014 California Secretary of State
www.sos.ca.gov/business/be



## SECRETARY OF STATE



# CERTIFICATE OF EXISTENCE
# WITH STATUS IN GOOD STANDING

I, BARBARA K. CEGAVSKE, the duly elected and qualified Nevada Secretary of State, do hereby certify that I am, by the laws of said State, the custodian of the records relating to filings by corporations, non-profit corporations, corporation soles, limited-liability companies, limited partnerships, limited-liability partnerships and business trusts pursuant to Title 7 of the Nevada Revised Statutes which are either presently in a status of good standing or were in good standing for a time period subsequent of 1976 and am the proper officer to execute this certificate.

I further certify that the records of the Nevada Secretary of State, at the date of this certificate, evidence, **TANG MEDIA PARTNERS LLC**, as a limited liability company duly organized under the laws of Nevada and existing under and by virtue of the laws of the State of Nevada since January 20, 2015, and is in good standing in this state.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the Great Seal of State, at my office on June 2, 2015.

*Barbara K. Cegavske*

BARBARA K. CEGAVSKE
Secretary of State

Electronic Certificate
Certificate Number: C20150602-0186
You may verify this electronic certificate
online at **http://www.nvsos.gov/**

201515310289

**Secretary of State**
**Statement of Information**
(Limited Liability Company)

**LLC-12**

17-A03292

**FILED**

In the office of the Secretary of State
of the State of California

JUN 27, 2017

**This Space For Office Use Only**

**IMPORTANT — Read instructions before completing this form.**

**Filing Fee – $20.00**

**Copy Fees –** First page $1.00; each attachment page $0.50;
Certification Fee - $5.00 plus copy fees

**1. Limited Liability Company Name** (Enter the exact name of the LLC. If you registered in California using an alternate name, see instructions.)

TANG MEDIA PARTNERS LLC

| 2. 12-Digit Secretary of State File Number | 3. State, Foreign Country or Place of Organization (only if formed outside of California) |
|---|---|
| 201515310289 | NEVADA |

**4. Business Addresses**

| | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| a. Street Address of Principal Office - Do not list a P.O. Box<br>1800 Century Park East, Suite 580 | Los Angeles | CA | 90067 |
| b. Mailing Address of LLC, if different than item 4a<br>1800 Century Park East, Suite 580 | Los Angeles | CA | 90067 |
| c. Street Address of California Office, if Item 4a is not in California - Do not list a P.O. Box<br>1800 Century Park East, Suite 580 | Los Angeles | CA | 90067 |

**5. Manager(s) or Member(s)**

If no **managers** have been appointed or elected, provide the name and address of each **member**. At least one name **and** address must be listed. If the manager/member is an individual, complete Items 5a and 5c (leave Item 5b blank). If the manager/member is an entity, complete Items 5b and 5c (leave Item 5a blank). Note: The LLC cannot serve as its own manager or member. If the LLC has additional managers/members, enter the name(s) and addresses on Form LLC-12A (see instructions).

| a. First Name, if an individual - Do not complete Item 5b | Middle Name | Last Name | Suffix |
|---|---|---|---|
| Donald | | Tang | |

b. Entity Name - Do not complete Item 5a

| c. Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 1800 Century Park East, Suite 580 | Los Angeles | CA | 90067 |

**6. Service of Process** (Must provide either Individual OR Corporation.)

**INDIVIDUAL –** Complete Items 6a and 6b only. Must include agent's full name and California street address.

| a. California Agent's First Name (if agent is not a corporation) | Middle Name | Last Name | Suffix |
|---|---|---|---|
| Josh | | Gutfreund | |

| b. Street Address (if agent is not a corporation) - Do not enter a P.O. Box | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 1800 Century Park East, Suite 580 | Los Angeles | CA | 90067 |

**CORPORATION –** Complete Item 6c only. Only include the name of the registered agent Corporation.

c. California Registered Corporate Agent's Name (if agent is a corporation) – Do not complete Item 6a or 6b

**7. Type of Business**

a. Describe the type of business or services of the Limited Liability Company
Media and entertainment investment

**8. Chief Executive Officer, if elected or appointed**

| a. First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|
| | | | |

| b. Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| | | | |

**9. The Information contained herein, including any attachments, is true and correct.**

| 06/27/2017 | Matthew Lee | Controller | |
|---|---|---|---|
| Date | Type or Print Name of Person Completing the Form | Title | Signature |

**Return Address (Optional)** (For communication from the Secretary of State related to this document, or if purchasing a copy of the filed document enter the name of a person or company and the mailing address. This information will become public when filed. SEE INSTRUCTIONS BEFORE COMPLETING.)

Name:

Company:

Address:

City/State/Zip:

| | | |
|---|---|---|
| [California State Seal] | **Secretary of State**<br>Statement of No Change<br>(Limited Liability Company) | **LLC-12NC** |

**20-B53156**

# FILED

In the office of the Secretary of State
of the State of California

APR 03, 2020

**IMPORTANT — Read instructions before completing this form.  This form may be used only if a complete Statement of Information has been filed previously and there has been no change.**

Filing Fee — **$20.00**

Copy Fee — $1.00;
Certification Fee - $5.00 plus copy fee

*This Space For Office Use Only*

1. **Limited Liability Company Name** (Enter the **exact** name of the LLC as it is recorded with the California Secretary of State.  Note: If you registered in California using an alternate name, see instructions.)

TANG MEDIA PARTNERS LLC

| 2. **12-Digit Secretary of State File Number** | 3. **State, Foreign Country or Place of Organization** (only if formed outside of California) |
|---|---|
| 201515310289 | NEVADA |

4. **No Change Statement** (Do not alter the No Change Statement.  If there has been any change, please complete a Statement of Information (Form LLC-12).)

*There has been no change in any of the information contained in the previous complete Statement of Information filed with the California Secretary of State.*

5. The information contained herein is true and correct.

| 04/03/2020 | Valerie Bono | Senior Counsel | |
|---|---|---|---|
| Date | Type or Print Name of Person Completing the Form | Title | Signature |

**Return Address (Optional)**  (For communication from the Secretary of State related to this document, or if purchasing a copy of the filed document, enter the name of a person or company and the mailing address. This information will become public when filed. (SEE INSTRUCTIONS BEFORE COMPLETING.)

Name: ⌐                              ⌐
Company:
Address:
City/State/Zip: ∟                    ⌐

LLC-12NC (REV 01/2017)                    2017 California Secretary of State
                                          www.sos.ca.gov/business/be

## CERTIFICATE OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:

I am over 18 years of age and not a party to this action. I am a resident of or employed in the county where the mailing took place. My business address is 15760 Ventura Boulevard, Suite 1600, Encino, California 91436.

On **June 10, 2020**, I served the documents described as : **DECLARATION OF JEFFREY A. SLOTT IN SUPPORT OF CREDITOR NO. 72'S RESPONSE TO FOURTH OBJECTION OF PLAN ADMINISTRATOR BASED ON ALLEGED INSUFFICIENT DOCUMENTATION** on the interested parties in this action listed on the attached Service List.

**[ X ]    BY MAIL:** I deposited the sealed envelope with the United States Postal Service with the postage fully prepaid. I placed the envelope(s) for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

**[  ]    BY FACSIMILE:** I transmitted by facsimile machine, to the fax number(s) indicated below, a true and correct copy of the document(s) described above. The foregoing document was served by facsimile and the transmission was confirmed in writing as completed and without error.

**[ ]    OVERNIGHT FEDERAL EXPRESS DELIVERY:** I enclosed the document(s) in an envelope provided by Federal Express and addressed it to the person(s) at the address(es) below. I placed the envelope for collection and overnight delivery in a Federal Express drop box.

**[X]**    (Federal)  I declare that I am employed in the office of a member of the bar of this court in whose direction the service was made.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **June 10, 2020**, at Encino, California.

_____

DINA J. PRADO

## **SERVICE LIST**

Open Road Films, LLC
Attn:  James Ellis
2049 Century Park East, 4th Floor
Los Angeles, CA 90067
Email:  jellis@tangmp.com
*Debtor*

Klee, Tuchin, Bogdanoff & Stern LLP
Michael L. Tuchin, Esq.
Jonathan M. Weiss, Esq.
1999 Avenue of the Stars, 39th Floor
Los Angeles, CA 90067
Tel:  310-407-4000
Fax:  310-407-9090
Email:  mtuchin@ktbslaw.com
jweiss@ktbslaw.com
*Co-Counsel for Debtors*

Young Conaway Stargatt & Taylor, LLP
Michael R. Nestor, Esq.
Robert F. Poppiti, Jr., Esq.
Rodney Square
1000 North King Street
Wilmington, DE 19801
Tel:  302-571-6600
Fax:  302-571-1253
Email:  mnestor@ycst.com
rpoppiti@ycst.com
*Co-Counsel for Debtors*

Pachulski Stang Ziehl & Jones LLP
Robert J. Feinstein, Esq.
Scott L. Hazan, Esq.
Colin R. Robinson, Esq.
780 Third Avenue, 34th Floor
New York, NY 10017
Email: rfeinstein@pszjlaw.com
shazan@pszjlaw.com
crobinson@pszjlaw.com
*Counsel for the Committee*

**CERTIFICATE OF SERVICE**

Paul Hastings LLP
Andrew Tenzer, Esq.
Susan Williams, Esq.
200 Park Avenue
New York, NY 10166
Email:  andrewtenzer@paulhastings.com
susanwilliams@paulhastings.com
*Counsel for the Agent*


Ashby & Geddes, P.A.
Bill Bowden, Esq.
500 Delaware Avenue, 8th Floor
Wilmington, DE 19801
*Email:  wbowden@ashbygeddes.com*
*Counsel for the Agent*


None Listed
*Counsel for the Stalking Horse Purchaser* (if any)


Bush Gottlieb, A Law Corporation
Joseph A. Kohanski, Esq.
David E. Ahdoot, Esq.
801 North Brand Boulevard, Suite 950
Glendale, CA 91203
Email:  kohanski@bushgottlieb.com
dahdoot@bushgottlieb.com
*Counsel for Certain Guilds*

Office of the United States Trustee
for the District of Delaware
Linda Richenderfer, Esq.
844 King Street, Suite 2207
Wilmington, DE 19801
Email:  lindarichenderfer@usdoj.gov


Donlin, Recano & Company
Re: Open Road Films, LLC, et al.
6201 15th Avenue
Brooklyn, NY 11219
Tel:  212-481-1411
*Claims Agent*

**CERTIFICATE OF SERVICE**