# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re:* | Chapter 11 |
| OPEN ROAD FILMS, LLC, et a*l.*,[1] | Case No. 18-12012 (LSS) |
| Debtors. | Jointly Administered |
| | Re: Docket No. 980 |

## RESPONSE OF AMERICAN MULTI-CINEMA, INC. TO PLAN ADMINISTRATOR'S FIFTH (SUBSTANTIVE) OBJECTION TO CERTAIN (A) NO LIABILITY CLAIMS AND (B) REDUCE AND ALLOW CLAIMS

American Multi-Cinema, Inc. ("AMC" or "AMC Theatres") by and through counsel, files this Response to *Plan Administrator's Fifth (Substantive) Objection to Certain (A) No Liability Claims and (b) Reduce and Allow Claims* [Docket No. 980] (the "Objection"). In support of the Objection, AMC states as follows:

1. AMC and Debtor Open Road Releasing, LLC d/b/a Global Road Entertainment ("Open Road") are parties to a *Theatrical Marketing and Support Services Agreement* ("Agreement") dated August 4, 2017.

2. Because of confidentiality provisions contained in it, a redacted copy of the Agreement is included herewith as **Exhibit 1**. However, concurrently with the filing of this Response, AMC is providing an unredacted copy of the Agreement to the Plan Administrator.

3. As its name implies, the Agreement calls for AMC to provide marketing and support services to Open Road in exchange for various payments by Open Road.

---

[1] The Debtors and the last four digits of their respective federal taxpayer identification numbers are as follows: Open Road Films, LLC (4435 Del); Open Road Releasing, LLC (4736 Del); OR Productions, LLC (5873 Del); Briarcliff LLC (7304 Del); Open Road International LLC (4109 Del); and Empire Productions LLC (9375 Del). The Debtors' address is 2049 Century Park East, 4th Floor, Los Angeles, CA 90067.

1

4. On or about December 6, 2018, AMC timely filed a proof of claim ("POC") (Claim No. 108) against Open Road in the amount of $759,181.78. A copy of that POC is included herewith as **Exhibit 2**.

5. The POC's Summary of Claim noted that the claim was made against Open Road Releasing, LLC d/b/a Global Road Entertainment.

6. The Objection seeks to disallow AMC's claim for the following reason:

Claim has no basis in Debtors' books and records. Supporting documents filed with the proof of claim indicate the agreement is with Global Road Entertainment LLC which is not a debtor in this case. Debtors have no liability for this claim.

[Docket No. 980-2, p. 6].

7. The Objection is without merit.

8. In approximately October 2017, Open Road and its affiliates publicly rebranded themselves as "Global Road Entertainment."[2]

9. Contrary to the Plan Administrator's assertion, AMC's invoices included with its POC were *not* addressed to Global Road Entertainment **LLC** (emphasis added) but rather were simply addressed to "Global Road Entertainment" which was the rebranded trade name for Open Road and its affiliates. In other words, AMC's invoices were addressed to the d/b/a to accommodate the public rebranding that Open Road was attempting to effectuate.

10. The Plan Administrator's assertion that the "Claim has no basis in Debtors' books and records" [Docket No. 980-2, p. 6] is also without merit.

11. Debtor Open Road Films, LLC's bankruptcy schedules that were filed with this Court noted a contingent and disputed claim of AMC in the amount of $694,843.78. *See* Docket

---

[2] A news article regarding the public rebranding can be found here: https://variety.com/2017/film/awards/tang-media-partners-rebrands-global-road-entertainment-1202602536/

–3–

No. 203, p. 47, Item 3.19.³  In short, it appears that there was an internal mix-up between Open Road Films, LLC and Open Road as to who had liability to AMC.  But that internal mix-up does not invalidate or impair AMC's claim against Open Road.

12. Open Road was very much aware of the on-going business relationship between the parties.  The fact that AMC addressed its invoices to the d/b/a name of Open Road does not void or invalidate the claim that AMC has against Open Road.

13. Stated differently, the Plan Administrator's Objection is simply an effort to deny a valid claim based on the fact that many of the underlying invoices were addressed to Open Road's "d/b/a" trade name of "Global Road Entertainment."  This claim denial effort should not be allowed.

14. The Agreement plainly demonstrates that contractual privity existed between Open Road and AMC.

WHEREFORE, AMC requests that the Court enter an order (1) denying the Objection insofar as it relates to AMC's claim and (2) for such other and further relief as the Court deems just and proper.

Dated:  June 11, 2020

Respectfully submitted,

*/s/ Matthew P. Austria*
Matthew P. Austria (DE #4827)
AUSTRIA LEGAL, LLC
1007 North Orange Street, 4th Floor
Wilmington, DE 19801
Telephone: (302) 521-5197
Facsimile: (302) 425-0232
Email: maustria@austriallc.com

-and-

---

³ The Court may take judicial notice of this pursuant to Fed. R. Evid. 201.

–4–

        **HUSCH BLACKWELL LLP**
        Michael D. Fielding *Admitted pro hac*
        MO #53124, KS #20562 and
        IA #AT0013551
        4801 Main Street, Suite 1000
        Kansas City, Missouri 64112
        Telephone: (816) 983-8000
        Facsimile: (816) 983-8080
        Email: michael.fielding@huschblackwell.com

        *Attorneys for American Multi-Cinema, Inc.*
        *aka AMC Theatres*