# **EXHIBIT 1**

*Execution Version*

## THEATRICAL MARKETING AND SUPPORT SERVICES AGREEMENT

This THEATRICAL MARKETING AND SUPPORT SERVICES AGREEMENT (this "<u>Agreement</u>") is dated as of August 4, 2017 (the "<u>Effective Date</u>"), by and between Open Road Releasing, LLC, a Delaware limited liability company ("<u>Distributor</u>") and American Multi-Cinema, Inc., a Missouri corporation ("<u>Exhibitor</u>"). Each party to this Agreement is also referred to as a "<u>Party</u>" and collectively, the "<u>Parties</u>". Capitalized terms used herein but not otherwise defined shall have the definitions assigned to such terms in <u>Section 22</u> hereof.

























*[signature page follows]*

IN WITNESS WHEREOF, the Parties have executed and delivered this Agreement as of the date first written above.

OPEN ROAD RELEASING, LLC

By: _____
Name: Tom Ortenberg
Title:   Chief Executive Officer


AMERICAN MULTI-CINEMA, INC.


By: _____
Name: _____
Title: _____

*Signature page to Theatrical Marketing and Support Services Agreement*

IN WITNESS WHEREOF, the Parties have executed and delivered this Agreement as of the date first written above.

OPEN ROAD RELEASING, LLC

By: _____
Print name: Tom Ortenberg
Title:   Chief Executive Officer

AMERICAN MULTI-CINEMA, INC.

By: _____
Print name: Craig Ramsey
Title:   Executive Vice President and CFO

13

**EXHIBIT A**







## <u>Appendix I</u>



