**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| *In re:* | Chapter 11 |
| OPEN ROAD FILMS, LLC, et al.,[1] | Case No. 18-12012 (LSS) |
| Debtors. | Jointly Administered |

## CERTIFICATE OF SERVICE

I, Matthew P. Austria, hereby certify that on the 11th day of June, 2020, the foregoing *Response Of American Multi-Cinema, Inc. To Plan Administrator's Fifth (Substantive) Objection To Certain (A) No Liability Claims And (B) Reduce And Allow Claims* was filed electronically using CM/ECF, and a true and correct copy thereof was served as follows:

   X    upon filing, the CM/ECF system sent notification to Debtor's counsel and all parties participating in the CM/ECF system in this matter; and

   X    to the following parties in the manner indicated below:

**Via Hand Delivery**
Pachulski Stang Ziehl & Jones LLP
Attn: Colin R. Robinson, Esq.
919 North Market Street, 17th Floor
Wilmington, DE 19801

**Via Overnight Mail (FedEx)**
Pachulski Stang Ziehl & Jones LLP
Attn:  Robert J. Feinstein, Esq., and
Scott L. Hazan, Esq.
780 Third Avenue, 34th Floor
New York, NY 10017

---

[1] The Debtors and the last four digits of their respective federal taxpayer identification numbers are as follows:  Open Road Films, LLC (4435 Del); Open Road Releasing, LLC (4736 Del); OR Productions, LLC (5873 Del); Briarcliff LLC (7304 Del); Open Road International LLC (4109 Del); and Empire Productions LLC (9375 Del).  The Debtors' address is 2049 Century Park East, 4th Floor, Los Angeles, CA 90067.

Dated: June 11, 2020                                    **AUSTRIA LEGAL, LLC**


                                         By:    */s/ Matthew P. Austria*
                                                Matthew P. Austria (DE No. 4827)