IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> OPEN ROAD FILMS, LLC, a Delaware limited liability company, *et al.*[1], <br><br>                      Debtors. | Chapter 11 <br><br> Case No.: 18-12012 (LSS) <br><br> (Jointly Administered) |

**NOTICE OF AGENDA FOR HEARING SCHEDULED ON JULY 1, 2020 AT 2:00 P.M. (PREVAILING EASTERN TIME), BEFORE THE HONORABLE LAURIE SELBER SILVERSTEIN AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET STREET, <u>6TH FLOOR, COURTROOM NO. 2, WILMINGTON, DELAWARE 19801</u>**

**This hearing will be held telephonically and by video. All parties wishing to appear must do so telephonically by contacting COURTCALL, LLC at 866-582-6878 no later than June 30, 2020 at 8:30 a.m.<u>.</u> (ET) to sign up. Additionally, anyone wishing to appear by Zoom is invited to use the link below.  All parties that will be arguing or testifying must appear by Zoom and CourtCall.  Participants on CourtCall should dial into the call not later than 10 minutes prior to the start of the scheduled hearing to insure a proper connection.**

<u>**PLEASE NOTE THAT THE MICROPHONES ON THE ZOOM MEETING WILL BE MUTED AND THE ONLY AUDIO WILL BE THROUGH COURTCALL.**</u>

**Topic:  Open Road Films, LLC, 18-12012**
**Time: July 1, 2020 2:00 PM Eastern Time (US and Canada)**

**Join ZoomGov Meeting:**
https://debuscourts.zoomgov.com/j/1602869998

**Meeting ID: 160 286 9998**
**Password: 386964**
**Join by SIP:** 1602869998@sip.zoomgov.com

---

[1] The Debtors and the last four digits of their taxpayer identification numbers include:  Open Road Films, LLC (4435-Del.); Open Road Releasing, LLC (4736-Del.); OR Productions LLC (5873-Del.); Briarcliff LLC (7304-Del.); Open Road International LLC (4109-Del.); and Empire Productions LLC (9375-Del.). The Debtors' address is 2049 Century Park East, 4th Floor, Los Angeles, CA 90067. Additional affiliated entities, including, but not limited to, IM Global LLC, Global Road Entertainment Television LLC (f/k/a IM Global TV LLC), Tang Media Partners LLC, and Global Road Entertainment LLC, are not debtors in these Cases and have not commenced chapter 11 cases.

**MATTERS FOR WHICH A COC HAS BEEN FILED:**

1.  Plan Administrator's Fourth (Non-Substantive) Objection to Certain (A) Duplicative Claims and (B) Insufficient Documentation Claims [Filed: 5/29/20] ([Docket No. 979](#)).

    Response Deadline:  June 12, 2020 at 4:00 p.m. ET

    Responses Received:  None.

    Related Documents:

    a.  [Proposed] Order (I) Sustaining Plan Administrator's Fourth (Non-Substantive) Objection to Certain (A) Duplicative Claims and (B) Insufficient Documentation Claims [Filed: 5/29/20] ([Docket No. 979, Exhibit A](#)).

    b.  Notice of Submission of Proofs of Claim in Connection with Plan Administrator's Fourth (Non-Substantive) Objection to Certain (A) Duplicative Claims and (B) Insufficient Documentation Claims [Filed: 6/24/20] ([Docket No. 998](#)).

    c.  Certification of Counsel Regarding Plan Administrator's Fourth (Non-Substantive) Objection to Certain (A) Duplicative Claims and (B) Insufficient Documentation Claims [Filed: 6/26/20] ([Docket No. 1001](#)).

    Status: The Plan Administrator has filed a revised proposed order under certification of counsel resolving certain claims and respectfully requests entry of the order.  All remaining claims are continued until August 17, 2020 at 10:00 a.m. (ET).

2.  Plan Administrator's Fifth (Substantive) Objection to Certain (A) No Liability Claims and (B) Reduce and Allow Claims [Filed: 6/12/20] ([Docket No. 980](#)).

    Response Deadline:  June 12, 2020 at 4:00 p.m. ET

    Responses Received:  None.

    Related Documents:

    a.  [Proposed] Order (I) Sustaining Plan Administrator's Fifth (Substantive) Objection to Certain (A) No Liability Claims and (B) Reduce and Allow Claims [Filed: 6/12/20] ([Docket No. 980, Exhibit A](#)).

    b.  Notice of Submission of Proofs of Claim in Connection with Plan Administrator's Fifth (Substantive) Objection to Certain (A) No Liability Claims and (B) Reduce and Allow Claims [Filed: 6/24/20] ([Docket No. 999](#)).

    c.  Certification of Counsel Regarding Plan Administrator's Fifth (Substantive) Objection to Certain (A) No Liability Claims and (B) Reduce and Allow Claims [Filed: 6/26/20] ([Docket No. 1002](#)).

Status: The Plan Administrator has filed a revised proposed order under certification of counsel resolving certain claims and respectfully requests entry of the order. All remaining claims are continued until August 17, 2020 at 10:00 a.m. (ET).

Dated: June 29, 2020

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Colin R. Robinson*
Robert J. Feinstein (NY Bar No. 1767805)
Scott L. Hazan (NY Bar No. 1002013)
Colin R. Robinson (DE Bar No. 5524)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899 (Courier 19801)
Telephone: 302-652-4100
Facsimile:  302-652-4400
E-mail:   rfeinstein@pszjlaw.com
              shazan@pszjlaw.com
              crobinson@pszjlaw.com

*Counsel for the Plan Administrator*