**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>OPEN ROAD FILMS, LLC, a Delaware limited liability company, *et al.*,[1]<br><br>                Debtors. | Chapter 11<br><br>Case No. 18-12012 (LSS)<br><br>(Jointly Administered)<br><br>**Re: Docket No. 1008** |
| **JOHN ROUSSEY, as Plan Administrator of the Joint Chapter 11 Plan of Liquidation Proposed by Debtors and Official Committee of Unsecured Creditors,**<br><br>            **Plaintiff,**<br><br>    **v.**<br><br>**DONALD TANG, an individual; TANG MEDIA PARTNERS LIMITED, a Cayman Islands limited company; TANG MEDIA PARTNERS LLC, a Nevada limited liability company; IM GLOBAL, LLC, a Delaware limited liability company; GLOBAL ROAD ENTERTAINMENT LLC, a Delaware limited liability company; JIE KANG a/k/a/ KEVIN KANG, an individual; ROBERT G. FRIEDMAN, an individual; and DOES 1 through 20;** | **Adv. Proc. No. 20-50610 (LSS)** |

**<u>AMENDED[1] NOTICE OF AGENDA FOR HEARING SCHEDULED ON AUGUST 17, 2020 AT 10:00 A.M. (PREVAILING EASTERN TIME), BEFORE THE HONORABLE LAURIE SELBER SILVERSTEIN AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET STREET, 6TH FLOOR, COURTROOM NO. 2, WILMINGTON, DELAWARE 19801</u>**

**THIS HEARING HAS BEEN CANCELLED BY THE COURT
AS NO MATTERS ARE SCHEDULED TO GO FORWARD.**

---

[1] **Amended items are in bold.**

**CONTINUED MATTERS:**

1. Plan Administrator's Fourth (Non-Substantive) Objection to Certain (A) Duplicative Claims and (B) Insufficient Documentation Claims [Filed: 5/29/20] ([Docket No. 979](#)).

    Response Deadline:  June 12, 2020 at 4:00 p.m. ET

    Responses Received:  None.

    Related Documents:

    a.  [Proposed] Order (I) Sustaining Plan Administrator's Fourth (Non-Substantive) Objection to Certain (A) Duplicative Claims and (B) Insufficient Documentation Claims [Filed: 5/29/20] ([Docket No. 979, Exhibit A](#)).

    b.  Notice of Submission of Proofs of Claim in Connection with Plan Administrator's Fourth (Non-Substantive) Objection to Certain (A) Duplicative Claims and (B) Insufficient Documentation Claims [Filed: 6/24/20] ([Docket No. 998](#)).

    c.  Certification of Counsel Regarding Plan Administrator's Fourth (Non-Substantive) Objection to Certain (A) Duplicative Claims and (B) Insufficient Documentation Claims [Filed: 6/26/20] ([Docket No. 1001](#)).

    Status: The Plan Administrator has filed a revised proposed order under certification of counsel resolving certain claims and respectfully requests entry of the order.  All remaining claims are continued until September 15, 2020 at 3:30 p.m. (ET).

2. Plan Administrator's Fifth (Substantive) Objection to Certain (A) No Liability Claims and (B) Reduce and Allow Claims [Filed: 6/12/20] ([Docket No. 980](#)).

    Response Deadline:  June 12, 2020 at 4:00 p.m. ET

    Responses Received:  None.

    Related Documents:

    a.  [Proposed] Order (I) Sustaining Plan Administrator's Fifth (Substantive) Objection to Certain (A) No Liability Claims and (B) Reduce and Allow Claims [Filed: 6/12/20] ([Docket No. 980, Exhibit A](#)).

    b.  Notice of Submission of Proofs of Claim in Connection with Plan Administrator's Fifth (Substantive) Objection to Certain (A) No Liability Claims and (B) Reduce and Allow Claims [Filed: 6/24/20] ([Docket No. 999](#)).

    c.  Certification of Counsel Regarding Plan Administrator's Fifth (Substantive) Objection to Certain (A) No Liability Claims and (B) Reduce and Allow Claims [Filed: 6/26/20] ([Docket No. 1002](#)).

<u>Status</u>: The Plan Administrator has filed a revised proposed order under certification of counsel resolving certain claims and respectfully requests entry of the order. All remaining claims are continued until September 15, 2020 at 3:30 p.m. (ET).

**ADDITIONAL CONTINUED MATTER:**

3.   **Pre-Trial Conference Regarding Adversary Complaint [Filed 5/24/20] (Adv. Pro. No. 20-50610, Docket No. 1).**

   **Related Documents:**

   a.   **Summons and Notice of Pretrial Conference in an Adversary Proceeding [Filed 5/24/20] (Adv. Pro. No. 20-50610, Docket No. 3).**

   **Status:** The pre-trial conference on this matter has been continued until September 15, 2020 at 3:30 p.m. (ET).

Dated: August 17, 2020

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Colin R. Robinson*
Robert J. Feinstein (NY Bar No. 1767805)
Scott L. Hazan (NY Bar No. 1002013)
Colin R. Robinson (DE Bar No. 5524)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899 (Courier 19801)
Telephone: 302-652-4100
Facsimile:  302-652-4400
E-mail:  rfeinstein@pszjlaw.com
         shazan@pszjlaw.com
         crobinson@pszjlaw.com

*Counsel for the Plan Administrator*