**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>OPEN ROAD FILMS, LLC, a Delaware limited liability company, *et al.*[1],<br><br>　　　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No.: 18-12012 (LSS)<br><br>(Jointly Administered)<br><br>**Re: Docket No. 979** |

**CERTIFICATION OF COUNSEL REGARDING PLAN ADMINISTRATOR'S FOURTH (NON-SUBSTANTIVE) OBJECTION TO CERTAIN (A) DUPLICATIVE CLAIMS AND (B) INSUFFICIENT DOCUMENTATION CLAIMS**

The undersigned counsel for John Roussey (the "Plan Administrator"), acting on behalf of Open Road Films, LLC, and its affiliated Debtors and debtors in possession (collectively, the "Liquidating Debtors"), hereby certifies that:

1. On May 29, 2020, the Plan Administrator filed with the United States Bankruptcy Court for the District of Delaware (the "Court") the *Plan Administrator's Fourth (Non-Substantive) Objection to Certain (A) Duplicative Claims and (B) Insufficient Documentation Claims* [Docket No. 979] (the "Claims Objection").

2. Responses to the Claims Objection were to be filed on or before 4:00 p.m. (Eastern Daylight Time) on June 12, 2020 (the "Response Deadline").

---

[1] The Debtors and the last four digits of their taxpayer identification numbers include: Open Road Films, LLC (4435-Del.); Open Road Releasing, LLC (4736-Del.); OR Productions LLC (5873-Del.); Briarcliff LLC (7304-Del.); Open Road International LLC (4109-Del.); and Empire Productions LLC (9375-Del.). The Debtors' address is 1800 Century Park East, Suite 600, Los Angeles, CA 90067. Additional affiliated entities, including, but not limited to, IM Global LLC, Global Road Entertainment Television LLC (f/k/a IM Global TV LLC), Tang Media Partners LLC, and Global Road Entertainment LLC, are not debtors in these Cases and have not commenced chapter 11 cases.

3. On July 1, 2020, a hearing was held on the Claims Objection before the Bankruptcy Court (the "Court"). The Court provided comments to the Claims Objection and indicated that it would sustain the Claims Objection with respect to the Duplicate Claims and agreed to adjourn the hearing on the Claims Objection to the Insufficient Documentation Claims to a future hearing date.

4. On September 2, 2020, the Plan Administrator filed the *Notice of Withdrawal of Plan Administrator's Fourth (Non-Substantive) Objection to Certain (A) Duplicative Claims and (B) Insufficient Documentation Claims as it Relates to Proof of Claim No. 99 Filed By Facebook Inc.* [Docket No. 1011].

5. By agreement of the parties, the following claims have been adjourned to the hearing on September 15, 2020 at 3:30 p.m. (Eastern Standard Time):

| Proof of Claim Number | Claimant | Status |
|---|---|---|
| POC No. 305 | Spotify USA Inc. | Adjourned |
| POC No. 306 | Spotify USA Inc. | Adjourned |
| POC No. 308 | Spotify USA Inc. | Adjourned |
| POC No. 310 | Spotify USA Inc. | Adjourned |
| POC No. 311 | Spotify USA Inc. | Adjourned |
| POC No. 170 | Allied Integrated Marketing | Adjourned |
| POC No. 72 | BLT Communications LLC | Adjourned |
| POC No. 140 | Digital Cinema Distribution Coalition LLC | Adjourned |
| POC No. 71 | Latham & Watkins LLP | Adjourned |

6. The Plan Administrator has not received any other responses or objections to the Claims Objection, and no other responses or objections appear on the Court's docket in these cases.

The Plan Administrator has revised the proposed order and the applicable exhibits (the "Proposed Order") with respect to the Duplicate Claims. A copy of the Proposed Order is attached hereto as **Exhibit A**.

DOCS_DE:230482.1

WHEREFORE, the Plan Administrator respectfully requests that the Court enter the Proposed Order, substantially in the form attached hereto as **Exhibit A** at the convenience of the Court.

Dated: September 2, 2020

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Colin R. Robinson*
Robert J. Feinstein (NY Bar No. 1767805)
Scott L. Hazan (NY Bar No. 1002013)
Colin R. Robinson (DE Bar No. 5524)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899 (Courier 19801)
Telephone: 302-652-4100
Facsimile:  302-652-4400
E-mail:   rfeinstein@pszjlaw.com
          shazan@pszjlaw.com
          crobinson@pszjlaw.com

*Counsel for the Plan Administrator*