## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>OPEN ROAD FILMS, LLC, a Delaware limited liability company, *et al.*[1],<br><br>                      Debtors. | Chapter 11<br><br>Case No.: 18-12012 (LSS)<br><br>(Jointly Administered)<br><br>**Re: Docket No. 979** |

**Hearing Date: September 15, 2020 at 3:30 p.m. (ET)**

### PLAN ADMINISTRATOR'S SUPPLEMENT TO HIS FOURTH (NON-SUBSTANTIVE) OBJECTION TO CERTAIN (A) DUPLICATIVE CLAIMS AND (B) INSUFFICIENT DOCUMENTATION CLAIMS

John Roussey (the "Plan Administrator"), acting on behalf of Open Road Films, LLC, and its affiliated former debtors and debtors in possession (collectively, the "Debtors" and subsequent to the Effective Date[2] the "Liquidating Debtors"), by and through his undersigned counsel, hereby files this supplement (the "Supplement") to his *Fourth Omnibus Objection to Certain (A) Duplicative Claims and (B) Insufficient Documentation Claims* (the "Fourth Omnibus Objection"), filed on May 29, 2020 [Docket No. 979], and requests entry of an order (the "Revised Proposed Order") substantially in the form attached to this Supplement as **Exhibit A**. In support of this Supplement and the Fourth Omnibus Objection, the Plan Administrator submits the Supplemental Declaration of Peter Hurwitz (the "Supplemental Hurwitz Declaration"), attached hereto as **Exhibit B** and the Declaration of Beth E. Levine (the "Levine

---

[1] The Liquidating Debtors and the last four digits of their taxpayer identification numbers include: Open Road Films, LLC (4435-Del.); Open Road Releasing, LLC (4736-Del.); OR Productions LLC (5873-Del.); Briarcliff LLC (7304-Del.); Open Road International LLC (4109-Del.); and Empire Productions LLC (9375-Del.). The Debtors' address is 1800 Century Park East, Suite 600, Los Angeles, CA 90067. Additional affiliated entities, including, but not limited to, IM Global LLC, Global Road Entertainment Television LLC (f/k/a IM Global TV LLC), Tang Media Partners LLC, and Global Road Entertainment LLC, are not debtors in these Cases and have not commenced chapter 11 cases.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Fourth Omnibus Objection.

Declaration" and collectively with the Supplemental Hurwitz Declaration, the "Declarations),

attached hereto as **Exhibit C**.  In further support of Fourth Omnibus Objection, the Plan

Administrator represents as follows:

**Background**

   1. On June 26, 2020, in anticipation of the July 1, 2020 hearing on the

Fourth Omnibus Objection (the "July 1 Hearing"), the Plan Administrator submitted a

*Certification of Counsel Regarding Plan Administrator's Fourth (Non-Substantive) Objection*

*to Certain (A) Duplicative Claims and (B) Insufficient Documentation Claims* [Docket No.

1001] in which he provided a revised proposed order (the "Proposed Order") relating to the

Fourth Omnibus Objection.

   2. At the July 1 Hearing, the Court indicated that it would grant the Fourth

Omnibus Objection as to the creditors listed on **Exhibit 1** to the Proposed Order (duplicate

claims),[3] but declined to grant the Objection as to the claims listed on **Exhibit 2** to the Proposed

Order (insufficient documentation) without a further showing from the Plan Administrator as to

why those claims were insufficient.

   3. Since the July 1 Hearing, the Plan Administrator has resolved certain of

the claims listed on **Exhibit 2** to the Proposed Order.  In addition, the Plan Administrator has

determined to withdraw his objection to certain of the claims listed on **Exhibit 2** to the

Proposed Order, and, accordingly, simultaneously with the filing of this Supplement, the Plan

---

[3] On September 2, 2020, this Court the Plan Administrator submitted his "Certification of Counsel Regarding Plan Administrator's Fourth (Non-Substantive) Objection To Certain (A) Duplicative Claims and (B) Insufficient Documentation Claims [Docket No. 1012] which provided a Proposed Order expunging certain duplicative claims objected to in the Fourth Omnibus Objection.

2

Administrator is filing a Notice of Withdrawal of Objection listing the claims with respect to which the Fourth Omnibus Objection is being withdrawn.

4.    As a result, the only remaining claims (the "**Remaining Insufficient Documentation Claims**") for which the Plan Administrator currently seeks disallowance and expungement in full are the following claims:

| Name of Claimant | Claim Number | Claim Amount | Reason for Disallowance |
|---|---|---|---|
| BRIGADE MARKETING LLC<br>ATTN: TOM CUNHA<br>116 WEST 23RD ST STE 500<br>NEW YORK, NY 10011 | 113 | $116,625.00 | Insufficient documentation attached to claim. |
| SCREEN ENGINE ASI LLC<br>ATTN: NICK SINGER, LEGAL DEPT<br>1925 CENTURY PK EAST, SUITE 950<br>LOS ANGELES, CA 90067 | 37 | $46,255.76 | Insufficient documentation attached to claim. |
| THINKLATINO INC<br>ATTN: ROCIO PRADO KISSLING<br>24311 SYLVAN GLEN RD<br>CALABASAS, CA 91302 | 3 | $36,440.00 | No documentation attached to claim.[4] |
| TOTALLYHER MEDIA LLC<br>JOSH ELLINGWOOD<br>5140 GOLDLEAF CIR, 1ST FL<br>LOS ANGELES, CA 90056 | 148 | $25,000.00 | No documentation attached to claim.[5] |

5.    As set forth below, and in the Declarations, each of the Remaining Insufficient Documentation Claims is a claim that does not include adequate information or

[4] The Plan Administrator has also objected to Claim No. 3 in its Fifth Omnibus Objection and, to the extent that this Objection is not granted, seeks to have the claim disallowed and expunged as unsupported by the Debtors' Books and Records.

[5] The Plan Administrator has also objected to Claim No. 148 in its Fifth Omnibus Objection and, to the extent that this Objection is not granted, seeks to have the claim disallowed and expunged as unsupported by the Debtors' Books and Records.

DOCS_NY:41094.2 64202/003

documentation.  Accordingly, each of the Remaining Insufficient Documentation Claims should

be disallowed and expunged.

**SUPPLEMENTAL BASES FOR OBJECTION**

6.      As set forth in the Supplemental Hurwitz Declaration, the Remaining

Insufficient Documentation Claims either contain no supporting documentation or information

or do not contain sufficient documentation to substantiate the claims asserted therein as required

by Bankruptcy Rule 3001.

**A.      Claim No. 113 Filed By Brigade Marketing, LLC**

7.      Claim number 113 ("Claim No. 113") was filed by Brigade Marketing

LLC as a general unsecured claim in the amount of $116,625.00.  It provides no supporting

documentation.

8.      The Plan Administrator and his professionals have reviewed the Debtors'

books and records and, after reasonable efforts, have been unable to locate any documentation

that would substantiate Claim No. 113, whether in full or in part.

**B.      Claim No. 37 Filed By Screen Engine ASI LLC**

9.      Claim number 37 ("Claim No. 37") was filed by Screen Engine ASI LLC

("Screen Engine") as a general unsecured claim in the amount of $46,255.76.  Claim No. 37

provides no supporting documentation.  Rather, it provides that "[d]ocumentation of the

services provided is available but is subject to privacy.  Screen Engine/ASI LLC will submit

invoices provided to Global Road/Open Road upon request of the Court."

10.      As set for the in the accompanying *Declaration of Beth E. Levine*, on

April 20, 2020, counsel for the Plan Administrator emailed Nick Singer, General Counsel for

4

Screen Engine and requested the documentation referenced in Claim No. 37, but received no response. Nor did Screen Engine provide this documentation despite effective service of the Fourth Omnibus Objection as reflected in the proof of service accompanying it. The Plan Administrator and his professionals have reviewed the Debtors' books and records and, after reasonable efforts, have been unable to locate any documentation that would substantiate Claim No. 37, whether in full or in part.

**C.    Claim No. 3 Filed By ThinkLatino Inc.**

11.    Claim Number 3 ("Claim No. 3") was filed by ThinkLatino, Inc. as a general unsecured claim in the amount of $36,440.00. It provides no supporting documentation. The Plan Administrator and his professionals have reviewed the Debtors' books and records and, after reasonable efforts, have been unable to locate any documentation that would substantiate Claim No. 3, whether in full or in part.

**D.    Claim No. 148 Filed By TotallyHer Media, LLC**

12.    Claim Number 148 ("Claim No. 148") was filed by TotallyHer Media, LLC as a general unsecured claim in the amount of $25,000.00. It provides no supporting documentation. The Plan Administrator and his professionals have reviewed the Debtors' books and records and, after reasonable efforts, have been unable to locate any documentation that would substantiate Claim No. 148, whether in full or in part.

13.    As set forth above and in the accompanying Declarations and in the Fourth Omnibus Objection, the Remaining Insufficient Documentation Claims fail to provide *prima facie* evidence of the validity and any amount of the claim they assert, as required by section 502 of the Bankruptcy Code and Bankruptcy Rule 3001(f), and the Plan Administrator

5

requests that the Court disallow and expunge the Remaining Insufficient Documentation Claims in their entirety.

## RESERVATION OF RIGHTS

14.    The Plan Administrator hereby reserves his rights and the rights of the Liquidating Debtors and their estates to object in the future to any of the claims that are the subject of the Fourth Omnibus Objection on any ground, including, but not limited to, 11 U.S.C. § 502(d), and to amend, modify, and/or supplement the Fourth Omnibus Objection, including, without limitation, to object to amended or newly-filed claims.

15.    Notwithstanding anything contained in this Supplement or the attached exhibits, nothing herein shall be construed as a waiver of any rights that the Liquidating Debtors may have to exercise rights of setoff against the holders of such Claims.

## CONCLUSION

WHEREFORE, for the reasons set forth in the Fourth Omnibus Objection and in this Supplement and the accompanying Declarations, the Plan Administrator respectfully requests that the Court enter the attached proposed order granting the relief requested herein and granting such other and further relief as is just and proper.

Dated:  September 10, 2020

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Colin R. Robinson*
Robert J. Feinstein (NY Bar No. 1767805)
Jeffrey W. Dulberg(CA Bar No. 181200)
Colin R. Robinson (DE Bar No. 5524)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899 (Courier 19801)
Telephone: 302-652-4100
Facsimile:  302-652-4400
E-mail:  rfeinstein@pszjlaw.com
        jdulberg@pszjlaw.com
        crobinson@pszjlaw.com

*Counsel for the Plan Administrator*

7