# EXHIBIT A

## Proposed Revised Order

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| OPEN ROAD FILMS, LLC, a Delaware limited liability company, *et al.*[1], | Case No.: 18-12012 (LSS) |
| | (Jointly Administered) |
| Debtors. | **Re Docket No:** |

### ORDER SUSTAINING PLAN ADMINISTRATOR'S FOURTH (NON-SUBSTANTIVE) OBJECTION TO CERTAIN INSUFFICIENT DOCUMENTATION CLAIMS

Upon consideration of the *Plan Administrator's Fourth (Non-Substantive) Objection to Certain (A) Duplicative Claims and (B) Insufficient Documentation Claims* (the "Fourth Omnibus Objection");[2] and the Court having considered the Hurwitz Declaration in support of the Fourth Omnibus Objection; and the Court having considered the Plan Administrator's Supplement to the Fourth Omnibus Objection (the "Supplement"), and the Declarations in support of the Supplement, and it appearing that notice of the Fourth Omnibus Objection and the Supplement was good and sufficient upon the particular circumstances and that no other or further notice need be given; and the Court having considered the Fourth Omnibus Objection, the claims listed on the exhibits attached thereto, and any responses thereto; and upon the record herein; and after due deliberation thereon; and good and sufficient cause appearing therefor; it is

---

[1] The Liquidating Debtors and the last four digits of their taxpayer identification numbers include:  Open Road Films, LLC (4435-Del.); Open Road Releasing, LLC (4736-Del.); OR Productions LLC (5873-Del.); Briarcliff LLC (7304-Del.); Open Road International LLC (4109-Del.); and Empire Productions LLC (9375-Del.). The Debtors' address is 1800 Century Park East, Suite 600, Los Angeles, CA 90067.  Additional affiliated entities, including, but not limited to, IM Global LLC, Global Road Entertainment Television LLC (f/k/a IM Global TV LLC), Tang Media Partners LLC, and Global Road Entertainment LLC, are not debtors in these Cases and have not commenced chapter 11 cases.

[2] Capitalized terms used but not defined in this Order shall have the meanings ascribed to them in the Fourth Omnibus Objection.

hereby

**FOUND AND DETERMINED THAT:**

      1.     The Fourth Omnibus Objection is a core proceeding under 28 U.S.C.

§ 157(b)(2); and

      2.     Each holder of a claim (as to each, a "<u>Claim</u>") listed on **Exhibit 1**

attached hereto was properly and timely served with a copy of the Fourth Omnibus Objection,

this Order, the accompanying exhibits, and the notice; and

      3.     Any entity known to have an interest in the Claims subject to the Fourth

Omnibus Objection has been afforded reasonable opportunity to respond to, or be heard

regarding, the relief requested in the Fourth Omnibus Objection; and

      4.     The relief requested in the Fourth Omnibus Objection is in the best

interests of the Liquidating Debtors' creditors, Estates, and other parties in interest; and it is

therefore

      ORDERED, that the Fourth Omnibus Objection is SUSTAINED; and is further

      ORDERED, that each of the Insufficient Documentation Claims listed on the

**Exhibit 1**, attached hereto, is hereby disallowed and expunged in its entirety; and it is further

      ORDERED, that to the extent applicable to the Objection, Local Rules 3007-

1(f)(i) and (iii) are hereby waived; and it is further

      ORDERED, that nothing in the Fourth Omnibus Objection or this Order shall be

construed as an allowance of any Claim, including, but not limited to, any of the Remaining

Claims or Surviving Claims, and all of the Plan Administrator's rights and the rights of other

DOCS_NY:41094.2 64202/003

parties in interest to object to any of the Claims or any other claims (filed or not) which may be asserted against the Debtors on any other grounds, including, but not limited to, 11 U.S.C. § 502(d), are preserved.  Additionally, should one or more of the grounds of objection stated in the Fourth Omnibus Objection be dismissed, the Plan Administrator's rights and the rights of other parties in interest to object on other stated grounds or on any other grounds that they discovers during the pendency of these cases are further preserved; and it is further

ORDERED, that the rights of the Liquidating Debtors to setoff, counterclaim and recoupment including, but not limited to, in respect of security deposits, against the allowed amount of any Claims are preserved; and it is further

ORDERED, that this Court shall retain jurisdiction over any matters related to or arising from the Fourth Omnibus Objection or the implementation of this Order; and it is further

ORDERED, that each Claim and the objections by the Plan Administrator to such Claim, as set forth on **Exhibit 1** hereto, constitutes a separate contested matter as contemplated by Bankruptcy Rule 9014 and Local Rule 3007-1.  This Order shall be deemed a separate Order with respect to each Claim. Any stay of this Order pending appeal by any claimants whose Claims are subject to this Order shall only apply to the contested matter which involves such claimant and shall not act to stay the applicability and/or finality of this Order with respect to the other contested matters listed in the Fourth Omnibus Objection or this Order.

**OPEN ROAD FILMS, LLC**
Insufficient Documentation Claims
Exhibit 1

| Name of Claimant | Claim Number | Claim Amount | Reason for Disallowance |
|---|---|---|---|
| BRIGADE MARKETING LLC<br>ATTN: TOM CUNHA<br>116 WEST 23RD ST STE 500<br>NEW YORK, NY 10011 | 113 | $116,625.00 | Insufficient documentation attached to claim. |
| SCREEN ENGINE ASI LLC<br>ATTN: NICK SINGER, LEGAL DEPT<br>1925 CENTURY PK EAST, SUITE 950<br>LOS ANGELES, CA 90067 | 37 | $46,255.76 | Insufficient documentation attached to claim. |
| THINKLATINO INC<br>ATTN: ROCIO PRADO KISSLING<br>24311 SYLVAN GLEN RD<br>CALABASAS, CA 91302 | 3 | $36,440.00 | Insufficient documentation attached to claim. |
| TOTALLYHER MEDIA LLC<br>JOSH ELLINGWOOD<br>5140 GOLDLEAF CIR, 1ST FL<br>LOS ANGELES, CA 90056 | 148 | $25,000.00 | Insufficient documentation attached to claim. |