## EXHIBIT C

**Levine Declaration**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>OPEN ROAD FILMS, LLC, a Delaware limited liability company, *et al.*[1],<br><br>Debtors. | Chapter 11<br><br>Case No.: 18-12012 (LSS)<br><br>(Jointly Administered) |

## DECLARATION OF BETH E. LEVINE IN SUPPORT OF PLAN ADMINISTRATOR'S FOURTH (NON-SUBSTANTIVE) OBJECTION TO CERTAIN (A) DUPLICATIVE CLAIMS AND (B) INSUFFICIENT DOCUMENTATION CLAIMS

I, Beth E. Levine, hereby declare under penalty of perjury, pursuant to section 1746 of title 28 of the United States Code, as follows:

1. I am of counsel to Pachulski Stang Ziehl & Jones LLP, attorneys for John Roussey (the "Plan Administrator"), acting on behalf of Open Road Films, LLC and its affiliated former debtors and debtors in possession (the "Liquidating Debtors") in the above-captioned chapter 11 cases. I submit this Declaration in support of the *Plan Administrator's Fourth (Non-Substantive) Objection to Certain (A) Duplicative Claims and (B) Insufficient Documentation Claims* (the "Fourth Omnibus Objection").

2. Except as otherwise indicated herein, I have personal knowledge of the matters and issues set forth herein.

---

[1] The Liquidating Debtors and the last four digits of their taxpayer identification numbers include: Open Road Films, LLC (4435-Del.); Open Road Releasing, LLC (4736-Del.); OR Productions LLC (5873-Del.); Briarcliff LLC (7304-Del.); Open Road International LLC (4109-Del.); and Empire Productions LLC (9375-Del.). The Debtors' address is 1800 Century Park East, Suite 600, Los Angeles, CA 90067. Additional affiliated entities, including, but not limited to, IM Global LLC, Global Road Entertainment Television LLC (f/k/a IM Global TV LLC), Tang Media Partners LLC, and Global Road Entertainment LLC, are not debtors in these Cases and have not commenced chapter 11 cases.

3.      Claim number 37 ("Claim No. 37") was filed by Screen Engine ASI LLC ("Screen Engine") as a general unsecured claim in the amount of $46,255.76.

4.      Claim No. 37 provides no supporting documentation. Rather, it provides that "[d]ocumentation of the services provided is available but is subject to privacy. Screen Engine/ASI LLC will submit invoices provided to Global Road/Open Road upon request of the Court."

5.      On April 20, 2020, I emailed Nick Singer, General Counsel for Screen Engine, and requested the documentation referenced in Claim No. 37. (A copy of my email to Mr. Singer is attached hereto as **Exhibit A**). I received no response to my email to Mr. Singer, and Screen Engine did not provide this documentation after effective service of the Fourth Omnibus Objection as reflected in the proof of service accompanying it.

Dated: September 10, 2020                                            /s/ Beth E. Levine
                                                                                                          Beth E. Levine

# **EXHIBIT A**

| | |
|---|---|
| **From:** | Beth Levine |
| **Sent:** | Monday, April 20, 2020 12:54 PM |
| **To:** | 'nsinger@screenengineasi.com' |
| **Subject:** | In re Open Road Films LLC: Screen Engine Claim |
| **Attachments:** | Screen Engine Claim.pdf |

Dear Mr. Singer:

Our firm represents the Liquidating Trust in the Open Roads Case, and we are currently in the process of reconciling and objecting to claims. I note that claim filed by Screen Engine, a copy of which is attached, does not attach the relevant supporting documents as Screen Engine asserts that they are "subject to privacy." Can you please provide us with those documents so that we can evaluate the claim.

Please do not hesitate to contact me with any questions or comments.

Regards,

Beth Levine


**Beth Levine**
Pachulski Stang Ziehl & Jones LLP
Direct Dial: 212.561.7720
Tel: 212.561.7700 | Fax: 212.561.7777
blevine@pszjlaw.com
vCard | Bio | LinkedIn



Los Angeles | San Francisco | Wilmington, DE | New York | Costa Mesa

1