**Schedule I**

| Claimant | Claim Number |
|---|---|
| BANK ROBBER MUSIC LLC<br>ATTN: DOUGLAS SMITH<br>40 EXCHANGE PL, STE 1900<br>NEW YORK, NY 10005 | 6 |
| BLT COMMUNICATIONS LLC<br>C/O LAW OFFCES OF JEFFREY A SLOTT<br>ATTN: JEFFREY A SLOTT, ESQ.<br>15760 VENTURA BLVD STE 1600<br>ENCINO, CA 91436 | 72 |
| BOND CREATIVE LLC<br>SETH ALTHOFF<br>57 N HIGHLAND AVE<br>LOS ANGELES, CA 90038 | 34 |
| DIGITAL CINEMA DISTRIBUTION COALITION LLC<br>ATTN: JOHN NOHELTY<br>1840 CENTURY PK EAST STE 550<br>LOS ANGELES, CA 90067 | 140 |
| GIARONOMO PRODUCTIONS INC<br>ATTN: JOSEPH GRACEFFO<br>1501 BROADWAY, STE 705<br>NEW YORK, NY 10036 | 1 |
| LATHAM & WATKINS LLP<br>ATN: JEFFREY E. BJORK, ESQ.<br>ADAM E. MALATESTA, ESQ.<br>355 SOUTH GRAND AVENUE, SUITE 100<br>LOS ANGELES, CA 90071-1560<br><br>LATHAM & WATKINS LLP<br>ATTN.: MARVIN S. PUTNAM, ESQ.<br>KENNETH T. DEUTSCH, ESQ.<br>10250 CONSTELLATION BLVD., SUITE 1100<br>LOS ANGELES, CA 90067 | 71 |

| Claimant | Claim Number |
|---|---|
| MOCEAN LLC<br>A/K/A MOCEAN PICTURES LLC<br>ATTN: RALUCA HIRINIA &<br>ROSHONE HARMON<br>2440 S SEPULVEDA BLVD, STE 150<br>LOS ANGELES, CA 90064 | 80 |
| NATIONAL RESEARCH GROUP INC<br>ATTN: JAMES MCNAMARA<br>5780 W JEFFERSON BLVD<br>LOS ANGELES, CA 90016 | 11 |
| PROMOSHOP INC<br>ATTN: KARIN MEYER<br>5420 MCCONNELL AVE<br>LOS ANGELES, CA 90066 | 70 |
| SONY ELECTRONICS INC<br>ATTN: RICK BLAZIER<br>115 W CENTURY RD STE 250<br>PARAMUS, NJ 07652 | 169 |
| THE WALL GROUP LA LLC<br>C/O ENDEAVOR<br>ATTN: COURTNEY BRAUN<br>9601 WILSHIRE BLVD 3RD FL<br>BEVERLY HILLS, CA 90210 | 176 |

DOCS_NY:41096.2 64202/003