## EXHIBIT A

**Revised Proposed Order**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| OPEN ROAD FILMS, LLC, a Delaware limited liability company, *et al.*[1], | Case No.: 18-12012 (LSS) |
| | (Jointly Administered) |
| Debtors. | **Re: Docket No. 980** |

### ORDER (I) SUSTAINING PLAN ADMINISTRATOR'S FIFTH (SUBSTANTIVE) OBJECTION TO CERTAIN (A) NO LIABILITY CLAIMS AND (B) REDUCE AND ALLOW CLAIMS

Upon consideration of the *Plan Administrator's Fifth (Substantive) Objection to Certain (A) No Liability Claims and (B) Reduce and Allow Claims* (the "Fifth Omnibus Objection");[2] and the Court having considered the Hurwitz Declaration in support of the Fifth Omnibus Objection; and the Court having considered the *Plan Administrator's Supplement to the Fifth Omnibus Objection* (the "Supplement") and the Supplemental Declaration of Peter Hurwitz, and it appearing that notice of the Fifth Omnibus Objection and the Supplement was good and sufficient upon the particular circumstances and that no other or further notice need be given; and the Court having considered the Fifth Omnibus Objection, the Supplement, the claims listed on **Exhibit 1** and **Exhibit 2** attached thereto, and any responses thereto; and upon the record herein; and after due deliberation thereon; and good and sufficient cause appearing therefor; it is

---

[1] The Liquidating Debtors and the last four digits of their taxpayer identification numbers include: Open Road Films, LLC (4435-Del.); Open Road Releasing, LLC (4736-Del.); OR Productions LLC (5873-Del.); Briarcliff LLC (7304-Del.); Open Road International LLC (4109-Del.); and Empire Productions LLC (9375-Del.). The Debtors' address is 1800 Century Park East, Suite 600, Los Angeles, CA 90067. Additional affiliated entities, including, but not limited to, IM Global LLC, Global Road Entertainment Television LLC (f/k/a IM Global TV LLC), Tang Media Partners LLC, and Global Road Entertainment LLC, are not debtors in these Cases and have not commenced chapter 11 cases.

[2] Capitalized terms used but not defined in this Order shall have the meanings ascribed to them in the Fifth Omnibus Objection.

hereby

**FOUND AND DETERMINED THAT**:

1. The Fifth Omnibus Objection is a core proceeding under 28 U.S.C. § 157(b)(2); and

2. Each holder of a claim (as to each, a "Claim") listed on **Exhibit 1** and **Exhibit 2** attached to the Fifth Omnibus Objection and attached hereto was properly and timely served with a copy of the Fifth Omnibus Objection, this Order, the accompanying exhibits, and the notice; and

3. Any entity known to have an interest in the Claims subject to the Fifth Omnibus Objection has been afforded reasonable opportunity to respond to, or be heard regarding, the relief requested in the Fifth Omnibus Objection; and

4. The relief requested in the Fifth Omnibus Objection is in the best interests of the Debtors' creditors, Estates, and other parties in interest; and it is therefore

ORDERED, that the Fifth Omnibus Objection is SUSTAINED; and is further

ORDERED, that each of the No Liability Claims listed on the attached **Exhibit 1** is hereby disallowed and expunged in its entirety; and is further

ORDERED, that each of Reduce & Allow Claims listed on the attached **Exhibit 2** is hereby disallowed in part and reduced and allowed in the amount indicated; and it is further

ORDERED, that except with respect to the Reduce and Allow Claims, nothing in the Fifth Omnibus Objection or this Order shall be construed as an allowance of any Claim, and all of the Plan Administrator's rights and the rights of other parties in interest to object to any of

the Claims or any other claims (filed or not) which may be asserted against the Debtors on any other grounds, including, but not limited to, 11 U.S.C. § 502(d), are preserved. Additionally, should one or more of the grounds of objection stated in the Fifth Omnibus Objection be dismissed, the Plan Administrator's and the rights of other parties in interest to object on other stated grounds or on any other grounds that they discover during the pendency of these cases are further preserved; and it is further

ORDERED, that for the avoidance of doubt and to the extent applicable, Local Rule 3007-1(f)(iii) is hereby deemed waived with respect to the relief requested in the Objection and granted by this Order; and it is further

ORDERED, that the rights of the Liquidating Debtors to setoff, counterclaim and recoupment including, but not limited to, in respect of security deposits, against the allowed amount of any Claims are preserved; and it is further

ORDERED, that this Court shall retain jurisdiction over any matters related to or arising from the Fifth Omnibus Objection or the implementation of this Order; and it is further

ORDERED, that each Claim and the objections by the Plan Administrator to such Claim, as set forth on **Exhibit 1** and **Exhibit 2** hereto, constitutes a separate contested matter as contemplated by Bankruptcy Rule 9014 and Local Rule 3007-1. This Order shall be deemed a separate Order with respect to each Claim. Any stay of this Order pending appeal by

any claimants whose Claims are subject to this Order shall only apply to the contested matter which involves such claimant and shall not act to stay the applicability and/or finality of this Order with respect to the other contested matters listed in the Fifth Omnibus Objection or this Order.

**OPEN ROAD FILMS, LLC**
No Liability Claims to be Disallowed and Expunged
Exhibit 1

| Name of Claimant | Claim Number | Claim Amount | Reason for Disallowance |
|---|---|---|---|
| ROADSHOW FILMS PTY LTD<br>ATTN: PHILIP KENNEDY<br>1 GARDEN ST<br>SOUTH YARRA, VIC3141<br>AUSTRALIA | 238 | $1,368,329.00 | Claim has no basis in the Debtors' books and records and is not supported by any documentation or other information. The Debtors' book and records do not reflect that the referenced Agreement is an obligation of Open Road Films, LLC. No liability to the Debtor for this claim. |
| SCHWARTZ, LOREN<br>12500 OSPREY LN #3<br>PLAYA VISTA, CA 90094 | 295 | $486,400.00 | Claim has no basis in the Debtors' books and records. Supporting documents filed with proof of claim indicate that counsel represents an individual, not a debtor in these cases. The Debtors have no liability for this claim. |
| THINKLATINO INC<br>ATTN: ROCIO PRADO KISSLING<br>24311 SYLVAN GLEN RD<br>CALABASAS, CA 91302 | 3 | $36,440.00 | Claim has no basis in the Debtors' books and records and is not supported by any documentation or other information. The Debtors have no liability for this claim. |
| TOTALLYHER MEDIA LLC<br>JOSH ELLINGWOOD<br>5140 GOLDLEAF CIR 1ST FL<br>LOS ANGELES, CA 90056 | 148 | $25,000.00 | Claim has no basis in the Debtors' books and records and is not supported by any documentation or other information. The Debtors have no liability for this claim. |
| ZUFFA INTERNATIONAL LLC A/K/A<br>ULTIMATE FIGHTING CHAMPIONSHIP (UFC)<br>C/O ENDEAVOR<br>ATTN: REBECCA LITMAN<br>11 MADISON AVE, 17TH FLOOR<br>NEW YORK, NY 10010 | 111 | $450,000.00 | Claim has no basis in the Debtors' books and records and is not supported by any documentation or other information. The Debtors have no liability for this claim. |

1

DOCS_NY:40236.7 64202/003

**OPEN ROAD FILMS, LLC**
Reduce and Allow
Exhibit 2

| Name of Claimant | Claim Number | Claim Amount | Modified Claim Amount | Reason for Modification |
|---|---|---|---|---|
| AVALON TRANSPORTATION LLC<br>ATTN: MARISSA LAGUDA<br>1000 CORPORATE POINTE, SUITE 150<br>CULVER CITY, CA 90230 | 25 | $2,130,677.00 | $21,306.77 | Claimant asserts a general unsecured claim in the amount of $2,130,677.00. Pursuant to the Debtors' books and records, the amount owed to claimant is $21,306.77. Further, there appears to be a decimal translation error from the invoice to the claim. Accordingly, the general unsecured claim should be reduced to $21,306.77. |
| AVALON TRANSPORTATION LLC<br>ATTN: MARISSA LAGUDA<br>1000 CORPORATE POINTE, SUITE 150<br>CULVER CITY, CA 90230 | 139 | $25,580.31 | $14,468.91 | Claimant asserts a general unsecured claim in the amount of $25,580.31. Pursuant to the Debtors' books and records, the amount owed to claimant is $14,468.91. Accordingly, the general unsecured claim should be reduced to $14,468.91. |
| COMSCORE INC<br>C/O RENTRAK CORPORATION<br>11950 DEMOCRACY DRIVE, SUITE 600<br>RESTON VA 20190 | 126 | $142,361.09 | $97,249.98 | Claimant asserts a general unsecured claim in the amount of $142,361.09. Pursuant to the Debtors' books and records, the amount owed to claimant is $97,249.98. Accordingly, the general unsecured claim should be reduced to $97,249.98. |
| FILM SOLUTIONS LLC<br>ATTN: KARLA O' LEARY<br>1121 S FLOWER ST<br>BURBANK, CA 91502 | 174 | $3,998.37 | $2,303.75 | Claimant asserts a general unsecured claim in the amount of $3,998.37. Pursuant to the Debtors' books and records, the amount owed to claimant by Debtor is $2,303.75. |

DOCS_NY:40239.7 64202/003

**OPEN ROAD FILMS, LLC**
Reduce and Allow
Exhibit 2

| Name of Claimant | Claim Number | Claim Amount | Modified Claim Amount | Reason for Modification |
|---|---|---|---|---|
| | | | | Accordingly, the general unsecured claim should be reduced to $2,303.75. |
| GDC DIGITAL CINEMA NETWORK (USA), LLC<br>ATTN: KEN HWANG<br>1016 WEST MAGNOLIA BLVD.<br>BURBANK CALIFORNIA 91506<br><br>GDC DIGITAL CINEMA NETWORK (USA), LLC<br>ATTN: GENERAL MANAGER<br>3500 W. OLIVE AVENUE, SUITE 940<br>BURBANK, CA 95105<br><br>GDC DIGITAL CINEMA NETWORK LIMITED<br>ATTN: CHIEF EXECUTIVE OFFICER<br>UNIT 1-7, 20TH FLOOR, KODAK HOUSE 2<br>39 HEALTHY STREET EAST, NORTH POINT<br>HONG KONG | 62 | $399,478.00 | $391,628.00 | Claimant asserts a general unsecured claim in the amount of $399,478.00. Pursuant to the Debtors' books and records, the amount owed to claimant is $391,628.00. Accordingly, the general unsecured claim should be reduced to $391,628.00. |
| GLASER WEIL FINK HOWARD AVCHEN AND SHAPIRO LLP<br>ATTN: ELIAS DABAIE, ESQ.<br>10250 CONSTELLATION BLVD STE 19<br>LOS ANGELES, CA 90067 | 104 | $23,783.67 | $18,082.50 | Claimant asserts a general unsecured claim in the amount of $23,783.67. Pursuant to the Debtors' books and records, the amount owed to claimant by the Debtor is $18,082.50. Accordingly, the general unsecured claim should be reduced to $18,082.50. |
| IHEART MEDIA INC<br>ATTN: CARRIE DIVIN | 147 | $327,023.57 | $10,000.00 | Claimant asserts a general unsecured claim in the amount of $327,023.57. The invoice |

2

**OPEN ROAD FILMS, LLC**
Reduce and Allow
Exhibit 2

| Name of Claimant | Claim Number | Claim Amount | Modified Claim Amount | Reason for Modification |
|---|---|---|---|---|
| 20880 STONE OAK PKWY<br>SAN ANTONIO, TX 78258 | | | | submitted with the proof of claim only reflects $10,000.00 owed by the Debtor. Accordingly, the general unsecured claim should be reduced to $10,000.00. |
| JIM EVANS STUDIO LLC<br>ATTN: JIM EVANS<br>2305 LIVE OAK MEADOW RD<br>MALIBU, CA 90265 | 49 | $30,000.00 | $15,000.00 | Claimant asserts a general unsecured claim in the amount of $30,000.00. The invoices submitted with the proof of claim only reflect $15,000.00 owed by the Debtor. Accordingly, the general unsecured claim should be reduced to $15,000.00. |
| LE STUDIO PHOTOGRAPHY<br>26520 ROYAL VISTA CT<br>CANYON COUNTRY, CA 91351 | 138 | $11,850.00 | $10,350.00 | Claimant asserts a general unsecured claim in the amount of $11,850.00. Pursuant to the Debtors' books and records, the amount owed to claimant by the Debtor is $10,350.00. Accordingly, the general unsecured claim should be reduced to $10,350.00. |
| LUONG, DAVID<br>1717 EAST BADILLO ST<br>COVINA, CA 91724 | 93 | $2,760.00 | $2,400.00 | Claimant asserts a general unsecured claim in the amount of $2,760.00. Pursuant to the Debtors' books and records, the amount owed to claimant by Debtor is $2,400.00. Accordingly, the general unsecured claim should be reduced to $2,400.00. |

3

**OPEN ROAD FILMS, LLC**
Reduce and Allow
Exhibit 2

| Name of Claimant | Claim Number | Claim Amount | Modified Claim Amount | Reason for Modification |
|---|---|---|---|---|
| SCRABBLE VENTURES LLC<br>C/O GREENBERG GLUSKER ET AL<br>JEFFREY A KRIEGER<br>1900 AVENUE OF THE STARS, STE 2100<br>LOS ANGELES, CA 90067<br><br>SCRABBLE VENTURES, LLC<br>MICHAEL PHIPPS<br>CFO AND SECRETARY<br>10550 CAMDEN DRIVE<br>CYPRESS CA 90630 | 117 | $25,900.00 | $19,775.00 | Claimant asserts a general unsecured claim in the amount of $25,900.00. Pursuant to the Debtors' books and records, the amount owed to claimant is $19,775.00. Accordingly, the general unsecured claim should be reduced to $19,775.00. |
| TRAILER PARK INC<br>A/K/A ART MACHINE<br>6922 HOLLYWOOD BLVD<br>LOS ANGELES, CA 90028 | 65 | $251,964.79 | | Claimant asserts a general unsecured claim in the amount of $251,964.79. Pursuant to the Debtors' books and records, the amount owed to claimant is $193,414.79. Accordingly, the general unsecured claim should be reduced to $193,414.79. |

4