## EXHIBIT B

**Supplemental Hurwitz Declaration**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>OPEN ROAD FILMS, LLC, a Delaware limited liability company, *et al.*[1],<br><br>Debtors. | Chapter 11<br><br>Case No.: 18-12012 (LSS)<br><br>(Jointly Administered) |

## SUPPLEMENTAL DECLARATION OF PETER HURWITZ IN SUPPORT OF PLAN ADMINISTRATOR'S FIFTH (SUBSTANTIVE) OBJECTION TO CERTAIN (A) NO LIABILITY CLAIMS AND (B) REDUCE AND ALLOW CLAIMS

I, Peter Hurwitz, hereby declare under penalty of perjury, pursuant to section 1746 of title 28 of the United States Code, as follows:

1. I am a Managing Director at Dundon Advisers LLC ("Dundon"), Financial Advisor to John Roussey (the "Plan Administrator"), acting on behalf of Open Road Films, LLC and its affiliated former debtors and debtors in possession (the "Liquidating Debtors") in the above-captioned chapter 11 cases. I submit this Supplemental Declaration in support of the *Plan Administrator's Fifth (Substantive) Objection to Certain (A) No Liability Claims and (B) Reduce and Allow Claims* (the "Fifth Omnibus Objection").[2]

---

[1] The Liquidating Debtors and the last four digits of their taxpayer identification numbers include: Open Road Films, LLC (4435-Del.); Open Road Releasing, LLC (4736-Del.); OR Productions LLC (5873-Del.); Briarcliff LLC (7304-Del.); Open Road International LLC (4109-Del.); and Empire Productions LLC (9375-Del.). The Debtors' address is 1800 Century Park East, Suite 600, Los Angeles, CA 90067. Additional affiliated entities, including, but not limited to, IM Global LLC, Global Road Entertainment Television LLC (f/k/a IM Global TV LLC), Tang Media Partners LLC, and Global Road Entertainment LLC, are not debtors in these Cases and have not commenced chapter 11 cases.

[2] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in *the Plan Administrator's Supplement To His Fourth (Substantive) Objection To Certain (A) No Liability Claims and (B) Reduce and Allow Claims* (the "Supplement").

2. Except as otherwise indicated herein, I have personal knowledge of the matters and issues set forth herein or have gained knowledge of such matters from my review of the relevant documents, or from information provided to me.

3. I make this Declaration based on my review of the No Liability Claims referenced in the Objection, together with any supporting or related documentation.

4. The Debtors have made their books and records available to Dundon.

5. I and the appropriate personnel, in conjunction with the Liquidating Debtors' professionals diligently reviewed and analyzed in good faith the No Liability Claims identified in the Objection.

6. I have familiarity with the claims review process and the related objection process. In that capacity, I have reviewed the No Liability Claims referenced in the Objection, and am directly familiar with the information contained therein. Additionally, I read the Objection, the Supplement and the Revised Proposed Order. Some of the bases for the Objection contained herein relate to matters within the knowledge of other agents of the Plan Administrator and Liquidating Debtors and are based on information I received from them. Based, upon the foregoing, the Debtor's books and records do not reflect liability for any of the Remaining No Liability Claims.

Dated: September __, 2020

_____
Peter Hurwitz