# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>OPEN ROAD FILMS, LLC, a Delaware limited liability company, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 18-12012 (LSS)<br><br>(Jointly Administered)<br><br>**Related Docket No: 980** |

## NOTICE OF WITHDRAWAL OF PLAN ADMINISTRATOR'S FIFTH (SUBSTANTIVE) OBJECTION TO CERTAIN (A) NO LIABILITY CLAIMS AND (B) REDUCE AND ALLOW CLAIMS AS IT RELATES TO CERTAIN CLAIMS

**PLEASE TAKE NOTICE** that on May 29, 2020, John Roussey (the "Plan Administrator"), acting on behalf of Open Road Films, LLC, and its affiliated former debtors and debtors in possession (collectively, the "Debtors" and subsequent to the Effective Date (as defined herein), the "Liquidating Debtors"), by and through his undersigned counsel, filed the *Plan Administrator's Fifth (Substantive) Objection to Certain (A) No Liability Claims and (B) Reduce and Allow Claims* [Docket No. 980] (the "Fifth Omnibus Objection").

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Fifth Omnibus Objection, the Plan Administrator objected, *inter alia*, to the Proofs of Claim listed on **Schedule I** (the "Claims").

**PLEASE TAKE FURTHER NOTICE** that, the Plan Administrator, hereby withdraws his objection to the Claims.

---

[1] The Liquidating Debtors and the last four digits of their taxpayer identification numbers include: Open Road Films, LLC (4435-Del.); Open Road Releasing, LLC (4736-Del.); OR Productions LLC (5873-Del.); Briarcliff LLC (7304-Del.); Open Road International LLC (4109-Del.); and Empire Productions LLC (9375-Del.). The Debtors' address is 1800 Century Park East, Suite 600, Los Angeles, CA 90067. Additional affiliated entities, including, but not limited to, IM Global LLC, Global Road Entertainment Television LLC (f/k/a IM Global TV LLC), Tang Media Partners LLC, and Global Road Entertainment LLC, are not debtors in these Cases and have not commenced chapter 11 cases.

DOCS_NY:41097.3 64202/003

Dated: September 10, 2020	PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Colin R. Robinson*
Robert J. Feinstein (NY Bar No. 1767805)
Jeffrey W. Dulberg (CA Bar No. 181200)
Colin R. Robinson (DE Bar No. 5524)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899 (Courier 19801)
Telephone: 302-652-4100
Facsimile: 302-652-4400
E-mail: rfeinstein@pszjlaw.com
	jdulberg@pszjlaw.com
	crobinson@pszjlaw.com

*Counsel for the Plan Administrator*