## Schedule I

| Claimant | Claim Number |
|---|---|
| 42 WEST LLC<br>ATTN: GREG O'CONNOR<br>600 THIRD AVE, 23RD FLR<br>NEW YORK, NY 10016 | 219 |
| ALAMO DRAFTHOUSE CINEMA LLC<br>ATTN: SEAN BROWN<br>612A E 6TH ST<br>AUSTIN, TX 78701 | 79 |
| AMC NETWORK ENTERTAINMENT LLC<br>ATTM: STANLEY KOPEC<br>11 PENN PLAZA, 16TH FLOOR<br>NEW YORK, NY 10001 | 63 |
| CITY EVENTIONS USA LLC<br>MARIA LALLY<br>1333 BROADWAY, SUITE 502<br>NEW YORK, NY 10018 | 206 |
| CITYBRIDGE LLC<br>ATTENTION: LEGAL DEPT<br>10 HUDSON YARDS 26TH FLOOR<br>NEW YORK, NY 10001 | 271 |
| DEUTSCH, JOSHUA, ESQ.<br>C/O CAROLINE R. DJANG<br>BEST BEST & KRIEGER LLP<br>18101 VON KARMAN AVE., SUITE 1000<br>IRVINE, CA 92612<br><br>JOSHUA DEUTSCH, ESQ.<br>418 S. SWALL DRIVE<br>BEVERLY HILLS CA 90211 | 95 |

| Claimant | Claim Number |
|---|---|
| EDMODO INC<br>ATTN: MARK COSTIGAN<br>1200 PARK PL SUITE 400<br>SAN MATEO, CA 94403 | 172 |
| GIMLET MEDIA INC<br>ATTN: CHRISTINA SULLIVAN<br>41 FLATBUSH AVE 7TH FL<br>BROOKLYN, NY 11217 | 109 |
| JUSTWATCH INC<br>ONE BOSTON PLACE, SUITE 2600<br>BOSTON, MA 02108 | 103 |
| LA LIVE PROPERTIES LLC AKA LA LIVE AND AKA LA LIVE THEATER<br>C/O ARENT FOX LLP<br>ATTN: RICHARD D. BUCKLEY<br>555 W 5TH ST 48TH FL<br>LOS ANGELES, CA 90013-1065<br><br>TAK-WONG – FINANCE<br>800 W. OLYMPIC BLVD, SUITE #305<br>LOS ANGELES, CA 90015 | 297 |
| MOCEAN LLC<br>A/K/A MOCEAN PICTURES LLC<br>ATTN: RALUCA HIRINIA &<br>ROSHONE HARMON<br>2440 S SEPULVEDA BLVD, STE 150<br>LOS ANGELES, CA 90064 | 80 |
| NOT ORDINARY MEDIA LLC<br>ATTN: BRENT NEILL, COO<br>600 WILSHIRE BLVD, SUITE 1500<br>LOS ANGELES, CA 90017 | 320 |

| Claimant | Claim Number |
| --- | --- |
| PANDORA MEDIA INC<br>C/O BIALSON BERGEN & SCHWAB<br>ATTN: LAWRENCE SCHWAB<br> & THOMAS GAA<br>633 MENLO AVE, STE 100<br>MENLO PARK, CA 94025 | 77 |
| PLACEIQ INC<br>ATTN: LAUREN LEGUIZAMON<br>1065 AVE OF THE AMERICAS 18TH FLR<br>NEW YORK, NY 10018 | 69 |
| PXL BROS LLC<br>ATTN: MATTHEW MICHALOWSKI<br>849 S BROADWAY STE 602<br>LOS ANGELES, CA 90014 | 114 |
| SWISHER PRODUCTIONS LLC<br>ATTN: NATHAN SWISHER<br>1438 N GOWER ST<br>BLDG 6060, STE 300 BOX 3<br>HOLLYWOOD, CA 90028 | 183 |
| THE CW NETWORK LLC<br>C/O GLICKFELD FIELDS AND JACOBSON LLP<br>ATTN: LAWRENCE M JACOBSON<br>8383 WILSHIRE BOULEVARD SUITE 341<br>BEVERLY HILLS, CA 90211<br><br>THE CW NETWORK LLC<br>ATTN: DANA ABEL<br>3300 W. OLIVE AVENUE, #3074<br>BURBANK CALIFORNIA 91505 | 179 |
| THE DOG AGENCY LLC<br>135 MADISON AVE, 5TH FL<br>NEW YORK, NY 10016 | 22 |

DOCS_NY:41097.3 64202/003

| Claimant | Claim Number |
|---|---|
| TRESENSA INC<br>443 PARK AVE SOUTH, SUITE 506<br>NEW YORK, NY 10016 | 38 |

DOCS_NY:41097.3 64202/003