# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>OPEN ROAD FILMS, LLC, a Delaware limited liability company, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 18-12012 (LSS)<br><br>(Jointly Administered) |

Hearing Date: November 10, 2020 at 10:00 a.m. (ET)
Objection Deadline: November 3, 2020 at 4:00 p.m. (ET)[2]

## AMENDED NOTICE OF PLAN ADMINISTRATOR'S FIFTH (SUBSTANTIVE) OBJECTION TO CERTAIN (A) NO LIABILITY CLAIMS AND (B) REDUCE AND ALLOW CLAIMS

TO:  (i) the Office of the United States Trustee for the District of Delaware, (ii) the Debtors, (iii) the Non-Responding Creditors, and (iv) any person that, as of the filing of this Objection, has filed a specific request for notices and papers.

**PLEASE TAKE NOTICE** that on May 29, 2020, John Roussey (the "Plan Administrator"), acting on behalf of Open Road Films, LLC, and its affiliated Debtors and debtors in possession (collectively, the "Liquidating Debtors") filed the attached *Plan Administrator's Fifth (Substantive) Objection to Certain (A) No Liability Claims and (B) Reduce and Allow Claims* (the "Objection") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801 (the "Bankruptcy Court"). A true and correct copy of the Objection was previously served upon you.

---

[1] The Liquidating Debtors and the last four digits of their taxpayer identification numbers include: Open Road Films, LLC (4435-Del.); Open Road Releasing, LLC (4736-Del.); OR Productions LLC (5873-Del.); Briarcliff LLC (7304-Del.); Open Road International LLC (4109-Del.); and Empire Productions LLC (9375-Del.). The Debtors' address is 2049 Century Park East, 4th Floor, Los Angeles, CA 90067. Additional affiliated entities, including, but not limited to, IM Global LLC, Global Road Entertainment Television LLC (f/k/a IM Global TV LLC), Tang Media Partners LLC, and Global Road Entertainment LLC, are not debtors in these Cases and have not commenced chapter 11 cases.

**PLEASE TAKE FURTHER NOTICE** that on the date hereof, the Plan Administrator filed the *Plan Administrator's Second Supplement* [Docket No. 1032] (the "Second Supplement") to the Objection.[3] A copy of the Second Supplement is attached hereto.

**PLEASE TAKE FURTHER NOTICE** that the hearing on the Objection with respect to the Non-Responding Creditors was adjourned to November 10, 2020.

**Your claim(s) may be modified or disallowed as a result of the Objection, as supplemented. Therefore, you should read the Objection and the attached Second Supplement carefully.**

**PLEASE TAKE FURTHER NOTICE THAT YOUR RIGHTS MAY BE AFFECTED BY THE OBJECTION, AS SUPPLEMENTED AND BY ANY FURTHER CLAIM OBJECTION THAT MAY BE FILED BY THE TRUST OR OTHERWISE. THE RELIEF SOUGHT HEREIN IS WITHOUT PREJUDICE TO THE PLAN ADMINISTATOR'S RIGHTS TO PURSUE FURTHER OBJECTIONS AGAINST YOUR CLAIM(S) SUBJECT TO THE OBJECTION IN ACCORDANCE WITH APPLICABLE LAW AND APPLICABLE ORDERS OF THE BANKRUPTCY COURT.**

**PLEASE TAKE FURTHER NOTICE** that if the Non-Responding Creditors wish to respond to the Objection, the holder must file a written response with: (i) Office of the Clerk of the United States Bankruptcy Court for the District of Delaware: 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801; and (ii) counsel to the Plan Administrator, Pachulski Stang Ziehl & Jones LLP, 780 Third Avenue, 34th Floor, New York, NY 10017, Attn: Robert J. Feinstein, Esquire and Scott L. Hazan Esquire, and 919 North Market Street, 17th

---

[3] Capitalized terms not otherwise defined herein shall have their meaning as set forth in the Second Supplement.

Floor, Wilmington, DE 19801, Attn: Colin R. Robinson, Esquire so as to be <u>received</u> on or before **November 3, 2020 at 4:00 p.m. (prevailing Eastern Time).**

**PLEASE TAKE FURTHER NOTICE** that responses to the Objection must contain, at minimum, the following: (a) a caption setting forth the name of the Bankruptcy Court, the above-referenced case number, and the title of the Objection to which the Response is directed; (b) the name of the claimant, his/her/its claim number, and a description of the basis for the classification and amount of the claim; (c) the specific factual basis and supporting legal argument upon which the claimant will rely in opposing this Objection; (d) any supporting documentation, to the extent it was not included with the proof of claim previously filed with the clerk or claims agent, upon which the claimant will rely to support the basis for classification and amounts asserted in the proof of claim; and (e) the name, address, email address, telephone number, and fax number of the person(s) (which may be the claimant or the claimant's legal representative) with whom counsel for the Trust should communicate with respect to the claim or the Objection and who possesses authority to reconcile, settle, or otherwise resolve the Objection to the disputed claim on behalf of the claimant.

**PLEASE TAKE FURTHER NOTICE** that if no response to the Objection is timely filed and received in accordance with the above procedures, an order may be entered sustaining the Objection without further notice or a hearing. If a response is properly filed, served and received in accordance with the above procedures and such response is not resolved, a hearing to consider such response and the Objection will be held before The Honorable Laurie Selber Silverstein, United States Bankruptcy Judge for the District of Delaware, at the Bankruptcy Court, 824 North Market Street, 6th Floor, Courtroom 2, Wilmington, Delaware

3

19801 on **November 10, 2020 at 10:00 a.m.** (the "Hearing"). Only a response made in writing and timely filed and received will be considered by the Bankruptcy Court at the Hearing.

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY SUSTAIN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated:  October 20, 2020             PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Colin R. Robinson*
Robert J. Feinstein (NY Bar No. 1767805)
Scott L. Hazan (NY Bar No. 1002013)
Colin R. Robinson (DE Bar No. 5524)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899 (Courier 19801)
Telephone: 302-652-4100
Facsimile:  302-652-4400
E-mail:  rfeinstein@pszjlaw.com
            shazan@pszjlaw.com
            crobinson@pszjlaw.com

*Counsel for the Plan Administrator*