IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>OPEN ROAD FILMS, LLC, a Delaware limited liability company, *et al.*[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 18-12012 (LSS)<br><br>(Jointly Administered) |

### CERTIFICATE OF SERVICE

I, Colin R. Robinson, hereby certify that on the 20th day of October, 2020, I caused a copy of the following document(s) to be served on the individuals on the attached service list(s) in the manner indicated:

**Amended Notice of Plan Administrator's Fifth (Substantive) Objection to Certain (A) No Liability Claims and (B) Reduce and Allow Claims.**

/s/ Colin R. Robinson
Colin R. Robinson (DE Bar No. 5524)

---

[1] The Debtors and the last four digits of their taxpayer identification numbers include: Open Road Films, LLC (4435-Del.); Open Road Releasing, LLC (4736-Del.); OR Productions LLC (5873-Del.); Briarcliff LLC (7304-Del.); Open Road International LLC (4109-Del.); and Empire Productions LLC (9375-Del.). The Debtors' address is 2049 Century Park East, 4th Floor, Los Angeles, CA 90067. Additional affiliated entities, including, but not limited to, IM Global LLC, Global Road Entertainment Television LLC (f/k/a IM Global TV LLC), Tang Media Partners LLC, and Global Road Entertainment LLC, are not debtors in these Cases and have not commenced chapter 11 cases.

OPEN ROAD – SPECIAL SERVICE LIST
11/10/20 HEARING RE: FIFTH
OMNIBUS CLAIM OBJECTION
CASE NO.: 18-12012 (LSS)
DOCUMENT NO. 231192
03 – OVERNIGHT MAIL

**OVERNIGHT MAIL**
(CLAIMANT)
DAVID RUBIN
3617 GRAND VIEW BLVD
LOS ANGELES, CA  90066

**OVERNIGHT MAIL**
(CLAIMANT)
SETH SPECTOR
10916 ASHTON AVE APT 303
LOS ANGELES, CA  90024

**OVERNIGHT MAIL**
(CLAIMANT)
JOHN ZOIS
3496 WADE STREET
LOS ANGELES, CA  90066

Open Road Films, LLC 2002 EMAIL/FCM
Service List
Case No. 18-12012
Document No. 230817
09 – First Class Mail
71 – Emails

(Counsel for John Roussey, Plan Administrator)
Colin R. Robinson, Esquire
Pachulski Stang Ziehl & Jones, LLP
919 N. Market Street, 17th Floor
Wilmington, DE 19801

(Counsel for John Roussey, Plan Administrator)
Robert J. Feinstein, Esquire
Scott L. Hazan, Esquire
Pachulski Stang Ziehl & Jones LLP
780 Third Avenue, 36th Floor
New York, NY 10017-2024

**First Class Mail**
(Government Entity)
Internal Revenue Service
Centralized Insolvency Operation
2970 Market Street, Mail Stop 5-Q30 133
Philadelphia, PA 19104-5016

**First Class Mail**
(Government Entity)
Franchise Tax Board
Bankruptcy Section, MS:A-340
PO Box 2952,
Sacramento, CA 95812-2952

**First Class Mail**
(Government Entity)
Franchise Tax Board
Bankruptcy Section, MS:A-340
PO Box 2952,
Sacramento, CA 95812-2952

**First Class Mail**
(Government Entity)
Michigan Department of Treasury, Tax Pol. Division
Attn: Litigation Liaison
430 West Allegan Street, 2nd Floor
Austin Building
Lansing, MI 48922

**First Class Mail**
(Secured Lender)
Bank of America as Administrative Agent
333 S. Hope Street, 13th Floor
Los Angeles, CA 90071

**First Class Mail**
(Landlord)
One Hundred Towers LLC
CBRE Inc.
Attn: Vice President, Property Management
2049 Century Park East, Suite 1950
Los Angeles, CA 90067-3283

**First Class Mail**
(Landlord)
One Hundred Towers LLC
JPMorgan Asset Management, Global Real Assets
Real Estate Americas
Brian Okrent, CEO
2029 Century Park East, Suite 4150
Los Angeles, CA 90067

**First Class Mail**
(Landlord)
One Hundred Towers LLC
Allen Matkins Leck Gamble Mallory & Natsis LL
Anton N. Natsis, Esquire
1901 Avenue of the Stars, Suite 1800
Los Angeles, CA 90067

**First Class Mail**
(Government Entity)
US EPA Region 3, Office Of Region Counsel
Attn: Bankruptcy Department
1650 Arch Street
Philadelphia, PA 19103

**Email**
(Counsel for the Debtors)
Young Conaway Stargatt & Taylor LLP
Michael R. Nestor, Esquire
Sean M. Beach, Esquire
Robert F. Poppiti, Jr., Esquire
Rodney Square, 1000 North King Street
Wilmington, DE 19801
mnestor@ycst.com
sbeach@ycst.com
rpoppiti@ycst.com

**Email**
(Counsel to Secured Lender; Bank of America, N.A.)
Ashby & Geddes, P.A.
William P Bowden, Esquire
500 Delaware Avenue, 8th Floor
Wilmington, DE 19801-1150
wbowden@ashbygeddes.com

**Email**
(Counsel for BBG Home Again LLC)
Barnes & Thornburg LLP
David M Powlen, Esquire
Kevin G Collins, Esquire
1000 N West Street, Suite 1500,
Wilmington, DE 19801
david.powlen@btlaw.com;
kevin.collins@btlaw.com

**Email**
(Counsel for Directors Guild of America Inc., Screen Actors Guild; American Federation of Television and Radio Artists; Writers Guild of America Inc.; West Inc.; Directors Guild of America Inc.-Producer Pension and Health Plans; Screen Actors Guild Producers, Pension and Health Plans; Writers Guild Pension Plan and Industry Health Fund; The Motion Picture Industry Pension and Health Plans)
Law Office of Susan E Kaufman LLC
Susan E Kaufman, Esquire
919 N Market Street, Suite 460,
Wilmington, DE 19801
skaufman@skaufmanlaw.com

**Email**
(Counsel for East West Bank)
Potter Anderson & Corroon LLP
C. M. Samis, Esquire
L. Katherine Good, Esquire
Aaron Stulman, Esquire
1313 N. Market Street, 6th Floor
Wilmington, DE 19801
csamis@potteranderson.com
kgood@potteranderson.com
astulman@potteranderson.com

**Email**
(US Trustee)
Office of the U.S. Trustee
Linda Richenderfer, Esquire
844 King Street, Suite 2207
Wilmington, DE 19801
linda.richenderfer@usdoj.gov

**Email**
(United States Attorney)
David C. Weiss c/o Ellen Slights, Esquire
United States Attorney's Office
District of Delaware
Hercules Building
1313 N. Market Street, Suite 400
Wilmington, DE 19899
usade.ecfbankruptcy@usdoj.gov

**Email**
(Government Agency)
Kathleen Jennings, Esquire
Delaware Attorney General
Carvel State Office Building,
820 N French Street, 6th Floor
Wilmington, DE  19801
attorney.general@state.de.us

**Email**
(Government Entity)
Delaware Division of Revenue
Zillah A. Frampton, Bankruptcy
Administrator
Carvel State Office Building
820 N. French Street, 8th Floor
Wilmington, DE  19801
fasnotify@state.de.us

**Email**
(Government Entity)
Delaware Secretary Of State
Corporations Franchise Tax
PO Box 898
Dover, DE  19903
dosdoc_ftax@state.de.us

**Email**
(Government Agency)
Delaware State Treasury
Attn: Bankruptcy Department
820 Silver Lake Boulevard, Suite 100
Dover, DE  19904
statetreasurer@state.de.us

**Email**
(Government Agency)
Securities & Exchange Commission
NY Regional Office
Attn: Bankruptcy Dept.
Brookfield Place
200 Vesey Street, Suite 400
New York, NY  10281-1022
nyrobankruptcy@sec.gov

**Email**
(Government Agency)
Securities & Exchange Commission
Secretary of Treasury
Office of General Counsel
100 F Street NE
Washington, DC  20549
secbankruptcy@sec.gov

**Email**
(Govt. Agency
Securities & Exchange Commission
Philadelphia Office
Attn:  Bankruptcy Department
One Penn Center
1617 JFK Boulevard, Suite 520
Philadelphia, PA  19103
secbankruptcy@sec.gov

**Email**
([Proposed] Counsel for the Debtors)
Klee, Tuchin, Bogdanoff & Suitern LLP
Jonathan M. Weiss, Esquire
Michael L. Tuchin, Esquire
1999 Avenue of the Stars, 39th Floor
Los Angeles, CA  90067-6049
jweiss@ktbslaw.com
mtuchin@ktbslaw.com

**Email**
(Counsel For East West Bank)
Akin Gump Strauss Hauer & Feld LLP
David F. Staber, Esquire
2300 N. Field Street, Suite 1800
Dallas, TX  75201-2481
dstaber@akingump.com

**Email**
(Counsel For BBG Home Again LLC
Barnes & Thornburg LLP
Paul Laurin, Esquire
Jonathan Wight, Esquire
2029 Century Park E Suite 300,
Los Angeles, CA  90067
plaurin@btlaw.com
jwight@btlaw.com

**Email**
(Counsel for Directors Guild of America Inc., Screen Actors Guild; American Federation of Television and Radio Artists; Writers Guild of America Inc.; West Inc.; Directors Guild of America Inc.-Producer Pension and Health Plans; Screen Actors Guild Producers, Pension and Health Plans; Writers Guild Pension Plan and Industry Health Fund; The Motion Picture Industry Pension and Health Plans)
Bush Gottlieb, A Law Corporation
Joseph Kohanski, Esquire
David Ahdoot, Esquire
Kirk PreStegard, Kiel Ireland
801 North Brand Boulevard, Suite 950,
Glendale, CA 91203
jkohanski@bushgottlieb.com
dahdoot@bushgottlieb.com
kprestegard@bushgottlieb.com
kireland@bushgottlieb.com

**Email**
(Counsel For Lakeshore Entertainment Productions LLC)
Foley And Lardner LLP
Ashley M McDow, Esquire
\555 South Flower Street, Suite 3300,
Los Angeles, CA 90071-2300
amcdow@foley.com

**Email**
(Counsel for Viacom International Inc. and Its Affiliates)
Luskin Stern & Eisler LLP
Richard Stern, Esquire
Stephan E Hornung, Esquire
Eleven Times Square,
New York, NY 10036
stern@lsellp.com
hornung@lsellp.com

**Email**
(Counsel To Secured Lender)
Paul Hastings LLP
Susan Williams, Esquire
1999 Avenue of the Stars, 27th Floor
Los Angeles, CA 90067
susanwilliams@paulhastings.com

**Email**
(Counsel To Secured Lender)
Paul Hastings LLP
Andrew V. Tenzer, Esquire
200 Park Avenue
New York, NY 10166
andrewtenzer@paulhastings.com

**Email**
(Counsel For Bank Of America N.A.)
Paul Hastings LLP
Andrew V Tenzer, Esquire
Shlomo Maza, Esquire
75 East 55th Street
New York, NY 10022
andrewtenzer@paulhastings.com
shlomomaza@paulhastings.com

**Email**
(Counsel For Loren Schwartz)
Procopio Cory Hargreaves & Savitch LLP
Gerald P Kennedy, Esquire
525 B Street, Suite 2200,
San Diego, CA 92101
gerald.kennedy@procopio.com

**Email**
(Counsel to Bank Leumi USA; Universal Studios Home Entertainment LLC)
Reed Smith LLP
Marsha A Houston, Esquire
Christopher O. Rivas, Esquire
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071-1514
mhouston@reedsmith.com
crivas@reedsmith.com

**Email**
(Counsel to Bank Leumi USA)
Reed Smith LLP
Michael S Sherman, Esquire
1901 Avenue of the Stars, Suite 700,
Los Angeles, CA 90067
msherman@reedsmith.com

**Email**
(Counsel for MUFG Union Bank N.A.)
Sidley Austin LLP
Jennifer C Hagle, Esquire
555 West Fifth St 40th Floor,
Los Angeles, CA 90013
jhagle@sidley.com

**Email**
(Counsel for MUFG Union Bank N.A.)
Sidley Austin LLP
Annie C Wallis, Esquire
One South Dearborn,
Chicago, IL 60603
awallis@sidley.com

**Email**
(Counsel to Endgame Releasing Co., LLC and Endgame Releasing Funding, LLC)
Daniel A. O'Brien, Esquire
Venable LLP
1201 N. Market Street, Suite 1400
Wilmington, DE 19801
daobrien@venable.com

**Email**
(Counsel to Comerica Bank, a Texas banking association)
Kurt F. Gwynne, Esquire
Jason D. Angelo, Esquire
Reed Smith LLP
1201 N. Market Street, Suite 1500
Wilmington, DE 19801
kgwynne@reedsmith.com
jangelo@reedsmith.com

**Email**
(Counsel for Scripps Networks LLC d/b/a Food Network; Discovery, Inc.; Discovery Licensing Inc.; Discoverycom LLC; Counsel for Scripps Networks LLC d/b/a HGTV)
Mary L. Fullington, Esquire
Wyatt, Tarrant & Combs, LLP
250 West Main Street, Suite 1600
Lexington, KY 40507
mfullington@wyattfirm.com

**Email**
(Counsel for Entertainment One Films Canada Inc. and certain of its affiliates)
Daniel J. DeFranceschi, Esquire
Michael J. Merchant, Esquire
Brett M. Haywood, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
defranceschi@rlf.com
merchant@rlf.com
haywood@rlf.com

**Email**
(Counsel for Snap, Inc.)
Edward H. Tillinghast, Esquire
Michael T. Driscoll, Esquire
Sheppard Mullin Richter & Hampton LLP
30 Rockefeller Plaza
New York, NY 10112
etillinghast@sheppardmullin.com
mdriscoll@sheppardmullin.com

**Email**
(Entertainment One Films Canada Inc. and certain of its affiliates)
Lauren Blaiwais
Emily Harris
Entertainment One Films Canada Inc.
134 Peter Street, Suite 700
Toronto, Ontario M5V 2H2
LBlaiwais@entonegroup.com
EHarris@entonegroup.com

**Email**
(Counsel for All I See Partners 2015 L.P)
Howard J. Weg, Esquire
Robins Kaplan LLP
2049 Century Park East, Suite 3400
Los Angeles, CA 90067
hweg@robinskaplan.com

**Email**
pwebster@buchalter.com
(Counsel for Sony Pictures Entertainment Inc.)
Pamela K. Webster
BUCHALTER, A Professional Corporation
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017

**Email**
(Counsel for City National Bank; Netflix, Inc.; Kasima, LLC)
Lance N. Jurich, Esquire
Loeb & Loeb LLP
10100 Santa Monica Boulevard, Suite 2200
Los Angeles, CA 90067
ljurich@loeb.com

**Email**
(Counsel for City National Bank; Netflix, Inc.; Kasima, LLC)
Vadim J. Rubinstein, Esquire
Loeb & Loeb LLP
345 Park Avenue
New York, NY 10154
vrubinstein@loeb.com

**Email**
(Counsel for All I See Partners 2015 L.P.)
Matthew G. Summers
Laurel D. Roglen
Ballard Spahr LLP
919 N. Market Street, 11th Floor
Wilmington, DE 19801-3034
summersm@ballardspahr.com
roglenl@ballardspahr.com

**Email**
(Counsel for American Multi-Cinema, Inc. aka AMC Theatres)
Matthew P. Austria, Esquire
Austria Legal, LLC
1007 North Orange Street, 4th Floor
Wilmington, DE 19801
maustria@austriallc.com

**Email**
(Counsel for American Multi-Cinema, Inc. aka AMC Theatres)
Michael D. Fielding
Husch Blackwell LLP
4801 Main Street, Suite 1000
Kansas City, MO 64112
michael.fielding@huschblackwell.com

**Email**
(Counsel for Sous Chef, LLC)
Mary F. Caloway, Esquire
Buchanan Ingersoll & Rooney PC
919 North Market Street, Suite 1500
Wilmington, DE 19801
mary.caloway@bipc.com

**Email**
(Counsel for Happy Pill Distribution, LLC and Happy Pill, LLC)
Jamie L. Edmonson, Esquire
Daniel A. O'Brien, Esquire
Venable LLP
1201 North Market Street, Suite 1400
Wilmington, DE 19801
daobrien@venable.com

**Email**
(Counsel for Interested Party Studiocanal S.A.S)
Kathy A. Jorrie, Esquire
Pillsbury Winthrop Shaw Pittman LLP
725 South Figueroa Street, Suite 2800
Los Angeles, CA 90017-5406
kathy.jorrie@pillsburylaw.com

**Email**
(Counsel for Spotlight Film, LLC)
Domenic E. Pacitti, Esquire
Michael W. Yurkewicz, Esquire
Klehr Harrison Harvey Branzburg LLP
919 N. Market Street, Suite 1000
Wilmington, DE 19801-3062
dpacitti@klehr.com;
myurkewicz@klehr.com

**Email**
(Counsel for Spotlight Film, LLC)
Morton R. Branzburg, Esquire
Klehr Harrison Harvey Branzburg LLP
1835 Market Street, 14th Floor
Philadelphia, PA 19103
mbranzburg@klehr.com

**Email**
(Counsel for Spotlight Film, LLC)
Andrew M. Parlen, Esquire
Latham & Watkins LLP
885 Third Avenue
New York, NY 10022
Andrew.parlen@lw.com

**Email**
(Counsel for Spotlight Film, LLC)
Jason B. Gott, Esquire
Latham & Watkins LLP
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Jason.gott@lw.com

**Email**
(Counsel for Iron Mountain Information Management, LLC
Joseph Corrigan, Esquire
Iron Mountain Information Management, LLC
One Federal Street
Boston, MA 02110
bankruptcy2@ironmountain.com

**Email**
(Counsel for WM Group West Engineers)
Cristina Medina, Esquire
Collins Collins Muir + Stewart
1100 El Centro Street
South Pasadena, CA 91030
cmedina@ccmslaw.com

**Email**
(Government Entity)
Laura L. McCloud, Esquire
Office of the Attorney General
Bankruptcy Division
PO Box 20207
Nashville, TN 37202-0207
AGBankDelaware@ag.tn.gov

**EMAIL**
(Counsel to Facebook, Inc.)
David M. Serepea, Esq.
McMahon Serepea LLP
255-B Constitution Drive, Suite 1047
Menlo Park, CA 94025
david@msllp@com