**David Friedman**
14431 Ventura Blvd., #144
Sherman Oaks, CA 91423
Cell (310) 621- 3595
davidfriedman@sbcglobal.net

FILED
2021 MAY 13 AM 9: 24
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

27 April 2021

**Re: Status of Claim**
Debtor: Open Road Films, LLC
United States Bankruptcy Court for the: District of Delaware
**Case number 18-1201-12 (LSS)**
Judge: The Honorable Laurie S. Silverman
824 north Market Street, 3rd Floor
Wilmington, DE 19801

To Judge: The Honorable Laurie S. Silverman,

Could I get an update on the status of my claim **18-1201-12 (LSS)** as I have not received any correspondence since signing of the Bankruptcy Claim acceptance dated 9/11/19, claim amount $23,150. Supporting documents attached.

Respectfully,

*[signature]*

David Friedman

**Fill in this information to identify the case:**

Debtor 1: OPEN ROAD FILMS, LLC *et al.*

Debtor 2: _____
(Spouse, if filing)

United States Bankruptcy Court for the: District of Delaware

Case number: 1 8 - 1 2 0 1 2 ( L S S )

USBC DISTRICT OF DELAWARE
OPEN ROAD FILMS LLC, ET AL
CHAPTER 11 CASE NO. 18-12012 (LSS)
CLAIM NUMBER:  00019

1059

Official Form 410
# Proof of Claim                    04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. **Do not use this form to make a request for payment of an administrative expense.** Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

## Part 1: Identify the Claim

**1. Who is the current creditor?**

DAVID FRIEDMAN
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**

☑ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

DAVID FRIEDMAN
Name

14431 VENTURA BLVD. #144
Number  Street

SHERMAN OAKS    CA    91423
City            State  ZIP Code

Contact phone 310-621-3595

Contact email davidfriedman@sbcglobal.net

Where should payments to the creditor be sent? (if different)

Name _____

Number  Street _____

City   State  ZIP Code _____

Contact phone _____

Contact email _____

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

__ __ __ __ — __ __ __ __ — __ __ __ __ — __ __ __ __

**4. Does this claim amend one already filed?**

☑ No
☐ Yes. Claim number on court claims registry (if known) _____   Filed on ___/___/___
                                                                   MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☑ No
☐ Yes. Who made the earlier filing? _____

David Friedman

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |

**6. Do you have any number you use to identify the debtor?**
☒ No
☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ___ ___ ___ ___

**7. How much is the claim?** $ _____36,000.00_____. Does this amount include interest or other charges?
☐ No
☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**
Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.
Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).
Limit disclosing information that is entitled to privacy, such as health care information.

Post Production Supervisor services performed

**9. Is all or part of the claim secured?**
☒ No
☐ Yes. The claim is secured by a lien on property.

**Nature of property:**
☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.
☐ Motor vehicle
☐ Other. Describe: _____

**Basis for perfection:** _____
Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Value of property: $_____
Amount of the claim that is secured: $_____
Amount of the claim that is unsecured: $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

Amount necessary to cure any default as of the date of the petition: $_____

Annual Interest Rate (when case was filed) _____%
☐ Fixed
☐ Variable

**10. Is this claim based on a lease?**
☒ No
☐ Yes. Amount necessary to cure any default as of the date of the petition. $_____

**11. Is this claim subject to a right of setoff?**
☒ No
☐ Yes. Identify the property: _____

Official Form 410                Proof of Claim                page 2

| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? | ☐ No | |
|---|---|---|
| | ☐ Yes. Check one: | **Amount entitled to priority** |
| A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| | ☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| | ☑ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $ 12,850.00 |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $_____ |

* Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment.

## Part 3: Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Check the appropriate box:

☑ I am the creditor.
☐ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  09/13/2018
                  MM / DD / YYYY

_____
Signature

Print the name of the person who is completing and signing this claim:

| Name | DAVID | _____ | FRIEDMAN |
|---|---|---|---|
| | First name | Middle name | Last name |

Title: POST PRODUCTION SUPERVISOR

Company: _____
*Identify the corporate servicer as the company if the authorized agent is a servicer.*

Address: 14431 Ventura Blvd. #144
         Number   Street
         Sherman Oaks                     CA        91423
         City                              State    ZIP Code

Contact phone: 310-621-3595        Email: davidfriedman@sbcglobal.net

Official Form 410                Proof of Claim                page 3

122                                                                                                          Class: 4

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>OPEN ROAD FILMS, LLC, a Delaware limited liability company, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 18-12012 (LSS)<br><br>(Jointly Administered)<br><br>**Re Docket No. 819** |

## BALLOT FOR CLASS 4 CLAIMS FOR
## ACCEPTING OR REJECTING THE JOINT CHAPTER 11 PLAN OF LIQUIDATION
## PROPOSED BY DEBTORS AND OFFICIAL COMMITTEE OF UNSECURED CREDITORS

> TO BE COUNTED, YOUR VOTE MUST BE <u>ACTUALLY RECEIVED</u> BY DONLIN, RECANO COMPANY, INC. BY SEPTEMBER 23, 2019 at 5:00 P.M. (PREVAILING EASTERN TIME).

> IF YOU VOTE IN ITEM 2 BELOW TO ACCEPT THE PLAN, YOU WILL RELEASE THE RELEASED DEBTOR/COMMITTEE PARTIES FROM ANY AND ALL CLAIMS/CAUSES OF ACTION TO THE EXTENT PROVIDED IN ARTICLE IX OF THE PLAN, UNLESS YOU CHECK THE BOX IN ITEM 4 BELOW TO "OPT-OUT" OF SUCH RELEASE

This ballot (the "Ballot") is being submitted to you by the above-captioned debtors and debtors in possession (the "Debtors") to solicit your vote to accept or reject the *Joint Chapter 11 Plan of Liquidation Proposed by Debtors and Official Committee of Unsecured Creditors* (as it may be amended, supplemented, or modified from time to time pursuant to the terms thereof, the "Plan")[2] submitted by the Debtors and described in and attached as Exhibit A to the related *Disclosure Statement for the Joint Chapter 11 Plan of Liquidation Proposed by Debtors and Official Committee of Unsecured Creditors* (as it may be amended, supplemented or modified from time to time, the "Disclosure Statement") that was approved by and annexed as Exhibit 4 to an order [Docket No. 819] of the United States Bankruptcy Court for the District of Delaware (the "Court"). The Disclosure Statement describes the Plan and provides information to assist you in deciding how to vote your Ballot. Court approval of the Disclosure Statement does not indicate Court approval of the Plan. If you do not have a Disclosure Statement or Plan you may obtain a copy free of charge on the webpage of Donlin, Recano, Company, Inc. (the "Voting Agent") at www.donlinrecano.com/Clients/orf/Index. Copies of the Disclosure Statement and Plan are also available: (i) for a fee, on the Court's website, www.deb.uscourts.gov (a PACER account is required) or (ii) upon request to the Debtors' Voting Agent by email to orinfo@donlinrecano.com or by telephone at (212) 771-1128.

---

[1] The Debtors and the last four digits of their respective federal taxpayer identification numbers are as follows: Open Road Films, LLC (4435-Del.); Open Road Releasing, LLC (4736-Del.); OR Productions LLC (5873-Del.); Briarcliff LLC (7304-Del.); Open Road International LLC (4109-Del.); and Empire Productions LLC (9375-Del.). The Debtors' address is 1800 Century Park East, Suite 600, Los Angeles, CA 90067.

[2] All capitalized terms used but not otherwise defined herein have the meanings set forth in the Plan.

(001059-002) DAVID FRIEDMAN                                                                    (1/1) 240000119

### IMPORTANT

You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your Claim has been placed in Class 4 under the Plan. If you hold Claims in more than one Class under the Plan, you will receive a ballot for each Class in which you are entitled to vote.

If your Ballot is not <u>actually received</u> by the Voting Agent on or before September 23, 2019 at 5:00 p.m. (prevailing Eastern Time) (the "<u>Voting Deadline</u>"), and such deadline is not extended in the sole discretion of the Debtors, your vote will not count as either an acceptance or rejection of the Plan. If the Plan is confirmed by the Court it will be binding on you whether or not you vote.

You may return your Ballot in the return envelope provided in your package or send it to:

| *If by First-Class Mail:* | *If by Hand Delivery or Overnight Mail:* |
|---|---|
| Open Road Films Ballot Processing | Open Road Films Ballot Processing |
| c/o Donlin, Recano & Company, Inc. | c/o Donlin, Recano & Company, Inc. |
| Attn: Voting Department | Attn: Voting Department |
| P.O. Box 199043, Blythebourne Station | 6201 15th Avenue |
| Brooklyn, NY 11219 | Brooklyn, NY 11219 |

### ACCEPTANCE OR REJECTION OF THE PLAN

**Item 1. Vote Amount.** For purposes of voting to accept or reject the Plan, as of August 21, 2019 (the "<u>Voting Record Date</u>"), the undersigned (the "<u>Claimant</u>") was a holder of a Class 4 Claim against Debtor OPEN ROAD FILMS, LLC in the aggregate amount set forth below.

$23,150.00

**Item 2. Vote on Plan. CHECK ONE BOX ONLY:**

| **ACCEPTS (votes FOR) the Plan** | **REJECTS (votes AGAINST) the Plan** |
|---|---|
| ☒ | ☐ |

(abs)     (a/r) 

(1/1) 2400000119

(001059-002) DAVID FRIEDMAN

**Item 3. Tax Information.** Under penalty of perjury, Claimant certifies that:

    A.    Claimant's correct taxpayer identification number is:

        (Social Security Number) 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

        (or Employer Identification Number) \_\_\_\_-_____; and

    B.    Claimant is not subject to backup withholding because (please check appropriate box):

    ☒    Claimant is exempt from backup withholding;

    ☐    Claimant has not been notified by the Internal Revenue Service ("**IRS**") that Claimant is subject to backup withholding as a result of a failure to report all interest or dividends; or

    ☐    The IRS has notified Claimant that Claimant is no longer subject to backup withholding.

**Item 4. Releases.**

### IMPORTANT INFORMATION REGARDING THE RELEASES

**IF YOU VOTED IN ITEM 2 ABOVE TO ACCEPT THE PLAN, YOU WILL BE DEEMED TO HAVE COMPLETELY, CONCLUSIVELY, UNCONDITIONALLY, AND IRREVOCABLY RELEASED THE RELEASED DEBTOR/COMMITTEE PARTIES FROM ANY AND ALL CLAIMS/CAUSES OF ACTION TO THE EXTENT PROVIDED IN ARTICLE IX OF THE PLAN, UNLESS YOU CHECK THE BOX BELOW TO "OPT-OUT" OF SUCH RELEASE. IF YOU VOTED IN ITEM 2 ABOVE TO REJECT THE PLAN OR YOU DO NOT SUBMIT A BALLOT WITH RESPECT TO THE PLAN, YOU WILL NOT BE GRANTING A RELEASE OF THE RELEASED DEBTOR/COMMITTEE PARTIES.**

    ☐    **The undersigned Claimant elects <u>not</u> to grant (and therefore OPTS OUT of) the releases set forth in Article IX of the Plan.**

If the Bankruptcy Court confirms the Plan, as of and subject to the occurrence of the Effective Date, certain release, injunction, and exculpation provisions set forth in Article IX of the Plan will become effective. In determining how to cast your vote on the Plan, it is important to read the provisions contained in Article IX of the Plan very carefully so that you understand how such provisions will affect you and any Claim(s) you may hold against the Released Debtor/Committee Parties under the Plan.

Specifically, the releases in Section 9.4 of the Plan provide:

> *As of and subject to the occurrence of the Effective Date and except for the treatment provided in the Plan, for good and valuable consideration each Releasing Creditor, for itself and its respective present or former officers, directors, managers, shareholders, trustees, partners and partnerships, members, agents, employees, representatives, attorneys, accountants, professionals, and successors or assigns, in each case solely in their capacity as such, shall be deemed to have completely, conclusively, unconditionally and irrevocably released the Released Debtor/Committee Parties from any and all claims, obligations, rights, suits, damages, causes of action, and liabilities, whether known or unknown, foreseen or unforeseen, liquidated or unliquidated, fixed or contingent, matured or unmatured, in law or equity or otherwise, which the*

Case 18-12012-LSS   Doc 1054   Filed 05/14/21   Page 8 of 8

4

*Releasing Creditor, the Debtors or their Estates ever had, now have or hereafter can, shall or may have against any of the Released Debtor/Committee Parties from the beginning of time to the Effective Date that in any way relate to the Debtors, their direct or indirect non-Debtor subsidiaries, the Estates, or the Chapter 11 Cases, provided, however, that the foregoing release does not affect or impair any obligations under any intercreditor agreements or any other agreements or arrangements between and among non-Debtor parties. For the avoidance of doubt, the Released Debtor/Committee Parties do not include any of the current or former non-Debtor members of the Debtors or any former officers, managers and representatives of the Debtors who did not serve in such capacities during the Chapter 11 Cases or a portion thereof.*

The definitions of certain defined terms in the releases in Section 9.4 are defined in the Plan as follows:

*Releasing Creditor: Each Holder of a Claim that votes to accept, or is deemed to accept, the Plan, other than any Holder of a Class 4 Claim that affirmatively elects on its Ballot to opt out of being a Releasing Creditor.*

*Released Debtor/Committee Parties: Collectively, (i) the Debtors, (ii) the Estates, (iii) the Debtors' directors, officers (including, but not limited to, the CRO), and employees who served in such capacities during the Chapter 11 Cases or a portion thereof, (iv) the Debtor Retained Professionals, (v) the Committee and its members (solely in their respective capacity as members of the Committee), (vi) the Committee Retained Professionals, (vii) the Prepetition Lenders and their professionals and representatives, and (viii) the respective successors or assigns of the foregoing parties.*

*Effective Date: The first Business Day immediately following the first day upon which all of the conditions to the occurrence of the Effective Date have been satisfied or waived in accordance with the Plan.*

**Item 5. Certification**. By signing this Ballot, the Claimant certifies that: (i) on the Voting Record Date, it was the holder of the Class 4 Claims to which this Ballot pertains or an authorized signatory for such holder; (ii) it has full power and authority to vote to accept or reject the Plan, make the opt-out election, and execute and return the Ballot; and (iii) it has received a copy of the Disclosure Statement, the Plan, and other solicitation materials. The undersigned understands that an otherwise properly completed, executed, and timely-returned Ballot that does not indicate either acceptance or rejection of the Plan or indicates both acceptance and rejection of the Plan will not be counted. The undersigned also certifies that its vote on the Plan is subject to all the terms and conditions set forth in the Plan and the Disclosure Statement.

Name of Claimant: David Friedman

**Signature**: _D. Friedman_

Name (if different from Claimant): _____

Title: Post Production Supervisor

Address: 14431 Ventura Blvd. #144
Sherman Oaks, CA 91423

Dated: 9/11/19

(1/1) 2400000119

(001059-002) DAVID FRIEDMAN