**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| ) | |
| OPEN ROAD FILMS, LLC ET AL ) | Case No. 18-12012(LSS) |
| ) | |
| ) | Jointly Administered |
| Debtors ) | |

## CERTIFICATION OF NO CLAIMS ACTIVITY

The undersigned hereby certifies that as of May 19, 2021, there has been no claim activity reported on the claims register with respect to, but not limited to, filing of proofs of claim, objections to claim, settlements and/or transfers of claim pursuant to the above-captioned debtor.

**Dated:  May 19, 2021**
   **Brooklyn, New York**

Respectfully Submitted,

/s/ *Lillian Jordan*_____
**Lillian Jordan**
**Supervisor**
**Operations Department**
**DONLIN RECANO & COMPANY, INC**
**6201 15th Avenue**
**Brooklyn, NY 11219**
**Telephone: (212) 481-1411**
**Facsimile:  (212) 481-1416**

**APPOINTED CLAIMS AGENT TO THE DEBTORS**