**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

In Re: Open Road Films, LLC, et. al. Debtor

Case No.: 18-12012 (LSS) (Jointly Administered)
Reporting Period: 01/1/22 - 03/31/22

## QUARTERLY OPERATING REPORT

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached | Affidavit/ Supplement Attached |
|---|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | QOR-1 | Yes | | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | QOR-1A | Yes | | |
| Schedule of Professional Fees Paid | QOR-1B | Yes | | |
| Copies of bank statements | | No | | |
| Cash disbursements journals | | No | | |
| Statement of Operations | QOR-2 | Yes | | |
| Balance Sheet | QOR-3 | Yes | | |
| Status of Post-petition Taxes | QOR-4 | Yes | | |
| Copies of IRS Form 6123 or payment receipt | | No | | |
| Copies of tax returns filed during reporting period | | No | | |
| Summary of Unpaid Post-petition Debts | QOR-4 | Yes | | |
| Listing of aged accounts payable | QOR-4 | No | | |
| Accounts Receivable Reconciliation and Aging | QOR-5 | Yes | | |
| Debtor Questionnaire | QOR-5 | Yes | | |

Global Notes:

This Quarterly Operating Report ("QOR") has been prepared solely for the purpose of complying with the reporting requirements applicable in this bankruptcy case. The financial information contained herein is unaudited, limited in scope and as discussed below, not prepared in accordance with accounting principles generally accepted in the United States of America ("US GAAP").

The results of operations contained herein are not necessarily indicative of the results which may be expected from any other period or for the full year and may not necessarily reflect the results of operations, financial position and schedule of receipts and disbursements in the future. The amounts in QOR-3 currently classified as liabilities subject to compromise may be subject to future change as the Debtors complete their analysis of pre and post-petition liabilities. The Debtors caution readers not to place undue reliance upon the QOR. There can be no assurance that such information is complete and the QOR may be subject to revision.

The Debtors filed bankruptcy on September 6, 2018.

The Debtors closed the sale of the majority of their film assets to Raven Capital Management on December 21, 2018, which resulted in substantial changes to their balance sheets.

**I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.**

_____     _____
Signature of Debtor                                                        Date

_____     _____
Signature of Joint Debtor                                                 Date

_____     _____
Signature of Authorized Individual*                                Date

John Roussey                                                                    Plan Administrator
Printed Name of Authorized Individual                       Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

In Re: Open Road Films, LLC, et al., Debtor    Case No. 18-12012 (LSS) (Jointly Administered)
Reporting Period: 01/1/22 - 03/31/22
Cumulative Period: September 6, 2018 to March 31, 2022

### QOR-1: CONSOLIDATING SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

| Case No. Debtor | | 529500.07 18-12012 Open Road Films, LLC | 18-12013 Open Road Releasing, LLC | 529500.07 18-12014 OR Productions LLC | 18-12015 Briarcliff LLC | 18-12016 Open Road International LLC | 18-12017 Empire Productions LLC | QUARTER TOTAL | CUMULATIVE FILING TO DATE |
|---|---|---|---|---|---|---|---|---|---|
| **Receipts** | | | | | | | | | |
| Film Rental | | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Physical | | - | - | - | - | - | - | - | - |
| EST/VOD | | - | - | - | - | - | - | - | 219,417 |
| SVOD/Pay | | - | - | - | - | - | - | - | - |
| Free TV | | - | - | - | - | - | - | - | 446,112 |
| Foreign Receipts | | - | - | - | - | - | - | - | 2,851,111 |
| Other Receipts | | 1,000 | - | - | - | - | - | 1,000 | 2,104,124 |
| Cash Received from Universal | | - | - | - | - | - | - | - | - |
| **Total Receipts** | [1,2] | $ 1,000 | $ - | $ - | $ - | $ - | $ - | $ 1,000 | $ 5,620,764 |
| **Distribution Outflows** | | | | | | | | | |
| Media | | - | - | - | - | - | - | - | - |
| Other Post Release Expenses | | - | - | - | - | - | - | - | - |
| Post Release Expenses | | - | - | - | - | - | - | - | - |
| Home Entertainment Distribution Costs | | - | - | - | - | - | - | - | (34,313) |
| Other Domestic Distribution Costs | | - | - | - | - | - | - | - | (34,313) |
| Foreign Distribution Costs | | - | - | - | - | - | - | - | (605,270) |
| Total Distribution Outflows | | - | - | - | - | - | - | - | (673,895) |
| Minimum Guarantees | | - | - | - | - | - | - | - | (695,732) |
| Equity Contributions | | - | - | - | - | - | - | - | - |
| Minimum Guarantees | | - | - | - | - | - | - | - | (695,732) |
| **Participation Outflows** | | | | | | | | | |
| Residuals | | - | - | - | - | - | - | - | - |
| Participations | | - | - | - | - | - | - | - | - |
| Total Participation Outflows | | - | - | - | - | - | - | - | - |
| **Personnel & Other Operating Outflows** | | | | | | | | | |
| Employee Costs | | (28,235) | - | - | - | - | - | (28,235) | (66,343) |
| Other Opex | | (4,789) | - | - | - | - | - | (4,789) | (4,746) |
| Capex | | - | - | - | - | - | - | - | (1,707,788) |
| Total Personnel & Other Operating Outflows | [3] | (33,024) | - | - | - | - | - | (33,024) | (1,778,877) |
| *Net Inflows/(Outflows) from Operations* | | $ (32,024) | $ - | $ - | $ - | $ - | $ - | $ (32,024) | $ 2,472,260 |
| **Banking Outflows** | | | | | | | | | |
| Facility Fees / Account Fees | | (13,544) | - | - | - | - | - | (13,544) | (41,164) |
| Facility Interest | | - | - | - | - | - | - | - | - |
| Total Banking Outflows | | (13,544) | - | - | - | - | - | (13,544) | (41,164) |
| **Credit Facility Outflows** | | | | | | | | | |
| Drawdowns | | - | - | - | - | - | - | - | - |
| Repayments | | - | - | - | - | - | - | - | - |
| Total Credit Facility Outflows | | - | - | - | - | - | - | - | - |
| **Restructuring Outflows** | | | | | | | | | |
| ORF Counsel (Klee Tuchin) | | - | - | - | - | - | - | - | - |
| ORF Financial Advisor (FTI Consulting) | | - | - | - | - | - | - | - | - |
| ORF Local Counsel (Young Conaway) | | - | - | - | - | - | - | - | (2,129,402) |
| Claims and Noticing Agent (Donlin Recano) | | - | - | - | - | - | - | - | (4,112,177) |
| Secured Lender Counsel (Paul Hastings) | | - | - | - | - | - | - | - | (497,518) |
| Secured Lender Financial Advisor (BRG) | | - | - | - | - | - | - | - | (405,089) |
| Individual Lender Counsel (Sidley) | | - | - | - | - | - | - | - | (2,216,294) |
| Secured Lender Local Counsel (Ashby & Geddes) | | - | - | - | - | - | - | - | (413,808) |
| UCC Counsel (PSZJ) | | - | - | - | - | - | - | - | (286,175) |
| UCC Financial Advisor (Dundon) | | - | - | - | - | - | - | - | (79,704) |
| Guild Counsel (Bush Gottlieb) | | - | - | - | - | - | - | - | (1,390,448) |
| Barnes & Thornburg | | (18,774) | - | - | - | - | - | (18,774) | (878,373) |
| Morris Nichol | | - | - | - | - | - | - | - | - |
| US Trustee | | - | - | - | - | - | - | - | (211,548) |
| Total Professional Fees | | (18,774) | - | - | - | - | - | (18,774) | (107,571) |
| Employee Termination Costs | | - | - | - | - | - | - | - | (435,325) |
| Other Costs | | - | - | - | - | - | - | - | (13,160,698) |
| Total Restructuring Outflows | | (18,774) | - | - | - | - | - | (18,774) | (13,703,594) |
| **Asset Sale Proceeds** | | | | | | | | | |
| Film Library | | - | - | - | - | - | - | - | - |
| Other | | - | - | - | - | - | - | - | - |
| Total Asset Sale Proceeds | | - | - | - | - | - | - | - | - |
| KERP | | - | - | - | - | - | - | - | 63,228,104 |
| *Net Inflows/(Outflows)* | | $ (64,343) | $ - | $ - | $ - | $ - | $ - | $ (64,343) | $ 51,955,605 |
| **Opening Available Cash Balance** | | $ 531,466 | $ 25,000 | $ 243,018 | $ - | $ - | $ - | $ 799,484 | $ (1,226,320) |
| *Consolidated all cash balances into general cash balance (Q1 '22)* | | 532,660 | (25,000) | (243,018) | | | | | |
| *Ending Available Cash Balance* | [4] | $ 999,783 | $ - | $ - | $ - | $ - | $ - | $ 735,142 | $ 50,729,285 |
| **Ending Restricted Cash Balance** | [4] | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| *Total Disbursements (from Above)* | | $ (65,343) | $ - | $ - | $ - | $ - | $ - | $ (65,343) | $ 46,334,841 |
| Less: Transfers between Debtors | | - | - | - | - | - | - | - | - |
| Add: Third-Party Disbursements fbo Debtors | | - | - | - | - | - | - | - | - |
| *Total Disbursements (for UST Fees)* | | $ (65,343) | $ - | $ - | $ - | $ - | $ - | $ (65,343) | $ 46,334,841 |

[1] Total Receipts does not include any cash that the Debtors received related to the films purchased by Raven Capital Management, which, if received by the Debtors, must be remitted to the buyer within the period described in the Asset Purchase Agreement. Likewise, the sending to Raven Capital Management of amounts that were remitted to the Debtors, but were due to Raven Capital Management/ OR Acquisitions from third parties have not been included as disbursements.
[2] Amounts collected by the Debtors on behalf of producers and subsequently passed along to those producers are not included.
[3] There were no payments made to non-Debtor affiliates during the Reporting Period.
[4] Restricted cash balances and balances held in affiliated accounts transferred into general cash balance in Q1 '22.

In Re: Open Road Films, LLC, et. al. Debtor

Case No.: 18-12012 (LSS) (Jointly Administered)

Reporting Period: 01/1/22 - 03/31/22

## QOR 1A: BANK RECONCILIATION

| BANK NAME | ACCOUNT DESCRIPTION | ACCOUNT NUMBER | ENDING BALANCE [1] |
|---|---|---|---|
| Bank of America | Collection Account (Open Road Main) | XXXXXX7030 | $ - |
| Bank of America | Sweep Account (Not In Use) | XXXXXX9652 | $ - |
| Bank of America | Disbursement Account | XXXXXX5975 | $ 999,783 |
| Bank of America | Open Road Productions Collection Account | XXXXXX1547 | $ - |
| Bank of America | Open Road International Collection Account (A.X.L. International) | XXXXXX1185 | $ - |
| Bank of America | Open Road Films Collection Account (A.X.L. Domestic) - [2] | XXXXXX5985 | $ - |
| Bank of America | Service Deal P&A Account - [2] | XXXXXX6710 | $ - |
| Bank of America | Service Deal P&A Account - [2] | XXXXXX3833 | $ - |
| Bank of America | Service Deal P&A Account - [2] | XXXXXX6056 | $ - |
| Bank of America | OR Releasing Operating Account | XXXXXX7073 | $ - |

[1] Amounts presented in this schedule are the bank balances as of the end of the Reporting Period. The Debtors have completed bank reconciliations for the activity of the Reporting Period.

[2] Indicates a Restricted Cash Account. Some or all of the amounts in these accounts may be the property of a non-Debtor third party.

Note: All bank accounts consolidated into the main general account in Q1 '22.

In Re: Open Road Films, LLC, et. al. Debtor

Case No.: 18-12012 (LSS) (Jointly Administered)
Reporting Period: 01/1/22 - 03/31/22

## QOR 1B: SCHEDULE OF PROFESSIONAL FEES AND EXPENSES PAID [1]

| Payee | Period Covered | Amount Approved | Payer | Payment Wire | Payment Date(s) | Amount Paid Fees | Amount Paid Expenses | Case-to-date Fees | Case-to-date Expenses |
|---|---|---|---|---|---|---|---|---|---|
| FTI Consulting, Inc. | No Payments in Period | $ - | | | | $ - | $ - | $ 4,034,278.13 | $ 88,703.53 |
| Klee, Tuchin, Bogdanoff & Stern, LLP | No Payments in Period | $ - | | | | $ - | $ - | $ 2,080,349.30 | $ 43,130.62 |
| Young Conaway Stargatt & Taylor, LLP | No Payments in Period | $ - | | | | $ - | $ - | $ 470,236.15 | $ 20,086.11 |
| Donlin, Recano & Company, Inc. | No Payments in Period | $ - | | | | $ - | $ - | $ 324,991.87 | $ 121,123.40 |
| Paul Hastings LLP [2] | No Payments in Period | $ - | | | | $ - | $ - | $ 1,983,132.65 | $ - |
| Berkeley Research Group, LLC [2] | No Payments in Period | $ - | | | | $ - | $ - | $ 646,968.87 | $ - |
| Sidley Austin LLP | No Payments in Period | $ - | | | | $ - | $ - | $ 281,390.00 | $ 64.39 |
| Ashby & Geddes, P.A. | No Payments in Period | $ - | | | | $ - | $ - | $ 77,534.50 | $ 2,168.91 |
| Pachulski Stang Ziehl & Jones LLP | No Payments in Period | $ - | | | | $ - | $ - | $ 1,643,640.14 | $ 59,022.96 |
| Dundon Advisers LLC | No Payments in Period | $ - | | | | $ - | $ - | $ 775,202.00 | $ 6,016.10 |
| Bush Gottlieb, A Law Corporation | No Payments in Period | $ - | | | | $ - | $ - | $ 199,852.50 | $ 11,055.93 |
| Morris Nichols | No Payments in Period | $ - | | | | $ - | $ - | $ - | $ 1,500.00 |
| Barnes & Thornburg | Jan '22 | $ 18,774.25 | Open Road Films LLC | | 2/17/2022 | $ 18,227.00 | $ 547.25 | $ 540,851.67 | $ 7,744.75 |

[1] The following professionals are holding retainers:

[2] Paul Hastings LLP and Berkeley Research Group, LLC fees and expenses are grouped together in the "Fees" column.

In Re: Open Road Films, LLC, et. al. Debtor

Case No.: 18-12012 (LSS) (Jointly Administered)
Reporting Period: 01/1/22 - 03/31/22
Cumulative Period: September 6, 2018 to March 31, 2022

## QOR 2: STATEMENT OF OPERATIONS [1]

| | Case No. Debtor | 18-12012 Open Road Films, LLC | 18-12013 Open Road Releasing, LLC | 18-12014 OR Productions LLC | 18-12015 Briarcliff LLC | 18-12016 Open Road International LLC | 18-12017 Empire Productions LLC | Consolidation | MONTH TOTAL | CUMULATIVE FILING TO DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| **REVENUES** | | | | | | | | | | |
| Operating Revenue | | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 21,566,281 |
| **OPERATING EXPENSE** | | | | | | | | | | |
| Cost of Revenue | | - | - | - | - | - | - | - | - | (15,506,760) |
| Selling, General and Administrative Expense | | (18,333) | - | - | - | - | - | - | (18,333) | (1,237,045) |
| Payroll and Benefits Expense | | (28,235) | - | - | - | - | - | - | (28,235) | (2,064,590) |
| Non-Recurring Operating Costs - Other | | - | - | - | - | - | - | - | - | (313,498) |
| **OPERATING INCOME** | | **(46,568)** | - | - | - | - | - | - | **(46,568)** | **2,444,388** |
| **OTHER OPERATING INCOME (EXPENSE)** | | | | | | | | | | |
| Interest Income (Expense) | | - | - | - | - | - | - | - | - | (7,265,020) |
| Taxes | | - | - | - | - | - | - | - | - | (80,118) |
| Depreciation and amortization | | - | - | - | - | - | - | - | - | (227,926) |
| **NET OPERATING INCOME (EXPENSE)** | | **(46,568)** | - | - | - | - | - | - | **(46,568)** | **(5,128,676)** |
| Restructuring Costs [2] | | (18,774) | - | - | - | - | - | - | (18,774) | (14,541,061) |
| Non-Operating | | 1,000 | - | - | - | - | - | - | 1,000 | (8,668) |
| Gain/(Loss) on Sale or Disposal of Film Assets | | - | - | - | - | - | - | - | - | 77,856,282 |
| **Net Profit (Loss)** | | **$ (64,343)** | **$ -** | **$ -** | **$ -** | **$ -** | **$ -** | **$ -** | **$ (64,343)** | **$ 58,177,877** |

[1] The unaudited financial statements have been derived from the books and records of the Debtors. The information furnished in this report includes primarily normal recurring adjustments, but not all of the adjustments that would typically be made for the annual financial statements in accordance with US GAAP. Furthermore, the monthly financial information contained herein has not been subjected to the same level of accounting review and testing that the Debtors apply in the preparation of their annual financial information in accordance with US GAAP. Accordingly, upon the application of such procedures, the financial information may be subject to change and these changes could be material.

[2] Actual Restructuring Costs during the Reporting Period for certain professionals are not known at this time and may materially change this amount. As amounts become known, adjustments will be made in future months.

In Re: Open Road Films, LLC, et. al. Debtor

Case No.: 18-12012 (LSS) (Jointly Administered)
Reporting Period: 01/1/22 – 03/31/22

## QOR 3: BALANCE SHEETS [1]

| | Case No. | 18-12012 | 18-12013 | 18-12014 | 18-12015 | 18-12016 | 18-12017 |
|---|---|---|---|---|---|---|---|
| | Debtor | Open Road Films, LLC | Open Road Releasing, LLC | OR Productions LLC | Briarcliff LLC | Open Road International LLC | Empire Productions LLC |
| **ASSETS** | | | | | | | |
| *CURRENT ASSETS* | | | | | | | |
| Cash and cash equivalents | | $ 999,783 | $ - | $ - | $ - | $ - | $ - |
| Restricted cash | | - | - | - | - | - | - |
| Accounts receivable, net | | - | - | - | - | - | - |
| Inventories, net | | - | - | - | - | - | - |
| Prepaid expenses | | - | - | - | - | - | - |
| Film Costs | | - | - | - | - | - | - |
| **TOTAL CURRENT ASSETS** | | 999,783 | - | - | - | - | - |
| Property and equipment, net [2] | | 1,923,397 | - | - | - | - | - |
| Other Assets | | - | - | - | - | - | - |
| **TOTAL ASSETS** | | $ 2,923,180 | $ - | $ - | $ - | $ - | $ - |
| | | | | | | | |
| **LIABILITIES** [3] | | | | | | | |
| *LIABILITIES NOT SUBJECT TO COMPROMISE (POST-PETITION)* | | | | | | | |
| Accounts payable | | $ 46,149 | $ - | $ - | $ - | $ - | $ - |
| Accrued salaries and benefits | | - | - | - | - | - | - |
| Other accrued liabilities | | 131,201 | - | - | - | - | - |
| **TOTAL POST-PETITION LIABILITIES** | | 177,349 | - | - | - | - | - |
| *LIABILITIES SUBJECT TO COMPROMISE (PRE-PETITION)* | | | | | | | |
| Accounts payable | | 47,443,490 | - | - | - | - | - |
| Accrued salaries and benefits | | - | - | - | - | - | - |
| Other accrued liabilities [4] | | 24,123,130 | 24,855 | 280,012 | 5,944 | (26,174,783) | 544,151 |
| Notes payable [5] | | 37,956,921 | - | - | - | - | - |
| Deferred Compensation | | - | - | - | - | - | - |
| Deferred Revenue | | - | - | - | - | - | - |
| **TOTAL PRE-PETITION LIABILITIES** | | 109,523,541 | 24,855 | 280,012 | 5,944 | (26,174,783) | 544,151 |
| **TOTAL LIABILITIES** | | 109,700,890 | 24,855 | 280,012 | 5,944 | (26,174,783) | 544,151 |
| **MEMBERS' EQUITY** | | | | | | | |
| Members capital | | 25,000,000 | - | - | - | - | - |
| Distribution | | - | - | - | - | - | - |
| Accumulated Deficit | | (131,777,710) | (24,855) | (280,012) | (5,944) | 26,174,783 | (544,151) |
| **NET MEMBERS' EQUITY** | | (106,777,710) | (24,855) | (280,012) | (5,944) | 26,174,783 | (544,151) |
| **TOTAL LIABILITIES AND MEMBERS' EQUITY** | | $ 2,923,180 | $ - | $ 0 | $ - | $ - | $ - |

[1] The unaudited financial statements have been derived from the books and records of the Debtors. The information furnished in this report includes primarily normal recurring adjustments, but not all of the adjustments that would typically be made for the annual financial statements in accordance with US GAAP. Furthermore, the monthly financial information contained herein has not been subjected to the same level of accounting review and testing that the Debtors apply in the preparation of their annual financial information in accordance with US GAAP. Accordingly, upon the application of such procedures, the financial information may be subject to change and that these changes could be material.
[2] The amounts listed for Property and Equipment are the book value of the assets net of depreciation; the Debtors have not analyzed the salvage value of any property and equipment.
[3] The Debtors are in the process of reviewing accounts payable and liabilities; therefore, these figures may be subject to change.
[4] The negative Other Accrued Liability for Open Road International, LLC is driven by an intercompany receivable with Open Road Films, LLC.
[5] As set forth in the Schedules of Assets and Liabilities filed by the Debtors, the collateral value for the Notes Payable is undetermined.

In Re:   Open Road Films, LLC, et. al. Debtor

Case No.: 18-12012 (LSS) (Jointly Administered)
Reporting Period: 01/1/22 - 03/31/22

## QOR 4: SUMMARY OF UNPAID POST-PETITION DEBTS

| | | NUMBER OF DAYS PAST DUE | | | | |
|---|---|---|---|---|---|---|
| | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
| Accounts payable[1,2] | 46,149 | - | 16,697.32 | - | 16,697.32 | 79,543 |
| Accrued salaries and benefits[1,2] | - | - | - | - | - | - |
| Other accrued liabilities[1,2] | 131,201 | - | - | - | - | 131,201 |
| **TOTAL POST-PETITION LIABILITIES** | **177,349** | **-** | **16,697** | **-** | **16,697** | **210,744** |

[1] The Debtors are in the process of reviewing accounts payable and liabilities; therefore, these figures may be subject to change.

In Re: Open Road Films, LLC, et. al. Debtor

Case No.: 18-12012 (LSS) (Jointly Administered)
Reporting Period: 01/1/22 - 03/31/22

## QOR 5: ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation [1] | Amounts |
|---|---|
| Total Accounts Receivable at the beginning of the reporting period | - |
| + Amount incurred during the period | - |
| - Amount collected during the period | - |
| - Amount written off during the period | - |
| **Total Accounts Receivable at the end of the reporting period** | - |

| Accounts Receivable Aging [1] | Amounts |
|---|---|
| Current | - |
| 0 - 30 days past due | - |
| 31 - 60 days past due | - |
| 61 - 90 days past due | - |
| Over 90 days past due | - |
| Total Accounts Receivable | - |
| Amount considered uncollectible (Bad Debts) | - |
| **Accounts Receivable** | - |

## QOR-5: DEBTOR QUESTIONNAIRE

| | | Yes | No |
|---|---|---|---|
| 1 | Have any assets been sold or transferred outside of the normal course of business this reporting period? If yes, provide an explanation below. | | X |
| 2 | Have any funds been disbursed from any account other than a debtor in possession account in this reporting period? If yes, provide an explanation below. | | X |
| 3 | Have all post-petition tax returns been timing filed? If no, provide an explanation below. [2] | | X |
| 4 | Are workers compensation, general liability and other necessary insurance coverages in effect? If no, please provide an explanation below. | X | |
| 5 | Has any bank account been opened during the reporting period? If yes, provide documentation identifying the opened account(s). (1) If any investment account has been opened, provide the required documentation pursuant to the Delaware Local Rule 4001-3. | | X |

[1] The Debtors did not have any outstanding A/R as of August 31, 2019.
[2] The Debtors, upon correspondence with the IRS, are researching whethre a payroll provider did not file a required 2018 Federal Form 940.  The Debtors are currently working on this filing.