# IN THE UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| OPEN ROAD FILMS, a Delaware limited liability company, *et al.*, | Case No. 18-12012 (LSS) |
| Debtors. | (Jointly Administered) |

## NOTICE OF WITHDRAWAL OF REQUESTS FOR NOTICE AND REQUESTS FOR REMOVAL FROM ELECTRONIC AND PAPER NOTICING

**PLEAES TAKE NOTICE** that pursuant to Local Bankruptcy Rule 9010-2, Stephan E. Hornung formerly with the law firm of Luskin, Stern & Eisler LLP ("LS&E"), hereby gives notice of withdrawal in the above captioned matter as counsel for Viacom International, Inc., and respectfully requests to be removed from the CM/ECF electronic notification system, official mailing matrix, and all other service lists in this case and any related cases.

| | |
|---|---|
| Dated: New York, New York<br>August 29, 2022 | STROOCK & STROOCK & LAVAN LLP<br><br>/s/Stephan E. Hornung<br>Stephan E. Hornung<br>180 Maiden Lane<br>New York, New York 10038<br>Telephone: (212) 806-5400<br>Facsimile: (212) 806-6006<br><br>*Counsel for Viacom International, Inc.* |

-2-

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 29th day of August, 2022, I caused a true and correct copy of the foregoing Notice of Withdrawal of Requests for Notice and Requests for Removal from the CM/ECF electronic notification system, to be filed and served through ECF notification upon all parties who receive notice in this matter pursuant to the Court's ECF filing system.

                                              /s/Stephan E. Hornung
                                              Stephan E. Hornung